IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-868C |
| THE UNITED STATES, | ) | (Judge Allegra) |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION
FOR ENLARGEMENT OF DISCOVERY

Pursuant to the Court's order, dated June 5, 2003, the parties file this joint status report and respectfully request that the Court grant an enlargement of the discovery period of approximately six months from December 22, 2003 to July 1, 2004. Pursuant to the Court's June 5, 2003 order, discovery is scheduled to end on December 22, 2003.

Previously discovery in this matter was stayed from July 26, 2000 to January 28, 2002 due to a criminal investigation which could implicate the contract and work orders involved in this litigation. See Orders staying discovery, dated July 26, 2000, October 12, 2000, January 31, 2001, and November 30, 2001.

Defendant's counsel is informed that the criminal investigation which previously resulted in the stay of discovery in this matter is continuing. The criminal matter is assigned to Assistant United States Attorney Bart Huff in the Chicago Office of the United States Attorney. Attorney Huff has informed defendant's counsel that the related criminal matter is continuing and that he has not yet resolved the criminal matter,

due in part to a lengthy criminal trial, which he only recently concluded.

The parties regard the taking of depositions as essential to a potential resolution of the matter. It is also possible that the anticipated resolution of the criminal matter may affect the resolution of this civil case. The parties anticipate that the requested enlargement of discovery would enable both parties to conduct the necessary depositions in this matter without impinging upon the criminal investigation which continues to be developed by the United States Attorney. In any event, the depositions of certain individuals probably are best taken only after the criminal matter is resolved because of Fifth Amendment and grand jury concerns. Accordingly, the parties respectfully request that the Court grant this motion and allow an enlargement of the discovery period to and including July 1, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian Cohen
BRIAN COHEN
Bell, Boyd, & Lloyd
1615 L. Street, N.W.
Suite 1200
Washington, D.C. 20036
Tele: (202) 466-6300
Fax: (202) 463-0678
Attorney for Plaintiff

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624
Attorneys For Defendant

December 22, 2003

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on this 22d day of December, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of the foregoing "JOINT STATUS REPORT AND MOTION FOR ENLARGEMENT OF DISCOVERY" addressed as follows:

BRIAN COHEN
Bell, Boyd, & Lloyd
1615 L. Street, N.W.
Suite 1200
Washington, D.C. 20036

S/Domenique Kirchner