IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 98-868 C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO COMPEL DEPOSITIONS OF**
**GOVERNMENT EMPLOYEES AND WITNESSES**

Plaintiff, L.P. Consulting, Inc., through undersigned counsel and pursuant to United States Court of Federal Claims Rule 37(a), hereby moves this Honorable Court to issue an Order compelling Defendant, The United States Postal Service ("Government"), to schedule and produce for Deposition upon oral examination the individual Deponents identified below pursuant to Court of Federal Claims Rule 30, and in support hereof states as follows:

1. Plaintiff's Memorandum of Points and Authorities in Support of This Motion and the appended Certificate of Good Faith Efforts to Resolve Discovery Dispute are incorporated by reference as if fully set forth herein.

2. Plaintiff filed its initial complaint on November 13, 1998.

3. Since shortly after the complaint was filed, the United States Attorney for the Northern District of Illinois initiated a criminal investigation which may be related to the actions complained of in this action.

4. As a result, at Defendant's request, and with Plaintiff's reluctant consent, this Court has alternated between staying discovery or, at other times, reinstating and extending the discovery schedule through the issuance of no less than eight (8) orders.

5. Currently, discovery is scheduled to be completed by July 1, 2004.

6. Since the Court reinstated the discovery schedule in early 2003, Plaintiff's counsel has made numerous telephonic and written requests to Government counsel to schedule depositions of the following deponents (the "deponents"):

a. Samuel Southern

b. Carl Purchelli

c. Jesse McNabb

d. Robert Rigsby

e. Andrew M. Fernandez

7. Despite these numerous requests, and Plaintiff's counsel providing significant blocks of time in which they were available to depose the deponents in Chicago, Illinois and St. Louis, Missouri, Defendant's counsel has failed to provide Plaintiff's counsel with definitive dates of Defendant's counsel and the deponents' availability.

8. Given the significant amount of time that has passed since discussions were initiated (*i.e.*, approximately 8 months) and Defendant's failure to resolve this matter through good faith efforts, as evidenced by Defendant's counsel's insufficient response to Plaintiff's counsel's requests for the deponents' availability, Plaintiff has filed this motion.

WHEREFORE, Plaintiff L.P. Consulting, Inc., hereby moves this Court to issue an order compelling the Defendant United States Postal Service to schedule the depositions of Messrs. Samuel Southern, Carl Purchelli, Jesse McNabb, Robert Rigsby and Andrew M. Fernandez; to produce each of those Deponents for deposition at times and places mutually agreed upon by the parties hereto; and furthermore that the Court order Defendant to reimburse Plaintiff for its expenses incurred in filing this motion, taking into account the costs Plaintiff has incurred in its

numerous attempts to resolve this discovery dispute and file the subject motion; and grant such other and further relief as this Court deems just and proper.

Dated: February 10, 2004

Respectfully submitted,

Brian Cohen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300

Attorney for Plaintiff

Of Counsel:

Lawrence M. Prosen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300

Attorney for Plaintiff

## CERTIFICATION OF GOOD FAITH EFFORTS TO CONFER

The undersigned, being co-counsel to Plaintiff L.P. Consulting, Inc. hereby certifies that Movant has in good faith conferred and attempted to confer with the Defendant United States Postal Service in an effort to secure the discovery sought without Court action.

Lawrence M. Prosen