**U. S. Department of Justice**

Civil Division

DKirchner
154-98-868C

Telephone:
(202) 307-0290

---

*Washington, D.C. 20530*

June 16, 2003

Brian Cohen
Boyd, Boyd & Lloyd
1615 L Street NW, Suite 1200
Washington, D.C. 20036-5610
Tel (202) 466-6300
FAX (202) 463-0678

Dear Mr. Cohen:

As requested, the following addresses are provided:

Samuel Southern
U.S. Postal Service
Central Illinois District
6801 W. 73d Street
Bedford, Il 60499

Carl Purchelli
U.S. Postal Service
Office of Inspector General
77 West Port Plaza, Suite 325
St. Louis, MO 63146-3124

Jesse McNabb
Southwest Design and Construction, Inc.
P.O. Box 1281
Harvey, IL 60426

Robert Rigsby
1507 E. 87th Street
Chicago, IL 60619

Andrew M. Fernandez
826 Lincoln Lane
La Grange Highlands, IL 60525

**EXHIBIT A**

Sam Southern and Carl Purchelli are current postal employees. Robert Rigsby is a former employee. Mr. McNabb is a former contract employee and Mr. Fernandez was an independent contractor.

Very truly yours,

Domenique Kirchner
Trial Attorney
Commercial Litigation Branch