BELL, BOYD & LLOYD PLLC

1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

OFFICES IN WASHINGTON, D.C.
AND CHICAGO

LAWRENCE M. PROSEN
202.955.6830
lprosen@bellboyd.com

October 8, 2003

VIA FACSIMILE (202) 514-8624
AND VIA U.S. MAIL

Domenique Kirchner, Esquire
United States Department of Justice
Civil Division–Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: L.P. Consulting, Inc. v. United States Postal Service
COFC Case No. 98-CV-868

Dear Domenique:

The voluntary stay in the above-referenced case was lifted by the Court some time ago. Discovery must be completed in this case by December 22, 2003 under the current Scheduling Order. As we discussed, I have requested your dates of availability and those of the government's agents for depositions in Chicago, Illinois. I understand that you are trying to coordinate depositions in both this case and another unrelated case. While we have talked several times, I have yet to receive any firm dates from you.

As you may also recall, the government filed a status memorandum with the Court stating, among other things, that:

> Defendant's counsel was informed that the criminal investigation which clearly resulted in the stay of discovery in this matter continues to progress. The criminal matter is assigned to Assistant United States Attorney Bart Huff in the Chicago office of the United States Attorney. Attorney Huff has informed Defendant's counsel that the criminal matter is ongoing and that he does not anticipate that the criminal matter will be resolved before the end of the summer, or September 1, 2003.

Given, amount other things, this statement, the Court's Order extended discovery through December 22, 2003. Additionally, another Joint Status Report is due to be filed on January 5, 2004.



EXHIBIT B

With this in mind, please let me know:

1. Whether the underlying criminal investigation is in fact ongoing or completed;

2. The outcome of any such criminal investigation, if discoverable;

3. When your client's agents will be available for deposition; and

4. Whether settlement is currently a possibility and, if so, whether a meeting to discuss settlement should be scheduled.

Additionally, it is my client's understanding that the Postal Service Inspector General Investigator, Mr. Purchelli, was authorized by his superiors to discuss his underlying investigation and be deposed regarding same. Please confirm whether this is the case.

L.P. Consulting hopes to have these depositions completed in a prompt and timely fashion. We stand ready to assist you in making those arrangements.

Should you have any questions or concerns in this regard, please do not hesitate to contact Brian Cohen or me. Thank you and I await your response.

Sincerely yours,

Lawrence M. Prosen

LMP:vfg

cc: Brian Cohen, Esquire
L.P. Consulting, Inc.

BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

202 466-6300
202 463-0678 FAX

Visit our web site at
www.bellboyd.com

# FAX COVER SHEET

| | |
|---|---|
| Date | October 8, 2003 |
| Total Number of Pages | 3 (Including this page) |
| To | Domenique Kirchner |
| Company | U. S. Department of Justice – Civil Division |
| City | Washington, D. C. |
| Fax Number | 202-514-8624 |
| Phone Number | |
| From | Brian Cohen, Esquire (mag) |
| Direct Dial Phone | 202-955-6834 |
| Client/Matter Number | |
| Document Description | L. P. Consulting v. United States Postal Service |
| Message | Please see attached. |

If this transmission is incomplete, please call Crystal R. Wilson at 202-955-7004.

This document is intended only for the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any use, dissemination or copying of this communication other than by the addressee is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail. Thank you.

# Confirmation Report – Memory Send

Time : 10-08-03 01:27pm
Tel line : 202-463-0678
Name : BELL, BOYD & LLOYD

| | | |
|---|---|---|
| Job number | : | 817 |
| Date | : | 10-08 01:26pm |
| To | : | 7064#0111413#003#5148624# |
| Document pages | : | 03 |
| Start time | : | 10-08 01:26pm |
| End time | : | 10-08 01:27pm |
| Pages sent | : | 03 |
| Status | : | OK |

Job number : 817 *** SEND SUCCESSFUL ***

## BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

202 466-6300
202 463-0678 FAX

Visit our web site at
www.bellboyd.com

## FAX COVER SHEET

| | |
|---|---|
| Date | October 8, 2003 |
| Total Number of Pages | 3 (Including this page) |
| To | Domenique Kirchner |
| Company | U. S. Department of Justice – Civil Division |
| City | Washington, D. C. |
| Fax Number | 202-514-8624 |
| Phone Number | |
| From | Brian Cohen, Esquire (mag) |
| Direct Dial Phone | 202-955-6834 |
| Client/Matter Number | |
| Document Description | L. P. Consulting v. United States Postal Service |
| Message | Please see attached. |

If this transmission is incomplete, please call Crystal R. Wilson at 202-955-7004.

This document is intended only for the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any use, dissemination or copying of this communication other than by the addressee is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail. Thank you.

55283/F/3 1LVJ03_