BELL, BOYD & LLOYD PLLC
1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

OFFICES IN WASHINGTON, D.C.
AND CHICAGO

LAWRENCE M. PROSEN
202.955.6830
lprosen@bellboyd.com

October 28, 2003

VIA FACSIMILE (202) 514-8624
AND VIA U.S. MAIL

Domenique Kirchner, Esquire
United States Department of Justice
Civil Division–Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: L.P. Consulting, Inc. v. United States Postal Service
COFC Case No. 98-CV-868

Dear Domenique:

Following up on my October 8, 2003 correspondence to you, as well as our subsequent discussions, you were going to call me back with a further update on scheduling the previously discussed depositions, as well as provide a status check on the underlying criminal investigation by Assistant United States Attorney Bart Huff. I understand that Mr. Huff was or is in trial and you were awaiting his return to discuss the criminal matter further. That notwithstanding, given that we are about to enter November 2003, and discovery must presently be completed by December 22, 2003, I must again ask whether settlement is a possibility in this matter and, if so, suggest scheduling a meeting to discuss same.

Furthermore, please let me know whether Postal Service Inspector General Purchelli has been authorized by his superiors to be deposed regarding his investigation of the aforementioned criminal matter.

Lastly, given the quickly approaching discovery deadline, it may be necessary to yet again request the Court to extend discovery for an additional period of time. If you believe that this is necessary, please prepare a consent motion for Brian Cohen's signature.



EXHIBIT C

With that in mind, I await your response. Please call me with any questions.

Sincerely yours,

Lawrence M. Prosen

LMP:vfg

Copies to Brian Cohen, Esquire
L.P. Consulting, Inc.

* * * COMMUNICATION RESULT REPORT ( OCT. 28. 2003 3:50PM ) * * *

TTI BELL BOYD & LLOYD

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 4778 MEMORY TX | | 7064#0111413#003#5148624 | OK | 3/3 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

202 466-6300
202 463-0678 FAX

Visit our web site at
www.bellboyd.com

## FAX COVER SHEET

| | |
|---|---|
| Date | October 28, 2003 |
| Total Number of Pages | 3 (Including this page) |
| To | Domenique Kirchner, Esquire |
| Company | United States Department of Justice |
| City | Washington, D.C. |
| Fax Number | 202-514-8624 |
| Phone Number | 202-307-1111 |
| From | Lawrence M. Prosen, Esq. |
| Direct Dial Phone | 202-955-6830 |