BELL, BOYD & LLOYD PLLC
1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

OFFICES IN WASHINGTON, D.C.
AND CHICAGO

LAWRENCE M. PROSEN
202.955.6830
lprosen@bellboyd.com

VIA FACSIMILE (202) 514-8624
AND VIA U.S. MAIL

November 19, 2003

Domenique Kirchner, Esquire
United States Department of Justice
Civil Division–Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: L.P. Consulting, Inc. v. United States Postal Service
COFC Case No. 98-CV-868

Dear Domenique:

As you know, I sent you previous correspondence on October 8, 2003 and October 28, 2003 and left you two voicemails later in October. Despite a brief conversation with you shortly following my October 8 letter, I have not received any further calls or other replies from you regarding the above-referenced case.

Given the Government's inability or unwillingness to schedule the depositions repeatedly requested by L.P. Consulting, it has become abundantly clear that discovery in this case will not be completed prior to the December 22, 2003 discovery deadline.

Also, I renew my request for a response from you regarding whether Inspector General Purchelli is authorized to be deposed regarding this case. I also again inquire as to whether this matter is ripe for settlement and, if so, suggest that we schedule a meeting as soon as possible to discuss such settlement.

While both Brian Cohen and I have made repeated requests and inquiries over the past five months in an attempt to schedule the depositions of various relevant Government personnel, we have yet to receive a definitive date or reply from the Government. With this in mind, I ask that you prepare a further Joint Consent Motion to Continue Discovery Deadline Date and forward it to Brian Cohen and my attention for review and approval.



**EXHIBIT D**

Again, we stand ready to discuss settlement and discovery of this matter further with you. We await your reply.

Sincerely yours,

Lawrence M. Prosen

LMP:vfg

Copies to Brian Cohen, Esquire
L.P. Consulting, Inc.

BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

202 466-6300
202 463-0678 FAX

Visit our web site at
www.bellboyd.com

# FAX COVER SHEET

| | |
|---|---|
| Date | November 19, 2003 |
| Total Number of Pages | 3 (Including this page) |
| To | Domenique Kirchner, Esquire |
| Company | United States Department of Justice |
| City | Washington, D.C. |
| Fax Number | 202-514-8624 |
| Phone Number | 202-307-1111 |
| From | Lawrence M. Prosen, Esq. |
| Direct Dial Phone | 202-955-6830 |
| Client/Matter Number | 0111413-00003 |
| Document Description | |

Message

If this transmission is incomplete, please call 202-466-6300.

This document is intended only for the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any use, dissemination or copying of this communication other than by the addressee is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail. Thank you.

P. 1

* * * COMMUNICATION RESULT REPORT ( NOV. 19. 2003 10:29AM ) * * *

TTI BELL BOYD & LLOYD

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|---|
| 1866 | MEMORY TX | | 7064#0111413#003#5148624 | OK | 3/3 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

202 466-6300
202 463-0678 FAX

Visit our web site at
www.bellboyd.com

## FAX COVER SHEET

| | |
|---|---|
| Date | November 19, 2003 |
| Total Number of Pages | 3 (Including this page) |
| To | Domenique Kirchner, Esquire |
| Company | United States Department of Justice |
| City | Washington, D.C. |
| Fax Number | 202-514-8624 |
| Phone Number | 202-307-1111 |
| From | Lawrence M. Prosen, Esq. |
| Direct Dial Phone | 202-955-6830 |