BELL, BOYD & LLOYD PLLC

1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

OFFICES IN WASHINGTON, D.C.
AND CHICAGO

LAWRENCE M. PROSEN
202.955.6830
lprosen@bellboyd.com
DIRECT FAX: 202.835.4127

VIA FACSIMILE (202) 514-8624

January 20, 2004

Domenique Kirchner, Esquire
United States Department of Justice
Civil Division-Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: L.P. Consulting, Inc. v. United States Postal Service
COFC Case No. 98-CV-868

Dear Domenique:

Yet another two and a half weeks have passed since my last letter to you, and I have not received even the courtesy of a reply. Where is this case going? In the past six-plus months, I have made numerous attempts to agree upon firm dates to take the depositions of the identified Government agents/employees. Despite these attempts, the Government has failed to make even a good faith effort to finalize these dates, to say nothing of moving this case forward.

While I understand that you may have a busy docket, it is clear that this case has been completely neglected by the Government. You will recall that the Government represented to the Court that discovery in this case would be completed by September, 2003. I provided you dates in August, September, October and November when I was available. I have since provided you with blocks of dates in March and April 2004 when I would be available for travel to St. Louis and Chicago for these depositions. Not only is this ongoing delay (over two years) ridiculous, it is caused solely by the Government's inexcusable delay and inaction.

If this case does not move forward, L.P. Consulting will be forced to file a Motion to Compel Discovery. While not L.P.'s wish, L.P. has languished and stood by long enough. In that regard, the Court's December 23, 2003 Order states that ". . . every available step will be taken by the parties to avoid further enlargements of [the discovery] deadline. . ." – It is my belief that not only would such a motion be positively received, but that it would be granted.

Also, I have repeatedly inquired as to whether this case is ripe for settlement. I have not received any definite reply to this inquiry of late. Again, I renew this question.



**EXHIBIT F**

Please take whatever actions are required and direct the attention necessary to get this case moving again or settled once and for all. L.P. and undersigned counsel are unable to take any further actions without some degree of action and cooperation from the Government. I await your reply.

Sincerely yours,

Lawrence M. Prosen

LMP:vfg

Copy to L.P. Consulting, Inc.

BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

(202) 466-6300
(202) 463-0678 FAX

Visit our web site at
www.bellboyd.com

# FAX COVER SHEET

| | |
|---|---|
| Date | January 20, 2004 |
| Total Number of Pages | 3 (Including this page) |

| To | Company | City | Fax Number | Phone Number |
|---|---|---|---|---|
| Domenique Kirchner, Esquire | U.S. Department of Justice | Washington, D.C. | (202) 514-8624 | (202) 307-0290 |

| | |
|---|---|
| From | Lawrence M. Prosen |
| Phone | (202) 955-6830 |
| Direct Fax | (202) 835-4127 |
| Client/Matter Number | 0111413-00003 |

Message

If this transmission is incomplete, please call (202) 466-6300.

This document is intended only for the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any use, dissemination or copying of this communication other than by the addressee is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail. Thank you.

* * * COMMUNICATION RESULT REPORT ( JAN. 20. 2004 2:23PM ) * * *

TTI BELL BOYD & LLOYD

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 2277 MEMORY TX | | *6830*011141300003*5148624 | OK | 3/3 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# BELL, BOYD & LLOYD PLLC

1615 L STREET, N.W.
SUITE 1200
WASHINGTON, DC 20036

(202) 466-6300
(202) 463-0678 FAX

Visit our web site at
www.bellboyd.com

## FAX COVER SHEET

| | |
|---|---|
| Date | January 20, 2004 |
| Total Number of Pages | 3 (Including this page) |

| To | Company | City | Fax Number | Phone Number |
|---|---|---|---|---|
| Domenique Kirchner, Esquire | U.S. Department of Justice | Washington, D.C. | (202) 514-8624 | (202) 307-0290 |

| | |
|---|---|
| From | Lawrence M. Prosen |
| Phone | (202) 955-6830 |
| Direct Fax | (202) 835-4127 |
| Client/Matter Number | 0111413-00003 |

Message