IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 98-868 C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff L.P. Consulting, Inc.'s Motion to Compel, its Memorandum of Points and Authorities in support thereof, any opposition thereto, and the pleadings and papers appurtenant thereto, and having found that such motion is proper and valid, it is this _____ day of ________________, 2004, hereby

ORDERED that Plaintiff's Motion to Compel the Defendant to schedule and produce the deponents identified below is hereby GRANTED; and it is further

ORDERED that the Defendant United States Postal Service shall forthwith, but no later than the _____ day of ________________, 2004, present Plaintiff's counsel with no less than three one-week blocks of time in which each of the following deponents is available for deposition in Chicago, Illinois or St. Louis, Missouri, as applicable to the individual deponent. The deponents are:

a. Samuel Southern

b. Carl Purchelli

c. Jesse McNabb

d. Robert Rigsby

e. Andrew M. Fernandez

and it is further

ORDERED that the Defendant United States Postal Service shall produce each of the deponents identified below for deposition at the date, time and location agreed upon by the parties; and it is further

ORDERED that the Defendant shall reimburse L.P. Consulting in the amount of $1,500.00 for the costs and fees incurred by Plaintiff in having to file the underlying motion and for its numerous faith attempts to resolve the discovery dispute.

SO ORDERED this _____ day of _______________, 2004.

_______________________________
Francis M. Allegra, Judge
United States Court of Federal Claims

Copies to:

Brian Cohen, Esquire
Lawrence M. Prosen, Esquire
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610

Domenique Kirchner, Esquire
United States Department of Justice
Civil Division-Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530