**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 98-868 C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**WITHDRAWAL OF MOTION TO COMPEL DEPOSITIONS OF GOVERNMENT EMPLOYEES AND WITNESSES**

Plaintiff, L.P. Consulting, Inc., through undersigned counsel, and as a result of discussions with Government Counsel in which the parties agreed to schedule the subject depositions, hereby withdraws its Motion to Compel Depositions of Government Employees and Witnesses, filed in this Court on February 10, 2004.

WHEREFORE, Plaintiff, L.P. Consulting, Inc., hereby withdraws its Motion to Compel Depositions of Government Employees and Witnesses.

Dated: February 26, 2004

Respectfully submitted,

Brian Cohen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300
Attorney for Plaintiff

Of Counsel:
Lawrence M. Prosen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Lawrence M. Prosen, hereby certify that copies of the foregoing Withdrawal of Motion to Compel Depositions of Government Employees and Witnesses was served this 26th day of January, 2004, via first class mail, postage prepaid, on the following:

Domenique Kirchner, Esquire
United States Department of Justice
Civil Division-Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Lawrence M. Prosen