IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
)
Plaintiff, )
)
v. ) No. 98-868C
)
THE UNITED STATES, ) (Judge Allegra)
)
Defendant. )

JOINT MOTION TO RECONSIDER THE COURT'S ORDER DATED JULY 2, 2004 AND ALLOW A FOUR-DAY ENLARGEMENT OF THE DISCOVERY PERIOD AND REQUEST FOR EXPEDITED CONSIDERATION

The parties respectfully request that the Court reconsider its July 2, 2004 order and allow an enlargement of the discovery period through August 10, 2004. The parties also respectfully request expedited consideration of this matter.

The parties have been working expeditiously to schedule the plaintiff's deposition of Carl Puricelli, a special agent in the Office of Inspector General. However, the deposition of Mr. Puricelli cannot be accomplished by August 6, 2004, and the soonest date that Mr. Puricelli may be deposed is August 10, 2004.

Plaintiff's counsel provided the dates of July 26, 29, August 2, 4, or 5, 2004 as dates when he was available to conduct this deposition. However, all of these dates are during the period when defendant's counsel is required to be at FCI-Otisville, N.Y., for preparation for depositions and conducting and defending depositions in Aaron v. United States, Fed. Cl. No. 00-315C and consolidated cases. Those depositions involve

extensive preparation and approximately 15 witnesses. The depositions are being conducted pursuant to the parties' joint discovery plan which was formally approved on by the Court on April 26, 2004. Defendant's counsel simply cannot accomplish both the previously scheduled FCI-Otisville depositions and the deposition of Mr. Puricelli in this matter by August 6, 2004. Consequently, the parties respectfully requests that the Court reconsider its July 2, 2004 order and allow the plaintiff's deposition of Mr. Puricelli on August 10, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Brian Cohen
BRIAN COHEN
Bell, Boyd, & Lloyd
1615 L. Street, N.W.
Suite 1200
Washington, D.C. 20036
Tele: (202) 466-6300
Fax: (202) 463-0678
Attorney for Plaintiff

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor, 1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
STEPHEN D. LOBAUGH
United States Postal Service

July 19, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of July 2004, a copy of the foregoing "JOINT MOTION TO RECONSIDER THE COURT'S ORDER DATED JULY 2, 2004 AND ALLOW A FOUR-DAY ENLARGEMENT OF THE DISCOVERY PERIOD AND REQUEST FOR EXPEDITED CONSIDERATION" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s DOMENIQUE KIRCHNER