IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

The deposition of ROBERT A. RIGSBY, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions for the purpose of discovery, taken before Janet L. Robbins, CSR No. 84-2207, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 3300, Three First National Plaza, Chicago, Illinois, on the 9th day of June, A.D. 2004, at 2:24 p.m.

ORIGINAL

14:24 (WHEREUPON, the witness was duly sworn.)

ROBERT A. RIGSBY,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

14:24 EXAMINATION

BY MR. Prosen:

14:24 Q. Please state your name and address for the record.
14:24 A. Robert A. Rigsby, 1655 East 91st Street, Chicago, 60617.
14:24 Q. Do you have a work address or phone number, as well?
14:24 A. Yes.
14:24 Q. Can you put that on the record, please, too?
14:24 A. It's the same address.
14:24 Q. Oh, it's the same address. I'm sorry.
14:24 Sir, my name is Lawrence Prosen, and I'm counsel to L.P. Consulting. I presume you know Mr. Battaglin?
14:24 A. Uh-huh.
14:24 Q. We're here regarding the claims that were submitted to you and then were appealed to the

16:26
16:26
16:26
16:26
16:26
16:26
16:27
16:27
16:27
16:27

16:27 Q. Are you aware that there was an investigation, a criminal investigation, by the U.S. Office -- I'm sorry, by the Postal Service Office of Inspector General regarding kickbacks and bid rigging involving Ulbrich, Ramcorp and two others, two other contractors?

A. No.

16:27 Q. You were never contacted by anybody at the Office of Inspector General, Carl Puricelli or anything?

16:27 A. No, I have not been.

16:27 Q. Are you aware that there's a Grand Jury investigation involving that same situation?

16:27 A. Ongoing?

16:27 Q. I don't know if it's ongoing.
16:27 A. No, I don't know. I have no idea.
16:27 Q. Are you aware that Mr. Fernandez pled
16:27 guilty to tax evasion -- well, it's perjury, but
16:28 basically for him taking upwards of 80, $90,000 in
16:28 kickbacks from Ulbrich & Associates, Ramcorp Inc.,
16:28 Concrete by Wagner and R.J. Custom Builders?
16:28 A. No, I'm not.
16:28 Q. Are you aware that he's about to be
16:28 sentenced to four months in prison --
16:28 A. No.
16:28 Q. -- in a federal penitentiary?
16:28 A. No, I'm not. What are you telling me,
16:28 I'll never get paid?
16:28 MR. BATTAGLIN: It looks like it.
BY MR. PROSEN:
Q. Apparently, he'll be someplace where you
16:28 can find him, although I'm not sure which prison
16:28 it's at yet.
16:28 MR. BATTAGLIN: Terre Haute.
16:28 MR. PROSEN: Terre Haute?
BY MR. PROSEN:
16:28 Q. So this is the first you've heard; you
16:28 didn't participate in any Grand Jury investigation?

16:28 MS. KIRCHNER: Grand Jury --

16:28 BY THE WITNESS:

16:28 A. No.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

The deposition of JESSE McNABB, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions for the purpose of discovery, taken before Janet L. Robbins, CSR No. 84-2207, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 3300, Three First National Plaza, Chicago, Illinois, on the 10th day of June, A.D. 2004, at 9:17 a.m.

ORIGINAL

09:17 (WHEREUPON, the witness was duly sworn.)

JESSE McNABB,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

09:17 EXAMINATION

BY MR. PROSEN:

09:17 Q. Sir, please state your name for the
09:17 record.
09:17 A. Jesse McNabb.
09:17 Q. Could you please provide the record with
09:17 your home and work addresses.
09:17 A. Sure. Home address is 22834 south
09:17 Londale. That's in Richton Park, Illinois, 60471.
09:17 Q. That's also your work address?
09:17 A. Yes.
09:17 Q. What's your educational background
09:17 starting with high school?
09:17 A. I've got about four years of college.
09:18 Q. Do you have a degree?
09:18 A. No.
09:18 Q. What type of coursework did you take in
09:18 college?
09:18 A. This is in architectural design and

Q. Are you aware that Mr. Fernandez has pled guilty to receiving kickbacks from a number of contractors on these handicap ramp projects?

A. I've heard --

MS. KIRCHNER: Objection, misconstrues the record.

BY THE WITNESS:

A. I've heard the rumor.

BY MR. PROSEN:

Q. What else have you heard? What other rumors have you heard about that?

A. That's basically it.

Q. Are you aware that he's been sentenced to prison and fined?

A. Like I said, basically I heard something like that.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

The deposition of SAMUEL W. SOUTHERN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions purpose of discovery, taken before Janet L. Robbins, CSR No. 84-2207, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 3300, Three First National Plaza, Chicago, Illinois, on the 9th day of June, A.D. 2004, at 10:47 a.m.

ORIGINAL

(WHEREUPON, the witness was duly sworn.)

SAMUEL W. SOUTHERN,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. PROSEN:

Q. Good morning, sir. Can you please state your name for the record.

A. Samuel W. Southern.

Q. Would you provide your work and home address and phone numbers?

A. Yes, 24707 Mulberry Lane, Crete, Illinois, 60417. The phone number is 708-672-6387.

Q. My name is Larry Prosen. I think you know Mr. Battaglin and why we're all here today. We'll get into the case and everything else.

Real quick, I would like to start off by going through your background educationally, if you could give a brief synopsis of your educational background.

A. High school was Central YMCA High School. I graduated from Central YMCA High School. College, I graduated from Chicago State University

12:45
12:46
12:46
12:46
12:46
12:46
12:46
12:46
12:46 Q. Are you aware of a Grand Jury
12:46 investigation involving kickbacks regarding certain
12:46 U.S. Postal Service handicap ramps that
12:46 Mr. Fernandez was involved?
12:46 A. I heard talk.
12:46 Q. You didn't participate in any Grand
12:46 Jury?
12:46 A. No.
12:46 Q. Do you know that Mr. Fernandez has pled
12:46 guilty, been sentenced to prison and fines?
12:46 A. No, no knowledge of that at all.
12:46 Q. Did you know that Mr. Fernandez took
12:46 kickbacks from various contractors in return for him
12:47 awarding them contract -- I'm sorry -- awarding them
12:47 handicap ramp contracts, several of which are on
12:47 that list in front of you as Exhibit 1?

12:47 A. No, I had no knowledge of that.

12:47
12:47
12:47
12:47
12:47
12:47
12:47
12:47
12:47
12:47
12:47
12:47
12:48
12:48
12:48
12:48
12:48
12:48
12:48
12:48
12:48