# In the United States Court of Federal Claims

No. 98-868C

(Filed: July 26, 2004)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference will be held in this case on Monday, August 9, 2004, at 10:00 a.m. (EDT), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom location will be posted in the lobby of the courthouse on the day of the hearing.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge