# Table of Contents of Appendix

Pages

1. March 3, 1998 letter to contracting officer................1
2. April 13, 1998 letter to contracting officer...............5
3. Chart...................................................8
4. Excerpts from deposition of Richard Battaglin.............10
5. Aroma Park contract commitment order......................37

Friedman Siegel & Rohlfing
Attorneys at Law
200 West Madison Street, Suite 2500
Chicago Illinois 60606
(312) 855-5399
Fax (312) 368-5821

James T. Rohlfing
(312) 855-5383

E-Mail Address
FSRLAW@AOL.com

March 3, 1998

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
RECEIPT NO. Z 041 263 249

Mr. Robert Rigsby
Manager, Administrative Services
United States Postal Service
Central Illinois District
6801 West 73rd Street
Bedford Park, Illinois 60499-9991

Re: **L.P. Consulting Group, Inc., Claims Concerning Berwick Modular Post Office, Hoopeston Ramp Project, Downers Grove Dock Enclosure and Brook field Ramp and Dock Enclosure**

Dear Mr. Rigsby:

We represent L.P. Consulting Group, Inc. ("L.P. Consulting") concerning its claims against the United States Postal Service ("USPS") in connection with damages sustained by L.P. Consulting resulting from the USPS's failure to follow postal procurement procedures with respect to each claim as follows:

1. Berwick Modular Post Office. On September 17, 1996, L.P. Consulting provided a site visit to produce a work order pursuant to its Indefinite Quantity Contract No. 162640-96-B-0094 with the USPS ("IQC"), pursuant to your instructions and under the direction of Bruce Rothermel of your office. L.P. Consulting followed the provisions of its IQC to produce a rough sketch of the site work requested, and a work order in the amount of $30,660.83 for the Berwick project. Pursuant to its IQC and the Contract Disputes Act of 1978 (41 USC §§ 601-613), L.P. Consulting claims damages against the USPS which it sustained as a result of your failure to follow postal procurement procedures with respect to the awarding of the contract, which was ultimately awarded to another offeror based on a fixed price contract. L.P. Consulting's claim is in the amount of its lost profits on this project, which would have been $7,665.00.

2. Hoopeston Ramp Project. On November 1, 1995 and August 1, 1996, L.P. Consulting provided a site visit to produce a work order pursuant to its Indefinite Quantity Contract No. 162640-96-B-0098 with the USPS ("IQC"),

pursuant to your instructions and under the direction of Paul Steiner and Lois Gunlogson of your office. L.P. Consulting followed the provisions of its IQC to produce a work order in the amount of $62,752.00 for the Hoopeston project. Pursuant to its IQC and the Contract Disputes Act of 1978 (41 USC §§ 601-613), L.P. Consulting claims damages against the USPS which it sustained as a result of your failure to follow postal procurement procedures with respect to the awarding of the contract, which was ultimately awarded to another offeror based on a fixed price contract. L.P. Consulting's claim is in the amount of its lost profits on this project, which would have been $14,433.00.

3. <u>Downers Grove Dock Enclosure</u>. On August 1, 1996, L.P. Consulting was provided architectural drawings to produce a work order pursuant to its Indefinite Quantity Contract No. 162640-96-B-0098 with the USPS ("IQC"), pursuant to your instructions and under the direction of Jesse McNabb of your office. L.P. Consulting followed the provisions of its IQC to produce a work order in the amount of $36,564.99 for the Downers Grove project. Pursuant to its IQC and the Contract Disputes Act of 1978 (41 USC §§ 601-613), L.P. Consulting claims damages against the USPS which it sustained as a result of your failure to follow postal procurement procedures with respect to the awarding of the contract, which was ultimately awarded to another offeror based on a fixed price contract. L.P. Consulting's claim is in the amount of its lost profits on this project, which would have been $10,000.00.

4. <u>Brookfield Ramp & Dock Enclosure</u>. On August 1, 1996, L.P. Consulting was provided architectural drawings to produce a work order pursuant to its Indefinite Quantity Contract No. 162640-96-B-0094 with the USPS ("IQC"), pursuant to your instructions and under the direction of Jesse McNabb of your office. L.P. Consulting followed the provisions of its IQC to produce a work order in the amount of $89,168.28 for the Brookfield project. Pursuant to its IQC and the Contract Disputes Act of 1978 (41 USC §§ 601-613), L.P. Consulting claims damages against the USPS which it sustained as a result of your failure to follow postal procurement procedures with respect to the awarding of the contract, which was ultimately awarded to another offeror based on a fixed price contract. L.P. Consulting's claim is in the amount of its lost profits on this project, which would have been $22,229.00.

Pursuant to the above, L.P. Consulting Group, Inc. hereby makes a claim under the Contract Disputes Act of 1978 in the total amount of $54,327.00 for losses sustained as set forth above.

We request a decision within sixty (60) calendar days of receipt of this claim. Also, pursuant to the Freedom of Information Act, we request a copy of the written notice of award on each of the above four projects, stating the award amount, the date of award, the number of offerors, and to whom the award was made. Incidentally, L.P. Consulting is also entitled to receive that information pursuant to section 4.4.3.a.15(b) of the USPS Purchasing Manual.

We look forward to your prompt response.

Truly yours,

James T. Rohlfing

JTR:kc

cc: L.P. Consulting Group, Inc.

VERIFICATION

Richard A. Battaglin, a duly authorized officer of L.P. Consulting Group, Inc., being first duly sworn upon his oath, deposes and states that the above and foregoing claim of L.P. Consulting Group, Inc., dated this 7TH day of April, 1998, is true and correct in substance and in fact.

Richard A. Battaglin

SUBSCRIBED AND SWORN to
before me this 7th day
of April, 1998.

Notary Public

OFFICIAL SEAL
ANNA E WILMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/04/99

Friedman Sinar & Rohlfing
Attorneys at Law
200 West Madison Street, Suite 2500
Chicago Illinois 60606
(312) 855-5399
Fax (312) 368-5821

James T. Rohlfing
(312) 855-5383

E-Mail Address
FSRLAW@AOL.com

April 13, 1998

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
RECEIPT NO. P 851 275 733

Mr. Robert Rigsby
Manager, Administrative Services
United States Postal Service
Central Illinois District
6801 West 73rd Street
Bedford Park, Illinois 60499-9991

Re: **Claims by L.P. Consulting Group, Inc. against United States Postal Service**

Dear Mr. Rigsby:

On behalf of our client, L.P. Consulting Group, Inc. ("L.P. Consulting") we hereby submit to you, as contracting officer for the United States Postal Service ("USPS"), the following claims against the USPS in connection with damages sustained by L.P. Consulting resulting from the USPS's breach of implied contracts and failure to follow postal procurement procedures:

| Project Name | Work Order Amount | Lost Profit |
|---|---|---|
| Aroma Park Interior Lobbies and Building Renovation | $62,000.00 | $12,466.00 |
| Beaverville Lobby and Building Renovation | $24,758.00 | $4,736.00 |
| Bradley Concrete Ramp, Lobbies and Building Renovation | $187,352.00 | $31,449.00 |
| East Lynn Building Renovation | $32,775.00 | $5,280.00 |
| Momence Concrete Ramp and Lobby Renovation | $46,388.00 | $7,800.00 |
| Papineau Interior Renovation and Concrete Ramp | $43,442.00 | $6,311.00 |
| St. Anne Concrete and Asphalt and Interior Renovations | $41,691.00 | $7,360.00 |
| Union Hill Interior and Exterior Ramp | $36,110.00 | $5,608.00 |
| Total | $474,516.00 | $81,010.00 |

With respect to each of the above claims, L.P. Consulting was requested to provide a work order pursuant to its indefinite quantity contract, and it provided a work order after the applicable research and communication with your office. In each case, the work order was provided with the express or implied understanding that the work would be given to

L.P. Consulting. On information and belief, in at least some of the above cases, the work was awarded to another contractor. As a result of your office's failure to follow postal procurement procedures and breach of its implied contracts, L.P. Consulting has been damaged in the amount of $81,010.

Pursuant to the above, L.P. Consulting Group, Inc. hereby makes a claim or claims under the Contract Disputes Act of 1978, in the total amount of $81,010 to recover the losses sustained as described above.

We hereby request a decision within sixty calendar days of your receipt of this claim. Also, pursuant to the Freedom of Information Act, we request a copy of the written notice of award on each of the above eight projects. Incidentally, as we have pointed out before, L.P. Consulting is also entitled to receive the Notice of Award pursuant to section 4.4.3.a.15(b) of the USPS Purchasing Manual. Therefore, we request that the requested information be provided both under the Freedom of Information Act and postal procurement procedures.

We would appreciate your prompt response and invite you to call with any questions that you may have.

Truly yours,

James T. Rohlfing

JTR:kc
cc: L.P. Consulting Group, Inc.

VERIFICATION

Richard A. Battaglin, a duly authorized officer of L.P. Consulting Group, Inc., being first duly sworn upon his oath, deposes and states that the above and foregoing claim of L.P. Consulting Group, Inc., dated this 7TH day of April, 1998, is true and correct in substance and in fact.

Richard A. Battaglin

SUBSCRIBED AND SWORN to before me this 7th day of April, 1998.

Anna E Wilma
Notary Public

OFFICIAL SEAL
ANNA E WILMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 01/04/99

| Project Name | LP Site Visit Date | LP Site Visit Met With | Did USPS awarded a contract? |
|---|---|---|---|
| Berwick Modular Post Office | 9/17/96<br>(3/3/98 claim) | Bruce Rothermel<br>(Dep. 252) | yes |
| Hoopeston Ramp Project | 11/14/95<br>(Dep. 349, 360) | Paul Steiner<br>Lois Gunlogson<br>(Dep. 341) | yes |
| Downers Grove Dock Enclosure | 8/1/96<br>(Dep. 336) | Jesse McNabb<br>(Dep. 336) | yes |
| Brookfield Ramp | no date<br>(Dep. 270) | Jesse McNabb<br>(Dep. 270) | yes |
| Brookfield Dock | no date<br>(Dep. 270) | Jesse McNabb<br>(Dep. 270) | yes |
| Aroma Park Interior Lobbies and Building Renovation | Sept. 1995<br>(Dep. 132, 221) | Paul Steiner<br>Catherine Marks<br>(Dep. 132, 134, 221) | yes, on Aug. 28, 1999 to PNL Enterprises, only for lobby renovations |
| Beaverville Lobby and Building Renovation | Sept. 1995<br>(Dep. 134) | Paul Steiner<br>(Dep. 134, 216) | no |
| Bradley Concrete Ramp, Lobbies and Building Renovation | Sept. 1995<br>(Dep. 134, 243) | Paul Steiner<br>(Dep. 134) | yes, for concrete ramp |
| East Lynn Building Renovation | 10/17/95<br>(Dep. 67)<br>11/14/95<br>(Dep. 131) | Jesse McNabb<br>(Dep. 66, 131)<br>Paul Steiner<br>(Dep. 131) | no |
| Momence Concrete Ramp and Lobby Renovation | 5/24/96<br>(Dep. 130) | Samuel Southern<br>(Dep. 180) | yes |
| Papineau Interior Renovation and Concrete Ramp | Sept. 1995<br>(Ex. 10) | Paul Steiner<br>Catherine Marks<br>(Dep. 134, 232-33, 237) | no |

| | | | |
|---|---|---|---|
| St. Anne Concrete, Asphalt and Interior Renovations | 5/24/96<br>(Dep. 130) | Samuel Southern<br>(Dep. 98) | no |
| Union Hill Interior and Exterior Ramp | 8/15/95<br>(Dep. 198, Ex. 10) | Paul Steiner<br>Catherine Marks<br>(Dep. 198) | no |