Page 204

marked Battaglin Exhibit No. 65 for
identification, as of 6/11/04.)
BY MS. KIRCHNER:
Q. Please take a look at what we've marked as Exhibit 65. Do you recognize Exhibit 65?
A. Yes.
Q. Is Exhibit 65 in your handwriting?
A. Only the numbers on the outside far column and the letters A and B up at the top of the document.
Q. So is that true of both the first and second pages of the exhibit?
A. That's correct.
Q. So that we're all clear, it's this column, that's your handwriting?
A. Yes.
Q. The A and the B?
MR. PROSEN: For the record, the witness is referring to the column all the way on the left, the first column of numbers.
BY MS. KIRCHNER:
Q. If we're on the first page of Exhibit 65, it looks like some sort of mark down here. What is that?

Page 205

A. I don't know.
Q. It's not your initials?
A. This mark here (indicating)?
Q. Yes.
A. No.
Q. Where did you get the document before you put on it the A and the B and then the column of numbers all the way on the left?
A. I received this from the postal service.
Q. From who at the postal service?
A. If I knew who that was, I'd tell you who wrote it, but I don't know who wrote it, but it came from the postal service.
Q. And how did you receive it from the postal service?
A. It was in one of the typical correspondence that we would have on a regular basis, and this was included.
Q. Do you remember when you got it?
A. Not specifically.
Q. What does the A and the B refer to that you put on the document?
A. I don't recall.
Q. You don't remember why you put A and B

Page 206

on it?
A. No.
Q. I want to point out to you, sir, in the column that says "L.P. Consulting proposal," there are various dates. Do you see there that the dates are -- it appears to be 1/3/94?
A. Yes.
Q. Do you see that?
What was going on around 1/3/94?
MR. PROSEN: Objection, vague, ambiguous.
BY THE WITNESS:
A. Well, looking -- corresponding these dates was the project to the left under the 609 post offices. All the 609 post offices are listed in this document that I recall, and it looks as if those are projects that I received.
BY MS. KIRCHNER:
Q. When you say "the 609 post offices," are you referring to the post offices that are located in the 609 zip code?
A. Correct.
Q. What do you think this document is?
MR. PROSEN: Objection, calls for conjecture.
BY THE WITNESS:

Page 207

A. I'd be guessing.
BY MS. KIRCHNER:
Q. Okay. When you put these numbers on the far left-hand column of the document, what were you doing?
A. My guess is, I was numbering them in grouping order geographically.
Q. So all the 5s are near each other?
A. Something like that. Just from my memory, it looks like that's what this is.
Q. If we look on the second page of Exhibit 65, do you see that there's handwriting on the bottom. It begins -- can you read that to me?
A. It looks like the word "Dwight."
Q. And there's a 604?
A. It looks like the word "Elwood."
Q. Do you recognize the handwriting that begins with the portion that you just read?
A. No.
Q. That's not your handwriting?
A. No.
Q. Were you doing work in the 609 zip code area in approximately January of '94?
A. I would not know that from this

Page 212

A. Say that one more time.
Q. Okay. On the form, which is Exhibit 66, do you see that the item number column is filled in, the description is filled in, unit measure is filled in and the unit price is filled in? At what point in time did you fill in all that information?
A. Before the visit.
Q. At what point in time did you fill in the quantity column on Exhibit 66?
A. During the visit.
Q. At what point in time did you fill in the extend price column of Exhibit 66?
A. That could have been later or at the visit.
Q. You don't recall?
A. No. The extended price isn't the issue when you make these visits. The issue is the quantity and the line item.
Q. I see a number of items have zeros. There's some zeros in the quantity column.
A. Uh-huh.
Q. Do you see that?
A. Yes.
Q. Is it the case that you would take a

Page 213

scope of work form to the site visit with the item number and the description and the column and the unit measurement and unit price column, all those columns are filled in, and then you go out to the post office and you see, "Well, which items do we actually need"?
MR. PROSEN: Objection, asked and answered.
BY THE WITNESS:
A. Yes.
BY MS. KIRCHNER:
Q. So you could do the site visit and conclude you needed zero for a particular item and then you could fill that in?
A. Only if we visited the site.
Q. Yes. I'm understanding you. Okay.
Now, do you remember filling in the scope of work at Beaver Hill at the time of the site visit?
A. Yes, at Beaverville --
Q. Beaverville, excuse me.
A. -- yeah, we would have performed that task.
Q. What did you do with the scope of work that you filled in at the time of the site visit for

Page 214

Beaverville?
A. All the originals went back with the postal service to be produced so they could produce the work order so I could do this work.
Q. After the postal service took the scope of work from Beaverville, did you receive a copy in the mail of that scope of work back from the postal service?
A. I don't recall this specific one coming back and if there were adjustments made. I don't recall.
Q. Do you remember you indicated that sometimes there was Xerox capacity at the post office itself, so at the end of the site visit, you would have a copy of the scope of work and so would the post office? Do you remember that?
A. Yes.
Q. Do you remember what happened in the case of Beaverville?
A. Beaverville, I know, was a small office, so I doubt they had that capability. It's a very small town.
Q. Do you see on the top of Exhibit 66 there's some handwriting? Do you see that?

Page 215

A. Yes.
Q. Could you read that to me?
A. It says "Original."
Q. Is that your handwriting?
A. Yes.
Q. After the site visit at Beaverville where work was scoped out, did you ever go back to that post office?
A. No.
Q. The work that was scoped out at the Beaverville Post Office, did that include a handicap ramp?
A. No, it doesn't appear to.
Q. You're referring to Exhibit 66?
A. Yes.
MS. KIRCHNER: Let's take a break.
(WHEREUPON, a recess was had.)
BY MR. PROSEN:
Q. I'm going to ask you a couple of more questions about Beaverville.
You have in front of you Southern Exhibit 10. Looking at that document, does that refresh your recollection about the site visit that you made to Beaverville?

Q. Who was?
A. It wasn't Paul.
Q. What other post offices, other than Paxton, did you work on in the 609 zip code?
A. Ashkum, Bonfield, Buckingham, Buckley, Cabery, Campus, Chatsworth, Chebanse, Cissna Park, Clifton, Crescent City, Cullom, Danforth, Donovan, Elliott, Emington, Essex, Gilman, Herscher, Grant Park, Kempton, Ludlow, Loda, Martinton, Melvin, Manteno, Milford, Onarga, Rankin, Reddick, Paxton, Piper City, Roberts, Rossville, Sheldon, Thawville, Wellington and Woodland.
Q. During what time frame, what years are you talking that you did all this work, sir?
A. The same years in my claim, from somewhere in the calendar '95-ish to '97-ish.
Q. Was some of this work in 1994?
A. I don't recall. I'd have to check my records. Sitting here, I don't recall.
Q. How about Downers Grove? Is that in the 609 zip code?
A. 605.
Q. 605. I see.
Did Aroma Park at the time of the site



visit have Xerox capacity, a Xerox machine?
A. No. It's a very rural town. It's on the corner, as I recall.
Q. After the site visit at Aroma Park with Paul Steiner and the work is scoped out, what did you expect was going to happen for that post office?
MR. PROSEN: Objection, vague.
BY THE WITNESS:
A. My role in it, is that what you're asking?
BY MS. KIRCHNER:
Q. Let me rephrase the question.
A. Yeah.
Q. You conducted a site visit at Aroma Park with Paul Steiner and work was scoped out, is that correct?
A. Correct.
Q. Are there particular items that reflect handicap ramps in Exhibit 68?
A. No.
Q. So you were not scoping out a handicap ramp?
A. Yes. That doesn't mean that they wanted me to do the concrete work. I scoped it and gave



them the work order, but it's their discretion to keep it or deny it. I've only got the inside.
Q. I want to look at Exhibit 68. Are there particular line items in Exhibit 68 that relate to the handicap ramp?
MR. PROSEN: Asked and answered, objection.
BY THE WITNESS:
A. There are no ramp issues in this one.
BY MS. KIRCHNER:
Q. Okay. So you're not making any claims about Aroma Park with regard to a handicap ramp?
A. No.
Q. Was there already a handicap ramp at Aroma Park at the time of the site visit?
A. I can't explain why or why not we didn't do anything about it. I just know that it was...
Q. After the site visit at Aroma Park and the scope of work, you drew that up and Paul Steiner takes it back with him, what did you expect was going to happen next with regard to you're doing any work at Aroma Park?
MR. PROSEN: Objection, vague, ambiguous, asked and answered.
BY THE WITNESS:



A. I expect a returned draft work order from the post office with full extended prices and a time to start, estimated completion dates for my review and acceptance. And if I accepted it, I would sign it and return it for the contracting office's signature and a notice to proceed.
BY MS. KIRCHNER:
Q. So the document you expected to receive back from the post office, it would have extended prices on it?
A. Oh, it always would.
Q. I take it that didn't happen, is that correct?
A. Not on the ones I'm claiming, no.
Q. And not for Aroma Park?
A. Not for Aroma Park.
Q. Those extended prices that you expected, were those the prices that were part of your Indefinite Quantity Contracts that you had at that time?
A. Yes.
Q. Let's go on.
Did you make a site visit to Papineau?
A. Yes.

Page 260

Q. Did you typically keep copies of this scope of work form that were blank except for having your stamp, L.P. Consulting Group, on it?
A. I'm sorry, ask it again.
MR. PROSEN: Objection, the question is vague, ambiguous.
BY MS. KIRCHNER:
Q. I think you explained earlier that there was a scope of work form which would be like Exhibit 73 without anything filled in on it, is that correct?
A. Correct.
Q. Was it your practice to put your stamp, L.P. Consulting Group, Incorporated, on such forms?
A. Yes.
Q. Did you typically have that all filled out before you went out in the field?
A. Usually, the only thing would come out with me would be -- I would stamp that because I didn't bring the stamp with me. And then depending on the project and depending on the conversation I had with the project manager, I would have a pre-designed line item so we can move quicker.
Q. What I'm trying to understand, sir, is

Page 261

whether you typically went out for the site visit, the form gets filled in and then you put the stamp on it or when you go out, the stamp is already on the form?
A. The stamp is already on the form.
MS. KIRCHNER: Let's go off the record.
(WHEREUPON, a discussion was had off the record.)
BY MS. KIRCHNER:
Q. We've been talking about your site visit to the Berwick Post Office. That's the scope of work for the modular, correct?
A. Correct.
Q. Did you ever submit a bid to perform the modular post office work in Berwick?
A. No.
Q. Let me make sure. So you never put in a bid as to what your price would be to build the modular post office at Berwick?
MR. PROSEN: Objection, misconstrues the testimony and the evidence.
BY THE WITNESS:
A. I never responded to a solicitation request for an offer on this project.

Page 262

BY MS. KIRCHNER:
Q. Did you ever tell the postal service what your price would be to build the modular post office at Berwick?
A. Yes.
Q. And when did you do that?
A. When Mr. Rothermal took my original document scope of work back to the post office.
Q. Right after the site visit?
A. Right after the site visit.
Q. What price did you tell him right after the site visit?
A. I didn't tell him the price. He had the price based on the quantities.
Q. But referring to Exhibit 73, all those numbers in the extend price column --
A. Uh-huh.
Q. -- those were all numbers you filled in, correct?
A. Yes.
Q. And you filled in the subtotal on each of the sheets and then the total on Exhibit 73, is that correct?
A. Yes.

Page 263

Q. Did you do that sometime after the site visit?
A. I don't recall.
Q. Do you remember that it was a long site visit at Berwick where you actually checked and did all the math on the scope of work to compute the extended price?
A. No. The issue is always the line item and the quantity. The postal service's system always has this and produces the extended price. So when he goes back to his office, he matches his quantities with these line items and he produces a number.
Q. Did you, yourself, also match the line items with the quantities and produce the number for the extended price for Berwick?
A. Yes.
MR. PROSEN: Objection, asked and answered. The document speaks for itself.
BY THE WITNESS:
A. Yes.
BY MS. KIRCHNER:
Q. When you had your final price for Berwick, was that $30,660.83?

A. It was determined in the field. We just measured it up again and put it in.
Q. So at the time of the site visit, you put all those numbers in the quantity column?
A. Yes.
Q. For Brookfield, when did you fill in the extend price column on the scope of work form?
A. I don't recall. I don't know.
Q. If we look at the second document in Exhibit 76, is all the handwriting there your handwriting?
A. Uh-huh, yes.
Q. Did you arrive at the site visit at Brookfield having this form, also, filled out in terms of the item number column, the description column, the unit measure and unit price columns?
A. I believe so, yes.
Q. And then did you fill in the quantity column at the time of the site visit at Brookfield?
A. Yes.
Q. When did you fill in the extend price column on the form?
A. I don't -- I really don't recall.
Q. Did you use your unit price book for



your Indefinite Quantity Contract to fill in the unit prices on this form at Brookfield, which is Exhibit 76?
A. Yes, I did.
Q. Can you explain to me how it came about that you were able to fill in the extend price column on the form at Brookfield?
A. Well, you take the quantity times the unit price --
Q. Let me rephrase the question, because I'm not being clear enough.
You told me that you filled in the scope of work form at the time of the site visit for Brookfield with the quantities. You put the quantities in at that time.
Did you then give the original form to Mr. McNabb?
A. Yes.
Q. Did he take it with him?
A. Yes.
MR. PROSEN: Objection, calls for speculation.
BY MS. KIRCHNER:
Q. As far as you know?
A. As far as I know, he took it with him.



Q. Now, did Brookfield have Xerox capacity at the time of your site visit?
MR. PROSEN: Objection, asked and answered.
BY THE WITNESS:
A. Sure. I'm sure it did.
BY MS. KIRCHNER:
Q. But you don't remember whether or not you took a copy of what you gave to Mr. McNabb at the time of the site visit?
A. Generally, no. Generally speaking, no.
Q. So even though there was a Xerox machine at the particular facility, you didn't usually bother to do that at the time of the site visit?
A. No, because -- no.
Q. So then after Mr. McNabb left with the scope of work form for Brookfield, the site visit was over, did you receive a copy of the scope of work form back from Mr. McNabb for Brookfield?
A. You know, I don't recall on this one if he sent it back with any adjustments on my quantities or not. I do know we discussed time, but I don't recall if he made any adjustments on this.
Q. You did fill in the extend price column, correct?



A. Yes.
Q. And you did that at some point after the site visit, correct?
A. I don't know if it was after the site visit, during the site visit, but that is my writing and I did extend the price.
Q. Generally, wasn't your practice to fill in the extend price column after the site visit?
MR. PROSEN: Objection, assumes facts not in evidence and misconstrues the testimony.
BY THE WITNESS:
A. Not universally. To say that I did that in all 250 jobs I've ever done, I can't say that to be true, no, as a general saying, no.
BY MS. KIRCHNER:
Q. For the site visits that we're talking about for your claim, didn't you generally go out there, meet the postal service employee, look at the site, if measurements were needed, measurements were made, and then you filled in the quantity column? Isn't that what generally happened?
A. Yes.
Q. And generally, you gave your scope of work with the quantity column filled in to the