# In the United States Court of Federal Claims

No. 98-868C

(Filed: August 9, 2004)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 9, 2004, a status conference was held in this case. Participating in the conference were Mr. Lawrence Prosen on behalf of plaintiff and Ms. Domenique Kirchner on behalf of defendant.

Pursuant to discussions held during the status conference:

1. On or before August 20, 2004, plaintiff shall file its motion to amend the portion of its complaint dealing with the issue of *de facto* debarrment. If defendant is not in agreement with the proposed amendment, defendant shall file its response pursuant to the rules of this court.

2. On or before August 20, 2004, plaintiff shall file its revision to the scope of the pending RCFC 30(b)(6) depositions.

3. On or before October 29, 2004, the parties shall complete all pending discovery matters, including the required RCFC 30(b)(6) depositions. Should additional issues arise regarding discovery during this period, the parties shall move for permission to complete additional discovery; alternatively, the parties may proceed by agreement provided the October 29 discovery deadline is met.

4. On or before November 12, 2004, the parties shall file a joint status report, including a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge