**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 98-868C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| | ) | |
| **Defendant.** | ) | |

## CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH POINTS AND AUTHORITIES

Plaintiff, L.P. Consulting Group, Inc. ("LP Consulting"), through undersigned counsel, pursuant to United States Court of Federal Claims Rule 15(a) and the Court's August 9, 2004 Scheduling Order and with the Defendant United States of America's consent, hereby requests leave to file a second amended complaint, and in support thereof herein states as follows:

1. This case was originally initiated by a Complaint filed with the Court on November 13, 1998.

2. Subsequent thereto, by an order granting leave, Plaintiff filed a First Amended Complaint in this action on February 2, 1999.

3. Following a series of continuances and stays in this case, discovery was continued in this matter and is ongoing, currently scheduled to be completed on or before October 20, 2004, pursuant to the Court's August 9, 2004 Order.

4. On or about July 19, 2004, Defendant Government filed a motion for partial dismissal in which the Government sought to have certain "counts" alleging *de facto* debarment dismissed.

5. While neither the original nor amended complaint actually denoted a count or cause of action for *de facto* debarment, certain allegations set forth in the factual allegations, paragraphs 28 through 34 did allege *de facto* debarment.

6. Pursuant to the parties' agreement at the August 9, 2004 status conference, as memorialized in the Court's Order of like date, L.P. agreed to "voluntarily dismiss" any *de facto* debarment "count" and to revise the relevant paragraphs of its First Amended Complaint to remove such language.

7. Appended hereto as Exhibit A is the Second Amended Complaint, which effectuates those changes.

8. While defendant's counsel has not reviewed this motion itself, she has consented to the Second Amended Complaint appended hereto as Exhibit A.

9. RCFC Rule 15 permits a party to amend its pleading upon leave of the Court and "shall be freely given when justice requires." RCFC 15(a). *See also*, *Economic Development and Indus. Corp. of Boston v. US*, 13 Cl.Ct. 590, 598 (1997).

11. Similarly, the Court should deny a motion for leave to amend, pursuant to Rule 15(a), only under circumstances "of undue delay, bad faith, dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of amendment, or the futility of amendment." *Forestry Surveys and Data v. U.S.*, 44 Fed.Cl. 45490 (1999) (*citing*, *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227 (1962)).

13. Given the above, coupled with the parties' agreement and the Court's request, the proposed Second Amended Complaint will not cause undue delay, is not filed in bad faith, lacks any dilatory motive on movant's part, does not represent a "repeated failure to cure deficiencies"

and will not unduly prejudice the Government, nor is it futile in nature. Given these facts, leave to file this attached Second Amended Complaint should be granted.

WHEREFORE, Plaintiff, L.P. Consulting Group, Inc., with the consent of Defendant United States of America, hereby requests that the Court:

(1) grant its Motion for Leave to File Second Amended Complaint, pursuant to the Court's Rule 15; and

(2) direct the Clerk to accept the document appended hereto as Exhibit A, the Second Amended Complaint, for filing and insertion into the record.

Dated: August 20, 2004

Respectfully submitted,

/s/ Brian Cohen

Brian Cohen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300

Attorney for Plaintiff

Of Counsel:

Lawrence M. Prosen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300

Attorney for Plaintiff

**POINTS AND AUTHORITIES**

1. RCFC 15(a).

2. Honorable Francis Allegra's August 9, 2004 Order directing that any Second Amended Complaint and Motion for Leave to File same be filed on or before August 20, 2004.

3. *Economic Development and Indus. Corp. of Boston v. US*, 13 Cl.Ct. 590, 598 (1997).

4. *Forestry Surveys and Data v. U.S.*, 44 Fed.Cl. 45490 (1999) (*citing*, *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227 (1962)).

Dated: August 20, 2004

Respectfully submitted,

/s/ Brian Cohen

Brian Cohen, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300

Attorney for Plaintiff

Of Counsel:

Lawrence M. Prosen, Esquire
Michael J. Schrier, Esquire
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610
(202) 466-6300

Attorneys for Plaintiff