**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 98-868C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This Court, having reviewed Plaintiff, L.P. Consulting Group, Inc.'s Motion for Leave to File Second Amended Complaint, the Second Amended Complaint appended hereto as Exhibit A, and any replies, objections or the like, have found such Motion to be proper, hereby **GRANTS** L.P.'s Motion for Leave to File Second Amended Complaint, and does hereby

**ORDER** the Clerk to accept the document appended to Plaintiff's Motion for Leave to File Second Amended Complaint, Exhibit A, as the Second Amended Complaint in this case and to enter and docket such pleading into the record.

**SO ORDERED this _____ day of _______________, 2004.**

______________________________
Judge Francis Allegra
United States Court of Federal Claims

Copies to:

Brian Cohen, Esq.
Lawrence M. Prosen, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5610

Dominique M. Kirchner, Esq.
United States Department of Justice
Civil Division-Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530