# In the United States Court of Federal Claims

No. 98-868C

(Filed: September 13, 2004)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 20, 2004, plaintiff filed a consent motion for leave to file a second amended complaint, pursuant to Rule 15(a) and the Court's August 9, 2004 scheduling order. The motion is hereby **GRANTED**, and the Clerk is directed to accept the document appended to plaintiff's motion to leave to file second amended complaint, Exhibit A, as the second amended complaint in this case.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge