IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-868C |
| THE UNITED STATES, | ) | (Judge Allegra) |
| Defendant. | ) | |

PARTIES' JOINT STATUS REPORT

Pursuant to the Court's order dated August 9, 2004, the parties file this joint status report. Plaintiff's deposition of Carl Puricelli was completed on August 10, 2004. Plaintiff's Rule 30(b)(6) deposition was completed on October 21, 2004.

At the hearing on August 9, 2004, defendant notified the Court that it would proceed by filing a dispositive motion. Previously, on January 27, 2000, the Court had denied defendant's motion for partial summary judgment without prejudice. The Court directed that dispositive motions should be filed after the completion of discovery.

The parties propose the following schedule for the submission of dispositive motions:

December 23, 2004 Defendant's Motion For Summary Judgment[1]

1 Defendant's counsel amongst other things is on travel on November 29 - December 1, 2004, for previously scheduled depositions in Aaron v. United States, No. 00-315C and consolidated cases. Defendant's counsel recently was reassigned to Flour Hanford v. United States, Fed. Cl. Nos. 02-759, 03-1287, and must present oral argument in that matter on December 10, 2004.

| | |
|---|---|
| January 28, 2005 | Plaintiff's Response To Defendant's Motion For Summary Judgment (due to intervening holidays) |
| February 18, 2005 | Defendant's Reply To Plaintiff's Response To Defendant's Motion For Summary Judgment |
| | Oral Argument - At the court's convenience. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Brian Cohen
BRIAN COHEN
Bell, Boyd, & Lloyd PLLC
1615 L. Street, N.W.
Suite 1200
Washington, D.C. 20036
Tele: (202) 466-6300
FAX: (202) 835-4127
Attorney For Plaintiff

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624
Attorneys For Defendant

November 12, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of November 2004, a copy of the foregoing "PARTIES' JOINT STATUS REPORT" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s DOMENIQUE KIRCHNER