# In the United States Court of Federal Claims

No. 98-868C

(Filed: November 16, 2004)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 12, 2004, the parties filed a joint status report. Pursuant to that report:

1. On or before December 23, 2004, defendant shall file its motion for summary judgment.

2. On or before January 28, 2005, plaintiff shall file its response to defendant's motion for summary judgment.

3. On or before February 18, 2005, defendant shall file its reply to plaintiff's response to defendant's motion for summary judgment.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge