IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-868C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Allegra) |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests a 29-day enlargement of time from December 23, 2004 to January 28, 2005, to serve its motion for summary judgment in this matter. Defendant also requests that the briefing schedule be modified as follows: February 25, 2005, for plaintiff's opposition to defendant's motion for summary judgment; and March 11, 2005, for defendant's reply to plaintiff's opposition to defendant's motion for summary judgment. Defendant's counsel has discussed this motion with plaintiff's counsel. Plaintiff's counsel informed defendant's counsel that he had contacted the plaintiff, and the plaintiff stated that he opposes this motion. Defendant's motion for summary judgment is due on December 23, 2004, and this is the first request for an enlargement of time for this purpose.

Defendant has begun preparation of the Government's motion for summary judgment but requires an additional 29 days to complete preparation of and file the Government's motion. In addition, defendant's counsel has had to complete other assigned matters. Defendant's counsel prepared and filed a motion for summary judgment as to one plaintiff in Acebal v. United States, Fed. Cl. No. 01-47C (filed November 19, 2004). Defendant's

counsel also prepared and filed a motion for summary judgment in Carlsen v. United States, Fed. Cl. 00-617C (filed November 24, 2004), and a motion to transfer in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-529C and consolidated cases (filed November 24, 2004). Defendant's counsel was required to conduct and defend depositions in FCI Otisville, N.Y., on November 29-30, 2004. Aaron v. United States, Fed. Cl. No. 00-315C, and consolidated cases.

Defendant's counsel was assigned to a bid protest proceeding on November 16, 2004; that proceeding involved a request for a temporary restraining order and a preliminary injunction and required the majority of her time and effort through December 3, 2004. Portfolio Disposition Management Group v. United States, Fed. Cl. No. 04-1682.

Defendant's counsel was reassigned to Fluor Hanford v. United States, Fed. Cl. Nos. 02-759C and 03-1287, and presented oral argument on cross-motions for summary judgment in that matter on December 10, 2004. She prepared and filed a supplemental brief in that case on December 13, 2004.

Defendant's counsel also prepared and submitted extensive discovery responses on December 17, 2004 in Aaron v. United States, Fed. Cl. 00-315C and consolidated cases. Defendant's counsel prepared and filed the Government's brief in Arnett v. Department of the Navy, Fed. Cir. No. 05-3027, on December 17, 2004. Defendant's counsel prepared and filed a motion for summary judgment as to one plaintiff in Avripas v. United States,

Fed. Cl. No. 03-2363, on December 21, 2004. Defendant's counsel also must conduct previously scheduled depositions in Springfield, MO, on January 11-12, 2005. She will be on previously scheduled leave from December 27, 2004 through December 30, 2004.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for an enlargement of time of 29 days, to and including January 28, 2005, in which to file the Government's motion for summary judgment, and that the briefing schedule also be modified as follows: February 25, 2005, for plaintiff's opposition to defendant's motion for summary judgment; and March 11, 2005, for defendant's reply to plaintiff's opposition to defendant's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624
Attorneys For Defendant

December 21, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of December 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s DOMENIQUE KIRCHNER