# In the United States Court of Federal Claims

No. 98-868C

(Filed: December 22, 2004)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 22, 2004, defendant filed a motion for an enlargement of time to file its motion for summary judgment. Defendant's motion is **GRANTED**, but only in part, as follows:.

1. On or before January 14, 2005, defendant shall file its motion for summary judgment. No further enlargements of this deadline will be granted. Should the motion not be filed by that date, this case will be set for trial.

2. On or before February 11, 2005, plaintiff shall file its response to defendant's motion for summary judgment.

3. On or before March 4, 2005, defendant shall file its reply to plaintiff's response to defendant's motion for summary judgment.

It is the court's desire that this matter proceed expeditiously, without the numerous enlargement requests that have characterized this case to date. The parties shall arrange their schedules accordingly.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge