No. 98-868C
(Judge Allegra)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# APPENDIX FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor,
1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

STEPHEN D. LOBAUGH
United States Postal Service

January 14, 2005

Table Of Contents Of Appendix

Page
1. Declaration of Terri Jacobsen............................1

2. Aug. 11, 1998 letter of LP..............................25

3. Apr. 13, 1998 letter of LP..............................29

4. Mar. 3, 1998 letter of LP...............................32

5. Modification of IQC 162640-94-B-0083....................37

6. Modification of IQC 162640-94-B-0083....................40

7. May 17, 1994 Notice to proceed re IQC 162640-94-B-0083...41

8. Excerpts from IQC 162640-94-B-0083......................41

9. June 6, 1996 Notice to proceed re IQC 162640-96-B-0094...52

10. Excerpts from IQC 162640-96-B-0094.....................54

11. June 3, 1996 Notice to proceed re IQC 162640-96-B-0098.155

12. Excerpts from IQC 162640-96-B-0098....................157

13. Excerpts from USPS Procurement Manual.................258

14. Excerpts from USPS Purchasing Manual..................265

15. Excerpts from USPS Design and Construction Handbook....274

16. Mar. 16, 1999 letter to Samuel Southern re contracting authority and warrant....................................282

AROMA PARK

17. June 15, 1999 Fax to Larry Linnenburger...............285

18. June 10, 1999 bid of Ulbrich..........................286

19. June 11, 1999 bid of Phoenix..........................287

20. June 14, 1999 bid of PNL Enterprises..................288

21. Aug. 28, 1999 Notice to proceed to PNL Enterprises.....291

22. Excerpts from Aug. 1999 contract with PNL Enterprises..293

23. Aug. 28, 1999 letter to Phoenix........................299

24. Aug. 28, 1999 letter to Ulbrich........................300

BERWICK

25. Aug. 1996 bid of WM. Aupperle..........................302

26. Nov. 26, 1996 award to WM. Aupperle....................304

27. LP draft work order for Berwick, dated Sept. 17, 1996..305

BRADLEY

28. Aug. 28, 1996 bid of PNL Enterprises...................309

29. Aug. 28, 1996 bid of Ramcorp...........................310

30. Aug. 29, 1996 bid of Ulbrich...........................311

31. Aug. 30, 2996 bid of Phoenix...........................312

32. Sept. 5, 1996 PNL best and final offer ("BAFO")........313

33. Sept. 1996 Ulbrich BAFO................................314

34. Sept. 1996 Ramcorp BAFO................................315

35. Aug. 22, 1997 Notice of intent to award to Ramcorp.....316

36. Oct. 23, 1997 letter to Ramcorp........................317

37. Excerpt from Nov. 19, 1997 contract with Ramcorp.......318

BROOKFIELD DOCK ENCLOSURE

38. Excerpt from Aug. 2, 1996 contract with Janice.........324

39. July 12, 1996 bid of Janice............................325

40. June 1997 Modification of contract with Janice.........326

41. Feb. 5, 1997 letter of Janice..........................328

42. July 23, 1996 bid of Ulbrich...........................329

43. July 15, 1996 bid of Ramcorp...........................330

BROOKFIELD RAMP

44. Aug. 23, 1996 bid of Ulbrich..............................332

45. Aug. 26, 1996 bid of Janice..............................333

46. Aug. 26, 1996 bid of Waner...............................334

47. Excerpt from Sept. 1996 contract with Waner.............335

48. Sept. 18, 1996 Notice to proceed to Waner...............339

DOWNERS GROVE

49. Nov. 20, 1996 bid of Ulbrich.............................341

50. Nov. 25, 1996 bid of Waner...............................342

51. Nov. 26, 1996 Notice of intent to award to Waner........343

52. Excerpt from Jan. 1997 contract with Waner..............344

53. Dec. 3, 1996 letter of LP................................345

54. Dec. 17, 1996 letter of LP attorney......................346

55. Aug. 1, 1996 LP draft work order re Downers Grove dock..348

56. Jan. 31, 1997 letter of LP attorney......................351

HOOPESTON

57. Listing of proposals.....................................353

58. Abstract of proposals....................................354

59. Aug. 31, 1996 bid of Ramcorp.............................355

60. Sept. 3, 1996 bid of Phoenix.............................356

61. Aug. 28, 1996 bid of PNL Enterprises....................357

62. Sept. 3, 1996 bid of Ulbrich.............................358

63. BAFO notes...............................................359

64. Phoenix BAFO.............................................360

65. Sept. 6, 1996 Ulbrich BAFO..............................362

66. Sept. 5, 1996 PNL Enterprises BAFO......................365

67. Sept. 1996 Ramcorp BAFO.................................367

68. Sept. 20, 1996 letter of A.M. Fernandez.................369

69. May 21, 1997 letter of LP...............................370

70. May 28, 1997 Notice of intent to award to Ulbrich.......370a

71. July 25, 1997 letter to Ulbrich.........................371

72. Excerpt from July 1997 contract with Ulbrich............372

73. July 25, 1997 bid protest letter of LP attorney.........373

74. Aug. 7, 1997 letter of USPS attorney....................376

75. Sept. 10, 1997 letter of contracting officer Rigsby.....378

76. Index of attachments....................................384

77. July 7, 1995 letter to Rigsby re contracting authority..385

78. July 11, 1994 letter to Rigsby re A.M. Fernandez IQC....387

79. July 11, 1994 letter to A.M. Fernandez re IQC...........388

80. Excerpt from July 1996 A.M. Fernandez IQC...............390

81. Handicap ramp survey....................................391

82. Aug. 12, 1996 letter of A.M. Fernandez..................393

83. Aug. 13, 1996 letter of A.M. Fernandez..................395

84. Oct. 2, 1996 note of Sam Southern.......................397

85. Excerpt from IQC ramp survey contract with A.M. Fernandez.............................................398

86. Sept. 20, 1996 letter of A.M. Fernandez.................399

87. Excerpt from July 1997 contract with Ulbrich............401

88. Aug. 7, 1997 letter to Ulbrich..........................407

89. Aug. 12, 1997 letter to Ulbrich........................408

90. Aug. 22, 1997 letter of contracting officer Rigsby.....409

91. USPS Detail list of PACS File Update Sept. 9, 1997.....410

92. May 29, 1997 letter of LP..............................436

93. June 4, 1997 letter of contracting officer Rigsby......437

94. Oct. 1, 1997 Decision on LP bid protest................438

MOMENCE

95. Aug. 28, 1998 Bid of PNL Enterprises...................442

96. Sept. 8, 1998 Bid of Ulbrich...........................443

97. Sept. 8, 1998 Bid of Somers............................444

98. Sept. 8, 1998 note of contracting officer Rigsby.......445

99. Informal solicitation worksheet........................446

100. Sept. 11, 1998 Notice of intent to award to Somers.....447

101. Oct. 5, 1998 letter to Somers..........................448

102. Excerpt from Sept. 1998 contract with Somers..........449

103. Oct. 5, 1998 letter to Ulbrich.........................455

104. Oct. 5, 1998 letter to PNL Enterprises................456

105. Feb. 1999 Work order contract with Somers under its IQC...........................................................457

ST. DAVID

106. Sept. 17, 1996 LP Sketch and draft work order.........466

107. Oct. 1996 bid of WM. Aupperle.........................470

108. Dec. 1996 work order contract with LP under its IQC...472

109. Dec. 17, 1997 letter to LP............................478

110. Jan. 7, 1997 letter of LP.............................479

PAXTON

111. Aug. 28, 1996 Bid of PNL Enterprises..................481

112. Aug. 29, 1998 Bid of Ramcorp..........................483

113. Aug. 30, 1996 Bid of Ulbrich..........................484

114. Sept. 3, 1996 Bid of Phoenix..........................485

115. Sept. 5, 1996 PNL BAFO................................486

116. Sept. 1996 Ulbrich BAFO...............................487

117. Sept. 1996 Ramcorp BAFO...............................488

118. April 20, 1997 letter of LP...........................489

119. June 12, 1997 Notice of intent to award to LP.........490

120. Excerpt from June 1997 contract with LP...............491

121. Jan. 13, 1997 claim of LP.............................492

122. Jan. 31, 1997 letter of LP attorney...................504

123. Declaration of Robert Rigsby..........................505

LP DRAFT WORK ORDERS

124. Excerpts from the deposition of Richard Battaglin.....523

125. Battaglin Ex. 55, St. Anne draft work orders in the total amount of $41,691.00 ($28,697.00 plus $12,994.00)..........584

126. Battaglin Ex. 59, St. Anne draft work order concrete..591

127. Battaglin Ex. 60, St. Anne draft work order...........593

128. Battaglin Ex. 61, Momence draft work order............598

129. Battaglin Ex. 62, Momence draft work orders in the total amount of $28,533.40 plus $17,854.60 = $46,388.00..........604

130. Battaglin Ex. 63, Union Hill draft work order in the amount of $36,110.00..............................................612

131. Battaglin Ex. 66, Beaverville draft work order miscellaneous

renovations in the amount of $24,758.00....................615

132. Battaglin Ex. 68, Aroma Park draft work order in the amount of $62,000..................................................618

133. Battaglin Ex. 71, Papineau draft work order in the amount of $43,442.00..................................................626

134. Battaglin Ex. 72, Bradley draft work order, ramp and lobby, in the amount of $187,352.00..................................629

135. Battaglin Ex. 73, Berwick draft work order site prep and foundation work, 9/17/96, in the amount of $30,660.83......639

136. Battaglin Ex. 76, Brookfield draft work orders, ramp and dock enclosure, in the total amount of $89,168.28 ($63,120.00 plus $26,048.28)..........................................643

137. Battaglin Ex. 81, Downers Grove draft work order, dock 8/1/96, in the amount of $36,564.99........................652

138. Battaglin Ex. 87, Hoopeston draft work order, 11/14/95....................................................654

139. Battaglin Ex. 90, Hoopeston draft work order, 11/14/95, in the amount of $45,951.88..................................659

140. Battaglin Ex. 91, Hoopeston draft work order ramp, 8/1/96, in the amount of $45,472.00..................................661

141. Battaglin Ex. 92, Hoopeston draft work order, exterior ramp, in the amount of $62,000...................................663

142. Excerpts from the deposition of Larry Linnenberger....665

143. Southern Ex. 20, Aroma Park draft work order in the amount of $62,000.00................................................669

144. Excerpts from the deposition of Robert Rigsby.........676