1. The contractor or subcontractor furnished cost or pricing data that were not complete, accurate, and current as of the date of final agreement on price;

2. A subcontractor or prospective subcontractor furnished the contractor cost or pricing data that were not complete, accurate, and current as of the date of final agreement on price; or

3. Any of these parties furnished data of any description that were not accurate - then the price or cost will be reduced accordingly and the contract will be modified to reflect the reduction.

b. Any reduction in the contract price under paragraph a above due to defective data from a prospective subcontractor that was not awarded the subcontract will be limited to the amount, plus applicable overhead and profit markup, by which the actual subcontract, or the actual cost to the contractor if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the contractor (provided that the actual subcontract price was not itself affected by defective cost or pricing data).

**H.15 SUBCONTRACTOR COST OR PRICING DATA (Clause 5-23) (October 1987)**

a. Before awarding any subcontract or pricing any subcontract modification, the contractor must require the subcontractor to submit cost or pricing data whenever cost or pricing data are required by chapter 5 of the USPS Procurement Manual .

b. If the subcontractor is required to submit cost or pricing data under paragraph a above, then the contractor must insert the substance of this clause, including this paragraph b, in the subcontract.

**H.16 BANKRUPTCY (Clause 6-1) (January 1991)**

In the event the contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the contractor will furnish, by certified mail, written notification of the bankruptcy to the contracting officer responsible for administering the contract. The notification must be furnished within five days of the initiation of the bankruptcy proceedings. The notification must include the date on which the bankruptcy petition was filed, the court in which the petition was filed, and a list of Postal Service contracts and contracting officers for all Postal Service contracts for which final payment has not yet been made. This obligation remains in effect until final payment under this contract.

**H.17 ADDITIONAL BOND SECURITY (Clause 7-2) (October 1987)**

If any surety furnishing a bond in connection with this contract becomes unacceptable to the Postal Service or fails to furnish reports on its financial condition as requested by the contracting officer, or if the contract price increases to the point where the security furnished becomes inadequate in the contracting officer's opinion, the contractor must promptly furnish additional security as required to protect the interests of the Postal Service and of persons supplying labor or materials in performance of this contract.

**H.18 DEPOSIT OF ASSETS INSTEAD OF SURETY BONDS (Clause 7-3) (December 1989)**

a. If the contractor has deposited assets instead of furnishing sureties for any bond required under this contract and the assets are in the form of checks, currency, or drafts, the contracting officer will hold the assets in an account for the contractor's benefit.

b. Upon contract completion, the contractor's funds will be returned as soon as possible, unless the contracting officer determines that part or all of the account is required to compensate the Postal Service for costs it incurs as a result of the contractor's delay, default, or failure to perform. In such a case, the entire account will be available to compensate the Postal Service.

**H.19 INSURANCE (Clause 7-4) (June 1988)**

a. During the term of this contract and any extension, the contractor must maintain at its own expense the insurance required by this clause. Insurance companies must be acceptable to the Postal Service. Policies must include all terms and provisions required by the Postal Service.

b. The contractor must maintain and furnish evidence of workers' compensation, employers' liability insurance, and the following general public liability and automobile liability insurance:

| | Bodily Injury | Property Damage |
|---|---|---|
| General | $100,000 per person | $10,000 per occurrence |
| Liability | $500,000 per accident | $10,000 aggregate |
| Automobile | $100,000 per person | $10,000 per occurrence |
| Liability | $500,000 per accident | $10,000 aggregate |

c. **This coverage is in addition to the special asbestos and lead abatement general liability insurance required per Attachment I.5.**

d. Each policy must include substantially the following provision:

"It is a condition of this policy that the company furnish written notice to the U.S. Postal Service 30 days in advance of the effective date of any reduction in or cancellation of this policy".

e. The contractor must furnish a certificate of insurance or, if required by the contracting officer, true copies- of liability policies and manually countersigned endorsements of any changes. Insurance must be effective, and evidence of acceptable insurance furnished, before beginning performance under this contract. Evidence of renewal must be furnished not later than five days before a policy expires.

f. The maintenance of insurance coverage as required by this clause is a continuing obligation, and the lapse or termination of insurance coverage without replacement coverage being obtained will be grounds for termination for default.

## H.20 FEDERAL, STATE, AND LOCAL TAXES (SHORT FORM) (Clause 7-7) (June 1988)

Except as this contract may otherwise provide, the contract price includes all applicable Federal, State, and local taxes and duties in effect on the contract date but does not include any taxes from which the Postal Service, the contractor, or this transaction is exempt. Upon request of the contractor, the Postal Service must furnish a tax exemption certificate or similar evidence of exemption from any tax not included in the contract price. "Contract date" means the date of the contractor's proposal or quotation or, if no proposal or quotation, the date of this purchase order.

## H.21 CONFLICT OF INTEREST (Clause 8-2) (October 1987)

a. In addition to the obligations embodied in the contractor's code of ethics, the contractor specifically agrees that there is no conflict of interest arising from the services to be provided under this agreement. The contractor further agrees that no employee, principal, or affiliate is in any such conflict.

b. The contractor will immediately notify the contracting officer whenever any non-Postal Service client requests or receives any professional advice, representation, or assistance regarding the Postal Service, whether or not related to the services provided under this agreement.

c. The Postal Service reserves the right to refuse to allow the contractor to undertake any conflicting agreements with non-Postal Service clients, or to terminate this agreement without cost to the Postal Service if the contracting officer determines that a conflict of interest exists.

## H.22 RECORDS OWNERSHIP (Clause 8-5) (October 1987)

Notwithstanding any State law providing for retention of rights in the records, the contractor agrees that the Postal Service may, at its option, demand and take without additional compensation all records relating to the services provided under this agreement. The contractor must turn over all such records upon request but may retain copies of documents produced by the contractor.

## H.23 ORGANIZATIONAL CONFLICT OF INTEREST (Clause 8-14) (October 1987)

Note: The following clause will be included in any contract resulting from this solicitation unless an alternative is submitted and negotiated to the satisfaction of the Postal Service.

a. Definitions

1. "Contractor" means the organization signing this agreement.

2. "System supplier" means any firm furnishing to the Postal Service or its contractors as a prime contractor any production or development of hardware or software components or subassembly of a system; or such a firm's subsidiaries, its parent corporation, or any subsidiary of the parent corporation.

3. "Affiliates" means parent corporation, parent corporation subsidiaries, any entity into or with which the contractor may subsequently merge, or any other successor or assignee of the contractor.

b. Warranty Against Existing Conflict of Interest. The contractor warrants and represents that, to the best of its knowledge and belief, it does not presently have any organizational conflict of interest that would diminish its capacity to provide impartial, technically sound, objective research assistance or advice, or would result in a biased work product, or might result in an unfair competitive advantage, except advantages flowing from the normal benefits of performing this agreement.

c. Restrictions on Contracting. The contractor agrees that, during the term of this agreement, any extensions thereto, and for a period of two years thereafter, neither the contractor nor its affiliates will enter into any contracts with the system suppliers -

1. Under which the contractor or its affiliates will sell any system, equipment, or major component thereof for which the contractor prepared any work statements or specifications, or conducted studies or performed any task under this agreement; or

2. To provide any research, support, analysis, or consulting services for which the contractor prepared any work statements or specifications, or conducted studies or performed any task under this agreement. Notwithstanding the foregoing, the contractor is not precluded from furnishing to the Postal Service or the U.S. Government any support, analysis, or consulting service related to any system.

d. Information Exclusion. The contractor agrees that during the term of this agreement, any extensions thereto, and for a period of two years thereafter, neither the contractor nor its affiliates will consult with or discuss with the system suppliers any aspect of the work of this agreement except as is necessary for the performance of the work hereunder.

e. Possible Future Conflicts of Interest. The contractor agrees that, if after award of this agreement, it discovers any organizational conflict of interest that would diminish its capacity to provide impartial, technically sound, objective research assistance or advice, or would result in a biased work product, or might result in an unfair competitive advantage, except advantages flowing from the normal benefits of performing this agreement, the contractor will make an immediate and full disclosure in writing to the contracting officer, including a description of the action the contractor has taken or proposes to take to avoid, eliminate, or neutralize this conflict of interest.

f. Nondisclosure of Proprietary Data

1. The contractor recognizes that, in performing orders under this agreement, it may receive information submitted on a proprietary basis by the system suppliers. To the extent that and for as long as this information is proprietary and is identified as such, the contractor agrees to use and examine it exclusively in the performance of these orders and to take the steps necessary to prevent its disclosure to any third party without the prior written consent of the contracting officer.

2. The contractor agrees to indoctrinate its personnel who will have access to proprietary information as to the proprietary nature of the information, and the relationship under which the contractor has possession of this information.

3. The contractor agrees to limit access to the proprietary information obtained, generated, or derived; and to limit participation in the performance of orders under this agreement to those employees whose services are necessary for performing them.

g. Postal Remedy. If the contractor breaches or violates any of the warranties, covenants, restrictions, disclosures, or nondisclosures set forth under this Organizational Conflict of Interest clause, the Postal Service may terminate this agreement, in addition to any other remedy it may have for damages or injunctive relief.

## H.24 AUTHORIZATION AND CONSENT (Clause 9-2) (October 1987)

a. Research and Development Work. The Postal Service authorizes and consents to all use and manufacture of any invention covered by a U.S. patent in the performance of research, development, or experimental work called for, or performed as a necessary activity, in the performance of this contract or any subcontract, at any tier.

b. Supplies and Construction. The Postal Service authorizes and consents to all use and manufacture of any invention covered by a U.S. patent in performing this contract or subcontract, at any tier, that is:

1. Embodied in the structure or composition of any article, the delivery of which is accepted by the Postal Service under this contract; or

2. Used in machinery, tools, or methods whose use necessarily results from compliance by the contractor or subcontractor with (a) specifications or written provisions forming a part of this contract or (b) specific written instructions given by the contracting officer directing the manner of performance.

c. Determination of Liability. The liability of the Postal Service for patent infringement or for the unauthorized use of any patent will be determined by the provisions of any patent indemnity clause included in this contract or in any subcontract under this contract (at any tier) and by any

indemnification or warranty (express or implied) otherwise provided by the contractor or subcontractor for similar products or services when supplied to commercial buyers.

d. Flowdown. The contractor must include, and require inclusion of, this clause, suitably modified to identify the parties, in all subcontracts under this contract at any tier that are expected to exceed $50,000.

**H.25 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (Clause 9-3) (October 1987)**

a. The contractor must report to the contracting officer, in writing, promptly and in reasonable detail, *any notice, claim, or suit regarding patent or copyright infringement (or unauthorized use* of a patent or copyright) based on performance of this contract.

b. At the contracting officer's request, the contractor must furnish all evidence and information in its possession pertaining to the suit or claim. The evidence and information will be furnished at the expense of the Postal Service except when the contractor has agreed to indemnify the Postal Service.

c. This clause must be included in all subcontracts under this contract, at any tier, over $50,000.

**H.26 PATENT INDEMNITY (Clause 9-4) (October 1987)**

a. Except as provided in paragraph d below, the contractor indemnifies the Postal Service, its employees, and its agents against liability, including costs and fees, for patent infringement (or unauthorized use) arising from the manufacture, use, or delivery of supplies, the performance of services, the construction or alteration of real property, or the disposal of property by or for the Postal Service, if the supplies, services, or property (with or without relatively minor modifications~ have been or are being offered for sale or use in the commercial marketplace by the contractor.

b. The Postal Service must promptly notify the contractor of any claim or suit subject to the indemnity of paragraph a above alleging patent infringement or unauthorized use of a patent.

c. *To the extent allowed by law, the contractor may participate in the defense of any suit to* which this clause applies.

d. This indemnification does not apply to:

1. *Infringements* for the unauthorized use of a private patent covered by this indemnity resulting from the contracting officer's specific written directions, compliance with which requires an infringement; or

2. Infringement or unauthorized use claims that are unreasonably settled without the contractor's consent before litigation.

e. This clause must be included in all subcontracts under this contract, at any tier, over $50,000.

**H.27 PARTICIPATION OF SMALL, MINORITY-OWNED, AND WOMAN-OWNED BUSINESSES (Clause 10-1) (December 1989)**

a. The policy of the Postal Service is to encourage the participation of small, minority-owned, and woman-owned businesses in its purchases of supplies and services to the maximum extent practicable consistent with efficient contract performance. The contractor agrees to follow the same policy in performing this contract.

b. The contractor will submit a report to the contracting officer within 10 calendar days after the end of each quarter, describing all subcontract awards to small, minority-owned, or woman-owned businesses. The contractor agrees to cooperate in any studies or surveys related to small, minority-owned, and woman-owned business subcontracting that may be conducted by the Postal Service.

**H.28 SMALL, MINORITY-OWNED, AND WOMAN-OWNED BUSINESS SUBCONTRACTING REQUIREMENTS (Clause 10-2) (February 1992)**

a. Definitions

1. "Affiliates" means businesses connected by the fact that one controls or has the power to control the other, or a third party controls or has the power to control both. Factors such as common ownership, common management, and contractual relationships must be considered. Franchise agreements are not considered evidence of affiliation if the franchisee has a right to profit in proportion to its ownership and bears the risk of loss or failure.

2. "Commercial product" means a product in regular production that is sold in substantial quantities to the general public and/or industry at established catalog or market prices. As used in this clause, it also means any product that, in the opinion of the contracting officer, differs only insignificantly from the contractor's commercial product.

3. "Dominant" means being a controlling or major influence in a market in which a number of businesses are primarily engaged. Factors such as business volume; number of employees; financial resources; competitiveness; ownership or control of materials, processes, patents, and license agreements; facilities; sales territory; and nature of the business must be considered.

4. "Minority-owned business" means a business concern at least 51 percent of which is owned by, and whose management and daily business operations are controlled by, one or more members of a socially and economically disadvantaged minority group, namely, U.S. citizens who are Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans. ("Native Americans" means American Indians, Eskimos, Aleuts, and Native Hawaiians. "Asian-Pacific Americans" are U.S. citizens whose origins are Japanese, Chinese, Filipino, Vietnamese, Korean,

Samoan, Laotian, Kampuchean, Taiwanese or in the U.S. Trust Territories of the Pacific Islands. "Asian-Indian Americans" are U.S. citizens whose origins are in the Indian Subcontinent.)

5. "Number of employees" means average employment (including domestic and foreign affiliates), based on the number of people employed (whether full-time, part-time, or temporary), during each pay period of the preceding 12 months, or, if the business has been in existence less than 12 months, during each pay period of its existence.

6. "Small business" means a business, including affiliates, that is independently owned and operated, is not dominant in producing or performing the supplies or services being purchased, and has no more than 500 employees, unless a different size standard has been established by the Small Business Administration (see 13 CFR 121, particularly for different size standards for airline, railroad, and construction companies). For subcontracts of $50,000 or less, a subcontractor having no more than 500 employees qualifies as a small business without regard to other factors.

7. "Woman-owned business" means a business at least 51 percent of which is owned by a woman (or women) who is a U.S. citizen, controls the firm by exercising the power to make policy decisions, and operates the business by being actively involved in day-to-day management.

8. "Subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Postal Service contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

b. All offerors who are not small businesses must submit and negotiate a subcontracting plan that separately addresses subcontracting with small, minority-owned, and woman-owned businesses. This plan will be included in and made a part of the contract. The subcontracting plan must be negotiated within the time specified by the contracting officer. Failure to submit and negotiate the subcontracting plan will make the offeror ineligible for award.

c. The offeror's subcontracting plan must include the following:

1. Goals, in terms of percentages of total planned subcontracting dollars, for the use of small, minority-owned and woman-owned businesses. The offeror must include all subcontracts that contribute to contract performance, and may include a proportionate share of supplies and services that are normally allocated as indirect costs.

2. A statement of the -

(a) Total dollars planned to be subcontracted; and

(b) Total dollars planned to be subcontracted to small, minority-owned and woman-owned businesses.

(c) The plan may also include goals for small and woman-owned business participation.

3. A description of the principal types of supplies and services to be subcontracted, identifying the types planned for subcontracting to small, minority-owned, and woman-owned businesses.

4. A description of the method used to develop the subcontracting goals.

5. A description of the method used to identify potential sources for solicitation purposes.

6. A statement as to whether the offer included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with small, minority-owned, and woman-owned businesses.

7. The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the individual's duties.

8. A description of efforts the offeror will make to ensure that small, minority-owned, and woman-owned businesses have an equitable opportunity to compete for subcontracts.

9. Assurances that the offer will (a) include this clause in all subcontracts expected to exceed $50,000; and (b) require all subcontractors receiving subcontracts in excess of $1,000,000 ($500,000 for construction) to adopt a plan similar to the plan agreed to by the offeror.

10. A recitation of the types of records the offeror will maintain to demonstrate procedures adopted to comply with the requirements and goals in the plan. The records must include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated):

(a) Source lists, guides, and other data identifying small, minority-owned, and woman-owned businesses.

(b) Organizations contacted in an attempt to locate sources that are small, minority-owned, and woman-owned businesses.

(c) Records on each subcontract solicitation resulting in an award of more than $100,000, indicating whether small, minority-owned, and woman-owned businesses were solicited and if not, why not, and whether award was made to a small, minority-owned, or woman-owned business.

(d) Records to support subcontract award data, including the name, address, and business size of each subcontractor. Contractors having company- or division-wide annual plans need not comply with this requirement.

d. In order to implement this plan effectively, the contractor must take the following steps:

1. Assist small, minority-owned, and woman-owned businesses by arranging solicitations, time for proposal preparation, quantities, specifications, and delivery schedules so as to facilitate their participation. When the contractor's lists of potential small, minority-owned, and woman-owned business subcontractors are excessively long, reasonable effort should be made to give all such businesses an opportunity to compete over a period of time.

2. Consider the abilities of small, minority-owned, and woman-owned businesses in all "make-or-buy" decisions.

3. Counsel and discuss subcontracting opportunities with representatives of small, minority-owned, and woman-owned businesses.

e. A master subcontracting plan on a plant- or division-wide basis containing all the elements required by paragraph c above, except goals, may be incorporated by reference as part of the subcontracting plan required by this clause, provided -

1. The master plan has been approved;

2. The offeror provides to the contracting officer copies of the approved master plan and evidence of approval; and

3. Goals and any deviations from the master plan deemed necessary by the contracting officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.

f. If a commercial product is offered, the subcontracting plan required by this clause may relate to the offeror's production generally, for both commercial and noncommercial products, rather than solely to the Postal Service contract. In these cases, the offeror may, with the concurrence of the contracting officer, submit one company-wide or division-wide annual plan.

1. The annual plan must be reviewed for approval by the Postal Service purchasing office awarding the offeror its first prime contract requiring a subcontracting plan during the fiscal year.

2. The approved plan must remain in effect during the offeror's fiscal year for all of the offeror's commercial products.

g. The contractor may rely on written representations by subcontractors regarding their status as small, minority-owned or woman-owned business concerns.

h. In determining the offeror's responsibility, the contracting officer may consider the offeror's compliance with subcontracting plans under previous contracts.

i. Failure of the contractor or subcontractor to comply in good faith with this clause or an approved plan required by this clause will be a material breach of the contract.

**H.29 CONVICT LABOR (Clause 10-3) (October 1987)**

In connection with the work under this contract, the contractor agrees not to employ any person undergoing sentence of imprisonment, except as provided by Public Law 89-176, September 10, 1965 (18 U.S.C. 4082(c)(2)) and Executive Order 11755, December 29, 1973.

**H.30 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (Clause 10-4) (April 1989)**

a. Overtime Requirements. No contractor or subcontractor contracting for any part of the contract work may require or permit any laborer or mechanic to work more than 40 hours in any workweek on work subject to the provisions of the Contract Work Hours and Safety Standards Act, unless the laborer or mechanic receives compensation at a rate not less than one-and-one-half times the laborer's or mechanic's basic rate of pay for all such hours worked in excess of 40 hours.

b. Violation, Liability for Unpaid Wages, and Liquidated Damages. In the event of any violation of paragraph a above, the contractor and any subcontractor responsible for the violation are liable to any affected employee for unpaid wages. The contractor and subcontractor are also liable to the Postal Service for liquidated damages, which will be computed for each laborer or mechanic at $10 for each day on which the employee was required or permitted to work in violation of paragraph a above.

c. Withholding for Unpaid Wages and Liquidated Damages. The contracting officer may withhold from the contractor, from any monies payable to the contractor or subcontractor under this or any other contract with the same prime contractor, or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act which is held by the same prime contractor, sums as may administratively be determined necessary to satisfy any liabilities of the contractor or subcontractor for unpaid wages and liquidated damages pursuant to paragraph b above.

d. Records. The contractor or subcontractor must maintain for three years from the completion of the contract for each laborer and mechanic (including watchmen and guards) working on the contract payroll records which contain the name, address, social security number, and classification(s) of each such employee, hourly rates of wages paid, number of daily and weekly hours worked, deductions made, and actual wages paid. The contractor or subcontractor must make these records available for inspection, copying, or transcription by authorized representatives of the contracting officer and the Department of Labor, and must permit such representatives to interview employees during working hours on the job. (The Department of Labor information collection and record keeping requirements in this paragraph d have been

*approved by the Office of Management and Budget under OMB control numbers* 1215-0140 *and* 1215-0017.)

e. Subcontracts. The contractor must insert paragraphs a through d of this clause in all subcontracts, and must require their inclusion in all subcontracts at any tier.

**H.31 DAVIS-BACON ACT (Clause 10-5) Alternate I (April 1989)**

a. Minimum Wages

1. All mechanics and laborers employed in the contract work (other than maintenance work of a recurring, routine nature necessary to keep the building ~r space in condition to be continuously used at an established capacity and efficiency for its intended purpose) *must be paid unconditionally, and not less than once a week, without deduction or rebate* (except for deductions permitted by the Copeland Regulations (29 CFR Part 3)), the amounts due at the time of payment computed at rates not less than the aggregate of the basic hourly rates and rates of payments, contributions, or Costs for any fringe benefits contained in the wage-determination decision of the Secretary of Labor, attached hereto, regardless of any contractual relationship alleged to exist between the contractor, or subcontractor and these laborers and mechanics. A copy of the wage-determination decision must be kept posted by the contractor at the site of the work in a prominent place where it can easily be seen by the workers.

2. The contractor may discharge its obligation under this clause to workers in any classification for which the wage-determination decision contains

(a) Only a basic hourly rate of pay, by making payment at not less than that rate, except as otherwise provided in the Copeland Regulations (29 CFR Part 3); or

(b) Both a basic hourly rate of pay and fringe-benefit payments, by paying in cash, by irrevocably contributing to a fund, plan, or program for, or by assuming an enforceable commitment to bear the cost of, bona fide fringe benefits contemplated by 40 U.S.C. 276a, or by a combination of these.

3. Contributions made, or costs assumed, on other than a weekly basis ~but not less often than quarterly) are considered as having been constructively made for a weekly period. When a fringe benefit is expressed in a wage determination in any manner other than as an hourly rate and the contractor pays a cash equivalent or provides an alternative fringe benefit, the contractor must furnish information with the contractor's payrolls showing how the contractor determined that the cost incurred to make the cash payment or to provide the alternative fringe benefit is equal to the cost of the wage-determination fringe benefits. When the contractor provides a fringe benefit different from that contained in the wage determination, the *contractor must show* how the hourly rate was arrived at. In the event of disagreement as to an equivalent of any fringe benefit, the *contracting officer must submit* the question, together with the contracting officer's recommendation, to the Secretary of Labor for final determination.

4. If the contractor does not make payments to a trustee or other third person, the contractor may consider as payment of wages the costs reasonably anticipated in providing bona fide fringe benefits, but only with the approval of the Secretary of Labor pursuant to a written request by the contractor. The Secretary of Labor may require the contractor to set aside assets in a separate account, to meet the contractor's obligations under any unfunded plan or program.

5. The contracting officer will require that any class of laborers so mechanics not listed in the wage-determination but to be employed under the contract will be classified in conformance with the wage-determination and report the action taken to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, D.C. 20210-0001, for approval. The contracting officer will approve an additional classification and wage rate and fringe benefits therefor only if -

(a) The work to be performed by the classification requested is not performed by a classification in the wage-determination;

(b The classification is utilized in the area by the construction industry; and

(c) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

6. If the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the contracting officer do not agree on the proposed classification and wage rate and fringe benefits therefor, the contracting officer must submit the question, together with the views of the interested parties and the contracting officer's recommendation, to the Wage and Hour Administrator for final determination. The Administrator or authorized representative will, within 30 days of receipt, approve, modify, or disapprove every proposed additional classification action, or issue a final determination if the parties disagree, and so advise the contracting officer or advise that additional time is necessary. The final approved wage rate (and fringe benefits if appropriate) must be paid to all workers performing work in the classification under the contract from the first day work is performed in the classification. The contractor will post a copy of the final determination of the conformance action with the wage-determination at the site of the work. (The Department of Labor information collection and reporting requirements contained in subparagraph a.5 above and in this subparagraph a.6 have been approved by the Office of Management and Budget under OMB control number 1215-0140.)

b. Apprentices and Trainees

1. Apprentices may be permitted to work only when (a) registered, individually, under a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, U.S. Department of Labor, or, if no such recognized agency exists in a State, under a program registered with the Bureau of Apprenticeship and Training, or (b) if not individually registered in the program, certified

by the Bureau of Apprenticeship and Training or State agency (as appropriate) to be eligible for probationary employment as an apprentice. Trainees may be permitted to work only if individually registered in a program approved by the Employment and Training Administration, U.S. Department of Labor.

2. The ratio of apprentices to journeymen or trainees to journeymen in any craft classification must not be greater than that permitted for the contractor's entire work force under the registered apprenticeship or trainee program. Apprentices and trainees must be paid at least the applicable wage rates and fringe benefits specified in the approved apprenticeship or trainee program for the particular apprentice's or trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage-determination. If the apprenticeship or trainee program does not specify fringe benefits, apprentices or trainees must be paid in the full amount of fringe benefits listed on the wage-determination for the applicable classification unless the Administrator of Wage and Hour Division determines that a different practice prevails. Any employee listed on a payroll at an apprentice or trainee wage rate but not registered, or performing work on the job site in excess of the ratio permitted under the registered program, must be paid the wage rate on the wage-determination for the classification of work actually performed.

3. If the Bureau of Apprenticeship and Training or State agency recognized by the Bureau (as appropriate) withdraws approval of an apprenticeship program, or if the Employment and Training Administration withdraws approval of a trainee program, the contractor will no longer be permitted to utilize apprentices or trainees (as appropriate) at less than the applicable predetermined rate for the work performed until an acceptable program is approved. (See 29 CFR 5.16 for special provisions that apply to training plans approved or recognized by the Department of Labor prior to August 20, 1975.)

4. The utilization of apprentices, trainees, and journeymen must be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

c. Overtime Compensation

1. The contractor may not require or permit any laborer or mechanic employed on any work under this contract to work more than 40 hours in any workweek on work subject to the provisions of the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333), unless the laborer or mechanic receives compensation at a rate not less than one-and-one-half times the laborer's or mechanic's basic rate of pay for all such hours worked in excess of 40 hours.

2. For violations of subparagraph c.l above, the contractor is liable for liquidated damages, which will be computed for each laborer or mechanic at $10 for each day on which the employee was required or permitted to work in violation of subparagraph c.l above.

3. The contracting officer may withhold from the contractor sums as may administratively be determined necessary to satisfy any liabilities of the contractor for unpaid wages and liquidated damages pursuant to subparagraph c.2 above.

d. Payroll and Other Records

1. For all laborers and mechanics employed in the work covered by this clause, the contractor must maintain payrolls and related basic records and preserve them for a period of three years after contract completion. The records must contain the name, address, and social security number of each employee, the employee's correct classification, rate of pay (including rates of contributions for, or costs assumed to provide, fringe benefits), the daily and weekly number of hours worked, deductions made, and actual wages paid. Whenever the contractor has obtained approval from the Secretary of Labor to assume a commitment to bear the cost of fringe benefits under subparagraph a.4 above, the contractor must maintain records showing the commitment and its approval, communication of the plan or program to the employees affected, and the costs anticipated or incurred under the plan or program. Contractors employing apprentices or trainees under approved programs must maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

2. The contractor must submit weekly, for each week in which any work covered by this clause is performed, a copy of all payrolls to the contracting officer. The contractor is responsible for the submission of copies of payrolls of all subcontractors. The copy must be accompanied by a statement signed by the contractor indicating that the payrolls are correct and complete, that the wage rates contained in them are not less than those determined by the Secretary of Labor, and that the classifications set forth for each laborer or mechanic conform with the work the laborer or mechanic performed. Submission of the Weekly Statement of Compliance (see 29 CFR 5.5(a)(3)(ii)) required under this agreement satisfies this requirement. As required by this clause, the contractor must submit a copy of any approval by the Secretary of Labor. (The Department of Labor information collection and reporting requirements in this subparagraph d.2 have been approved by the Office of Management and Budget under OMB control numbers 1215-0149.)

3. The contractor's records required under this clause must be available for inspection by authorized representatives of the contracting officer and the Department of labor, and the contractor must permit the representative to interview employees during working hours on the job.

4. The contractor must comply with the Copeland Regulations of the Secretary of Labor (29 CFR Part 3), which are hereby incorporated in this contract by reference.

e. Withholding of Funds. The contracting officer may withhold from the contractor under this or any other contract with the contractor so much of the accrued payments or advances as is

considered necessary to pay all laborers and mechanics the full amount of wages required by this contract or any other contract subject to the Davis-Bacon prevailing wage requirements that is held by the contractor.

f. Subcontracts

1. If the contractor or any subcontractor fails to pay any laborer or mechanic employed on the site of the work any of the wages required by the contract, the contracting officer may, after written notice to the contractor, suspend further payments or advances to the contractor until violations have ceased.

2. The contractor agrees to insert this clause, including this paragraph f, in all subcontracts hereunder. The term "contractor," as used in this clause in any subcontract, is deemed to refer to the lower-tier subcontractor.

g. Compliance with Davis-Bacon and Related Act Requirements. All rulings and interpretations of the Davis-Bacon Act and related acts contained in 29 CFR Parts 1, 3, and 5 are hereby incorporated by reference in this contract.

h. Certification of Eligibility

1. By entering into this contract, the contractor certifies that neither it nor any person or firm having an interest in the contractor is ineligible to be awarded contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

2. No part of this contract will be subcontracted to any person or firm ineligible for contract award by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

3. The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

i. Contract Termination and Debarment. A breach of this Davis-Bacon Act clause may be grounds for termination of the contract and debarment as a contractor and subcontractor as provided in 29 CFR 5.12.

j. Disputes Concerning Labor Standards. Disputes arising out of the labor standards provisions of this contract are not subject to the Claims and Disputes clause. They will be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the Postal Service, the U.S. Department of Labor, or the employees or their representatives.

## H.32 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--SAFETY STANDARDS (Clause 10-7) (April 1989)

a. To the extent that the work includes construction, alteration, repair, painting, or decorating, the contractor may not require any laborer or mechanic to work in surroundings or under conditions that are unsanitary, hazardous, or dangerous to the laborer's or mechanic's health or safety, as provided under standards promulgated by the Secretary of Labor under the authority of 40 U.S.C. 333 (see 29 CFR 1910 and 1926).

b. If the contractor fails to comply with this clause, the Postal Service, at its discretion, may cancel this contract, contract for the balance of the work or term, and charge to the contractor any additional costs incurred.

c. The contractor agrees to insert this clause, including this paragraph c, in all subcontracts and to require its inclusion in all subcontracts at any tier. The term "contractor," as used in this clause in any subcontract, is deemed to refer to the lower-tier subcontractor.

## H.33 EQUAL OPPORTUNITY (Clause 10-9) (October 1987)

a. The contractor may not discriminate against employees or applicants because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to race, color, religion, sex, or national origin. This action must include, but not be limited to, employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The contractor agrees to post in conspicuous places, available to employees and applicants, notices provided by the contracting officer setting forth the provisions of this clause.

b. The contractor must, in all solicitations or advertisements for employees placed by it or on its behalf, state that all qualified applicants will be considered for employment without regard to race, color, religion, sex, or national origin.

c. The contractor must send to each union or workers' representative with which the contractor has a collective bargaining agreement or other understanding, a notice, provided by the contracting officer, advising the union or workers' representative of the contractor's commitments under this clause, and must post copies of the notice in conspicuous places available to employees and applicants.

d. The contractor must comply with all provisions of Executive Order (EO) 11246 of September 24, 1965, as amended, and of the rules, regulations, and relevant orders of the Secretary of Labor.

e. The contractor must furnish all information and reports required by the Executive Order, and by the rules, regulations, and orders of the Secretary, and must permit access to the

contractor's books, records, and accounts by the Postal Service and the Secretary for purposes of investigation to ascertain compliance with these rules, regulations, and orders.

f. If the contractor fails to comply with this clause or with any of the said rules, regulations, or orders, this contract may be canceled, terminated, or suspended, in whole or in part; the contractor may be declared ineligible for further contracts in accordance with the Executive Order; and other sanctions may be imposed and remedies invoked under the Executive Order, or by rule, regulation, or order of the Secretary, or as otherwise provided by law.

g. The contractor must insert this clause, including this paragraph g, in all subcontracts or purchase orders under this contract unless exempted by Secretary of Labor rules, regulations, or orders issued under the Executive Order. The contractor must take such action with respect to any such subcontract or purchase order as the Postal Service may direct as a means of enforcing the terms and conditions of this clause (including sanctions for noncompliance), provided, however, that if the contractor becomes involved in, or is threatened with, litigation as a result, the contractor may request the Postal Service to enter into the litigation to protect the interests of the Postal Service.

h. Disputes under this clause will be governed by the procedures in 41 CFR 60-1.1.

**H.34 AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (Clause 10-10) (October 1987)**

a. Definitions.

1. "Covered area" means the geographical area described in the solicitation for this contract.

2. "Director" means Director, Office of Federal Contract Compliance Programs (OFCCP), United States Department of Labor, or any person to whom the Director delegates authority.

3. "Employer identification number" means the Federal Social Security number used on the employer's quarterly Federal tax return, U.S. Treasury Department Form 941.

4. "Minority" means -

(a) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification);

(b) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands);

(c) Black (all persons having origins in any of the black African racial groups not of Hispanic origin), and

(d) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race).

b. If the contractor, or a subcontractor at any tier, subcontracts a portion of the work involving any construction trade, each such subcontract in excess of $10,000 must include this clause and the Notice containing the goals for minority and female participation stated in the solicitation for this contract.

c. If the contractor is participating in a Hometown Plan (41 CFR 60-4) approved by the U.S. Department of Labor in a covered area, either individually or through an association, its affirmative action obligations on all work in the plan area (including goals) must comply with the plan for those trades that have unions participating in the plan. Contractors must be able to demonstrate participation in, and compliance with, the provisions of the plan. Each contractor or subcontractor participating In an approved plan is also required to comply with its obligations under the Equal Opportunity clause, and to make a good-faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good-faith performance by other contractors or subcontractors toward a goal in an approved plan does not excuse any contractor's or subcontractor's failure to make good-faith efforts to achieve the plan's goals.

d. The contractor must implement the affirmative action procedures set forth in paragraph g below. The goals stated in the solicitation for this contract are expressed as percentages of the total hours of employment and training of minority and female utilization that the contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. If the contractor performs construction work in a geographical area located outside of the covered area, it must apply the goals established for the geographical area where that work is actually performed. The contractor is expected to make substantially uniform progress toward its goals in each craft.

e. Neither the terms and conditions of any collective bargaining agreement, nor the failure by a union with which the contractor has a collective bargaining agreement, to refer minorities or women will excuse the contractor's obligations under this clause, Executive Order (EO) 11246, as amended, or the regulations under the Executive order.

f. In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, apprentices and trainees must be employed by the contractor during the training period, and the contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

g. The contractor must take affirmative action to ensure equal employment opportunity. The evaluation of the contractor's compliance with this clause will be based upon its effort to achieve maximum results from its actions. The contractor must document these efforts fully and implement affirmative action steps at least as extensive as the following:

1. Ensure a working environment free of harassment, intimidation, and coercion at all sites and in all facilities where the contractor's employees are assigned to work. The contractor, if possible, will assign two or more women to each construction project. The contractor must ensure that foremen, superintendents, and other on-site supervisory personnel are aware of and carry out the contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at these sites or facilities.

2. Establish and maintain a current list of sources for minority and female recruitment. Provide written notification to minority and female recruitment sources and community organizations when the contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

3. Establish and maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant, referrals of minorities or females from unions, recruitment sources, or community organizations, and the action taken with respect to each individual. If an individual was sent to the union hiring hall for referral and was not referred back to the contractor by the union or, if referred back, not employed by the contractor, this fact must be documented in the file, along with whatever additional actions the contractor may have taken.

4. Immediately notify the Director when the union or unions with which the contractor has a collective bargaining agreement have not referred back to the contractor a minority or woman sent by the contractor, or when the contractor has other information that the union referral process has impeded the contractor's efforts to meet its obligations.

5. Develop on-the-job training opportunities and/or participate in training programs for the area that expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the contractor's employment needs, especially those programs funded or approved by the Department of Labor. The contractor must provide notice of these programs to the sources complied under subparagraph 2 above.

6. Disseminate the contractor's equal employment policy by -

(a) Providing notice of the policy to unions and to training,recruitment, and outreach programs, and requesting their cooperation in assisting the contractor in meeting its contract obligations;

(b) Including the policy in-any policy manual and in collective bargaining agreements;

(c) Publicizing the policy in such publications as the company newspaper and annual report;

(d) Reviewing the policy with all management personnel and with all minority and female employees at least once a year; and

(e) Posting the policy on bulletin boards accessible to employees at each location where construction work is performed.

7. Review, at least annually, the contractor's equal employment policy and affirmative action obligations with all employees having responsibility for hiring, assignment, layoff, termination, or other employment decisions. Conduct review of this policy with all on-site supervisory personnel before initiating construction work at a job site. A written record must be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

8. Disseminate the contractor's equal employment policy externally by including it in any advertising in the news media, specifically including minority and female news media. Provide written notification to, and discuss this policy with, other contractors and subcontractors with which the contractor does or anticipates doing business.

9. Direct recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students, and to minority and female recruitment and training organizations serving the contractor's recruitment area and employment needs. Not later than one month before the date for acceptance of applications for apprenticeship or training by any recruitment source, send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

10. Encourage present minority and female employees to recruit minority persons and women. When feasible, provide after-school, summer, and vacation employment to minority and female youth both on the site and in other areas of the contractor's work force.

11. Validate all tests and other selection requirements when required under 41 CFR 60-3.

12. Conduct, at least annually, an inventory and evaluation of all minority and female personnel for promotional opportunities. Encourage these employees to seek or to prepare for, through appropriate training and other activities, opportunities for promotion.

13. Ensure that seniority practices, job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment-related activities to ensure that the contractor's obligations under this contract are being carried out.

14. Ensure that all facilities and company activities are nonsegregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

15. Maintain a record of solicitations for subcontracts for minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

16. Conduct a review, at least annually, of all supervisors adherence to and performance under the contractor's equal employment policy and affirmative action obligations.

h. The contractor is encouraged to participate in voluntary associations that may assist in fulfilling one or more of the affirmative action obligations continued in paragraph g above. The efforts of a contractor association, joint contractor-union, contractor-community, or similar group of which the contractor is a member and participant may be asserted as fulfilling one or more of its obligations under paragraph g above, provided the contractor

1. Actively participates in the group;

2. Makes every effort to ensure that the group has a positive impact on the employment of minorities and women in the industry;

3. Ensures that concrete benefits of the program are reflected in the contractor's minority and female work force participation;

4. Makes a good-faith effort to meet its individual goals and timetables; and

5. Can provide access to documentation that demonstrates the effectiveness of actions taken on behalf of the contractor. The obligation to comply is the contractor's, and failure of such a group to fulfill an obligation will not be a defense for the contractor's noncompliance.

i. A single goal for minorities and a separate single goal for women must be established. The contractor is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority. Consequently, the contractor may be in violation of EO 11246, if a particular group is employed in a substantially disparate manner.

j. The contractor may not use goals or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

k. The contractor may not enter into any subcontract with any person or firm debarred from Government contracts under EO 11246.

l. The contractor must carry out such sanctions and penalties for violation of this clause and of the Equal Opportunity clause, including suspension, termination, and cancellation of existing subcontracts, as may be imposed or ordered under EO 11246, as amended, and its implementing regulations, by the OFCCP. Any failure to carry out these sanctions and penalties as ordered will be a violation of this clause and EO 11246.

m. The contractor in fulfilling its obligations under this clause must implement affirmative action procedures at least as extensive as those prescribed in paragraph g above, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the contractor fails to comply with the requirements of EO 11246, the implementing regulations, or this clause, the contracting officer will take action as prescribed in 41 CFR 60-4.8.

n. The contractor must designate a responsible official to

1. Monitor all employment-related activity to ensure that the contractor's equal employment policy is being carried out;

2. Submit reports as may be required; and

3. Keep records that at least include for each employee the name, address, telephone number, construction trade, union affiliation (if any), employee identification number, social security number, race, sex, status (mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records must be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, separate records are not required to be maintained.

o. Nothing contained in this clause may be construed as a limitation upon the application of other laws that establish different standards of compliance or upon the requirements for the hiring of local or other area residents (for example, those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

## H.35 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (Clause 10-15) (October 1987)

a. The contractor may not discriminate against any employee or applicant because of physical or mental handicap, in regard to any position for which the employee or applicant is qualified. The contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified handicapped individuals without discrimination in all employment practices, such as employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training (including apprenticeship).

b. The contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor issued pursuant to the Rehabilitation Act of 1973, as amended.

c. In the event of the contractor's noncompliance with this clause, action may be taken in accordance with the rules and regulations and relevant orders of the Secretary of Labor.

d. The contractor agrees to post in conspicuous places, available to employees and applicants, notices in a form to be prescribed by the Director, Office of Federal Contract Compliance Programs, provided by or through the contracting officer. These notices state the contractor's obligation under the law to take affirmative action to employ and advance in

employment qualified handicapped employees and applicants, and the rights of applicants and employees.

e. The contractor must notify each union or workers' representative with which it has a collective bargaining agreement or other understanding that the contractor is bound by the terms of section 503 of the Act and is committed to taking affirmative action to employ, and advance in employment, handicapped individuals.

f. The contractor must include this clause in every subcontract or purchase order over $2,500 under this contract unless exempted by rules, regulations, or orders of the Secretary issued pursuant to section 503 of the Act, so its provisions will be binding upon each subcontractor or vendor. The contractor must take such action with respect to any subcontract or purchase order as the Director of the Office of Federal Contract Compliance Programs may direct to enforce these provisions, including action for noncompliance.

**H.36 AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (Clause 10-16) (July 1995)**

a. The contractor may not discriminate against any employee or applicant because that employee or applicant is a disabled veteran[3] or veteran of the Vietnam era, in regard to any position for which the employee or applicant is qualified. The contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified disabled veterans and veterans of the Vietnam era without discrimination in all employment practices, such as employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training (including apprenticeship).

b. The contractor agrees to list all employment openings which exist at the time of the execution of this contract and those which occur during the performance of this contract, including those not generated by this contract and those occurring at an establishment of the contractor other than the one where the contract is being performed, but excluding those of independently operated corporate affiliates, at an appropriate local office of the state employment service where the opening occurs. State and local government agencies holding Postal Service contracts of $10,000 or more will also list all their openings with the appropriate office of the state employment service.

c. Listing of employment openings with the employment service system will be made at least concurrently with the use of any other recruitment source or effort and will involve the normal obligations attaching to the placing of a bona fide job order, including the acceptance of referrals of veterans and nonveterans. The listing of employment openings does not require the hiring of any particular applicant or hiring from any particular group of applicants, and nothing herein is intended to relieve the contractor from any other requirements regarding nondiscrimination in employment.

d. Whenever the contractor becomes contractually bound to the listing provisions of this clause, it must advise the employment service system in each state where it has establishments of the name and location of each hiring location in the state. The contractor may advise the state system when it is no longer bound by this clause.

e. Paragraphs b, c, and d above do not apply to openings the contractor proposes to fill from within its own organization or under a customary and traditional employer/union hiring arrangement. But this exclusion does not apply to a particular opening once the contractor decides to consider applicants outside its own organization or employer/union arrangements for that opening.

f. Definitions

1. *All employment openings.* This includes all positions except executive and top management, those positions that will be filled from within the contractor's organization, and positions lasting three days or less. This also includes full-time employment, temporary employment of more than three days' duration, and part-time employment. Under the most compelling circumstances, an employment opening may not be suitable for listing, including situations in which the needs of the Postal Service cannot reasonably be otherwise supplied, when listing would be contrary to national security, or when listing would not be in the best interests of the Postal Service.

2. *Appropriate office of the state employment service.* This means the local office of the federal/state national systems of public employment offices with assigned responsibility for serving the area where the employment opening is to be filled, including the District of Columbia, Guam, the Commonwealth of Puerto Rico, and the Virgin islands.

3. *Positions that will be filled from within the contractor's own organization.* This means employment openings for which no consideration will be given to persons outside the contractor's organization (including any affiliates, subsidiaries, and the parent companies) and includes any openings the contractor proposes to fill from regularly established recall lists.

4. *Openings the contractor proposes to fill under a customary and traditional employer/union hiring arrangement.* Employment openings the contractor proposes to fill from union halls as part of the customary and traditional hiring relationship existing between it and representatives of its employees.

g. The contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor issued pursuant to the Vietnam Era Veterans Readjustment Assistance Act of 1972, as amended.

h. In the event of the contractor's noncompliance with this clause, action may be taken in accordance with the rules, regulations, and relevant orders of the Secretary.

i. The contractor agrees to post in conspicuous places, available to employees and applicants, notices in a form to be prescribed by the Director, Office of Federal Contract Compliance Programs, provided by or through the contracting officer. These notices state the contractor's obligation under the law to take affirmative action to employ and advance in employment qualified disabled veterans and veterans of the Vietnam era, and the rights of applicants and employees.

j. The contractor must notify each union or workers' representative with which it has a collective bargaining agreement or other understanding that the contractor is bound by the terms of the Act and is committed to taking affirmative action to employ, and advance in employment, qualified disabled veterans and veterans of the Vietnam era.

k. The contractor must include this clause in every subcontract or purchase order of $10,000 or more under this contract unless exempted by rules, regulations, or orders of the Secretary issued pursuant to the Act, so its provisions will be binding upon each subcontractor or vendor. The contractor must take such action with respect to any subcontract or purchase order as the Director of the Office of Federal Contract Compliance Programs may direct to enforce these provisions, including action for noncompliance.

**H.37 PREFERENCE FOR DOMESTIC CONSTRUCTION MATERIALS (Clause 10-18) (December 1989)**

a. Preference will be given to domestic construction materials in accordance with chapter 10, section 3 of the USPS Procurement Manual. For the purposes of this clause-

1. "Components" means those articles, materials, and supplies incorporated directly into construction materials;

2. "Construction materials" means articles, materials, and supplies brought to the construction site for incorporation into the building or work; and

3. "Domestic construction material" means (a) an unmanufactured construction material mined or produced in the United States, or (b) a construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind as those determined to be unavailable under chapter 10, section 3 of the USPS Procurement Manual will be treated as domestic.

4. "Foreign construction material" means a construction material other than a domestic construction material.

b. The contractor agrees that only domestic construction material will be used by the contractor, subcontractors, materialmen, and suppliers in the performance of this contract, except for foreign construction materials, if any, listed in this contract.

**H.38 DRUG-FREE WORKPLACE (Clause 10-20) (December 1989)**

a. Applicability. This clause applies to all contracts with individuals without regard to the dollar amount, and to all other contracts over $50,000.

b. Exceptions. This clause does not apply to those contracts that are to be performed completely outside of the United States, its territories, and possessions.

c. Definitions. As used in this clause:

1. Controlled substance. Those substances identified in schedules I through V, Section 202 of the Controlled Substances Act (21 U.S.C. 812), and as further defined in 21 CFR Sections 1308.11 through 1308.15.

2. Conviction. A finding of guilt (including a finding based on a plea of guilty or a plea of nolo contendere) by any judicial body charged with the responsibility to determine violations of criminal drug statutes.

3. Criminal drug statute. A federal or non-federal criminal statute involving drug abuse.

4. Drug abuse. The unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

5. Employee. Any person directly engaged in the performance of work under a Postal Service contract.

6. Individual. A contractor with no employees other than himself or herself.

7. Workplace. Any site where work is being done in connection with this contract.

d. Requirements.

1. Contractors, except individuals, must provide a drug-free workplace by:

(a) Publishing, publicly posting, and furnishing each employee a statement that drug abuse in the workplace is prohibited and specifying what actions will be taken against employees for violations of the prohibition;

(b) Establishing a drug-free awareness program to inform all employees about:

(1) The dangers of drug abuse in the workplace;

(2) The contractor's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Notifying all employees that, as a condition of continued employment on this contract, the employee must:

(1) Abide by the contractor's prohibition of drug abuse in the workplace; and

(2) Notify the contractor of any criminal drug conviction for a violation occurring in the workplace within five (5) days of such conviction;

(d) Notifying the contracting officer within ten (10) days of receiving a notice of a conviction from an employee or otherwise;

(e) Instituting appropriate personnel action, up to and including termination, against an employee or requiring the employee to satisfactorily complete a drug abuse assistance or rehabilitation program approved by a Federal, State, local health, law enforcement, or other appropriate agency within 30 days of receiving a notice of conviction; and

(f) Making consistent and good faith efforts to maintain a drug-free workplace through implementation of paragraphs d.l.(a) through d.l.(e), above.

2. The contractor, if an individual, must not engage in drug abuse in the performance of this contract.

e. *Sanctions*. Violation of the terms of this clause may be grounds for the suspension of progress payments, termination for default, and suspension or debarment from eligibility for future Postal Service contracts.

## H.39 CLEAN AIR AND WATER (Clause 10-19) (October 1987)

The contractor agrees--

a. To comply with all the requirements of section 114 of the Clean Air Act (42 U.S.C. 7414) and section 308 of the Clean Water Act (33 U.S.C. 1318) relating to inspection, monitoring, entry, reports, and information, as well as other requirements specified in section 114 of the Clean Air Act and section 308 of the Clean Water Act, and all regulations and guidelines issued to implement those acts before the award of this contract;

b. That no portion of the work required by this contract will be performed in a facility listed on the Environmental Protection Agency List of Violating Facilities on the date when this contract was awarded unless and until the EPA eliminates the name of the facility from the listing;

c. To use its best efforts to comply with clean air standards and clean water standards at the facility in which the contract is being performed; and

d. To insert the substance of this clause into any nonexempt subcontract, including this paragraph.

## H.40 HANDLING OF ASBESTOS INSULATION (REPAIR AND ALTERATION PROJECT) (Clause FB-273) (March 1989)

Prior to the start of the work, the Postal Service will attempt to locate and remove any asbestos insulation that may be affected by the repair and alterations project. However, notwithstanding performance of this work, the contractor shall fully comply with the following requirements concerning any suspected asbestos materials potentially affected by performance of this work:

(a) The contractor shall assume that all insulation encountered in the performance o the work contains asbestos, unless otherwise advised by the contracting officer. Under no circumstances shall the contractor remove, cut, damage, or otherwise disturb any potential asbestos insulation during the performance of the work.

(b) Any questions or ambiguities concerning where asbestos is located should immediately be brought to the attention of the contracting officer/

(c) When asbestos insulation is identified and requires removal encapsulation or other protection, such removal, encapsulation or other protection will be performed only by a qualified, independent asbestos removal contractor approved in writing by the contracting officer.

DELETED

**(Please reference Special Provisions SP-14 in Attachment I.8)**