## SECTION I - LIST OF ATTACHMENTS

| ATTACHMENT | TITLE |
|---|---|
| I.1 | Statement of Work |
| I.2 | General Wage Decision IL960001<br>General Wage Decision IL960002<br>General Wage Decision IL960003 |
| I.3 | *Counties and Minority Participation for each trade* |
| I.4 | Qualification Submission Information |
| I.5 | Division 1 - General Requirements |
| I.6 | Technical Specifications |
| I.7 | Unit Price Schedule |

## PART 3 - SOLICITATION PROVISIONS

## SECTION J - INSTRUCTIONS TO OFFERORS

### J.1 TYPE OF CONTRACT (Provision 5-1) (October 1987)

The Postal Service plans to award an Indefinite Quantity type of contract under this solicitation, and all proposals must be submitted on this basis. Alternate proposals based on other contract types [ ] will [ X ] will not be considered.

### J.2 INFORMATION ON "EQUAL" PRODUCTS (Provision OA-1) (June 1988)

Offerors proposing to furnish an "equal" product, in accordance with the Brand Name or Equal provision of this solicitation, must provide the following information for the offered product:

a. Item Number:

b. Manufacturer's Name:

c. Address:

d. Product Name (if any):

e. Product Make, Model, or Catalog Description:

### J.3 PREPROPOSAL CONFERENCE (Provision OA-7) (June 1988)

a. The Postal Service is planning a preproposal conference during which potential contractors may obtain a better understanding of the work required.

b. Prospective offerors are strongly urged to visit this site during the conference to inform themselves fully about the location and conditions under which the work is to be performed.

DELETED

c. Offerors are encouraged to submit all questions in writing at least five days before the conference. Questions will be considered at any time during the conference; however, offerors will be asked to confirm oral questions in writing. Subsequent to the conference, the Postal Service will distribute a written record of the conference to all prospective offerors that received the solicitation. If any clarifications arising from the conference constitute changes, an amendment to the solicitation will be issued.

d. In order to facilitate conference preparations it is requested that the person named on the cover form of this solicitation be contacted and advised of the number of persons who will attend.

e. The Postal Service assumes no responsibility for any expense incurred by an offeror prior to contract award.

f. Offerors are cautioned that, notwithstanding any remarks or clarifications given at the conference, all terms and conditions of the solicitation remain unchanged unless changed by amendment. If the answers to the conference questions, or any solicitation amendment, create ambiguities, it is the responsibility of the offeror to seek clarification before submitting an offer.

g. The conference will be held: NOT APPLICABLE

DELETED

Date:

Time:

Location:

## J.4 SUBMISSION OF FINANCIAL STATEMENTS (Provision OA-27) (July 1988)

Specific reference is made to Section K, Provision A-1, Preparation of Proposals.

For the purpose of this requirement, the term "current financial statement" is defined as the data including both the Balance Sheet and Income Statement covering each of the offeror's immediate past two fiscal years (normally the most recent Annual Reports), together with an interim report to as near the submission date as possible. These guidelines are to be observed:

a. Statements shall be prepared in accordance with "Generally Accepted Accounting Principles."

b. Statement shall include all required Notes to the Financial Statements.

c. Statements must be certified by either a company executive as to the accuracy and veracity of the statements, or by an opinion statement on the fairness of the presentation after a review by independent auditors.

d. The Income Statements must incorporate or have attached "Schedule of Cost of Goods Sold." This schedule must reflect Direct Materials, Direct Labor, and Overhead used to compute the cost of goods sold amount.

It may become necessary for the offeror to submit additional financial information prior to award.

Financial information received will be treated as confidential and will not be used for purposes other than evaluation of financial responsibility.

## J.5 INSTRUCTIONS FOR THE PREPARATION OF TECHNICAL AND PRICE PROPOSALS (Provision OA-301) (July 1989)

Offerors must submit Technical and Price Proposals in accordance with the following instructions:

a. Price Proposals: Price Proposals are not required in response to this solicitation. Price Proposals will be required for each Work Order issued under a contract resulting from this solicitation. Offerors are required to submit their "Multiplier" on the appropriate line in block 9, on Page 1, "U.S. Postal Service: Offer and Award (Construction) - Indefinite Quantity Contract of this solicitation. The Offeror's Multiplier will be evaluated by the contracting officer in making a decision whether or not to award the offeror a contract from this solicitation.

b. Technical Proposal: Offerors are required to submit technical proposal in response to Section M, M.3, Contract Award and Proposal Evaluation (Construction) (Provision OA-16) (June 1988) and Attachment I.4

## SECTION K - SOLICITATION NOTICES AND PROVISIONS

### K.1 PREPARATION OF PROPOSALS (Provision A-1) Alternate II (March 1989)

a. Each offeror must furnish the information required by the solicitation. The offeror must sign the proposal and print or type its name on the proposal and each continuation sheet on which it makes an entry. Erasures or other changes must be initialed by the person signing the proposal.

b. In case of discrepancy between a unit price/cost and an extended price/cost, the unit price/cost will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

c. Proposals for services other than those specified will not be considered unless authorized by the solicitation.

d. Time, if stated as a number of days, will include Saturdays, Sundays, and Federal holidays.

e. If the proposal exceeds $100,000, the offeror must include a copy its current financial statements (most recent balance sheet and profit and loss statement, updated) or, alternatively, be prepared to submit such data immediately upon request. Submitted data must be certified by a company officer as to accuracy and veracity.

### K.2 SUBMISSION OF PROPOSALS (Provision A-2) (October 1987)

a. Proposals and proposal modifications must be submitted in sealed envelopes or packages:

1. Addressed to the office specified in the solicitation; and

2. Showing the time specified for receipt, the solicitation number, and the name and address of the offeror.

b. Telegraphic proposals will not be considered unless authorized by the solicitation. However, proposals may be modified by telegraphic notice (including Mailgram) if that notice is received by the time specified for receipt of proposals.

### K.3 MODIFICATION OR WITHDRAWAL OF PROPOSALS (Provision A-3) (October 1987)

a. Proposals may be modified by written notice or telegram (including Mailgram) received before the time specified for receipt of proposals.

b. Proposals may be withdrawn by written notice or telegram (including Mailgram) received at any time before award. Proposals may be withdrawn in person by an officer

or an authorized representative, if the representative's identity is made known and the representative signs a receipt for the proposal before award.

**K.4 LATE SUBMISSIONS AND MODIFICATIONS OF PROPOSALS (Provision A-4) (October 1987)**

Any proposal or modification of a proposal received at the office designated in the solicitation after the exact time specified for receipt will not be considered unless it is received before award is made and:

a. It is the only proposal received; or

b. Consideration of the proposal is determined by the contracting officer to be in the Postal Service's interest.

**K.5 ACKNOWLEDGMENT OF SOLICITATION AMENDMENTS (Provision A-5) (October 1987)**

a. Offerors must acknowledge receipt of any amendment to this solicitation:

1. By signing and returning the amendment;

2. By identifying the amendment number and date in the space provided for this purpose on the solicitation form;or

3. By letter or telegram.

b. Acknowledgments of amendments are subject to the Late Submissions and Modifications of Proposals provision of the solicitation. Proposals lacking acknowledgment of an amendment affecting price, quantity, quality, or delivery may be disregarded.

**K.6 EXPLANATION TO PROSPECTIVE OFFERORS (Provision A-6) (October 1987)**

Any prospective offeror desiring an explanation or interpretation of the solicitation, drawing, or specifications must request it in writing soon enough to allow a reply to reach all prospective offerors before the submission of their proposals. Oral explanations or instructions will not be binding. Any information given to a prospective offeror concerning a solicitation will be furnished promptly to all other prospective offerors as an amendment of the solicitation, if that information is necessary in submitting offers or if the lack of it would be prejudicial to any other prospective offerors.

**K.7 RESTRICTION ON DISCLOSURE AND USE OF DATA (Provision A-7) (June 1988)**

Offerors that include in their proposals data they do not want used or disclosed by the Postal Service for any purpose other than proposal evaluation may take the following steps:

a. Mark the title page with the following legend:

"This proposal contains data that may not be duplicated, used, or disclosed outside the Postal Service and may not be duplicated, in whole or in part, for any purpose other than to evaluate this proposal.If, however, a contract is awarded to this offeror as a result of, or in connection with, the submission of such data, the Postal Service will have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Postal Service's right to use the information contained in the data if it is obtained from another source without restriction. The data subject to this restriction are contained sheets [Offeror insert numbers or other identification of sheets]."

b. Mark each sheet of data they wish to restrict with the following legend:

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

**K.8 AWARD WITHOUT DISCUSSIONS (Provision A-9) (October 1987)**

The Postal Service may award a contract on the basis of initial proposals received, without discussions. Therefore, each initial proposal should contain the offeror's best terms from a cost or price and technical standpoint.

**K.9 LABOR INFORMATION (Provision A-13) (October 1987)**

General information regarding the requirements of the Walsh-Healey Public Contracts Act (41 U.S.C. 35-45), the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333), and the Service Contract Act of 1965 (41 U.S.C. 351 et seq.) may be obtained from the Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210-0999, or from any regional office of that agency.

**K.10 FAILURE TO SUBMIT PROPOSAL (Provision A-14) (October 1987)**

Recipients of this solicitation not responding with a proposal need not return this solicitation, unless it specifies otherwise. Instead, they should advise the issuing office by letter or postcard whether they want to receive future solicitations for similar requirements. If a recipient does not submit a proposal and does not notify the issuing office that future solicitations are desired, the recipient's name may be removed from the applicable mailing list. Failure to submit a proposal in response to five consecutive solicitations for the same or similar requirements may result in removal from the mailing list, notwithstanding any written request for

receipt of future solicitations. A new solicitation mailing list application must be filed to obtain reinstatement.

## K.11 PROTESTS (Provision A-15) (October 1987)

Protests will be considered only if submitted in accordance with the time limits and procedures provided in Chapter 4 of the USPS Procurement Manual. A copy of the protest procedures may be obtained from the office issuing the solicitation.

## K.12 BRAND NAME OR EQUAL (Provision 2-4) (February 1992)

a. One or more items called for by this solicitation have been identified in the Schedule by a brand-name-or-equal product description. Proposals offering equal products will be considered for award if these products are clearly identified and are determined by the Postal Service to contain all of the essential characteristic of the brand-name products referenced in the solicitation.

b. Unless the offeror clearly indicates in the proposal that the proposal is for an equal product, the proposal will be considered as offering a brand-name product referenced in the solicitation.

c. If the offeror proposes to furnish an equal product, the brand name and model or catalog number, if any, of the product to be furnished must be inserted in the space provided in the solicitation. The evaluation of proposals and the determination as to equality of the product offered will be based on information furnished by the offeror or identified in the proposal, as well as other information reasonably available to the purchasing activity. The purchasing activity is not responsible for locating or obtaining any information not identified in the proposal and reasonably available to the purchasing activity. Accordingly, to ensure that sufficient information is available, the offeror must furnish as a part of the proposal

1. All descriptive material (such as cuts, illustrations, drawings, or other information) necessary for the purchasing activity to establish exactly what the offeror proposes to furnish and to determine whether the product offered meets the requirements of the solicitation; or

2. Specific references to information previously furnished or to information otherwise available to the purchasing activity to permit a determination as to equality of the product offered.

d. If the offeror proposes to modify a product so as to make it conform to the requirements of the solicitation, the offeror must

1. Include in the proposal a clear description of the proposed modifications; and

2. Clearly mark any descriptive material to show the proposed modifications.

**K.13 PERFORMANCE BOND REQUIREMENTS (Provision 7-2) (October 1987)**

a. Any offeror awarded a contract as a result of this solicitation will be required to submit a performance bond in a penal amount equal to 100 percent of the contract price, within the time specified by the contracting officer.

b. The bond must be executed on the Postal Service forms attached to this solicitation, and sureties must be acceptable to the Postal Service. Corporate sureties must appear on the list in *Treasury Circular 570, and the amount of the bond may not exceed the underwriting limit stated* for the surety on that list.

c. Failure to submit an acceptable bond may be cause for termination of the contract for default.

**K.14 PAYMENT BOND REQUIREMENTS (Provision 7-3) (October 1987)**

a. Any offeror awarded a contract as a result of this solicitation will be required to submit a payment bond in the penal amount set forth in the Schedule, within the time required by the contracting officer.

b. The bond must be executed on the Postal Service forms attached to this solicitation, and sureties must be acceptable to the Postal Service. Corporate sureties must appear on the list in *Treasury Circular 570, and the-amount of the bond may not exceed the underwriting limit stated* for the surety on that list.

c. Failure to submit an acceptable bond may be cause for termination of the contract for default.

**K.15 DEPOSIT OF ASSETS REQUIREMENTS (Provision 7-5) (October 1987)**

a. Except for payment bonds required for construction contracts, any offeror required to submit a surety bond as a result of this solicitation may instead deposit assets in a form acceptable to the Postal Service in an amount set forth in the Schedule.

b. When assets are deposited, the offeror must execute the Postal Service bond form made a part of this solicitation. Failure to deposit assets acceptable to the Postal Service may be cause *for termination of the contract for default.*

**K.16 PARTICIPATION OF SMALL, MINORITY-OWNED, AND WOMAN-OWNED BUSINESS (Provision 10-1) (February 1992)**

All offerors, except small business, must submit with their proposals the subcontracting plan required by the clause entitled Small, Minority-Owned, and Woman-Owned Business Subcontracting Requirements.

## K.17 NOTICE OF REQUIREMENTS FOR EQUAL OPPORTUNITY AFFIRMATIVE ACTION (Provision 10-6) (October 1987)

a. The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause.

b. The goals for minority and female participation, expressed in percentage terms for the contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

Goals for minority participation for each trade See Attachment I.3

Goals for female participation for each trade 6.9%

c. These goals apply to all the contractor's construction work performed in the covered area. If the contractor performs construction work in a geographical area located outside the covered area, the contractor must apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from the Office of Federal Contract Compliance Programs (OFCCP).

d. The contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 must be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the Affirmative Action Compliance Requirements for Construction clause, and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The contractor must make a good-faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from contractor to contractor, or from project to project, for the sole purpose of meeting the contractor's goals will be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

e. The contractor must provide written notification to the Director, OFCCP, within ten working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification must list the -

1. Name, address, telephone number, and employer identification number of the subcontractor;

2. Estimated dollar amount of the subcontract;

3. Estimated starting and completion dates of the subcontract; and

4. Geographical area in which the subcontract is to be performed.

f. As used in this notice, and in any contract resulting from this solicitation, the "covered area" is *(Contracting Officer insert description of the geographic area where the contract is to be performed, giving state, county, and city).*

**K.18 POSTAWARD ORIENTATION CONFERENCE (Provision OA-5) ALTERNATE I (March 1989)**

The Postal Service may require the successful offeror to attend a post-award conference. If required, it will be scheduled and held prior to the start of contract performance.

**K.19 NOTICE OF PREAWARD SURVEY (Provision OA-34) (June 1994/Interim)**

a. Offerors are advised that the Postal Service may contact prospective contractors, **and the contractor's references** to determine **the contractor's** capabilities to perform the work specified in this solicitation. In addition to **obtaining and evaluating performance references,** financial statements, and credit rating checks, the Postal Service may visit a prospective contractor's facilities to perform reviews or may ask for additional written information. **Offerors will be advised of specific areas of interest prior to any site visit.**

b. Offerors are also advised that accomplishment of this survey is a part of the evaluation process and is not an indication that an offeror will receive an award.

**K.20 ACCESS TO POSTAL BUILDING (Provision OA-12) (March 1989)**

If the location specified on this coversheet for the receipt of proposals is within a controlled access building and if it is intended to handcarry the proposal, prior arrangements for access should be made by contacting the individual specified on the cover sheet of this solicitation at least one work day prior to the date that access is required. If prior arrangements are not made, the offeror must allow at least 30 minutes to process through a security checkpoint. It is the offeror's responsibility to ensure that proposals are delivered by the due date and time specified in the solicitation.

## SECTION L - REPRESENTATIONS AND CERTIFICATIONS

### L.1 TYPE OF BUSINESS ORGANIZATION (Provision A-20) (December 1989)

The offeror, by checking the applicable blocks, represents that it:

a. Operates as [ _ ] a corporation incorporated under the laws of the State of ______, [ _ ] an individual, [ _ ] a partnership, [ _ ] a joint venture, [ _ ] a nonprofit organization, [ _ ] or an educational institution; and

b. Is a [ _ ] small business concern, [ _ ] minority-owned business, [ _ ] woman-owned business, [ _ ] labor surplus area concern, [ _ ] educational or other non-profit organization, or [ _ ] none of the above entities.

c. SMALL BUSINESS CONCERN. A small business concern for the purposes of Postal Service procurement means a business, including an affiliate, that is independently owned and operated, is not dominant in producing or performing the supplies or services being purchased, and has no more than 500 employees, unless a different size standard has been established by the Small Business Administration (see 13 CFR 121, particularly for different size standards for airline, railroad, and construction companies). For subcontracts of $50,000 or less, a subcontractor having no more than 500 employees qualifies as a small business without regard to other factors.

d. MINORITY-OWNED BUSINESS. A minority-owned business is a concern that is at least 51 percent owned by, and whose management and daily business operations are controlled by, one or more members of a socially and economically disadvantaged minority group, namely U.S. citizens who are Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans. (Native Americans are American Indians, Eskimos, Aleuts, and Native Hawaiians. Asian-Pacific Americans are U.S. citizens whose origins are Japanese, Chinese, Filipino, Vietnamese, Korean, Samoan, Laotian, Kampuchean, Taiwanese or in the U.S. Trust Territories of the Pacific Islands. Asian-Indian Americans are U.S. citizens whose origins are in the Indian subcontinent.)

e. WOMAN-OWNED BUSINESS. A woman-owned business is a concern at least 51 percent of which is owned by a woman (or women) who is a U.S. citizen, controls the firm by exercising the power to make policy decisions, and operates the business by being actively involved in day-to-day management.

f. LABOR SURPLUS AREA. A geographical area which at the time of award is either a section of concentrated unemployment or underemployment, a persistent labor surplus area, or a substantial labor surplus area, as defined in this paragraph.

1. Section of concentrated unemployment or underemployment means appropriate sections of States or labor areas so classified by the Secretary of Labor.

2. Persistent labor surplus area means an area which is classified by the Department of Labor as an area of substantial and persistent labor surplus (also called Area of Substantial and Persistent Unemployment) and is listed as such by that Department in conjunction with its publication, Area Trends in Employment and Unemployment.

3. Substantial labor surplus area means an area which is classified by the Department of Labor as an area of substantial labor surplus (also called Area of Substantial Unemployment) and which is listed as such by that Department in conjunction with its publication Area Trends in Employment and Unemployment.

g. LABOR SURPLUS AREA CONCERN. A firm which will perform or cause to be performed a substantial proportion of a contract in a labor surplus area.

h. EDUCATIONAL OR OTHER NON-PROFIT ORGANIZATION. Any corporation, foundation, trust, or other institution operated for scientific or educational purposes, not organized for profit, no part of the net earnings of which inures to the profits of any private shareholder or individual.

**L.2 PARENT COMPANY AND TAXPAYER IDENTIFICATION NUMBER (Provision A-21) (October 1987)**

a. A parent company is one that owns or controls the basic business policies of an offeror. To own means to own more than 50 percent of the voting rights in the offeror. To control means to be able to formulate, determine, or veto basic business policy decisions of the offeror. A parent company need not own the offeror to control it; it may exercise control through the use of dominant minority voting rights, proxy voting, contractual arrangements, or otherwise.

b. Enter the offeror's Taxpayer Identification Number (TIN) in the space provided. The TIN is the offeror's Social Security Number or other Employee Identification Number used on the offeror's Quarterly Federal Tax Return, U.S. Treasury Form 941.

Offeror's TIN: ______________________________

c. [ ] Check this block if the offeror is owned or controlled by a parent company.

d. If the block above is checked, provide the following information about the parent company:

Parent Company's Name:

Parent Company's Main Office Address:

No. and Street:

City: State: Zip Code:
Parent Company's TIN:

e. If the offeror is a member of an affiliated group that files its federal income tax return on a consolidated basis (whether or not the offeror is owned or controlled by a parent company, as provided above) provide the name and TIN of the common parent of the affiliated group:

Name of Common Parent:

Common Parent's TIN:

**L.3 AUTHORIZED NEGOTIATORS (Provision A-22) (October 1987)**

The offeror represents that the following persons are authorized to negotiate on its behalf with the Postal Service in connection with this solicitation [Offeror list names, titles, and telephone numbers of the authorized negotiators].

______________________________________________

______________________________________________

______________________________________________

**L.4 PLACE OF PERFORMANCE (Provision A-23) (October 1987)**

If the offeror intends, in the performance of any contract resulting from this solicitation, to use one or more facilities located at addresses different from the offeror's address as indicated in this proposal, the offeror must include in its proposal a statement referencing this provision and identifying those facilities by street address, city, county, state, and ZIP Code, and the name and address of the operator of these facilities if other than the offeror.

**L.5 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (Provision 1-1) (October 1987)**

a. By submitting this proposal, the offeror certifies, and in the case of a joint proposal each party to it certifies as to its own organization, that in connection with this solicitation-

1. The prices proposed have been arrived at independently, without consultation, communication, or agreement, for the purpose of restricting competition, as to any matter relating to the prices with any other offeror or with any competitor;

2. Unless otherwise required by law, the prices proposed have not been and will not be knowingly disclosed by the offeror before award of a contract, directly or indirectly to any other offeror or to any competitor; and

3. No attempt has been made or will be made by the offeror to induce any other person or firm to submit or not submit a proposal for the purpose of restricting competition.

b. Each person signing this proposal certifies that -

1. He or she is the person in the offeror's organization responsible for the decision as to the prices being offered herein and that he or she has not participated, and will not participate, in any action contrary to paragraph a above; or

2. He or she is not the person in the offeror's organization responsible for the decision as to the prices being offered but that he or she has been authorized in writing to act as agent for the persons responsible in certifying that they have not participated, and will not participate, in any action contrary to paragraph a above, and as their agent does hereby so certify; and he or she has not participated, and will not participate, in any action contrary to paragraph a above.

c. Modification or deletion of any provision in this certificate may result in the disregarding of the proposal as unacceptable. Any modification or deletion should be accompanied by a signed statement explaining the reasons and describing in detail any disclosure or communication.

**L.6 CONTINGENT FEE REPRESENTATION (Provision 1-2) (October 1987)**

a. The offeror must complete the following representations:

1. The offeror [ _ ] has [_ ] has not employed or retained any company or person (other than a full-time bona fide employee working solely for the offeror) to solicit or secure this contract.

2. The offeror [_ ] has [ _ ] has not paid or agreed to pay any company or person (other than a full-time bona fide employee working solely for the offeror) any fee, commission, percentage, or brokerage fee, contingent upon or resulting from the award of this contract.

b. If either representation is in the affirmative, or upon request of the contracting officer, the offeror must furnish, in duplicate, a completed Form 7319, "Contractor's Statement of Contingent or Other Fees", and any other information requested by the contracting officer. If the offeror has previously furnished a completed Form 7319 to the office issuing this solicitation, it may accompany its proposal with a signed statement -

1. Indicating when the completed form was previously furnished;

2. Identifying the number of the previous solicitation or contract, if any,in connection with which the form was submitted; and

3. Representing that the statement on the form is applicable to this proposal.

## L.7 CERTIFICATION OF NONSEGREGATED FACILITIES (Provision 10-3) (October 1987)

a. By submitting this proposal, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in this contract.

b. As used in this certification, "segregated facilities" means any waiting rooms, work areas, rest rooms or wash rooms, restaurants or other eating areas, time clocks, locker rooms or other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, or housing facilities provided for employees that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin, because of habit, local custom, or otherwise.

c. The offeror further agrees that (unless it has obtained identical certifications from proposed subcontractors for specific time periods) it will obtain identical certifications from proposed subcontractors before awarding subcontracts exceeding $10,000 that are not exempt from the provisions of the Equal Opportunity clause; that it will retain these certifications in its files; and that it will forward the following notice to these proposed subcontractors (except when they have submitted identical certifications for specific time periods):

NOTICE

> A certification of nonsegregated facilities must be submitted before the award of a subcontract exceeding $10,000 that is not exempt from the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (quarterly, semiannually, or annually).

## L.8 EQUAL OPPORTUNITY AFFIRMATIVE ACTION PROGRAM (Provision 10-4) (April 1989)

The offeror, by checking the applicable block or blocks, represents that it (1) [ _ ] has developed and has on file, [ _ ] has not developed and does not have on file, at each establishment, affirmative action programs as required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2) and [ _ ] has, [ _ ] has not filed the required reports with the Joint Reporting Committee, or (2) [_] has not previously had contracts subject to the written affirmative action program requirement of the rules and regulations of the Secretary of Labor.

**L.9 BUY AMERICAN CERTIFICATE--CONSTRUCTION MATERIALS (Provision 10-8) (October 1987)**

The offeror certifies that only domestic construction materials (as defined in the Preference for Domestic Construction Materials clause) will be used in the performance of this contract, except for foreign construction materials listed below:

| Material | Quality | Estimated Cost |
| --- | --- | --- |
| ____________ | ____________ | ____________ |
| ____________ | ____________ | ____________ |
| ____________ | ____________ | ____________ |

**L.10 CLEAN AIR AND WATER CERTIFICATION (Provision 10-9) (October 1987)**

a. This certification applies only if (1) the offer exceeds $100,000, (2) the offer is for an indefinite-quantity and indicates that orders for estimating quantities will exceed $100,000 in any year, (3) a facility to be used is listed on the EPA List of Violating Facilities because of a criminal conviction, or (4) the contract is not otherwise exempt.

b. The offeror (1) certifies, by checking the applicable box, that any facility to be utilized in the performance of the proposed contract [_] is, [_] is not, listed on the Environmental Protection Agency List of Violating Facilities as of the date of this proposal, and (2) agrees to notify the contracting officer promptly if any communication is received from the Environmental Protection Agency before contract award indicating that any such facility is under consideration for inclusion on the List.

## SECTION M - EVALUATION AND AWARD FACTORS

### M.1 CONTRACT AWARD (Provision A-8) (February 1992)

a. The Postal Service will award a contract resulting from this solicitation to the responsible offeror whose proposal conforming to the solicitation will be most advantageous to the Postal Service, cost or price and other factors specified elsewhere in this solicitation considered.

b. The Postal Service may reject any or all proposals, and may waive informalities and minor irregularities in proposals received.

c. The Postal Service may accept any item or group of items of a proposal, unless the offeror qualifies the proposal by specific limitations. Unless otherwise provided in the solicitation, proposals may be submitted for quantities less than those specified. The Postal Service reserves the right to make an award for any item for a quantity less than the quantity contained in a proposal, at the unit cost or prices proposed, unless the offeror specifies otherwise in its proposal.

d. A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the proposal will result in a binding contract without further action by either party. Before the proposal's specified expiration time, the Postal Service may accept a proposal (or part of a proposal as provided in paragraph c above), whether or not there are discussions or negotiations after its receipt, unless a written notice of withdrawal is received before award. Discussions or negotiations conducted after receipt of a proposal do not constitute a rejection or counteroffer by the Postal Service.

e. Neither financial data submitted with a proposal, nor representations concerning facilities or financing will form a part of the resulting contract. However, if the resulting contract contains a clause providing for price reduction for defective cost or pricing data, the contract price will be subject to reduction if cost or pricing data furnished are incomplete, inaccurate, or not current.

### M.2 EVALUATION OF PROPOSALS FOR MULTIPLE AWARDS (Provision A-16) (July 1995)

In addition to other factors, proposals will be evaluated on the basis of advantages and disadvantages to the Postal Service that might result from making more than one award (multiple awards). It is assumed, for the purpose of evaluating proposals, that $500 is the administrative cost to the Postal Service for issuing and administrating each contract awarded under this solicitation, and individual awards will be for the items or combinations of items that result in the lowest aggregate cost to the Postal Service, including the assumed administrative costs.

**M.3 CONTRACT AWARD AND PROPOSAL EVALUATION (Construction) (Provision OA-16) (June 1988)**

a. Award will be made to the responsible offeror who submits the best combination of Technical Proposal, Business Proposal (cost/price), Business/Management Proposal (if applicable), and other factors considered. The primary areas to be used in determining which proposal is most advantageous to the Postal Service are listed below in descending order of importance: ***(Refer to Attachment I.4 for information relating to the submission of qualification information.)***

1. **Postal Experience:**

   Provide a list of projects that you have performed. Include the following nformation for all projects:

   -Project location and type
   -Total dollar value of contract
   -Name andphone number of U. S. Postal Service Contracting Officer
   -Status of Project - (percent completion)

2. **General Experience:**

   Not less than three (3) years continuous experience as a contractor of similar work.

3. **Current Workload and Capacity**

   Include, but do not limit to, number of work force, support and/or administrative, company owner equipment, tools, etc. Describe existing and pending workload.

b. Cost/Price will be considered in the award decision, although the award may not necessarily be made to that offeror submitting the lowest cost.

c. Subcontracting plans, if required, will be reviewed for acceptability in the types and amounts of subcontracts to small and small disadvantaged business concerns, if this solicitation results in a contract for more than $1 million ($500,000 for construction), the otherwise successful offeror must have an acceptable Small Business and Small Disadvantaged Business Subcontracting Plan to receive award of the contract (Small Businesses are exempt from this requirement).

IQC 162640-96-B-0098

CERTIFIED MAIL #P 252 ̄ 71 859
RETURN RECEIPT REQUESTED

CHICAGO FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

U.S. POSTAL SERVICE
FACILITIES SERVICE OFFICE

June 3, 1996

'96 JUN 12 P12:33

CHICAGO, IL 6...

L. P. Consulting Group, Inc.
10401 S. 75th Avenue
Palos Hills, IL 60465-2015

**SUBJECT:** **NOTICE TO PROCEED**
**Indefinite Quantity Contract - General Construction Work**
**North Central Illinois Area - Zip Codes 604, 605 and 609**
**Contract No. 162640-96-B-0098**

Gentlemen:

Your performance and payment bonds and other contract documents have been received and are acceptable to the U. S. Postal Service. This letter is your authorization to proceed with the work in accordance with the terms and conditions of the subject contract. The contract requires completion within 730 calendar days after date of receipt of the Notice to Proceed. Please set your work schedule accordingly to avoid any delay.

Your copy of the executed contract is enclosed.

All work, reviews, and contract administration will be under the direction of the Manager, Administrative Services, Mr. Robert A. Rigsby. Mr. Rigsby has been delegated Contracting Officer for work orders only. His designated representative will be responsible for administration and field supervision of this contract. Copies of the work orders need not be sent to me. Mr. Rigsby's address and telephone number is as follows:

Mr. Robert A. Rigsby
Manager, Administrative Services
Central Illinois District
U. S. Postal Service
6801 West 73rd Street
Bedford Park, IL 60499-9991
(708) 563-7200

The Manager, Administrative Services, will provide Progress Payment Forms PS 4211-B with each work order. An original and two copies, <u>all having original signatures</u>, are to be submitted to Mr. Rigsby for payment, with a copy to the Architect-Engineer firm, if he is performing project surveillance, unless directed otherwise by the project manager designated by the Manager, Administrative Services. For each such pay request, complete, sign, and date Form 4211-B.

I urge you to thoroughly familiarize yourself with the terms of this contract. I wish to call special attention to the fact that only the contracting officer or project manager can authorize changes to the basic contract when total price or time for completion is affected according to the authorities and limitations of contracting authority. All correspondence pertaining to the contract should be directed to the contracting officer in writing.

This notification is sent to you in duplicate with the request that you acknowledge receipt of the USPS copy and return it promptly.

Sincerely,

Larry L. Linnenburger
Contracting Officer

RECEIPT ACKNOWLEDGED:

NAME: [signature]

DATE: 6/8/96

Enclosures: a/s

cc: Manager, Administrative Services
Central Illinois District

jab

# U.S. POSTAL SER[illegible]ICE: OFFER AND AWARD (CO[illegible]STRUCTION)
## Indefinite Quantity Contract

1. CONTRACT NUMBER: 162640-96-B-0098
2. SOLICITATION NUMBER: 162640-96-A-0281
3. REQUEST NUMBER: # PAR 10
4. SOC/EC:
5. COMMODITY:

6. a. ISSUED BY:
U.S. Postal Service
*Facilities Service Office*
222 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606-6150

b. FOR INFORMATION CALL: CONTRACTS
Name: Frank T. Sugino
Title: *Project Manager*

Tel: 312/669-5942
(No Collect Calls)

7. a. OFFEROR/CONTRACTOR
~~L.P. Consulting Group, Inc.~~
~~10401 S. 75th Ave.~~
Palos Hills, IL 60465-2015

b. Contact Name: RICHARD BATTAGLIN
c. Telephone: 708-599-4407
d. FAX: 708-233-1826
e. TIN*: 36-3902211
Parent TIN:

f. Remittance Name and/or Address (If different from above)

*TIN=Taxpayer Identification Number

8. DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

CONTRACT TERM: FROM ______________ TO ______________
(Dates to be entered upon award)

9. ITEMS & PRICES/GENERAL DESCRIPTION OF REQUIREMENT:

*The contractor agrees to perform all work included or ordered pursuant to and in accordance with the* terms and conditions of the contract for the unit prices listed on the price schedule times the multiplier listed below:

IQC-C Type: General Construction Work - North Central Illinois - Zip Codes 604, 605 and 609

AREA COVERED BY THIS CONTRACT: See Attachment I.3

Multiplier: .850 (Numbers) POINT EIGHT FIVE ZERO (In Words)

10. BILLING INSTRUCTIONS (Submit Invoices to):
Send invoice as directed by Project Manager.

11. SIGNATURE: OFFEROR/CONTRACTOR

Linda M. Battaglin — Signature — 5-3-96 Date

LINDA M. BATTAGLIN — Typed or Printed Name of Person Authorized to Sign Offer — PRES. Title

U.S. POSTAL SERVICE

Larry L. Linnenburger — Signature — 6/3/96 Award Date

Larry L. Linnenburger — Name of Contracting Officer

Distribution: Original - File; Copy - Contractor

BATTAGLIN DEP. EX. NO. 48
FOR I.D., AS OF 6/10/04

- 157 -



(114)

## PART 1 - SCHEDULE

## SECTION A - ITEMS AND PRICES

**A.1 REQUIRED BOND AMOUNTS**
**(Clause FB-201) ALTERNATE I (September 1995/Interim)**

Required for contracts exceeding $25,000.00

Performance Bond: 100% of the total contract price

Payment Bond: 50% of the total contract price

Additional bonding must be obtained prior to increasing the "Not to Exceed" amount as set in the initial contract order.

Additional information on bond requirements is given in Section K in the following provisions:
Performance Bond (Provision 7-2), and Payment Bond (Provision 7-3).

**A.2 ACKNOWLEDGMENT OF AMENDMENTS (Clause OB-199) (August 1988)**

The offeror acknowledges receipt of amendments to the solicitation numbered and dated as follows:

| Amendment Number | Date | Amendment Number | Date |
|---|---|---|---|
| A-01 | 16 April 1996 | | |
| | | | |
| | | | |
| | | | |

## PART 1 - SCHEDULE

## SECTION A - ITEMS AND PRICES

**A.1 REQUIRED BOND AMOUNTS**
**(Clause FB-201) ALTERNATE I (September 1995/Interim)**

*Required for contracts exceeding $25,000.00*

Performance Bond: 100% of the total contract price

Payment Bond: 50% of the total contract price

*Additional bonding must be obtained prior to increasing the "Not to Exceed" amount* as set in the initial contract order.

Additional information on bond requirements is given in Section K in the following provisions:
Performance Bond (Provision 7-2), and Payment Bond (Provision 7-3).

**A.2 ACKNOWLEDGMENT OF AMENDMENTS (Clause OB-199) (August 1988)**

The offeror acknowledges receipt of amendments to the solicitation numbered and dated as follows:

| Amendment Number | Date | Amendment Number | Date |
|---|---|---|---|
| ____________ | ________ | ____________ | ________ |
| ____________ | ________ | ____________ | ________ |
| ____________ | ________ | ____________ | ________ |
| ____________ | ________ | ____________ | ________ |

## SECTION B - SPECIFICATIONS/STATEMENT OF WORK

**B.1 STATEMENT OF WORK/SPECIFICATIONS (Clause OB-7) (June 1988)**

The contractor must furnish the necessary personnel, material, equipment, services, and facilities (except as otherwise specified) to perform the statement of work/specifications incorporated by reference in Section I.

**B.2 ATTACHMENTS TO STATEMENT OF WORK/SPECIFICATIONS (Clause OB-31) (June 1988)**

The attachments to the statement of work/specifications listed in Section I are hereby made part of this solicitations and any resultant contract.

**B.3 ENGLISH LANGUAGE REQUIREMENT OF ON-SITE SUPERINTENDENT (Clause OB-38) (June 1988)**

The contractor's on-site superintendent must be able to speak, read, and write English to the extent necessary to permit reasonable communication with Postal Service personnel.

**B.4 QUANTITY OF WORK (INDEFINITE-QUANTITY) (Clause FB-248) (March 1989)**

a. The initial contract value is $300,000 where the total quantity of work ordered during the term of this contract will not be less than $10,000 nor more than one million dollars ($1,000,000). The Postal Service reserves the option to increase the potential value of the contract in increments of $100,000 not to exceed $300,000 not to exceed $1,000.000. Additional consent of surety will be required for each incremental increase.

b. Adjustments, if required, in quantities listed in the work order will be made on the basis of actual, quantities, approved, and installed and/or removed in the final work.

c. The contractor will not be required to perform a job where the value of the work required in any one building is less than $500 per work order.

d. The Postal Service reserves the right to undertake, by Postal Service sources or others, the same type of work or similar work as contracted for in this contract, in the area covered by this contract, while this contract is in force.

## SECTION C - DELIVERY/PERFORMANCE

### C.1 NOTICE OF DELAY (Clause B-15) (May 1994)

Immediately upon becoming aware of any difficulties that might delay deliveries under this contract, the contractor shall notify the contracting officer in writing of them. The notification must identify the difficulties, the reasons for them, and the estimated period of delay anticipated. Failure to give notice may preclude later consideration of any request for an extension of contract time.

### C.2 SUSPENSIONS AND DELAYS (Clause B-16) (May 1994/Interim)

a. **A claim under this clause may be allowed** if performance of all or any part of the work of this contract is suspended, delayed, or interrupted by:

1. An order or act of the contracting officer in administering this contract; or

2. Failure of the contracting officer to act within the time specified in this contract, or within a reasonable time if not specified.

**An adjustment, under this clause, may be made for any increase in the cost of performance of this contract caused by the delay or interruption (including the cost incurred during any suspension or interruption). An adjustment may also be made, under this clause, in the delivery or performance dates and any other contractual term or condition affected by the suspension, delay or interruption.**

**However, no adjustment may be made under this clause for any delay or interruption to the extent that performance would have been delayed or interrupted by any other cause, including the fault or negligence of the contractor, or which an adjustment is provided or excluded under any other term or condition of this contract.**

b. A claim under this clause may not be allowed:

1. For any costs incurred more than 20 calendar days before the contractor has notified the contracting officer in writing of the act or failure to act involved; and

2. Unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the delay or interruption, but not later than the day of final payment under the contract.

### C.3 EXCUSABLE DELAYS (Clause B-19) (October 1987)

a. Except with respect to defaults of subcontractors, the contractor will not be in default by reason of any failure in performing this contract in accordance with its terms (including any failure by the contractor to make progress in the prosecution of the work that endangers

performance) if the failure arises out of causes beyond the control and without the fault or negligence of the contractor. Such causes may include, but are not restricted to, acts of God or of the public enemy, acts of the Government in its sovereign capacity or the Postal Service its contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, and unusually severe weather, but in every case the failure to perform must be beyond the control and without the fault or negligence of the contractor.

b. If failure to perform is caused by the failure of a subcontractor to perform or make progress and arises out of causes beyond the control of both the contractor and subcontractor, and without the fault or negligence of either of them, the contractor will not be deemed to be in default, unless --

1. The supplies or services to be furnished by the subcontractor are obtainable from other sources;

2. The contracting officer orders the contractor in writing to procure the supplies or services from other sources; and

3. The contractor fails to comply reasonably with the order.

c. Upon request of the contractor, the contracting officer shall ascertain the facts and extent of failure, and if the contracting officer determines that any failure to perform was occasioned by any of the said causes, the delivery schedule shall be revised accordingly, subject to the rights of the Postal Service under any termination clause included in this contract.

d. As used in this clause, the terms "subcontractor" and "subcontractors" mean subcontractor(s) at any tier.

**C.4 SHOP DRAWINGS, COORDINATION DRAWINGS, AND SCHEDULES (Clause 11-20) (October 1987)**

a. The contractor will submit shop drawings, coordination drawings, and schedules for approval as required by the specifications or requested by the contracting officer, as follows:

1. Shop drawings will include fabrication, erection, and setting drawings, schedule drawings, manufacturer's scale drawings, wiring and control diagrams, cuts or entire catalogs, pamphlets, descriptive literature, and performance and test data.

2. Drawings and schedules, other than catalogs, pamphlets, and similar printed material, must be submitted in reproducible form with two prints made by a process approved by the contracting officer. Upon approval, the reproducible form will be returned to the contractor which must furnish the number of additional prints, not to exceed ten, required by the Special Conditions of the specifications. The contractor must submit shop drawings in catalog, pamphlet, and similar printed form in a

minimum of four copies plus as many additional copies as the contractor may desire or need or for use by subcontractor.

b. Before submitting shop drawings on the mechanical and electrical work, the contractor must obtain the contracting officer's approval of lists of mechanical and electrical equipment and materials as required by the specifications.

c. The contractor will check the drawings and schedules and coordinate them (by means of coordination drawings whenever required) with the work of all trades involved before submission, indicating approval on them. Drawings and schedules submitted without evidence of the contractor's approval may be returned for resubmission.

d. Each shop drawing or coordination drawing must have a blank area 5 by 5 inches, located adjacent to the title block. The title block must display--

1. Number and title of drawing;

2. Date of drawing or revision;

3. Name of project building or facility;

4. Name of contractor and (if appropriate) of subcontractor submitting drawing;

5. Clear identity of contents and location on the work; and

6. Project title and contract number.

e. Unless otherwise provided in this contract, or otherwise directed by the contracting officer, shop drawings, coordination drawings, and schedules must be submitted to the contracting officer, with a letter in triplicate, sufficiently in advance of construction requirements to permit at least 10 working days for checking and appropriate action.

f. Except as otherwise provided in paragraph g below, approval of drawings and schedules will be general and may not be construed as--

1. Permitting any departure from the contract requirements;

2. Relieving the contractor of responsibility for any errors, including details, dimensions, and materials; or

3. Approving departures from full-size details furnished by the contracting officer.

g. If drawings or schedules show variations from the contract requirements because of standard shop practice or for other reasons, the contractor must describe the variations in the letter of transmittal. If acceptable, the contracting officer may approve any or all variations and issue an appropriate change order. If the contractor fails to describe these variations, it will not be relieved of the responsibility for executing the work in accordance with the contract, even though the drawings or schedules have been approved.

## C.5 RECORD "AS BUILT" DRAWINGS (Clause 11-21) (October 1987)

a. The contractor must, during the progress of the work, keep a master set of prints on the job site, on which is kept a careful and neat record of all deviations from the contract drawings prepared by the architect-engineer made during the course of the work.

b. Upon completion of the project, these "as built" prints must be certified as to their correctness by the signature of the contractor and turned over to the architect-engineer for use in preparing a permanent set of "as built" drawings.

## C.6 SPARE-PARTS DATA (Clause 11-22) (October 1987)

a. The contractor must furnish spare-parts data for each different item of equipment furnished. The data must include a complete list of parts and supplies, with current unit prices and sources of supply; a list of parts and supplies that are either normally furnished at no extra cost with the purchase of the equipment, or specified to be furnished as part of the contract; and a list of additional items recommended by the manufacturer to ensure efficient operation for a period of 180 days at the particular installation.

b. The foregoing does not relieve the contractor of any responsibilities under the guarantees specified.

## C.7 WARRANTY (CONSTRUCTION) (Clause 11-25) (October 1987)

a. Unless otherwise provided in the specifications, the contractor warrants that all work is in accordance with contract requirements and free from defective or inferior materials, equipment, and workmanship for one year after the date of final acceptance under this contract.

b. If, within the warranty period, the contracting officer finds that warranted work needs to be repaired or changed because the materials, equipment, or workmanship were inferior, defective, or not in accordance with the contract terms, the contractor must promptly and without additional expense to the Postal Service--

1. Place in a satisfactory condition all of the warranted work;

2. Satisfactorily correct all damage to equipment, the site, the building, or its contents that is the result of such unsatisfactory work; and

3. Satisfactorily correct any work, materials, or equipment disturbed in fulfilling the warranty.

c. Should the contractor fail to proceed promptly in accordance with the warranty, the Postal Service may have the work performed at the contractor's expense.

d. The contractor must obtain each transferable guarantee or warranty of equipment, materials, or installation furnished by any manufacturer, supplier, or installer in the ordinary course of the business or trade. The contractor must obtain and furnish to the Postal Service all information required to make any such guarantee or warranty legally binding and effective, and must submit both the information and the guarantee or warranty to the Postal Service in sufficient time to permit the Postal Service to meet any time limit requirements specified in the guarantee or warranty or, if no time limit is specified, before completion and acceptance of all work under this contract.

**C.8 SAMPLES (Clause 11-28) (June 1988)**

a. After contract award, the contractor must furnish samples required by the specifications or by the contracting officer, for the contracting officer's approval. They must be delivered to the contracting officer or to the architect as specified or as directed. The contractor must prepay all shipping charges on samples. Materials or equipment for which samples are required may not be used in the work until the contracting officer approves in writing.

b. Each sample must be labeled to show--

1. Name of project building or facility, project title, and contract number;

2. Name of contractor and (if appropriate) subcontractor;

3. Identification of material or equipment, with specification requirement;

4. Place of origin; and

5. Name of producer and brand (if any).

c. Samples of finish materials must have additional markings that will identify them under the finish schedules.

d. The contractor must mail under separate cover a letter in triplicate submitting each shipment of samples and containing the information required in paragraphs b and c above. The contractor must also enclose a copy of that letter with the shipment and send a copy to the Postal Service representative on the project. Approval of a sample is only for the characteristics or use named in the approval and may not be construed to change or modify any contract requirement. Substitutions are not permitted unless approved in writing by the contracting officer.

e. Approved samples not destroyed in testing will be sent to the Postal Service representative at the project. Approved samples of hardware in good condition will be marked for identification and may be used in the work. Materials and equipment incorporated in the work shall match the approved samples. Samples not destroyed in testing and not approved will be returned at the contractor's expense if the contractor so requests at time of submission.

f. Failure of any material to pass the specified tests will be sufficient cause for refusal to consider, under this contract, any further samples of the same brand or make of that material. The Postal Service reserves the right to disapprove any material or equipment that has previously proved unsatisfactory in service.

g. Samples of materials or equipment delivered on the site or in place may be taken by the Postal Service representative for testing. Failure of a sample to meet contract requirements will automatically void previous approvals of the item tested. The contractor must replace materials or equipment found not to have met contract requirements, or there will be a proper adjustment of the contract price as determined by the contracting officer.

h. Except as otherwise specified, if tests are called for in the specifications, the contractor must pay all costs of these tests. When tests are not specifically called for in the specifications but are required by the Postal Service, the Postal Service will pay all costs of the tests and related engineering services unless the tests indicate that the workmanship or materials used by the contractor are not in conformance with drawings, specifications, approved shop drawings, or the approved materials. In this event, the contractor must pay for the tests, remove all work and material failing to conform, and replace with work and materials in full conformity. All tests pertaining to physical or chemical properties of materials must be made in a laboratory approved by the contracting officer.

**C.9 WORKING HOURS (CONSTRUCTION) (Clause FB-202) (June 1988)**

a. It is contemplated that all work will be performed during the customary working hours of the trades involved unless otherwise specified in this contract. Work performed by the contractor at its own volition outside such customary working hours shall be at no additional expense to the Postal Service.

b. The contractor must refer to the contracting officer any requests from occupants of buildings included in the contractor's work area to change the hours of work.

**C.10 OPTIONAL MATERIALS OR METHODS (CONSTRUCTION) (Clause FB-244) (June 1988)**

Where the technical provisions permit the Contractor to select optional materials, items, systems or equipment, the selection of such options is subject to the following conditions:

a. Once an option has been selected and approved, it must be used for the entire contract.

b. The contractor must coordinate its selection with the drawings and specifications and make all necessary adjustments without additional cost to the Postal Service.

**C.11 INDEFINITE-QUANTITY CONTRACT (CONSTRUCTION) (Clause FB-249) (June 1988)**

a. This indefinite-quantity contract will include all services described in Section B, Specifications or Statement of Work, ordered during the 24-month period beginning on the day following the date on which the contract is signed by the latter of the parties to sign it.

b. The price per unit of each proposal item in this contract will include all materials, labor, and equipment required to perform the work described in the attached specification. The work will be done on work orders issued as required for various amounts and types of work covered by the specification. The work ordered under this contract will be performed in, on, or adjacent to Postal Service-owned or -leased facilities within the geographic area as specified elsewhere in this solicitation.

c. The contracting officer may designate a contracting officer's representative for this work.

**C.12 PROPOSALS (INDEFINITE-QUANTITY) (Clause FB-250) (June 1988)**

a. It is estimated that some of the work required under this contract will be performed during premium time (not regular working hours). For the purpose of this contract, regular working hours are between 8:00 a.m. and 5:00 p.m., Monday through Friday. Work ordered to be accomplished during premium time will be paid at a higher rate. The individual items of such work will be increased by 25 percent when listed on the work order. Those items will be identified as premium time prices" by an increased unit price and noted in the scope of work to the work order form.

b. The contract amount for each work order will be the total of each unit price included in that order, times the quantity required, times the multiplier entered on the proposal. This amount includes all profit, overhead, bonds, insurance, and other contingencies and no allowance for such items will be made after contract award.

c. Any change in the applicable minimum hourly rates of wages as determined by the Secretary of Labor pursuant to the Davis-Bacon Act during the contract period will not affect the unit price to be paid by the Postal Service for work performed under the contract

d. Proposals may include all items as listed on the price schedule. Deletion of or changes to the unit prices or items of work shown on the price schedule will be cause for rejection of the proposal.

## C.13 WORK ORDERS (INDEFINITE-QUANTITY) (Clause FB-251) (June 1988)

a. No work will be performed until a written work order has been signed by the contractor and the contracting officer and written Notice to Proceed with the work under the work order has been issued by the contracting officer and received by the contractor. Any work performed by the contractor under a work order before receipt of the written Notice to Proceed for that work order will be at the contractor's own risk.

b. Each work order will describe the extent of work to be removed and the extent and type of new work to be installed. Descriptions may be written, by sketch or by drawing. Each work order will give the location where work is to be performed, state whether work may be performed during regular working hours, and describe the requirements for submittals. Submittals may include certificates, shop drawings, manufacturer's literature, data, test reports, and/or other documents that provide required information on the material or equipment.

c. Each work order will be limited to work at a single facility.

d. The date for beginning work under a work order may not be less than three calendar days nor more than ten calendar days from the date of receipt the contractor of the Notice to Proceed. Upon beginning work, the contractor will proceed diligently toward contract completion. Any delay in the work beyond the contractor's control, may be reported to the contracting officer or a designated representative, immediately,

e. Each work order will be considered separately for all items in the contract, such as scope of work and time for completion.

f. Schedule will be negotiated for each work order before the work order is issued, provided, however, that the cost of work not covered by the price schedule may not exceed 25 percent of the total amount of any work order.

g. The maximum amount of any one work order is $250,000.

h. No work may be ordered for a new building construction except for site preparation and/or foundation work for a preengineered building purchased directly from the manufacturer

## C.14 TIME FOR COMPLETION (INDEFINITE-QUANTITY) (Clause FB-252) (June 1988)

a. The time for completion of the work required by each work order will be stated on each work order before the work order is issued.

b. The contractor may be required to work during premium time, as well as during regular working hours for work orders requiring urgent completion. Unit prices will be applied accordingly.

c. The contractor is required to perform all work under a work order for which a Notice to Proceed has been issued and received before the expiration date of the contract. If the Notice to Proceed under a work order is not received by the contractor before the expiration date of the contract, the work order will be considered terminated for the convenience of the Postal Service.

**C.15 SCHEDULING WORK (INDEFINITE-QUANTITY) (Clause FB-253) (June 1988)**

a. Before any work is started, the contractor must confer with the contracting officer's representatives and agree on a sequence of procedures: means of access to premises and building, delivery of materials, and use of approaches; use of corridors, stairways, elevators, and similar means of communications; and the location of partitions, eating spaces for contractor's employees, and the like.

b. Mail docks will not be made available for loading, unloading, storage, or fabrication of material except during hours specifically approved by the Postmaster.

c. Contractor's employees must not park vehicles in customer parking areas. Contractor's employees may park vehicles in Postal parking areas only if spaces are available and only with prior approval of the Station Manager/Postmaster.

## SECTION D - PACKAGING AND MARKING

**D.1 IDENTIFICATION OF CONTRACT DELIVERABLES (Clause OB-19) (June 1988)**

Unless otherwise specified, the cover page of each document prepared and submitted by the contractor to the Postal Service under this contract must include the following information:

a. Name and business address of the contractor.

b. Contract number.

c. Name, position, and office location of the Postal Service's contracting officer's representative.

d. Date of report.

## SECTION E - INSPECTION AND ACCEPTANCE

### E.1 INSPECTION AND ACCEPTANCE--CONSTRUCTION (Clause 11-11) (October 1987)

a. Postal Service inspection of material and workmanship will be made at reasonable times at the site or off-site as the contracting officer may direct.

b. If the contractor does not promptly replace rejected material or correct rejected workmanship, the Postal Service may, by contract or otherwise, replace or correct it and charge the cost to the contractor.

c. The contractor must furnish (without charge) all facilities, labor, and materials needed to conduct inspections and tests as required by the contracting officer. The contractor will be charged any additional costs of inspection if material and workmanship are not ready at the time specified by the contractor for inspection.

d. The Postal Service may examine completed work by removing or tearing it out. The contractor must replace or correct any work found not to conform to contract requirements. If work is torn out and found to comply with contract requirements, the contracting officer must make an equitable adjustment for the services provided for the inspection and replacement of the work.

e. The Postal Service will inspect the work as soon as practicable after completion. Acceptance by an authorized Postal Service representative is conclusive except in the case of latent defects, fraud, gross mistakes amounting to fraud, or Postal Service rights under any warranty or guarantee.

### E.2 CONTRACTING OFFICER'S REPRESENTATIVE (Clause OB-21) Alternate IV (May 1994)

a. A contracting officer's representative (COR) will be appointed by the contracting officer. The name, address, telephone number, and specific responsibilities and limitations of the COR will be provided to the contractor in writing by the contract start date.. The COR may be changed at any time by the Postal Service without prior notice to the design/build entity. Notification of the change of the COR, including the name and address of the successor COR, will be promptly provided in writing to the contractor by the contracting officer.

**b. The Postal Service reserves the right to use Construction Management Support Services Contractor (CMSSC) personnel, and/or other qualified personnel under contract to the Postal Service, to perform the duties as the COR.**

**E.3 INSPECTIONS, CONTRACT COMPLETION, AND CLEANING UP (INDEFINITE-QUANTITY) (Clause FB-261) (June 1988)**

Notification of completion and request for inspection of work will be required for each work order. See the Inspection and Acceptance (Construction) clause of this contract.