## SECTION K - SOLICITATION NOTICES AND PROVISIONS

### K.1 PREPARATION OF PROPOSALS (Provision A-1) Alternate II (March 1989)

a. Each offeror must furnish the information required by the solicitation. The offeror must sign the proposal and print or type its name on the proposal and each continuation sheet on which it makes an entry. Erasures or other changes must be initialed by the person signing the proposal.

b. In case of discrepancy between a unit price/cost and an extended price/cost, the unit price/cost will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

c. Proposals for services other than those specified will not be considered unless authorized by the solicitation.

d. Time, if stated as a number of days, will include Saturdays, Sundays, and Federal holidays.

e. If the proposal exceeds $100,000, the offeror must include a copy its current financial statements (most recent balance sheet and profit and loss statement, updated) or, alternatively, be prepared to submit such data immediately upon request. Submitted data must be certified by a company officer as to accuracy and veracity.

### K.2 SUBMISSION OF PROPOSALS (Provision A-2) (October 1987)

a. Proposals and proposal modifications must be submitted in sealed envelopes or packages:

1. Addressed to the office specified in the solicitation; and

2. Showing the time specified for receipt, the solicitation number, and the name and address of the offeror.

b. Telegraphic proposals will not be considered unless authorized by the solicitation. However, proposals may be modified by telegraphic notice (including Mailgram) if that notice is received by the time specified for receipt of proposals.

### K.3 MODIFICATION OR WITHDRAWAL OF PROPOSALS (Provision A-3) (October 1987)

a. Proposals may be modified by written notice or telegram (including Mailgram) received before the time specified for receipt of proposals.

- 242 -

b. Proposals may be withdrawn by written notice or telegram (including Mailgram) received at any time before award. Proposals may be withdrawn in person by an officer

or an authorized representative, if the representative's identity is made known and the representative signs a receipt for the proposal before award.

**K.4 LATE SUBMISSIONS AND MODIFICATIONS OF PROPOSALS (Provision A-4) (October 1987)**

Any proposal or modification of a proposal received at the office designated in the solicitation after the exact time specified for receipt will not be considered unless it is received before award is made and:

a. It is the only proposal received; or

b. Consideration of the proposal is determined by the contracting officer to be in the Postal Service's interest.

**K.5 ACKNOWLEDGMENT OF SOLICITATION AMENDMENTS (Provision A-5) (October 1987)**

a. Offerors must acknowledge receipt of any amendment to this solicitation:

1. By signing and returning the amendment;

2. By identifying the amendment number and date in the space provided for this purpose on the solicitation form;or

3. By letter or telegram.

b. Acknowledgments of amendments are subject to the Late Submissions and Modifications of Proposals provision of the solicitation. Proposals lacking acknowledgment of an amendment affecting price, quantity, quality, or delivery may be disregarded.

**K.6 EXPLANATION TO PROSPECTIVE OFFERORS (Provision A-6) (October 1987)**

Any prospective offeror desiring an explanation or interpretation of the solicitation, drawing, or specifications must request it in writing soon enough to allow a reply to reach all prospective offerors before the submission of their proposals. Oral explanations or instructions will not be binding. Any information given to a prospective offeror concerning a solicitation will be furnished promptly to all other prospective offerors as an amendment of the solicitation, if that information is necessary in submitting offers or if the lack of it would be prejudicial to any other prospective offerors.

**K.7 RESTRICTION ON DISCLOSURE AND USE OF DATA (Provision A-7) (June 1988)**

Offerors that include in their proposals data they do not want used or disclosed by the Postal Service for any purpose other than proposal evaluation may take the following steps:

a. Mark the title page with the following legend:

"This proposal contains data that may not be duplicated, used, or disclosed outside the Postal Service and may not be duplicated, in whole or in part, for any purpose other than to evaluate this proposal.If, however, a contract is awarded to this offeror as a result of, or in connection with, the submission of such data, the Postal Service will have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Postal Service's right to use the information contained in the data if it is obtained from another source without restriction. The data subject to this restriction are contained sheets [Offeror insert numbers or other identification of sheets]."

b. Mark each sheet of data they wish to restrict with the following legend:

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

**K.8 AWARD WITHOUT DISCUSSIONS (Provision A-9) (October 1987)**

The Postal Service may award a contract on the basis of initial proposals received, without discussions. Therefore, each initial proposal should contain the offeror's best terms from a cost or price and technical standpoint.

**K.9 LABOR INFORMATION (Provision A-13) (October 1987)**

General information regarding the requirements of the Walsh-Healey Public Contracts Act (41 U.S.C. 35-45), the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333), and the Service Contract Act of 1965 (41 U.S.C. 351 et seq.) may be obtained from the Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210-0999, or from any regional office of that agency.

**K.10 FAILURE TO SUBMIT PROPOSAL (Provision A-14) (October 1987)**

Recipients of this solicitation not responding with a proposal need not return this solicitation, unless it specifies otherwise. Instead, they should advise the issuing office by letter or postcard whether they want to receive future solicitations for similar requirements. If a recipient does not submit a proposal and does not notify the issuing office that future solicitations are desired, the recipient's name may be removed from the applicable mailing list. Failure to submit a proposal in response to five consecutive solicitations for the same or similar requirements may result in removal from the mailing list, notwithstanding any written request for

receipt of future solicitations. A new solicitation mailing list application must be filed to obtain reinstatement.

## K.11 PROTESTS (Provision A-15) (October 1987)

Protests will be considered only if submitted in accordance with the time limits and procedures provided in Chapter 4 of the USPS Procurement Manual. A copy of the protest procedures may be obtained from the office issuing the solicitation.

## K.12 BRAND NAME OR EQUAL (Provision 2-4) (February 1992)

a. One or more items called for by this solicitation have been identified in the Schedule by a brand-name-or-equal product description. Proposals offering equal products will be considered for award if these products are clearly identified and are determined by the Postal Service to contain all of the essential characteristic of the brand-name products referenced in the solicitation.

b. Unless the offeror clearly indicates in the proposal that the proposal is for an equal product, the proposal will be considered as offering a brand-name product referenced in the solicitation.

c. If the offeror proposes to furnish an equal product, the brand name and model or catalog number, if any, of the product to be furnished must be inserted in the space provided in the solicitation. The evaluation of proposals and the determination as to equality of the product offered will be based on information furnished by the offeror or identified in the proposal, as well as other information reasonably available to the purchasing activity. The purchasing activity is not responsible for locating or obtaining any information not identified in the proposal and reasonably available to the purchasing activity. Accordingly, to ensure that sufficient information is available, the offeror must furnish as a part of the proposal

1. All descriptive material (such as cuts, illustrations, drawings, or other information) necessary for the purchasing activity to establish exactly what the offeror proposes to furnish and to determine whether the product offered meets the requirements of the solicitation; or

2. Specific references to information previously furnished or to information otherwise available to the purchasing activity to permit a determination as to equality of the product offered.

d. If the offeror proposes to modify a product so as to make it conform to the requirements of the solicitation, the offeror must

1. Include in the proposal a clear description of the proposed modifications; and

2. Clearly mark any descriptive material to show the proposed modifications.

**K.13 PERFORMANCE BOND REQUIREMENTS (Provision 7-2) (October 1987)**

a. Any offeror awarded a contract as a result of this solicitation will be required to submit a performance bond in a penal amount equal to 100 percent of the contract price, within the time specified by the contracting officer.

b. The bond must be executed on the Postal Service forms attached to this solicitation, and sureties must be acceptable to the Postal Service. Corporate sureties must appear on the list in Treasury Circular 570, and the amount of the bond may not exceed the underwriting limit stated for the surety on that list.

c. Failure to submit an acceptable bond may be cause for termination of the contract for default.

**K.14 PAYMENT BOND REQUIREMENTS (Provision 7-3) (October 1987)**

a. Any offeror awarded a contract as a result of this solicitation will be required to submit a payment bond in the penal amount set forth in the Schedule, within the time required by the contracting officer.

b. The bond must be executed on the Postal Service forms attached to this solicitation, and sureties must be acceptable to the Postal Service. Corporate sureties must appear on the list in Treasury Circular 570, and the-amount of the bond may not exceed the underwriting limit stated for the surety on that list.

c. Failure to submit an acceptable bond may be cause for termination of the contract for default.

**K.15 DEPOSIT OF ASSETS REQUIREMENTS (Provision 7-5) (October 1987)**

a. Except for payment bonds required for construction contracts, any offeror required to submit a surety bond as a result of this solicitation may instead deposit assets in a form acceptable to the Postal Service in an amount set forth in the Schedule.

b. When assets are deposited, the offeror must execute the Postal Service bond form made a part of this solicitation. Failure to deposit assets acceptable to the Postal Service may be cause for termination of the contract for default.

**K.16 PARTICIPATION OF SMALL, MINORITY-OWNED, AND WOMAN-OWNED BUSINESS (Provision 10-1) (February 1992)**

All offerors, except small business, must submit with their proposals the subcontracting plan required by the clause entitled Small, Minority-Owned, and Woman-Owned Business Subcontracting Requirements.

**K.17 NOTICE OF REQUIREMENTS FOR EQUAL OPPORTUNITY AFFIRMATIVE ACTION (Provision 10-6) (October 1987)**

a. The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause.

b. The goals for minority and female participation, expressed in percentage terms for the contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

Goals for minority participation for each trade See Attachment I.3

Goals for female participation for each trade *6.9%*

c. These goals apply to all the contractor's construction work performed in the covered area. If the contractor performs construction work in a geographical area located outside the covered area, the contractor must apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from the Office of Federal Contract Compliance Programs (OFCCP).

d. The contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 must be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the Affirmative Action Compliance Requirements for Construction clause, and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The contractor must make a good-faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from contractor to contractor, or from project to project, for the sole purpose of meeting the contractor's goals will be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

e. The contractor must provide written notification to the Director, OFCCP, within ten working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification must list the -

1. Name, address, telephone number, and employer identification number of the subcontractor;

2. Estimated dollar amount of the subcontract;

3. Estimated starting and completion dates of the subcontract; and

4. Geographical area in which the subcontract is to be performed.

f. As used in this notice, and in any contract resulting from this solicitation, the "covered area" is *(Contracting Officer insert description of the geographic area where the contract is to be performed, giving state, county, and city).*

**K.18 POSTAWARD ORIENTATION CONFERENCE (Provision OA-5) ALTERNATE I (March 1989)**

The Postal Service may require the successful offeror to attend a post-award conference. If required, it will be scheduled and held prior to the start of contract performance.

**K.19 NOTICE OF PREAWARD SURVEY (Provision OA-34) (June 1994/Interim)**

a. Offerors are advised that the Postal Service may contact prospective contractors, **and the contractor's references** to determine **the contractor's** capabilities to perform the work specified in this solicitation. In addition to **obtaining and evaluating performance references,** financial statements, and credit rating checks, the Postal Service may visit a prospective contractor's facilities to perform reviews or may ask for additional written information. **Offerors will be advised of specific areas of interest prior to any site visit.**

b. Offerors are also advised that accomplishment of this survey is a part of the evaluation process and is not an indication that an offeror will receive an award.

**K.20 ACCESS TO POSTAL BUILDING (Provision OA-12) (March 1989)**

If the location specified on this coversheet for the receipt of proposals is within a controlled access building and if it is intended to handcarry the proposal, prior arrangements for access should be made by contacting the individual specified on the cover sheet of this solicitation at least one work day prior to the date that access is required. If prior arrangements are not made, the offeror must allow at least 30 minutes to process through a security checkpoint. It is the offeror's responsibility to ensure that proposals are delivered by the due date and time specified in the solicitation.

## SECTION L - REPRESENTATIONS AND CERTIFICATIONS

### L.1 TYPE OF BUSINESS ORGANIZATION (Provision A-20) (December 1989)

The offeror, by checking the applicable blocks, represents that it:

a. Operates as [ _ ] a corporation incorporated under the laws of the State of ______, [_] an individual, [_] a partnership, [ _ ] a joint venture, [ _ ] a nonprofit organization, [ _ ] or an educational institution; and

b. Is a [ _ ] small business concern, [_] minority-owned business, [ _ ] woman-owned business, [_] labor surplus area concern, [ _ ] educational or other non-profit organization, or [ _ ] none of the above entities.

c. SMALL BUSINESS CONCERN. A small business concern for the purposes of Postal Service procurement means a business, including an affiliate, that is independently owned and operated, is not dominant in producing or performing the supplies or services being purchased, and has no more than 500 employees, unless a different size standard has been established by the Small Business Administration (see 13 CFR 121, particularly for different size standards for airline, railroad, and construction companies). For subcontracts of $50,000 or less, a subcontractor having no more than 500 employees qualifies as a small business without regard to other factors.

d. MINORITY-OWNED BUSINESS. A minority-owned business is a concern that is at least 51 percent owned by, and whose management and daily business operations are controlled by, one or more members of a socially and economically disadvantaged minority group, namely U.S. citizens who are Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans. (Native Americans are American Indians, Eskimos, Aleuts, and Native Hawaiians. Asian-Pacific Americans are U.S. citizens whose origins are Japanese, Chinese, Filipino, Vietnamese, Korean, Samoan, Laotian, Kampuchean, Taiwanese or in the U.S. Trust Territories of the Pacific Islands. Asian-Indian Americans are U.S. citizens whose origins are in the Indian subcontinent.)

e. WOMAN-OWNED BUSINESS. A woman-owned business is a concern at least 51 percent of which is owned by a woman (or women) who is a U.S. citizen, controls the firm by exercising the power to make policy decisions, and operates the business by being actively involved in day-to-day management.

f. LABOR SURPLUS AREA. A geographical area which at the time of award is either a section of concentrated unemployment or underemployment, a persistent labor surplus area, or a substantial labor surplus area, as defined in this paragraph.

1. Section of concentrated unemployment or underemployment means appropriate sections of States or labor areas so classified by the Secretary of Labor.

2. Persistent labor surplus area means an area which is classified by the Department of Labor as an area of substantial and persistent labor surplus (also called Area of Substantial and Persistent Unemployment) and is listed as such by that Department in conjunction with its publication, Area Trends in Employment and Unemployment.

3. Substantial labor surplus area means an area which is classified by the Department of Labor as an area of substantial labor surplus (also called Area of Substantial Unemployment) and which is listed as such by that Department in conjunction with its publication Area Trends in Employment and Unemployment.

g. LABOR SURPLUS AREA CONCERN. A firm which will perform or cause to be performed a substantial proportion of a contract in a labor surplus area.

h. EDUCATIONAL OR OTHER NON-PROFIT ORGANIZATION. Any corporation, foundation, trust, or other institution operated for scientific or educational purposes, not organized for profit, no part of the net earnings of which inures to the profits of any private shareholder or individual.

**L.2 PARENT COMPANY AND TAXPAYER IDENTIFICATION NUMBER (Provision A-21) (October 1987)**

a. A parent company is one that owns or controls the basic business policies of an offeror. To own means to own more than 50 percent of the voting rights in the offeror. To control means to be able to formulate, determine, or veto basic business policy decisions of the offeror. A parent company need not own the offeror to control it; it may exercise control through the use of dominant minority voting rights, proxy voting, contractual arrangements, or otherwise.

b. Enter the offeror's Taxpayer Identification Number (TIN) in the space provided. The TIN is the offeror's Social Security Number or other Employee Identification Number used on the offeror's Quarterly Federal Tax Return, U.S. Treasury Form 941.

Offeror's TIN: ____________________________

c. [ ] Check this block if the offeror is owned or controlled by a parent company.

d. If the block above is checked, provide the following information about the parent company:

Parent Company's Name:

Parent Company's Main Office Address:

No. and Street:

City: State: Zip Code:

Parent Company's TIN:

e. If the offeror is a member of an affiliated group that files its federal income tax return on a consolidated basis (whether or not the offeror is owned or controlled by a parent company, as provided above) provide the name and TIN of the common parent of the affiliated group:

Name of Common Parent:

Common Parent's TIN:

**L.3 AUTHORIZED NEGOTIATORS (Provision A-22) (October 1987)**

The offeror represents that the following persons are authorized to negotiate on its behalf with the Postal Service in connection with this solicitation [Offeror list names, titles, and *telephone numbers of the authorized negotiators*].

____________________________________________

____________________________________________

____________________________________________

**L.4 PLACE OF PERFORMANCE (Provision A-23) (October 1987)**

If the offeror intends, in the performance of any contract resulting from this solicitation, to use one or more facilities located at addresses different from the offeror's address as indicated in this proposal, the offeror must include in its proposal a statement referencing this provision and identifying those facilities by street address, city, county, state, and ZIP Code, and the name and address of the operator of these facilities if other than the offeror.

**L.5 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (Provision 1-1) (October 1987)**

a. By submitting this proposal, the offeror certifies, and in the case of a joint proposal each party to it certifies as to its own organization, that in connection with this solicitation-

1. The prices proposed have been arrived at independently, without consultation, communication, or agreement, for the purpose of restricting competition, as to any matter relating to the prices with any other offeror or with any competitor;

2. Unless otherwise required by law, the prices proposed have not been and will not be knowingly disclosed by the offeror before award of a contract, directly or indirectly to any other offeror or to any competitor; and

3. No attempt has been made or will be made by the offeror to induce any other person or firm to submit or not submit a proposal for the purpose of restricting competition.

b. Each person signing this proposal certifies that -

1. He or she is the person in the offeror's organization responsible for the decision as to the prices being offered herein and that he or she has not participated, and will not participate, in any action contrary to paragraph a above; or

2. *He or she is not the person in the offeror's organization responsible for the* decision as to the prices being offered but that he or she has been authorized in writing to act as agent for the persons responsible in certifying that they have not participated, and will not participate, in any action contrary to paragraph a above, and as their agent does hereby so certify; and he or she has not participated, and will not participate, in any action contrary to paragraph a above.

c. *Modification or deletion of any provision in this certificate may result in the disregarding of* the proposal as unacceptable. Any modification or deletion should be accompanied by a signed statement explaining the reasons and describing in detail any disclosure or communication.

**L.6 CONTINGENT FEE REPRESENTATION (Provision 1-2) (October 1987)**

a. The offeror must complete the following representations:

1. The offeror [ _ ] has [ ] has not employed or retained any company or person (other than a full-time bona fide employee working solely for the offeror) to solicit or secure this contract.

2. The offeror [_ ] has [ _ ] has not paid or agreed to pay any company or person (other than a full-time bona fide employee working solely for the offeror) any fee, commission, percentage, or brokerage fee, contingent upon or resulting from the award of this contract.

b. If either representation is in the affirmative, or upon request of the contracting officer, the offeror must furnish, in duplicate, a completed Form 7319, "Contractor's Statement of Contingent or Other Fees", and any other information requested by the contracting officer. If the offeror has previously furnished a completed Form 7319 to the office issuing this solicitation, it may accompany its proposal with a signed statement -

1. *Indicating when the completed form was previously furnished;*

2. Identifying the number of the previous solicitation or contract, if any,in connection with which the form was submitted; and

3. Representing that the statement on the form is applicable to this proposal.

**L.7 CERTIFICATION OF NONSEGREGATED FACILITIES (Provision 10-3) (October 1987)**

a. By submitting this proposal, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in this contract.

b. As used in this certification, "segregated facilities" means any waiting rooms, work areas, rest rooms or wash rooms, restaurants or other eating areas, time clocks, locker rooms or other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, or housing facilities provided for employees that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin, because of habit, local custom, or otherwise.

c. The offeror further agrees that (unless it has obtained identical certifications from proposed subcontractors for specific time periods) it will obtain identical certifications from proposed subcontractors before awarding subcontracts exceeding $10,000 that are not exempt from the provisions of the Equal Opportunity clause; that it will retain these certifications in its files; and that it will forward the following notice to these proposed subcontractors (except when they have submitted identical certifications for specific time periods):

NOTICE

A certification of nonsegregated facilities must be submitted before the award of a subcontract exceeding $10,000 that is not exempt from the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (quarterly, semiannually, or annually).

**L.8 EQUAL OPPORTUNITY AFFIRMATIVE ACTION PROGRAM (Provision 10-4) (April 1989)**

The offeror, by checking the applicable block or blocks, represents that it (1) [ _ ] has developed and has on file, [ _ ] has not developed and does not have on file, at each establishment, affirmative action programs as required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2) and [ _ ] has, [ _ ] has not filed the required reports with the Joint Reporting Committee, or (2) [_] has not previously had contracts subject to the written affirmative action program requirement of the rules and regulations of the Secretary of Labor.

**L.9 BUY AMERICAN CERTIFICATE--CONSTRUCTION MATERIALS (Provision 10-8) (October 1987)**

The offeror certifies that only domestic construction materials (as defined in the Preference for Domestic Construction Materials clause) will be used in the performance of this contract, except for foreign construction materials listed below:

| Material | Quality | Estimated Cost |
| --- | --- | --- |
| ________________ | ________________ | ________________ |
| ________________ | ________________ | ________________ |
| ________________ | ________________ | ________________ |

**L.10 CLEAN AIR AND WATER CERTIFICATION (Provision 10-9) (October 1987)**

a. This certification applies only if (1) the offer exceeds $100,000, (2) the offer is for an indefinite-quantity and indicates that orders for estimating quantities will exceed $100,000 in any year, (3) a facility to be used is listed on the EPA List of Violating Facilities because of a criminal conviction, or (4) the contract is not otherwise exempt.

b. The offeror (1) certifies, by checking the applicable box, that any facility to be utilized in the performance of the proposed contract [_] is, [_] is not, listed on the Environmental Protection Agency List of Violating Facilities as of the date of this proposal, and (2) agrees to notify the contracting officer promptly if any communication is received from the Environmental Protection Agency before contract award indicating that any such facility is under consideration for inclusion on the List.

## SECTION M - EVALUATION AND AWARD FACTORS

### M.1 CONTRACT AWARD (Provision A-8) (February 1992)

a. The Postal Service will award a contract resulting from this solicitation to the responsible offeror whose proposal conforming to the solicitation will be most advantageous to the Postal Service, cost or price and other factors specified elsewhere in this solicitation considered.

b. The Postal Service may reject any or all proposals, and may waive informalities and minor irregularities in proposals received.

c. The Postal Service may accept any item or group of items of a proposal, unless the offeror qualifies the proposal by specific limitations. Unless otherwise provided in the solicitation, proposals may be submitted for quantities less than those specified. The Postal Service reserves the right to make an award for any item for a quantity less than the quantity contained in a proposal, at the unit cost or prices proposed, unless the offeror specifies otherwise in its proposal.

d. A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the proposal will result in a binding contract without further action by either party. Before the proposal's specified expiration time, the Postal Service may accept a proposal (or part of a proposal as provided in paragraph c above), whether or not there are discussions or negotiations after its receipt, unless a written notice of withdrawal is received before award. Discussions or negotiations conducted after receipt of a proposal do not constitute a rejection or counteroffer by the Postal Service.

e. Neither financial data submitted with a proposal, nor representations concerning facilities or financing will form a part of the resulting contract. However, if the resulting contract contains a clause providing for price reduction for defective cost or pricing data, the contract price will be subject to reduction if cost or pricing data furnished are incomplete, inaccurate, or not current.

### M.2 EVALUATION OF PROPOSALS FOR MULTIPLE AWARDS (Provision A-16) (July 1995)

In addition to other factors, proposals will be evaluated on the basis of advantages and disadvantages to the Postal Service that might result from making more than one award (multiple awards). It is assumed, for the purpose of evaluating proposals, that $500 is the administrative cost to the Postal Service for issuing and administrating each contract awarded under this solicitation, and individual awards will be for the items or combinations of items that result in the lowest aggregate cost to the Postal Service, including the assumed administrative costs.

**M.3 CONTRACT AWARD AND PROPOSAL EVALUATION (Construction) (Provision OA-16) (June 1988)**

a. Award will be made to the responsible offeror who submits the best combination of Technical Proposal, Business Proposal (cost/price), Business/Management Proposal (if applicable), and other factors considered. The primary areas to be used in determining which proposal is most advantageous to the Postal Service are listed below in descending order of importance: **(Refer to Attachment I.4 for information relating to the submission of qualification information.)**

1. <u>Postal Experience:</u>

   Provide a list of projects that you have performed. Include the following nformation for all projects:

   -Project location and type
   -Total dollar value of contract
   -Name andphone number of U. S. Postal Service Contracting Officer
   -Status of Project - (percent completion)

2. <u>General Experience:</u>

   Not less than three (3) years continuous experience as a contractor of similar work.

3. <u>Current Workload and Capacity</u>

   Include, but do not limit to, number of work force, support and/or administrative, company owner equipment, tools, etc. Describe existing and pending workload.

b. Cost/Price will be considered in the award decision, although the award may not necessarily be made to that offeror submitting the lowest cost.

c. Subcontracting plans, if required, will be reviewed for acceptability in the types and amounts of subcontracts to small and small disadvantaged business concerns, if this solicitation results in a contract for more than $1 million ($500,000 for construction), the otherwise successful offeror must have an acceptable Small Business and Small Disadvantaged Business Subcontracting Plan to receive award of the contract (Small Businesses are exempt from this requirement).

# USPS POLICY

# USPS Procurement Manual (Publication 41)

## Effective July 12, 1995

2. If numerous multiple awards are made, the notice may state where award details may be reviewed.

4.2.5.j *Debriefing*

1. Unsuccessful offerors, upon their written request, must be debriefed and told the basis for selection decision and contract award. Prompt and forthright debriefings tend to reduce protests.
2. The contracting officer or a designated representative must conduct the debriefing, with the assistance and participation of technical and legal personnel, as appropriate.
3. Debriefing information must include the Postal Service's evaluation of the significant weak or deficient factors in the proposal, but point-by-point comparisons with other offerors' proposals must not be made. The identity and relative ranking of the offerors, the overall evaluation scores if proposals were scored, and the prices proposed may be disclosed if requested.
4. Information must not be disclosed to any offeror as to another offeror's:
   (a) Trade secrets;
   (b) Privileged or confidential manufacturing processes and techniques;
   (c) Business and financial information that is privileged or confidential, including cost breakdowns, profit, indirect cost rates, and similar information; or
   (d) Unique or innovative concepts contained in a proposal.
5. The contracting officer must include a summary of the debriefing in the solicitation file.

4.2.5.k *Synopsis.* Contract awards involving significant subcontracting opportunities must be synopsized in the *Commerce Business Daily* in accordance with 3.2.2.

# SECTION 3 SIMPLIFIED PURCHASING

## 4.3.1 General

4.3.1.a *Applicability.* The simplified purchasing procedures established in this section are for use in making fixed-price purchases up to the ceiling amount in paragraph b below, except:

1. Orders under indefinite-delivery contracts (see 5.1.5);
2. Orders under Postal Supply Schedules (see 3.1.4) or from other government sources (see 3.1.5);
3. Purchases from workshops for people who are blind or severely disabled (see 3.1.3);
4. Purchases from Federal Prison Industries, Inc. (see 3.1.5.a);
5. Procurement of mail transportation (see chapter 12); and
6. Purchases for which specific procedures are prescribed elsewhere in this manual.

4.3.1.b *Ceiling.* The general ceiling for simplified purchasing procedures is $100,000. If the dollar value of a prospective contract for standard commercial products or services is within a contracting officer's delegated contracting authority, he or she may decide to use simplified procedures for that particular contract when circumstances of competition and price reasonableness justify a higher ceiling. However, if the dollar value of the prospective contract equals or exceeds $1 million, simplified purchasing procedures may not be used. The suitability of a purchase for simplified procedures should be determined in the planning phase. Any special terms or clauses needed to protect the Postal Service or required by law or regulation must be added to the contractual document.

4.3.1.c *Limitations.* The ceilings are based on the requisition estimate, which must include all requirements that would properly be grouped together in a single solicitation. Requirements aggregating more than the ceiling may not be split or broken down into several purchasing procedures.

4.3.1.d *Competition*

1. The competitive threshold is ten percent of the simplified purchasing ceiling.
2. Competition must be sought to the extent practicable for purchases above the competitive threshold. Proposals or quotations must be solicited from a sufficient number of qualified sources (normally at least three) to ensure that the price is fair and reasonable. Adequate competition for simplified purchases can normally be obtained without soliciting outside the local trade area of the purchasing office or receiving activity. If sources outside the local trade area are solicited, source lists must be maintained in accordance with A.3.
3. Solicitations may be limited to one source if the contracting officer determines that only one source is available, subject to the requirements of section 4.4.
4. For purchases under the competitive threshold, competition is not required if the contracting officer determines that prices received are reasonable. Where practicable, noncompetitive purchases must be distributed equitably among qualified suppliers, and a quotation must be obtained from other than the previous supplier before placing a repeat order.

4.3.1.e *Basis for Award*

1. *Policy.* Simplified purchases are awarded to the proposer or quoter who offers the best value to the Postal Service. Depending on the product or service being purchased and the needs of the requiring organization, best value is obtained by basing the award on price or a combination of price with price-related factors, other evaluation factors, or both.
2. *Price-based awards.* Awards based solely on price are made to the responsible proposer or quoter who submits the lowest price. This method is normally used for standard commercial products or services of acceptable quality for which there is adequate competition (see also 4.3.2.c).
3. *Awards based on price and price-related factors.* Awards based on price and price-related factors are made to the responsible proposer or quoter whose submitted price, after taking into account stated price-related factors such as transportation charges (if appropriate), administrative costs associated with multiple awards, life cycle utility costs, etc., yields the lowest evaluated price. This basis may be only used when the price-related factors can be identified and quantified (assigned a cost) for the product or service being purchased.
4. *Awards based on price and other evaluation factors*

(a) *General.* Awards based on price and other evaluation factors are made to the responsible proposer or quoter who submits the most advantageous proposal or quotation taking into account price and other stated evaluation factors which are of value or concern to the requiring organization, such as quality, experience, delivery schedule, maintainability, ease of operation, size, weight, etc. Award is determined by comparing differences in the evaluation of the other factors with differences in price to the Postal Service. This method should be used when price, or price and price-related factors, may not provide the best overall value to the Postal Service. Simplified procedures should not normally be used when the other evaluation factors are highly complex and will require lengthy or detailed submissions by the proposers or quoters. In such situations, standard purchasing procedures should be used (see 4.2).

(b) *Evaluation strategy.* The use of other evaluation factors in simplified purchasing requires the development of an evaluation strategy. The evaluation strategy should be developed by the requirements organization or the procurement specialist, in close coordination with the requirements organization, and must be approved by the contracting officer prior to solicitation. The evaluation strategy must identify (1) the need to use other evaluation factors, (2) the evaluation factors to be used and their order of importance, (3) the relative overall importance of the other evaluation factors to price (i.e., greater than, equal to, less than), and (4) the individual or individuals who will perform the evaluation.

5. *Awards based on price, price-related, and other evaluation factors*

(a) *General.* An award based on price, price-related, and other evaluation factors will be made on the basis of the most advantageous proposal or quotation, taking price-related factors into account in evaluating relative price, and taking other factors into account in relation to price in accordance with the pre-established evaluation strategy (see 4.3.1.e.4.(b)).

(b) *Evaluation strategy.* An award based on this combination of factors requires an evaluation strategy (see 4.3.1.e.4.(b)).

4.3.1.f *Prequalification.* The contracting officer may restrict competition to approved sources or prequalified contractors (see 3.1.6) when necessary to ensure that quality requirements will be met.

## 4.3.2 Solicitations

4.3.2.a *General.* Solicitation of proposals or quotations may be done in writing or orally, at the discretion of the contracting officer.

4.3.2.b *Solicitations*

1. *Written Solicitations.* Because written solicitations provide a clearer understanding of the requirement, they should be used whenever practicable.

2. *Oral Solicitations*

(a) *General.* An oral solicitation may be used when a written solicitation would be impracticable, as when processing a written solicitation would

- 261 -

be documented to show the reason for any amendment. As to amendments affecting Technical Data Packages (TDPs) see 2.3.3.

## 4.3.3 Receipt and Evaluation of Proposals and Quotations

4.3.3.a *Receipt*

1. *Recording.* Written and oral proposals or quotations must be clearly recorded in a format permitting ready comparison of prices and other details. The record must be placed in the purchase file.
2. *Late Proposals and Quotations.* Late proposals and quotations in response to written or oral solicitations may be considered when an award has not yet been made, if the contracting officer determines that doing so is in the Postal Service's interest.

4.3.3.b *Evaluation.* Evaluation must be made on the basis of best value to the Postal Service, taking into account price or a combination of price with price-related factors, or other evaluation factors, or both. Regardless of the basis of award, a price reasonableness determination must be made in accordance with section 5.3.

1. *Price-based.* Award will be made to the responsible proposer or quoter who submits the lowest price.
2. *Price-related factors.* Award will be made to the responsible proposer or quoter whose submitted price is lowest after the contracting officer's application of the stated price-related factors.
3. *Other evaluation factors.* Award will be made to the responsible proposer or quoter who submits the combination of price and other evaluation factors offering the best overall value to the Postal Service. This will be determined by comparing differences in the evaluation of other factors with differences in price to the Postal Service. The contracting officer must make the contractor selection decision and is responsible for trade-off judgments involving price and other evaluation factors. Contractor selection must be made in accordance with the evaluation strategy (i.e., price and other evaluation factors) and must be clearly noted in the purchase file.
4. *Price-related and other evaluation factors.* Award will be made to the responsible proposer or quoter who submits the combination of price, price-related, and other evaluation factors offering the best value to the Postal Service. Price-related factors will be taken into account in the evaluation of price, and other factors will be taken into account in relationship to price, as set out in paragraphs 2 and 3 above.

4.3.3.c *Equal Proposals or Quotations.* When two or more offerors meeting the requirements of the solicitation are evaluated as equally low, the contracting officer must select between them on the basis of performance record, experience, or other factors in the Postal Service's interest. Award may be determined by drawing lots only if there is no other basis for selection.

4.3.3.d *Negotiation.* The contracting officer may negotiate with offerors when necessary to ensure that prices are reasonable or to ensure that Postal Service requirements will be met.

4.3.3.e *Contractor Responsibility.* General standards of responsibility (see 3.3.1) apply, but the extent of review may be limited to readily available information. The

3. *Completion or Level-of-Effort Form.* A cost-plus-fixed-fee contract must be in one of two basic forms — the completion form or the level-of-effort form.
   (a) *Completion Form.* The completion form describes the scope of work by stating a definite goal or target and specifying an end product. This form of contract normally requires the contractor to complete and deliver the specified end product within the estimated cost, if possible, as a condition for payment of the entire fixed fee. If the work cannot be completed within the estimated cost, the Postal Service may require more effort without increase in fee, but the estimated cost must be increased.
   (b) *Level-of-Effort Form.* The level-of-effort form describes the scope of work in general terms and obligates the contractor to devote a specified level of effort for a stated time period. Under this form, if performance is satisfactory, the fixed fee is payable at the expiration of the agreed upon period, upon contractor certification that the level of effort specified in the contract has been expended in performing the contract work. Renewal for further periods of performance requires new cost and fee arrangements, and is treated as a new purchase.
   (c) *Preference.* Because of the greater obligation assumed by the contractor, the completion form is preferred over the level-of-effort form whenever the work can be defined well enough to permit a reasonable cost estimate within which the contractor can be expected to complete the work.

5.1.4.g *Clauses*

1. All cost-reimbursement contracts must include the following clauses:
   (a) Clause 5-4, *Allowable Cost and Payment.*
   (b) Either Clause 5-5, *Limitation of Cost*, (if the contract is fully funded) or Clause 5-6, *Limitation of Funds*, (if the contract is incrementally funded).
2. Cost contracts must include Clause 5-7, *Cost Contract — No Fee.*
3. Cost-sharing contracts must include Clause 5-8, *Cost-Sharing Contract — No Fee.*
4. Cost-plus-incentive-fee contracts must include Clause 5-9, *Incentive Fee.*
5. Cost-plus-fixed-fee contracts must include Clause 5-10, *Fixed Fee.*

## 5.1.5 Indefinite-Delivery Contracts

5.1.5.a *General.* An indefinite-delivery contract may be used when it is known or anticipated that there will be requirements for supplies or services over a period of time, but quantities, times, or places of deliveries are not known at the time of contract award. The contracts establish firm fixed prices, with orders to be placed directly by using activities or by specified purchasing offices with deliveries made directly to using activities.

5.1.5.b *Ordering.* The period for placing orders and the activities authorized to place orders must be identified in the contract Schedule. Ordinarily, orders should be placed in writing or by written communication; when necessary, oral orders may be made if they are promptly confirmed in writing. Orders must contain:

1. Date of order, contract number, and order number;
2. Item number and description, and unit price;

3. Place and date of delivery or performance;
4. Packaging, packing, and shipping instructions, if any;
5. Accounting and fiscal data; and
6. Any other pertinent information.

5.1.5.c *Definite-Quantity Contract.* A definite-quantity contract provides for a definite quantity of specific supplies or services during the contract period, with deliveries to designated locations when ordered.

5.1.5.d *Indefinite-Quantity Contract.* An indefinite-quantity contract provides for an indefinite quantity of specific supplies or services, within stated minimum and maximum limits, to be delivered during the contract period to designated locations when ordered. It is for use when precise requirements for supplies or services during the contract period, above known minimum requirements, cannot be determined before contract award.

1. The contract must require the Postal Service to order, and the contractor to deliver, at least a stated minimum quantity of supplies or services as ordered during the contract period, and requires the contractor to deliver any additional quantities ordered, not to exceed a stated maximum.
2. The minimum quantity must not exceed known requirements, and the maximum quantity must be realistic. The contract may specify minimum or maximum quantities for individual delivery orders, and a maximum that may be ordered during a specified time.

5.1.5.e *Requirements Contract.* A requirements contract provides for filling all actual purchase requirements of designated activities for specific supplies and services to be delivered as ordered during the contract period. It is for use when recurring requirements are anticipated during the contract period, but precise quantities that designated activities will need cannot be determined before contract award. It may also be used to obtain supplies and services that may be required in excess of the quantities that the activities themselves can furnish within their own capabilities.

1. The solicitation and contract must state an estimated total quantity, and, if feasible, the maximum limit of the contractor's obligation to deliver and the Postal Service's obligation to order. The total quantity estimate must be as realistic as possible, based on records of previous requirements and current information. The contract may specify minimum or maximum quantities for individual delivery orders, and a maximum that may be ordered during a specified time.
2. When a requirements contract is for repair, modification, or overhaul of items of Postal Service property, the solicitation must state that failure of the Postal Service to furnish such items in the amounts described as "estimated" or "maximum" will not entitle the contractor to any price adjustment under the *Postal Service Property* clause of the contract.

5.1.5.f *Clauses*

1. All indefinite-delivery contracts must include the following clauses:
   (a) Clause 5-11, *Ordering.*
   (b) Clause 5-12, *Delivery-Order Limitations.*
2. All definite-quantity contracts must include Clause 5-13, *Definite Quantity.*
3. All indefinite-quantity contracts must include Clause 5-14, *Indefinite-Quantity.*

- 264 -

# USPS Purchasing Manual
# (Issue 1)

# Effective January 31, 1997

(c) Business and financial information that is privileged or confidential, including cost breakdowns, profit, indirect cost rates, and similar information.

2. The contracting officer or a designated representative must conduct the debriefing, with the assistance and participation of the purchase team and assigned counsel, as appropriate.
3. The contracting officer must include a summary of the debriefing in the solicitation file.

# 4.3 Commercial Purchasing

## 4.3.1 Policy

Commercial purchasing is the competitive purchase of commercially available goods and services. It is Postal Service policy to buy commercially available goods and services whenever practicable.

## 4.3.2 Applicability

4.3.2.a *General.* Use the following policies and procedures when purchasing commercial products or services.

4.3.2.b *Definition.* Commercial products and services are:

1. Products customarily used by the general public and available in the commercial marketplace.
2. Products that have evolved from existing commercial products through advances in technology or performance, even if not yet available in the commercial marketplace, if the product will be available in the commercial marketplace in time to satisfy the Postal Service's delivery requirements.
3. Commercial products with minor modifications of a type customarily available in the commercial marketplace.
4. Installation, maintenance, repair and training services if purchased in support of a commercial product under terms and conditions available to the general public.
5. Other commercial services offered and sold competitively, in the commercial marketplace, based on established commercial prices for specific tasks performed under standard commercial terms and conditions. Facility repair and alteration, including painting (see 4.4) are such commercial services.
6. Mail transportation services of all modes (see 4.5) may be purchased as commercial services at the discretion of the contracting officer.

4.3.2.c *Considerations*

1. When using commercial purchasing procedures, purchase teams must:
   (a) Conduct market research to determine whether commercial items are available to meet the Postal Service's requirements (see 2.1.3).
   (b) Encourage suppliers and subcontractors to incorporate commercial items as components in items supplied to the Postal Service.
2. There may be instances where a product or services is available in the commercial market place but not capable of meeting a specific Postal Service requirement without substantial adaptation or customization. In these instances, the other purchasing methods described in this chapter may be used.

4.3.2.d *Dollar Limitations.* Contracting officers may use commercial purchasing methods up to the limit of their delegated contracting authority. Other types of dollar limitations, such as applicable labor provisions, bonding requirements, publicizing, etc., do apply.

4.3.2.e *Competition*

1. Competition must be sought to the extent appropriate for purchases above the competitive threshold (see 1.7.1.a). Proposals or quotations must be solicited from a sufficient number of qualified suppliers to ensure adequate competition.
2. Commercial purchase or prequalification opportunities valued at $1 million or more must be publicized in accordance with 3.5.3.
3. If suppliers have been prequalified, competition may be restricted solely to those suppliers (see 3.5.2.b.2).
4. Solicitations may be limited to one supplier if it is determined that only one source is available, subject to the requirements of 3.5.5.

4.3.2.f *Performance Evaluation Factors.*

1. *Supplier-Specific.* The supplier-specific performance evaluation factors of past performance and supplier capability (see 2.1.7.c) must always be evaluated when determining which suppliers of commercial items offer the best value to the Postal Service. Evaluations also must consider price.
2. *Proposal-Specific*
   (a) Purchase teams may use proposal-specific performance evaluation factors when purchasing commercial items. When technical information is necessary for evaluation of offers, purchase teams should, as part of market research, review existing product literature generally available in the industry. If such literature is adequate for purposes of evaluation, it may be requested in lieu of technical proposals.

(b) Offerors may be allowed to propose more than one product in response to a solicitation for commercial items. Each product must be evaluated as a separate offer.

3. *Price.* Price must be evaluated when purchasing commercial items.

4.3.2.g *Contract Types.* Generally, firm fixed price contracts or fixed-price with economic adjustment contracts are used when purchasing commercial items. Indefinite delivery contracts may be used when the prices are established based on a firm-fixed price or fixed price with economic price adjustment.

4.3.2.h *Quality Assurance.* Generally, purchases of commercial items rely on the supplier's existing quality assurance systems in lieu of Postal Service inspection and testing unless customary market practices include in-process inspection. Any in-process inspection by the Postal Service must be conducted in a manner consistent with commercial practices.

4.3.2.i *Pricing.* When purchasing commercial items the policies and procedures in Chapter 5 must be used to establish the reasonableness of price.

4.3.2.j *Contract Financing.* Customary market practices for some commercial items may call for the buyer to provide contract financing. For instance, suppliers may customarily require a deposit prior to the start of contract performance. In these instances, purchase teams may consider such financing (see 1.7.6).

4.3.2.k *Technical Data.* When purchasing commercial items, the Postal Service acquires only the technical data and rights in that data customarily provided to the public. It will be assumed that the data delivered under a contract for commercial items was developed exclusively at private expense. When a contract for commercial items requires the delivery of technical data, the contracting officer must include the appropriate provisions and clauses delineating the rights in technical data (see Chapter 8) as an addendum to Form 8203, *Order/Solicitation/Offer/Award* (see 4.3.5.b).

4.3.2.l *Computer Software*

1. Commercial computer software or commercial computer software documentation is acquired under license customarily provided to the public or to other Federal agencies to the extent such licenses are consistent with Federal law and otherwise satisfy the Postal Service needs. Generally, offerors and suppliers will not be required to:

    (a) Furnish technical information related to commercial computer software or commercial computer software documentation that is not customarily provided to the public;

    (b) Relinquish to, or otherwise provide the Postal Service, rights to use, modify, reproduce, release, perform, display, or disclose commercial computer software or commercial computer software documentation except as mutually agreed to by the parties.

2. With regard to commercial computer software and commercial computer software documentation, the Postal Service will have only those rights specified in the license contained in any addendum to Form 8203.

4.3.2.m *Other Customary Commercial Practices.* In the commercial marketplace, it is customary during a given transaction for the buyer and seller to offer each other differing terms and conditions. The terms and conditions prescribed in this part seek to balance the interests of both the buyer and the seller, and are generally appropriate for use in a wide range of purchases. However, market research may indicate other customary commercial practices that are appropriate for the purchase of the particular item. If the purchase team determines such practices are essential to the success of the purchase, and if such terms and conditions are not otherwise precluded by law or executive order, they may be incorporated into the solicitation and contract.

## 4.3.3 Solicitations

4.3.3.a *General.* Solicitations for proposals or quotations may be done in writing or orally.

1. *Written Solicitations.* Because written solicitations provide a clearer understanding of the requirement, they should be used whenever practicable. Purchasing teams are strongly encouraged to consider the use of oral presentations to reduce cycle times and improve understanding of proposals. Form 8203 is used as the request for proposal and subsequent contract.
2. *Oral Solicitations.* An oral solicitation may be used when a written solicitation would be impracticable, as when processing a written solicitation would cause a delay detrimental to the Postal Service, or a standing price quotation is being verified. In these cases, Form 8203 is used as a purchase order.

4.3.3.b *Standing Price Quotations.* When it is the practice for suppliers to furnish standing price quotations on supplies or services required on a recurring basis, this information may be used instead of issuing a written solicitation for each purchase. In such cases, the contracting officer must ensure that the price information is current and that the Postal Service obtains the benefit of the suppliers' trade discounts.

4.3.3.c *Publicizing.* See 3.5.3.

## 4.3.4 Receipt and Evaluation of Proposals and Quotations

4.3.4.a *Receipt*

1. *Recording.* Written and oral proposals or quotations must be clearly recorded in a format permitting ready comparison of prices and other details. The record must be placed in the purchase file.
2. *Late Proposals and Quotations.* Late proposals and quotations in response to written or oral solicitations may be considered when an award has not yet been made, if the purchase team determines that doing so is in the Postal Service's interest.

- 269 -

4.3.4.b *Evaluation*

1. Offers will be evaluated in accordance with the performance evaluation factors contained in the solicitation. For many commercial items the supplier-specific performance evaluation factors and price should be sufficient to determine which supplier is offering the best value to the Postal Service.

2. When the solicitation adequately describes the item's intended use, technical ability may be evaluated by how well the products meet the Postal Service requirements. Technical evaluation generally includes the examination of matters such as product literature, product samples (if requested), technical features and warranty provisions. Contracting officers must ensure that the instructions provided in Provision 4-1, *Instructions to Offerors — Commercial Items,* and the performance evaluation factors included in Provision 4-2, *Evaluation — Commercial Items,* are in agreement.

4.3.4.c *Discussions.* During the commercial purchasing process, discussions may be held as described in 4.2.5.c.

4.3.4.d *Price.* Before contract award, prices must be deemed fair and reasonable.

## 4.3.5 Contract Format and Contents

4.3.5.a *General*

1. Contracts for commercial items must, whenever practicable, include only those clauses:

   (a) Required to implement provisions of law or executive orders applicable to the purchase of commercial items; or

   (b) Determined to be consistent with customary commercial practices.

2. Notwithstanding prescriptions contained elsewhere in the PM, contracts for commercial items should contain only the provisions and clauses prescribed in this part. These provisions and clauses may be revised, as necessary, to reflect the applicability of statutes and executive orders. In addition, depending on the particular purchase and the contract type, other PM clauses and provisions may be added when appropriate (see 4.3.6.g).

4.3.5.b *Form 8203, Order/Solicitation/Offer/Award.* When issuing written solicitations, awarding contracts, and placing orders for commercial items, contracting officers must use Form 8203, *Order/Solicitation/Offer/Award.* The form contains the information necessary for orders, solicitations and contracts for commercial items.

## 4.3.6 Provisions and Clauses

4.3.6.a *General.* Form 8203 contains the following clauses and provisions, and they must be included (however, see 4.3.7) in all solicitations and contracts for commercial items.

4.3.6.b *Provision 4-1, Instruction to Offerors — Commercial Items.* This provision provides a single set of instructions to use when soliciting offers for commercial items. It may be incorporated in the solicitation by reference. This provision also requires past performance information from offerors. Depending on the particular purchase, this provision may be tailored to provide additional instructions to offerors (see 4.3.7).

4.3.6.c *Provision 4-3, Offeror Representations and Certifications — Commercial Items.* This provision provides a single, consolidated list of certifications and representations for the purchase of commercial items and is attached to the solicitation for offerors to complete and return with their offer. This provision may be tailored in accordance with 4.3.7.

4.3.6.d *Clause 4-2, Contract Terms and Conditions — Commercial Items.* This clause includes terms and conditions normally used in commercial purchasing and may be incorporated in the solicitation and contract by reference. Depending on the particular purchase, this clause may be tailored in accordance with 4.3.7.

4.3.6.e *Clause 4-3, Contract Terms and Conditions Required to Implement Statutes or Executive Orders — Commercial Items.* This clause incorporates by reference those clauses required to implement laws or executive orders applicable to certain Postal Service purchases of commercial items, such as services covered under the Service Contract Act or repairs and alterations covered under the Davis-Bacon Act. Depending on the particular purchase, this clause is added to the solicitation and contract, indicating which of the additional clauses cited in (b) or (c) of Clause 4-3 apply. This clause may not be tailored.

4.3.6.f *Performance Evaluation Factors.* When solicitations contain performance evaluation factors other than price and the supplier-specific factors, Provision 4-2, *Evaluation — Commercial Items,* or a similar provision containing the evaluation factors must be included.

4.3.6.g *Discretionary Use of PM Provisions and Clauses.* Other PM clauses may be included in solicitations and contracts for commercial items. For example:

1. When an indefinite-delivery contract will be used, the clauses discussed in 2.4.6 may be added.
2. When the use of options is in the Postal Service's interests, the provisions and clauses prescribed in 2.2.8 may be used for this purpose. If Provision 4-2, *Evaluation — Commercial Items,* is used, paragraph (b) provides for the evaluation of options.

## 4.3.7 Tailoring Provisions and Clauses

4.3.7.a *Policy.* The provisions and clauses discussed in 4.3.6 are intended to address customary market practices when purchasing commercial items. However, because of the broad range of commercial items purchased by the Postal Service, variations in customary practices across markets, and the relative volume of Postal Service purchases in a specific market, contracting officers may, working with their purchase team and within the following limitations, and after conducting appropriate market research and, if necessary,

consultation with assigned counsel, tailor Provision 4-1, *Instructions to Offerors — Commercial Items,* and Clause 4-2, Contract Terms and *Conditions — Commercial Items,* to adapt to the market conditions for each purchase.

4.3.7.b *Clause 4-2, Contract Terms and Conditions — Commercial Items*

1. *Mandatory Terms and Conditions.* The following paragraphs of Clause 4-2, *Contract Terms and Conditions — Commercial Items,* implement statutory requirements and may not be tailored:
   (a) Paragraph b. Assignment.
   (b) Paragraph d. Disputes.

2. *Paragraph a. Inspection and Acceptance*
   (a) Paragraph a of Clause 4-2 assumes that the Postal Service will rely on the supplier's assurances that the commercial item tendered for acceptance conforms to the contract requirements. Postal Service inspection of commercial items does not prejudice any other rights under this paragraph. Additionally, although the paragraph does not address the issue of rejection, the Postal Service always has the right to refuse acceptance of nonconforming items. This paragraph is generally appropriate when the Postal Service is acquiring noncomplex commercial items.
   (b) Other acceptance procedures may be more appropriate for the purchase of complex commercial items or commercial items used in critical applications. In such cases, the contracting officer includes alternate inspection procedure(s) in an addendum and ensures that these procedures and post award remedies adequately protect the Postal Service's interests. The contracting officer must carefully examine the terms and conditions of any express warranty and the effect it may have on the Postal Service's available postaward remedies.
   (c) The purchase of commercial items on bases other than "as is" may also require acceptance procedures different from those contained in the clause. The contracting officer must consider the effect such circumstances may have on the acceptance paragraph as well as other paragraphs of the clause.

3. *Termination Paragraphs*
   (a) *General.* Clause 4-2 permits the Postal Service to terminate a contract for commercial items for either convenience or default. Contracting officers should use 6.9 and 6.10 as guidance.
   (b) *Policy.* The contracting officer should exercise the Postal Service's right to terminate a contract for commercial items either for convenience or for default only when such termination would be in the best interest of the Postal Service. The contracting officer should consult with assigned counsel prior to termination for default.

(c) *Termination for Convenience.* When the contracting officer terminates for convenience a contract for commercial items, the supplier will be paid:

(1) The percentage of the contract price reflecting the percentage of work performed prior to termination, and

(2) Any charges the supplier can demonstrate directly resulted from the termination. The supplier may demonstrate such charges using its standard record keeping systems and is not required to comply with cost accounting standards or the contract cost principles in Chapter 5. The Postal Service does not have any right to audit the supplier's records due solely to a termination for convenience.

(d) *Termination for Default*

(1) Paragraph f, Excusable Delay, requires the supplier to notify the contracting officer as soon as possible after commencement of any excusable delay. In most situations, this requirement should eliminate the need for a termination notice prior to terminating a contract. The contacting officer will send a termination notice prior to terminating a contract for reason other than late delivery.

(2) The Postal Service's rights following a termination for default will include all the remedies available to any buyer in the marketplace. The Postal Service's preferred remedy will be to acquire similar items from another supplier and to charge the defaulted supplier with any excess reprocurement costs together with any incidental or consequential damages incurred because of the termination.

(3) When a termination for default is appropriate, the contracting officer will send the supplier a written notification regarding the termination. As a minimum, this notification will:

(i) Indicate the contract is terminated for default;

(ii) Specify the reasons for the termination;

(iii) Indicate which remedies the Postal Service intends to seek and provide a date by which the Postal Service will inform the supplier of the remedies; and

(iv) State that the notice constitutes the final decision of the contracting officer and that the supplier has the right to appeal under Clause B-9, *Claims and Disputes.*

(e) Generally, the parties should mutually agree upon the requirements of the termination proposal. The parties must balance the Postal Service's needs to obtain sufficient documentation to support payment against the goal of having a simple and expeditious settlement.

4. *Paragraph o. Warranty*

UNITED STATES POSTAL SERVICE

# DESIGN & CONSTRUCTION HANDBOOK

OCTOBER 1989

FACILITIES
DEPARTMENT

HANDBOOK RE-14

## EXHIBIT 3

### List of All Applicable Construction Clauses and Provisions

---

*Dollar Value Breakdown of Clauses and Provisions for Construction Solicitations and Contracts*

Column 1 = From $0 to $2,000
Column 2 = From $2,001 to $25,000
Column 3 = From $25,001 to $50,000
Column 4 = From $50,001 to $100,000
Column 5 = From $100,001 to $1,000,000
Column 6 = Over $1 Million
Column 7 = Indefinite Quantity

---

*Index to Symbols for Clauses and Provisions*

● Mandatory

* Non-Mandatory

- Not applicable

1 Mandatory only when solicitation estimate or value of contract exceeds $500,000

2 Mandatory and will be incorporated by reference in Clause OB-110

3 Mandatory only if contract will be with a state or a political subdivision of a state

4 Mandatory only when solicitation estimate or value of contract exceeds $10,000

5 Mandatory only when award is noncompetitive fixed-price other than simplified and the contract price does not include any contingency for state or local ta

## List of All Applicable Construction Clauses and Provisions

*Part 1 Schedule*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section A: Items and Prices** | | | | | | | | |
| OB-199 | Acknowledgment of Amendments | * | ● | ● | ● | ● | ● | ● |
| FB-201 | Required Bond Amounts | - | - | ● | ● | ● | ● | ● |
| FB-201 | Required Bond Amounts Alternate I | - | - | * | * | * | * | * |
| FB-269 | Additional Services--Network Analysis System | - | - | - | - | * | * | - |
| **Section B: Specifications/Statement of Work** | | | | | | | | |
| OB-7 | Statement of Work/Specifications | - | ● | ● | ● | ● | ● | ● |
| OB-31 | Attachments to Statement of Work/ Specifications | * | * | * | * | * | * | * |
| OB-38 | English Language Requirement of On-Site Superintendent | - | ● | ● | ● | ● | ● | ● |
| FB-248 | Quantity of Work | - | - | - | - | - | - | * |
| **Section C: Delivery/Performance** | | | | | | | | |
| B-15 | Notice of Delay | - | ● | ● | ● | ● | ● | ● |
| B-16 | Suspensions and Delays | - | ● | ● | ● | ● | ● | ● |
| B-19 | Excusable Delays | - | ● | ● | ● | ● | ● | ● |
| 2-10 | Liquidated Damages | - | - | - | * | ● | ● | - |
| 11-20 | Shop Drawings, Coordinations, Drawings and Schedules | - | ● | ● | ● | ● | ● | ● |
| 11-21 | Record "As-Built" Drawings | - | ● | ● | ● | ● | ● | ● |
| 11-22 | Spare Parts Data | - | ● | ● | ● | ● | ● | ● |
| 11-25 | Warranty--Construction | - | ● | ● | ● | ● | ● | ● |
| 11-28 | Samples | - | ● | ● | ● | ● | ● | ● |
| FB-202 | Working Hours (Construction) | * | ● | ● | ● | ● | ● | ● |
| FB-230 | Notice to Proceed | - | - | ● | ● | ● | ● | - |
| FB-236 | Commencement, Prosecution, and Completion of Work (Construction) | - | ● | ● | ● | ● | ● | - |
| FB-237 | Superintendence of Subcontractors (Construction) | - | - | - | - | ● | ● | - |
| FB-244 | Optional Methods or Materials (Construction) | - | - | - | ● | ● | ● | ● |
| FB-245 | Exception to Completion and Liquidated Damages Schedules | - | - | - | * | ● | ● | - |
| FB-246 | Network Analysis System Update (Construction) | - | - | - | - | * | * | - |
| FB-247 | Construction Cost Estimate | - | - | - | - | ● | ● | - |
| FB-249 | Indefinite-Quantity Contract (Construction) | - | - | - | - | - | - | ● |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section C: Delivery/Performance** (continued) | | | | | | | | |
| FB-250 | Proposals (Indefinite Quantity) | - | - | - | - | - | - | ● |
| FB-251 | Work Orders (Indefinite Quantity) | - | - | - | - | - | - | ● |
| FB-252 | Time for Completion (Indefinite Quantity) | - | - | - | - | - | - | ● |
| FB-253 | Scheduling Work (Indefinite Quantity) | - | - | - | - | - | - | ● |
| **Section D: Packaging and Marketing** | | | | | | | | |
| OB-19 | Identification of Contract Deliverables | - | ● | ● | ● | ● | ● | ● |
| **Section E: Inspection and Acceptance** | | | | | | | | |
| 11-11 | Inspection and Acceptance (Construction) | * | ● | ● | ● | ● | ● | ● |
| OB-21 | Contracting Officer's Representative (COR) | * | * | * | * | * | * | * |
| OB-21 | Contracting Officer's Representative (COR) Alternate III | * | * | * | * | * | * | * |
| FB-261 | Inspections, Contract Completion and Cleaning Up (Indefinite Quantity) | - | - | - | - | - | - | ● |
| **Section F: Payment and Funding** | | | | | | | | |
| 1-10 | Payment (Construction) | ● | ● | ● | ● | ● | ● | ● |
| 3-254 | Payments (Indefinite Quantity) | - | - | - | - | - | - | ● |
| FB-271 | Equitable Adjustments (Construction) | - | - | - | ● | ● | ● | - |
| FB-272 | Prompt Payment for Construction Contracts | ● | ● | ● | ● | ● | ● | ● |

## *Part 2 Clauses and Attachments*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section G: Special Clauses** | | | | | | | | |
| B-27 | Performance at Occupied Postal Premises | * | * | * | * | * | * | * |
| 11-1 | Conditions Affecting Work | - | ● | ● | ● | ● | ● | ● |
| 11-2 | Differing Site Conditions | - | ● | ● | ● | ● | ● | ● |
| 11-3 | Performance of Work by Contractor | - | ● | ● | ● | ● | ● | ● |
| 11-4 | Superintendence by Contractor | - | ● | ● | ● | ● | ● | ● |
| 11-5 | Materials and Workmanship | - | ● | ● | ● | ● | ● | ● |
| 11-6 | Use of Premises | - | ● | ● | ● | ● | ● | ● |
| 11-7 | Other Contracts | - | - | - | * | * | * | * |
| 11-8 | Subcontracts (Construction) | - | ● | ● | ● | ● | ● | ● |
| 11-9 | Permits and Responsibilities | ● | ● | ● | ● | ● | ● | ● |
| 11-12 | Building Codes, Fees, and Charges | ● | ● | ● | ● | ● | ● | ● |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section G: Special Clauses (continued)** | | | | | | | | |
| 11-13 | Protection of Existing Vegetation, Structures, Utilities and Improvements | - | ● | ● | ● | ● | ● | ● |
| 11-14 | Heat | - | ● | ● | ● | ● | ● | ● |
| 11-15 | Debris and Cleanup | - | ● | ● | ● | ● | ● | ● |
| 11-16 | Measurements | - | ● | ● | ● | ● | ● | ● |
| 11-17 | Survey Monuments and Benchmarks | - | * | * | ● | ● | ● | ● |
| 11-18 | Specifications and Drawings | ● | ● | ● | ● | ● | ● | ● |
| 11-19 | Standard References | ● | ● | ● | ● | ● | ● | ● |
| 11-23 | Construction Progress Chart | - | - | - | - | ● | ● | - |
| 11-24 | Postal Service Occupancy | - | ● | ● | ● | ● | ● | ● |
| 11-26 | Changes (Construction) | - | ● | ● | ● | ● | ● | ● |
| 11-27 | Accident Prevention | - | ● | ● | ● | ● | ● | ● |
| OB-24 | Postal Service-Furnished Property | - | - | - | * | * | * | * |
| OB-44 | Access to Site | ● | ● | ● | ● | ● | ● | ● |
| OB-45 | Identification of Contractor's Vehicles | ● | ● | ● | ● | ● | ● | ● |
| OB-49 | Control of Erosion, Sedimentation and Pollution | * | * | * | ● | ● | ● | ● |
| FB-203 | Indemnification | ● | ● | ● | ● | ● | ● | ● |
| FB-234 | Schedule to Receive Postal Service-Furnished Property (Construction) | - | - | - | * | * | * | - |
| FB-235 | Definition of Terms Used in Contract Documents (Construction) | - | - | - | ● | ● | ● | ● |
| FB-238 | Ground Breaking Ceremonies (Construction) | - | - | - | - | ● | ● | - |
| FB-239 | Elevator Work–Qualifications (Construction) | * | * | * | * | * | * | * |
| FB-240 | Site Visits (Construction) | - | - | - | ● | ● | ● | - |
| FB-241 | Fuel Storage Tanks (Construction) | * | * | * | * | * | * | * |
| FB-242 | Mechanization (Construction) | - | * | * | * | * | * | * |
| FB-243 | USDA Quarantined Area (Construction) | * | * | * | * | * | * | * |
| FB-255 | Postal Service-Furnished Property | * | * | * | * | ● | ● | * |
| FB-256 | Security Requirements (Indefinite-Quantity) | - | - | - | - | - | - | ● |
| FB-257 | Protection and Damage (Indefinite-Quantity) | - | - | - | - | - | - | ● |
| FB-258 | Method (Indefinite-Quantity) | - | - | - | - | - | - | ● |
| FB-259 | Use of Building Facilities | * | * | * | * | * | * | * |
| FB-260 | Inspection of Site or Building (Indefinite-Quantity) | - | - | - | - | - | - | ● |
| FB-262 | Singular Numbers (Indefinite-Quantity) | - | - | - | - | - | - | ● |
| FB-263 | Builders' Risk Insurance | ● | ● | ● | ● | ● | ● | ● |
| FB-274 | Clauses Incorporated by Reference | * | * | * | * | * | * | * |

**Section H: General Clauses**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| B-1 | Definitions | - | - | - | • | • | • | • |
| B-8 | Assignment of Claims | • | • | • | • | • | • | • |
| B-9 | Claims and Disputes | • | • | • | • | • | • | • |
| B-10 | Pricing of Adjustments | - | - | - | • | • | • | • |
| B-11 | Termination for Convenience | • | • | • | • | • | • | • |
| B-13 | Termination for Default | • | • | • | • | • | • | • |
| B-14 | Examination of Records | - | • | • | • | • | • | • |
| B-21 | Change Order Accounting | - | - | - | - | * | • | - |
| B-25 | Advertising of Contract Awards | - | - | - | • | • | • | • |
| 1-4 | Officials Not to Benefit | • | • | • | • | • | • | • |
| 1-5 | Gratuities | • | • | • | • | • | • | • |
| 1-6 | Contingent Fees | - | - | - | • | • | • | • |
| 2-11 | Postal Service Property--Fixed Price | - | - | - | * | * | * | * |
| 2-12 | Postal Service Property--Short Form | * | * | * | - | - | - | - |
| 2-14 | Postal Service Property Furnished "As Is" | * | * | * | * | * | * | * |
| 2-22 | Value Engineering Incentive | - | - | - | - | • | • | - |
| 5-22 | Price Reduction for Defective Cost or Pricing Data | - | - | - | • | • | • | • |
| 5-23 | Subcontractor Cost or Pricing Data | - | - | - | • | • | • | • |
| 5-24 | Price Reduction for Defective Cost or Pricing Data--Modifications | - | - | - | • | • | • | • |
| 5-25 | Subcontractor Cost or Pricing Data--Modifications | - | - | - | • | • | • | • |
| 7-2 | Additional Bond Security | - | - | • | • | • | • | • |
| 7-3 | Deposit of Assets Instead of Surety Bonds | - | - | • | • | • | • | • |
| 7-4 | Insurance | * | * | * | * | * | * | * |
| 7-7 | Federal, State, and Local Taxes--Short Form | • | • | • | • | • | • | • |
| 9-2 | Authorization and Consent | - | - | - | • | • | • | • |
| 9-3 | Notice and Assistance Regarding Patent and Copyright Infringement | - | - | - | • | • | • | • |
| 9-4 | Patent Indemnity | - | - | - | • | • | • | • |
| 10-1 | Participation of Small, Minority-Owned, and Woman-Owned Business | - | - | - | • | • | • | • |
| 10-2 | Small, Minority-Owned, and Women-Owned Business Subcontracting Requirements | - | - | - | - | 1 | • | • |
| 10-3 | Convict Labor | - | • | • | • | • | • | • |
| 10-4 | Contract Work Hours and Safety Standards Act--Overtime Compensation | - | • | • | • | • | • | • |
| 10-5 | Davis-Bacon Act--Alternate I | - | • | • | • | • | • | • |
| 10-6 | Compliance by States with Labor Standards | - | 3 | 3 | 3 | 3 | 3 | 3 |
| 10-7 | Contract Work Hours and Safety Standards Act--Safety Standards Alternate I | - | 2 | 2 | • | • | • | • |
| 10-9 | Equal Opportunity | - | 2 | 2 | • | • | • | • |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section H:** | **General Clauses** (continued) | | | | | | | |
| 10-10 | Affirmative Action Compliance Requirements for Construction | - | 2 | 2 | ● | ● | ● | ● |
| 10-15 | Affirmative Action for Handicapped Workers | - | 2 | 2 | ● | ● | ● | ● |
| 10-16 | Affirmative Action for Disabled Veterans of the Vietnam Era | - | 2 | 2 | ● | ● | ● | ● |
| 10-18 | Preference for Domestic Construction Materials | - | - | - | ● | ● | ● | ● |
| 10-18 | Preference for Domestic Construction Materials Alternate I | ● | ● | ● | - | - | - | - |
| 10-19 | Clean Air and Water | - | - | - | - | ● | ● | ● |
| OB-110 | Clauses Incorporated by Reference | - | ● | ● | - | - | - | - |
| FB-273 | Handling of Asbestos Insulation (R&A Project) | * | * | * | * | * | * | * |

## *Part 3 Solicitation Provisions*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section J:** | **Instructions to Offerors** | | | | | | | |
| A-1 | Preparation of Proposals Alternate II | ● | ● | ● | ● | ● | ● | ● |
| A-2 | Submission of Proposals | ● | ● | ● | ● | ● | ● | ● |
| A-3 | Modification or Withdrawal of Proposals | ● | ● | ● | ● | ● | ● | ● |
| A-4 | Late Submissions and Modifications of Proposals | ● | ● | ● | ● | ● | ● | ● |
| A-5 | Acknowledgment of Solicitation Amendments | ● | ● | ● | ● | ● | ● | ● |
| A-6 | Explanation to Prospective Offerors | ● | ● | ● | ● | ● | ● | ● |
| A-7 | Restrictions on Disclosure and Use of Data | ● | ● | ● | ● | ● | ● | ● |
| OA-1 | Information on "Equal" Products | ● | ● | ● | ● | ● | ● | ● |
| OA-7 | Preproposal Conference | - | * | * | * | * | * | * |
| OA-8 | Preproposal Conference and Site Visit | - | * | * | * | * | * | * |
| OA-15 | Submission of Proposals | - | - | - | - | * | * | - |
| OA-27 | Submission of Financial Statements | - | - | - | - | ● | ● | ● |
| **Section K:** | **Solicitation Notices and Provisions** | | | | | | | |
| A-9 | Award Without Discussions | ● | ● | ● | ● | ● | ● | ● |
| A-12 | Postal Furnished Property or Services | * | * | * | * | * | * | * |
| A-13 | Labor Information | ● | ● | ● | ● | ● | ● | ● |
| A-14 | Failure to Submit Proposal | ● | ● | ● | ● | ● | ● | ● |
| A-15 | Protests | ● | ● | ● | ● | ● | ● | ● |
| 2-4 | Brand Name or Equal | ● | ● | ● | ● | ● | ● | ● |
| 5-1 | Type of Contract | ● | ● | ● | ● | ● | ● | ● |
| 7-1 | Proposal Guarantee | - | - | * | * | * | * | * |
| 7-2 | Performance Bond and Requirements | - | - | ● | ● | ● | ● | ● |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Section K:** | **Solicitation Notices and Provisions** (continued) | | | | | | | |
| 7-3 | Payment Bond Requirements | - | - | • | • | • | • | • |
| 7-5 | Deposit of Assets Requirements | - | - | • | • | • | • | • |
| 10-1 | Notice of Small, Minority-Owned, and Woman-Owned Business Subcontracting Requirements | - | - | - | - | 1 | • | • |
| 10-6 | Notice of Requirement for Equal Opportunity Affirmative Action | - | 4 | • | • | • | • | • |
| OA-5 | Postaward Orientation Conference (Alternate I) | - | * | * | * | * | * | * |
| OA-12 | Access to USPS Buildings | * | * | * | * | * | * | * |
| OA-34 | Notice to Preaward Survey | - | - | - | - | • | • | • |
| OA-37 | Notice of Total Minority-Owned Business Reserved Procurement | - | * | * | * | * | * | * |
| OA-38 | Prequalified Sources or Service Supplies and Approved Products | - | * | * | * | * | * | * |
| **Section L:** | **Representations and Certifications** | | | | | | | |
| A-20 | Type of Business Organization | • | • | • | • | • | • | • |
| A-21 | Parent Company and Taxpayer Identification Number | • | • | • | • | • | • | • |
| A-22 | Authorized Negotiators | - | - | - | • | • | • | • |
| '-1 | Certification of Independent Price Determination | • | • | • | • | • | • | • |
| .-2 | Contingent Fee Representation | - | - | - | • | • | • | • |
| 9-2 | Representation of Rights in Data | - | - | - | - | * | * | - |
| 10-3 | Certification of Nonsegregated Facilities | - | 4 | • | • | • | • | • |
| 10-8 | Buy American Certificate--Construction Materials | • | • | • | • | • | • | • |
| 10-9 | Clean Air and Water Certification | - | - | - | - | • | • | • |
| **Section M:** | **Evaluation and Award Factors** | | | | | | | |
| A-8 | Contract Award | - | - | - | • | • | • | • |
| A-8 | Contract Award Alternate I | • | • | • | - | - | - | - |
| A-8 | Contract Award Alternate II | - | - | - | - | - | - | * |
| OA-16 | Contract Award and Proposal Evaluation | - | - | - | * | * | * | * |