MAJOR FACILITIES PURCHASING

UNITED STATES POSTAL SERVICE

March 16, 1999

Samuel W. Southern
USPS Facilities Specialist
Great Lakes District
6801 West 73rd Street
Bedford Park, IL 60499-9103

In accordance with the attached Nomination and Delegation of Contracting Authority and by the authority delegated to me from the Vice President, Purchasing and Materials, I hereby delegate Level I contracting authority to administer design and construction contracts subject to the following limitations:

- Up to $100,000 of contracting authority for fixed price or indefinite quantity agreements for design and construction services and up to the limits for orders against Federal Supply Schedules (to be used for the purchase of construction materials and equipment only).

The authority that I have delegated may not be redelegated, in whole or in part, and is subject to the limitations and conditions set forth in the Purchasing Manual and all other instructions and regulations related to Facilities contracting.

Your authority commences on March 16, 1999 and will be effective until such time as your warrant is rescinded, you are reassigned to a new position or separated from the Postal Service.

Upon review of your PS Form 991, it is recommended that you complete the following course within the next one (1) year.

- Commercial Purchasing

Thereafter, in order to maintain your contracting officer's warrant you are responsible to schedule and attend courses that are designed to maintain your professional proficiency in accordance with Section I.5.3 - Continuing Professionalism of the Purchasing Manual. Upon satisfactory completion of all courses you are required to send a record of the training to this office.

Remember that as a contracting officer for the Postal Service and as a public servant, you must conduct all of your business in the highest ethical manner. Our good name, and yours, must never be comprised. This would be a good opportunity to familiarize yourself with the Employee and Labor Relations Manual, Section 661, "Code of Ethical Conduct".

Attached please find a PS Form 7378, "Contracting Officer Certificate of Appointment". Please display the certificate in your work location.

Robert Fraga
Manager, Major Facilities Purchasing

cc: Manager, Chicago FSO

RECEIVED
JAN 10 2005
LAW DEPARTMENT

4301 WILSON BOULEVARD, SUITE 300
ARLINGTON, VA 22203-1840
703-526-2786 FAX: 703-526-2747

UNITED STATES POSTAL SERVICE

# CONTRACTING OFFICER CERTIFICATE OF APPOINTMENT

In accordance with the authority in the Purchasing Manual, the individual named below is appointed to the position of U.S. Postal Service Contracting Officer:

## Samuel W. Southern
USPS Facilities Specialist
Great Lakes District

As Contracting Officer, you may bind the Postal Service in contracts, up to the amount of $ 100,000 , subject to the limitations specified by regulations, procedures, and letter of delegation.

SERIAL NUMBER 99SWS/161550

SIGNATURE

TITLE Major Facilities Purchasing

DATE March 16, 1999



FORM 7375, JANUARY 1998

# AROMA PARK

# FAX

Date 06/15/99

Number of pages including cover sheet 6

TO: LARRY LINNENBURGER

Phone 312-669-5990

Fax Phone 312-669-5959

FROM: Bruce Rothermel
United States Postal Serv
Central Illinois District
6801 West 73rd Street
Bedford Park, IL 60499-9991

Phone 708-563-7203

Fax Phone 708-563-7204

CC:

REMARKS: ☒ Urgent ☒ For your review ☒ Reply ASAP ☒ Please Comment

LARRY

HERE ARE THE THREE BIDS FOR AROMA PARK THEY WERE DONE TO INCLUDE THE CHANGES MADE AT THE 95% REVIEW WHICH I EXPLAINED TO EACH CONTRACTOR. WE WANT TO USE PNL ENTERPRISE

THANKS FOR ALL YOUR HELP

BRUCE J. ROTHERMEL

JUN. 15. 1999 2:52PM US POSTAL SVC CENT IL DISTRICT NO. 478 P. 6/6

**ULBRICH & ASSOCIATES, INC.**
**General Contractors**
1050 Ensell Road, Suite 100, Lake Zurich, IL 60047
Phone (847) 726-9000 Fax (847) 726-7845

June 10, 1999

Mr. Bruce Rothermel
UNITED STATES POSTAL SERVICE
6801 W. 73rd Street
Bedford Park, IL 60499-9991

Dear Sir,

We propose to furnish the necessary labor, materials and equipment to provide the General Construction work for the New Interior Lobby Renovations for the Aroma Park Facility, 300 South Bridge St., Aroma Park, IL 60910 in accordance with the drawings received, sheets A1.1, A1.2, A1.3, A1.4, A1.5, A1.6 and A1.7 all dated 05/14/99 as prepared by A.M. Fernandez & Associates.

For the sum of $163,900.00

The following qualifications are a part of this proposal:

1. No building permit cost has been included.
2. We have included new security glazing at the side and rear windows.

If you have any questions, please don't hesitate to give me a call.

Yours very truly,

Rick Ulbrich
President

Phoenix Construction Company, Inc.

616 North Court • Palatine, Illinois 60067 • (847) 991-5500 • Fax (847) 991-5997

June 11, 1999

Mr. Bruce Rothermel
**United States Postal Service**
6801 W. 73rd Street
Bedford Park, Il 60499-9991

Re: **Lobby Renovation/Aroma Park Facility**
300 South Bridge St.
Aroma Park, Il 60910

Dear Mr. Rothermel:

We are pleased to propose to furnish the necessary labor, materials and equipment needed to provide the General Construction work for the above mentioned interior Lobby Renovation of the Aroma Park Facility.

Our proposal is based on the drawings received, sheets A1.1, A1.2, A1.3, A1.4, A1.5, A1.6, and A1.7 all dated 05/14/99 as prepared by A.M. Fernandez & Associates.

We shall complete this work for the sum of $169,725.00.

Please call if you have any questions.

Very truly yours,

**Phoenix Construction Company**

David R. Lehr

David R. Lehr
President

**PNL ENTERPRISES, INC.**

[redacted]

194 KINGSTON LANE
BLOOMINGDALE, IL 60108-1730
630 575-9580
Fax: 630 351-5570

June 14, 1999

UNITED STATES POSTAL SERVICE
6801 WEST 73rd STREET
BEDFORD PARK, IL 60499-9991

ATTN: MR. BRUCE ROTHERMEL

**RE: RENOVATIONS TO AROMA PARK P.O.**

DEAR BRUCE,

Thank you for giving us the opportunity to prepare a proposal for the repairs at the Aroma Park Post Office. As you indicated during our phone conversation, the Lobby and interior of the building will be getting extensive renovation work. I visited the site to inspect the amount of work that needs to be completed. I have prepared an estimate and outline of our proposed recommendations to renovate the Lobby and the interior of the building. Our recommendation as per the prints supplied and drawn by "A.M. FERNANDEZ AND ASSOCIATES - ARCHITECTS - ENGINEERS", dated May 5, 1999, sheets A-0.0 thru A-1.7, are as follows:

SCOPE

Remodel the Lobby and Workroom floor to include, the demolition of the lobby: lock boxes, mail drop boxes, concrete block walls, work stations, counter shutter, etc.. Demolition of the workroom floor: existing gypsum board partitions, existing carpeting and VCT flooring through out, wood lattice, electrical receptacles as indicated on prints, air conditioning unit, furnace, plumbing fixtures, gas line, doors and frames all as indicated on the prints and specifications.

DEMOLITION

Demo all items as per prints and specifications. Place in dumpster and remove off site. Keep area in a broom clean manner during all construction. Install "CAUTION" tape around all areas being worked on so as to insure the safety of all personnel in the area.

FRONT ENTRANCE

Supply and install a new anodized aluminum storefront windows as indicated on the prints. Supply and install steel as indicated.

LOCK BOX LOBBY

Build wall to house new lock boxes. Install new lock boxes supplied by others. Drywall and paint appropriate areas. Supply and install new lighting fixtures as indicated. Supply and install new 2' X 2' suspended acoustical ceiling tile and grid system as indicated. Relocate the existing HVAC diffuser. Tile floor and install new base board as indicated.

UNITED STATES POSTAL SERVICE
Page 2
June 14, 1999

SERVICE LOBBY

Build new wall using 20 ga. metal studs @ 16" on center. Drywall wall with 5/8" gyp. bd. On both sides taped and finish sanded. Build new soffits as indicated. Supply and install new steel lintels as indicated. Supply and install new electrical receptacles and lighting fixtures as indicated. Supply and install new 2' X 2' suspended acoustical ceiling tile and grid system as indicated. Tile the floor with VCT-1 and install new base board as indicated.

SERVICE AREA

Build new walls using 20 ga. metal studs @ 16" on center. Drywall with 5/8" gyp. bd. on both sides taped and finish sanded. Build new soffits as indicated. Supply and install new electrical receptacles and lighting fixtures as indicated. Supply and install new manual rolling security gate. Tile floor with VCT and install new base board. Supply and install new 2' X 2' suspended acoustical ceiling tile and grid system as indicated. Paint walls as indicated. Install new IRT work stations supplied by the Postal Service, (by others). Install new Postal Furnished, ( by others), screen line cabinets.

WORK ROOM

Build new walls using 20 ga. metal studs @ 16" on center. Drywall wall with 5/8" gyp. bd. on both sides taped and finish sanded as indicated. Supply and install new electrical receptacles and lighting fixtures as indicated. Supply and install new solid core wood wicket door with 16 ga. hollow metal frame. Fur existing masonry chimney with 7/8" metal furring channels and drywall with 5/8" gyp. bd. taped and finish sanded ready for paint. Supply and install new VCT flooring and new vinyl base through out the work room floor. Supply and install new 2' X 4' suspended acoustical ceiling tile and grid system where indicated.

STORAGE ROOM

Build new 2" X 4" wood stud wall 16" on center wall with ½" gyp. bd. On interior wall so as to construct a storage room as indicated. Possibly install new furnace in this room if feasible. Supply and install new electrical lighting fixtures as indicated. Paint new walls as indicated.

CORRIDOR

Supply and install new 2' X 4' suspended acoustical ceiling tile and grid system as indicated. Paint walls as indicated. Supply and install new VCT and install new base board.

TOILET ROOM

Relocate existing exhaust fan as indicated. Supply and install new VCT flooring and new vinyl base through out the work room floor. Paint walls as indicated.

UTILITY ROOM

Supply and install a layer of 5/8" gyp. bd. to existing wood framing taped and finish sanded ready for paint. Supply and install new gas fired furnace in this location or possible in the storage area. Paint walls as indicated.

UNITED STATES POSTAL SERVICE
Page 3
June 14, 1999

PRICING

We propose to supply all labor, supervision, materials, tools and equipment to complete the above work as per prints by A.M. FERNANDEZ AND ASSOCIATES, ARCHITECTS - ENGINEERS, dated 5-14-99, for the sum total of: **$154,719.00**

EXCLUSIONS

1. THE ADEQUACY OF THE HVAC SYSTEM TO INCLUDE THE AIR CONDITIONING SYSTEM.

2. THERE ARE NO TEMPERATURE PARTITIONS.

3. ANY ITEMS NOT SPECIFIED ON THE PRINTS.

Once again I would like to thank you for giving us the opportunity to prepare an estimate for your project. We realize that this is an ongoing operation. We have prepared our proposal to do everything possible so as to disturb the day to day operation of this facility as little as possible.

Sincerely,

PETER N. LARIS
PRESIDENT

GREAT LAKES FACILITIES SE . OFFICE

UNITED STATES
POSTAL SERVICE

August 28, 1999

**EXPRESS MAIL #EJ150517515US**

PNL Enterprises, Inc.
194 Kingston Lane
Bloomingdale, IL 60108-1730

**Subject:** ***Award/Notice to Proceed***
**Lobby Renovations**
**Main Office - Aroma Park, IL 60910-9998**
**Contract No. 162640-99-B-0209**

Gentlemen:

Your performance bond, payment bond, and certificate of insurance has been received and is acceptable to the U. S. Postal Service. This letter is your authorization to proceed with the work in accordance with the terms and conditions of the subject contract. The contract requires completion within **90 calendar days** after date of receipt of the Notice to Proceed. Please set your work schedule accordingly to avoid any delay.

Your copy of the executed contract is enclosed.

Upon receipt of this letter you must contact me **at 312/669-5990**, in order to arrange for a preconstruction conference. It is essential that this preconstruction conference be attended by responsible representatives of your organization, your major subcontractors, and the superintendent who will be responsible for the work.

In preparation for the conference, be prepared to discuss:

1. Your quality control plan for providing inspection, testing, compliance, and quality workmanship, as required by the contract documents;

2. Your plans for submitting a progress schedule for indicating the sequence proposed to accomplish the work, identifying important workfeatures and key dates for specific work. This schedule will be used in determination of progress and timeliness of the construction effort; and

3. Your plans for submission of applicable shop drawings and material submittals identifying the items requiring submission, provision for adequate review time, and coordination with the progress schedule to ensure ample time is available for placing purchase orders.

This meeting will establish a line of communication between your office and the United States Postal Service to provide a simple and direct method for coordinating all phases of the work and to inform you of Postal Service procedures and requirements in an attempt to resolve most problems encountered as work progresses.

222 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO, ILLINOIS 60606-6150
312/669-5974
FAX: 312/669-5959

All work reviews, and contract administration will be under the direction of the project manager. He has been designated the Contracting Officer's Representative. The COR is authorized to issue change orders, provided such change orders do not involve a change in total contract price, quantity, quality or time that exceed his contracting authority.

Enclosed are Forms 4211-B to be completed for progress payments. An original and two copies, all having original signatures, are to be submitted to the project manager for payment, with a copy to the Architect-Engineer firm performing project surveillance, if applicable, unless directed otherwise by the project manager. For each such pay request, complete, sign, and date Form 4211-B. Also enclosed is a contractor's release form which is to be filled out and submitted with your final payment.

I urge you to thoroughly familiarize yourself with the terms of the contract. I wish to call special attention to the fact that only the contracting officer or project manager can authorize changes to the basic contract when total price or time for completion is affected according to the authorities and limitations of contracting authority. All correspondence pertaining to the contract should be directed to the contracting officer in writing.

This notification is sent to you in duplicate with the request that you acknowledge receipt of the USPS copy and return it promptly.

Sincerely,

Larry L. Linnenburger
Contracting Officer

RECEIPT ACKNOWLEDGED:

NAME: ______ PRESIDENT

DATE: 9-7-99

cc: Manager, Administrative Services
Central Illinois District

A.M. Fernandez

UNITED STATES POSTAL SERVICE.

# Offer and Award
## Commercial Purchasing

| | | | |
|---|---|---|---|
| Fa MAIN OFFICE<br>AROMA PARK, IL 60910-9998 | Project LOBBY RENOVATION | | |
| 1. Contract Number<br>162640-99-B-0209 | 2. Solicitation Number<br>162640-99-A-0094 | 3. Project #<br>J81492 | 4. Socio/Economic |
| 5. a. Issued by<br>CHICAGO FACILITIES SERVICE OFFICE<br>222 S RIVERSIDE PL #1200<br>CHICAGO IL 60606-6150 | 5. b. For Information call *(No Collect Calls)*<br>LARRY LINNENBURGER<br>(312) 669 - 5990 Fax: (312)-669-5959 | | |
| 6. a. Offeror/Contractor<br>PNL ENTERPRISES<br>194 KINGSTON LANE<br>BLOOMINGDALE, IL 60108-1730<br>(708)-574-9560 | b. Contact Name: Peter N. Laris<br>c. phone/fax Number: (630)-575-9580 (630)-351-5570<br>d. TIN: 36-4003425<br>e. Parent TIN:<br>TIN = Taxpayer Identification Number | | |

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

**See Section C**

8. Items & Prices/General Description of Requirement

T contractor agrees to perform all work included or pursuant to and in accordance with t terms and conditions of the contract for the Lobby Renovations, Main Office, Aroma Park, Illinois.

TOTAL : $154,719.00 in words ***One Hundred Fifty-Four Thousand Seven Hundred Nineteen and 00/100 Dollars***

Performance Time in Calendar Days: 90

9. Optional Provisions/Clauses listed below are applicable to this contract:

| | | | |
|---|---|---|---|
| *Section C: B-59* | *Construction Progress Chart* | *Section H: 6-1* | *Bankruptcy* |
| *Section H: 9-4* | *Compliance by States with Labor* | *Section K: OA-5* | *Postaward Conf* |

10. Billing Instructions (Submit Invoices to) Submit invoices as directed by the Project Manager.

| | | | |
|---|---|---|---|
| 11. Contractor Signature: [signature] | Date: 8-26-99 | 12. US Postal Service Signature: Larry L. Linnenburger [signature] | Date: 8/28/99 |
| Name of Person Authorized to sign<br>PETER N. LARIS – PRESIDENT | | Name of Contracting Officer<br>LARRY L. LINNENBURGER | |

UNITED STATES POSTAL SERVICE.

Facilities Department

## TABLE OF CONTENTS

PAGE

U.S. Postal Service: Offer And Award ........ 1

## Part 1-Schedule

### Section A-Items And Prices

A.1 Acknowledgment Of Amendments (Clause OB-199) (August 1988) ........ 2

*A.2 Applicable If Contract Exceeds $25,000*

A.2 Required Bond Amounts (Clause OB-201) Alternate VII (August 1998) ........ 2

### Section B-Specifications / Statement Of Work

B.1 Statement Of Work / Specifications (Clause OB-7) (June 1988) ........ 2

B.2 Attachments To Statement Of Work / Specifications (Clause OB-31) (June 1988) ........ 2

B.3 English Language Requirement Of On-Site Superintendent (Clause OB-38) (June 1988) ........ 2

### Section C-Delivery / Performance

C.1 Notice Of Delay (Clause B-15) (January 1997) ........ 2

C.2 Suspensions And Delays (Clause B-16) (January 1997) ........ 2

C.3 Excusable Delays (Clause B-19) (January 1997) ........ 2

C.4 Notice to Proceed and Commencement, Prosecution and Completion of Work (Clause B-34) (January 1997) ........ 3

C.5 Construction Cost Breakdown (Clause B-40) (January 1997) ........ 3

C.6 Shop Drawings, Coordination Drawings, And Schedules (Clause B-56) (January 1997) ........ 3

C.7 Record "As-Built" Drawings (Clause B-57) (January 1997) ........ 3

*C.8 Applicable If Listed In Block 9, Page 1*

C.8 Construction Progress Chart (Clause B-59) (January 1997) ........ 4

C.9 Warranty (Construction) (Clause B-61) (January 1997) ........ 4

C.10 Samples (Clause B-62) (January 1997) ........ 4

C.11 Liquidated Damages (Clause 2-10) (January 1997) ........ 5

C.12 Working Hours (Construction) (Clause FB-202) (June 1988) ........ 5

*C.13 Applicable If Listed In Block 9, Page 1*

C.13 Superintendence Of Subcontractors (Construction) (Clause FB-237) (May 1994) ........ 5

PAGE

C.14 Optional Materials Or Methods (Construction) (Clause FB-244) (June 1988) ........ 5

*C.15 Applicable If Contract Exceeds $100,000*

C.15 Exception To Completion And Liquidated Damages Schedules (Clause FB-245) (June 1988) ........ 5

### Section D-Packaging And Marking

(Reserved) ........ 5

### Section E-Inspection And Acceptance

E.1 Inspection And Acceptance (Construction) (Clause B-33) (January 1997) ........ 5

E.2 Contracting Officer's Representative (COR) (Clause OB-21) Alternate IV (July 1997) ........ 6

### Section F-Payment And Funding

F.1 Invoices (Clause B-20) (January 1997) ........ 6

F.2 Payment (Construction) (Clause B-48) (January 1997) ........ 6

F.3 Equitable Adjustments (Construction) (Clause FB-271) (August 1988) ........ 6

## Part 2-Clauses And Attachments

### Section G-Special Clauses

G.1 Performance At Occupied Postal Premises (Clause B-27) (January 1997) ........ 7

G.2 Differing Site Conditions (Clause B-32) (January 1997) ........ 7

G.3 Specifications And Drawings (Clause B-35) (January 1997) ........ 8

G.4 Postal Service Partial Occupancy (Clause B-36) (January 1997) ........ 8

G.5 Changes (Construction) (Clause B-37) (January 1997) ........ 8

G.6 Accident Prevention (Clause B-38) (January 1997) ........ 8

G.7 Indemnification (Clause B-39) (January 1997) ........ 9

G.8 Conditions Affecting The Work (Clause B-41) (January 1997) ........ 9

G.9 Performance Of Work By Supplier (Clause B-42) (January 1997) ........ 9

G.10 Superintendence By Supplier (Clause B-43) (January 1997) ........ 9

UNITED STATES POSTAL SERVICE.

Facilities Department

PAGE

G.11 Use Of Premises
(Clause B-44) (January 1997) ........ 9

G.12 Other Contracts
(Clause B-45) (January 1997) ........ 9

G.13 Subcontracts (Construction)
(Clause B-46) (January 1997) ........ 9

G.14 Permits And Responsibilities (Construction)
(Clause B-47) (January 1997) ........ 9

G.15 Building Codes, Fees, And Charges
(Clause B-49) (January 1997) ........ 9

G.16 Heat
(Clause B-51) (January 1997) ........ 9

G.17 Debris And Cleanup
(Clause B-52) (January 1997) ........ 10

G.18 Materials And Workmanship
(Clause B-63) (January 1997) ........ 10

G.19 Definition Of Terms Used In Contract Documents
(Clause FB-235) (June 1988) ........ 10

G.20 Site Visits (Construction)
(Clause FB-240) (June 1988) ........ 10

*G.21 Applicable If Listed In Block 9, Page 1*

G.21 Use Of Building Facilities
(Clause FB-259) (June 1994) ........ 11

G.22 Access To Site
(Clause OB-44) (June 1988) ........ 11

G.23 Identification Of Contractor's Vehicles
(Clause OB-45) (June 1988) ........ 11

G.24 Control Of Erosion, Sedimentation, And Pollution
(Clause OB-49) (June 1988) ........ 11

### Section H-General Clauses

H.1 Assignment of Claims
(Clause B-8) (June 1988) ........ 11

H.2 Claims And Disputes
(Clause B-9) (January 1997) ........ 11

H.3 Pricing Of Adjustments
(Clause B-10) (January 1997) ........ 12

H.4 Termination For Convenience
(Clause B-11) (January 1997) ........ 12

H.5 Termination For Default
(Clause B-13) (January 1997) ........ 13

H.6 Change-Order Accounting
(Clause B-21) (January 1997) ........ 13

H.7 Advertising Of Contract Awards
(Clause B-25) (January 1997) ........ 14

H.8 Order Of Precedence
(Clause B-29) (September 1995) ........ 14

PAGE

H.9 Contingent Fees
(Clause 1-6) (January 1997) ........ 14

H.10 Preference For Domestic Construction Materials
(Clause 1-10) (January 1997) ........ 14

H.11 Prohibition From Contracting with Former Officers
(Clause 1-11) (January 1997) ........ 14

H.12 Year 2000 Warranty, Commercially-Available Items
(Clause 1-12) (January 1997) ........ 14

*H.13 Applicable If Listed In Block 9, Page 1*

H.13 Bankruptcy
(Clause 6-1) (January 1997) ........ 14

*H.14 Applicable If Contract Exceeds $25,000*

H.14 Additional Bond Security
(Clause 7-2) (January 1997) ........ 14

H.15 Insurance
(Clause 7-4) (January 1997) ........ 15

H.16 Federal, State, And Local Taxes (Short Form)
(Clause 7-7) (January 1997) ........ 15

H.17 Clauses Incorporated By Reference
(Clause FB-110) (June 1988) ........ 15

H.18 Handling Asbestos Insulation
(Clause FB-273) (March 1989) ........ 16

### Section I-List Of Attachments

List Of Attachments ........ 17

## Part 3-Solicitation Provisions

### Section J-Instructions To Offerors

J.1 Type Of Contract
(Provision 2-6) (January 1997) ........ 18

J.2 Information On "Equal" Products
(Provision OA-1) (June 1988) ........ 18

*J.3 Applicable If Listed In Block 9, Page 1*

J.3 Preproposal Conference
(Provision 4-8) (January 1997) ........ 18

J.4 Submission Of Financial Statements
(Provision OA-27) Alternate II (January 1997) ........ 18

### Section K-Solicitation Notices And Provisions

K.1 Submission Of Proposals
(Provision A-2) (January 1997) ........ 18

K.2 Modification Or Withdrawal Of Proposals
(Provision A-3) (January 1997) ........ 18

K.3 Late Submissions And Modifications Of Proposals
(Provision A-4) (January 1997) ........ 19

UNITED STATES POSTAL SERVICE.

Facilities Department

PAGE

K.4 Acknowledgment Of Solicitation Amendments (Provision A-5) (January 1997) ..... 19

K.5 Explanation To Prospective Offerors (Provision A-6) (January 1997) ..... 19

K.6 Restriction On Disclosure And Use Of Data (Provision A-7) (January 1997) ..... 19

K.7 Contract Award (Provision A-8) (January 1997) ..... 19

K.8 Award Without Discussions (Provision A-9) (January 1997) ..... 19

K.9 Postal-Furnished Property Or Services (Provision A-12) (January 1997) ..... 19

K.10 Labor Information (Provision A-13) (January 1997) ..... 19

K.11 Failure To Submit Proposal (Provision A-14) (January 1997) ..... 20

K.12 Protests (Provision A-15) (January 1997) ..... 20

*K.13 Applicable If Listed In Block 9, Page 1*

K.13 Telegraphic Proposals (Provision A-17) (January 1997) ..... 20

K.14 Contractor Screening Requirements (Provision 1-3) (January 1997) ..... 20

K.15 Prohibition Against Contracting with Former Officers or PCES Executives (Provision 1-6) (January 1997) ..... 20

K.16 Brand Name Or Equal (Provision 2-8) (January 1997) ..... 20

K.17 Preparation of Proposals (Construction) (Provision 4-9) (January 1997) ..... 20

*K.18 Applicable If Contract Exceeds $25,000*

K.18 Performance Bond Requirements (Provision 7-1) (January 1997) ..... 21

*K.19 Applicable If Contract Exceeds $25,000*

K.19 Payment Bond Requirements (Provision 7-2) (January 1997) ..... 21

*K.20 Applicable If Contract Exceeds $25,000*

K.20 Deposit Of Assets Requirements (Provision 7-4) (January 1997) ..... 21

*K.21 Applicable If Contract Exceeds $25,000 and is Less Than $100,000*

K.21 Alternate Payment Protections (Provision 7-5) (January 1997) ..... 21

K.22 Equal Opportunity Affirmative Action Program (Provision 9-3) (January 1997) ..... 21

*K.23 Applicable If Contract Exceeds $10,000*

K.23 Notice of Requirements for Equal Opportunity Affirmative Action (Provision 9-5) (January 1997) ..... 21

*K.24 Applicable If Listed In Block 9, Page 1*

K.24 Postaward Orientation Conference (Provision OA-5) Alternate I (March 1989) ..... 22

PAGE

*K.25 Applicable If Listed In Block 9, Page 1*

K.25 Access To Postal Buildings (Provision OA-12) (March 1989) ..... 22

*K.26 Applicable If Listed In Block 9, Page 1*

K.26 Notice Of Preaward Survey (Provision OA-34) (June 1994) ..... 22

*K.27 Applicable If Listed In Block 9, Page 1*

K.27 Prequalified Sources Or Services Suppliers And Approved Products (Provision OA-38) (June 1988) ..... 22

**Section L-Representations And Certifications**

L.1 Authorized Negotiators (Provision A-22) (January 1997) ..... 23

L.2 Place of Performance (Provision A-23) (January 1997) ..... 23

L.3 Buy American Certificate – Construction Materials (Provision 1-5) (January 1997) ..... 23

L.4 Representations and Certifications - Commercial Items (Provision 4-3) (January 1997) ..... 23

L.5 Representation of Rights in Data (Provision 8-2) (January 1997) ..... 24

**Section M-Evaluation And Award Factors**

*M.1 Applicable If Listed In Block 9, Page 1*

M.1 Evaluation — Commercial Items (Provision 4-2) (January 1997) ..... 25

liable, and that I am duly authorized to certify the claim on behalf of the supplier."

(3) The certification may be executed by any person duly authorized to bind the supplier with respect to the claim.

e. For supplier claims of $100,000 or less, the contracting officer must, if requested in writing by the supplier, render a decision within 60 days of the request. For supplier–certified claims over $100,000, the contracting officer must, within 60 days, decide the claim or notify the supplier of the date by which the decision will be made.

f. The contracting officer's decision is final unless the supplier appeals or files a suit as provided in the Act.

g. When a claim is submitted by or against a supplier, the parties by mutual consent may agree to use an alternative dispute resolution (ADR) process to assist in resolving the claim. A certification as described in d(2) of this clause must be provided for any claim, regardless of dollar amount, before ADR is used.

h. The Postal Service will pay interest in the amount found due and unpaid from:

(1) The date the contracting officer receives the claim (properly certified, if required); or

(2) The date payment otherwise would be due, if that date is later, until the date of payment.

i. Simple interest on claims will be paid at a rate determined in accordance with the Interest clause.

j. The supplier must proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the contracting officer.

**H.3 Pricing Of Adjustments (Clause B-10) (January 1997)**

When costs are a factor in determining any contract price adjustment under the Changes clause or any other provision of this contract, chapter 5 of the USPS Purchasing Manual in effect on the date of this contract will serve as a guide in negotiating the adjustment.

**H.4 Termination For Convenience (Clause B-11) (January 1997)**

a. Performance under this contract may be terminated by the Postal Service in whole or in part whenever the contracting officer determines that termination is in the interest of the Postal Service. A termination may be effected by delivery to the supplier of a notice of termination specifying the extent of work terminated, and the effective date of the termination.

b. Upon receipt of a notice of termination, unless otherwise directed by the contracting officer, the supplier must take the following actions:

(1) Stop work to the extent specified in the notice.

(2) Place no further orders or subcontracts for materials, services, or facilities except as may be necessary for completion of the unterminated work.

(3) Terminate all orders and subcontracts to the extent that they relate to the work terminated.

(4) Assign to the Postal Service, as directed by the contracting officer, all right, title, and interest of the supplier under the orders and subcontracts terminated. The Postal Service has the right, in its discretion, to settle or pay claims arising out of these terminations.

(5) Settle all outstanding liabilities and claims arising out of the termination of orders and subcontracts, with the approval or ratification of the contracting officer. The contracting officer's decision is final for the purposes of this clause.

(6) Transfer title to the Postal Service and deliver as directed by the contracting officer:

(a) Work in process, completed work, and other material produced as a part of or acquired for the work terminated; and

(b) The completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would have been furnished to the Postal Service.

(7) Use its best efforts to sell as directed by the contracting officer any property of the types referred to in subparagraph b.6 above, provided that the supplier may acquire property under the conditions prescribed and at prices approved by the contracting officer, and the proceeds of any such transfer will be applied in reduction of any payments to be made by the Postal Service to the supplier, or be credited to the price or cost of the work covered by this contract, or be paid in any manner directed by the contracting officer.

(8) Complete performance of the work not terminated.

(9) Take any action that may be necessary, or that the contracting officer may direct, for protecting and preserving any property related to this contract that is in the possession of the supplier and in which the Postal Service has or may acquire an interest.

c. At any time, the supplier may submit to the contracting officer a list, certified as to quantity and quality, of termination inventory not previously disposed of and may request the Postal Service to remove inventory items or enter into a storage agreement covering them. Not later than 15 days after receiving this request, the Postal Service will accept title to the items and remove them or enter into a storage agreement. The list will be subject to verification by the contracting officer upon removal of the items or, if the items are stored, within 45 days after submission of the list.

d. After termination, the supplier must submit to the contracting officer a termination claim in the form and with the certification prescribed by the contracting officer. The claim must be submitted promptly, but in no event more than one year after the effective date of termination, unless an extension in writing is granted by the contracting officer. However, if the contracting officer determines that the facts justify such action, any termination claim may be received and acted upon at any time after the one–year period. Upon failure of the supplier to submit a termination claim within the time allowed, the contracting officer may determine, on the basis of the information available, the amount, if any, due the supplier by reason of the termination and will pay that amount.

e. If the supplier and the contracting officer fail to agree on the amount to be paid to the supplier by reason of the termination, the contracting officer will determine the amount, if any, due the supplier and pay the supplier the contract price for completed and accepted supplies or services not previously paid for (adjusted for any saving of freight and other charges) and, with respect to all other contract work performed before the effective date of termination, the total of:

(1) The cost of such work;

(2) The cost of settling and paying claims arising out of the termination of work under subcontracts; and

UNITED STATES POSTAL SERVICE.

Facilities Department

(3) A profit on e.1 above, determined by the contracting officer to be fair and reasonable; but if it appears that the supplier would have sustained a loss on the entire contract had it been completed, no profit will be included, and an appropriate adjustment will be made reducing the amount of the settlement to reflect the indicated rate of loss.

f. The total sum to be paid to the supplier may not exceed the total contract price as reduced by the payments made and as further reduced by the contract price of work not terminated. Except for normal spoilage, and except to the extent that the Postal Service expressly assumed the risk of loss, there will be excluded from the amounts payable to the supplier under paragraph e above, the fair value, as determined by the contracting officer, of property destroyed, lost, stolen, or damaged so as to become undeliverable to the Postal Service, or to a buyer.

g. Any determination of costs will be governed by the cost principles set forth in chapter 5 of the USPS Purchasing Manual in effect on the effective date of termination.

h. The supplier has the right of review under the Claims and Disputes clause of any determination made by the contracting officer under paragraph d or e above, except that, if the supplier has failed to submit its termination claim within the time provided in paragraph d above and has failed to request an extension of time, there may be no right of review.

i. In arriving at the amount due the supplier, there must be deducted:

(1) All unliquidated advance or other payments to the supplier applicable to the terminated portion of this contract;

(2) Any claim that the Postal Service may have against the supplier under this contract; and

(3) The agreed price for or the proceeds of sale of materials, supplies, or other things kept by the supplier or sold and not recovered by or credited to the Postal Service.

j. If the termination is partial, the supplier must file with the contracting officer a request in writing for an equitable adjustment of the price specified in the contract relating to the continued portion of the contract.

k. The Postal Service may, under the terms and conditions it prescribes, make partial payments and payments on account in connection with the terminated portion of this contract whenever the aggregate of these payments is within the amount to which the supplier is entitled.

l. Unless otherwise provided in this contract, or by statute, the supplier, for a period of three years after final settlement, must preserve and make available to the Postal Service at all reasonable times at the supplier's office, all books, records, documents, and other evidence bearing on the costs and expenses of the supplier under this contract and relating to the work terminated. If the contracting officer approves, photographs, microphotographs, or other authentic reproductions may be maintained instead of the originals.

**H.5 Termination for Default (Clause B-13) (January 1997)**

a.

(1) The Postal Service may, subject to paragraphs c and d below, by written notice of default to the supplier, terminate this contract in whole or in part if the supplier fails to:

(a) Complete the requirements of this contract within the time specified in the contract or any extension;

(b) Make progress, so as to endanger performance of this contract (but see paragraph d below); or

(c) Perform any of the other provisions of this contract (but see subparagraph a.2 following).

(2) The Postal Service's right to terminate this contract under a.1(b) and (c) above may be exercised if the supplier does not cure the failure within ten days (or more if authorized in writing by the contracting officer) after receipt of the notice from the contracting officer specifying the failure.

b. If the Postal Service terminates this contract in whole or in part, it may acquire similar supplies or services or complete the work, and the supplier will be liable to the Postal Service for any excess costs. However, the supplier must continue the work not terminated.

c. Except for defaults of subcontractors at any tier, the supplier is not liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the supplier.

d. If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the supplier and subcontractor, and without the fault or negligence of either, the supplier is not liable for any excess costs for failure to perform, unless the subcontractor supplies or services were obtainable from other sources in sufficient time for the supplier to meet the required delivery schedule.

e. If this contract is terminated for default, the Postal Service may require the supplier to transfer title and deliver to the Postal Service, as directed by the contracting officer, any completed supplies, partially completed supplies, and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights that the supplier has specifically produced or acquired for the terminated portion of this contract. Upon direction of the contracting officer, the supplier must also protect and preserve property in its possession in which the Postal Service has an interest.

f. The Postal Service will pay the contract price for completed items delivered and accepted. The supplier and contracting officer may agree on the amount of payment for items delivered and accepted under paragraph e above for the protection and preservation of the property. Failure to agree will be a dispute under the Claims and Disputes clause. The Postal Service may withhold from these amounts any sum the contracting officer determines to be necessary to protect the Postal Service against loss because of outstanding claims.

g. If, after termination, it is determined that the supplier was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for convenience.

h. The rights and remedies of the Postal Service under this clause are in addition to any other rights and remedies provided by law or under this contract.

**H.6 Change-Order Accounting (Clause B-21) (January 1997)**

The contracting officer may require change–order accounting whenever the estimated cost of a change or series of related changes exceeds $100,000. The supplier, for each change or series of related changes, must maintain separate accounts, by job order or other suitable accounting procedure, of all incurred segregable, direct costs (less allocable credits) or work, both changed and not changed, allocable to the change. The supplier will maintain such accounts until the parties agree to an equitable adjustment for

GREAT LAKES FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

August 28, 1999

Phoenix Construction Co., Inc.
616 N. Court
Palatine, IL 60067

**Subject:** **Lobby Renovations**
**Main Office - Aroma Park, IL 60910-9998**
**Solicitation No. 162640-99-A-0094**

Gentlemen:

There were three (3) offers received as a result of this solicitation.

Award of this contract has been made to the firms listed below:

**PNL Enterprises, Inc.**
**194 Kingston Lane**
**Bloomingdale, IL 60108-1730**

**Award Amount: $154,719.00**

Award was made on the basis of the best value to the U.S. Postal Service from the responsible offeror.

Your interest in this solicitation is appreciated. We welcome your response to announcements of future construction projects by the U.S. Postal Service.

Sincerely,

Larry L. Linnenburger
Contracting Officer

222 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO, IL 60606-6150
312/669-5974
FAX: 312/669-5959

GREAT LAKES FACILITIES SERVICE OFFICE

UNITED STATES
POSTAL SERVICE

August 28, 1999

Ulbrich & Associates, Inc.
1050 Ensell Road, Suite 100
Lake Zurich, IL 60047

**Subject:** **Lobby Renovations**
**Main Office - Aroma Park, IL 60910-9998**
**Solicitation No. 162640-99-A-0094**

Gentlemen:

There were three (3) offers received as a result of this solicitation.

Award of this contract has been made to the firms listed below:

**PNL Enterprises, Inc.**
**194 Kingston Lane**
**Bloomingdale, IL 60108-1730**

**Award Amount: $154,719.00**

Award was made on the basis of the best value to the U.S. Postal Service from the responsible offeror.

Your interest in this solicitation is appreciated. We welcome your response to announcements of future construction projects by the U.S. Postal Service.

Sincerely,

Larry L. Linnenburger
Contracting Officer

222 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO, IL 60606-6150
312/669-5974
FAX: 312/669-5959

# BERWICK

**WM. AUPPERLE & SONS INC.**
**Quality Construction Since 1905**
190 E. Washington Street
MORTON, ILLINOIS 61550
Morton 266-7460 Peoria 676-8831

JOB USPS - BERWICK, IL. - 633 S.F. MODULAR
SHEET NO. 1 REVISED OF 1
CALCULATED BY RK. DATE 10/24/96
CHECKED BY DATE
SCALE 1" = 20'-0"



# ESTIMATE SHEET

SHEET ___ OF ___

| BID TO: / JOB NAME | ARCHITECT | | DATE |
|---|---|---|---|
| Berwick - 633 S.F. | | | 10/24/96 |
| REVISED | PLAN FROM | ADDENDUM | DATE AND TIME OF BID OPENING |
| | PLAN DATE | PLAN PAGES | |

| | | | |
|---|---|---|---|
| SITE WORK - 66'x99' - 6534 ☐ | | | |
| SITE PREP - STUMP REMOVAL | | | |
| DRIVE - 5" CONC. W/ GRAN. BASE | | | 680 ☐ |
| CONCRETE CURB | | | 110' |
| SIDEWALK | | | 274 ☐ |
| LOADING SLAB | | | 140 ☐ |
| BOLLARD | | | |
| LANDSCAPING | | | |
| BLDG. | | | |
| UTILITIES | | | |
| ELECTRIC/PHONE - O.H. | | | |
| PLBG. & GAS HOOK-UPS | | | |
| WELL & SEPTIC SYSTEMS | | | |

TOTAL $27,193.00

Post-it® Fax Note 7671

| | |
|---|---|
| Date 10/24 | # of pages ▶ 2 |
| To DENNIS M. | From ROGER/STEVE |
| Co./Dept. USPS | Co. WM. AUFDERLE |
| Phone # 708 563 7243 | Phone # 309-676-3321 |
| Fax # 708 563 7204 | Fax # 309-263-2223 |

UNITED STATES POSTAL SERVICE.

# Offer and Award
## Simplified Construction

3 of 9

| | |
|---|---|
| City BERWICK, IL - MAIN OFFICE | Project SITE ADAPT/PREP MODULAR |
| Contract Number<br>161550-97-P-0005 | 2. Solicitation Number 161550-97-A-0019 / 3. Project # J29486 / 4. Socio/Economic |
| 5. a. Issued by<br>CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 | 5. b. For Information call (No Collect Calls)<br>DENNIS MANESCALCHI<br>(708) 563 - 7243 |
| 6. a. Offeror/Contractor<br>Wm. Aupperle & Sons, Inc.<br>190 E. Washington St.<br>Morton, IL 61550 | b. Contact Name: Roger Kortemeier<br>c. Telephone Number: (309) 266-7460<br>d. TIN: 37-0861810<br>e. Parent TIN: N/A<br>TIN = Taxpayer Identification Number |

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

See Section C

8. Items & Prices/General Description of Requirement

1. Site Adapt/Prep For Modular Structure
2. Building Foundation
3. Utility Hook-Ups Including
   A. $5,600.00 Allowance - Drilled Well & Pump Installation
   B. $4,900.00 Allowance - Septic System Installation With Related Field Tests
4. Concrete & Soils Testing Plus Foundation Dampproofing Are Excluded

TOTAL: $ 29,165.00 in words Twenty-nine thousand, one hundred, sixty-five dollars & 00/100

Performance Time in Calendar Days: 180

9. Optional Provisions/Clauses listed below are applicable to this contract:

10. Billing Instructions (Submit Invoices to)

| | | | |
|---|---|---|---|
| 11. Contractor Signature: [signature] | Date: 11-21-96 | 12. US Postal Service Signature [signature] | Date: 11-26-96 |
| Name of Person Authorized to Sign: Steve Aupperle, Sec-Treas. | | Name of Contracting Officer: ROBERT A RIGSBY | |

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96-B-0094 | | | | 9/17/96 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| BERWICK P.O. SITE PREP & FOUNDATION WORK | | |

| PA... CT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>BRUCE ROTHERMAL |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | DEMOLITION, BACKHOE & OPERATOR (FOR CONC. PAVING, SEPTIC) | HR. | 115.00 | 32. | 3,680.00 |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 8.04 | 175 | 1,407.00 |
| 02.2 | 00 | 010 | BACKFILL W/ ONSITE MAT'L. | YDS | 8.93 | 60 | 535.80 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 15.19. | 70 | 1,063.30 |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .04 | 1,100 | 44.00 |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .58 | 25 | 14.50 |
| 00.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 85.00 | 1 | 85.00 |
| 00.0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.55 | 100 | 155.00 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .80 | 25 | 20.00 |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.13 | 200 | 626.00 |
| NEGOCIATED | | | LAYOUT OF WORK @ SITE | HR. | 34.50 | 10 | 345.00 |
| NEGOCIATED | | | PROVIDE SCOPE VISIT & CONTRACT DOCUMENTS | L.S. | 375.00 | 1 | 375.00 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .39 | 900 | 351.00 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 117.92 | 1 | 117.92 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 53.26 | 1 | 53.26 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 85.00 | 1 | 85.00 |
| 02.5 | 77 | 003 | HCP LOGO | EA | 21.48 | 1 | 21.48 |
| 02.2 | 00 | 015 | BACKFILL W/ OFF SITE MAT'L. | YDS | 8.84 | 30 | 265.20 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .53 | 600 | 318.00 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 29.81 | 24 | 715.44 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.51 | 50 | 75.50 |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 25.74 | 24 | 617.76 |
| 03.3 | 00 | 016 | ISOLATED FOOTINGS | SF | 7.07 | 36 | 254.52 |
| 03.3 | 00 | 015 | CONTINOUS FOOTINGS | LF | 9.83 | 145 | 1,425.35 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 12,651.03 |
| MULTIPLIER | |
| TOTAL | |

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

| 96-B-0094 | | | BERWICK P.O. | | | | 9/17/96 |
|---|---|---|---|---|---|---|---|
| ...NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
| 3.3 | 00 | 017 | FOUNDATION WALLS | SF | 10.72 | 400 | 4,288.00 |
| ...EC | OCIATED | | HAULING; TRUCK & DRIVER (FOR CONC. PAVING, SEPTIC) | HR | 110.00 | 32 | 3,520.00 |
| 5 | 00 | 027 | EXPANSION ANCHORS 3/4" x 7" | EA | 9.72 | 12 | 116.64 |
| 72 | 10 | 011 | 2" RIGID INSULATION | SF | 1.01 | 288 | 290.88 |
| 2.0 | 12 | 016 | CORE DRILL | JOB | 127.50 | 1 | 127.50 |
| 3.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 26.80 | 2 | 53.60 |
| 5.5 | 80 | 019 | MISC. STEEL ITEMS | LB | .57 | 120 | 68.40 |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (FOUNDATION VENTS) | JOB | 119.34 | 1 | 119.34 |
| 25 | 13 | 013 | TACK COAT | SY | .53 | 120 | 63.60 |
| 22 | 00 | 006 | TRENCH EXCAVATION FOR UTILITIES | YDS³ | 5.30 | 50 | 265.00 |
| ...22 | 00 | 026 | TOP SOIL | YDS³ | 11.05 | 45 | 497.25 |
| 24 | 00 | 013 | DRAINAGE PIPE 8" DIA. | LF | 5.97 | 100 | 597.00 |
| 24 | 00 | 017 | PVC PIPE 4" DIA. | LF | 2.43 | 30 | 72.90 |
| 25 | 13 | 003 | REMOVE BITUMINOUS PAVING | SY | 3.09 | 120 | 370.08 |
| 2... | 13 | 001 | ASPHALT SAW CUT | LF | .53 | 132 | 69.96 |
| 25 | 13 | 007 | BITUMINOUS PAVING, BASE 1½" | SY | 2.52 | 120 | 302.40 |
| 25 | 13 | 034 | BITUMINOUS PAVING, SURFACE 1½" | SY | 2.74 | 120 | 328.80 |
| 25 | 15 | 028 | BULKHEAD CURB | LF | 7.74 | 36 | 278.64 |
| 29 | 00 | 001 | CRUSHED ROCK | TON | 35.36 | 5 | 176.80 |
| 29 | 00 | 002 | WOOD CHIPS | CY | 30.94 | 4 | 123.76 |
| 29 | 00 | 003 | PLANTINGS | EA | 1.55 | 10 | 15.50 |
| | | | SUBTOTAL THIS PAGE | | | | 11,746.05 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | 12,651.03 | | |

...ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 24,397.08 |
| MULTIPLIER | |
| TOTAL | |

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(3)

96-B-0094 L.P. CONSULTING COMPANY BERWICK P.O. 9/17/96

| [illegible] NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 29 | 00 | 004 | 4 MIL POLY UNDERLAYMENT | SY | .44 | 12 | 5.28 |
| 29 | 00 | 006 | 2" DIA. TREE SHADE | EA | 198.90 | 2 | 397.80 |
| 12 | 00 | 011 | TREE DELIVERY | MILES | 2.65 | 25 | 66.25 |
| 29 | 00 | 013 | SHRUBS 18" DIA. | EA | 26.52 | 2 | 53.04 |
| NEGOCIATED. | | | HYDRO SEED, INCL. LIME, FERTILIZER & EQUIP. | L.S. | 875.00 | 1 | 875.00 |
| 33 | 90 | 031 | 6 MIL VAPOR BARRIER | SF | .10 | 900 | 90.00 |
| 34 | 17 | 004 | DOWNSPOUT SPLASH BLOCK | EA | 23.36 | 2 | 46.72 |
| 1.1 | 32 | 020 | FLAGPOLE 25' INCL. CONC. BASE | EA | 1,045.33 | 1 | 1,045.33 |
| 54 | 30 | 003 | SEPTIC TANK & FIELD · 900 GAL. & FIELD | JOB | 1,458.60 | 1 | 1,458.60 |
| 22 | 00 | 001 | EXCAVATE FOR SEPTIC TANK & FIELD | 4003 | 3.98 | 110 | 437.80 |
| NEGOCIATED | | | CONNECTION THRU FOUNDATION WALL TO | | | | |
| | | | WASTE LINE SYSTEM | JOB | 475.00 | 1 | 475.00 |
| TO BE VERIFIED WITH EACH UTILITY HOOK UP LOCATIONS. | | | | | | | |
| TO BE NEGOCIATED) | | | GAS LINE HOOK UP OR RELOCATE EXIST. | | | | |
| | | | WATER (WELL HOOK UP) & ELECTRICAL. | | | | |
| 71 | 60 | 001 | CLEAN & PREP WALL FOR DAMPPROOFING | SF | .22 | 432 | 95.04 |
| 71 | 60 | 002 | BITUMINOUS COAT FOR FOUNDATION | SF | .97 | 432 | 419.04 |
| 55 | 00 | 021 | ANCHORS FOR 2" INSULATION | EA | 2.21 | 105 | 232.05 |
| NEGOCIATED | | | FOUNDATION ACCESS PANEL 16"x24" | EA | 250.00 | 1 | 250.00 |
| 72 | 10 | 016 | INSULSTUD NAILER | SF | .75 | 288 | 216.00 |
| 72 | 10 | 018 | FOR BLUEBOARD ADD | SF | .35 | 288 | 100.80 |

SUBTOTAL FROM PREVIOUS PAGE(S) 24,397.08

[IND]ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 6,263.75 |
| MULTIPLIER | |
| TOTAL | 30,660.83 |

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT

BRADLEY

# PNL ENTERPRISES, INC.

124 KINGSTON LANE
BLOOMINGDALE, IL 60108-1730
708 575-8580
Fax: 630 351-5570

August 28, 1996

A.M. FERNANDEZ & ASSOCIATES
826 LINCOLN LANE
LaGRANGE HIGHLANDS, ILLINOIS 60525

ATTN: MR. ANDREW M. FERNANDEZ

MR. FERNANDEZ:

Thank you for giving me the opportunity to submit a proposal for your project, BRADLEY POST OFFICE.

I have reviewed the sketch with the specification which you supplied me. I have also visited the site to familiarize myself with this location. Although I could only spend a short period of time at each location because of the time element that you are under, I have made every effort to include everything that it will take to complete your project.

All material is guaranteed to be as specified, and the work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of FORTY EIGHT THOUSAND FIVE HUNDRED and NO/100 DOLLARS, ($48,500.00).

Respectfully yours,

PETER N. LARIS
PRESIDENT

PNL/bll
Enclosure

RAMCORP, INC.

421 N. Water Street
Wilmington, IL 60481-1188

815-476-7961 Phone
815-476-7964 Fax

# PROPOSAL

August 28, 1996

A.M. Fernandez & Associates
826 Lincoln Lane
LaGrange Highlands, IL 60525

Phone: 708-579-5191
Fax: 708-579-5191

ATTN: Andy Fernandez

RE: Handicap Ramp
U.S.P.S. Bradley, Illinois

Dear Sir:

We propose to furnish the material and labor to construct this item in accordance with the drawings received & dated 8/16/96.

Included: Demolition
Excavation
Backfill
Concrete
Steel Handrails
Landscaping Allowance of $1,000.00

For the lump sum of $53,210.00.

Sincerely,

Lawrence E. Rampa

LER:slg



MASON CONTRACTOR
EST. 1970

ULBRICH & ASSOCIATES, INC.
General Contractors
2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-0196

August 29, 1996

Mr. Andy Fernandez
A.M. Fernandez & Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Dear Sir,

We propose to furnish the necessary labor, materials, and equipment to provide the General Construction work for the Handicap Ramp to be located at the U.S.P.S. Facility in Bradley, Illinois in accordance with: the ramp plan dated 8/15/96, as prepared by A.M. Fernandez & Associates and my personal inspection of the facility

For the Sum of $ 47,420.00

The following clarifications are a part of this proposal.

1. Our scope of work includes demolition, excavation, backfill, concrete, handrails, and landscaping.

2. We include an allowance of $ 1,500.00 for landscape renovation.

3. If a front door slider package is desired, Add $ 9,500.00.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

# Phoenix Construction Company, Inc.

616 North Court • Palatine, Illinois 60067 • (847) 991-5500 • Fax (847) 991-5997

August 30, 1996

Mr. Andy Fernandez
A.M. Fernandez and Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Re: USPS Handicap Ramps
Various Illinois Locations

Dear Mr. Fernandez:

We are in receipt of the bidding documents for the handicap ramps and offer our bids for the same as listed below:

| USPS Location | Plan Date | Price |
|---|---|---|
| Princeton | 8/16/96 | $ 79,900.00 |
| Spring Valley | 8/16/96 | $ 59,850.00 |
| Peru | 8/16/96 | $ 136,000.00 |
| Oglesby | 8/16/96 | $ 67,700.00 |
| Marseilles | 8/16/96 | $ 58,800.00 |
| Bradley | 8/15/96 | $ 51,700.00 |

EXCLUSIONS:
1. Unforeseen underground obstructions
2. Landscaping

Please note that if we are awarded all the above listed locations as a total package, you may deduct 2% from the total price.

Very truly yours,

PHOENIX CONSTRUCTION COMPANY

David R. Lehr

David R. Lehr
President

BAFO

# PNL ENTERPRISES INC.

SEPTEMBER 5, 1996

| HANDICAPPED RAMP BIDS | | | |
|---|---|---|---|
| LOCATION | ORIGINAL BID | ADJUSTMENT | TOTAL |
| 1. MARSIELLES | $49,950.00 | $ 0.00 | $ 49,950.00 |
| 2. OGLESBY | 62,880.00 | - 1,500.00 | 61,330.00 |
| 3. PERU | 128,475.00 | - 3,000.00 | 125,475.00 |
| 4. PRINCETON | 64,950.00 | - 150.00 | 64,800.00 |
| 5. SPRINGVALLEY | 65,995.00 | - 150.00 | 65,845.00 |
| 6. BUSHNELL | 53,250.00 | - 250.00 | 53,000.00 |
| 7. CANTON | 55,000.00 | - 0.00 | 55,000.00 |
| 8. LEWISTOWN | 50,000.00 | - 0.00 | 50,000.00 |
| 9. NORMAL | 58,990.00 | - 200.00 | 58,790.00 |
| 10. MASON CITY | 48,250.00 | - 500.00 | 47,750.00 |
| 11. BEARDSTOWN | 93,950.00 | - 500.00 | 93,450.00 |
| 12. HAVANA | 76,500.00 | - 0.00 | 76,500.00 |
| 13. BRADLEY | 48,500.00 | - 200.00 | 48,300.00 |
| 14. HOOPESTON | 85,500.00 | - 0.00 | 85,500.00 |
| 15. PAXTON | 47,250.00 | - 250.00 | 47,000.00 |
| 16. STREATOR | 145,600.00 | - 2,600.00 | 143,000.00 |
| 17. McCOMB | 142,575.00 | - 2,575.00 | 140,000.00 |
| 18. CHARLESTON | 57,750.00 | - 0.00 | 57,750.00 |
| 19. TRESCOLA | 92,500.00 | - 300.00 | 92,200.00 |
| 20. PANA | 172,500.00 | - 2,500.00 | 170,000.00 |
| 21. SHELBYVILLE | 88,330.00 | - 130.00 | 88,200.00 |
| 22. TAYLORVILLE | 102,350.00 | - 1,350.00 | 101,000.00 |
| 23. CARLINVILLE | 59,500.00 | - 0.00 | 59,500.00 |
| 24. RUSHVILLE | 48,000.00 | - 0.00 | 48,000.00 |
| 25. VIRDEN | 46,950.00 | - 0.00 | 46,950.00 |
| TOTALS | | | |

TOTAL P.02

ULBRICH

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |
| BEARDSTOWN | $94,874 | $1,500 | | 93,900 | |
| CANTON | $52,955 | $1,500 | | 52,900 | |
| CARLINVILLE | $58,260 | $1,500 | | 58,200 | |
| VIRDEN | $47,090 | $1,500 | | 46,800 | |
| SHELBYVILLE | $82,930 | $1,500 | | 82,700 | |
| HOOPESTON | $88,179 | $1,500 | | 85,000 | |
| TUSCOLA | $87,760 | $1,500 | | 87,500 | |
| CHARLESTON | $58,890 | $1,500 | | 58,500 | |
| BRADLEY | $47,420 | $1,500 | | 47,400 | |
| BUSHNELL | $48,836 | $1,500 | | 46,500 | |
| PRINCETON | $61,881 | $1,500 | | 61,800 | |
| PAXTON | $45,604 | $1,500 | | 45,600 | |
| MENDOTA | $51,900 | $1,500 | | 51,800 | |
| LEWISTOWN | $49,095 | $1,500 | | 49,000 | |
| HAVANA | $76,190 | $1,500 | | 76,000 | |
| RUSHVILLE | $48,445 | $1,500 | | 48,300 | |
| SPRING VALLEY | $57,418 | $1,500 | | 57,400 | |
| MASON CITY | $43,160 | $1,500 | | 43,100 | |
| MARSEILLES | $50,175 | $1,500 | | 50,000 | |
| OGLESBY | $59,410 | $1,500 | | 59,300 | |
| NORMAL | $60,640 | $1,500 | | 60,000 | |
| TAYLORVILLE | $92,475 | $1,500 | | 92,000 | |
| PANA | $149,793 | $1,500 | | 139,000 | |
| PERU | $117,400 | $1,500 | | 99,000 | |
| STREATOR | $149,825 | | | 139,000 | |
| MACOMB | $135,954 | $1,500 | | 126,000 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Please note we were able to reduce our prices substantially on some of the larger projects because we obtained much better stone pricing after our original bids were submitted.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED

RAMCORP INC BAFO

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF 100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |
| BEARDSTOWN | $104,320 | $1,000 | Included | No Change | All Bids - Landscaping |
| CANTON | $58,880 | $1,000 | Included | No Change | Allowance Equals $1,000.00 |
| CARLINVILLE | $64,760 | $1,000 | Included | No Change | Costs in Excess of |
| VIRDEN | $52,672 | $1,000 | Included | No Change | $1,000.00 to be Addition |
| SHELBYVILLE | $81,200 | $1,000 | Included | No Change | to the Bid Price. |
| HOOPESTON | $87,854 | $1,000 | Included | No Change | |
| TUSCOLA | $96,854 | $1,000 | Included | No Change | |
| CHARLESTON | $65,980 | $1,000 | Included | No Change | |
| BRADLEY | $53,210 | $1,000 | Included | No Change | |
| BUSHNELL | $52,126 | $1,000 | Included | No Change | |
| PRINCETON | $68,732 | $1,000 | Included | No Change | |
| PAXTON | $51,975 | $1,000 | Included | No Change | |
| MENDOTA | $57,875 | $1,000 | Included | No Change | |
| LEWISTOWN | $55,322 | $1,000 | Included | No Change | |
| HAVANA | $84,220 | $1,000 | Included | No Change | |
| RUSHVILLE | $53,870 | $1,000 | Included | No Change | |
| SPRING VALLEY | $64,858 | $1,000 | Included | No Change | |
| MASON CITY | $49,720 | $1,000 | Included | No Change | |
| MARSEILLES | $56,185 | $1,000 | Included | No Change | |
| OGLESBY | $67,188 | $1,000 | Included | No Change | |
| NORMAL | $68,480 | $1,000 | Included | No Change | |
| TAYLORVILLE | $103,425 | $1,000 | Included | No Change | |
| PANA | $165,323 | $1,000 | Included | No Change | |
| PERU | $130,280 | $1,000 | Included | No Change | |
| STREATOR | $165,725 | $1,000 | Included | No Change | |
| MACOMB | $150,326 | $1,000 | Included | No Change | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

**INTENT TO AWARD - OVER $25,000**

**August 22, 1997**

**CERTIFIED MAIL P 356 191 449**
**RETURN RECEIPT REQUESTED**

**RAMCORP, INC.**
**421 North Water Street**
**Wilmington, IL 60481-1188**

**Dear Gentlemen:**

**SUBJECT:** **Notice of Intent to Award - Contract #16-1550-96-B-5148**
**Bradley IL Main Office (Installation of Handicap Ramp - $53,210.00)**

Enclosed is the formal contract document in duplicate, requiring your signature on the original and one copy. Also, enclosed are two copies of Performance and Payment Bonds which must be executed by a bonding company that has been approved by the Department of Treasury. The **performance bond** must be executed in a penal amount of **100%** of the total contract price and the **payment bond** must be executed in a penal amount of **50%** of the total contract price. Please sign and affix your corporate seal on all copies. The above-referenced documents are to be returned **Attention**: Sam Southern, Project Manager within **ten** calendar days from the date of receipt of this letter.

In accordance with Section H, INSURANCE, Clause 7-4, the contractor must maintain and furnish evidence of workers' compensation, employers' liability insurance, general public liability and automobile liability insurance. The policy must contain a 30-day advance notification of any reduction in or cancellation of the policy for any reason, including non-payment of premiums.

This letter does not constitute award or notice to proceed. Any preliminary work, such as mobilization of work forces, material or equipment orders, contracts, planning and subcontracting prior to your receipt of the notice to proceed is done at your own risk and is not the responsibility of the U.S. Postal Service.

Upon receipt and acceptance of the signed contract documents, bonds and insurance certificates, we will fully execute the formal contract and forward a copy to you for your records. We will, at the same time, establish a time for the preconstruction conference and advise you as to when the **Notice to Proceed** will be issued.

If you have any questions, please feel free to contact Sam Southern at (708) 563-7214.

Sincerely,

**Robert A. Rigsby**
**Contracting Officer**

**cc:** **Project Manager**

FILE COPY

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204



SWS
9/22/97

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

**Receipt of Bonds / Notice to Proceed**

OCTOBER 23, 1997

CERTIFIED MAIL P 351 217 073
RETURN RECEIPT REQUESTED

RAMCORP INC.
421 N. WATER STREET
WILMINGTON, IL 60481-1188

Dear Gentlemen:

SUBJECT: Bradley, IL Main Office (Installation of Handicap Ramp).
CONTRACT NUMBER - 16155-96-B-5148

We have received the **payment bond, performance bond**, and signed contract documents pertaining to subject contract. The documents are acceptable to the U.S. Postal Service in the amount of $53,210.00. Your copy of the executed contract is enclosed, This letter of authorization to **proceed** with the work is in accordance with the terms an conditions of the contract. The contract requires completion within (180) calendar days after the date of receipt of this **Notice to Proceed.** Please set your work schedule accordingly, to avoid any delay. Enclosed is a Department of Labor **Form WH-347** and **PS Form 4211-B** (Payment). When requesting payment please complete, sign and date both **Form WH-347** and **PS Form 4211-B.** Attach your (Request for Payment) on your office letterhead, signed and dated,, marked ATTN: Samuel Southern for review and recommendation fro payment, He will then forward these documents to the Contracting Officer for payment.

I urge you to thoroughly familiarize yourself with the terms of the contract. Samuel Southern, has been designated Project Manager for this project. If you have any questions he can be reached at (708) 563-7214. I wish to call special attention to the fact, that **only** the contracting officer can authorize changes to the basic agreement when total price or time for completion is affected according to the authorities and limitations of contracting authority. All correspondence pertaining to the agreement should be directed to the project manager in writing.

This notification is sent to you in **duplicate** with the request that you acknowledge receipt of the U.S. Postal Service copy and return it promptly.

Sincerely,

Robert A. Rigsby
Contracting Officer

RECEIPT ACKNOWLEDGED:
NAME: Lawrence E Ramp
DATE: 11/21/97

Enclosure: Ps Forms 4211-B, WH-347

cc: Project Manager



6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

UNITED STATES POSTAL SERVICE.

# Offer and Award
## Simplified Construction

Facility BRADLEY, IL - MAIN OFFICE

Project INSTALLATION OF HANDICAP RAMP

| 1. Contract Number | 2. Solicitation Number | 3. Project # | 4. Socio/Economic |
|---|---|---|---|
| 161550-96-B-5148 | 161550-97-A-0032 | J48300 | |

5. a. Issued by

CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

5. b. For Information call (No Collect Calls)

ROBERT RIGSBY
(708) 563 - 7202

6. a. Offeror/Contractor

RAMCORP INC
421 N WATER STREET
WILMINGTON, IL 60481-1188

b. Contact Name: LAWRENCE
c. Telephone Number: (815)476-7961
d. TIN: 36-3055641
e. Parent TIN:
TIN = Taxpayer Identification Number

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

**See Section C**

8. Items & Prices/General Description of Requirement

RE:
INSTALLATION OF HANDICAP RAMP

DEMOLITION
EXCAVATION
BACKFILL
CONCRETE
STEEL HANDRAILS
LANDSCAPING ALLOWANCE OF $1,000.00

TOTAL IN WORDS: FIFTY THREE THOUSAND TWO HUNDRED & TEN DOLLARS 00/100

$53,210.00

SEP 20 8 00 AM '97

TOTAL: $ 53,210.00 in words FIFTY THREE THOUSAND TWO HUNDRED & TEN DOLLARS 00/10

Performance Time in Calendar Days (180)

9. Optional Provisions/Clauses listed below are applicable to this contract:

Section G: FB-243 Section G: FB-259 Section K: OA-12 Section K: OA-5 Section E: OB-21 Section H: 7-4

10. Billing Instructions (Submit Invoices to) BETTY L CHEARS
CENTRAL ILL. DISTRICT
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

0365

| 11. Contractor Signature: | Date: | 12. US Postal Service Signature | Date: |
|---|---|---|---|
| Lawrence E Rampa | 9/10/97 | Robert A Rigsby | 11-19-97 |

Name of Person Authorized to sign: LAWRENCE E RAMPA PRES.

Name of Contracting Officer: ROBERT A RIGSBY

TABLE OF CONTENTS

PAGE

US POSTAL SERVICE SOLICITATION

U.S.POSTAL SERVICE: OFFER AND AWARD . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PART 1 - SCHEDULE

SECTION A - ITEMS AND PRICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

A.1 REQUIRED BOND AMOUNTS (Clause FB-201) Alternate I (November 1988) . . . . . 2
A.2 ACKNOWLEDGMENT OF AMENDMENTS (Clause OB-199) (August 1988) . . . . . 2

SECTION B - SPECIFICATIONS/STATEMENT OF WORK . . . . . . . . . . . . . . . . . . . . . 3

B.1 STATEMENT OF WORK/SPECIFICATIONS (Clause OB-7) (June 1988) . . . . . . . 3
B.2 ENGLISH LANGUAGE REQUIREMENT OF ON-SITE SUPERINTENDENT (Clause OB-38) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

SECTION C - DELIVERY/PERFORMANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

C.1 NOTICE OF DELAY (Clause B-15) (May 1994) . . . . . . . . . . . . . . . . . . . . . . . . . 3
C.2 SUSPENSIONS AND DELAYS (Clause B-16) (May 1994/Interim) . . . . . . . . . . . . . 3
C.3 EXCUSABLE DELAYS (Clause B-19) (October 1987) . . . . . . . . . . . . . . . . . . . . 3
C.4 SHOP DRAWINGS, COORDINATION DRAWINGS, AND SCHEDULES (Clause 11-20) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
C.5 RECORD "AS BUILT" DRAWINGS (Clause 11-21) (October 1987) . . . . . . . . . . . . 4
C.6 SPARE-PARTS DATA (Clause 11-22) (October 1987) . . . . . . . . . . . . . . . . . . . . 4
C.7 WARRANTY (CONSTRUCTION) (Clause 11-25) (October 1987) . . . . . . . . . . . . 4
C.8 SAMPLES (Clause 11-28) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
C.9 WORKING HOURS (CONSTRUCTION) (Clause FB-202) (June 1988) . . . . 5
C.10 NOTICE TO PROCEED (Clause FB-230) (June 1988) . . . . . . . . . . . . . . . . . . . . . . 5
C.11 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (Clause FB-236) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
C.12 OPTIONAL MATERIALS OR METHODS (CONSTRUCTION) (Clause FB-244) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

D.1 IDENTIFICATION OF CONTRACT DELIVERABLES (Clause OB-19) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

E.1 INSPECTION AND ACCEPTANCE--CONSTRUCTION) (CLAUSE 11-11) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
E.2 CONTRACTING OFFICER'S REPRESENTATIVE (COR) (Clause OB-21) Alternate IV (May 1994/Interim) . . . . . . . . . . . . . . . . . . . . . . . . . 6

SECTION F - PAYMENT AND FUNDING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

F.1 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (Clause FB-272) (May 1994/Interim) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
F.2 PAYMENT (CONSTRUCTION) (Clause 11-10) (August 1995/Interim) . . . . . . . . . 10