F.3 INVOICES (Clause B-20) (June 1988) . . . . . . . . . . 10
F.4 EQUITABLE ADJUSTMENTS (CONSTRUCTION) (Clause FB-271) (August 1988) . . . . . . . . . . 10

PART 2 - CLAUSES AND ATTACHMENTS

SECTION G - SPECIAL CLAUSES . . . . . . . . . . 11

G.1 PERFORMANCE AT OCCUPIED POSTAL PREMISES (Clause B-27) (October 1987) . . . . . . . . . . 11
G.2 CONDITIONS AFFECTING THE WORK (Clause 11-1) (October 1987) . . . . . . . . . . 11
G.3 DIFFERING SITE CONDITIONS (Clause 11-2) (October 1987) . . . . . . . . . . 11
G.4 PERFORMANCE OF WORK BY CONTRACTOR (Clause 11-3) (October 1987) . . . . . . . . . . 11
G.5 SUPERINTENDENCE BY CONTRACTOR (Clause 11-4) (October 1987) . . . 11
G.6 MATERIALS AND WORKMANSHIP (Clause 11-5) (June 1988) . . . . . . . . . . 12
G.7 USE OF PREMISES (Clause 11-6) (October 1987) . . . . . . . . . . 12
G.8 OTHER CONTRACTS (Clause 11-7) (October 1987) . . . . . . . . . . 12
G.9 SUBCONTRACTS (CONSTRUCTION) (Clause 11-8) (October 1987) . . . . . . . . . . 12
G.10 PERMITS AND RESPONSIBILITIES (Clause 11-9) (October 1987) . . . . . . . . . . 12
G.11 BUILDING CODES, FEES, AND CHARGES (Clause 11-12) (October 1987) . . . . . . . . . . 12
G.12 PROTECTION OF EXISTING VEGETATION, STRUCTURES, UTILITIES, AND IMPROVEMENTS (Clause 11-13) (October 1987) . . . . . . . . . . 12
G.13 HEAT (Clause 11-14) (October 1987) . . . . . . . . . . 12
G.14 DEBRIS AND CLEANUP (Clause 11-15) (October 1987) . . . . . . . . . . 13
G.15 MEASUREMENTS (Clause 11-16) (October 1987) . . . . . . . . . . 13
G.16 SURVEY MONUMENTS AND BENCH MARKS (Clause 11-17) (October 1987) . . . . . . . . . . 13
G.17 SPECIFICATIONS AND DRAWINGS (Clause 11-18) (October 1987) . . . . . . . . . . 13
G.18 STANDARD REFERENCES (Clause 11-19) (October 1987) . . . . . . . . . . 13
G.19 POSTAL SERVICE OCCUPANCY (Clause 11-24) (October 1987) . . . . . . . . . . 14
G.20 CHANGES (CONSTRUCTION) (Clause 11-26) (October 1987) . . . . . . . . . . 14
G.21 ACCIDENT PREVENTION (Clause 11-27) (June 1988) . . . . . . . . . . 14
G.22 ACCESS TO SITE (Clause OB-44) (June 1988) . . . . . . . . . . 14
G.23 IDENTIFICATION OF CONTRACTOR'S VEHICLES (Clause OB-45) (June 1988) . . . . . . . . . . 14
G.24 CONTROL OF EROSION, SEDIMENTATION, AND POLLUTION (Clause OB-49) (June 1988) . . . . . . . . . . 14
G.25 INDEMNIFICATION (Clause FB-203) (June 1988) . . . . . . . . . . 14
G.26 POSTAL SERVICE--PROPERTY (CONSTRUCTION) (Clause FB-234) (June 1988) . . . . . . . . . . 14
G.27 DEFINITION OF TERMS USED IN CONTRACT DOCUMENTS (CONSTRUCTION) (Clause FB-235) (June 1988) . . . . . . . . . . 15
G.28 ELEVATOR WORK--QUALIFICATIONS (CONSTRUCTION) (Clause FB-239) (June 1988) . . . . . . . . . . 15
G.29 SITE VISITS (CONSTRUCTION) (Clause FB-240) (June 1988) . . . . . . . . . . 15
G.30 FUEL STORAGE TANKS (CONSTRUCTION) (Clause FB-241) (June 1988) . . . . . . . . . . 16
G.31 U.S.D.A. QUARANTINED AREAS (CONSTRUCTION) (Clause FB-243) (June 1988) . . . . . . . . . . 16
G.32 POSTAL SERVICE-FURNISHED PROPERTY (Clause FB-255) Alternate I (September 1995/Interim) . . . . . . . . . . 16
G.33 USE OF BUILDING FACILITIES (Clause FB-259) Alternate II (September 1995/Interim) . . . . . . . . . . 16
G.34 BUILDER'S RISK INSURANCE (Clause FB-263) (March 1989) . . . . . . . . . . 16

SECTION H - GENERAL CLAUSES . . . . . . . . . . 16

H.l DEFINITIONS (Clause B-l) (June 1988) . . . . . . . . . . 16
H.2 ASSIGNMENT OF CLAIMS (Clause B-8) (October 1987) . . . . . . . . . . 16
H.3 CLAIMS AND DISPUTES (Clause B-9) (June 1988) . . . . . . . . . . 17
H.4 PRICING OF ADJUSTMENTS (Clause B-10) (October 1987) . . . . . . . . . . 17
H.5 TERMINATION FOR CONVENIENCE (Clause B-11) (October 1987) . . . . . . . . . . 17
H.6 TERMINATION FOR DEFAULT (Clause B-13) (October 1987) . . . . . . . . . . 19
H.7 EXAMINATION OF RECORDS (Clause B-14) (October 1987) . . . . . . . . . . 19
H.8 ADVERTISING OF CONTRACT AWARDS (Clause B-25) (June 1988) . . . . . . . . . . 19
H.9 GRATUITIES (Clause 1-5) (October 1987) . . . . . . . . . . 19
H.10 CONTINGENT FEES (Clause 1-6) (October 1987) . . . . . . . . . . 19
H.11 POSTAL SERVICE PROPERTY--FIXED PRICE (Clause 2-11) (October 1987) . . . . . . . . . . 19
H.12 POSTAL SERVICE PROPERTY FURNISHED "AS IS" (Clause 2-14) (October 1987) . . . . . . . . . . 21
H.13 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (Clause 5-22) (July 1995) . . . . . . . . . . 21
H.14 SUBCONTRACTOR COST OR PRICING DATA (Clause 5-23) (October 1987) . . . . . . . . . . 21
H.15 BANKRUPTCY (Clause 6-1) (January 1991) . . . . . . . . . . 21
H.16 ADDITIONAL BOND SECURITY (Clause 7-2) (October 1987) . . . . . . . . . . 21
H.17 DEPOSIT OF ASSETS INSTEAD OF SURETY BONDS (Clause 7-3) (December 1989) . . . . . . . . . . 21
H.18 INSURANCE (Clause 7-4) (June 1988) . . . . . . . . . . 21
H.19 FEDERAL, STATE, AND LOCAL TAXES--SHORT FORM (Clause 7-7) (June 1988) . . . . . . . . . . 22
H.20 CONFLICT OF INTEREST (Clause 8-2) (October 1987) . . . . . . . . . . 22
H.21 RECORDS OWNERSHIP (Clause 8-5) (October 1987) . . . . . . . . . . 22
H.22 ORGANIZATIONAL CONFLICT OF INTEREST (Clause 8-14) (October 1987) . . 22
H.23 AUTHORIZATION AND CONSENT (Clause 9-2) (October 1987) . . . . . . . . . . 23
H.24 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (Clause 9-3) (October 1987) . . . . . . . . . . 23
H.25 PATENT INDEMNITY (Clause 9-4) (October 1987) . . . . . . . . . . 23
H.26 PARTICIPATION OF SMALL, MINORITY-OWNED, AND WOMAN-OWNED BUSINESSES (Clause 10-1) (December 1989) . . . . . . . . . . 23
H.27 CONVICT LABOR (Clause 10-3) (October 1987) . . . . . . . . . . 23
H.28 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (Clause 10-4) (April 1989) . . . . . . . . . . 23
H.29 DAVIS-BACON ACT (Clause 10-5) Alternate I (April 1989) . . . . . . . . . . 24
H.30 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--SAFETY STANDARDS (Clause 10-7) (April 1989) . . . . . . . . . . 26
H.31 EQUAL OPPORTUNITY (Clause 10-9) (October 1987) . . . . . . . . . . 26
H.32 AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (Clause 10-10) (October 1987) . . . . . . . . . . 27
H.33 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (Clause 10-15) (October 1987) . . . . . . . . . . 29
H.34 AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (Clause 10-16) (July 1995) . . . . . . . . . . 29
H.35 PREFERENCE FOR DOMESTIC CONSTRUCTION MATERIALS (Clause 10-18) (December 1989) . . . . . . . . . . 30
H.36 DRUG-FREE WORKPLACE (Clause 10-20) (December 1989) . . . . . . . . . . 30
H.37 ORDER OF PRECEDENCE (Clause B-29) (September 1995/Interim) . . . . . . . . . . 31
H.38 HANDLING OF ASBESTOS INSTULATION (REPAIR& ALTERATION PROJECT) (Clause F2-273) (March 1989) . . . . . . . . . . 31

SECTION I - LIST OF ATTACHMENTS . . . . . . . . . . 32

PART 3 - SOLICITATION PROVISIONS

SECTION J - INSTRUCTIONS TO OFFERORS . . . . . . . . . . 33

J.1 TYPE OF CONTRACT (Provision 5-1) (October 1987) . . . . . . . . . . . . . . . . . . . . 33
J.2 INFORMATION ON "EQUAL" PRODUCTS (Provision OA-1) (June 1988) . . . . . . . 33
J.3 PREPROPOSAL CONFERENCE (Provision OA-7) (June 1988) . . . . . . . . . . . . . . 33

SECTION K - SOLICITATION NOTICES AND PROVISIONS . . . . . . . . . . . . . . . . . . . . 33

K.1 PREPARATION OF PROPOSALS
(Provision A-1) Alternate II (March 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
K.2 SUBMISSION OF PROPOSALS (Provision A-2) (October 1987) . . . . . . . . . . . . 33
K.3 MODIFICATION OR WITHDRAWAL OF PROPOSALS
(Provision A-3) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
K.4 LATE SUBMISSIONS AND MODIFICATIONS OF PROPOSALS
(Provision A-4) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
K.5 ACKNOWLEDGMENT OF SOLICITATION AMENDMENTS
(Provision A-5) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
K.6 EXPLANATION TO PROSPECTIVE OFFERORS
(Provision A-6) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
K.7 RESTRICTION ON DISCLOSURE AND USE OF DATA
(Provision A-7) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
K.8 AWARD WITHOUT DISCUSSIONS (Provision A-9) (October 1987) . . . . . . . . . . . 34
K.9 LABOR INFORMATION (Provision A-13) (October 1987) . . . . . . . . . . . . . . . . . . . 34
K.10 FAILURE TO SUBMIT PROPOSAL (Provision A-14) (October 1987) . . . . . . . . . . . 34
K.11 PROTESTS (Provision A-15) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . 34
K.12 BRAND NAME OR EQUAL (Provision 2-4) (February 1992) . . . . . . . . . . . . . . . . . 34
K.13 PERFORMANCE BOND REQUIREMENTS (Provision 7-2) (October 1987) . . . . . . 35
K.14 PAYMENT BOND REQUIREMENTS (Provision 7-3) (October 1987) . . . . . . . . . . . 35
K.15 DEPOSIT OF ASSETS REQUIREMENTS (Provision 7-5) (October 1987) . . . . . . . 35
K.16 NOTICE OF REQUIREMENT FOR EQUAL OPPORTUNITY AFFIRMATIVE
ACTION (Provision 10-6) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
K.17 POSTAWARD ORIENTATION CONFERENCE
(Provision OA-5) ALTERNATE I (March 1989) . . . . . . . . . . . . . . . . . . . . . . . . . 35
K.18 ACCESS TO POSTAL BUILDINGS (Provision OA-12) (March 1989) . . . . . . . . . . . 35

SECTION L - REPRESENTATIONS AND CERTIFICATIONS . . . . . . . . . . . . . . . . . . . . 36

L.1 TYPE OF BUSINESS ORGANIZATION (Provision A-20) (December 1989) . . . . . . 36
L.2 PARENT COMPANY AND TAXPAYER IDENTIFICATION NUMBER
(Provision A-21) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
L.3 AUTHORIZED NEGOTIATORS (Provision A-22) (October 1987) . . . . . . . . . . . . . 37
L.4 PLACE OF PERFORMANCE (Provision A-23) (October 1987) . . . . . . . . . . . . . . . . 37
L.5 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION
(Provision 1-1) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
L.6 CONTINGENT FEE REPRESENTATION (Provision 1-2) (October 1987) . . . . . . . 37
L.7 CERTIFICATION OF NONSEGREGATED FACILITIES
(Provision 10-3) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
L.8 EQUAL OPPORTUNITY AFFIRMATIVE ACTION PROGRAM
(Provision 10-4) (April 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
L.9 BUY AMERICAN CERTIFICATE--CONSTRUCTION MATERIALS
(Provision 10-8) (October 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

SECTION M - EVALUATION AND AWARD FACTORS . . . . . . . . . . . . . . . . . . . . . . . . 39

M.1 CONTRACT AWARD (Provision A-8) (December 1989) . . . . . . . . . . . . . . . . . . . 39
M.2 CONTRACT AWARD AND PROPOSAL EVALUATION
(Provision OA 16) (June 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

# BROOKFIELD DOCK ENCLOSURE

**U.S. POSTAL SERVICE: OFFER AND AWARD (CONSTRUCTION)**
**SIMPLIFIED PURCHASE CONTRACT**

**1. CONTRACT NO.16-1550-96-B-5012** **2. SOLICITATION NO. 161550-96-A-0017**
**3. PROJECT NO.J05659** **4. SOCIO/ECONOMIC. B**

---

5. a. ISSUED BY
U.S. Postal Service
Central Illinois District
6801 W. 73rd Street
Bedford Park, Il 60499-9991

b. FOR INFORMATION CALL:
Name: Betty L. Chears
Title: A/ Contract Technician

Telephone: (708) 563-7224
(NO COLLECT CALLS)

---

6. A. OFFEROR/CONTRACTOR

JANICE BUILDING CORPORATION
2201 HIGGINS ROAD
ELK GROVE, IL 60007 - -2631

b. CONTACT NAME: R.L.. SCHAG
c. Telephone: (708) 427-0249
d. FAX:
e. TIN* 36-1705751
Parent TIN:
f. Remittnace Name and / or Address (if different from above)

TIN=TAXPAYER identification Number

---

DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

---

ITEMS & PRICES /GENERAL DESCRIPTION OF REQUIREMENT:

The contractor agrees to perform all work included or ordered pursuant to and in accordance with the terms and conditions of the contract. FOR CONSTRUCTION OF NEW ENCLOSURE, INCLUDES CARPENTRY, MASONRY, CONCRETE, ROOFING, STEEL, PLUMBING AND ELECTRIC.

**BROOKFIELD, IL 60513-9998**

**Total: $64,632.00** **AMOUNT IN WORDS**
**SIXTY FOUR THOUSAND SIX HUNDRED & THIRTY TWO DOLLARS & NO CENTS**

**Calendar Days: 30**

---

9. Optional Provisions/Clauses listed below are applicable to this contract:
FB-243, USDA Quarantined Areas, FB-259, Use of Building Facilities, OA-5, postaward Orientation /conference, OA-12, access to Postal Buildings, OA-21, Contracting Officers Representative< ((COR)), 7-4 Insurance, 11-23, Construction Progress Chart

---

10. BILLING INSTRUCTIONS **(Submit Invoices to):**
CENTRAL IIL DISTRICT
ADMINISTRATIVE SERVICES
6801 W. 73RD STREET
BEDFORD PARK, IL 60499-9991
ATTN: BETTY L. CHEARS

---

11. SIGNATURE: OFFERTOR/CONTRACTOR

[signature]
Signature

Date

G E Sobczak
TYPED/PRINTED NAME OF PERSON

Sec
TITLE

US POSTAL SERVICE

[signature]
Signature

8/2/96
Award Date

**Robert A. Rigsby**
NAME OF CONTRACTING OFFICER

# JANICE'oUILDING CORPOR. .TION

2201 HIGGINS ROAD • ELK GROVE, ILLINOIS 60007
708-427-0249

AM FERNANDEZ & ASSOCIATES
826 Lincoln Av
La Grange Highlands IL, 60525

JAN071296

July 12, 1996

Job Name USPS - DOCK ...

Location BROOKFIEL...

For construction of the new enclosure as shown on plan dated 06/24/96 Sheets A1 - A2 including carpentry, masonry, concrete, roofing, steel, miscellaneous plumbing and electric

| | |
|---|---|
| Carpentry | $ 4,940.00 |
| [illegible] | 10,190.00 |
| ...asonry | 6,700.00 |
| C...crete | 7,700.00 |
| D...lition | 4,000.00 |
| P...bing | 4,200.00 |
| E...ctrical | 4,700.00 |
| D... | 6,956.00 |
| Miscellaneous | 500.00 |
| HV... ...tractor | 3,400.00 |
| R... | 3,200.00 |
| | $ 56,486.00 |
| O... & Profit | 6,256.00 |
| | $ 6?,752.00 |

If the third door ... ...red ... and controls
Add ... 00

f 64632

... DED ... our painting, permits
PAYMENT TERMS Monthly draws and final payment no later than ... after completion

Prices quoted ... 5 days are subject to change due to expected roofing material in...ses This proposal is ... in one continuous operation The protection of roof openings required by OSHA will be ... others In the event your insurance requirements are to ... additional insureds add $... 

AMOUNT_______
...PTED BY_______
DATE_______

...ICE ...ILDING CORPORATION

R L Schag

rls ...

UNITED STATES POSTAL SERVICE

**REQUEST, PROPOSAL, AND ACCEPTANCE CONTRACT MODIFICATION**

**MODIFICATION NO: 1**

| ROJECT: | 2. CONTRACTOR | 3. PROJECT NUMBER | 4. REQUEST NO: |
|---|---|---|---|
| BROOKFIELD, IL MAIN OFFICE<br>3731 PRAIRIE AVE<br>BROOKFIELD, IL 60513-9998 | JANICE BUILDING CORPORATION<br>2201 HIGGINS ROAD<br>ELK GROVE, IL 60007-2631 | J05659 | |
| | | 5. CONTRACT NO:<br>161550-96-B-5012 | 6. REQUEST DATE:<br>06/04/97 |

7. REQUEST: CONTRACTOR IS REQUESTED TO SUBMIT A PROPOSAL FOR THE CHANGE(S) DESCRIBED IN BLOCK 9 AS A MODIFICATION TO THE ABOVE REFERENCED CONTRACT.

DATE REQUESTED BY.:

8. ISSUED BY:

**ADMINISTRATIVE SERVICE**
**CENTRAL IL, DISTRICT**
**6801 W. 73RD ST. ROOM 223**
**BEDFORD PARK, IL 60499-9991**

PROJECT MANAGER/RESIDENT ENGINEER SIGNATURE

9. DESCRIPTION OF CHANGES

MODIFICATION OF CONTRACT # 161550-96-B-5012

RE: BROOKFIELD, IL MAIN OFFICE - MOD NO. 1 REVISED
RE: DOCK DOORS

JUN 16 1997

This is a revised scope of work for the enlargement of the building and the deletion of the masonry work, steel, and doors. Additional carpentry, l, concrete, demolition, and electrical work. Net change to contract $27,181.65

**TOTAL <u>$27,181.65</u>**

**<u>The completion time remains unchanged</u>.**
The contractor hereby agrees the compensation provided by this modification constitutes full and complete satisfaction for all costs including, but not limited to, applicable interest, impact and delay costs, and additional contract completion time which either has been or will be incurred in performing al work described by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 4, as heretofore changed, remain in full force and effect this modification. Except as provided herein, all terms and conditions of the document referenced in Block 4, as heretofore changed, remain in full force and effect.

10. THE UNDERSIGNED CONTRACTOR PROPOSES TO PERFORM THE WORK DESCRIBED IN BLOCK 9 ABOVE FOR:

- [x] AN INCREASE IN THE CONTRACT PRICE OF $ THE DETAILED BREAKDOWN ATTACHED.
- [ ] A DECREASE IN THE CONTRACT PRICE OF $ PER THE DETAILED BREAKDOWN ATTACHED
- [ ] NO CHANGE IN THE CONTRACT PRICE, PER THE DETAILED BREAKDOWN ATTACHED.
- [ ] A INCREASE IN THE PERIOD PERFORMANCE OF DAYS .
- [ ] A DECREASE IN THE PERIOD PERFORMANCE OF DAYS, PER THE ATTACHED SCHEDULE.
- [X] NO CHANGE IN THE PERIOD OF PERFORMANCE.

| AUTHORIZED SIGNATURE (CONTRACTING OFFICER) | DATE: | PROPOSAL SUBMITTED BY: Mr. Andy Fernandez |
|---|---|---|

12. CONTRACTOR'S ACCEPTANCE

NOTE: NO SIGNATURE REQUIRED BELOW IF THE ACCEPTED PRICE AND TIME IN BLOCK 13 AGREE WITH THE CONTRACTOR'S PROPOSAL AS STATED IN BLOCK 10.

13. USPS ACCEPTANCE

| | |
|---|---|
| USPS ACCEPTANCE PRICE THIS MODIFICATION: | $ 27,181.65 |
| PREVIOUS CONTRACT PRICE: | $ 64,632.00 |
| REVISED CONTRACT PRICE: | $ 91,813.65 |
| TIME GRANTED | N/A |
| REVISED COMPLETION DATE: | |

| NAME & TITLE OF AUTHORIZED PERSON: (TYPE OR PRINT) | | NAME OF CONTRACTING OFFICER: | |
|---|---|---|---|
| X DONALD L. SCHAG (AGENT) | | Robert A. Rigsby | |
| SIGNATURE: | DATE SIGNED: | SIGNATURE: | DATE SIGNED: |
| X [signature] | X 6/16/97 | [signature] | 6-10-97 |

UNITED STATES POSTAL SERVICE

# Facilities Department
# Contract Order/Modification

1. odification Number | to Contract Number 161550-96-B-5012

| | | |
|---|---|---|
| Modification Date 05/15/98 | b. Project J05659 | c. Facility Name: |

| | |
|---|---|
| 3. Contractor<br>JANICE BUILDING CORPORATION<br>2201 HIGGINS ROAD<br>ELK GROVE IL 60007-2631 | 4. Issued By<br>CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991<br><br>Contact SAMUEL W SOUTHERN<br>(708) 563-7214 |

5. The above numbered Contract/order is modified as set forth in block 6, by change order issued persuant to authority of:

Performance period extended by 30 calendar days as a result of this modification.

6. Description of Modification:

7. Accounts Payable Data is changed:

| | |
|---|---|
| Previous Grand Total: | $64,632.00 |
| Value of Modification: | $27,181.65 |
| New Grand Total: | $91,813.65 |

| | | | |
|---|---|---|---|
| 8. ractor Signature | Date Signed | U.S. Postal Service Signature | Date Signed |
| Name of person authorized to sign | | Contracting Officer ROBERT A RIGSBY | |



DEXMOD, June 1994 - 20260-6425, Rev 8.00

JANI~~ BUILDING CORP~ :ATION

2201 HIGGINS ROAD • ELK GROVE, ILLINOIS 60007

708-427-0249

Mr. Andy Fernandez
A M FERNANDEZ & ASSOCIATES
826 Lincoln Av
LaGrange Highlands, IL 60525

N97-136

February 5, 1997

| | |
|---|---|
| JOB: | USPS - Dock Enclosure |
| LOCATION: | Brookfield, IL |
| ARCHITECT: | |
| DATE OF PLANS: | REVISED PLAN |

Thank you for considering Janice Building Corporation to quote on your building needs. We appreciate the trust you have shown in us.

Per the Revised Plans and scope of work we offer the following for your consideration. The revised scope of work includes the enlargement of the building and the deletion of the masonry work.

| **Original Contract** | | **Deduct** | **Add** |
|---|---|---|---|
| Carpentry | $ 4,940.00 | | $15,782.00 |
| Steel | $10,190.00 | $10,190.00 | $ 5,630.00 |
| Masonry | $ 6,700.00 | $ 6,700.00 | |
| Concrete | $ 7,700.00 | | $15,325.00 |
| Demolition | $ 4,000.00 | | $ 1,440.00 |
| Plumbing | $ 4,200.00 | | |
| Electrical | $ 4,700.00 | | $ 400.00 |
| Doors | $ 8,836.00 | $ 1,880.00 | |
| Misc. | $ 500.00 | | |
| HVAC | $ 3,400.00 | | |
| Roofing | $ 3,200.00 | | $ 1,600.00 |
| Crane | $ -0- | | $ 1,300.00 |
| Bumpers | $ -0- | | $ 1,642.00 |
| **TOTAL** | $58,366.00 | $18,770.00 ✓ | $43,119.00 ✓ |

| | | | |
|---|---|---|---|
| Original | $58,366.00 | **New Total** | $82,715.00 |
| Deduct | $18,366.00 | Overhead & Profit | $ 9,098.65 |
| Net amount | $39,596.00 | Total Contract Amount | $91,813.65 |
| Add | $43,119.00 | Previous Contract Amount | $64,632.00 |
| * **Total** | $82,715.00 | Net change to contract | $27,181.65 |



@ 2/7/97

General Contractors
2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-0196

July 23, 1996

Mr. Andy Fernandez
A.M. Fernandez & Associates
826 Lincoln Lane
La Grange Highlands, IL 60525

Dear Mr. Fernandez,

We propose to furnish the necessary labor and materials to provide the Excavation, Concrete, Masonry, Demolition, Structural Steel, Joists, Metal Deck, Roofing, HVAC, Electrical, Plumbing, Carpentry, Handrails, Overhead Doors, Hollow Metal and Finish Hardware, Painting, and Mail Box Relocation work for the New Dock Enclosure for the Brookfield USPS Facility at 3731 Prairie Ave., Brookfield, IL 60513 in accordance with sheets A1 and A2 dated 7/22/92

For the Sum of $ 77,512.00

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

RU/dl

RAMCORP, INC.

421 N. Water Street
Wilmington, IL 60481

815-476-7961 Phone
815-476-7964 Fax

# PROPOSAL

July 15, 1998

A.M. Fernandez & Associates
826 Lincoln Lane
LaGrange Highlands, IL 60525

Phone: 708-579-5191
Fax: 708-579-5191

ATTN: Andy Fernandez

RE: Brookfield Post Office

Dear Andy:

Thank you for the opportunity to provide the following quote to you for work at the Brookfield Post Office.

We propose to furnish all material and labor necessary to complete the following:

1. Demolish existing wood canopy and sidewalk
2. Install new concrete ramp and railings
3. Install new roof and structural steel
4. Install two new overhead doors and one roll up door
5. Remove & reinstall three existing light fixtures, one existing outlet, and new wiring necessary for door motors
6. Remove and reinstall one HVAC roof top unit
7. Remove and reinstall one roof drain
8. Install new metal door and frame with hardware
9. Paint new walls, railings, and door
10. Install masonry
11. Provide performance bond

TOTAL FOR ABOVE WORKSCOPE: $85,700.00

RAMCORP, INC.

Lawrence E. Rampa

LER:slg

# BROOKFIELD RAMP

ULBRICH & ASSOCIATES, INC.
General Contractors
2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-0196

1 of 4

August 23, 1996

A.M. Fernandez & Associates
826 Lincoln Lane
LaGrange Highlands, IL 60525

Dear Sir,

We propose to furnish the necessary labor, materials and equipment to provide the General Construction work for the new handicapped ramp to be located at the Brookfield U.S. Post Office in accordance with drawing A1 dated 06/13/96 as prepared by A.M. Fernandez & Associates.

For the Sum of $ 58,500.00

The following clarifications are a part of this proposal:

1. The scope of work consists of demolition, excavation, concrete, masonry, handrails, glass & aluminum, sliding door package, carpentry (including door, frame & hardware), electrical and dampproofing.

2. We do include the cost of a performance bond.

3. We include an allowance of $1,000 for landscape renovation.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

# JANICE BUILDING CORPORATION

2201 HIGGINS ROAD • ELK GROVE, ILLINOIS 60007
708-427-0249

2 of 4

A.M. FERNANDEZ & ASSOCIATES
826 Lincoln Av
LaGrange Highlands, IL 60525
ATTN: Andy Fernandez

JAN 96-2231

August 26, 1996

JOB NAME: ADA Ramp USPS

LOCATION: Brookfield, IL

DATE OF PLANS: 06/13/96

To furnish and install the shown brickwork, concrete work, railing and necessary concrete demolition work.
COST: $64,500.00

*NOT INCLUDED:* Finish painting of railings, finish landscaping, new entry doors, door hardware, door demolition, removal of sign, removal of mailboxes.

Prices quoted, unless accepted within 15 days, are subject to change due to expected roofing material increases.

This proposal is also based on job readiness in one continuous operation. The protection of roof openings required by OSHA will be the responsibility of others. In the event your insurance requirements are to include "additional insureds" add $175.00 per insured. The back of this document is integrated into the terms and conditions of the face of this contract.

AMOUNT ____________________
ACCEPTED BY ____________________
DATE ____________________

JANICE BUILDING CORPORATION

____________________
R.L. Schag

RLS/jt

WANER ENTERPRISES, INC.

10150 VIRGINIA AVE., UNIT "J"
CHICAGO RIDGE, IL 60415-1380
PHONE: (708) 423-8200
FAX: (708) 423-8377

August 26, 1996

3 of 4

AFA
826 Lincoln Lane
LaGrange Highlands, Illinois 60525

Re: **Brookfield Post Office Ramp @ 3137 Prairie Ave.**

Attn.: Andrew M. Fernandez, Architect

Dear Mr. Fernandez;

Our pricing is based on drawings as prepared by **A.M. Fernandez & Associates.**, which are labeled as Sheet A.1, dated 6/13/96. The total cost for the new construction work is **$ 59,874.00**. Our work includes, but is not necessarily limited to the following:

*General Conditions and Insurance; Excavations and Fill with 3,000 lbs. soil bearing capacity at 48" below grade; Concrete Foundations, 4" Concrete Slabs; Stone Base; Masonry Face Brick ($300/1000 Material Allowance.), Clear Waterproofing Spray sealer over Masonry; Foundation Dampproofing; Structural Steel and Railings; Rough and Finish Carpentry; Solid Core Wood Doors; Sliding Aluminum Exterior Door (Stanley Duroglide 3000); Finish Hardware; Caulking; Painting, Lanscaping Restoration Allowance $1,000.00, Permit & Payment Bonds.*

**Base Bid Specifically Excludes:**
Permits and Fees, Existing Sidewalk Replacement, Testing and Winter Conditions.

Hoping the above is explained to your satisfaction, I remain,

Sincerely yours,
Waner Enterprises, Inc.

James L. Waner
President



CONTRACTOR/DEVELOPER

R 8/21/C

# U.S. POSTAL SERVICE: OFFER AND AWARD (CONSTRUCTION)
# SIMPLIFIED PURCHASE CONTRACT

**1. CONTRACT NO.161550-96-B-5119** **2. SOLICITATION NO. 161550-96-A-0036**
**3. PROJECT NO J05659** **4. SOCIO/ECONOMIC. B**

---

5. 'a. ISSUED BY
U.S. Postal Service
Central Illinois District
6801 W. 73rd Street
Bedford Park, Il 60499-9991

b. FOR INFORMATION CALL:
Name: Betty L. Chears
Title: A/ Contract Technician

Telephone: (708) 563-7224
(NO COLLECT CALLS)

---

6. A. OFFEROR/CONTRACTOR
WANER ENTERPRISES INC
10150 VIRGINIA AVE UNIT "J"
CHICAGO RIDGE, IL 60415-1380

b. CONTACT NAME : JAMES
c. Telephone (708) 423-8200
d. FAX: (708) 423-8377
e. TIN* 36-3086311

Parent TIN:
f. Remittnace Name and / or Address (if different from above)

TIN=TAXPAYER identification Number

---

DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

---

ITEMS & PRICES /GENERAL DESCRIPTION OF REQUIREMENT:

The contractor agrees to perform all work included or ordered pursuant to and in accordance with the terms and conditions of the contract. EXCAVATIONS & FILL WITH 3,000 LBS SOIL, CONCRETE FOUNDATIONS, CONCRETE SLABS, STONE BASE, MASONRY FACE BRICK, WATERPROOFING SEALER, STRUCTURAL STEEL AND RAILING, WOOD DOORS, ALUMINUM EXTERIOR DOOR, LANDSCAPING RESTORATION ETC.

**BROOKFIELD, IL 60513-9998**

**Total: $59,874.00**

**AMOUNT IN WORDS**
**FIFTY NINE THOUSAND EIGHT HUNDRED & SEVENTY FOUR DOLLARS & 00100**

**Calendar Days: (45)**

---

9. Optional Provisions/Clauses listed below are applicable to this contract:
FB-243, USDA Quarantined Areas, FB-259, Use of Building Facilities, OA-5, postaward Orientation /conference, OA-12, access to Postal Buildings, OA-21, Contracting Officers Representative< ((COR)), 7-4 Insurance, 11-23, Construction Progress Chart

---

10. BILLING INSTRUCTIONS **(Submit Invoices to):**
US POSTAL SERVICE
CENTRAL IL DISTRICT
6801 W. 73RD STREET
BEDFORD PARK, IL 60499-9991

ATTN: ROBERT A. RIGSBY

---

11. SIGNATURE: OFFERTOR/CONTRACTOR

[signature] 9-9-96
Signature Date

James L. Waner Pres
TYPED/PRINTED NAME OF PERSON AUTHORIZED TO SIGN OFFER
TITLE

US POSTAL SERVICE

[signature] 9-10-96
Signature Award Date

**Robert A. Rigsby**
NAME OF CONTRACTING OFFICER

0887

UNITED STATES POSTAL SERVICE.

Facilities Department

## Table Of Contents


### U.S. Postal Service Solicitation — Page

U.S. Postal Service: Offer And Award ..... 1

### Part 1-Schedule

**Section A-Items And Prices ..... 2**

A.1 Acknowledgment Of Amendments (Clause OB-199) (August 1988) ..... 2

*A.2 Below Applicable If Contract Exceeds $25,000* Required Bond Amounts (Clause OB-201) Alternate I (November 1988) ..... 2

**Section B-Specifications / Statement Of Work ..... 2**

B.1 Statement Of Work / Specifications (Clause OB-7) (June 1988) ..... 2

B.2 Attachments To Statement Of Work / Specifications (Clause OB-31) (June 1988) ..... 2

B.3 English Language Requirement Of On-Site Superintendent (Clause OB-38) (June 1988) ..... 2

**Section C-Delivery / Performance ..... 2**

C.1 Notice Of Delay (Clause B-15) (May 1994 / Interim) ..... 2

C.2 Suspensions And Delays (Clause B-16) (May 1994 / Interim) ..... 2

C.3 Excusable Delays (Clause B-19) (October 1987) ..... 2

*C.4 Below Applicable If Contract Exceeds $100,000* Liquidated Damages (Clause 2-10) (October 1987) ..... 3

C.5 Shop Drawings, Coordination Drawings, And Schedules (Clause 11-20) (October 1987) ..... 3

C.6 Record "As-Built" Drawings (Clause 11-21) (October 1987) ..... 4

*C.7 Below Applicable If Listed In Block 9, Page 1* Construction Progress Chart (Clause 11-23) (October 1987) ..... 4

C.8 Warranty (Construction) (Clause 11-25) (October 1987) ..... 4

C.9 Samples (Clause 11-28) (June 1988) ..... 4

C.10 Working Hours (Construction) (Clause FB-202) (June 1988) ..... 5

*C.11 Below Applicable If Contract Exceeds $25,000* Notice To Proceed (Clause FB-230) (June 1988) ..... 5

C.12 Commencement, Prosecution, And Completion Of Work (Clause FB-236) (June 1988) ..... 5

*C.13 Below Applicable If Listed In Block 9, Page 1* Superintendence Of Subcontractors (Construction) (Clause FB-237) (May 1994 / Interim) ..... 5

C.14 Optional Materials Or Methods (Construction) (Clause FB-244) (June 1988) ..... 5

*C.15 Below Applicable If Contract Exceeds $100,000* Exception To Completion And Liquidated Damages Schedules (Construction) (Clause FB-245) (June 1988) ..... 6

*C.16 Below Applicable If Listed In Block 9, Page 1* Construction Cost Estimate (Clause FB-247) (September 1995 / Interim) ..... 6

**Section D-Packaging And Marking ..... 6**

*(Reserved)*

**Section E-Inspection And Acceptance ..... 6**

*E.1 Inspection And Acceptance-Construction* (Clause 11-11) (October 1987) ..... 6

*E.2 Below Applicable If Listed In Block 9, Page 1* Contracting Officer's Representative (COR) (Clause OB-21) Alternate III (June 1988) ..... 6

**Section F-Payment And Funding ..... 6**

F.1 Payment (Construction) (Clause 11-10) (August 1995 / Interim) ..... 6

F.2 Invoices (Clause B-20) (June 1988) ..... 7

F.3 Equitable Adjustments (Construction) (Clause FB-271) (August 1988) ..... 7

### Part 2-Clauses And Attachments

**Section G-Special Clauses ..... 8**

G.1 Performance At Occupied Postal Premises (Clause B-27) (October 1987) ..... 8

G.2 Conditions Affecting The Work (Clause 11-1) (October 1987) ..... 8

G.3 Differing Site Conditions (Clause 11-2) (October 1987) ..... 8

G.4 Performance Of Work By Contractor (Clause 11-3) (October 1987) ..... 8

G.5 Superintendence By Contractor (Clause 11-4) (October 1987) ..... 8

G.6 Materials And Workmanship (Clause 11-5) (June 1988) ..... 8

G.7 Use Of Premises (Clause 11-6) (October 1987) ..... 9

G.8 Other Contracts (Clause 11-7) (October 1987) ..... 9

G.9 Subcontracts (Construction) (Clause 11-8) (October 1987) ..... 9

G.10 Permits And Responsibilities (Clause 11-9) (October 1987) ..... 9

G.11 Building Codes, Fees, And Charges (Clause 11-12) (October 1987) ..... 9


- 336 -

0911

UNITED STATES POSTAL SERVICE

Facilities Department


G.12 Heat
(Clause 11-14) (October 1987) .......... 9

G.13 Debris And Cleanup
(Clause 11-15) (October 1987) .......... 9

G.14 Measurements
(Clause 11-16) (October 1987) .......... 9

G.15 Specifications And Drawings
(Clause 11-18) (October 1987) .......... 10

G.16 Postal Service Occupancy
(Clause 11-24) (October 1987) .......... 10

G.17 Changes (Construction)
(Clause 11-26) (October 1987) .......... 10

G.18 Accident Prevention
(Clause 11-27) (June 1988) .......... 10

G.19 Access To Site
(Clause OB-44) (June 1988) .......... 10

G.20 Identification Of Contractor's Vehicles
(Clause OB-45) (June 1988) .......... 10

G.21 Control Of Erosion, Sedimentation, And Pollution
(Clause OB-49) (June 1988) .......... 11

G.22 Indemnification
(Clause FB-203) (June 1988) .......... 11

G.23 Definition Of Terms Used In Contract Documents (Construction)
(Clause FB-235) (June 1988) .......... 11

G.24 Site Visits (Construction)
(Clause FB-240) (June 1988) .......... 11

*G.25* *Below Applicable If Listed In Block 9, Page 1*
Use Of Building Facilities
(Clause FB-259) Alternate I (September 1995 / Interim) .......... 12

**Section H-General Clauses .......... 12**

H.1 Clauses Incorporated By Reference
(Clause FB-110) (June 1988) .......... 12

H.2 Definitions
(Clause B-1) (June 1988) .......... 13

H.3 Claims And Disputes
(Clause B-9) (June 1988) .......... 13

H.4 Pricing Of Adjustments
(Clause B-10) (October 1987) .......... 13

H.5 Termination For Convenience
(Clause B-11) (October 1987) .......... 13

H.6 Termination For Default
(Clause B-13) (October 1987) .......... 15

H.7 Change-Order Accounting
(Clause B-21) (October 1987) .......... 15

H.8 Advertising Of Contract Awards
(Clause B-25) (June 1988) .......... 15

*H.9* *Below Applicable If Contract Exceeds $25,000*
Additional Bond Security
(Clause 7-2) (October 1987) .......... 15

*H.10* *Below Applicable If Listed In Block 9, Page 1*
Insurance
(Clause 7-4) (June 1988) .......... 16

H.11 Federal, State, And Local Taxes (Short Form)
(Clause 7-7) (June 1988) .......... 16

H.12 Contract Work Hours And Safety Standards Act-Overtime Compensation
(Clause 10-4) (April 1989) .......... 16

H.13 Davis-Bacon Act
(Clause 10-5) (April 1989) .......... 16

H.14 Preference For Domestic Construction Materials
(Clause 10-18) Alternate I (December 1989) .......... 19

H.15 Order Of Precedence
(Clause B-29) (September 1995 / Interim) .......... 19

H.16 Handling Asbestos Insulation
(Clause FB-273) (March 1989) .......... 19

**Section I-List Of Attachments .......... 19**

## Part 3-Solicitation Provisions

**Section J-Instructions To Offerors .......... 20**

J.1 Type Of Contract
(Provision 5-1) (October 1987) .......... 20

J.2 Information On "Equal" Products
(Provision OA-1) (June 1988) .......... 20

*J.3* *Below Applicable If Listed In Block 9, Page 1*
Preproposal Conference
(Provision OA-7) (June 1988) .......... 20

*J.4* *Below Applicable If Listed In Block 9, Page 1*
Submission Of Proposal (Construction)
(Provision OA-15) (September 1995 / Interim) .......... 20

J.5 Submission Of Financial Statements
(Provision OA-27) (May 1995 / Interim) .......... 20

**Section K-Solicitation Notices And Provisions .......... 21**

K.1 Preparation Of Proposals
(Provision A-1) Alternate II (March 1989) .......... 21

K.2 Submission Of Proposals
(Provision A-2) (October 1987) .......... 21

K.3 Modification Or Withdrawal Of Proposals
(Provision A-3) (October 1987) .......... 21

K.4 Late Submissions And Modifications Of Proposals
(Provision A-4) (October 1987) .......... 21

K.5 Acknowledgment Of Solicitation Amendments
(Provision A-5) (October 1987) .......... 21

K.6 Explanation To Prospective Offerors
(Provision A-6) (October 1987) .......... 21

K.7 Restriction On Disclosure And Use Of Data
(Provision A-7) (June 1988) .......... 21

K.8 Contract Award
(Provision A-8) (February 1992) .......... 22

K.9 Award Without Discussions
(Provision A-9) (October 1987) .......... 22

K.10 Postal-Furnished Property Or Services
(Provision A-12) (October 1987) .......... 22

UNITED STATES POSTAL SERVICE

Facilities Department

K.11 Labor Information
(Provision A-13) (October 1987) ........ 22

K.12 Failure To Submit Proposal
(Provision A-14) (October 1987) ........ 22

K.13 Protests
(Provision A-15) (October 1987) ........ 22

K.14 Brand Name Or Equal
(Provision 2-4) (February 1992) ........ 22

*K.15* *Below Applicable If Listed In Block 9, Page 1*
Proposal Guarantee
(Provision 7-1) (June 1988) ........ 23

*K.16* *Below Applicable If Contract Exceeds $25,000*
Performance Bond Requirements
(Provision 7-2) (October 1987) ........ 23

*K.17* *Below Applicable If Contract Exceeds $25,000*
Payment Bond Requirements
(Provision 7-3) (October 1987) ........ 23

*K.18* *Below Applicable If Contract Exceeds $25,000*
Deposit Of Assets Requirements
(Provision 7-5) (October 1987) ........ 23

*K.19* *Below Applicable If Contract Exceeds $10,000*
Notice Of Requirement For Equal Opportunity Affirmative Action
(Provision 10-6) (October 1987) ........ 23

*K.20* *Below Applicable If Listed In Block 9, Page 1*
Postaward Orientation Conference
(Provision OA-5) Alternate I (March 1989) ........ 24

*K.21* *Below Applicable If Listed In Block 9, Page 1*
Access To Postal Buildings
(Provision OA-12) (March 1989) ........ 24

*K.22* *Below Applicable If Listed In Block 9, Page 1*
Notice Of Preaward Survey
(Provision OA-34) (June 1994 / Interim) ........ 24

*K.23* *Below Applicable If Listed In Block 9, Page 1*
Prequalified Sources Or Services Suppliers And Approved Products
(Provision OA-38) (June 1988) ........ 24

**Section L-Representations And Certifications ........ 25**

L.1 Type Of Business Organization
(Provision A-20) (December 1989) ........ 25

L.2 Parent Company And Taxpayer Identification Number
(Provision A-21) (October 1987) ........ 25

L.3 Authorized Negotiators
(Provision A-22) (October 1987) ........ 26

L.4 Place Of Performance
(Provision A-23) (October 1987) ........ 26

L.5 Certificate Of Independent Price Determination
(Provision 1-1) (October 1987) ........ 26

L.6 Contingent Fee Representation
(Provision 1-2) (October 1987) ........ 26

L.7 Certification Of Nonsegregated Facilities
(Provision 10-3) (October 1987) ........ 26

L.8 Buy American Certificate-Construction Materials
(Provision 10-8) (October 1987) ........ 27

L.9 Clean Air And Water Certification
(Provision 10-9) (October 1987) ........ 27

**Section M-Evaluation And Award Factors ........ 28**

*M.1* *Below Applicable If Listed In Block 9, Page 1*
Contract Award And Proposal Evaluation
(Provision OA-16) (June 1988) ........ 28

- 338 -

0913

CENTRAL ILLINOIS DISTRIC,

UNITED STATES
POSTAL SERVICE

**SEPTEMBER 18, 1996**

**CERTIFIED RETURN RECEIPT**
**P 534 720 372**

**WANER ENTERPRISES**
**10150 VIRGINIA AVENUE, UNIT "J"**
**CHICAGO RIDGE, IL 60415-1380**

**SUBJECT :** NOTICE TO PROCEED CONTRACT NO. 161550-96-B-5119

Dear Gentlemen:

Your performance and payment bonds and other contract documents have been received and are acceptable to the U. S. Postal Service. This letter is your authorization to proceed with the work in accordance with the terms and conditions of Contract No. 161550-96-B-5119. The contract requires completion within (45) calendar days after the date of receipt of the Notice to Proceed. Please set your work schedule accordingly to avoid any delay.

All work, reviews and contract administrative will be under the direction of the project manager. Andrew Fernandez Architect (708) 579-5191, has been designated the project manager. I wish to call special attention to the fact that **only** the contracting officer is authorized to make changes.

Enclosed are **Form 4211-B** to be completed for progress payments. For each such pay request, complete, sign, and date **Form 4211-B**. Attach your voucher (Request for Payment) on your office letterhead form, signed, and dated, to the **Form 4211-B** and submit to Andrew Fernandez to be reviewed and recommended for payment. Mr. Fernandez will send to the Attn.: Robert A. Rigsby for payment.

This notification is sent to you in duplicate with the request that you acknowledge receipt of the USPS copy and return it promptly.

Sincerely,

RECEIPT ACKNOWLEDGED:

NAME:__________________________

DATE:__________________________

**Robert A. Rigsby**
**Contracting Officer**

**ENCLOSURES:** FORM WH-347, FORM 4211-B

**CC:** PROJECT MANAGER



FAX:

# DOWNERS GROVE

ULBRICH & ASSOCIATES, INC.
General Contractors
2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-019

1 4 3

November 20, 1996

Mr. Andy Fernandez
A.M. Fernandez & Associates
826 Lincoln Avenue
LaGrange Highlands IL 60525

RE: USPS Facility
Downers Grove, IL

Dear Andy.

We are in receipt of sketches 1 through 4 showing a floor plan of the dock area and various wall details. Based upon these sketches and our meeting on the jobsite, we propose to furnish the necessary labor and materials to provide the demolition, carpentry, aluminum siding, hollow metal doors, frames, hardware, overhead doors, electrical, and concrete patching

For the Sum of $ 45,550.00

The follo- -alifications are a part of this proposal:

1. Based upon our conversation, we have figured to delete the steel angles and tube lintels and tie the walls to the existing columns with wood. We will also provide three (3) 2 x 12 headers over each overhead door.

2. If windows are desired in the insulated steel overhead doors, Add $ 100.00 each.

If you have any questions, please don't hesitate to call.

Yours very truly,

ULBRICH & ASSOCIATES, INC.

Rick Ulbrich
President

WANER ENTERPRISES, INC.

10150 VIRGINIA AVE., UNIT "J"
CHICAGO RIDGE, IL 60415-1380
PHONE: (708) 423-8200
FAX: (708) 423-8377

November 25, 1996

2 of 3

AFA
826 Lincoln Lane
LaGrange Highlands, Illinois 60525

Re: **Downer Grove Post Office Dock Enclosure. ( 920 Curtiss )**

Attn.: Andrew M. Fernandez, Architect

Dear Mr. Fernandez;

Our pricing is based on drawings as received by **A.M. Fernandez & Associates and as prepared by The U.S. Postal Service.**, which are labeled as Sheets 1 through 4, and are attached. The total cost for the new construction work is **$46,890.00**. Our work includes, but is not necessarily limited to the following:

*General Conditions, Bond and Insurance; Concrete patching (100 sf max.), Remove Steel dock Angle; Rough and Finish Carpentry, Including 2x6 Exterior Walls, 5/8" Exterior Grade Sheathing, T-111 Plywood, 2x6 Dock Railing Bumper, 1x6 Wood Trim and Wood Blocking; Insulation; (2) Hollow Metal Doors, Frames and Button Keyed Hardware; ¼" Non Insulated Vinyl Clad Siding; (5) - 24 ga.* ***Brown*** *Insulated Overhead Doors with Operators; Caulking; Painting of Doors and Siding (Color by Owner); Electrical from (Adequate Power Source).*

**Note:** *NO ADDITIONAL CHARGE FOR 20 GAUGE METAL STUDS.*

**Base Bid Specifically Excludes:**
Permits and Fees, Landscaping, Signs, Structural Steel, Testing and Winter Conditions.

Hoping the above is explained to your satisfaction, I remain,

Sincerely yours,
Waner Enterprises, Inc.

James L. Waner
President



CONTRACTOR / DEVELOPER

CENTRAL ILLINOIS DISTRICT
UNITED STATES POSTAL SERVICE

November 26, 1996

Waner Enterprises, Inc.
10150 Virginia Avenue, Unit "J"
Chicago Ridge IL 60415-1380

**Subject: Notice of Intent to Award**
**Dock Enclosure Downers Grove IL 60515-9998**

Gentlemen:

We are hereby notifying you of our intention to award a contract to your firm in the amount of $46,890.00 for the subject project. A copy of the proposed contract is enclosed for your use in obtaining bonds. Enclosed are two copies of Performance and Payment Bonds which must be executed by a bonding company that has been approved by the Department of Treasury. The performance bond must be executed in the penal amount of 100% of the total contract price and the payment bond must be executed in the penal amount of 50% of the total contract price. Please use the date of this letter or a later date for any dates required for completion of bonding documents.

In accordance with Section H, INSURANCE, Clause 7-4, the contractor must maintain and furnish evidence of workers' compensation, employers' liability insurance, general public liability and automobile liability insurance. The policy must contain a 30-day advance notification of any reduction in or cancellation of the policy for any reason, including non-payment of premiums.

This letter does not constitute award or notice to proceed beyond what was stated above. Any preliminary work, such as mobilization of work forces, material or equipment orders or contracts, planning, subcontracting, etc., prior to your receipt of the Notice to Proceed, is done at your own risk and is not the responsibility of the U. S. Postal Service.

The above-referenced documents are to be returned to the attention of Lois Gunlogson of this office within ten (10) calendar days from the date of receipt of this letter. Upon receipt and acceptance of the bonds and insurance certificates, we will fully execute the formal contract and forward a copy to you for your records. We will, at the same time, establish a time for the preconstruction conference and advise you as to when the Notice to Proceed will be issued.

Failure to consider this notice as confidential information until a public announcement has been made could result in delay of contract award.

Should you have any questions regarding this project, please feel free to contact this office at 708/563-7760.

Sincerely,

Robert A. Rigsby
Contracting Officer

UNITED STATES POSTAL SERVICE

# Offer and Award
## Simplified Construction

| | | | |
|---|---|---|---|
| Facility DOWNERS GROVE, IL - MAIN OFFICE | Project ENCLOSE DOCK & INSTALL DOCK DOORS | | |
| 1. Contract Number 16-1550-97-P-0013 | 2. Solicitation Number 161550-97-A-0037 | 3. Project # J57806 | 4. Socio/Economic |
| 5. a. Issued by<br>CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 | 5. b. For Information call *(No Collect Calls)*<br>LOIS GUNLOGSON<br>(708) 563 - 7760 | | |
| 6. a. Offeror/Contractor<br>WANER ENTERPRISES INC<br>10150 VIRGINIA AVE UNIT J<br>CHICAGO RIDGE, IL 60415-1380 | b. Contact Name: James Waner<br>c. Telephone Number: (708) 423-8200<br>d. TIN:<br>e. Parent TIN:<br>TIN = Taxpayer Identification Number | | |

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

**See Section C**

8. Items & Prices/General Description of Requirement

RE: DOWNERS GROVE POST OFFICE DOCK ENCLOSURE

General Conditions, Bond & Insurance; Concrete patching (100 sf max), Remove Steel dock Angle; Rough and Finish Carpentry, Including 2x6 Exterior Walls, 5/8" Exterior Grade Sheathing, T-111 Plywood, 2x6 Dock Railing Bumper, 1x6 Wood Trim and Wood Blocking; Insulation; (2) Hollow Metal Doors, Frames and Button Keyed Hardware, 3/4" Non Insulated Vinyl Clad Siding; (5)- 24 ga. Brown Insulated Overhead Doors with Operators; Caulking; Painting of Doors and Siding (Color by Owner); Electrical from (Adequate Power Source).
BASE BID SPECICALLY EXCLUDES: Permits & Fees, Landscaping, Signs, Stuctural Steel, Testing & Winter Conditions.
Total in Words: Forty Six thousand, Eight Hundred & Ninty Dollars. 00/100

TOTAL: $ 46,890.00 in words ____________

Performance Time in Calendar Days 30

9. Optional Provisions/Clauses listed below are applicable to this contract:

Section G: FB-243 Section G: FB-259 Section K: OA-12 Section J: OA-15 Section K: OA-5 Section E: OB-21 Section H: 10-6 Section H: 7-4

10. Billing Instructions (Submit Invoices to) BETTY L CHEARS
CENTRAL ILL. DISTRICT
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

| | | | |
|---|---|---|---|
| 11. Contractor Signature: [signature] | Date: 1-8-97 | 12. US Postal Service Signature [signature] | Date: 1-10-97 |
| Name of Person Authorized to sign [signature] | | Name of Contracting Officer<br>ROBERT A RIGSBY | |

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

3 December, 1996

Mr. Bob Rigsby, Manager
Admin. Services
6801 W 73rd St.
Bedford Park, Il. 60499-9991

Subject : Downers Grove P.O. Dock Enclosure.

Mr. Rigsby :

We are requesting the bid results for the subject solictation,in which our firm was a participant. in writing at your earliest convenience.

We understand this project may have recently been awarded.

Thank you in advance for your cooperation.

Sincerely,

Richard Battaglin
V. President

cc: Marty Teague, B.S.F.&L.

0253

10401 South 75th Avenue • Palos Hills, IL 60465 • Phone (708) 599-9407 •
Fax (708) 333-1826



Battaglin DEP. EX. NO. 82
FOR I.D., AS OF 6/11/04 R

LAW OFFICES
SAITLIN, PATZIK, FRANK & SAMOTNY LTD.
150 SOUTH WACKER DRIVE
SUITE 900
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 551-8300
FACSIMILE: (312) 551-1101

WRITER'S DIRECT DIAL NO.
(312)551-3053

December 17, 1996

IN REPLY REFER TO:
1944-002

**VIA CERTIFIED MAIL R/R & REGULAR MAIL**

Mr. Robert Rigsby
Manager, Administrative Services
United States Postal Service
Central Illinois District
6801 West 73rd Street
Bedford Park, Illinois 60499-9991

Re: **L.P. Consulting Group, Inc. Claim Concerning Downers Grove Post Office Dock Enclosure**

Dear Mr. Rigsby:

We have been retained to represent L.P. Consulting Group, Inc. ("L.P. Consulting") concerning its claims against the United States Postal Service ("USPS") in connection with your failure to award it a contract for construction of a dock enclosure at the Downers Grove Post Office.

On or about August 1, 1996, L.P. Consulting provided to you a bid and draft work order offering to perform the work set forth in the USPS solicitation concerning the Downers Grove Post Office Dock Enclosure. A copy of the draft work order is enclosed and marked as Exhibit A. L.P. Consulting learned informally that it was the low bidder on the project and assumed it would be awarded the contract by the USPS. It made arrangements to perform the contract by lining up subcontractors. On several occasions, including a meeting on November 19, 1996 at which you and Jesse McNabb of your office were present, Rich Battaglin of L.P. Consulting inquired whether he would be awarded the contract or whether the contract had yet been awarded and no response was made to his inquiry.

On December 3, 1996 Mr. Battaglin heard informally that the contract may have been awarded to another contractor and he requested bid results by letter to you of that date. A copy of that letter of December 3, 1996 to you is attached as Exhibit B for reference. L.P. Consulting has not received a response to that letter.

F:\WP51\1944\002\1944002.01/12/17/96/9:45am

L.P. Consulting hereby makes claim against the United States Postal Service through you as the contracting officer for damages which it has sustained resulting from the apparent failure to follow USPS procurement procedures with respect to the letting of the contract for the Downers Grove Post Office Dock Enclosure. L.P. Consulting would have earned approximately $10,000 in profit on this project had it been awarded the contract, and the amount of its claim is, therefore, $10,000.

In addition, we hereby renew L.P. Consulting's request pursuant to the Freedom of Information Act for bid results for the subject solicitation including a copy of the actual contract entered into by the USPS for the subject project. Further, we request your final decision concerning this claim promptly.

We thank you in advance for your attention to this matter.

Truly yours,

James T. Rohlfing

JTR:kmd
Enclosures

cc: L.P. Consulting Group, Inc.

F:\WP51\1944\002\1944002.01/12/17/96/9:45am

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96 B 0098 | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| DOWNERS GROVE P.O. DOCK | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>JESSE McNABB 563-7616 |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN PRICE |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | 4 1/2 x 4 1/2 x 3/8" STEEL TUBE | LS | 8,500.00 | 1 | 8,500.00 |
| 055 | 00 | 024 | EXPANSION ANCHORS 24" O.C. | EA | 4.68 | 48 | 224.64 |
| 055 | 00 | 052 | METAL FABRICATION | JOB | 140.40 | 1 | 140.40 |
| 055 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .83 | 180 | 149.40 |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 90 | 83.70 |
| 055 | 00 | 036 | WELDING | LF | 4.16 | 90 | 374.40 |
| [illegible] | 00 | 060 | ALUM. SIDING | SF | 4.16 | 800 | 3328.00 |
| [illegible] | 00 | 003 | 2X4 WOOD STUD | LF | 2.34 | 1,386 | 3243.24 |
| 061 | 00 | 008 | 2X6 FRAMING | LF | .15 | 1,386 | 207.90 |
| 061 | 00 | 067 | BLOCKING | BF | 1.48 | 93 | 137.64 |
| 061 | 00 | 080 | MISC. FINISH CARPENTER (2 MEN @ 8 HRS @ 3 DAYS) | HR | 29.96 | 48 | 1438.08 |
| 061 | 00 | 081 | MISC. ROUGH CARPENTER (2 MEN @ 8 HRS @ 2 DAYS) | HR | 20.52 | 32 | 656.64 |
| 062 | 00 | 052 | WOOD BASE | LF | 2.18 | 93 | 202.74 |
| 062 | 00 | 071 | PANELING PLYWOOD 1/2" | SF | 2.15 | 2036 | 4377.40 |
| 062 | 00 | 082 | EXTERIOR TRIM 1X6 | LF | 1.82 | 126 | 229.32 |
| 071 | 11 | 014 | CAULK | LF | .191 | 288 | 550.08 |
| 071 | 00 | 005 | VAPOR BARRIER (UNDER AL. SIDING TYVEK) | SF | .15 | 1,120 | 145.60 |
| 062 | 00 | 063 | WOOD TRIM 1X4 | LF | 1.44 | 228 | 328.32 |
| 072 | 10 | 010 | BATT INSUL. R19 | SF | .72 | 800 | 576.00 |
| NEGOCIATED | | | ADD TO ABOVE FOR R38 VALUE | SF | 1.14 | 800 | 912.00 |
| 076 | 31 | 019 | FLASHING ALUMINUM | SF | 2.81 | 278 | 781.18 |
| 081 | 00 | 046 | 3X7 INSUL. DOOR | EA | 350.00 | 3 | 1,050.00 |
| 081 | 00 | 066 | VISION LITE | EA | 44.00 | 3 | 132.00 |
| 082 | 11 | 006 | ADD FOR GLAZING | EA | 52.00 | 3 | 156.00 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 27,924.68 |
| MULTIPLIER | |
| TOTAL | |

- 348 -

[X] CONTINUED [ ] TOTAL WORK ORDER

EXHIBIT A

P. 006 FROM

| B 0098 | | DOCK | | | DOWNERS GROVE P.O. | 8/1/96 |
|---|---|---|---|---|---|---|
| QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | VF | TOTAL $ |
| SSOCIATED | | 3x7 DOOR FRAME 7 3/4 | EA | 160.00 | 3 | 480.00 |
| 00 | 124 | ADD FOR WELDED FRAMES | EA | 33.00 | 3 | 99.00 |
| 00 | 030 | HINGES N.R.P. BALL BEARING | PR | 84.87 | 4.5 | 381.92 |
| 00 | 109 | CLOSERS | EA | 230.88 | 3 | 692.64 |
| SSOCIATED | | PUSH BUTTON COMBO LOCK W/LEVER | EA | 1,146.68 | 2 | 2293.36 |
| 00 | 092 | LOCKSET | EA | 157.04 | 1 | 157.04 |
| SSOCIATED | | ADD FOR SPECIAL FUNCTION | EA | 130.00 | 1 | 130.00 |
| 60 | 061 | SCAFFOLDING | SF | .15 | 4500 | 675.00 |
| 60 | 021 | PROVIDE PROTECTION | SF. | .40 | 960 | 384.00 |
| SSOCIATED | | PROVIDE (4) 8'x8' INSULATED OVERHEAD | | | | |
| | | DOORS W/SPRINGS, ASTRAGAL, WEATHER | | | | |
| | | SEAL. (1) 10'x10' INSULATED OVERHEAD | | | | |
| | | DOOR W/SAME AS ABOVE W/115V 1/2 H.P. | | | | |
| | | MOTOR PNEUMATIC REVERSING EDGE | LS | 8,925.00 | 1 | 8,925.00 |
| SSOCIATED | | FURNISH & INSTALL WOOD JAMBS & HEAD | | | | |
| | | FOR (5) OVERHEAD DOORS | OPNG | 175.00 | 5 | 875.00 |
| | | SUBTOTAL THIS PAGE | | | | 15,092.96 |
| | | SUBTOTAL FROM PREVIOUS PAGE(S) | | 27,924.68 | | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 43,017.64 |
| MULTIPLIER | .85 |
| TOTAL | 36,564.99 |

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

3 December, 1996

Mr. Bob Rigsby, Manager
Admin. Services
6801 W 73rd St.
Bedford Park, Il. 60499-9991

Subject : Downers Grove P.O. Dock Enclosure.

Mr. Rigsby :

We are requesting the bid results for the subject solictation,in which our firm was a participant, in writing at your earliest convenience.

We understand this project may have recently been awarded.

Thank you in advance for your cooperation.

Sincerely,

Richard Battaglin
V. President

cc: Marty Teague, B.S.F.&L.



EXHIBIT
B

LAW OFFICES
SAITLIN, PATZIK, FRANK & SAMOTNY LTD.
150 SOUTH WACKER DRIVE
SUITE 900
CHICAGO, ILLINOIS 60606
TELEPHONE: (312) 551-8300
FACSIMILE: (312) 551-1101

WRITER'S DIRECT DIAL NO.
(312)551-3053

January 31, 1997

IN REPLY REFER TO:
1944-002

**VIA CERTIFIED MAIL R/R & REGULAR MAIL**

Mr. Robert Rigsby
Manager, Administrative Services
United States Postal Service
Central Illinois District
6801 West 73rd Street
Bedford Park, Illinois 60499-9991

Re: **L.P. Consulting Group, Inc. Claim Concerning Downers Grove Post Office Dock Enclosure**

Dear Mr. Rigsby:

We have been authorized on behalf of L.P. Consulting Group, Inc. to withdraw its claim dated September 17, 1996 with respect to the Downers Grove Dock Enclosure. That claim is hereby withdrawn.

Truly yours,

James T. Rohlfing

JTR:kmd

cc: L.P. Consulting Group, Inc.

F:\WP51\1944\002\1944002.12/01/31/97/9:40am



P 2/3/97

HOOPESTON

LISTING OF PROPOSALS

SOLICITATION NUMBER: ______

DATE ISSUED: ______

DUE DATE OF PROPOSALS ______

ITEM: Installation of handicap ramp

LOCATION: Hoopeston, Ill 60942-9998

| PROPOSALS RECEIVED FROM: | DATE RECEIVED: |
|---|---|
| Ullrich + Associates | |
| Phoenix Construct Co. | |
| PNL Enterprises, Inc | |
| Ramcorp, Inc | |

# ABSTRACT OF PROPOSALS RECEIVED

USPS Funds Availabe: $ 98,000

Description Of Commodity: Installation of Handicap ramps

Office: Hoopeston, IL 60942

| | | | |
|---|---|---|---|
| Taxpayer ID Number: | 36-3580368 | | |
| Vendor Name: | Ulbrich Associates | | |
| Street Address: | 2500 W. Higgins Road | | |
| City/St/+4: | Hoffman Estates IL 60195-2043 | | |
| Phone No: | 847-882-7770 | | |
| Contact Person: | Rick Ulbrich | | |
| Date of Quote: | | | |
| Delivery Time: | | | |
| F.O.B. Point: | | | |
| Discount Terms | | | |

| Item No. | Description | Qty | Unit Price | Ext Price | Unit Price | Ext Price | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| TOTALS: | 85,000.00 | | | | | | | |

Remittance To Address:

Remarks: Project Manager - Samuel Southern

Price is determined to be fair and reasonable based on:
( ) ADEQUATE PRICE COMPETITION ( ) COMMERCIAL CATALOG PRICE ( ) OTHERS (LISTED)

The Debarred, Ineligible and Suspended Bidders Lists of Contractors indebted to the Government have been checked and the Contractor not listed for award.

| | Finance Number: | Account Number: | Comm. Code: | Soc/Ec: | PCN No: |
|---|---|---|---|---|---|
| 161550-96-B-5146 | 161550 | 54232 | | | |

Signature Of Preparer: B. Chenes

Date:

0708

KAMCORP, INC.
421 N. Water Street
Wilmington, IL 60481

815-476-7961 Phone
815-476-7964 Fax

# PROPOSAL

August 31, 1996

A.M. Fernandez & Associates
828 Lincoln Lane
LaGrange Highlands, IL 60525

Phone: 708-579-5191
Fax: 708-579-5191

ATTN: Andy Fernandez

RE: Handicap Ramp
U.S.P.S. Hoopeston, Illinois

Dear Sir:

We propose to furnish the material, and labor to construct this item in accordance with the drawings received & dated 8/15/96.

Included: Demolition
Excavation
Backfill
Concrete
Steel Handrails
Landscaping Allowance of $1,000.00

For the lump sum of $97,854.00.

Sincerely,

Lawrence E. Rampa

Lawrence E. Rampa

LER:sig



MASON CONTRACTOR
EST 1970

28

2 of 4

# Phoenix Construction Company, Inc.

616 North Court • Palatine, Illinois 60067 • (847) 991-5500 • Fax (847) 991-5997

September 3, 1996

Mr. Andy Fernandez
A.M. Fernandez and Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Re: USPS Handicap Ramps
Various Illinois Locations

Dear Mr. Fernandez:

We are in receipt of the bidding documents for the handicap ramps and offer our bids for the same as listed below:

| USPS Location | Plan Date | Price |
|---|---|---|
| Mendota | 8/16/96 | $ 61,200.00 |
| Streator | 8/16/96 | $ 188,000.00 |
| Paxton | 8/15/96 | $ 52,000.00 |
| ✓Hoopeston | 8/15/96 | $ 88,350.00 |
| Normal | 8/15/96 | $ 66,500.00 |

EXCLUSIONS:
1. Unforeseen underground obstructions
2. Landscaping

Please note that if we are awarded all the above listed locations as a total package, you may deduct 2% from the total price.

Very truly yours,

PHOENIX CONSTRUCTION COMPANY

David R. Lehr
President

3 of 4

**PNL ENTERPRISES, INC.**

[redacted]

194 KINGSTON LANE
BLOOMINGDALE, IL 60108-1730
708 575-8080
Fax: 630 351-5570

August 28, 1996

A.M. FERNANDEZ & ASSOCIATES
826 LINCOLN LANE
LaGRANGE HIGHLANDS, ILLINOIS 60525

ATTN: MR. ANDREW M. FERNANDEZ

MR. FERNANDEZ:

Thank you for giving me the opportunity to submit a proposal for your project, *HOOPESTON POST OFFICE.*

I have reviewed the sketch with the specification which you supplied me. I have also visited the site to familiarize myself with this location. Although I could only spend a short period of time at each location because of the time element that you are under, I have made every effort to include everything that it will take to complete your project.

All material is guaranteed to be as specified, and the work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of EIGHTY EIGHT THOUSAND FIVE HUNDRED and NO/100 DOLLARS, ($88,500.00).

Respectfully yours,

PETER N. LARIS
PRESIDENT

PNL/bll
Enclosure

ULBRICH & ASSOCIATES, INC.
General Contractors
2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-0196

4 of 4

September 3, 1996

Mr. Andy Fernandez
A.M. Fernandez & Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Dear Sir,

We propose to furnish the necessary labor, materials, and equipment to provide the General Construction work for the Handicap Ramp to be located at the U.S.P.S. Facility in Hoopeston, Illinois in accordance with: the ramp plan dated 8/15/96, as prepared by A.M. Fernandez & Associates and my personal inspection of the facility

For the Sum of $ 88,179.00

The following clarifications are a part of this proposal.

1. Our scope of work includes demolition, concrete, excavation, backfill, masonry, handrails and landscaping.

2. We include an allowance of $ 1,500.00 for landscape renovation.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

BAFO NOTES

THIS CALL IS IN RESPONSE TO THE CURRENT BIDS THE POSTAL SERVICE HAS RECEIVED FROM YOU TO INSTALL HANDICAP RAMPS AT SEVERAL OF OUR FACILITIES

THE CURRENT BID INCLUDED/DOES NOT INCLUDE LANDSCAPING

YOU ARE ALSO REQUIRED TO HAVE 100% PERFORMANCE BONDS AND 50% PAYMENT BONDS FOR EACH PROJECT (MUST BE SEPARATE) PER PROJECT

WE WOULD LIKE TO GET YOUR BEST AND FINAL OFFER

BEST/FINAL OFFER MUST INCLUDE LANDSCAPING, PERFORMANCE AND PAYMENT BONDS AND ANY NECESSARY FEES (EX. PERMITS)

USPS OWNS THE FACILITIES (NO FEES REQUIRED)

? TIME FRAME ?

SEND FAX IF NECESSARY

PNL ENTERPRISES
708-575-9560
~~RECORDED~~ MESS (LEFT MESS-9-5)

FAX SENT RAMCORP 815-476-7961 815-476-7964
COB-9/6 cld 9/5- LARRY RAMPA - TO REVIEW
WILL CK RTN INFO-NO LATER THAN MONDAY

* PHOENIX 847-991-5500 NO LANDSCAPING ! 1ST OPP. DOING BUS W/USPS
cld. DAVID LEHR 9/5 DOES NOT INC. LANDSCAPING
FINAL OFFER! INC. PERF & PMT BDS

ULBRICH 847-882-7770
RICK ULBRICH
FAX SENT 9/5 ~~LEFT MESS~~
RTND 847-882-0196

- 359 -

086

29