BAFO

Phoenix Construction Company, Inc.

616 North Court • Palatine, Illinois 60067 • (847) 991-5500 • Fax (847) 991-5997

September 3, 1996

Mr. Andy Fernandez
A.M. Fernandez and Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Re: USPS Handicap Ramps
Various Illinois Locations

Dear Mr. Fernandez:

We are in receipt of the bidding documents for the handicap ramps and offer our bids for the same as listed below:

| USPS Location | Plan Date | Price |
|---|---|---|
| Mendota | 8/16/96 | $ |
| Streator | 8/16/96 | $ |
| Paxton | 8/15/96 | $ |
| Hoopeston | 8/15/96 | $ 88,350.00 |
| Normal | 8/15/96 | $ |

EXCLUSIONS:
1. Unforeseen underground obstructions
2. Landscaping

Please note that if we are awarded all the above listed locations as a total package, you may deduct 2% from the total price.

Very truly yours,

PHOENIX CONSTRUCTION COMPANY

David R. Lehr
President



25

2 of 4

Phoenix Construction Company, Inc.

616 North Court • Palatine, Illinois 60067 • (847) 991-5500 • Fax (847) 991-5997

September 3, 1996

Mr. Andy Fernandez
A.M. Fernandez and Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Re: USPS Handicap Ramps
Various Illinois Locations

Dear Mr. Fernandez:

We are in receipt of the bidding documents for the handicap ramps and offer our bids for the same as listed below:

| USPS Location | Plan Date | Price |
|---|---|---|
| Mendota | 8/16/96 | $ 61,200.00 |
| Streator | 8/16/96 | $ 188,000.00 |
| Paxton | 8/15/96 | $ 52,000.00 |
| ✓Hoopeston | 8/15/96 | $ 88,350.00 |
| Normal | 8/15/96 | $ 66,500.00 |

EXCLUSIONS:

1. Unforeseen underground obstructions
2. Landscaping

Please note that if we are awarded all the above listed locations as a total package, you may deduct 2% from the total price.

Very truly yours,

PHOENIX CONSTRUCTION COMPANY

David R. Lehr

David R. Lehr
President

# General Contractors

2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-0196

DATE: 9-6-96

TO: ______

COMPANY: USPS-ADM Services

FROM: Rick Ulbrich

RE: Bids for Handicap Ramps

BAFO

MESSAGE: ______

FAX #: 708-563-7204

TOTAL PAGES TO THIS FAX 2. IF YOU HAVE ANY QUESTIONS, OR HAVE A PROBLEM READING THE INFORMATION ON THIS FAX, PLEASE CALL 847/882-7770. OUR FAX NUMBER IS 847/882-0196.



30

ULBRICH BAFO

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |
| HOOPESTON | $88,179 | $1,500 | | 85,000 | |
| | | | | | |
| | | | | | |

Please note we were able to reduce our prices substantially on some of the larger projects because we obtained much better stone pricing after our original bids were submitted.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED



31

16A FC

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| BEARDSTOWN | $84,874 | $1,500 | | 93,900 | |
| CANTON | $52,955 | $1,500 | | 52,900 | |
| CARLINVILLE | $58,260 | $1,600 | | 58,200 | |
| VIRDEN | $47,090 | $1,900 | | 46,800 | |
| SHELBYVILLE | $82,930 | $1,500 | | 82,700 | |
| HOOPESTON | $88,179 | $1,500 | | 85,000 | |
| TUSCOLA | $87,760 | $1,600 | | 87,500 | |
| CHARLESTON | $58,890 | $1,600 | | 58,500 | |
| BRADLEY | $47,420 | $1,500 | | 47,400 | |
| BUSHNELL | $46,836 | $1,500 | | 46,500 | |
| PRINCETON | $61,881 | $1,500 | | 61,800 | |
| PAXTON | $45,804 | $1,500 | | 45,600 | |
| MENDOTA | $51,800 | $1,500 | | 51,800 | |
| LEWISTOWN | $49,085 | $1,500 | | 49,000 | |
| HAVANA | $76,190 | $1,500 | | 76,000 | |
| RUSHVILLE | $48,448 | $1,600 | | 48,300 | |
| SPRING VALLEY | $57,416 | $1,600 | | 57,400 | |
| MASON CITY | $43,160 | $1,500 | | 43,100 | |
| MARSEILLES | $50,175 | $1,500 | | 50,000 | |
| OGLESBY | $59,410 | $1,500 | | 59,300 | |
| NORMAL | $60,640 | $1,500 | | 60,000 | |
| TAYLORVILLE | $92,475 | $1,600 | | 92,000 | |
| PANA | $149,793 | $1,500 | | 139,000 | |
| PERU | $117,400 | $1,500 | | 99,000 | |
| STREATOR | $149,625 | | | 139,000 | |
| MACOMB | $135,954 | $1,500 | | 126,000 | |

Please note we were able to reduce our prices substantially on some of the larger projects because we obtained much better stone pricing after our original bids were submitted.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich /ds

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED

BAFO

# PNL ENTERPRISES INC.

SEPTEMBER 5, 1996

| HANDICAPPED RAMP BIDS | | | |
|---|---|---|---|
| LOCATION | ORIGINAL BID | ADJUSTMENT | TOTAL |
| 14. HOOPESTON | 85,500.00 | 0.00 | 85,500.00 |
| TOTALS | | | |

TOTAL P.02

32

BAFO

# PNL ENTERPRISES INC.

SEPTEMBER 5, 1996

| HANDICAPPED RAMP BIDS | | | |
|---|---|---|---|
| LOCATION | ORIGINAL BID | ADJUSTMENT | TOTAL |
| 1. MARSIELLES | $49,950.00 | $ 0.00 | $ 49,950.00 |
| 2. OGLESBY | 62,880.00 | - 1,500.00 | 61,330.00 |
| 3. PERU | 128,475.00 | - 3,000.00 | 125,475.00 |
| 4. PRINCETON | 64,950.00 | - 150.00 | 64,800.00 |
| 5. SPRINGVALLEY | 65,995.00 | - 150.00 | 65,845.00 |
| 6. BUSHNELL | 53,250.00 | - 250.00 | 53,000.00 |
| 7. CANTON | 55,000.00 | - 0.00 | 55,000.00 |
| 8. LEWISTOWN | 50,000.00 | - 0.00 | 50,000.00 |
| 9. NORMAL | 58,990.00 | - 200.00 | 58,790.00 |
| 10. MASON CITY | 48,250.00 | - 500.00 | 47,750.00 |
| 11. BEARDSTOWN | 93,950.00 | - 500.00 | 93,450.00 |
| 12. HAVANA | 76,500.00 | - 0.00 | 76,500.00 |
| 13. BRADLEY | 48,500.00 | - 200.00 | 48,300.00 |
| 14. HOOPESTON | 85,500.00 | - 0.00 | 85,500.00 |
| 15. PAXTON | 47,250.00 | - 250.00 | 47,000.00 |
| 16. STREATOR | 145,600.00 | - 2,600.00 | 143,000.00 |
| 17. McCOMB | 142,575.00 | - 2,575.00 | 140,000.00 |
| 18.CHARLESTON | 57,750.00 | - 0.00 | 57,750.00 |
| 19. TRESCOLA | 92,500.00 | - 300.00 | 92,200.00 |
| 20. PANA | 172,500.00 | - 2,500.00 | 170,000.00 |
| 21. SHELBYVILLE | 88,330.00 | - 130.00 | 88,200.00 |
| 22. TAYLORVILLE | 102,350.00 | - 1,350.00 | 101,000.00 |
| 23. CARLINVILLE | 59,500.00 | - 0.00 | 59,500.00 |
| 24. RUSHVILLE | 48,000.00 | - 0.00 | 48,000.00 |
| 25. VIRDEN | 46,950.00 | - 0.00 | 46,950.00 |
| TOTALS | | | |

TOTAL P.02

RAMCORP INC BAFO

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF 100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| | | $1,000 | Included | No Change | All Bids - Landscaping |
| | | $1,000 | Included | No Change | Allowance Equals $1,000.00 |
| | | $1,000 | Included | No Change | Costs in Excess of |
| | | $1,000 | Included | No Change | $1,000.00 to be Addition |
| | | $1,000 | Included | No Change | to the Bid Price. |
| HOOPESTON | $87,854 | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |
| | | $1,000 | Included | No Change | |

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED



33

RAMCORP INC

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF 100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| BEARDSTOWN | $104,320 | $1,000 | Included | No Change | All Bids - Landscaping |
| CANTON | $58,880 | $1,000 | Included | No Change | Allowance Equals $1,000.00 |
| CARLINVILLE | $64,760 | $1,000 | Included | No Change | Costs in Excess of |
| VIRDEN | $52,572 | $1,000 | Included | No Change | $1,000.00 to be Addition |
| SHELBYVILLE | $81,200 | $1,000 | Included | No Change | to the Bid Price. |
| HOOPESTON | $97,854 | $1,000 | Included | No Change | |
| TUSCOLA | $96,854 | $1,000 | Included | No Change | |
| CHARLESTON | $65,980 | $1,000 | Included | No Change | |
| BRADLEY | $53,210 | $1,000 | Included | No Change | |
| BUSHNELL | $52,126 | $1,000 | Included | No Change | |
| PRINCETON | $68,732 | $1,000 | Included | No Change | |
| PAXTON | $51,975 | $1,000 | Included | No Change | |
| MENDOTA | $57,875 | $1,000 | Included | No Change | |
| LEWISTOWN | $55,322 | $1,000 | Included | No Change | |
| HAVANA | $84,220 | $1,000 | Included | No Change | |
| RUSHVILLE | $53,870 | $1,000 | Included | No Change | |
| SPRING VALLEY | $64,858 | $1,000 | Included | No Change | |
| MASON CITY | $49,720 | $1,000 | Included | No Change | |
| MARSEILLES | $56,185 | $1,000 | Included | No Change | |
| OGLESBY | $67,188 | $1,000 | Included | No Change | |
| NORMAL | $68,480 | $1,000 | Included | No Change | |
| TAYLORVILLE | $103,425 | $1,000 | Included | No Change | |
| PANA | $165,323 | $1,000 | Included | No Change | |
| PERU | $130,280 | $1,000 | Included | No Change | |
| STREATOR | $166,725 | $1,000 | Included | No Change | |
| MACOMB | $150,326 | $1,000 | Included | No Change | |

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED

# A.M. Fernandez & Associates

Architects Engineers

826 Lincoln Lane, LaGrange Highlands, IL 60525
(708) 579-5191

September 20,1996

Mr. Samuel W. Southern
Project Manager
United States Post Office
Administrative Services Division
6801 W. 73rd Street
Bedford Park, Illinois 60499-9991

Re: USPS- Hoopeston, IL.
Handicapped Ramp,
Construction Cost Estimate

Dear Mr. Southern,
Please find below a summary of estimated costs associated with the construction of a handicapped ramp at the above mentioned facility. Should you have any questions regarding this estimate, please feel free to contact me at your earliest convenience. Our projected costs are as follows:

| **Activity** | **Amount** |
|---|---|
| **General Conditions** | **$ 8,500.00** |
| **Demolition** | **$ 9,600.00** |
| **Excavation & Concrete** | **$29,000.00** |
| **Masonry and or Limestone** | **$28,500.00** |
| **Handrails** | **$ 6,900.00** |
| **Aluminum, Glass & Glazing** | |
| **Plumbing** | |
| **Landscaping and Restoration** | **$ 1,500.00** |
| **Overhead & Profit** | **$12,600.00** |
| **Total** | **$96,600.00** |

0711

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

21 May 1997

Mr. Bob Rigsby, Manager
U.S.P.S. Admin. Services
6801 W. 73rd St.
Bedford Park, Il. 60499-9991

Subject: Hoopeston Post Office; Concrete Ramp

Mr. Rigsby :

This proposal is forwarded to you, as previously was an I.QC. work order, to provide work at the subject Post Office.

As we previously discussed, and outlined in our April 30th letter to you, we are pleased to submit a price to accomplish the subject work as shown per A. M. Fernandez, Arch., drawings. Total cost : $ 62,752.00.

Also, we have also previously submitted an I.Q.C. work order for the interior remodeling. Should this be solicited by A. M. Fernandez, instead of becoming an I.Q.C., as we discussed, we would be pleased to provide you with a price.

We will continue to follow up on previously scoped offices with you and your staff so as to provide our services to the Postal Service.

Thank you in advance. Should you have any questions contact us at 708-599-9407.

Sincerely,

Richard Battaglin
V. President
cc : Sam Southern
Jim Rohlfing

MAY 19 11 47 AM '97

10401 South 78th Avenue • Palos Hills, IL 60465 • Phone (708) 599-9407 •
Fax (708) 233-1633

82

CENTRAL ILLINOIS DISTRICT

UNITED STATES POSTAL SERVICE

**INTENT TO AWARD - OVER $25,000**

**May 28, 1997**

**CERTIFIED MAIL P 452 201 075**
**RETURN RECEIPT REQUESTED**

**Ulbrich & Associates, Inc.**
**2500 West Higgins Road, Suite 315**
**Hoffman Estates, IL 60195-2043**

**Dear Gentlemen:**

**SUBJECT:** **Notice of Intent to Award - Contract #16-1550-96-B-5146**
**Hoopeston IL Main Office (Installation of Handicap Ramp - $85,000)**

Enclosed is the formal contract document in duplicate, requiring your signature on the original and one copy. Also, enclosed are two copies of Performance and Payment Bonds which must be executed by a bonding company that has been approved by the Department of Treasury. The **performance bond** must be executed in a penal amount of **100%** of the total contract price and the **payment bond** must be executed in a penal amount of **50%** of the total contract price. Please sign and affix your corporate seal on all copies. The above-referenced documents are to be returned **Attention**: Sam Southern, Project Manager within **ten** calendar days from the date of receipt of this letter.

In accordance with Section H, INSURANCE, Clause 7-4, the contractor must maintain and furnish evidence of workers' compensation, employers' liability insurance, general public liability and automobile liability insurance. The policy must contain a 30-day advance notification of any reduction in or cancellation of the policy for any reason, including non-payment of premiums.

This letter does not constitute award or notice to proceed. Any preliminary work, such as mobilization of work forces, material or equipment orders, contracts, planning and subcontracting prior to your receipt of the notice to proceed is done at your own risk and is not the responsibility of the U.S. Postal Service.

Upon receipt and acceptance of the signed contract documents, bonds and insurance certificates, we will fully execute the formal contract and forward a copy to you for your records. We will, at the same time, establish a time for the preconstruction conference and advise you as to when the **Notice to Proceed** will be issued.

If you have any questions, please feel free to contact Sam Southern at (708) 563-7214.

Sincerely,

**Robert A. Rigsby**
**Contracting Officer**

**cc: Project Manager**

**Enclosures**

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

0831

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

**Notice to Proceed**

**July 25, 1997**

**ULBRICH & ASSOCIATES INC**
**2500 West Higgins Suite 315**
**Hoffman Estates IL 60195-2043**

***Dear Gentlemen:***

**SUBJECT: HOOPESTON IL MAIN OFFICE - HANDICAP RAMP**
**CONTRACT NUMBER: 16-1550-96-B-5146**

Your contract documents have been received and are acceptable in the amount of $85,000.00 to the U.S. Postal Service. This letter of authorization to **proceed** with the work is in accordance with the terms and conditions of the contract. The contract requires completion within (60) calendar days after the date of receipt of this **Notice to Proceed**. Please set your work schedule accordingly, to avoid any delay. Enclosed is a Department of Labor **Form WH-347** and **PS Form 4211-B** (Payment). *When requesting payment please complete, sign and date both* ***Form WH-347*** *and* ***PS Form 4211-B***. Attach your voucher (**Request for Payment**) on your letterhead, signed and dated, marked **ATTN:** Sam Southern for review and recommendation for payment. He will then forward these documents to the Contracting Officer for payment.

I urge you to thoroughly familiarize yourself with the terms of the contract. Sam Southern, has been designated Project Manager for this project. If you have any questions he can be reached at *(708) 563-7214. I wish to call special attention to the fact, that* **only** the contracting officer can authorize changes to the basic contract when total price or time for completion is affected according to the authorities and limitations of contracting authority. All correspondence pertaining to the contract should be directed to the contracting officer in writing.

This notification is sent to you in duplicate with the request that you acknowledge receipt of the U.S. Postal Service copy and return it promptly.

Sincerely,

**Robert A. Rigsby**
***Contracting Officer***

**RECEIPT ACKNOWLEDGED:**
**NAME:** ____________
**DATE:** 7/25/97

**Enclosures: Form WH-347, PS Form 4211-B**

**cc: Project Manager**

FILE COPY

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

UNITED STATES POSTAL SERVICE.

# Offer and Award
# Simplified Construction

Facility HOOPESTON, IL - MAIN OFFICE

Project INSTALLATION OF HANDICAP RAMP

| 1. Contract Number | 2. Solicitation Number | 3. Project # | 4. Socio/Economic |
|---|---|---|---|
| 161550-96-B-5146 | 161550-97-A-0074 | J48297 | |

5. a. Issued by
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

5. b. For information call *(No Collect Calls)*
SAMUEL SOUTHERN
(708) 563 - 7214

6. a. Offeror/Contractor
ULBRICH & ASSOCIATES
2500 W HIGGINS RD SUITE #315
HOFFMAN ESTATES, IL 60195-2043

b. Contact Name: RICK
c. Telephone Number: 847-882-7770
d. TIN: 36-3580368
e. Parent TIN:
TIN = Taxpayer Identification Number

*f. Remittance Name and/or Address: (if different from above)*

7. Delivery/Performance Requirements

**See Section C**

8. Items & Prices/General Description of Requirement

RE: HOOPESTON, IL MAIN OFFICE

ULBRICH ASSOCIATES, INC GENERAL CONTRACTORS WILL FURNISH THE NECESSARY LABOR, MATERIALS, AND EQUIPMENT TO PROVIDE THE GENERAL CONSTRUCTION WORK FOR THE HANDICAP RAMP TO BE LOCATED AT THE U.S.P.S FACILITY IN HOOPESTON, IL IN ACCORDANCE WITH: THE RAMP PLAN DATED 8/15/96, AS PREPARED BY A.M. FERNANDEZ & ASSOCIATES INCLUDING INSPECTION OF THE FACILITY FOR THE SUM OF $85,000.00.
THE SCOPE OF WORK INCLUDES DEMOLITION, CONCRETE, EXCAVATION, BACKFILL, MASONRY, HANDRAILS AND LANDSCAPING.

TOTAL: $ 85,000.00 in words EIGHTY FIVE THOUSAND DOLLARS AND NO CENTS.

Performance Time in Calendar Days 160

*9. Optional Provisions/Clauses listed below are applicable to this contract:*
Section G: FB-243 Section G: FB-259 Section K: OA-12 Section K: OA-5 Section E: OB-21 Section H: 10-6 Section H: 7-4

10. Billing Instructions (Submit Invoices to) BETTY L CHEARS
CENTRAL ILL. DISTRICT
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

0753

| 11. Contractor Signature: | Date: | 12. US Postal Service Signature | Date: |
|---|---|---|---|
| [signature] | 7/25/97 | [signature] | 7-25-97 |

| Name of Person Authorized to sign | Name of Contracting Officer |
|---|---|
| | ROBERT A RIGSBY |

DCAward, March 1996

LAW OFFICES

PATZIK, FRANK & SAMOTNY LTD.

150 SOUTH WACKER DRIVE
SUITE 900
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 551-8300
FACSIMILE: (312) 551-1101

JAMES T. ROHLFING
(312) 551-3053

July 25, 1997

IN REPLY REFER TO:
1944-002

__VIA CERTIFIED MAIL__

Mr. Craig Sakrider
Chief Field General Counselor
300 South Riverside Plaza
Suite 1480 South
Chicago, Illinois 60606-6617

Jul 29 12 17 PM '97

Re: **L.P. Consulting Group, Inc., Claims Concerning Hoopeston Post Office and other matters**

Dear Mr. Sakrider:

This firm represents L.P. Consulting Group, Inc. ("L.P. Consulting"), a construction firm which specializes in general contracting for small to medium sized construction projects for the United States Postal Service ("USPS") at various USPS facilities throughout central Illinois. L.P. Consulting has retained our services for the following purposes: 1) to present this claim to you, as a representative of the USPS, to protest the wrongful denial of L.P. Consulting's bid to perform construction work at the USPS facility in Hoopeston, Illinois; 2) to request an investigation into the construction contracting practices of Robert Rigsby, Manager, USPS Administrative Services and Contracting Officer; 3) to request the opportunity to submit proposals to perform work for numerous upcoming USPS projects; 4) to request certain information, pursuant to the Federal Freedom of Information Act ("FOIA"); and 5) to request responses to proposals previously submitted to Mr. Rigsby's office by L.P. Consulting.

L.P. Consulting submitted a proposal to perform work for the Hoopeston Post Office concrete ramp for a total price of $62,752.00. L.P. Consulting believes the same work will be awarded or has already been committed to be awarded to another contractor at a price as much as $20,000 higher. Under the circumstances, L.P. Consulting believes the denial of its proposal violates the policies contained in section 4.1.2 of the USPS purchasing manual, in that L.P. Consulting has not been treated fairly and the USPS is not obtaining the best value for its purchasing dollar. We request that the contract not be awarded until an explanation is provided as to why L.P. Consulting's bid was rejected. If a contract has been awarded, L.P. Consulting demands payment for its lost profit caused by Mr. Rigsby's unwarranted non-competitive practices. Please advise what additional information we might provide to assist in the USPS's evaluation of this claim.

PATZIK, FRANK & SAMOTNY LTD.



L.P. Consulting has been discriminated against by Robert Rigsby since at least January 13, 1997, when it first filed a claim concerning Mr. Rigsby's contracting practices. That claim was subsequently withdrawn under pressure from Mr. Rigsby who implied no more work would be given to L.P. Consulting in retaliation for its filing of the claim. L.P. Consulting believes that several of its proposals submitted through Mr. Rigsby's office have been used as the USPS estimates for construction projects. This puts L.P. Consulting at a disadvantage because its competitors may have access to L.P. Consulting's proposals and pricing.

Robert Rigsby's actions violate USPS policies and procedures, specifically, those stated in sections 1.7.1 and 1.8 of the USPS purchasing manual which are intended to foster healthy competition so the USPS receives the most value for its dollars. L.P. Consulting believes contracts are being awarded by Mr. Rigsby without substantial competition or proper solicitation of competitive bids and in some cases without a bond as required by the Miller Act. Mr. Rigsby utilizes an architectural/engineering firm to receive and review proposals and to "select" the contractor who will receive the award, rather than conducting the process himself as a contracting officer ought to do. Finally, Mr. Rigsby is not providing L.P. Consulting with information it has requested concerning the status of awards, potential awards and new construction projects. This lack of cooperation makes it more difficult for L.P Consulting to compete for USPS work.

In some instances, L.P. Consulting is learning of upcoming work too late to submit a proposal. When L.P. Consulting is given an opportunity to bid, its bids seem not to be considered seriously by Mr. Rigsby.

L.P. Consulting hereby requests the following immediate action by the USPS:

1. <u>Hoopeston</u> - As the lowest responsible bidder, L.P. Consulting should be awarded this contract;

2. <u>Rigsby investigation</u> - A prompt and thorough investigation of Mr. Rigsby's anti-competitive practices and the revocation of his contracting authority during the pendency of the investigation;

3. <u>Concrete ramp program</u> - An opportunity to submit proposals which will be afforded fair consideration on all upcoming USPS work, including the following USPS ramp projects: Streator, Bushnell, Carlinville, Charleston, Princeton, Mendota, Taylorville, Shelbyville, Oglesby, Spring Valley, Mason City, Havana, Virden, Canton, Pana, Tuscola, Marsailles, Charleston, Beardstown, Peru, Lewistown, Rushville and Bradley;

F:\WP51\1944\002\1944002.19\07/25/97/6.08pm

PATZIK, FRANK & SAMOTNY LTD.

Mr. Craig Sakrider
July 25, 1997
Page 3

4. FOIA request - All documents concerning bidding, bonds, insurance and award information for the construction projects listed above, and in addition, on the following USPS projects: Brookfield dock and ramp, Downers Grove dock, Lemont carrier ramp, Tinley Park paving, Joliet paving, North Riverside paving and Berwick modular sites; and

5. *Response to Proposals Submitted* - Over the last one and one-half years, L.P. Consulting invested time and effort to provide Mr. Rigsby's office with proposals pursuant to L.P. Consulting's Indefinite Quantity Contract for the following projects: Hoopston, Momence, St. Ann, East Lynn, Goodwine, Claytonville, Verona, Aroma Park, Gibson City, Papineau, Beaverville, Union Hill, Bradley, Wilmington, Grand Ridge, Blackstone, Leonore, Bishop Hill, Lee, DePue, Peru and Wellington. Each facility has been visited by L.P. Consulting and proposals and sketches of work proposed have been given to Mr. Rigsby. L.P. Consulting should be afforded fair consideration for the award and should be promptly advised of the status of each project.

We request your assistance in resolving the above issues. L.P. Consulting asks only for the same opportunity as other contractors to bid on USPS projects and to have its proposals evaluated fairly. When USPS construction contracts are awarded to others for a substantially higher amount than L.P. Consulting's bid price, an explanation of the departure from standard procedure would be appropriate. L.P. Consulting has provided quality and economical service as a contractor for the USPS for several years. It sincerely wishes to continue what it believes is a mutually beneficial relationship.

Please contact me to discuss this matter or if I may provide additional information.

Truly yours,

James T. Rohlfing

JTR:cjs-c

cc: Honorable William Lipinski
Mary S. Elcano
Richard Battaglin

F:\WP51\1944\002\1944002.19\07/25/97/6:28pm

LAW DEPARTMENT
CHICAGO ILLINOIS

MEMOS (1)

UNITED STATES
POSTAL SERVICE

August 7, 1997

James T. Rohlfing
Attorney at Law
Patzik, Frank & Samotny Ltd.
150 S. Wacker Drive, Suite 900
Chicago, IL 60606

Re: L.P. Consulting Group, Inc.
(Our File No.: 97-KPRO-2320-CLK)

Dear Mr. Rohlfing,

Your July 25, 1997 letter regarding your client and the Hoopeston, Illinois Post Office concrete ramp contract is being forwarded to the contracting officer for review and decision (with advice of counsel) pursuant to the Postal Service's protest procedures contained in its Purchasing Manual, Section 3.6. It is my understanding that a contract for this work was awarded July 25, 1997.

Your letter also makes a demand for lost profits for L.P. Consulting if it wasn't awarded the contract and you make statements that appear to imply that the Postal Service is obligated to request proposals from L.P. Consulting on nearly every Postal Service construction or repair and alteration project in the area, pursuant to its Indefinite Quantity Contract (IQC) with L.P. Consulting. If my understanding of your statements is correct, I disagree with you and find no legal basis for them.

The contracting officer will be addressing the issues raised in your July 25, 1997 letter very shortly.

Sincerely yours,

Cary L. Katznelson

Cary L. Katznelson
Senior Attorney

cc: see page 2

SUITE 1480 SOUTH
300 SOUTH RIVERSIDE PLAZA
CHICAGO IL 60606-6617
TEL: 312/627-2990
FAX: 312/627-2949



(2)

Memo (1)

cc:

Robert Rigsby, Manager
Administrative Services
Central Illinois District
U.S. Postal Service
6801 West 73rd Street
Bedford Park, IL 60499-9401

MANAGER, ADMINISTRATIVE SERVICES
CENTRAL ILLINOIS DISTRICT

UNITED STATES POSTAL SERVICE

September 10, 1997

William J. Jones, Senior Counsel
Contract Protest & Policies
USPS-Law Department
475 L'Enfant Plaza SW
Washington DC 20260-1136

Dear Mr. Jones:

SUBJECT: **CONTRACTING OFFICERS STATEMENT REGARDING L. P. CONSULTING GROUP, CLAIMS CONCERNING HOOPESTON POST OFFICE AND OTHER MATTERS**

This is in response to a protest, among other things, regarding the award of a contract for the construction of a ramp at Hoopeston, Illinois. The protest is dated July 25, 1997 and was filed by James T. Rohlfing of Patzik, Frank & Samotny, Ltd., who is representing L. P. Consulting Group, Inc. a USPS Indefinite Quantity Contractor (IQC) for the Central Illinois District. The protest was sent to the USPS Law Department in Chicago, Ilinois. I spoke with Cary L. Katznelson, Senior Attorney in that office on August 5, 1997, regarding this protest and I received the protest on August 7, 1997.

I will make every effort to address each item separately, as contained in the protest, and offer a clear explanation regarding the circumstances. I maintain that as Contracting Officer I have **done absolutely nothing wrong**. All solicitations, contract awards, and contract administration was conducted within the guidelines as set forth in the USPS Procurement Manual dated June 30, 1993. All actions are simplified procurements and are covered in Chapter 4, Section 2.

The contractor has protested the wrongful denial of a bid ($62,752) to build a concrete ramp at the Hoopeston, Illinois post office and my response is as follows:

1. I was appointed Contracting Officer on July 7, 1995 by Jerald Enverso, Manager, Major Facilities Purchasing. On June 3, 1996 I was issued a letter of delegation by Larry L. Linnenburger, Contracting Officer at the Chicago Facilities Service Office "for complete contract administration, including issuance and administration of individual work orders according to the limitations." As Contracting Officer I had the authority to use simplified procedures for purchases up to $100,000 for fixed-price purchases as described in Section 4.2.1 of the Procurement Manual dated

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

June 30,1993. The attached solicitation documentation clearly shows that in early August 1996 the USPS acquired the services of A. M. Fernandez & Associates, Architects/Engineers to prepare design drawings for 28 ramps, make distribution to contractors, obtain a minimum of three cost estimates for each facility, and complete all work by September 4, 1996. All bids were received by the USPS by the September 4, 1996 deadline and best and final bids were solicited by an acting contract technician on September 5 and 6, 1996. The final bids were reviewed solely by the Contracting Officer and later discussed with the Facilities Specialist and Contractors in keeping with the common framework of the purchasing process as described in Section 4.1.2 of the Purchasing Manual to ensure that (1) all parties are treated fairly, (2) the Postal Service obtains the best value and (3) mutually beneficial contractual relationships are established. Section 1.7.1. states that, "adequate competition means the solicitation and participation of a sufficient number of qualified suppliers to ensure that the required quality and quantity of goods and services is obtained when needed, and that the price is fair and reasonable," and Section 1.7.1.b requires the Contracting Officer to identify new suppliers and provide opportunities for our supplier base. Clearly, the USPS had adequate competition when four contractors responded to our request for, Best and Final Offer (BAFO) with bids ranging between $85,000 and $97,854.

2. The Hoopeston ramp was awarded on July 25, 1997 for $85,000 to Ulbrich & Associates, Inc. who offered the best value to the USPS. The reason for the delay in awarding the Hoopeston ramp was due to an excessively heavy workload and a backlog of other projects.

3. L. P. Consulting Group, Inc. was not invited to bid during this solicitation process. However, in late April, 1997 Mr. Battaglin (L. P. Consulting Group, Inc.) visited my office to drop off some documents and as he was leaving he noticed a drawing for the Hoopeston Ramp on a table near the door and said, "Can I take one of these," and I replied, "It is too late to bid, all decisions have been made," and he said, "Oh that's okay, I just want to see the difference between this and Paxton." In the spirit of cooperation I permitted him to take the drawing, and on May 19,1997 I received a ($62,752) bid for the project. I later saw Mr. Battaglin and again explained to him that his bid was" too late" and he replied, "I know, I just wanted you to have it anyway." Had this bid been received before the deadline, it probably would have been considered "out of range" when compared to the other four bids.

4. Mr. Battaglin has accused this Contracting Officer of violating Section 1.8 (Anticompetitive Practices) of the USPS PM, and requested an investigation regarding my "construction practices." An anticompetitive practice is designed to eliminate competition or restrain trade. Four bids were received prior to the September 4, 1996

deadline which shows that competition was sufficient. However, these are grievous accusations and should be investigated by the proper authorities. I await their findings.

5. On August 22,1997 I replied to the request for information covered under the Freedom of Information Act (FOIA) and offered to supply the documents to the protester, using the guidelines set forth in the Administrative Support Manual (ASM), Issue 11, Section 352 dated March, 1996.

6. Regarding proposals previously submitted by L. P. Consulting Group, Inc.; Mr. Battaglin would go out and visit postal facilities (without being requested to do so) and submit work orders to project managers. In some instances Mr. Battaglin took unauthorized action and instructed Postmasters (Verona and Depue, Illinois) to order USPS equipment to be used for lobby renovations. Mr. Battaglin would often get into arguments with postmasters over renovation work (Odell, Glenwood, Downers Grove, Millbrook, and Franklin, Illinois), telling them that he knew more about postal requirements/needs than they did because he was once a USPS project manager. (Mr. Battagiln is a former contract employee who worked for the old Chicago Facilities Service Center).

7. In August/September of 1996 Mr. Battaglin begin demanding that the Postal Service write work orders, make modifications to existing work orders, and/or make payments on more than one dozen projects that included (Essex, Buckley, Ludlow, Millbrook, Thornton, Melvin, Woodland, Rankin, Milford, Cabery, Serna, Elliott, Sheldon, Loda, Crescent City and South Wilmington, Illinois); where he had completed work, had began work or had extended the scope of work without authorization from the Contracting Officer. This unauthorized work amounted to $142,811.87 as noted in Mr. Battaglin's letter dated August 21, 1996. Mr. Battaglin claimed that USPS project managers had given him permission to proceed with all work. It took the postal service over five months to get this unauthorized backlog of projects resolved. This created situations where it became difficult to work with Mr. Battaglin.

8. In addition, on several occasions he would stop by the Contract Technician's desk and demand to know if she had completed outstanding work orders that he had submitted. It became necessary to issue Mr. Battaglin explicit instructions that he could only talk to the project manager when he visited our office. He further stated on several occasions that he worked by line items and if he was on a job and something was needed the Postal Service had no choice but to pay him as long as he used line items that were contained in the unit price book. After being corrected on this matter, Mr. Battaglin continued to argue the point.

9. Mr. Battaglin was unable to complete work orders for the projects that had been authorized because he was doing so much unauthorized work. In an effort to be "fair" and continue working with Mr. Battaglin, and also have him not perform unauthorized work, we took extra precaution and issued him one work order at a time and waited until the work order was completed before issuing another. It is not unusual for the Postal Service to limit the number of work orders issued to an Indefinite Quantity Contractor.

10. In December, 1996 Mr. Battalion visited me in my office and began to complain and demand that he be given more work. He stated, that he must have 8-10 work orders signed so he could go out and buy material in bulk to save money. L. P. Consulting Group, Inc. had worked on several projects that had not yet been completed and when I explained to Mr. Battaglin I would not issue more work orders until the work that was in progress was completed, Mr. Battaglin said, "Well, I guess I don't have carte blanche any more." and I replied, "You never did." Mr. Battaglin was also reminded that under the terms of his IQC/Solicitation the USPS was only obligated to issue L. P. Consulting Group, Inc. a total of $10,000 in work orders over the two year period of the contract, which will end June 6, 1998. Since June 7, 1996 to present, a total of $525,609.28 in IQC work orders have been issued to L. P. Consulting Group, Inc. and $1,127,144.67 was issued prior to June 7, 1996. In addition, our records indicate that $119,235.67 was issued in simplified contracts for a grand total of $1,771,989.62. This clearly shows that I have not discriminated against L. P. Consulting Group, Inc.

11. Mr. Battaglin begin to contact several postmasters (Hoopeston, Aroma Park and Depue, Illinois) to inform them that he was ready to start work on their facilities but Rigsby would not issue the work order. This caused several postmasters to call my office for explanations.

12. On May 29, 1997 Mr. Battaglin wrote me a letter naming over twenty facilities that he had visited and prepared work orders and stated that he would "monitor" these facilities as well as others (to see if other contractors were performing work at any of these facilities). Mr. Battaglin was disingenuous when he stated that these facilities were visited "as we discussed per Telecon" and "by your request."

13. Finally, on June 4, 1997 the U.S. Postal Service issued L. P. Consulting Group, Inc. a letter demanding that no visits be made to any post office unless directed to do so by the Contracting Officer. Mr. Battaglin was also assured that he would be given consideration for future work.

14. On June 5, 1997 Mr. Battaglin replied and stated that he was "disappointed" that he was not allowed "to participate in any and all opportunities" for work. He again

stated that he would "continue to monitor" and further claimed that now his (unauthorized/unsolicited) work orders would become government estimates.

15. During all the difficult times, we have continued to issue work orders to L. P. Consulting Group, Inc. in an effort to be fair to all assigned IQC's. Unfortunately, Mr. Battaglin wants it all, which is evident by his actions. A protest was filed on July 25, 1997.

16. In a letter dated December 4, 1996, regarding the Paxton project which is explained below, Mr. Battaglin stated that "since we are bound to 25% negotiated items, it seemed acceptable to increase or inflate quantities." Mr. Battaglin was informed that inflating quantities would never be acceptable under any circumstance.

17. Regarding the January 13, 1997 letter from Mr. Battaglin requesting that he be given additional work and, that his (unsolicited) proposals were being used for USPS estimates, the following is offered: L. P. Consulting Group, Inc. was issued a work order for $13,697.77 for work to be done at the Paxton Post Office. Without authorization from the Contracting Officer, Mr. Battaglin increased the scope of work and submitted a work order modification for $51,384.47. When questioned, Mr. Battaglin claimed that he had been given permission by two different project managers to proceed with the work. As noted in his letter, he had already completed 80% of this (unauthorized) work and demanded payment. After some discussion and site visits we paid $40,441.00 for this modification and Mr. Battaglin withdrew his "claim" voluntarily.

18. Regarding the contractor's proposals being used for estimates, the USPS supplied L. P. Consulting Group, Inc. with the unit price book that was used for estimates. The USPS can use the same book to produce government estimates and would have no need for unsolicited cost estimates from Mr. Battaglin.

19. Regarding awards without proper bonds: not one ramp project has been awarded without a 100% performance and 50% payment bond as required by the Miller Act.

20. Mr. Battaglin, has often requested advance information on the status "potential awards" as noted in his protest. I have always refused and informed him that it would be unfair to the other contractors, yet he views this as a " lack of cooperation" by the Contracting Officer.

21. Regarding the "Concrete Ramp Program" that is noted in the protest: on August 14,1997 Mr. Battaglin stated, "I can walk into the Chicago Facilities Service Office, sit down at a friend's computer or look over their shoulder and get any

information I want." It appears that this is what Mr. Battaglin has done because he named and described Streator, Bushnell, Carlinville, Charleston, Princeton, Mendota, Taylorville, Shelbyville, Oglesby, Spring Valley, Mason City, Havana, Virden, Canton, Pana, Tuscola, Marseilles, Beardstown, Peru, Lewistown, Rushville and Bradley as "Ramp" projects. Only USPS employees would have Facilities Management Systems/Windows (FMS/WIN) computer access to this information. It is too late for L. P. Consulting Group, Inc. to submit proposals on these projects, our solicitation ended on September 4,1996. Since information on the "Ramp" projects as well as the Brookfield dock and ramp, Downers Grove dock, Lemont carrier ramp, Tinley Park paving and North Riverside paving projects should have only been provided to the protester as set forth under the FOIA, as described in the ASM, Issue 11, Section 352, I am requesting a vigorous investigation by the proper authorities to discover and take appropriate action against the source that supplied this detailed information to L. P. Consulting Group, Inc. in such an improper manner.

22. Regarding a response to proposals and sketches of work submitted over the last one and one-half years, L. P. Consulting Group, Inc. was notified by letter on June 4,1997 that consideration would be given for these as well as other future projects "when the USPS determines your services are needed."

I feel that as Contracting Officer, I have gone beyond the realm of normal consideration to cooperate and work with Mr. Battaglin (L. P. Consulting Group, Inc.) in support of the USPS policy to "establish strong, mutually beneficial relations with its suppliers in order to meet its business and competitive needs" as stated in Section 3.1 PM. I will continue to be fair to all contractors in the administration of my duties and responsibilities, and work towards a common goal to use the purchasing process to establish and enhance supplier relations in order to ensure the effectiveness, vitality and integrity of the Postal Service. I do not feel this protester is an interested party as defined in Section 3.6.2.a of the Purchasing Manual. Based on the documentation that I have presented, I am requesting that this protest be denied.

**Sincerely,**

**Robert A. Rigsby**
**Contracting Officer**

**Attachments**

# ATTACHMENTS

| CONTENTS | PAGE |
| --- | --- |
| MEMO | 1-4 |
| SOLICITATION | 5-33 |
| AWARD | 34-81 |
| SUPPORTING DOCUMENTS | 82-144 |

UNITED STATES
POSTAL SERVICE

July 7, 1995

Robert A. Rigsby
USPS Manager, Administrative Services
Central Illinois District
6801 West 73rd Street
Bedford Park, IL 60499-9998

As requested in the attached Nomination and Delegation of Contracting Authority and in accordance to the authority delegated to me by the Vice President, Purchasing and Materials, I hereby delegate Level I contracting authority to administer design and construction contracts subject to the following limitations:

- Up to $100,000 of contracting authority for fixed price or indefinite quantity agreements for design and construction services and up to the limits for orders against Federal Supply Schedules (to be used for the purchase of construction materials and equipment only).

The authority that I have delegated may not be redelegated, in whole or in part, and is subject to the limitations and conditions set forth in the Procurement Manual and all other instructions and regulations related to Facilities contracting.

Your authority commences on July 7, 1995 and will be effective until such time as you are reassigned to a new position or separated from the Postal Service.

Upon review of your PS Form 991, it is recommended that you complete the following courses within the next two years:

- Practical Negotiations and Simplified Purchasing.

Please send record of satisfactory completion of these courses to this office prior to July 7, 1997. Thereafter, in order to maintain your contracting officer's warrant you should attend courses to maintain your professional proficiency in accordance with Section I.5.3 - Continuing Professionalism of the Procurement Manual.

Please remember that as a contracting officer for the Postal Service and as a public servant, you must conduct all of your business in the highest ethical manner. Our good name, and yours, must not be compromised. This would be a good opportunity to familiarize yourself with the Employee and Labor Relations Manual, Section 661, "Code of Ethical Conduct".

Attached please find a PS Form 7378, "Contracting Officer Certificate of Appointment". Please display the certificate in your office.

Gerald L. Enverso
Manager, Major Facilities Purchasing

cc: Philip K. Ferrari, Manager, Chicago FSO

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-6211
202-268-5636
FAX: 202-268-4313



(4)

# Contracting Officer Certificate of Appointment

In accordance with the authority in the Procurement Manual, the individual named below is appointed to the position of U.S. Postal Service Contracting Officer:

## Robert A. Rigsby

As Contracting Officer, you may bind the Postal Service in contracts, up to the amount of $ 100,000 , subject to the limitations specified by regulations, procedures, and letter of delegation.

Serial Number 95RAR-161550

Signature

Title Manager, Major Facilities Purchasing

Date July 7, 1995



5

Form 7378 October 1994

UNITED STATES POSTAL SERVICE

CHICAGO FACILITIES SERVICE OFFICE

CHICAGO, IL 60606-6150

DATE: July 11, 1994

OUR REF: FSO:TWilcox

SUBJECT: **Delegation of Contracting Officer for Issuance of Individual Work Orders**
**Indefinite-Quantity Contract - North Central Illinois Area (Zip Codes 604, 605 & 609)**
**A/E Design and Preparation of Contract Documents**
**Contract No. 162640-94-J-0136**

TO: Robert A. Rigsby
Manager, Administrative Services
Central Illinois District
6801 W. 73rd Street
Bedford Park, IL 60499-9991

In accordance with the contracting authorities published in the Procurement Manual, Chapter 1, "Authority, Responsibility and Policy", Section 5, dated February 1, 1992, the USPS Design and Construction Handbook, Facilities Department, Procedure 01.05, "Delegation of Authority", dated June 1991, you are hereby delegated contracting officer for complete contract administration, including issuance and administration of individual work orders to the level of your Certificate of Appointment.

The above delegation shall be effective on the date of this letter.

**The firm is:** **A.M. Fernandez & Associates**
**826 Lincoln Lane**
**LaGrange Highlands, IL 60525-7402**

A copy of the contract is enclosed.

The authority that I have delegated may not be redelegated, in whole or in part, and is subject to the limitations and conditions set forth in the Procurement Manual and the Design and Construction Handbook, and all other instructions and regulations relating to Facilities Contracting.

Please acknowledge receipt of this letter on the original and two (2) copies. Return the original and one copy to the attention of Teri L. Wilcox. The remaining copy is for your file.

Larry L. Linnenburger
Contracting Officer

Receipt of this delegation is acknowledged
on 7/13/94
DATE RECEIVED

BY: ____________
SIGNATURE



6

FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

July 11, 1994

A.M. Fernandez & Associates
826 Lincoln Lane
LaGrange Highlands, IL 60525-7402

Subject: **Delegation of Contracting Officer**
**for Issuance of Individual Work Orders**
**Indefinite Quantity Contract**
**North Central Illinois Area (Zip Codes 604, 605 & 609)**
**A/E Design and Preparation of Contract Documents**
**Contract No. 162640-94-J-0136**

Gentlemen:

In accordance with the contracting authorities published in the Procurement Manual, Chapter 1, "Authority, Responsibility and Policy", Section 5, dated February 1, 1992, the USPS Design and Construction Handbook, Facilities Department, Procedure 01.05, "Delegation of Authority", dated June 1991, Robert A. Rigsby, Manager, Administrative Services, Central Illinois District, has been delegated Contracting Officer for complete contract administration, including issuance and administration of individual work orders.

The above delegation shall be effective on the date of this letter.

His address is: **U. S. Postal Service**
**Manager, Administrative Services**
**Central Illinois District**
**6801 W. 73rd Street**
**Bedford Park, IL 60499-9991**

The authority that I have delegated to him may not be redelegated, in whole or in part, and is subject to the limitations and conditions set forth in the Procurement Manual and the Design and Construction Handbook, and all other instructions and regulations relating to Facilities Contracting.

Modifications (exercising options years 1, 2 and 3, change/additions to the basic contract documents) shall remain within my authority. Therefore, direct all modification correspondence to me with a copy to the Manager, Administrative Services Office. Copies of work orders need not be sent to me.

222 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO, IL 60606-6150
312/765-4974
FAX: 312/765-5359



7

Please acknowledge receipt of this letter on the original and two copies. Return the original and one copy to the attention of Teri Wilcox. The remaining copy is for your file.

Sincerely,

Larry L. Linnenburger

Larry L. Linnenburger
Contracting Officer

Receipt of this delegation is acknowledged
on JULY 13, 1994
DATE RECEIVED

BY: [signature]
SIGNATURE



8

COPY

US POSTAL SERVICE

# REQUEST, PROPOSAL, AND ACCEPTANCE CONTRACT MODIFICATION

MODIFICATION NO: M-01

| 1. PROJECT | 2. CONTRACTOR: | 3. PROJECT NO | 4. REQUEST NO |
|---|---|---|---|
| Basic Architect/Engineer Indefinite Quantity Contract A/E Design and Preparation of Contract Documents North Central Illinois Area Zip Codes 604, 605 & 609 | A.M. Fernandez & Associates 826 Lincoln Lane LaGrange Highlands, IL 60525-7402 | N/A | N/A |
| | | 5. CONTRACT NO 162640-94-J-0136 | 6. REQUEST DATE N/A |

7. REQUEST CONTRACTOR IS REQUESTED TO SUBMIT A PROPOSAL FOR THE CHANGE(S) DESCRIBED IN BLOCK 9 AS A MODIFICATION TO THE ABOVE REFERENCED CONTRACT.

DATE REQUESTED BY

8 ISSUED BY: USPS FACILITIES SERVICE OFFICE
DESIGN & CONSTRUCTION
222 S RIVERSIDE PLAZA, SUITE 1200
CHICAGO, ILLINOIS 60606-6150

PROJECT MANAGER / RESIDENT ENGINEER SIGNATURE

9. DESCRIPTION OF CHANGE(S):

Reference is made to the Basic A/E Indefinite Quantity Contract entered into as of the 19th day of July, 1994.

Effective July 19, 1996, the Contract is hereby renewed for one (1) year from July 19, 1996, to July 18, 1997. There are two (2) renewal options remaining.

The personnel classification rates per hour remain unchanged.

Vehicle travel to and from projects will be 30 cents per mile.

All other rates, contract provisions and clauses remain unchanged.

The contractor hereby agrees the compensation provided by this modification constitutes full and complete satisfaction for all costs including, but not limited to, applicable interest, impact and delay costs, and additional contract completion time which either has been or will be incurred in performing all work described by this modification. Except as provided herein, all terms and conditions of the document referenced in Block 4, as heretofore changed, remain in full force and effect.

10. The undersigned contractor proposes to perform the work described in Block 9 above for:

- An increase in the contract price of per the detailed breakdown attached.
- A decrease in the contract price of $______, per the detailed breakdown attached.
- x No change in the contract price.
- x An increase in period of performance of 365 calendar days, per the attached schedule.
- A decrease in period of performance of ____ calendar days, per the attached schedule.
- No change in the period of performance.

AUTHORIZED CONTRACTOR SIGNATURE: Andrew M. Fernandez (signature) DATE: 7-12-96

11. PROPOSAL SUBMITTED BY (NAME / TYPE OR PRINT):

12. CONTRACTOR'S ACCEPTANCE

Note: No signature required below if the accepted price and time in Block 13 agree with the contractor's proposal as stated in Block 10

NAME/TITLE OF AUTHORIZED PERSON (TYPE OR PRINT): Andrew M. Fernandez

DATE SIGNED: 7-12-96

13. USPS ACCEPTANCE
USPS acceptance price this modification:
Previous Maximum Contract Price:
Revised Maximum Contract Price:
Time Granted: 365 Days
Revised Completion Date: July 18, 1997

NAME OF CONTRACTING OFFICER (TYPE OR PRINT): LARRY L. LINNENBURGER

SIGNATURE: (signature)

DATE SIGNED: 7/19/96

PS FORM 7330 - REVISED 6/93

Page 1 of 1

- 390 -

(9)

RAMP SURVEY

Sheet1

IMPORTANT

FILE

| | CONTACT PERSON | HANDICAP RAMP YES | NO | INSTALLED | LOCATION RAMP FRONT | BACK | |
|---|---|---|---|---|---|---|---|
| ABINGTON 309-462-2441 | ED SANDERS PM | LIFT/10yrs 27- INSP | | 10 YRS. | ✓ | | |
| BEARDSTOWN 217 323-3044 | P. SAGER. | | ✓ | | | | |
| BRADLEY 815-932-4133 | OSULLIVAN-PM | ✓ | ✓ | | | ✓ | ~~PKG.(CARRIERS)~~ |
| BUSHNELL 309-772-3515 | OIC- MARY B. FARRENKOPF | | ✓ | | | (LIFT) | |
| CANTON 309.647-0309 | Rick McLAREN | | ✓ | | | | |
| CARLINVILLE 217.854-7071 | LISTER-PM | | ✓ | | | ✓ | |
| CHARLESTON 217 345-2900 | FOX - PM | | ✓ | | | | |
| CHILLICOTHE 309.274.2276 | JOANN GORDON-CLK | ✓ | | 1-2 YRS. | ✓ | | |
| HAVANA 309.543-2581 | SMITH-PM | | ✓ | | | | |
| HOOPESTON 217.283-6321 | TOM KASALLIS OIC | ✓ OCT 96 | | | | ✓ | METAL RAMP. |
| LEWISTOWN 309.547.2931 | PM-MORROW OIC | | Pd. NOT INSTALLED ✓ | | | | |
| LINCOLN 217-732-4912 | LOU B GERRY | ✓ | | ? 18yrs. | | ✓ | |
| MACOMB 309-833-5593 | PM- P.LUNA | | ✓ | | | | |
| MARSEILLES 815-795-2148 | PM-CRAIG | | ✓ | | | | |
| MASON CITY 217-482-5725 | OIC-PAULA CUTRIGHT | | ✓ | | | | HANDICAP PKG SP |
| MENDOTA 815 539-6366 | PM- VAN DRIMM | | ✓ | | | | |
| ? NORMAL 309-452-2909 | Cheryl. | ✓ | | 2½yrs. | | ✓ | |
| OGLESBY 815-883-8541 | Chuck MAURITZEN | | ✓ | | | | |
| NEW DOOR PANA 217-562-2020 | PM-THORNTON | | ✓ | | | | SURVEY - CLIFF ELDERLY HUNTER |
| IRT- PAXTON 217-379-3181 | PM- ARENDS | | ✓ | | | - | |
| PERU 815-223-0320 | C Schmollinger | | | 15yrs? | | ✓ | NO ACCESS-FRO. |
| 1200 20RIS OIC PLANO 708-552-3481 | Greta | ✓ | | 15yrs? | ✓ | | |

Sheet1

| | | | | HANDICAP RAMP | | | LOCATION RAMP | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CONTACT PERSON | YES | NO | INSTALLED | FRONT | BACK | |
| | PRINCETON | | C. FREDRICKSON-CLK | | ✓ | | | – | CARRIERS |
| | 815-879-3001 | | | | | | | | |
| | RUSHVILLE | | J. KAYS-OIC | | ✓ | | | | |
| | 217-322-6717 | | | | | | | | |
| – | SHELBYVILLE | | OIC-G. BANNING | | ✓ | | | | BACK |
| BIDS PAINT INTER | 217-774-3212 | | | | | | | | |
| | SPRING VALLEY | | PM-COLMONE | | ✓ | | | – | BACK DOOR (2) |
| | 815-663-6321 | | | | | | | | |
| 8/04 – | STREATOR | | GREG | | ✓ | | | – | – CARRIERS |
| | 815-672-2606 | | | | | | | | |
| MTG. – | TAYLORVILLE | | R. DONOVAN-OIC | ✓ | ✓ | 3-4yrs. | | ✓ | PKG. SPOT. |
| | 217-824-3210 | | | | | | | | |
| | TUSCOLA | | PM- LIFFICK | | ✓ | | | – | DOCK EXT. - RAMP |
| Sched. FENCING | 217-253-3513 | | | | | | | | |
| | VIRDEN | | PM. MUMAW | | ✓ | | | | - NEED |
| | 217-965-3629 | | | | | | | | |
| | WATSEKA | | PM- | ✓ | | ✓ 1st yr. | ✓ | ✓ | |
| | 815-432-4628 | | | | | | | | |



089

11

**A.M. Fernandez & Associates**

Architects Engineers

826 Lincoln Lane, LaGrange Highlands, IL 60525
(708) 579-5191

Aug. 12, 1996

Mr. Robert A. Rigsby
Director, Administrative Services Division
United States Postal Service
6801 W. 73rd St.
Bedford Park, Illinois 60499-9991

Re: Handicapped Ramps: Preliminary surveys, designs and cost estimates for contract awards, 28 locations as indicated below.

Dear Mr. Rigsby,

Per your verbal request, our firm will be visiting the following sites to enable us to perform the scope of work as indicated below.

1. Field verify existing site conditions to determine the best possible location for the installation of a handicapped accessibility ramp.
2. Prepare a preliminary design drawing for each location utilizing data gathered from our site visits.
3. Obtain at least 3 cost estimates from contractors to enable the district office to award contracts for construction.
4. Complete all phases of the scope of work no later than Wednesday, September 4, 1996.

We understand that a work order will be issued shortly after completion of the scope of work.

Our facility locations are as follows:

| Location | Approximate Ramp Length |
|---|---|
| Glenwood | Unknown from photograph |
| Bradley | 36'-42' |
| Hoopeston | 54'-63' |
| Paxton | 30'-35' |
| Lincoln | 60'-70' |
| Marseilles | 54'-63' |
| Mendota | 42'-49' |
| Oglesby | 36'-42' |
| Peru | 42'-49' |
| Princeton | Unknown from photograph |
| Spring Valley | 78'-91' |
| Streator | 54'-63' |

OK Robert A Rigsby

092



12

**A.M. Fernandez & Associates**

**Architects** **Engineers**

826 Lincoln Lane, LaGrange Highlands, IL 60525
(708) 579-5191

| **Location** | **Approximate Ramp Length** |
|---|---|
| Canton | 36'-42' |
| Bushnell | 42'-49' |
| Macomb | 66'-77' ( Building expansion could incorporate ramp) |
| Lewistown | 54'-63' |
| Normal | 54'-63' |
| Charleston | 42'-49' |
| Tuscola | 48'-56' |
| Pana | 54'-63' |
| Shelbyville | 48'-56' |
| Taylorville | 48'-56' |
| Beardstown | 48'-56' |
| Carlinville | 54'-63' |
| Havana | 36'-42' |
| Mason City | 42'-49' |
| Rushville | 42'-49' |
| Virden | 48'-56' |

This concludes our survey list. Should you have any questions regarding this matter, please do not hesitate to contact me at your earliest convenience.

Sincerely,

Andrew M. Fernandez

Andrew M. Fernandez, AIA
Architect
A. M. Fernandez & Associates

OK Robert A Rybolt

# A.M. Fernandez & Associates

Architects Engineers

826 Lincoln Lane, LaGrange Highlands, IL 60525
(708) 579-5191

August 13,1996

Mr. Robert A. Rigsby
Director, Administrative Services Division
United States Postal Service
6801 W. 73rd St.
Bedford Park, Illinois 60499-9991

Re: Handicapped Ramps,
32 Locations
General Contractors for
consideration.

Dear Mr. Rigsby,

Please find below the list of General Contractors whom you've instructed me to contact regarding the above mentioned projects. Please verify that this list is complete so that I can contact all of them prior to my site visits which will begin on Thursday, August 15,1996. The contractors for consideration are as follows:

Waner Enterprises, Inc.
10150 Virginia Ave., Unit "J"
Chicago Ridge, IL 60415
(708) 423-8200

PNL Enterprises, Inc.
194 Kingston Lane
Bloomingdale, IL 60108
(708) 575-9560

Concrete By Wagner, Inc.
13808 High Road
Lockport, IL 60441
(815) 838-9218

Ulbrich & Associates Inc.
2500 W. Higgins Rd., Suite 315
Hoffman Estates, IL 60195
(708) 882-7770

Continued

# A.M. Fernandez & Associates

Architects Engineers

826 Lincoln Lane, LaGrange Highlands, IL 60525
(708) 579-5191

Continued

Ramcorp, Inc.
421 N. Water St.
Wilmington, IL 60481
(815) 476-7961

Please note that I am adding to the list a Palatine, IL firm, Phoenix Construction Company. They contacted me and expressed an interest in the projects. Please advise if they can participate. I will begin contacting the above as soon as you verify the list.

Sincerely,

Andrew M. Fernandez, AIA
Architect
A.M.Fernandez & Associates

10/2/96

Discussion with Andy A/E RE: 26 Locations
Andy Discussed with Bob cost guarantees
would be between and per
Location. — Overtime Hours would be
Expended to Reach Deadline Date of
Sept 4, 1996.

Samuel W. [signature]

(17)

UNITED STATES POSTAL SERVICE

# Inc.. /inite Quantity Contract/Servi..es

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-J-0136 | SAMUEL W SOUTHERN | 1st Renewal Option | 18.00 | 10/03/1996 |

| Work Description | Facility Location |
|---|---|
| ABC RAMP SURVEYS | SOUTH SUBURBAN, IL - P D C |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 7-4J-161546-C-297 | J51224 | 08/12/1996 | 60 days |

| Contractor | U.S. Postal Service |
|---|---|
| A M FERNANDEZ AND ASSOC<br>826 LINCOLN LANE<br>LAGRANGE HIGHLANDS IL 60525-7402 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 10·3·96 | ROBERT A RIGSBY [signature] | 10-10-96 |

**Attachments:**

**Summary of this Work Order:**

| | |
|---|---|
| **Total Miscellaneous:** | $0.00 |
| **Total Items Cost:** | $ |
| **Total Travel Cost:** | $ |
| **Work Order total for** | $ |
| **Work Order History:** | |

**Scope of Work:**

A/E IS INSTRUCTED TO SURVEY 28 (TWENTY-EIGHT) POSTAL OWNED FACILITIES, FOR THE PURPOSE OF MEETING HANDICAP RAMP REQUIREMENTS, A/E IS DIRECTED; 1. TRAVEL TO EACH LOCATION, 2. FIELD VERIFY ALL PERTINENT EXISTING SITE CONDITIONS, 3. MEET WITH THE SUPERVISING POSTAL OFFICIAL TO GET THEIR INPUT AND EXPLAIN THE PROGRAM,

4. PREPARE A PRELIMINARY RAMP FLOOR PLAN, 5. DISTRIBUTE THE PRELIMINARY PLANS TO VARIOUS CONTRACTORS IN ORDER TO OBTAIN ESTIMATES FOR CONSTRUCTION, 6. MEET WITH ALL THE CONTRACTORS NEEDING ASSISTANCE OR CLARIFICATION'S WITH THE DRAWINGS, 7. COLLECT ALL ESTIMATES FOR CONSTRUCTION COSTS AND DISTRIBUTE THEM TO THE DISTRICT OFFICE FOR REVIEW AND POTENTIAL CONTRACT AWARD.



21

UNITED STATES POSTAL SERVICE

Indefinite Quantity Contract ...

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
| --- | --- | --- | --- | --- |
| 162640-94-J-0136 | SAMUEL W SOUTHERN | 1st Renewal Option | 18.00 | 10/03/1996 |

| Work Description | Facility Location |
| --- | --- |
| ABC RAMP SURVEYS | SOUTH SUBURBAN, IL - P D C |

| | Base Contract Rate | Quantity of Time | Amount |
| --- | --- | --- | --- |
| INVEST. SURVEYS | | | |
| PROJECT MANAGER | $ . | | $ |
| SENIOR ARCHITECT/ENGINEER | $ | | $ |
| DRAFTSMAN | $ | | $ |
| | | | $ |
| Professional Hours Subtotal: | | | $ |



22

IQCHOURS, October 1996