# A.M. Fernandez & Associates

Architects Engineers

826 Lincoln Lane, LaGrange Highlands, IL 60525
(708) 579-5191

September 20, 1996

Mr. Samuel W. Southern
Project Manager
United States Post Office
Administrative Services Division
6801 W. 73rd Street
Bedford Park, Illinois 60499-9991

Re: USPS- Hoopeston, IL.
Handicapped Ramp,
Construction Cost Estimate

Dear Mr. Southern,
Please find below a summary of estimated costs associated with the construction of a handicapped ramp at the above mentioned facility. Should you have any questions regarding this estimate, please feel free to contact me at your earliest convenience. Our projected costs are as follows:

| | |
|---|---|
| **Activity** | **A** |
| **General Conditions** | **$** |
| **Demolition** | **$** |
| **Excavation & Concrete** | **$:** |
| **Masonry and or Limestone** | **$:** |
| **Handrails** | **$** |
| **Aluminum, Glass & Glazing** | |
| **Plumbing** | |
| **Landscaping and Restoration** | **$** |
| **Overhead & Profit** | **$:** |
| **Total** | **$96,600.00** |



23

UNITED STATES POSTAL SERVICE

# Offer and Award
## Simplified Construction

| | | | |
|---|---|---|---|
| Facility HOOPESTON, IL - MAIN OFFICE | Project INSTALLATION OF HANDICAP RAMP | | |
| 1. Contract Number 161550-96-B-5146 | 2. Solicitation Number 161550-97-A-0074 | 3. Project # J48297 | 4. Socio/Economic |
| 5. a. Issued by CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 | 5. b. For information call *(No Collect Calls)* SAMUEL SOUTHERN<br>(708) 563 - 7214 | | |
| 6. a. Offeror/Contractor ULBRICH & ASSOCIATES<br>2500 W HIGGINS RD SUITE #315<br>HOFFMAN ESTATES, IL 60195-2043 | b. Contact Name: RICK<br>c. Telephone Number: 847-882-7770<br>d. TIN: 36-3580368<br>e. Parent TIN:<br>TIN = Taxpayer Identification Number | | |

f. Remittance Name and/or Address: (if different from above)

7. Delivery/Performance Requirements

See Section C

8. Items & Prices/General Description of Requirement

RE: HOOPESTON, IL MAIN OFFICE

ULBRICH ASSOCIATES, INC GENERAL CONTRACTORS WILL FURNISH THE NECESSARY LABOR, MATERIALS, AND EQUIPMENT TO PROVIDE THE GENERAL CONSTRUCTION WORK FOR THE HANDICAP RAMP TO BE LOCATED AT THE U.S.P.S FACILITY IN HOOPESTON, IL IN ACCORDANCE WITH: THE RAMP PLAN DATED 8/15/96, AS PREPARED BY A.M. FERNANDEZ & ASSOCIATES INCLUDING INSPECTION OF THE FACILITY FOR THE SUM OF $85,000.00.
THE SCOPE OF WORK INCLUDES DEMOLITION, CONCRETE, EXCAVATION, BACKFILL, MASONRY, HANDRAILS AND LANDSCAPING.

TOTAL: $ 85,000.00 in words EIGHTY FIVE THOUSAND DOLLARS AND NO CENTS.

Performance Time in Calendar Days 160

9. Optional Provisions/Clauses listed below are applicable to this contract:
Section G: FB-243 Section G: FB-259 Section K: OA-12 Section K: OA-5 Section E: OB-21 Section H: 10-6 Section H: 7-4

10. Billing Instructions (Submit Invoices to) BETTY L CHEARS
CENTRAL ILL. DISTRICT
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

| | | | |
|---|---|---|---|
| 11. Contractor Signature: [signature] | Date: 7/25/97 | 12. US Postal Service Signature [signature] | Date: 7-25-97 |
| Name of Person Authorized to sign | | Name of Contracting Officer ROBERT A RIGSBY | |

DCAward, March 1996

UNITED STATES POSTAL SERVICE

Facilities Department

## TABLE OF CONTENTS

PAGE


U.S. Postal Service: Offer And Award ........ 1

### Part 1-Schedule

#### Section A-Items And Prices

A.1 Acknowledgment Of Amendments (Clause OB-199) (August 1988) ........ 2

*Below Applicable If Contract Exceeds $25,000*

A.2 Required Bond Amounts (Clause OB-201) Alternate I (November 1988) ........ 2

#### Section B-Specifications / Statement Of Work

B.1 Statement Of Work / Specifications (Clause OB-7) (June 1988) ........ 2

B.2 Attachments To Statement Of Work / Specifications (Clause OB-31) (June 1988) ........ 2

B.3 English Language Requirement Of On-Site Superintendent (Clause OB-38) (June 1988) ........ 2

#### Section C-Delivery / Performance

C.1 Notice Of Delay (Clause B-15) (May 1994 / Interim) ........ 2

C.2 Suspensions And Delays (Clause B-16) (May 1994 / Interim) ........ 2

C.3 Excusable Delays (Clause B-19) (October 1987) ........ 2

*Below Applicable If Contract Exceeds $100,000*

C.4 Liquidated Damages (Clause 2-10) (October 1987) ........ 3

C.5 Shop Drawings, Coordination Drawings, And Schedules (Clause 11-20) (October 1987) ........ 3

C.6 Record "As-Built" Drawings (Clause 11-21) (October 1987) ........ 3

*Below Applicable If Listed In Block 8, Page 1*

C.7 Construction Progress Chart (Clause 11-23) (October 1987) ........ 3

C.8 Warranty (Clause 11-25) (October 1987) ........ 4

C.9 Samples (Clause 11-28) (June 1988) ........ 4

C.10 Working Hours (Clause FB-202) (June 1988) ........ 5

*Below Applicable If Contract Exceeds $25,000*

C.11 Notice To Proceed (Clause FB-230) (June 1988) ........ 5

C.12 Commencement, Prosecution, And Completion Of Work (Clause FB-236) (June 1988) ........ 5

*Below Applicable If Listed In Block 8, Page 1*

C.13 Superintendence Of Subcontractors (Clause FB-237) (May 1994 / Interim) ........ 5

C.14 Optional Materials Or Methods (Clause FB-244) (June 1988) ........ 5

*Below Applicable If Contract Exceeds $100,000*

C.15 Exception To Completion And Liquidated Damages Schedules (Clause FB-245) (June 1988) ........ 5

*Below Applicable If Listed In Block 8, Page 1*

C.16 Construction Cost Estimate (Clause FB-247) (September 1995 / Interim) ........ 5

#### Section D-Packaging And Marking

(Reserved) ........ 5

#### Section E-Inspection And Acceptance

E.1 Inspection And Acceptance (Clause 11-11) (October 1987) ........ 5

*Below Applicable If Listed In Block 8, Page 1*

E.2 Contracting Officer's Representative (COR) (Clause OB-21) Alternate III (June 1988) ........ 6

#### Section F-Payment And Funding

F.1 Payment (Clause 11-10) (August 1995 / Interim) ........ 6

F.2 Invoices (Clause B-20) (June 1988) ........ 6

F.3 Equitable Adjustments (Clause FB-271) (August 1988) ........ 6

### Part 2-Clauses And Attachments

#### Section G-Special Clauses

G.1 Performance At Occupied Postal Premises (Clause B-27) (October 1987) ........ 7

G.2 Conditions Affecting The Work (Clause 11-1) (October 1987) ........ 7

G.3 Differing Site Conditions (Clause 11-2) (October 1987) ........ 7

G.4 Performance Of Work By Contractor (Clause 11-3) (October 1987) ........ 8

G.5 Superintendence By Contractor (Clause 11-4) (October 1987) ........ 8

G.6 Materials And Workmanship (Clause 11-5) (June 1988) ........ 8

G.7 Use Of Premises (Clause 11-6) (October 1987) ........ 8

G.8 Other Contracts (Clause 11-7) (October 1987) ........ 8

G.9 Subcontracts (Clause 11-8) (October 1987) ........ 8

G.10 Permits And Responsibilities (Clause 11-9) (October 1987) ........ 8

G.11 Building Codes, Fees, And Charges (Clause 11-12) (October 1987) ........ 8

G.12 Heat (Clause 11-14) (October 1987) ........ 8

G.13 Debris And Cleanup (Clause 11-15) (October 1987) ........ 9

UNITED STATES POSTAL SERVICE

Facilities Department

G.14 Measurements
(Clause 11-16) (October 1987) ....... 9

G.15 Specifications And Drawings
(Clause 11-18) (October 1987) ....... 9

G.16 Postal Service Occupancy
(Clause 11-24) (October 1987) ....... 9

G.17 Changes
(Clause 11-26) (October 1987) ....... 9

G.18 Accident Prevention
(Clause 11-27) (June 1988) ....... 9

G.19 Access To Site
(Clause OB-44) (June 1988) ....... 10

G.20 Identification Of Contractor's Vehicles
(Clause OB-45) (June 1988) ....... 10

G.21 Control Of Erosion, Sedimentation, And Pollution
(Clause OB-49) (June 1988) ....... 10

G.22 Indemnification
(Clause FB-203) (June 1988) ....... 10

G.23 Definition Of Terms Used In Contract Documents
(Clause FB-235) (June 1988) ....... 10

G.24 Site Visits
(Clause FB-240) (June 1988) ....... 10

*Below Applicable If Listed In Block 1, Page 1*

G.25 Use Of Building Facilities
(Clause FB-259) Alternate I (September 1995 / Interim) ....... 11

## Section H-General Clauses

H.1 Clauses Incorporated By Reference
(Clause FB-110) (June 1988) ....... 11

H.2 Definitions
(Clause B-1) (June 1988) ....... 12

H.3 Claims And Disputes
(Clause B-9) (June 1988) ....... 12

H.4 Pricing Of Adjustments
(Clause B-10) (October 1987) ....... 12

H.5 Termination For Convenience
(Clause B-11) (October 1987) ....... 13

H.6 Termination For Default
(Clause B-13) (October 1987) ....... 14

H.7 Change-Order Accounting
(Clause B-21) (October 1987) ....... 14

H.8 Advertising Of Contract Awards
(Clause B-25) (June 1988) ....... 14

*Below Applicable If Contract Exceeds $25,000*

H.9 Additional Bond Security
(Clause 7-2) (October 1987) ....... 14

*Below Applicable If Listed In Block 1, Page 1*

H.10 Insurance
(Clause 7-4) (June 1988) ....... 14

H.11 Federal, State, And Local Taxes (Short Form)
(Clause 7-7) (June 1988) ....... 15

H.12 Contract Work Hours And Safety Standards Act-Overtime Compensation
(Clause 10-4) (April 1988) ....... 15

H.13 Davis-Bacon Act
(Clause 10-5) (April 1988) ....... 15

H.14 Preference For Domestic Construction Materials
(Clause 10-18) Alternate I (December 1989) ....... 17

H.15 Order Of Precedence
(Clause B-29) (September 1995 / Interim) ....... 18

H.16 Handling Asbestos Insulation
(Clause FB-273) (March 1989) ....... 18

## Section I-List Of Attachments

List Of Attachments ....... 18

# Part 3-Solicitation Provisions

## Section J-Instructions To Offerors

J.1 Type Of Contract
(Provision 5-1) (October 1987) ....... 19

J.2 Information On "Equal" Products
(Provision OA-1) (June 1988) ....... 19

*Below Applicable If Listed In Block 1, Page 1*

J.3 Preproposal Conference
(Provision OA-7) (June 1988) ....... 19

*Below Applicable If Listed In Block 1, Page 1*

J.4 Submission Of Proposal
(Provision OA-15) (September 1995 / Interim) ....... 19

J.5 Submission Of Financial Statements
(Provision OA-27) (May 1995 / Interim) ....... 19

## Section K-Solicitation Notices And Provisions

K.1 Preparation Of Proposals
(Provision A-1) Alternate II (March 1989) ....... 19

K.2 Submission Of Proposals
(Provision A-2) (October 1987) ....... 20

K.3 Modification Or Withdrawal Of Proposals
(Provision A-3) (October 1987) ....... 20

K.4 Late Submissions And Modifications Of Proposals
(Provision A-4) (October 1987) ....... 20

K.5 Acknowledgment Of Solicitation Amendments
(Provision A-5) (October 1987) ....... 20

K.6 Explanation To Prospective Offerors
(Provision A-6) (October 1987) ....... 20

K.7 Restriction On Disclosure And Use Of Data
(Provision A-7) (June 1988) ....... 20

K.8 Contract Award
(Provision A-8) (February 1992) ....... 20

K.9 Award Without Discussions
(Provision A-9) (October 1987) ....... 21

K.10 Postal-Furnished Property Or Services
(Provision A-12) (October 1987) ....... 21

K.11 Labor Information
(Provision A-13) (October 1987) ....... 21

- 403 -

39

UNITED STATES POSTAL SERVICE

Facilities Department


K.12 Failure To Submit Proposal (Provision A-14) (October 1987) ..... 21

K.13 Protests (Provision A-15) (October 1987) ..... 21

K.14 Brand Name Or Equal (Provision 2-4) (February 1992) ..... 21

*Below Applicable If Listed In Block 9, Page 1*
K.15 Proposal Guarantee (Provision 7-1) (June 1988) ..... 21

*Below Applicable If Contract Exceeds $25,000*
K.16 Performance Bond Requirements (Provision 7-2) (October 1987) ..... 21

*Below Applicable If Contract Exceeds $25,000*
K.17 Payment Bond Requirements (Provision 7-3) (October 1987) ..... 22

*Below Applicable If Contract Exceeds $25,000*
K.18 Deposit Of Assets Requirements (Provision 7-5) (October 1987) ..... 22

*Below Applicable If Contract Exceeds $10,000*
K.19 Notice Of Requirement For Equal Opportunity Affirmative Action (Provision 10-6) (October 1987) ..... 22

*Below Applicable If Listed In Block 9, Page 1*
K.20 Postaward Orientation Conference (Provision OA-5) Alternate I (March 1989) ..... 22

*Below Applicable If Listed In Block 9, Page 1*
K.21 Access To Postal Buildings (Provision OA-12) (March 1989) ..... 22

*Below Applicable If Listed In Block 9, Page 1*
K.22 Notice Of Preaward Survey (Provision OA-34) (June 1994 / Interim) ..... 22

*Below Applicable If Listed In Block 9, Page 1*
K.23 Prequalified Sources Or Services Suppliers And Approved Products (Provision OA-38) (June 1988) ..... 23

**Section L-Representations And Certifications**

L.1 Type Of Business Organization (Provision A-20) (December 1989) ..... 24

L.2 Parent Company And Taxpayer Identification Number (Provision A-21) (October 1987) ..... 24

L.3 Authorized Negotiators (Provision A-22) (October 1987) ..... 25

L.4 Place Of Performance (Provision A-23) (October 1987) ..... 25

L.5 Certificate Of Independent Price Determination (Provision 1-1) (October 1987) ..... 25

L.6 Contingent Fee Representation (Provision 1-2) (October 1987) ..... 25

L.7 Certification Of Nonsegregated Facilities (Provision 10-3) (October 1987) ..... 25

L.8 Buy American Certificate-Construction Materials (Provision 10-5) (October 1987) ..... 28

L.9 Clean Air And Water Certification (Provision 10-9) (October 1987) ..... 28

**Section M-Evaluation And Award Factors**

*Below Applicable If Listed In Block 9, Page 1*
M.1 Contract Award And Proposal Evaluation (Provision OA-16) (June 1988) ..... 27


- 404 -

40

UNITED STATES POSTAL SERVICE.

Facilities Department

**H.5 Termination For Convenience (Clause B-11) (October 1987)**

a. Performance under this contract may be terminated by the Postal Service in whole or in part whenever the Contracting Officer determines that termination is in the interest of the Postal Service. A termination may be effected by delivery to the Contractor of a notice of termination specifying the extent of work terminated, and the effective date of the termination.

b. Upon receipt of a notice of termination, unless otherwise directed by the Contracting Officer, the Contractor must take the following actions:

1. Stop work to the extent specified in the notice.
2. Place no further orders or subcontracts for materials, services, or facilities except as may be necessary for completion of the unterminated work.
3. Terminate all orders and subcontracts to the extent that they relate to the work terminated.
4. Assign to the Postal Service, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the orders and subcontracts terminated. The Postal Service has the right, in its discretion, to settle or pay claims arising out of these terminations.
5. Settle all outstanding liabilities and claims arising out of the termination of orders and subcontracts, with the approval or ratification of the Contracting Officer. The Contracting Officer's decision is final for the purposes of this clause.
6. Transfer title to the Postal Service and deliver as directed by the Contracting Officer
   (a) Work in process, completed work, and other material produced as a part of or acquired for the work terminated; and
   (b) The completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would have been furnished to the Postal Service.
7. Use its best efforts to sell as directed by the Contracting Officer any property of the types referred to in subparagraph (b.6) above, provided that the Contractor may acquire property under the conditions prescribed and at prices approved by the Contracting Officer, and the proceeds of any such transfer will be applied in reduction of any payments to be made by the Postal Service to the Contractor, or be credited to the price or cost of the work covered by this contract, or be paid in any manner directed by the Contracting Officer.
8. Complete performance of the work not terminated.
9. Take any action that may be necessary, or that the Contracting Officer may direct, for protecting and preserving any property related to this contract that is in the possession of the Contractor and in which the Postal Service has or may acquire an interest.

c. At any time, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of and may request the Postal Service to remove inventory items or enter into a storage agreement covering them. Not later than 15 days after receiving this request, the Postal Service will accept title to the items and remove them or enter into a storage agreement. The list will be subject to verification by the Contracting Officer upon removal of the items or, if the items are stored, within 45 days after submission of the list.

d. After termination, the Contractor must submit to the Contracting Officer a termination claim in the form and with the certification prescribed by the Contracting Officer. The claim must be submitted promptly, but in no event more than one year after the effective date of termination, unless an extension in writing is granted by the Contracting Officer. However, if the Contracting Officer determines that the facts justify such action, any termination claim may be received and acted upon at any time after the one-year period. Upon failure of the Contractor to submit a termination claim within the time allowed, the Contracting Officer may determine, on the basis of the information available, the amount, if any, due the Contractor by reason of the termination and will pay that amount.

e. If the Contractor and the Contracting Officer fail to agree on the amount to be paid to the Contractor by reason of the termination, the Contracting Officer will determine the amount, if any, due the Contractor and pay the Contractor the contract price for completed and accepted supplies or services not previously paid for (adjusted for any saving of freight and other charges) and, with respect to all other contract work performed before the effective date of termination, the total of:

1. The cost of such work;
2. The cost of settling and paying claims arising out of the termination of work under subcontracts; and
3. A profit on (e.1) above, determined by the Contracting Officer to be fair and reasonable; but if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, no profit will be included, and an appropriate adjustment will be made reducing the amount of the settlement to reflect the indicated rate of loss.

f. The total sum to be paid to the Contractor may not exceed the total contract price as reduced by the payments made and as further reduced by the contract price of work not terminated. Except for normal spoilage, and except to the extent that the Postal Service expressly assumed the risk of loss, there will be excluded from the amounts payable to the Contractor under paragraph (e) above, the fair value, as determined by the Contracting Officer, of property destroyed, lost, stolen, or damaged so as to become undeliverable to the Postal Service, or to a buyer.

g. Any determination of costs will be governed by the cost principles set forth in chapter 5 of the USPS Procurement Manual in effect on the effective date of termination.

h. The Contractor has the right of review under the Claims and Disputes clause of any determination made by the Contracting Officer under paragraph (d) or (e) above, except that, if the Contractor has failed to submit its termination claim within the time provided in paragraph (d) above and has failed to request an extension of time, there may be no right of review.

i. In arriving at the amount due the Contractor, there must be deducted

1. All unliquidated advance or other payments to the Contractor applicable to the terminated portion of this contract;
2. Any claim that the Postal Service may have against the Contractor under this contract; and
3. The agreed price for or the proceeds of sale of materials, supplies, or other things kept by the Contractor or sold and not recovered by or credited to the Postal Service.

- 405 -

UNITED STATES POSTAL SERVICE.

Facilities Department

j. If the termination is partial, the Contractor must file with the Contracting Officer a request in writing for an equitable adjustment of the price specified in the contract relating to the continued portion of the contract.

k. The Postal Service may, under the terms and conditions it prescribes, make partial payments and payments on account in connection with the terminated portion of this contract whenever the aggregate of these payments is within the amount to which the Contractor is entitled.

l. Unless otherwise provided in this contract, or by statute, the Contractor, for a period of three years after final settlement, must preserve and make available to the Postal Service at all reasonable times at the Contractor's office, all books, records, documents, and other evidence bearing on the costs and expenses of the Contractor under this contract and relating to the work terminated. If the Contracting Officer approves, photographs, microphotographs, or other authentic reproductions may be maintained instead of the originals.

**H.6 Termination For Default (Clause B-13) (October 1987)**

a.

1. The Postal Service may, subject to paragraphs (c) and (d) below, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to:

   (a) Complete the requirements of this contract within the time specified in the contract or any extension;

   (b) Make progress, so as not to endanger performance of this contract (but see paragraph (d) below); or

   (c) Perform any of the other provisions of this contract (but see subparagraph (a.2) following).

2. The Postal Service's right to terminate this contract under a.1(b) and (c) above may be exercised if the Contractor does not cure the failure within ten days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

b. If the Postal Service terminates this contract in whole or in part, it may acquire similar supplies or services or complete the work, and the Contractor will be liable to the Postal Service for any excess costs. However, the Contractor must continue the work not terminated.

c. Except for defaults of subcontractors at any tier, the Contractor is not liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor.

d. If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor is not liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

e. If this contract is terminated for default, the Postal Service may require the Contractor to transfer title and deliver to the Postal Service, as directed by the Contracting Officer, any completed supplies, partially completed supplies, and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor must also protect and preserve property in its possession in which the Postal Service has an interest.

f. The Postal Service will pay the contract price for completed items delivered and accepted. The Contractor and Contracting Officer may agree on the amount of payment for items delivered and accepted under paragraph (e) above for the protection and preservation of the property. Failure to agree will be a dispute under the Claims and Disputes clause. The Postal Service may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Postal Service against loss because of outstanding claims.

g. If, after termination, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for convenience.

h. The rights and remedies of the Postal Service under this clause are in addition to any other rights and remedies provided by law or under this contract.

**H.7 Change-Order Accounting (Clause B-21) (October 1987)**

The Contracting Officer may require change-order accounting whenever the estimated cost of a change or series of related changes exceeds $100,000. The Contractor, for each change or series of related changes, must maintain separate accounts, by job order or other suitable accounting procedure, of all incurred segregable, direct costs (less allocable credits) of work, both changed and not changed, allocable to the change. The Contractor will maintain such accounts until the parties agree to an equitable adjustment for the changes ordered by the Contracting Officer or the matter is finally disposed of in accordance with the Claims and Disputes clause.

**H.8 Advertising Of Contract Awards (Clause B-25) (June 1988)**

Except with the Contracting Officer's prior approval, the Contractor agrees not to refer in its commercial advertising to the fact that it was awarded a Postal Service contract or to imply in any manner that the Postal Service endorses its products.

*Below Applicable If Contract Exceeds $25,000*

**H.9 Additional Bond Security (Clause 7-2) (October 1987)**

If any surety furnishing a bond in connection with this contract becomes unacceptable to the Postal Service or fails to furnish reports on its financial condition as requested by the Contracting Officer, or if the contract price increases to the point where the security furnished becomes inadequate in the Contracting Officer's opinion, the Contractor must promptly furnish additional security as required to protect the interests of the Postal Service and of persons supplying labor or materials in performance of this contract.

**H.10 Insurance (Clause 7-4) (June 1988)**

a. During the term of this contract and any extension, the Contractor must maintain at its own expense the insurance required by this clause. Insurance companies must be acceptable to the Postal Service. Policies must include all terms and provisions required by the Postal Service.

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

August 7, 1997

ULBRICH & ASSOCIATES INC
2500 West Higgins Suite 315
Hoffman Estates IL 60195-5220

REF: HOOPESTON HANDICAP RAMP
CONTRACT #161550-96-B-5146

Dear Mr. Ulbrich:

This is a follow-up to our telephone conversation on August 7, 1997 notifying you that a formal protest has been filed by L. P. Consulting Group Inc. on the award of the referenced contract.

As discussed, this further confirms your agreement to stop all progress of work, such as mobilization of work forces, material or equipment orders, contracts, planning and subcontracting on this project at no cost/compensation to you from the Postal Service for delays incurred. You will be notified promptly, once a decision has been rendered, pending the review of pertinent facts in this matter.

Sincerely,

Robert A. Rigsby
Contracting Officer

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

UNITED STATES
POSTAL SERVICE

August 12, 1997

ULBRICH & ASSOCIATES INC
2500 West Higgins Suite 315
Hoffman Estates IL 60195-2500

REF: HOOPESTON HANDICAP RAMP
CONTRACT # 161550-96-B-5146

Dear Mr. Ulbrich:

This is to inform you that the U.S. Postal Service Law Department, in Chicago, Illinois has reviewed the contents of the protest on the referenced facility and has agreed with the CO's request to allow Ulbrich & Associates Inc. to proceed with the construction of the handicap ramp.

It is understood that there will be no additional cost to the Postal Service for whatever delays that my have occurred. The present terms and conditions of the contract issued on July 25, 1997 are still in effect. Please set you work schedule accordingly to avoid any further delays.

Sincerely,

Robert A. Rigsby
Contracting Officer

cc: Law Department
Cary L. Katznelson, Senior Attorney

6801 WEST 73rd STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX 708-563-7204

(61)

PAR 5

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

August 22, 1997

CERTIFIED Z 256 997 003
RETURN RECEIPT

James T. Rohlfing Attorney at Law
Patzik Frank & Samotny Ltd
150 South Wacker Drive Suite 900
Chicago IL 60606-4102

Dear Mr. Rohlfing:

I have received your request for the contract documents under the FOIA as stated in your letter dated July 25, 1997.

You are required to make an advance payment of $4,235.47 to the United States Postal Service for all fees and services. The fees are based on expenditures that will actually be incurred by the USPS for searching, reviewing and duplicating documents. In addition, you will be charged the basic rate of pay for the employee(s) who will be performing the work, plus benefits and the cost of operating duplicating machinery. You will be required to make an advance payment in the full amount estimated before the USPS commences work on any request.

You are offered an opportunity to confer with me to reformulate your request, based on your needs, at a lower cost.

Sincerely,

Robert A. Rigsby

Robert A. Rigsby
Contracting Officer

cc: Cary L. Katznelson, Senior Attorney

**Receipt for Certified Mail** 08/22
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to James Rohlfing Atty | |
| Street & Number Patzik Frank & Samotny | |
| Post Office, State, & ZIP Code 150 S Wacker Dr Ste 900 Chgo 60606-4102 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date Cont Doc | |

PS Form 3800, April 1995

6801 West 73rd Street
Bedford Park IL 60499-9991
708-563-7200
Fax: 708-563-7204



(43)

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 004

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASHKUM | IL | MAIN OFFICE | 4J 161550 | 54J160318E847 | 16264094B0083 | 9 96-06 | 802 | 4 | 11 | 95 | 4211 | 19,916.65 |
| | | | | | 16264094B0083 | | 802 | 2 | 12 | 95 | 4211AB | 15,916.65 |
| | | | | | 16264094B0083 | | 802 | 2 | 12 | 95 | 4211AB | 15,916.65- |
| | | | | | 16264094B0083 | | 802 | 2 | 12 | 95 | 4211AB | 15,916.65 |
| | | | | | 16264094B0083 | | 802 | 3 | 12 | 95 | 4211 | 2,525.79 |
| | | | | | 16264094B0083 | | 802 | 3 | 01 | 96 | 4211AB | 6,525.79 |
| BIG ROCK | IL | MAIN OFFICE | 4J 161550 | 54J160732E422 | 16264094B0083 | | 802 | 4 | 13 | 95 | 4211 | 12,354.31 |
| | | | | | 16264094B0083 | | 802 | 3 | 01 | 96 | 4211AB | 1,654.31 |
| | | | | | 16264094B0083 | | 802 | 3 | 09 | 96 | 4211AB | 6,700.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 11 | 96 | 4211AB | 1,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 11 | 96 | 4211AB | 3,000.00 |
| BONFIELD | IL | MAIN OFFICE | 4J 161550 | 54J160852E405 | 16264094B0083 | | 802 | 2 | 08 | 95 | 4211 | 8,940.97 |
| | | | | | 16264094B0083 | | 802 | 1 | 09 | 95 | 4211AB | 5,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 13 | 95 | 4211 | 1,590.26 |
| | | | | | 16264094B0083 | | 802 | 3 | 13 | 95 | 4211AB | 5,531.23 |
| BRACEVILLE | IL | MAIN OFFICE | 4J 161550 | 54J160900E418 | 16264094B0083 | 9 96-06 | 802 | 3 | 11 | 95 | 4211 | 11,397.05 |
| | | | | | 16264094B0083 | | 802 | 3 | 12 | 95 | 4211 | 748.83- |
| | | | | | 16264094B0083 | | 802 | 2 | 13 | 95 | 4211AB | 10,648.22 |
| BUCKINGHAM | IL | MAIN OFFICE | 4J 161550 | 54J161038E572 | 16264094B0083 | 9 95-13 | 802 | 3 | 08 | 95 | 4211 | 9,832.37 |
| | | | | | 16264094B0083 | | 802 | 1 | 10 | 95 | 4211AB | 8,832.37 |
| | | | | | 16264094B0083 | | 802 | 1 | 13 | 95 | 4211 | 1,882.69 |
| | | | | | 16264094B0083 | | 802 | 2 | 13 | 95 | 4211AB | 2,882.69 |
| CABERY | IL | MAIN OFFICE | 4J 161550 | 54J161146E333 | 16264094B0083 | | 802 | 1 | 13 | 95 | 4211 | 16,713.88 |
| | | | | | 16264094B0083 | | 802 | 1 | 04 | 96 | 4211AB | 6,713.88 |
| | | | | | 16264094B0083 | | 802 | 1 | 05 | 96 | 4211AB | 10,000.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 05 | 96 | 4211 | 10,966.76 |
| | | | | | 16264094B0083 | | 802 | 3 | 06 | 96 | 4211AB | 10,966.76 |
| CHATSWORTH | IL | MAIN OFFICE | 4J 161550 | 54J161470E415 | 16264094B0083 | | 802 | 4 | 13 | 95 | 4211 | 27,497.93 |
| | | | | | 16264094B0083 | | 802 | 3 | 01 | 96 | 4211AB | 3,928.57 |
| | | | | | 16264094B0083 | | 802 | 1 | 04 | 96 | 4211AB | 3,569.36 |
| | | | | | 16264094B0083 | | 802 | 1 | 05 | 96 | 4211AB | 4,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 06 | 96 | 4211AB | 9,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 07 | 96 | 4211AB | 7,000.00 |
| | | | | | 16264094B0083 | | 802 | 2 | 08 | 96 | 4211 | 13,291.62 |
| | | | | | 16264094B0083 | | 802 | 3 | 10 | 96 | 4211AB | 12,291.62 |
| | | | | | 16264094B0083 | | 802 | 3 | 13 | 96 | 4211AB | 1,000.00 |
| DANFORTH | IL | MAIN OFFICE | 4J 161550 | 54J161962E639 | 16264094B0083 | 9 96-02 | 802 | 1 | 09 | 95 | 4211 | 13,550.33 |
| | | | | | 16264094B0083 | | 802 | 4 | 11 | 95 | 4211AB | 13,550.33 |
| GRANT PARK | IL | MAIN OFFICE | 4J 161550 | 54J163252E530 | 16264094B0083 | | 802 | 4 | 13 | 95 | 4211 | 13,812.84 |
| | | | | | 16264094B0083 | | 802 | 4 | 02 | 96 | 4211AB | 12,512.84 |
| | | | | | 16264094B0083 | | 802 | 1 | 04 | 96 | 4211AB | 1,300.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 04 | 96 | 4211 | 1,099.92 |

IQC

- 410 -

(84)

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16264094B0083 | | 802 | 3 | 05 | 96 | 4211AB | 1,099.92 |
| KEMPTON | IL | MAIN OFFICE | 4J 161550 | 54J164092E251 | 16264094B0083 | 9 96-02 | 802 | 1 | 06 | 95 | 4211 | 2,570.01 |
| | | | | | 16264094B0083 | | 802 | 3 | 12 | 95 | 4211 | 10,753.97 |
| | | | | | 16264094B0083 | | 802 | 4 | 12 | 95 | 4211AB | 2,500.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 13 | 95 | 4211 | 3,505.71 |
| | | | | | 16264094B0083 | | 802 | 3 | 13 | 95 | 4211AB | 10,823.98 |
| | | | | | 16264094B0083 | | 802 | 3 | 01 | 96 | 4211AB | 3,505.71 |
| LANSING | IL | SUB LOC BAD ON PACS | 4J 161550 | 54J164326E309 | 16264094B0083 | 9 96-06 | 802 | 3 | 07 | 95 | 4211 | 54,740.87 |
| | | | | | 16264094B0083 | | 802 | 4 | 07 | 95 | 4211AB | 50,740.87 |
| | | | | | 16264094B0083 | | 802 | 1 | 09 | 95 | 4211AB | 3,000.00 |
| | | | | | 16264094B0083 | | 802 | 3 | 05 | 96 | 4211 | 7,158.37 |
| | | | | | 16264094B0083 | | 802 | 1 | 06 | 96 | 4211AB | 8,158.37 |
| LELAND | IL | MAIN OFFICE | 4J 161550 | 54J164404E153 | 16264094B0083 | | 802 | 2 | 12 | 95 | 4211 | 10,565.71 |
| | | | | | 16264094B0083 | | 802 | 2 | 12 | 95 | 4211 | 497.71- |
| | | | | | 16264094B0083 | | 802 | 3 | 12 | 95 | 4211 | 70.02 |
| | | | | | 16264094B0083 | | 802 | 3 | 13 | 95 | 4211AB | 10,000.00 |
| | | | | | 16264094B0083 | | 802 | 3 | 02 | 96 | 4211 | 4,926.13 |
| | | | | | 16264094B0083 | | 802 | 1 | 03 | 96 | 4211AB | 4,561.86 |
| | | | | | 16264094B0083 | | 802 | 2 | 06 | 96 | 4211 | 497.71 |
| | | | | | 16264094B0083 | | 802 | 1 | 08 | 96 | 4211AB | 1,000.00 |
| MANTENO | IL | MAIN OFFICE | 4J 161550 | 54J164806E263 | 16264094B0083 | | 802 | 3 | 07 | 95 | 4211 | 48,725.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 07 | 95 | 4211AB | 20,000.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 07 | 95 | 4211AB | 26,275.00 |
| | | | | | 16264094B0083 | | 802 | 2 | 09 | 95 | 4211AB | 2,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 13 | 95 | 4211 | 3,247.88 |
| | | | | | 16264094B0083 | | 802 | 1 | 01 | 96 | 4211AB | 3,697.88 |
| MARK | IL | MAIN OFFICE | 4J 161550 | 54J164872E154 | 16264094B0083 | | 802 | 2 | 12 | 95 | 4211 | 12,538.14 |
| | | | | | 16264094B0083 | | 802 | 4 | 02 | 96 | 4211AB | 10,538.14 |
| | | | | | 16264094B0083 | | 802 | 1 | 03 | 96 | 4211AB | 1,300.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 03 | 96 | 4211 | 9,070.97 |
| | | | | | 16264094B0083 | | 802 | 4 | 04 | 96 | 4211AB | 9,770.97 |
| MAZON | IL | MAIN OFFICE | 4J 161550 | 54J164974E253 | 16264094B0083 | 9 96-02 | 802 | 1 | 06 | 95 | 4211 | 5,605.12 |
| | | | | | 16264094B0083 | | 802 | 1 | 07 | 95 | 4211AB | 5,605.12 |
| ODELL | IL | MAIN OFFICE | 4J 161550 | 54J165814E649 | 16264094B0083 | | 802 | 4 | 11 | 95 | 4211 | 12,499.10 |
| | | | | | 16264094B0083 | | 802 | 1 | 12 | 95 | 4211AB | 12,499.10 |
| PIPER CITY | IL | MAIN OFFICE | 4J 161550 | 54J166270E102 | 16264094B0083 | 9 95-06 | 802 | 2 | 04 | 95 | 4211 | 17,048.02 |
| | | | | | 16264094B0083 | | 802 | 1 | 06 | 95 | 4211AB | 17,048.02 |
| REDDICK | IL | MAIN OFFICE | 4J 161550 | 54J166576E252 | 16264094B0083 | 9 96-01 | 802 | 1 | 06 | 95 | 4211 | 3,328.57 |
| | | | | | 16264094B0083 | | 802 | 3 | 08 | 95 | 4211AB | 2,000.00 |
| | | | | | 16264094B0083 | | 802 | 3 | 11 | 95 | 4211 | 4,044.92 |
| | | | | | 16264094B0083 | | 802 | 4 | 11 | 95 | 4211AB | 5,373.49 |

#QC

69

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 006

| CITY | STATE | UNIT NAME | BA | FINNO | P/A NUMBER | CONTRACT | A/F | DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUGAR GROVE | IL | MAIN OFFICE | 4J | 161550 | 54J167554E440 | 16264094B0083 | | | 802 | 4 | 13 | 95 | 4211 | 17,602.11 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 01 | 96 | 4211AB | 9,602.11 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 01 | 96 | 4211AB | 7,000.00 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 02 | 96 | 4211 | 16,489.05 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 03 | 96 | 4211AB | 17,489.05 |
| THORNTON | IL | MAIN OFFICE | 4J | 161550 | 54J167764E054 | 16264094B0083 | 9 | 95-07 | 802 | 4 | 02 | 95 | 4211 | 35,035.06 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 03 | 95 | 4211AB | 31,035.06 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 06 | 95 | 4211AB | 4,000.00 |
| BRISTOL | IL | MAIN OFFICE | 4J | 161550 | 64J160948E739 | 16264094B0083 | 9 | 97-11 | 802 | 4 | 03 | 96 | 4211 | 8,701.09 |
| | | | | | | 16264094B0083 | | | 802 | 4 | 05 | 96 | 4211AB | 8,701.09 |
| | | | | | | 16264094B0083 | | | 802 | 4 | 05 | 96 | 4211 | 1,067.62 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 06 | 96 | 4211AB | 1,067.02 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 07 | 96 | 4211 | 2,357.91 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 08 | 96 | 4211AB | 2,358.51 |
| BUCKLEY | IL | MAIN OFFICE | 4J | 161550 | 64J161044E792 | 16264094B0083 | | | 802 | 1 | 06 | 96 | 4211 | 18,764.09 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 07 | 96 | 4211AB | 7,764.09 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 09 | 96 | 4211AB | 8,000.00 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 11 | 96 | 4211AB | 3,000.00 |
| | | | | | | 16264094B0083 | | | 802 | 4 | 13 | 96 | 4211 | 9,837.85 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 01 | 97 | 4211AB | 9,837.85 |
| CHEBANSE | IL | MAIN OFFICE | 4J | 161550 | 64J161488E635 | 16264094B0083 | | | 802 | 3 | 02 | 96 | 4211 | 17,928.67 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 04 | 96 | 4211AB | 3,928.67 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 07 | 96 | 4211AB | 7,000.00 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 08 | 96 | 4211AB | 7,000.00 |
| | | | | | | 16264094B0083 | | | 802 | 2 | 08 | 96 | 4211 | 8,264.73 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 10 | 96 | 4211AB | 7,264.73 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 13 | 96 | 4211AB | 1,000.00 |
| CISSNA PARK | IL | MAIN OFFICE | 4J | 161550 | 64J161590E689 | 16264094B0083 | 9 | 97-11 | 802 | 2 | 04 | 96 | 4211 | 32,245.06 |
| | | | | | | 16264094B0083 | | | 802 | 2 | 04 | 96 | 4211 | 3,568.90 |
| | | | | | | 16264094B0083 | | | 802 | 4 | 04 | 96 | 4211AB | 35,813.96 |
| CLAYTONVILLE | IL | MAIN OFFICE | 4J | 161550 | 64J161632E690 | 16264094B0083 | | | 802 | 2 | 04 | 96 | 4211 | 9,453.25 |
| | | | | | | 16264094B0083 | | | 802 | 2 | 07 | 96 | 4211 | 9,453.25- |
| CLIFTON | IL | MAIN OFFICE | 4J | 161550 | 64J161638E654 | 16264094B0083 | | | 802 | 3 | 02 | 96 | 4211 | 11,571.16 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 03 | 96 | 4211AB | 5,242.86 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 04 | 96 | 4211AB | 5,757.30 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 05 | 96 | 4211 | 4,378.76 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 06 | 96 | 4211AB | 2,949.76 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 09 | 96 | 4211AB | 2,000.00 |
| | | | | | | 16264094B0083 | | | 802 | 4 | 09 | 96 | 4211 | 1,151.58 |
| | | | | | | 16264094B0083 | | | 802 | 2 | 12 | 96 | 4211AB | 1,151.58 |
| CRESCENT CITY | IL | MAIN OFFICE | 4J | 161550 | 64J161842E685 | 16264094B0083 | | | 802 | 4 | 06 | 96 | 4211 | 20,547.81 |
| | | | | | | 16264094B0083 | | | 802 | 3 | 09 | 96 | 4211AB | 4,878.00 |
| | | | | | | 16264094B0083 | | | 802 | 1 | 13 | 96 | 4211AB | 11,669.81 |

IQC

(90)

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 007

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16264094B0083 | | 802 | 3 | 13 | 96 | 4211AB | 4,000.00 |
| CULLOM | IL | MAIN OFFICE | 4J 161550 | 64J161884E656 | 16264094B0083 | | 802 | 3 | 02 | 96 | 4211 | 24,268.56 |
| | | | | | 16264094B0083 | | 802 | 1 | 03 | 96 | 4211AB | 4,268.56 |
| | | | | | 16264094B0083 | | 802 | 1 | 04 | 96 | 4211AB | 3,741.44 |
| | | | | | 16264094B0083 | | 802 | 1 | 05 | 96 | 4211AB | 4,258.56 |
| | | | | | 16264094B0083 | | 802 | 1 | 06 | 96 | 4211AB | 12,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 07 | 96 | 4211 | 1,701.56 |
| | | | | | 16264094B0083 | | 802 | 3 | 11 | 96 | 4211AB | 1,701.56 |
| ELLIOTT | IL | MAIN OFFICE | 4J 161550 | 64J162478E690 | 16264094B0083 | | 802 | 4 | 09 | 96 | 4211 | 17,655.13 |
| | | | | | 16264094B0083 | | 802 | 1 | 13 | 96 | 4211AB | 16,655.13 |
| | | | | | 16264094B0083 | | 802 | 4 | 13 | 96 | 4211AB | 1,000.00 |
| ESSEX | IL | MAIN OFFICE | 4J 161550 | 64J162610E715 | 16264094B0083 | | 802 | 4 | 04 | 96 | 4211 | 17,974.36 |
| | | | | | 16264094B0083 | | 802 | 3 | 05 | 96 | 4211AB | 5,974.36 |
| | | | | | 16264094B0083 | | 802 | 3 | 06 | 96 | 4211AB | 12,000.00 |
| | | | | | 16264094B0083 | | 802 | 2 | 09 | 96 | 4211 | 3,567.36 |
| | | | | | 16264094B0083 | | 802 | 3 | 11 | 96 | 4211AB | 2,567.36 |
| | | | | | 16264094B0083 | | 802 | 3 | 13 | 96 | 4211AB | 1,000.00 |
| GARDNER | IL | MAIN OFFICE | 4J 161550 | 64J162982E693 | 16264094B0083 | 9 97-11 | 802 | 2 | 04 | 96 | 4211 | 14,294.24 |
| | | | | | 16264094B0083 | | 802 | 3 | 06 | 96 | 4211AB | 8,294.24 |
| | | | | | 16264094B0083 | | 802 | 1 | 07 | 96 | 4211AB | 6,000.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 08 | 96 | 4211 | 2,517.38 |
| | | | | | 16264094B0083 | | 802 | 1 | 11 | 96 | 4211AB | 2,517.38 |
| GOODWINE | IL | MAIN OFFICE | 4J 161550 | 64J163204E720 | 16264094B0083 | | 802 | 3 | 05 | 96 | 4211 | 13,213.67 |
| | | | | | 16264094B0083 | | 802 | 2 | 07 | 96 | 4211 | 13,213.67- |
| LODA | IL | MAIN OFFICE | 4J 161550 | 64J164554E785 | 16264094B0083 | | 802 | 4 | 06 | 96 | 4211 | 9,808.08 |
| | | | | | 16264094B0083 | | 802 | 3 | 09 | 96 | 4211AB | 4,808.08 |
| | | | | | 16264094B0083 | | 802 | 1 | 13 | 96 | 4211AB | 4,000.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 13 | 96 | 4211AB | 1,000.00 |
| MELVIN | IL | MAIN OFFICE | 4J 161550 | 64J165016E672 | 16264094B0083 | | 802 | 2 | 06 | 96 | 4211 | 24,817.13 |
| | | | | | 16264094B0083 | | 802 | 3 | 09 | 96 | 4211AB | 8,817.13 |
| | | | | | 16264094B0083 | | 802 | 4 | 01 | 97 | 4211 | 10,095.46 |
| | | | | | 16264094B0083 | | 802 | 1 | 02 | 97 | 4211AB | 14,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 | 02 | 97 | 4211AB | 10,095.46 |
| | | | | | 16264094B0083 | | 802 | 1 | 10 | 97 | 4211AB | 2,000.00 |
| MILFORD | IL | MAIN OFFICE | 4J 161550 | 64J165112E696 | 16264094B0083 | | 802 | 2 | 06 | 96 | 4211 | 25,262.22 |
| | | | | | 16264094B0083 | | 802 | 3 | 07 | 96 | 4211AB | 5,262.22 |
| | | | | | 16264094B0083 | | 802 | 1 | 08 | 96 | 4211AB | 5,000.00 |
| | | | | | 16264094B0083 | | 802 | 3 | 11 | 96 | 4211AB | 15,000.00 |
| MILLBROOK | IL | MAIN OFFICE | 4J 161550 | 64J165118E736 | 16264094B0083 | | 802 | 4 | 03 | 96 | 4211 | 12,143.65 |
| | | | | | 16264094B0083 | | 802 | 1 | 11 | 96 | 4211AB | 8,143.65 |
| | | | | | 16264094B0083 | | 802 | 4 | 11 | 96 | 4211AB | 2,000.00 |
| | | | | | 16264094B0083 | | 802 | 4 | 07 | 97 | 4211 | 555.98 |

JQC

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 008

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16264094B0083 | | 802 | 4 07 97 | 4211 | 1,089.90 |
| | | | | | 16264094B0083 | | 802 | 2 08 97 | 4211AB | 2,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 10 97 | 4211AB | 1,645.88 |
| ONARGA | IL | MAIN OFFICE | 4J 161550 | 64J165904E783 | 16264094B0083 | 9 96-08 | 802 | 1 06 96 | 4211 | 19,500.00 |
| | | | | | 16264094B0083 | | 802 | 3 06 96 | 4211AB | 19,500.00 |
| | | | | | 16264094B0083 | | 802 | 2 07 96 | 4211 | 8,719.60 |
| | | | | | 16264094B0083 | | 802 | 3 07 96 | 4211AB | 8,719.60 |
| PAXTON | IL | MAIN OFFICE | 4J 161550 | 64J166138E651 | 16264094B0083 | | 402 | 4 09 96 | 4211 | 13,597.77 |
| | | | | | 16264094B0083 | | 402 | 1 11 96 | 4211AB | 7,597.77 |
| | | | | | 16264094B0083 | | 402 | 3 11 96 | 4211AB | 5,000.00 |
| | | | | | 16264094B0083 | | 402 | 2 06 97 | 4211AB | 1,000.00 |
| PIPER CITY | IL | MAIN OFFICE | 4J 161550 | 64J166270E653 | 16264094B0083 | 9 97-11 | 802 | 3 02 96 | 4211 | 3,377.42 |
| | | | | | 16264094B0083 | | 802 | 4 02 96 | 4211AB | 3,377.42 |
| RANKIN | IL | MAIN OFFICE | 4J 161550 | 64J166522E678 | 16264094B0083 | | 802 | 4 09 96 | 4211 | 24,831.61 |
| | | | | | 16264094B0083 | | 802 | 4 02 97 | 4211AB | 20,831.61 |
| | | | | | 16264094B0083 | | 802 | 4 03 97 | 4211AB | 4,000.00 |
| SERENA | IL | MAIN OFFICE | 4J 161550 | 64J167134E713 | 16264094B0083 | | 802 | 2 04 96 | 4211 | 14,955.59 |
| | | | | | 16264094B0083 | | 802 | 3 08 96 | 4211AB | 4,505.00 |
| | | | | | 16264094B0083 | | 802 | 3 08 96 | 4211AB | 8,955.59 |
| | | | | | 16264094B0083 | | 802 | 4 09 96 | 4211 | 9,183.36 |
| | | | | | 16264094B0083 | | 802 | 3 10 96 | 4211AB | 9,678.36 |
| | | | | | 16264094B0083 | | 802 | 3 03 97 | 4211AB | 1,000.00 |
| SHELDON | IL | MAIN OFFICE | 4J 161550 | 64J167200E667 | 16264094B0083 | | 802 | 1 07 96 | 4211 | 18,535.35 |
| | | | | | 16264094B0083 | | 802 | 3 09 96 | 4211AB | 6,000.00 |
| | | | | | 16264094B0083 | | 802 | 2 10 96 | 4211AB | 8,535.35 |
| | | | | | 16264094B0083 | | 802 | 2 11 96 | 4211AB | 4,000.00 |
| SHELDON | IL | MAIN OFFICE | 4J 161550 | 64J167200E796 | 16264094B0083 | | 802 | 4 06 96 | 4211 | 18,535.35 |
| | | | | | 16264094B0083 | | 802 | 4 07 96 | 4211AB | 6,000.00 |
| | | | | | 16264094B0083 | | 802 | 3 09 96 | 4211AB | 6,000.00- |
| SOUTH WILMINGTON | IL | MAIN OFFICE | 4J 161550 | 64J167380E702 | 16264094B0083 | | 802 | 2 04 96 | 4211 | 14,622.98 |
| | | | | | 16264094B0083 | | 802 | 1 07 96 | 4211AB | 10,622.98 |
| | | | | | 16264094B0083 | | 802 | 3 09 96 | 4211AB | 3,000.00 |
| | | | | | 16264094B0083 | | 802 | 1 11 96 | 4211AB | 1,000.00 |
| WOODLAND | IL | MAIN OFFICE | 4J 161550 | 64J168592E784 | 16264094B0083 | | 802 | 4 09 96 | 4211 | 18,352.73 |
| | | | | | 16264094B0083 | | 802 | 1 13 96 | 4211AB | 17,352.73 |
| | | | | | 16264094B0083 | | 802 | 1 02 97 | 4211 | 3,158.40 |
| | | | | | 16264094B0083 | | 802 | 2 02 97 | 4211AB | 4,158.40 |

TOTAL AUTHORIZED .00 COMMITTED $ 917,655.67 PAID OUT 899,120.32

- 414 -

92 #QC

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P3

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

BA-FINNO 10-XXXX PROJ

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CAMPUS | IL | MAIN OFFICE | 7Y 100130 | 57Y161242C668 | 16264094B0083 | 9 96-13 | 5BC | 3 11 95 | 4211 | 9,049.02 |
| | | | | | 16264094B0083 | | 5BC | 4 11 95 | 4211AB | 2,749.02 |
| | | | | | 16264094B0083 | | 5BC | 3 12 95 | 4211 | 2,596.34 |
| | | | | | 16264094B0083 | | 5BC | 2 13 95 | 4211AB | 6,896.34 |
| | | | | | 16264094B0083 | | 5BC | 4 13 95 | 4211 | 607.18 |
| | | | | | 16264094B0083 | | 5BC | 3 01 96 | 4211AB | 2,607.18 |

TOTAL AUTHORIZED .00 COMMITTED 12,252.54 PAID OUT 12,252.54

IOC



93

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 002

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRACEVILLE | IL | MAIN OFFICE | 4J 161550 | 54J160900C420 | 16264094B0083 | | 5BC | 3 | 11 | 95 | 4211 | 4,744.02 |
| | | | | | 16264094B0083 | | 5BC | 1 | 12 | 95 | 4211AB | 3,000.00 |
| | | | | | 16264094B0083 | | 5BC | 3 | 12 | 95 | 4211 | 220.78 |
| | | | | | 16264094B0083 | | 5BC | 2 | 13 | 95 | 4211AB | 1,964.80 |
| BUCKINGHAM | IL | MAIN OFFICE | 4J 161550 | 54J161038C567 | 16264094B0083 | | 5BC | 3 | 08 | 95 | 4211 | 8,176.92 |
| | | | | | 16264094B0083 | | 5BC | 1 | 10 | 95 | 4211AB | 6,176.92 |
| | | | | | 16264094B0083 | | 5BC | 1 | 13 | 95 | 4211 | 1,088.53 |
| | | | | | 16264094B0083 | | 5BC | 3 | 13 | 95 | 4211AB | 3,088.53 |
| CABERY | IL | MAIN OFFICE | 4J 161550 | 54J161146C528 | 16264094B0083 | 9 97-11 | 5BC | 4 | 13 | 95 | 4211 | 16,084.48 |
| | | | | | 16264094B0083 | | 5BC | 1 | 03 | 96 | 4211AB | 16,084.48 |
| CHEBANSE | IL | MAIN OFFICE | 4J 161550 | 54J161488C558 | 16264094B0083 | | 5BC | 4 | 13 | 95 | 4211 | 7,756.81 |
| | | | | | 16264094B0083 | | 5BC | 1 | 03 | 96 | 4211AB | 7,000.00 |
| | | | | | 16264094B0083 | | 5BC | 1 | 11 | 96 | 4211AB | 756.81 |
| HERSCHER | IL | MAIN OFFICE | 4J 161550 | 54J163570C331 | 16264094B0083 | | 5BC | 3 | 07 | 95 | 4211 | 24,753.18 |
| | | | | | 16264094B0083 | | 5BC | 4 | 07 | 95 | 4211AB | 8,000.00 |
| | | | | | 16264094B0083 | | 5BC | 4 | 07 | 95 | 4211AB | 14,000.00 |
| | | | | | 16264094B0083 | | 5BC | 4 | 11 | 95 | 4211AB | 2,753.18 |
| MARK | IL | MAIN OFFICE | 4J 161550 | 54J164872C527 | 16264094B0083 | | 5BC | 4 | 13 | 95 | 4211 | 6,640.06 |
| | | | | | 16264094B0083 | | 5BC | 3 | 01 | 96 | 4211AB | 6,000.06 |
| | | | | | 16264094B0083 | | 5BC | 4 | 04 | 96 | 4211AB | 640.00 |
| STEGER | IL | MAIN OFFICE | 4J 161500 | 54J167458C337 | 16264094B0083 | | 5BC | 3 | 07 | 95 | 4211 | 19,407.10 |
| | | | | | 16264094B0083 | | 5BC | 4 | 07 | 95 | 4211AB | 10,000.00 |
| | | | | | 16264094B0083 | | 5BC | 1 | 08 | 95 | 4211AB | 5,407.10 |
| | | | | | 16264094B0083 | | 5BC | 4 | 13 | 95 | 4211 | 2,912.24- |
| | | | | | 16264094B0083 | | 5BC | 4 | 01 | 96 | 4211AB | 587.76 |
| | | | | | 16264094B0083 | | 5BC | 1 | 04 | 96 | 4211AB | 500.00 |
| ASHKUM | IL | MAIN OFFICE | 4J 161550 | 57Y160318C798 | 16264094B0083 | | 5BC | 2 | 12 | 95 | 4211 | 4,654.34 |
| | | | | | 16264094B0083 | | 5BC | 1 | 13 | 95 | 4211 | 1,183.23 |
| | | | | | 16264094B0083 | | 5BC | 3 | 01 | 96 | 4211AB | 5,237.57 |
| | | | | | 16264094B0083 | | 5BC | 3 | 02 | 96 | 4211 | 2,438.16 |
| | | | | | 16264094B0083 | | 5BC | 4 | 02 | 96 | 4211AB | 3,038.16 |
| BONFIELD | IL | MAIN OFFICE | 4J 161550 | 57Y160852C404 | 16264094B0083 | 9 97-11 | 5BC | 1 | 08 | 95 | 4211 | 3,215.17 |
| | | | | | 16264094B0083 | | 5BC | 1 | 13 | 95 | 4211 | 878.22 |
| | | | | | 16264094B0083 | | 5BC | 2 | 13 | 95 | 4211AB | 3,215.17 |
| | | | | | 16264094B0083 | | 5BC | 3 | 01 | 96 | 4211AB | 878.22 |
| DANFORTH | IL | MAIN OFFICE | 4J 161550 | 57Y161962C637 | 16264094B0083 | | 5BC | 1 | 09 | 95 | 4211 | 7,049.25 |
| | | | | | 16264094B0083 | | 5BC | 4 | 11 | 95 | 4211AB | 4,049.25 |
| | | | | | 16264094B0083 | | 5BC | 3 | 01 | 96 | 4211AB | 2,254.18 |
| | | | | | 16264094B0083 | | 5BC | 3 | 02 | 96 | 4211 | 5,776.26 |
| | | | | | 16264094B0083 | | 5BC | 1 | 03 | 96 | 4211AB | 6,522.08 |

- 416 -

94

U S P S
16264094B0083 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 003

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LELAND | IL | MAIN OFFICE | 4J 161550 | 57Y164404C667 | 16264094B0083 | | 5BC | 3 | 11 | 95 | 4211 | 7,501.85 |
| | | | | | 16264094B0083 | | 5BC | 3 | 01 | 96 | 4211AB | 6,304.14 |
| | | | | | 16264094B0083 | | 5BC | 1 | 03 | 96 | 4211AB | 700.00 |
| | | | | | 16264094B0083 | | 5BC | 1 | 03 | 96 | 4211 | 497.71- |
| ODELL | IL | MAIN OFFICE | 4J 161550 | 57Y165814C669 | 16264094B0083 | | 5BC | 1 | 13 | 95 | 4211 | 13,692.27 |
| | | | | | 16264094B0083 | | 5BC | 1 | 13 | 95 | 4211 | 5,681.58- |
| | | | | | 16264094B0083 | | 5BC | 4 | 13 | 95 | 4211AB | 7,010.69 |
| | | | | | 16264094B0083 | | 5BC | 4 | 13 | 95 | 4211 | 955.13 |
| | | | | | 16264094B0083 | | 5BC | 3 | 01 | 96 | 4211AB | 1,955.13 |
| BUCKLEY | IL | MAIN OFFICE | 4J 161550 | 64J161044C791 | 16264094B0083 | | 5BC | 1 | 06 | 96 | 4211 | 10,444.09 |
| | | | | | 16264094B0083 | | 5BC | 2 | 06 | 97 | 4211AB | 4,731.02 |
| | | | | | 16264094B0083 | | 5BC | 4 | 06 | 97 | 4211 | 5,713.07- |
| ESSEX | IL | MAIN OFFICE | 4J 161550 | 64J162610C714 | 16264094B0083 | | 5BC | 2 | 04 | 96 | 4211 | 14,400.90 |
| | | | | | 16264094B0083 | | 5BC | 3 | 06 | 96 | 4211AB | 8,400.90 |
| | | | | | 16264094B0083 | | 5BC | 3 | 07 | 96 | 4211AB | 3,000.00 |
| | | | | | 16264094B0083 | | 5BC | 4 | 13 | 96 | 4211 | 3,147.36 |
| | | | | | 16264094B0083 | | 5BC | 4 | 01 | 97 | 4211 | 1,707.04 |
| | | | | | 16264094B0083 | | 5BC | 1 | 02 | 97 | 4211AB | 4,854.40 |
| | | | | | 16264094B0083 | | 5BC | 1 | 02 | 97 | 4211AB | 3,000.00 |
| MELVIN | IL | MAIN OFFICE | 4J 161550 | 64J165016C676 | 16264094B0083 | | 5BC | 2 | 06 | 96 | 4211 | 3,372.66 |
| | | | | | 16264094B0083 | | 5BC | 3 | 03 | 97 | 4211AB | 3,032.66 |
| | | | | | 16264094B0083 | | 5BC | 3 | 05 | 97 | 4211 | 290.49 |
| | | | | | 16264094B0083 | | 5BC | 4 | 05 | 97 | 4211AB | 630.49 |
| PAXTON | IL | MAIN OFFICE | 4J 161550 | 64J166138C654 | 16264094B0083 | | 5BC | 4 | 09 | 96 | 4211 | 10,903.37 |
| SERENA | IL | MAIN OFFICE | 4J 161550 | 64J167134C708 | 16264094B0083 | | 5BC | 2 | 04 | 96 | 4211 | 16,754.63 |
| | | | | | 16264094B0083 | | 5BC | 1 | 13 | 96 | 4211AB | 15,754.63 |
| | | | | | 16264094B0083 | | 5BC | 3 | 13 | 96 | 4211AB | 1,000.00 |

TOTAL AUTHORIZED .00 COMMITTED 197,236.30 PAID OUT 171,528.33

TOTAL PRIOR YEAR DECOMMITMENTS 14,804.60-

IQC

- 417 -

95

U S P S
16264096B0094 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA | FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA SALLE | IL | DOWNTOWN STATION | 4J | 161550 | 54J164350C995 | 16264096B0094 | | 5BC | 4 | 13 | 96 | 4211 | 115,351.77 |
| | | | | | | 16264096B0094 | | 5BC | 3 | 09 | 97 | 4211AB | 70,000.00 |
| | | | | | | 16264096B0094 | | 5BC | 4 | 10 | 97 | 4211AB | 45,351.77 |
| ST DAVID | IL | MAIN OFFICE | 4J | 161550 | 64J166954C009 | 16264096B0094 | | 5BC | 4 | 03 | 97 | 4211 | 31,932.72 |
| | | | | | | 16264096B0094 | | 5BC | 3 | 12 | 97 | 4211AB | 21,412.72 |

TOTAL AUTHORIZED .00 COMMITTED 147,284.49 PAID OUT 136,764.49

IQC



96

U S P S
16264096B0096 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRINCETON | IL | MAIN OFFICE | 4J 161550 | 64J166444C381 | 16264096B0096 | | 5BC | 3 13 96 | 4211 | 11,912.50 |
| | | | | | 16264096B0096 | | 5BC | 1 06 97 | 4211 | 11,912.50- |
| | | | | | 16264096B0096 | | 5BC | 1 06 97 | 4211 | 18,507.65 |
| | | | | | 16264096B0096 | | 5BC | 1 08 97 | 4211AB | 17,107.65 |
| | | | | | 16264096B0096 | | 5BC | 3 09 97 | 4211AB | 1,400.00 |
| ROBERTS | IL | MAIN OFFICE | 4J 161550 | 64J166726C182 | 16264096B0096 | | 5BC | 1 10 97 | 4211 | 22,274.40 |
| | | | | | 16264096B0096 | | 5BC | 1 11 97 | 4211AB | 17,024.41 |
| | | | | | 16264096B0096 | | 5BC | 2 11 97 | 4211 | 1,727.30- |
| | | | | | 16264096B0096 | | 5BC | 3 13 97 | 4211AB | 3,522.69 |
| ROSSVILLE | IL | MAIN OFFICE | 4J 161550 | 74J166870C012 | 16264096B0096 | | 5BC | 4 12 97 | 4211 | 30,990.20 |
| | | | | | 16264096B0096 | | 5BC | 3 13 97 | 4211AB | 17,990.20 |
| THAWVILLE | IL | MAIN OFFICE | 4J 161550 | 74J167722C858 | 16264096B0096 | | 5BC | 4 11 97 | 4211 | 21,666.51 |
| | | | | | 16264096B0096 | | 5BC | 1 12 97 | 4211AB | 3,333.04 |
| | | | | | 16264096B0096 | | 5BC | 1 12 97 | 4211AB | 16,666.51 |

TOTAL AUTHORIZED .00 COMMITTED 105,351.26 PAID OUT 77,044.50

TOTAL PRIOR YEAR DECOMMITMENTS 13,639.80-

- 419 -

IQC

97

U S P S
16264096B0098 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA | FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOWNERS GROVE | IL | MAIN OFFICE | 4J | 161550 | 64J162208C343 | 16264096B0098 | | 5BC | 4 | 13 | 96 | 4211 | 77,070.92 |
| | | | | | | 16264096B0098 | | 5BC | 1 | 02 | 97 | 4211AB | 16,800.00 |
| | | | | | | 16264096B0098 | | 5BC | 2 | 03 | 97 | 4211AB | 21,735.46 |
| | | | | | | 16264096B0098 | | 5BC | 2 | 04 | 97 | 4211 | 16,572.07- |
| | | | | | | 16264096B0098 | | 5BC | 4 | 04 | 97 | 4211AB | 16,464.54 |
| | | | | | | 16264096B0098 | | 5BC | 2 | 05 | 97 | 4211 | 13,566.70 |
| | | | | | | 16264096B0098 | | 5BC | 3 | 05 | 97 | 4211AB | 19,065.55 |
| | | | | | | 16264096B0098 | | 5BC | 1 | 06 | 97 | 4211 | 6,053.27 |
| | | | | | | 16264096B0098 | | 5BC | 2 | 06 | 97 | 4211AB | 6,053.27 |
| | | | | | | 16264096B0098 | | 5BC | 3 | 06 | 97 | 4211 | 2,107.33 |
| | | | | | | 16264096B0098 | | 5BC | 2 | 07 | 97 | 4211AB | 2,107.33 |
| LUDLOW | IL | MAIN OFFICE | 4J | 161550 | 64J164644C268 | 16264096B0098 | | 5BC | 2 | 13 | 96 | 4211 | 22,882.44 |
| | | | | | | 16264096B0098 | | 5BC | 4 | 13 | 96 | 4211AB | 22,882.44 |
| MILLBROOK | IL | MAIN OFFICE | 4J | 161550 | 64J165118C388 | 16264096B0098 | | 5BC | 4 | 13 | 96 | 4211 | 16,605.38 |
| | | | | | | 16264096B0098 | | 5BC | 1 | 02 | 97 | 4211AB | 16,605.38 |
| NEW LENOX | IL | MAIN OFFICE | 4J | 161550 | 64J165610C096 | 16264096B0098 | | 5BC | 3 | 12 | 96 | 4211 | 9,466.94 |
| | | | | | | 16264096B0098 | | 5BC | 3 | 13 | 96 | 4211AB | 6,466.94 |
| | | | | | | 16264096B0098 | | 5BC | 1 | 02 | 97 | 4211AB | 3,000.00 |
| | | | | | | 16264096B0098 | | 5BC | 3 | 02 | 97 | 4211 | 5,770.37 |
| | | | | | | 16264096B0098 | | 5BC | 4 | 02 | 97 | 4211AB | 5,770.37 |
| SERENA | IL | MAIN OFFICE | 4J | 161550 | 64J167134C708 | 16264096B0098 | | 5BC | 2 | 13 | 96 | 4211 | 3,128.41 |
| | | | | | | 16264096B0098 | | 5BC | 3 | 13 | 96 | 4211AB | 3,128.41 |
| | | | | | | 16264096B0098 | | 5BC | 3 | 07 | 97 | 4211 | 28.16 |
| | | | | | | 16264096B0098 | | 5BC | 1 | 08 | 97 | 4211AB | 28.16 |

TOTAL AUTHORIZED .00 COMMITTED 156,679.92 PAID OUT 140,107.85

TOTAL PRIOR YEAR DECOMMITMENTS 16,572.07-

IQC

98

U S P S
16264096B0098 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 002

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIG ROCK | IL | MAIN OFFICE | 4J 161550 | 54J160732E422 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 10,209.85 |
| | | | | | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211AB | 10,209.85 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 91.89 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 91.89 |
| CABERY | IL | MAIN OFFICE | 4J 161550 | 54J161146E333 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 4,763.56 |
| | | | | | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211AB | 4,763.56 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 42.87 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 42.87 |
| CRESCENT CITY | IL | MAIN OFFICE | 4J 161550 | 64J161842E685 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 3,656.52 |
| | | | | | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211AB | 3,656.52 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 32.91 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 32.91 |
| ELLIOTT | IL | MAIN OFFICE | 4J 161550 | 64J162478E690 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 11,000.92 |
| | | | | | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211AB | 11,000.92 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 99.01 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 99.01 |
| ESSEX | IL | MAIN OFFICE | 4J 161550 | 64J162610E715 | 16264096B0098 | | 802 | 4 | 13 | 96 | 4211 | 3,114.22 |
| | | | | | 16264096B0098 | | 802 | 1 | 01 | 97 | 4211AB | 3,114.22 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 28.03 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 28.03 |
| LODA | IL | MAIN OFFICE | 4J 161550 | 64J164554E785 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 2,824.23 |
| | | | | | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211AB | 2,824.23 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 25.42 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 25.42 |
| MILFORD | IL | MAIN OFFICE | 4J 161550 | 64J165112E696 | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211 | 9,690.05 |
| | | | | | 16264096B0098 | | 802 | 1 | 01 | 97 | 4211AB | 9,690.05 |
| | | | | | 16264096B0098 | | 802 | 3 | 07 | 97 | 4211 | 87.21 |
| | | | | | 16264096B0098 | | 802 | 1 | 08 | 97 | 4211AB | 81.21 |
| PAXTON | IL | MAIN OFFICE | 4J 161550 | 64J166138E651 | 16264096B0098 | | 402 | 4 | 05 | 97 | 4211 | 40,441.00 |
| | | | | | 16264096B0098 | | 402 | 2 | 06 | 97 | 4211AB | 35,441.00 |
| | | | | | 16264096B0098 | | 402 | 2 | 08 | 97 | 4211AB | 5,000.00 |
| RANKIN | IL | MAIN OFFICE | 4J 161550 | 64J166522E678 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 4,038.01 |
| | | | | | 16264096B0098 | | 802 | 4 | 02 | 97 | 4211AB | 4,038.01 |
| SHELDON | IL | MAIN OFFICE | 4J 161550 | 64J167200E667 | 16264096B0098 | | 802 | 2 | 13 | 96 | 4211 | 13,539.20 |
| | | | | | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211AB | 13,539.20 |
| | | | | | 16264096B0098 | | 802 | 2 | 08 | 97 | 4211 | 121.85 |
| | | | | | 16264096B0098 | | 802 | 3 | 08 | 97 | 4211AB | 121.85 |
| SOUTH WILMINGTON | IL | MAIN OFFICE | 4J 161550 | 64J167380E702 | 16264096B0098 | | 802 | 3 | 13 | 96 | 4211 | 12,375.48 |
| | | | | | 16264096B0098 | | 802 | 4 | 13 | 96 | 4211AB | 12,375.48 |
| | | | | | 16264096B0098 | | 802 | 2 | 08 | 97 | 4211 | 111.38 |

IOC

99

U S P S
16264096B0098 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 003

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16264096B0098 | | 802 | 3 | 08 | 97 | 4211AB | 111.38 |

TOTAL AUTHORIZED .00 COMMITTED 116,293.61 PAID OUT 116,287.61

U S P S
16154493P0189 CONTRACT NO
REPORT ACT914P3

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

BA-FINNO 10-XXXX PROJ

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA | FINNO | P/A NUMBER | CONTRACT | A/F | DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONEE | IL | MAIN OFFICE | 7Y | 100130 | 37Y165238C142 | 16154493P0189 | 9 | 95-03 | 5BC | 1 | 13 | 93 | 4211 | 9,875.00 |
| | | | | | | 16154493P0189 | | | 5BC | 4 | 13 | 93 | 4211AB | 8,000.00 |
| | | | | | | 16154493P0189 | | | 5BC | 1 | 04 | 94 | 4211AB | 1,875.00 |

TOTAL AUTHORIZED .00 COMMITTED 9,875.00 PAID OUT 9,875.00

SIMPLIFIED

101

U S P S
16154494P0060 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTINTON | IL | MAIN OFFICE | 4J 161550 | 44J164902E362 | 16154494P0060 | 9 94-12 | 802 | 2 10 94 | 4211 | 15,000.00 |
| | | | | | 16154494P0060 | | 802 | 3 10 94 | 4211AB | 10,500.00 |
| | | | | | 16154494P0060 | | 802 | 1 12 94 | 4211AB | 4,500.00 |

TOTAL AUTHORIZED .00 COMMITTED 15,000.00 PAID OUT 15,000.00

SIMPLIFIED

102

U S P S
16154494P0053 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| GLENWOOD | IL | MAIN OFFICE | 4J 161550 | 34J163144C353 | 16154494P0053 | 9 95-03 | 5BC | 3 07 94 | 4211 | 30,425.00 |
| | | | | | 16154494P0053 | | 5BC | 4 07 94 | 4211AB | 30,425.00 |

TOTAL AUTHORIZED .00 COMMITTED 30,425.00 PAID OUT 30,425.00

SIMPLIFIED

103

U S P S
16154494P0055 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| COAL CITY | IL | MAIN OFFICE | 4J 161550 | 34J161650C116 | 16154494P0055 | | 5BC | 3 07 94 | 4211 | 11,300.00 |
| | | | | | 16154494P0055 | | 5BC | 4 07 94 | 4211AB | 11,300.00 |

TOTAL AUTHORIZED .00 COMMITTED 11,300.00 PAID OUT 11,300.00

SIMPLIFIED

104

U S P S
16154493P0181 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CRETE | IL | MAIN OFFICE | 4J 161550 | 36K161854C681 | 16154493P0181 | | 5BC | 4 13 93 | 4211 | 4,250.00 |
| | | | | | 16154493P0181 | | 5BC | 3 07 94 | 4211 | 2,750.00 |
| | | | | | 16154493P0181 | | 5BC | 4 07 94 | 4211AB | 4,250.00 |
| | | | | | 16154493P0181 | | 5BC | 1 08 94 | 4211 | 1,275.00 |
| | | | | | 16154493P0181 | | 5BC | 2 08 94 | 4211AB | 2,750.00 |

TOTAL AUTHORIZED .00 COMMITTED 8,275.00 PAID OUT 7,000.00

SIMPLIFIED

105

U S P S
16154493P0180 CONTRACT NO
REPORT ACT914P3

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

BA-FINNO 10-XXXX PROJ

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| BEECHER | IL | MAIN OFFICE | 7Y 100130 | 36K160582C685 | 16154493P0180 | 9 94-09 | 5BC | 4 13 93 | 4211 | 5,275.00 |
| | | | | | 16154493P0180 | | 5BC | 1 01 94 | 4211AB | 4,294.00 |
| | | | | | 16154493P0180 | | 5BC | 3 07 94 | 4211 | 2,200.00 |
| | | | | | 16154493P0180 | | 5BC | 4 08 94 | 4211 | 981.00- |
| | | | | | 16154493P0180 | | 5BC | 1 09 94 | 4211AB | 2,200.00 |

TOTAL AUTHORIZED .00 COMMITTED 7,475.00 PAID OUT 6,494.00

TOTAL PRIOR YEAR DECOMMITMENTS 981.00-

SIMPLIFIED

106

U S P S
16154493P0180 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 002

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| BEECHER | IL | MAIN OFFICE | 4J 161550 | 34J160582C147 | 16154493P0180 | 9 94-08 | 5BC | 1 05 94 | 4211 | 20,535.00 |
| | | | | | 16154493P0180 | | 5BC | 2 05 94 | 4211AB | 16,000.00 |
| | | | | | 16154493P0180 | | 5BC | 4 07 94 | 4211AB | 4,535.00 |

TOTAL AUTHORIZED .00 COMMITTED 20,535.00 PAID OUT 20,535.00

SIMPLIFIED



107

U S P S
16154494P0061 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/09/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| DONOVAN | IL | MAIN OFFICE | 4J 161550 | 44J162166E363 | 16154494P0061 | 9 95-05 | 802 | 2 10 94 | 4211 | 14,500.00 |
| | | | | | 16154494P0061 | | 802 | 3 10 94 | 4211AB | 8,000.00 |
| | | | | | 16154494P0061 | | 802 | 1 13 94 | 4211 | 1,850.67 |
| | | | | | 16154494P0061 | | 802 | 2 13 94 | 4211AB | 5,775.00 |
| | | | | | 16154494P0061 | | 802 | 3 05 95 | 4211AB | 2,575.67 |

TOTAL AUTHORIZED .00 COMMITTED 16,350.67 PAID OUT 16,350.67

SIMPLIFIED

- 430 -

108

U S P S
16154496P0020 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/10/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| EMINGTON | IL | MAIN OFFICE | 4J 161550 | 64J162556E940 | 16154496P0020 | | 802 | 3 05 96 | 4211 | 3,809.00 |
| | | | | | 16154496P0020 | | 802 | 1 06 96 | 4211AB | 2,385.00 |
| | | | | | 16154496P0020 | | 802 | 4 05 97 | 4211AB | 1,424.00 |

TOTAL AUTHORIZED .00 COMMITTED 3,809.00 PAID OUT 3,809.00

SIMPLIFIED

✓ 4/7/96



109

U S P S
16155096P0007 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/10/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| LUDLOW | IL | MAIN OFFICE | 4J 161550 | 64J164644E320 | 16155096P0007 | | 802 | 4 10 96 | 4211 | 2,950.02 |
| | | | | | 16155096P0007 | | 802 | 1 11 96 | 4211AB | 2,950.02 |

TOTAL AUTHORIZED .00 COMMITTED 2,950.02 PAID OUT 2,950.02

SIMPLIFIED

110

U S P S
16155096P0005 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/10/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTS | IL | MAIN OFFICE | 4J 161550 | 64J166726C182 | 16155096P0005 | | 5BC | 4 10 96 | 4211 | 3,736.86 |
| | | | | | 16155096P0005 | | 5BC | 1 11 96 | 4211AB | 3,736.00 |

TOTAL AUTHORIZED .00 COMMITTED 3,736.86 PAID OUT 3,736.00

SIMPLIFIED

III

U S P S
16155096P0004 CONTRACT NO
REPORT ACT914P2

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
EXPENSE PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/10/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA | FINNO | P/A NUMBER | CONTRACT | A/F | DATE | BIC | WK | AP | FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THAWVILLE | IL | MAIN OFFICE | 4J | 161550 | 64J167722E603 | 16155096P0004 | 9 | 97-11 | 802 | 4 | 10 | 96 | 4211 | 3,460.16 |
| | | | | | | 16155096P0004 | | | 802 | 1 | 11 | 96 | 4211AB | 3,460.16 |

TOTAL AUTHORIZED .00 COMMITTED 3,460.16 PAID OUT 3,460.16

SIMPLIFIED



112

U S P S
16155097P0019 CONTRACT NO
REPORT ACT914P1

UNITED STATES POSTAL SERVICE
DETAIL LIST OF PACS FILE UPDATE
CAPITAL PROJECTS FOR WEEK 1 A/P 01 YEAR 75 - THRU WEEK 3 A/P 13 YEAR 99

DATE: 09/10/97
TIME:
PAGE: 001

| CITY | STATE | UNIT NAME | BA FINNO | P/A NUMBER | CONTRACT | A/F DATE | BIC | WK AP FY | FORM NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CHICAGO HEIGHTS | IL | MAIN OFFICE | 4J 161550 | 64J161548C498 | 16155097P0019 | | 5BC | 2 06 97 | 4211 | 94,980.00 |
| | | | | | 16155097P0019 | | 5BC | 2 07 97 | 4211AB | 2,890.00 |
| | | | | | 16155097P0019 | | 5BC | 4 07 97 | 4211AB | 30,000.00 |
| | | | | | 16155097P0019 | | 5BC | 3 08 97 | 4211AB | 29,000.00 |
| | | | | | 16155097P0019 | | 5BC | 2 09.97 | 4211AB | 24,408.00 |
| | | | | | 16155097P0019 | | 5BC | 1 10 97 | 4211AB | 6,782.00 |

TOTAL AUTHORIZED .00 COMMITTED 94,980.00 PAID OUT 93,080.00

SIMPLIFIED

7 6/7/96

97

113

PAR 12

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

29 May 1997

Mr. Bob Rigsby, Manager
U.S.P.S. Admin. Services
6801 W. 73rd St.
Bedford Park, Il. 60499-9991

Subject : I.Q.C. Scoping Visits

Mr. Rigsby :

As we discussed per telecon the following are facilities we scoped with USPS personel and a draft work order w / sketch furnished for contract issuance.

√Hoopeston; interior remodeling and exterior concrete and landscaping.
Momence; interior remodeling and exterior concrete and landscaping.
St. Anne ; interior remodeling and exterior concrete and landscaping.
East Lynn ; interior remodeling and exterior concrete and landscaping.
Goodwine ; interior remodeling and exterior concrete and landscaping. ( no toilet )
Claytonville ; interior remodling and exterior concrete. ( no toilet )
Verona ; interior remodeling and exterior concrete.

Other sites visited by your request :
609 sites visited ; Aroma Pk., Gibson City, Papineau, Beaverville, Union Hill, Bradley.
Various ; Wilmington, Grand Ridge, Blackstone, Leonore, Bishop Hill, Lee, DePue, Peru.
As we continue to monitor the above facilities, as well as others we have submitted to you work orders, we await notice of our place in this process.

Thank you in advance for your cooperation. Feel free to contact us at 708-599-9407.

Sincerely,

Richard Battaglin
V. President

cc: J. Rohlfing
S. Southern
file

10601 South 78th Avenue • Palos Hills, IL 60465 • Phone (708) 599-9407 •
Fax (708) 599-1586

121

CENTRAL ILLINOIS DISTRICT

UNITED STATES POSTAL SERVICE

PAR 13

June 4, 1997

L P CONSULTING
10401 S 75TH AVE
PALOS HILLS IL 60465-2015

Mr. Richard Battaglin:

This is in response to your memo dated May 29, 1997, regarding I. Q. C. Scoping Visits. Please be advised that you will be given consideration for these offices, as well as others, when the USPS determines your services are needed. The USPS is not obligated to award work orders/contracts based on a contractors previous visit or scope of work. As you are aware, design drawings are being produced for all facilities to insure compliance with USPS renovation requirements. This includes the 21 facilities you listed in your memo which are listed below:

| | | |
|---|---|---|
| 1. Hoopeston* | 8. Aroma Park | 15. Grand Ridge |
| 2. Momence | 9. Gibson City | 16. Blackstone |
| 3. St. Anne | 10. Papineau | 17. Leonore |
| 4. East Lynn | 11. Beaverville | 18. Bishop Hill |
| 5. Goodwine | 12. Union Hill | 19. Lee |
| 6. Claytonville | 13. Bradley | 20. DePue |
| 7. Verona | 14. Wilmington | 21. Peru |

*Hoopeston handicapped ramp has been awarded.

No site visits will be permitted under **any** circumstances unless directed by the Contracting Officer through the USPS project manager. This includes sending subcontractors to sites to do preliminary surveys without an issued work order/contract.

Again, this means no **unauthorized** visits will be made to postal facilities by contractors. Your full cooperation in this matter is appreciated.

Sincerely,

Robert A. Rigsby
Contracting Officer

cc: J. Rohlfing
S. Southern
L. Gunlogson
J. McNabb

*DELIVERING EXCELLENCE...EVERY STEP OF THE WAY!*

6801 W 73RD STREET
BEDFORD PARK, IL 60499



122

**October 1, 1997**

**P.S. Protest No. 97-25**

# L.P. CONSULTING GROUP, LTD.

**Solicitation No. 161550-97-A-0074**

**DIGEST**

Protest against award of contract for construction of a handicap ramp is dismissed; protest was untimely received more than three months after contracting officer advised that protester's late proposal for the work would not be considered.

## DECISION

L.P. Consulting Group, Ltd. (Consulting) protests award of a contract for the construction of a ramp for the handicapped at the Postal Service facility in Hoopeston, Illinois.

On August 12, 1996, in response to an oral request from the contracting officer, the Architect/Engineer firm of A. M. Fernandez and Associates, which held a Basic A/E Indefinite Quantity Contract with the Postal Service, wrote the contracting officer confirming that it would determine the best location for an accessibility ramp, prepare design drawings, and obtain at least three estimates from prospective contractors to enable the contracting officer to award a contract for the construction of a ramp at the Hoopeston postal facility by September 4. Four timely offers were received by the Postal Service, and on September 5 and 6, an acting contract technician solicited best and final offers which ranged between $85,000 and $97,854. Consulting was not among the firms solicited for the project.

For reasons which the record does not explain, no immediate action was taken on these offers. In late April 1997, Mr. Battaglin of Consulting visited the contracting officer and saw a drawing of the Hoopeston ramp which the contracting officer permitted

him to take, admonishing him, however, that it was too late to propose on the project. Notwithstanding that admonition, on May 19, Consulting submitted a proposal in the amount of $62,752 to the contracting officer. Consulting was again told that its offer was too late.

By letter dated May 28, 1997, the low offeror, Ulbrich and Associates, was advised of the Postal Service's intention to award to it Contract No. 161550-96-B-5146[1] for the Hoopeston handicap ramp.[2] The contract was signed on July 25.[3]

In a letter to the "Chief Field General Counselor [sic]," Chicago, IL, dated July 25, and received in this office on August 19, Consulting, through counsel, protested the contracting officer's refusal to consider Consulting's proposal to perform the work at the Hoopeston facility, contending that Consulting had not been treated fairly and that the Postal Service was not obtaining the best value. The protest letter also raised collateral issues concerning the contracting officer and the administration of an indefinite quantity contract held by Consulting, and a Freedom of Information request, all of which are outside the scope of bid protest procedure.

## DISCUSSION

Although the issue of timeliness has not been raised by any party to this proceeding, we may do so *sua sponte* because the failure to file a timely protest in accordance with our regulations constitutes a jurisdictional defect which requires that the protest be dismissed. *See Holmes Construction Co., Inc.*, P.S. Protest No. 92-02, February 25, 1992, and decisions cited therein. Purchasing Manual (PM) 3.6.4.d requires that a protest be received not later than ten days after the basis of protest is known or should have been known. The contracting officer advised Consulting both in April and on May 19 that its proposal would not be accepted. That advice established the basis for Consulting's protest and began the time period within which a protest could be lodged. *Ibid.* Consulting's protest, received three months after it knew of the basis for its protest, is clearly untimely.

---

[1]This contract number had been manually assigned in fiscal 1996. When the contract document was generated in fiscal 1997, the system also generated and assigned the 1997 solicitation number which appears in the caption.

[2]Such a letter transmits the proposed contract to the prospective contractor and recites the Postal Service's intention to award the contract upon the receipt within a specified time of a signed copy of the contract and the required payment and performance bonds. Procurement Manual 11.5.1.a

[3]The delay between May 28 and July 25 is also not explained on this record.