Had Consulting's protest been timely it would have been denied. Best and final offers to construct the Hoopeston handicap ramp were received by the Postal Service on September 5 and 6, 1996. Consulting's proposal to construct the ramp was submitted over eight months later. While Procurement Manual 4.2.3.d.2 provides that it is normally in the interest of the Postal Service to consider a late proposal when it offers a significant cost benefit, the regulation also states that "[i]t is not in the interest of the Postal Service to consider any proposal received so late that consideration of the proposal would jeopardize, or give the appearance of jeopardizing, the integrity of the competitive process." It was well within the contracting officer's discretion to conclude that consideration of Consulting's late proposal would give the appearance of jeopardizing the integrity of the competitive process. *Ibid.*

The protest is dismissed.

William J. Jones
Senior Counsel
Contract Protests and Policies

MOMENCE

**PNL ENTERPRISES, INC.**
[redacted]

194 KINGSTON LANE
BLOOMINGDALE, IL 60108-1730
630 575-8580
Fax: 630 351-5570

August 28, 1998

1 of 4

UNITED STATES POSTAL SERVICE
6801 WEST 73rd STREET
BEDFORD PARK, ILLINOIS 60499-9991

**RE: MOMENCE P.O. RENOVATION**

DEAR MR. RIGSBY,

Thank you for giving us the opportunity to prepare a proposal for the construction of a handicapped ramp at the Momence Postal Facility. As Mr. Fernandez indicated during the pre-construction meeting, we have prepared an alternate for the installation of a continuous plate. The proposal is as follows:

We propose to supply all materials, tools, equipment, labor and supervision for the installation of a handicapped ramp at the Momence P.O. as per prints supplied by A. M. Fernandez and Associates for the amount of: **$64,990.00**

## ALTERNATE #1

We propose to remove a continuous 3/8" steel lentil at the top of the new wall as indicated on the prints. NOTE: We have included the steel lentil in our base price as per Mr. Fernandez's instructions. In the event you wish to exclude the steel lentil, this would constitute an credit from the base price. **DEDUCT $7,000.00**

Once again I would like to thank you for giving us the opportunity to prepare an estimate for your project. Thank you.

Sincerely,

R 9/10/98.

PETER N. LARIS

PRESIDENT

ULBRICH & ASSOCIATES, INC.
General Contractors
1050 Ensell Road, Suite 100, Lake Zurich, IL 60047
Phone (847) 726-9000 Fax (847) 726-7845

September 08, 1998

2 of 4

Mr. Bob Rigsby
Manager Administrative Services
UNITED STATES POSTAL SERVICE
6801 W. 73rd Street
Bedford Park, IL 60499-9991

Dear Bob,

We propose to furnish the necessary labor, materials, and equipment to perform the General Construction work for the ADA Access Handicap Ramp at the USPS Facility in Momence, Illinois in accordance with drawings received, sheet A1.1 dated 08/25/98 and sheet A1.2 dated 08/26/98, as prepared by A.M. Fernandez and Associates.

For the sum of $60,900.00

The following qualifications are a part of this proposal:

1. We include the continuous 3/8" steel plate at the top of the new walls as shown. If this plate was deleted, Deduct $7,100.00.

If you have any questions please do not hesitate to give me a call.

Yours very truly,

Rick Ulbrich
President

RECEIVED
1998 SEP -8 P 3:53
ADMINISTRATIVE SERVICES
CENTRAL ILLINOIS DISTRICT

Project Mgr.: Samuel Southern
Date: 9.8.98

Project Description/Location:

**MOMENCE POST OFFICE**
HANDICAPPED RAMP

3 9 4

Contractor:
***The Somers Company, Inc.***
***1802-17th Ave Ph. 414 657-3349 Fax 414 657-3389***
***Kenosha, WI. 53140-1628***

| Item No. | | | Description | Unit | Price | Quantity | Totals |
|---|---|---|---|---|---|---|---|
| | | | **HANDICAPPED RAMP** | | | | $0.00 |

(CONFIDENTIAL INFORMATION)
COST BREAKDOWN DELETED
R 10-7-98

- 444 -

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **Subtotal:** | | $35,932.28 |
| | | | | | | | |
| | | | | | **Total:** | | |

ADMINISTRATIVE SERVICES
CENTRAL ILLINOIS DISTRICT
1998 SEP -8 P 4:30
RECEIVED

MAKE contract

Re: MOMENCE

SAM,

AWARD THIS TO JIM

R 9/8/98

# INFORMAL SOLICITATION WORKSHEET

Solicitation No. ______ Project No. ______

**Item Description (Equipment and/or Service)**

Momence - Handicap Ramp

The above should be completed in full, giving specs, date required and any additional information necessary.

## CONTRACTORS CONTACTED

Date of Quote 9-8-98 Price Quoted 35,932.28 Delivery Date ______
Name of Company THE SOMERS CO KENOSHA 53140-1628
Address 1802 17th AVE
Contact Person/Title JIM SPINO
Telephone No. 414-657-3349 Fax No. 414-657-3389
Remarks SUCC BID

---

Date of Quote 9-8-98 Price Quoted 60,900.00 Delivery Date ______
Name of Company ULBRICH & ASSOC. Phone No. ______
Address 1050 ENSELL RD STE 100 LAKE ZURIC 60047
Contact Person/Title RICK ULBRICH
Telephone No. 847-726-9000 Fax No. 847-726-7845
Remarks UNSUCC

---

Date of Quote 8-28-98 Price Quoted 64,990.00 Delivery Date ______
Name of Company PNL ENTERPRISES INC Phone No. ______
Address 194 KINGSTON LANE BLOOMINGDALE, IL 60108-1730
Contact Person/Title PETER N. LARIS
Telephone No. 630-575-9580 Fax No. 630-351-5570
Remarks UNSUCC

---

Comments on Competition (If only one source solicited or one quote received)
EM-FERNANDEZ 94-J-0136
KANKAKEE-CTY

9/10 — Date Prepared

[signature] — Signature of Preparer



6/98

CENTRAL ILLINOIS DISTRICT

UNITED STATES POSTAL SERVICE

**INTENT TO AWARD - OVER $25,000**

September 11, 1998

CERTIFIED MAIL Z 256 997 149
RETURN RECEIPT REQUESTED

The Somers Co
1802 17th Ave
Kenosha WI 53140-6128

Dear Gentlemen:

SUBJECT: Notice of Intent to Award - Contract #161550-98-P-0102
MOMENCE IL MAIN OFFICE (Handicap Ramp - $35,932.28)

Enclosed is the formal contract document in **duplicate**, requiring your signature on the original and one copy. Also enclosed are (2) copies of the required **Performance Bond** and **Payment Bond** which must be executed by a bonding company that has been approved by the Department of Treasury. The **Performance Bond** must be executed in a penal amount of **100%** of the total contract price and the **Payment Bond** must be executed in a penal amount of **50%** of the total contract price. Please sign and affix your corporate seal on all copies. The above-referenced documents are to be returned **Attention**: **Sam Southern**, Project Manager within **ten (10)** calendar days from the date of receipt of this letter.

***In accordance with Section H, INSURANCE, Clause 7-4, the contractor must maintain and furnish evidence of workers' compensation, employers' liability insurance, general public liability and automobile liability insurance. The policy must contain a 30-day advance notification of any reduction in or cancellation of the policy for any reason, including non-payment of premiums.***

This letter does not constitute award or notice to proceed. Any preliminary work, such as mobilization of work forces, material or equipment orders, contracts, planning and subcontracting prior to your receipt of the notice to proceed is done at your own risk and is not the responsibility of the U.S. Postal Service.

Upon receipt and acceptance of the signed contract documents, bonds and insurance certificates, we will fully execute the formal contract and forward a copy to you for your records. We will at the same time establish a time for the preconstruction conference and advise you as to when the **Notice to Proceed** will be issued.

If you have any questions, please feel free to contact **Sam Southern at (708) 563-7214.**

Sincerely,

Robert A. Rigsby
Contracting Officer

Enclosures

in

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

PS Form 3800, April 1995

Z 256 997 149

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | The Somers Co. |
| Street & Number | 1802 17th Ave. |
| Post Office, State, & ZIP Code | Kenosha, WI 53140-6128 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | Momence - Handicap Ramp |

CENTRAL ILLINOIS DISTRICT

RECEIVED

UNITED STATES POSTAL SERVICE

RECEIPT OF BONDS AND NOTICE TO PROCEED

1998 OCT 15 A 11:21

October 5, 1998

CENTRAL ILLINOIS DISTRICT
ADMINISTRATIVE SERVICES

CERTIFIED MAIL P 355 455 184
RETURN RECEIPT REQUESTED

The Somers Company Inc
1802 17th Avenue
Kenosha WI 53140-1628

Gentlemen:

SUBJECT: MOMENCE IL (Lobby/Retail Renovation))
CONTRACT NUMBER #161550-98-P-0102

We have received the **payment bond, performance bond** and the signed contract documents. The documents are acceptable to the U. S. Postal Service in the amount of **$35,932.28.** Your copy of the executed contract is enclosed. This letter of authorization to proceed with the work is in accordance with the terms and conditions of the contract. The contract requires completion within **(90)** calendar days after the date of receipt of this **Notice to Proceed.** Please set your work schedule accordingly, to avoid any delay.

The provision of the **DAVIS-BACON ACT** require that all mechanics (tradesmen) must be paid the prevailing wage as set by the U. S. Department of Labor. Reporting is to be accomplished through the enclosed Department of Labor **Form WH-347.** Also enclosed is the Contractor's Release **PS Form 7307** to be forwarded when the project is complete, and **PS Form 4211B.** When requesting payment please complete, sign and date **Form WH-347** and **PS Form 4211B.** Attach your (request for payment) on your office letterhead, signed, and dated to **ATTN: Samuel Southern.** He will then forward these documents to the Contracting Officer for review and recommendation for payment.

I urge you to thoroughly familiarize yourself with the terms of the contract, **Samuel Southern,** has been designated Project Manager. He can be reached at **(708) 563-7214,** if you have any questions regarding this project. I wish to call special attention to the fact, that **only** the contracting officer can authorize changes to the contract when total price or time for completion is affected according to the authorities and limitations of contracting authority. All correspondence pertaining to the contract should be directed to the contracting office in writing.

This notification is sent to you in **duplicate** with the request that you acknowledge receipt of the U. S. Postal Service copy and return it promptly.

**Sincerely,**

**Robert A. Rigsby**
**Contracting Officer**

**RECEIPT ACKNOWLEDGED:**

**NAME:** [signature]

**DATE:** 10.9.98

**Enclosures: WH-347, ~~PS Form~~ 4211B, PS Form 7307**

**cc: Project Manager**

**mm**

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

UNITED STATES POSTAL SERVICE.

# Offer and Award
## Commercial Purchasing

| | | | |
|---|---|---|---|
| Facility MOMENCE, IL - MAIN OFFICE | Project HANDICAP RAMP AND LOBBY RENOVATION | | |
| 1. Contract Number 161550-98-P-0102 | 2. Solicitation Number 161550-98-A-0113 | 3. Project # J46227 | 4. Socio/Economic |
| 5. a. Issued by<br>CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 | 5. b. For Information call *(No Collect Calls)*<br>SAMUEL SOUTHERN<br>(708) 563 - 7214 Fax: (708)-563-7214 | | |
| 6. a. Offeror/Contractor<br>THE SOMERS CO<br>1802 17TH AVE<br>KENOSHA, WI 53140-6128<br>(414)-657-3349 | b. Contact Name: JIM SPINO<br>c. phone/fax Number: (414)-657-3349 (414)-657-3389<br>d. TIN: 36-3272895<br>e. Parent TIN:<br>TIN = Taxpayer Identification Number | | |

*f. Remittance Name and/or Address: (if different from above)*

7. Delivery/Performance Requirements

**See Section C**

8. Items & Prices/General Description of Requirement

PROVIDE AND PAY FOR ALL MATERIALS, LABOR, EQUIPMENT, LICENSES, TAXES, AND OTHER ITEMS NECESSARY FOR THE INSTALLATION OF A HANDICAP RAMP. WORK INCLUDES BUT IS NOT LIMITED TO THE SCOPE OF WORK IN ACCORDANCE WITH A M FERNANDEZ & ASSOCIATES ARCHITECT DRAWINGS DATED AUGUST 25, 1998.

RECEIVED
1998 SEP 21 P 2:24
CENTRAL ILLINOIS DISTRICT
ADMINISTRATIVE SERVICES

TOTAL : $35,932.28 in Words ***Thirty-Five Thousand Nine Hundred Thirty-Two and 28/100 Dollars***
Performance Time in Calendar Days: 90

*9. Optional Provisions/Clauses listed below are applicable to this contract:*

*Section G: FB-259 Use of Building Facilities*
*Section H: 9-4 Compliance by States with Labor*
*Section H: 6-1 Bankruptcy*
*Section K: OA-12 Access to Postal Buildings*

0612

10. Billing Instructions (Submit Invoices to) SAMUEL W SOUTHERN
SOUTH SUBURBAN DISTRICT
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

| | | | |
|---|---|---|---|
| *11. Contractor Signature:* [signature] | *Date:* 9-18-98 | *12. US Postal Service Signature* [signature] | *Date:* 9-21-98 |
| *Name of Person Authorized to sign* | | *Name of Contracting Officer*<br>ROBERT A RIGSBY | |

UNITED STATES POSTAL SERVICE.

Facilities Department

## TABLE OF CONTENTS PAGE

U.S. Postal Service: Offer And Award ..... 1

# Part 1-Schedule

## Section A-Items And Prices

A.1 Acknowledgment Of Amendments (Clause OB-199) (August 1988) ..... 2

A.2 Required Bond Amounts (Clause OB-201) Alternate VI (October 1997) ..... 2

## Section B-Specifications / Statement Of Work

B.1 Statement Of Work / Specifications (Clause OB-7) (June 1988) ..... 2

B.2 Attachments To Statement Of Work / Specifications (Clause OB-31) (June 1988) ..... 2

B.3 English Language Requirement Of On-Site Superintendent (Clause OB-38) (June 1988) ..... 2

## Section C-Delivery / Performance

C.1 Notice Of Delay (Clause B-15) (January 1997) ..... 2

C.2 Suspensions And Delays (Clause B-16) (January 1997) ..... 2

C.3 Excusable Delays (Clause B-19) (January 1997) ..... 2

C.4 Notice to Proceed and Commencement, Prosecution and Completion of Work (Clause B-34) (January 1997) ..... 3

C.5 Construction Cost Breakdown (Clause B-40) (January 1997) ..... 3

C.6 Shop Drawings, Coordination Drawings, And Schedules (Clause B-56) (January 1997) ..... 3

C.7 Record "As-Built" Drawings (Clause B-57) (January 1997) ..... 3

C.8 Applicable If Listed In Block 9, Page 1

C.8 Construction Progress Chart (Clause B-59) (January 1997) ..... 4

C.9 Warranty (Construction) (Clause B-61) (January 1997) ..... 4

C.10 Samples (Clause B-62) (January 1997) ..... 4

C.11 Liquidated Damages (Clause 2-10) (January 1997) ..... 5

C.12 Working Hours (Construction) (Clause FB-202) (June 1988) ..... 5

C.13 Applicable If Listed In Block 9, Page 1

C.13 Superintendence Of Subcontractors (Construction) (Clause FB-237) (May 1994) ..... 5

C.14 Optional Materials Or Methods (Construction) (Clause FB-244) (June 1988) ..... 5

C.15 Applicable If Contract Exceeds $100,000

C.15 Exception To Completion And Liquidated Damages Schedules (Clause FB-245) (June 1988) ..... 5

## Section D-Packaging And Marking

(Reserved) ..... 5

## Section E-Inspection And Acceptance

E.1 Inspection And Acceptance (Construction) (Clause B-33) (January 1997) ..... 5

E.2 Contracting Officer's Representative (COR) (Clause OB-21) Alternate IV (July 1997) ..... 6

## Section F-Payment And Funding

F.1 Invoices (Clause B-20) (January 1997) ..... 6

F.2 Payment (Construction) (Clause B-48) (January 1997) ..... 7

F.3 Equitable Adjustments (Construction) (Clause FB-271) (August 1988) ..... 7

# Part 2-Clauses And Attachments

## Section G-Special Clauses

G.1 Performance At Occupied Postal Premises (Clause B-27) (January 1997) ..... 7

G.2 Differing Site Conditions (Clause B-32) (January 1997) ..... 7

G.3 Specifications And Drawings (Clause B-35) (January 1997) ..... 8

G.4 Postal Service Partial Occupancy (Clause B-36) (January 1997) ..... 8

G.5 Changes (Construction) (Clause B-37) (January 1997) ..... 8

G.6 Accident Prevention (Clause B-38) (January 1997) ..... 8

G.7 Indemnification (Clause B-39) (January 1997) ..... 9

G.8 Conditions Affecting The Work (Clause B-41) (January 1997) ..... 9

G.9 Performance Of Work By Supplier (Clause B-42) (January 1997) ..... 9

G.10 Superintendence By Supplier (Clause B-43) (January 1997) ..... 9

G.11 Use Of Premises (Clause B-44) (January 1997) ..... 9

G.12 Other Contracts (Clause B-45) (January 1997) ..... 9

G.13 Subcontracts (Construction) (Clause B-46) (January 1997) ..... 9

G.14 Permits And Responsibilities (Construction) (Clause B-47) (January 1997) ..... 9

G.15 Building Codes, Fees, And Charges (Clause B-49) (January 1997) ..... 9

G.16 Heat
(Clause B-51) (January 1997) ..... 10

G.17 Debris And Cleanup
(Clause B-52) (January 1997) ..... 10

G.18 Materials And Workmanship
(Clause B-63) (January 1997) ..... 10

G.19 Definition Of Terms Used In Contract Documents
(Clause FB-235) (June 1988) ..... 10

G.20 Site Visits (Construction)
(Clause FB-240) (June 1988) ..... 11

*G.21 Applicable If Listed In Block 9, Page 1*
G.21 Use Of Building Facilities
(Clause FB-259) (June 1994) ..... 11

G.22 Access To Site
(Clause OB-44) (June 1988) ..... 11

G.23 Identification Of Contractor's Vehicles
(Clause OB-45) (June 1988) ..... 11

G.24 Control Of Erosion, Sedimentation, And Pollution
(Clause OB-49) (June 1988) ..... 11

**Section H-General Clauses**

H.1 Assignment of Claims
(Clause B-8) (June 1988) ..... 11

H.2 Claims And Disputes
(Clause B-9) (January 1997) ..... 11

H.3 Pricing Of Adjustments
(Clause B-10) (January 1997) ..... 12

H.4 Termination For Convenience
(Clause B-11) (January 1997) ..... 12

H.5 Termination For Default
(Clause B-13) (January 1997) ..... 13

H.6 Change-Order Accounting
(Clause B-21) (January 1997) ..... 14

H.7 Advertising Of Contract Awards
(Clause B-25) (January 1997) ..... 14

H.8 Order Of Precedence
(Clause B-29) (September 1995) ..... 14

H.9 Contingent Fees
(Clause 1-6) (January 1997) ..... 14

H.10 Preference For Domestic Construction Materials
(Clause 1-10) (January 1997) ..... 14

H.11 Prohibition From Contracting with Former Officers
(Clause 1-11) (January 1997) ..... 14

H.12 Year 2000 Warranty, Commercially-Available Items
(Clause 1-12) (January 1997) ..... 14

*H.13 Applicable If Listed In Block 9, Page 1*
H.13 Bankruptcy
(Clause 6-1) (January 1997) ..... 15

*H.14 Applicable If Contract Exceeds $25,000*
H.14 Additional Bond Security
(Clause 7-2) (January 1997) ..... 15

H.15 Insurance
(Clause 7-4) (January 1997) ..... 15

H.16 Federal, State, And Local Taxes (Short Form)
(Clause 7-7) (January 1997) ..... 15

H.17 Clauses Incorporated By Reference
(Clause FB-110) (June 1988) ..... 15

H.18 Handling Asbestos Insulation
(Clause FB-273) (March 1989) ..... 16

**Section I-List Of Attachments**

List Of Attachments ..... 17

**Part 3-Solicitation Provisions**

**Section J-Instructions To Offerors**

J.1 Type Of Contract
(Provision 2-6) (January 1997) ..... 17

J.2 Information On "Equal" Products
(Provision OA-1) (June 1988) ..... 17

*J.3 Applicable If Listed In Block 9, Page 1*
J.3 Preproposal Conference
(Provision 4-8) (January 1997) ..... 17

J.4 Submission Of Financial Statements
(Provision OA-27) Alternate II (January 1997) ..... 18

**Section K-Solicitation Notices And Provisions**

K.1 Submission Of Proposals
(Provision A-2) (January 1997) ..... 18

K.2 Modification Or Withdrawal Of Proposals
(Provision A-3) (January 1997) ..... 18

K.3 Late Submissions And Modifications Of Proposals
(Provision A-4) (January 1997) ..... 18

K.4 Acknowledgment Of Solicitation Amendments
(Provision A-5) (January 1997) ..... 18

K.5 Explanation To Prospective Offerors
(Provision A-6) (January 1997) ..... 18

K.6 Restriction On Disclosure And Use Of Data
(Provision A-7) (January 1997) ..... 18

K.7 Contract Award
(Provision A-8) (January 1997) ..... 19

K.8 Award Without Discussions
(Provision A-9) (January 1997) ..... 1

K.9 Postal-Furnished Property Or Services
(Provision A-12) (January 1997) ..... 1

K.10 Labor Information
(Provision A-13) (January 1997) ..... 1

K.11 Failure To Submit Proposal
(Provision A-14) (January 1997) .....

K.12 Protests
(Provision A-15) (January 1997) ..... 1

UNITED STATES POSTAL SERVICE.

Facilities Department

*K.13 Applicable If Listed In Block 9, Page 1*
K.13 Telegraphic Proposals (Provision A-17) (January 1997) ........ 19

K.14 Contractor Screening Requirements (Provision 1-3) (January 1997) ........ 19

K.15 Prohibition Against Contracting with Former Officers or PCES Executives (Provision 1-6) (January 1997) ........ 19

K.16 Brand Name Or Equal (Provision 2-8) (January 1997) ........ 20

K.17 Preparation of Proposals (Construction) (Provision 4-9) (January 1997) ........ 20

*K.18 Applicable If Contract Exceeds $100,000*
K.18 Performance Bond Requirements (Provision 7-1) (January 1997) ........ 20

*K.19 Applicable If Contract Exceeds $25,000*
K.19 Payment Bond Requirements (Provision 7-2) (January 1997) ........ 20

*K.20 Applicable If Contract Exceeds $25,000*
K.20 Deposit Of Assets Requirements (Provision 7-4) (January 1997) ........ 20

*K.21 Applicable If Contract Exceeds $25,000 and is Less Than $100,000*
K.21 Alternate Payment Protections (Provision 7-5) (January 1997) ........ 20

K.22 Equal Opportunity Affirmative Action Program (Provision 9-3) (January 1997) ........ 21

*K.23 Applicable If Contract Exceeds $10,000*
K.23 Notice of Requirements for Equal Opportunity Affirmative Action (Provision 9-5) (January 1997) ........ 21

*K.24 Applicable If Listed In Block 9, Page 1*
K.24 Postaward Orientation Conference (Provision OA-5) Alternate I (March 1989) ........ 21

*K.25 Applicable If Listed In Block 9, Page 1*
K.25 Access To Postal Buildings (Provision OA-12) (March 1989) ........ 21

*K.26 Applicable If Listed In Block 9, Page 1*
K.26 Notice Of Preaward Survey (Provision OA-34) (June 1994) ........ 21

*K.27 Applicable If Listed In Block 9, Page 1*
K.27 Prequalified Sources Or Services Suppliers And Approved Products (Provision OA-38) (June 1988) ........ 22

## Section L-Representations And Certifications

L.1 Authorized Negotiators (Provision A-22) (January 1997) ........ 23

L.2 Place of Performance (Provision A-23) (January 1997) ........ 23

L.3 Buy American Certificate – Construction Materials (Provision 1-5) (January 1997) ........ 23

L.4 Representations and Certifications - Commercial Items (Provision 4-3) (January 1997) ........ 23

L.5 Representation of Rights in Data (Provision 8-2) (January 1997) ........ 24

## Section M-Evaluation And Award Factors

*M.1 Applicable If Listed In Block 9, Page 1*
M.1 Evaluation — Commercial Items (Provision 4-2) (January 1997) ........ 25

- 452 -

0639

UNITED STATES POSTAL SERVICE.

Facilities Department

However, a written demand or written assertion by the supplier seeking the payment of money exceeding $100,000 is not a claim under the Act until certified as required by subparagraph d.2 below. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount is not acted upon in a reasonable time.

d.

(1) A claim by the supplier must be made in writing and submitted to the contracting officer for a written decision. A claim by the Postal Service against the supplier is subject to a written decision by the contracting officer.

(2) For supplier claims exceeding $100,000, the supplier must submit with the claim the following certification:

"I certify that the claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which the supplier believes the Postal Service is liable, and that I am duly authorized to certify the claim on behalf of the supplier."

(3) The certification may be executed by any person duly authorized to bind the supplier with respect to the claim.

e. For supplier claims of $100,000 or less, the contracting officer must, if requested in writing by the supplier, render a decision within 60 days of the request. For supplier-certified claims over $100,000, the contracting officer must, within 60 days, decide the claim or notify the supplier of the date by which the decision will be made.

f. The contracting officer's decision is final unless the supplier appeals or files a suit as provided in the Act.

g. When a claim is submitted by or against a supplier, the parties by mutual consent may agree to use an alternative dispute resolution (ADR) process to assist in resolving the claim. A certification as described in d(2) of this clause must be provided for any claim, regardless of dollar amount, before ADR is used.

h. The Postal Service will pay interest in the amount found due and unpaid from:

(1) The date the contracting officer receives the claim (properly certified, if required); or

(2) The date payment otherwise would be due, if that date is later, until the date of payment.

i. Simple interest on claims will be paid at a rate determined in accordance with the Interest clause.

j. The supplier must proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the contracting officer.

**H.3 Pricing Of Adjustments**
**(Clause B-10) (January 1997)**

When costs are a factor in determining any contract price adjustment under the Changes clause or any other provision of this contract, chapter 5 of the USPS Purchasing Manual in effect on the date of this contract will serve as a guide in negotiating the adjustment.

**H.4 Termination For Convenience**
**(Clause B-11) (January 1997)**

a. Performance under this contract may be terminated by the Postal Service in whole or in part whenever the contracting officer determines that termination is in the interest of the Postal Service. A termination may be effected by delivery to the supplier of a notice of termination specifying the extent of work terminated, and the effective date of the termination.

b. Upon receipt of a notice of termination, unless otherwise directed by the contracting officer, the supplier must take the following actions:

(1) Stop work to the extent specified in the notice.

(2) Place no further orders or subcontracts for materials, services, or facilities except as may be necessary for completion of the unterminated work.

(3) Terminate all orders and subcontracts to the extent that they relate to the work terminated.

(4) Assign to the Postal Service, as directed by the contracting officer, all right, title, and interest of the supplier under the orders and subcontracts terminated. The Postal Service has the right, in its discretion, to settle or pay claims arising out of these terminations.

(5) Settle all outstanding liabilities and claims arising out of the termination of orders and subcontracts, with the approval or ratification of the contracting officer. The contracting officer's decision is final for the purposes of this clause.

(6) Transfer title to the Postal Service and deliver as directed by the contracting officer:

(a) Work in process, completed work, and other material produced as a part of or acquired for the work terminated; and

(b) The completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would have been furnished to the Postal Service.

(7) Use its best efforts to sell as directed by the contracting officer any property of the types referred to in subparagraph b.6 above, provided that the supplier may acquire property under the conditions prescribed and at prices approved by the contracting officer, and the proceeds of any such transfer will be applied in reduction of any payments to be made by the Postal Service to the supplier, or be credited to the price or cost of the work covered by this contract, or be paid in any manner directed by the contracting officer.

(8) Complete performance of the work not terminated.

(9) Take any action that may be necessary, or that the contracting officer may direct, for protecting and preserving any property related to this contract that is in the possession of the supplier and in which the Postal Service has or may acquire an interest.

c. At any time, the supplier may submit to the contracting officer a list, certified as to quantity and quality, of termination inventory not previously disposed of and may request the Postal Service to remove inventory items or enter into a storage agreement covering them. Not later than 15 days after receiving this request, the Postal Service will accept title to the items and remove them or enter into a storage agreement. The list will be subject to verification by the contracting

- 453 - 0650

officer upon removal of the items or, if the items are stored, within 45 days after submission of the list.

d. After termination, the supplier must submit to the contracting officer a termination claim in the form and with the certification prescribed by the contracting officer. The claim must be submitted promptly, but in no event more than one year after the effective date of termination, unless an extension in writing is granted by the contracting officer. However, if the contracting officer determines that the facts justify such action, any termination claim may be received and acted upon at any time after the one-year period. Upon failure of the supplier to submit a termination claim within the time allowed, the contracting officer may determine, on the basis of the information available, the amount, if any, due the supplier by reason of the termination and will pay that amount.

e. If the supplier and the contracting officer fail to agree on the amount to be paid to the supplier by reason of the termination, the contracting officer will determine the amount, if any, due the supplier and pay the supplier the contract price for completed and accepted supplies or services not previously paid for (adjusted for any saving of freight and other charges) and, with respect to all other contract work performed before the effective date of termination, the total of:

(1) The cost of such work;

(2) The cost of settling and paying claims arising out of the termination of work under subcontracts; and

(3) A profit on e.1 above, determined by the contracting officer to be fair and reasonable; but if it appears that the supplier would have sustained a loss on the entire contract had it been completed, no profit will be included, and an appropriate adjustment will be made reducing the amount of the settlement to reflect the indicated rate of loss.

f. The total sum to be paid to the supplier may not exceed the total contract price as reduced by the payments made and as further reduced by the contract price of work not terminated. Except for normal spoilage, and except to the extent that the Postal Service expressly assumed the risk of loss, there will be excluded from the amounts payable to the supplier under paragraph e above, the fair value, as determined by the contracting officer, of property destroyed, lost, stolen, or damaged so as to become undeliverable to the Postal Service, or to a buyer.

g. Any determination of costs will be governed by the cost principles set forth in chapter 5 of the USPS Purchasing Manual in effect on the effective date of termination.

h. The supplier has the right of review under the Claims and Disputes clause of any determination made by the contracting officer under paragraph d or e above, except that, if the supplier has failed to submit its termination claim within the time provided in paragraph d above and has failed to request an extension of time, there may be no right of review.

i. In arriving at the amount due the supplier, there must be deducted:

(1) All unliquidated advance or other payments to the supplier applicable to the terminated portion of this contract;

(2) Any claim that the Postal Service may have against the supplier under this contract; and

(3) The agreed price for or the proceeds of sale of materials, supplies, or other things kept by the supplier or sold and not recovered by or credited to the Postal Service.

j. If the termination is partial, the supplier must file with the contracting officer a request in writing for an equitable adjustment of the price specified in the contract relating to the continued portion of the contract.

k. The Postal Service may, under the terms and conditions it prescribes, make partial payments and payments on account in connection with the terminated portion of this contract whenever the aggregate of these payments is within the amount to which the supplier is entitled.

l. Unless otherwise provided in this contract, or by statute, the supplier, for a period of three years after final settlement, must preserve and make available to the Postal Service at all reasonable times at the supplier's office, all books, records, documents, and other evidence bearing on the costs and expenses of the supplier under this contract and relating to the work terminated. If the contracting officer approves, photographs, microphotographs, or other authentic reproductions may be maintained instead of the originals.

**H.5 Termination for Default**
**(Clause B-13) (January 1997)**

a.

(1) The Postal Service may, subject to paragraphs c and d below, by written notice of default to the supplier, terminate this contract in whole or in part if the supplier fails to:

(a) Complete the requirements of this contract within the time specified in the contract or any extension;

(b) Make progress, so as to endanger performance of this contract (but see paragraph d below); or

(c) Perform any of the other provisions of this contract (but see subparagraph a.2 following).

(2) The Postal Service's right to terminate this contract under a.1(b) and (c) above may be exercised if the supplier does not cure the failure within ten days (or more if authorized in writing by the contracting officer) after receipt of the notice from the contracting officer specifying the failure.

b. If the Postal Service terminates this contract in whole or in part, it may acquire similar supplies or services or complete the work, and the supplier will be liable to the Postal Service for any excess costs. However, the supplier must continue the work not terminated.

c. Except for defaults of subcontractors at any tier, the supplier is not liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the supplier.

d. If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the supplier and subcontractor, and without the fault or negligence of either, the supplier is not liable for any excess costs for failure to perform, unless the subcontractor supplies or services were obtainable from other sources in sufficient time for the supplier to meet the required delivery schedule.

e. If this contract is terminated for default, the Postal Service may require the supplier to transfer title and deliver to the Postal Service, as directed by the contracting officer, any completed supplies, partially completed supplies, and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights that the supplier has specifically produced or acquired for the terminated portion of this

CENTRAL ILLINOIS DISTRICT
UNITED STATES
POSTAL SERVICE

OCTOBER 5, 1998

ULBRICH & ASSOCIATES INC
1050 ENSELL ROAD
STE 100
LAKE ZURICH IL 60047

Dear Gentlemen:

SUBJECT: LOBBY/RETAIL RENOVATION
MOMENCE IL POST OFFICE

Thank you for responding to our request to renovate the lobby and retail space at the Momence Post Office. Your quotation has been received and evaluated.

There were three (3) offers received as a result of the subject solicitation. The contract has been awarded to:

THE SOMERS COMPANY INC
1802 17TH AVENUE
KENOSHA WI 53140-1628

**Award Amount:** $35,932.28

The award was made without discussion on the basis of the best value to the U.S. Postal Service. We appreciate your offer in response to our request. Your firm will be retained on our bidder's list for any future quotes. We encourage your participation in future Postal Service purchasing requests.

Sincerely,

Robert A. Rigsby
Contracting Officer

mdm

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

CENTRAL ILLINOIS DISTRICT
UNITED STATES
POSTAL SERVICE

OCTOBER 5, 1998

PNL ENTERPRISES INC
194 KINGSTON LANE
BLOOMINGDALE IL 60107-1730

Dear Gentlemen:

SUBJECT: LOBBY/RETAIL RENOVATION
MOMENCE IL POST OFFICE

Thank you for responding to our request to renovate the lobby and retail space at the Momence Post Office. Your quotation has been received and evaluated.

There were three (3) offers received as a result of the subject solicitation. The contract has been awarded to:

THE SOMERS COMPANY INC
1802 17TH AVENUE
KENOSHA WI 53140-1628

**Award Amount:** $35,932.28

The award was made without discussion on the basis of the best value to the U.S. Postal Service. We appreciate your offer in response to our request. Your firm will be retained on our bidder's list for any future quotes. We encourage your participation in future Postal Service purchasing requests.

Sincerely,

Robert A. Rigsby
Contracting Officer

mdm

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 10/20/2004 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 8-4J-165232-C-911 | J46227 | 02/08/1999 | 90 days |

**Contractor**
THE SOMERS CO INC
3505 13TH ST
KENOSHA WI 53144-2934

Phone: ( ) - - Fax: ( ) - -

**U.S. Postal Service**
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

**Consultant Name** Phone: ( ) - -

| Authorized Signature | Date | Contracting Officer ROBERT A RIGSBY | Date |
|---|---|---|---|
| | | | |

**Attachments:**

**Summary of this Work Order:**

| | |
|---|---|
| Default Multiplier: 0.8900 | |
| Total Miscellaneous: | $4,043.72 |
| Total Other Expenses: | |
| Total Items Cost: | $30,851.91 |
| Total Travel Cost: | |
| Work Order Total for 4.00 | $34,895.63 |
| Work Order History: | |

**Scope of Work:**

- 457 -

# UNITED STATES POSTAL SERVICE. Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 1640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | MISC | | | | |
| 000 | 03 | AL8 | Premium time at 20% of total dollar value for section of work requiring adjustment. | % | 0.1780 | 14983 | $2,666.97 |
| 010 | 60 | 061 | Scaffolding, exterior or interior above 10' height, for quantities up to 5000 SF | SF | 0.1335 | 5000 | $667.50 |
| 010 | 60 | 062 | Scaffolding, exterior or interior above 10' height, for quantities over 5000 SF | SF | 0.0890 | 7000 | $623.00 |
| 010 | 60 | 081 | Dust protection enclosure, using studs and 4 mil plastic | SF | 0.7387 | 2706 | $1,998.92 |
| ) | 60 | 092 | Container dumpster, 30 yard load | EA | 289.2500 | 3 | $867.75 |
| | | | WOOD & PLASTIC | | | | |
| 061 | 00 | 077 | Relocate letter drop. | EA | 27.7680 | 2 | $55.54 |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed.<br><br>Misc hourly labor for 3 men @ 60hrs and Misc hourly labor to trace and locate circuit | HR | 26.6644 | 76 | $2,026.49 |
| 062 | 00 | 002 | Demolition, including disposal, remove 4' X 8' panel- ing. | SF | 0.3649 | 340 | $124.07 |
| 062 | 00 | 076 | Shelving bookcase, pine, clear grade, 8" shelves, 12" O.C. | SF | 9.4340 | 36 | $339.62 |
| 062 | 00 | 077 | Lock box, laminate mail drop unit | EA | 92.5600 | 1 | $92.56 |
| . | 00 | 078 | Lockbox, laminate panel for vending machines | EA | 46.2800 | 1 | $46.28 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| tract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DOORS & WINDOWS | | | | |
| 081 | 00 | 001 | Remove door, or, re-install door. | EA | 11.1072 | 1 | $11.11 |
| 081 | 00 | 002 | Remove frame, or, re-install frame. | EA | 37.4868 | 1 | $37.49 |
| 081 | 00 | 122 | 16 gage, drywall, up to 3 7/8" deep, 7'0" high, 3'0" wide, single | EA | 97.9000 | 1 | $97.90 |
| 081 | 00 | 124 | For welded frames, add. | EA | 29.3700 | 1 | $29.37 |
| 082 | 11 | 020 | Wicket type door, 3'0" X 7'0", 1-3/4", includes frame and hardware. | EA | 458.1720 | 1 | $458.17 |
| 084 | 10 | 001 | Anodized aluminum framing, cost per lineal foot of framing, plus all accessories, fasteners, and brackets | LF | 13.8840 | 30 | $416.52 |
| 084 | 10 | 002 | 1/4" tempered glass clear | SF | 8.3304 | 36 | $299.89 |
| 084 | 10 | 010 | Remove aluminum entry, sidelite, and/or transom. | SF | 4.6280 | 144 | $666.43 |
| 084 | 10 | 012 | Remove window glass, storefront framing. | SF | 0.9701 | 144 | $139.69 |
| 087 | 00 | 037 | Hinges, A8112 sizes, 4 1/2 X 4 1/2 | PR | 37.0240 | 3 | $111.07 |
| 087 | 00 | 098 | Dead bolt lockset, cylindrical | EA | 69.2331 | 1 | $69.23 |
| 087 | 00 | 110 | Furnish and install heavy duty mortise entrance lockset with lever handle RUSSWIN # 74486-NEWPORT-26D | EA | 226.9500 | 1 | $226.95 |
| | | | FINISHES | | | | |
| 091 | 11 | 011 | Remove metal stud wall with drywall on two sides. | SF | 0.9256 | 37 | $34.25 |
| [illegible] | 50 | 012 | Add for 1/2" or 5/8" foil backed gypsum drywall. | SF | 0.1068 | 804 | $85.87 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | FINISHES | | | | |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | 0.9701 | 551 | $534.53 |
| 092 | 50 | 023 | Finishing metal stud partition, including 25 gauge by 3 5/8" metal studs and runner channels, 1/2" gypsum board, finished both sides, for walls up to 12' high | LF | 21.4757 | 71 | $1,524.77 |
| 092 | 50 | 031 | Wood framed partition, 2 X 6 studs, with gypsum board, both sides, taped, and spackled | SF | 3.0705 | 155 | $475.93 |
| 095 | 00 | 001 | Remove acoustical tile and suspension system. | SF | 0.2759 | 564 | $155.61 |
| 095 | 00 | 013 | Ceiling tile, installed on suspension system, 12" X 12" or 12" X 24" mineral fiber, plastic coated, 3/4" thick | SF | 1.6287 | 980 | $1,596.13 |
| 095 | 00 | 023 | Suspension systems, concealed spline ceiling | SF | 0.8722 | 380 | $331.44 |
| 096 | 60 | 016 | Vinyl compostion tile | SF | 1.2015 | 968 | $1,163.05 |
| 096 | 60 | 026 | Vinyl base | LF | 1.5219 | 180 | $273.94 |
| 096 | 60 | 027 | Add for special color, vinyl base. | LF | 0.0890 | 180 | $16.02 |
| 099 | 00 | 024 | Painting one coat on doors and frame | SF | 0.5518 | 55 | $30.35 |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coat | SF | 0.4450 | 5288 | $2,353.16 |
| 099 | 00 | 058 | Painting wood trim over 6" wide, clean + 1 coat enamel | SF | 0.8722 | 72 | $62.80 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| tract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | POSTAL EQUIP | | | | |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | 8.1435 | 30 | $244.31 |
| 121 | 15 | F03 | Install postal furnished L shape service counters, includes assembly | EA | 120.1500 | 2 | $240.30 |
| 121 | 15 | F06 | Install postal furnished lobby tables, including assembly and stabilization<br><br>Free standing table | EA | 40.0500 | 2 | $80.10 |
| | | | MECHANICAL | | | | |
| 151 | 53 | 003 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | 0.0000 | 8 | $.00 |
| 157 | 58 | 530 | Registers, air return, ceiling or wall, fixed 45` faceblades, 36" X 24 | EA | 99.7779 | 2 | $199.56 |
| 157 | 61 | 814 | Duct accessories, volume control, dampers 16" X 10" | EA | 30.5448 | 6 | $183.27 |
| 158 | 90 | 012 | Remove ductwork, 12" X 18", upto 18' high. | LF | 2.3140 | 20 | $46.28 |
| 159 | 10 | 02N | Flexible duct, and connections, includes labor | LF | 35.4042 | 20 | $708.08 |
| 159 | 36 | 011 | Ceiling diffusers, square, includes damper, 15" neck | EA | 120.3280 | 2 | $240.66 |
| | | | ELECTRICAL | | | | |
| 160 | 00 | 004 | Furnish and install 2-gang 4 1/2"x4 1/2" x 1 5/8" junction box, W/CVR, 3/4" KO and solid outlet box (concealed/exposed) | EA | 20.3632 | 28 | $570.17 |

* = Premium Price



Items Total $30,851.91

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | ELECTRICAL | | | | |
| 160 | 00 | 038 | Furnish and install three #12 THW wire. | LF | 0.5518 | 1642 | $906.06 |
| 160 | 00 | 041 | Furnish and install 3/4" EMT. | LF | 1.8512 | 642 | $1,188.47 |
| 160 | 00 | 046 | Remove wall switch, outlet, device, plate, 15' wiring maximum. | EA | 11.5700 | 4 | $46.28 |
| 160 | 00 | 047 | Remove duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | 11.5700 | 7 | $80.99 |
| 160 | 00 | 048 | Remove 9" J-box, outlet, plate, 15' wiring maximum. | EA | 11.5700 | 8 | $92.56 |
| ) | 00 | 055 | Remove recessed incandescent fixture. (fixture outlet, 15' wiring maximum) | EA | 23.1400 | 8 | $185.12 |
| 160 | 00 | 057 | Remove #10, #12, and #14 wire. | LF | 0.0890 | 670 | $59.63 |
| 160 | 00 | 061 | Remove 3/4" rigid conduit. | LF | 0.7209 | 650 | $468.59 |
| 160 | 00 | 086 | Furnish and install 4-gang 4 1/2" x 4 1/2" x 1 5/8" junction box, W/CVR, 3/4" KO and solid outlet box (concealed/exposed) | EA | 38.7150 | 3 | $116.15 |
| 160 | 20 | 180 | Conduit to 15' high, including all terminations, fittings, supports and scaffolding, rigid galvanized steel, 1" diameter | LF | 4.5835 | 282 | $1,292.55 |
| 160 | 20 | 502 | Conduit to 15' high, including all terminations, fittings, supports and scaffolding, electric metallic tubing (EMT), 3/4" diameter | LF | 2.1093 | 1000 | $2,109.30 |
| 160 | 80 | 400 | Telephone outlet, low tension, installed on existing U.F. duct | EA | 45.8172 | 3 | $137.45 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | ELECTRICAL | | | | |
| 162 | 30 | F01 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 1 thru 9) | EA | 62.1042 | 7 | $434.73 |
| 166 | 10 | 030 | Interior lighting, fluorescent, same as 16.6 10 020, 2' X 2' lay in | EA | 85.1552 | 6 | $510.93 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| C 'ract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 540-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 10/20/2004 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

**List of Negotiated Items:**

| | |
|---|---|
| NEG. Misc labor to engineer/layout duct changes @ prevailing wages 8hrs @ $35.00 pr hr | $280.00 |
| NEG. Install potal furn screen line 5 @ $125 ea | $625.00 |
| NEG. 15/16 grid system 2x4 200 @ $4.98 sf | $996.00 |
| NEG. 2x2 regular RE/SL lay in ceiling 200 @ $2.29 sf | $584.00 |
| NEG. Installed USPS furnished slate wall 32 hrs @ $29.96 pr hr | $958.72 |
| NEG. Building permit 1 @ $600 ea | $600.00 |
| **Total of Negotiated Items:** | $4,043.72 |

**Travel Expenses:**

| | |
|---|---|
| **Per Diem Amount** | $.00 |
| **Lodging Amount** | $.00 |
| **Other Expense** | $.00 |
| **Mileage Amount** | $.00 |
| **Travel Amount Subtotal:** | |
| **Work Order Total:** | $34,895.63 |

# ST. DAVID




L.P. Consulting Group, Inc.
10401 S. 75th Ave.
Palos Hills, IL 60465-2015

(1)

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96-B-0094 | | | | 9/17/96 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST. DAVID : P.O. SITE PREP & FOUNDATION WORK | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>BRUCE ROTHERMEL |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | DEMOLITION, BACKHOE & OPERATOR (FOR CONC. PAVING, SEPTIC) | HR. | 115.00 | 32 | 3,680.00 |
| 02.2 | 00 | 002 | EXCAVATE * | YDS | 8.04 | 256 | 2,058.24 |
| 02.2 | 00 | 010 | BACKFILL W/ ONSITE MAT'L. * | YDS | 8.93 | 55 | 491.15 |
| 02.2 | 00 | 019 | BASE MATERIAL * | YDS | 15.19 | 228 | 3,463.32 |
| 02.2 | 00 | 029 | SURFACE GRADING * | SF | .04 | 6,148 | 245.92 |
| 02.5 | 15 | 001 | SAWCUT * (3" DEEP) | LF | .58 | 25 | 14.50 |
| 00. | 01 | AL1 | HAUL AWAY DEBRIS * | LS | 85.00 | 1 | 85.00 |
| 02 | 15 | 009 | CURB REMOVAL * | LF | 3.98 | 50 | 199.00 |
| 02.5 | 15 | 012 | EXPANSION JT. * | LF | .80 | 25 | 20.00 |
| 02.5 | 15 | 014 | CONC. SIDEWALK * | SF | 3.13 | 130 | 406.90 |
| NEGOCIATED | | | LAYOUT OF WORK @ SITE | HR. | 34.50 | 10 | 345.00 |
| NEGOCIATED | | | PROVIDE SCOPE VISIT & CONTRACT DOCUMENTS | L.S. | 375.00 | 1 | 375.00 |
| 02.5 | 15 | 024 | REINFORCING MESH * | SF | .39 | 900 | 351.00 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST * | EA | 117.92 | 1 | 117.92 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 53.26 | 1 | 53.26 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 85.00 | 1 | 85.00 |
| 02.5 | 77 | 003 | HCP LOGO | EA | 21.48 | 1 | 21.48 |
| 022 | 00 | 015 | BACKFILL W/ OFF SITE MAT'L. * | YDS | 8.84 | 60 | 530.40 |
| 03.3 | 00 | 014 | ROD REINF. * | LB | .53 | 800 | 424.00 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON ? | HR | 29.81 | 32 | 953.92 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.51 | 50 | 75.50 |
| 061 | 00 | 080 | MISC. HOURLY LABOR CARPENTER ? ILLEG. | HR | 25.74 | 32 | 823.68 |
| 03.3 | 00 | 016 | ISOLATED FOOTINGS * | SF | 7.07 | 54 | 381.78 |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS * | LF | 9.83 | 128 | 1,258.24 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 16,460.21 |
| MULTIPLIER | |
| TOTAL | |

- 467 -

[X] CONTINUED  [ ] TOTAL WORK ORDER AMOUNT

| 96-B-0094 | | | | ST. DAVID P.O. | | | 9/17/96 |
|---|---|---|---|---|---|---|---|
| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | # | TOTAL $ |
| 13.? | 00 | 017 | FOUNDATION WALLS * | SF | 10.72 | 536 | 5,745.92 |
| NEGOCIATED | | | HAULING; TRUCK & DRIVER (FOR CONC. PAVING, SEPTIC) | HR | 110.00 | 32 | 3,520.00 |
| 5.5 | 00 | 027 | EXPANSION ANCHORS 3/4" x 7" * | EA | 9.72 | 24 | 233.28 |
| 72 | 10 | 011 | 2" RIGID INSULATION × INS | SF | 1.01 | 384 | 387.84 |
| 2.0 | 12 | 016 | CORE DRILL * | JOB | 127.50 | 1 | 127.50 |
| 3.3 | 00 | 030 | EPOXY BONDING AGENT * | GAL | 26.80 | 2 | 53.60 |
| 5.5 | 80 | 019 | MISC. STEEL ITEMS * | LB | .57 | 150 | 85.50 |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (FOUNDATION VENTS *) | JOB | 119.34 | 1 | 119.34 |
| 25 | 13 | 013 | TACK COAT * | SY | .53 | 570 | 302.10 |
| 22 | 00 | 006 | TRENCH EXCAVATION FOR UTILITIES * | YDS3 | 5.30 | 50 | 265.00 |
| 22 | 00 | 026 | TOP SOIL | YDS3 | 11.05 | 60 | 663.00 |
| 24 | 00 | 013 | DRAINAGE PIPE 8" DIA. * CULVERT | LF | 5.97 | 100 | 597.00 |
| 24 | 00 | 017 | PVC PIPE 4" DIA. * | LF | 2.43 | 30 | 72.90 |
| 25 | 13 | 003 | REMOVE BITUMINOUS PAVING * | SY | 3.09 | 20 | 61.80 |
| 25 | 13 | 001 | ASPHALT SAW CUT * | LF | .53 | 132 | 69.96 |
| 25 | 13 | 007 | BITUMINOUS PAVING, BASE 1½" * | SY | 2.52 | 570 | 1,436.40 |
| 25 | 13 | 034 | BITUMINOUS PAVING, SURFACE 1½" * | SY | 2.74 | 570 | 1,561.80 |
| 25 | 15 | 028 | BULKHEAD CURB * | LF | 7.74 | 150 | 1,161.00 |
| 29 | 00 | 001 | CRUSHED ROCK } LATER | TON | 35.36 | 5 | 176.80 |
| 29 | 00 | 002 | WOOD CHIPS } LATER | CY | 30.94 | 4 | 123.76 |
| 29 | 00 | 003 | PLANTINGS } LATER | EA | 1.55 | 10 | 15.50 |
| | | | | SUBTOTAL THIS PAGE | | | 14,660.00 |
| | | | | SUBTOTAL FROM PREVIOUS PAGE(S) | 16,460.21 | | |

| | | |
|---|---|---|
| *INDICATES NON-WORKING HOUR PRICES | SUBTOTAL | |
| | MULTIPLIER | |
| [X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT | TOTAL | |

96-B-0094 L.P. CONSULTING GROUP, INC. ST. DAVID P.O. 9/17/96

| LINE | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 29 | 50 | 004 | 4 mil Poly Underlayment * | SY | .44 | 28 | 12.32 |
| 29 | 00 | 006 | 2" DIA. Tree Shade | EA. | 198.90 | 2 | 397.80 |
| 29 | 00 | 011 | Tree Delivery | Miles | 2.65 | 25 | 66.25 |
| 29 | 00 | 013 | Shrubs 18" DIA. | EA | 26.52 | 2 | 53.04 |
| NEGOCIATED | | | Hydro Seed, Incl. Lime, Fertilizer & Equip. | L.S. | 875.00 | 1 | 875.00 |
| 33 | 00 | 031 | 6 mil Vapor Barrier * | SF | .10 | 960 | 96.00 |
| 34 | 17 | 004 | Downspout Splash Block | EA | 23.36 | 2 | 46.72 |
| .1 | 32 | 020 | Flagpole 25' Incl. Conc. Base * | EA | 1045.33 | 1 | 1,045.33 |
| 54 | 30 | 003 | Septic Tank & Field 900 Gal. & Field | JOB | 1,458.60 | 1 | 1,458.60 |
| 22 | 00 | 001 | Excavate for Septic Tank & Field | YDS | 3.98 | 130 | 517.40 |
| NEGOCIATED | | | Connection Thru Foundation Wall To | | | | |
| | | | Waste Line System (Ask Back) | JOB | 475.00 | 1 | 475.00 |
| TO BE VERIFIED | | | WITH EACH UTILITY HOOK UP LOCATIONS. | | | | |
| TO BE NEGOCIATED) | | | Gas Line Hook Up or Relocate Exist. | | | | |
| | | | Water (Well Hook Up) & Electrical. | | | | |
| 71 | 60 | 001 | Clean & Prep Wall For Dampproofing * | SF | .22 | 536 | 117.92 |
| 71 | 60 | 002 | Bituminous Coat For Foundation * | SF | .97 | 536 | 519.92 |
| 55 | 00 | 021 | Anchors For 2" Insulation | EA | 2.21 | 195 | 430.95 |
| NEGOCIATED | | | Foundation Access Panel 16"x24" | EA | 250.00 | 1 | 250.00 |
| 72 | 10 | 016 | Insulstud Nailer * | SF | .75 | 384 | 288.00 |
| 72 | 10 | 018 | For Blueboard Add * | SF | .35 | 384 | 134.40 |

SUBTOTAL FROM PREVIOUS PAGE(S) 31,120.21 | 6,784.65

* INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT — TOTAL 37,904.86

**WM. AUPPERLE & SONS INC.**
**Quality Construction Since 1905**
190 E. Washington Street
MORTON, ILLINOIS 61550
**Morton 266-7460 Peoria 676-8831**

JOB ST. DAVID, IL.-USPS-915 S.F. MOD. BLDG.
SHEET NO. 1 OF 1
CALCULATED BY RK. DATE 10/9/96
CHECKED BY ______ DATE ______
SCALE 1":20'-0"



# ESTIMATE SHEET

SHEET ____ OF ____

BID TO:

| | | |
|---|---|---|
| JOB NAME St. David 915 # | ARCHITECT | DATE 10/21/96 |
| | PLAN FROM / ADDENDUM | DATE AND TIME OF BID OPENING |
| | PLAN DATE / PLAN PAGES | |

| | | | |
|---|---|---|---|
| **Site:** | | | |
| Boundry Survey | | All | 750.00 |
| Site Prep. | | | 1375.00 |
| Parking Lot - 5" Conc. w/ Gravel Base | (3475 #) | | 13340.00 |
| Approaches - (2) 5" Conc. | | | 2258.00 |
| Conc. Curb - 192' | | | 3648.00 |
| Sidewalk - H.C. Ramp. 711 # | | | 2700.00 |
| Loading Slab - 160 # | | | 626.00 |
| Striping | | | 291.00 |
| Flagpole Base (no Pole or Flag) | | All | 400.00 |
| Signage | | All | 200.00 |
| Landscaping | | All | 1000.00 |
| **Bldg:** | | | |
| Layout/Excavation/Backfill | | | 3172.00 |
| Footings/Foundations | | | 4658.00 |
| Foundation "Weatherproofing" | | | 256.00 |
| Misc. - Plates, Anchor Bolts, Vents | | | 1523.00 |
| **Utilities:** | | | |
| Electric - Phone (Overhead) | | | 1210.00 |
| Plbg, Gas. | 300' Run to Main | | 5720.00 |
| | | | 43087.00 |

| Post-it® Fax Note 7671 | Date 10/23 # of pages ▸ 4 |
|---|---|
| To Dennis M. | From Roger/Steve |
| Co./Dept. USPS | Co. Wm. Aupperle |
| Phone # 7085637243 | Phone # 309-676-8331 |
| Fax # 708 563 7204 | Fax # 309-263-2223 |

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | DENNIS E MANESCALCHI | Base Year | 2.00 | 11/27/1996 |

| Work Description | Facility Location |
|---|---|
| SITE PREP FOUNDATION WORK | ST DAVID, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-166954-C-009 | J37301 | 11/06/1996 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 11/29/96 | ROBERT A RIGSBY [signature] | 12-9-96 |

Attachments: SITE UTILIZATION PLANS BY THE SCHEMMER ASSOCIATES

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8500 | |
| Total Miscellaneous: | | $8,520.00 |
| Total Items Cost: | | $23,412.72 |
| Total Travel Cost: | | |
| Work Order Total for 2.00 | | $31,932.72 |
| Work Order History: | | |

Scope of Work:

THE FIRM IS DIRECTED TO ADAPT THE USPS CONTROLLED SITE TO RECIEVE A PRE FABRICATED MODULAR OFFICE BUILDING.

THE FIRM WILL BE REQIRED TO EXCAVATE FORM AND POUR THE FOOTINGS AND FOUNDATIONS ACCORDING TO PLAN AND SPECIFICATION.
PERFORM THE NECESSARY UTILITY CONNECTIONS (WATER,GAS,ELECTRIC),FORM AND POUR CURBS, PAVE THE MANUVERING/PARKING AREAS AS PRESCRIBED.

7,500 SF
833 SY
278 CY



IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | DENNIS E MANESCALCHI | Base Year | 2.00 | 11/06/1996 |

| Work Description | Facility Location |
|---|---|
| SITE PREP FOUNDATION WORK | ST DAVID, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITON | | | | |
| 000 | 01 | AL1 | Hauling away debris | MP SUM | $85.00 | 1 | $85.00 |
| 022 | 00 | 002 | Excavate for sidewalk, utility trenches, or other trenching, new paving and haul away. 0 - 50 cu. yds. | YDS 3 | $7.96 | 425 | $3,383.00 |
| | | | THIS WILL ALLOW THE CONTRACTOR TO TRENCH FOR UTILITY TIE-IN, OPEN THE GROUND FOR FOOTINGS AND FOUNDATION WALLS AS WELL AS TO MAKE THE TOPOGRAPHIC CHANGES FOR THE PARKING/MANUVERING AREA. 240 | | | | |
| | | OK | EXCAVATE FOR FOUNDATION + SITE 60 | YDS | | + 300 | |
| 022 | 00 | 006 | Trench excavation for new footing placement, utilities and other trench excavation, store excavation material on site. 0 - 50 cu. yds. | YDS 3 | $5.30 | 200 | $1,060.00 |
| 025 | 15 | 001 | Concrete sawcutting, mesh reinforced, per 1" of depth | LF | $0.57 | 25 | $14.25 |
| | | | THIS WILL ALLOW FOR THE NEW ENTRYWAY. | | | | |
| | | OK | 4" SIDEWALK | SF | | 440 | |
| 025 | 15 | 009 | Curb and gutter removal, includes bulkhead curb. 0 - 100 LF | LF | $3.98 | 50 | $199.00 |
| | | | THIS ALLOWS FOR THE REMOVAL OF THE EXISTING CURB TO ALLOW NEW ACCESS. | | ok | - 20 | |
| | | OUT | LOT CONC. PAVING 6" | SF | | 4100 | |
| | | | INSULATION | | | | |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $25.47 | 40 | $1,018.80 |
| | | | REMOVE DIRT OK | | | | |
| | | | FOUNDATIONS | | | | |
| 022 | 00 | 010 | Backfill with on site material, including compaction. 0 - 50 cu. yds. | YDS 3 | $8.84 | 75 | $663.00 |
| 024 | 00 | 013 | Drainage pipe, corrugated metal, galvanized, or aluminum, 16 gage, 8" diameter, excavation and backfill not included. | LF | $5.97 | 100 | $597.00 |
| | | | | | ok | + 24 | |

* = Premium Price

| Items Total | $23,412.72 |
|---|---|



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | DENNIS E MANESCALCHI | Base Year | 2.00 | 11/06/1996 |

| Work Description | Facility Location |
|---|---|
| SITE PREP FOUNDATION WORK | ST DAVID, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | FOUNDATIONS | | | | |
| 024 | 00 | 017 | PVC pipe, 4" diameter, excavation and backfill not included. | LF | $2.43 | 200 | $486.00 |
| 025 | 13 | 013 | Tack coat | SY | $0.53 | 570 | $302.10 |
| 029 | 00 | 004 | 4 mil poly film underlayment | SY | $0.44 | 28 | $12.32 |
| 033 | 00 | 015 | Continuous footings for ramps, or walls, 12" X 24" andunder, including forms, concrete, and removal of forms<br>THESE ARE THE FOUNDATION FOOTING FOR THE PERIMETER WALLS. | LF | $9.72 | 128<br>- 4 | $1,244.16 |
| | | OK | 6" [illegible] | | | | |
| 033 | 00 | 016 | Isolated footings, 12" deep, including forms, con- crete, and removal of forms<br>THESE ITEMS WILL PROVIDE THE SUPPROT FOR THE STEEL LOLLY COLUMBS WHICH WILL SUPPORT THE FLOOR SPINE. | SF | $7.07 | 54<br>- 29 | $381.78 |
| OK [illegible] | | [illegible] | [illegible] | | | | |
| 033 | 00 | 017 | Foundation walls, or piers, up to 8' high, and up to 12" thick, including forms on two sides, concrete form removal, curing, throseal finishing, but not including reinforcing | SF | $10.61 | 536<br>- 152 | $5,686.96 |
| 033 | 00 | 030 | Epoxy bonding agent, including material, and appli- cation | GAL | $26.52 | 2 | $53.04 |
| 033 | 00 | 031 | 6 mil vapor barrier | SF | $0.10 | 960 | $96.00 |
| 033 | 00 | 033 | Non shrink grout, including material and labor to place | LB | $1.50 | 50 | $75.00 |
| 034 | 17 | 004 | Downspout splash block, precast type | EA | $23.38 | 2 | $46.76 |
| 055 | 00 | 019 | Miscellaneous steel items<br>THESE ITEMS ARE THELOLLY COLUMBS REQUIRED TO SUPPORT THE CENTER LINE OF THE BUILDING FLOOR. | LB | $0.57 | 150 | $85.50 |

* = Premium Price

Items Total $23,412.72



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | DENNIS E MANESCALCHI | Base Year | 2.00 | 11/06/1996 |

| Work Description | Facility Location |
|---|---|
| SITE PREP FOUNDATION WORK | ST DAVID, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | FOUNDATIONS | | | 78 | |
| 055 | 00 | 021 | Expansion anchors, KWIK Bolt, or similar, into con- crete or masonry, 1/4" X 2 1/4" | EA | $2.21 | 195 -117 +16 | $430.95 ✓ |
| 055 | 00 | 027 | Expansion anchors, KWIK bolt, or similar, into con- crete or masonry, 3/4" X 7" | EA | $9.72 | 24 + 8 | $233.28 ✓ |
| 055 | 00 | 052 | Minimum charge, metal fabrication<br><br>THIS ITEM IS USED AT THE SUGGESTION OF THE CONTRACTOR TO PROVIDE FOR THE SCREENED VENTS AS CALLED FOR BY PLAN. | JOB | $119.34 | 1 | $119.34 ✓ |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $25.47 | 40 | $1,018.80 ? |
| 071 | 60 | 001 | Cleaning and preparing wall for dampproofing | SF | $0.22 | 512 +256 | $112.64 ✓ |
| 071 | 60 | 002 | Bituminous asphalt coating for foundation, brushed on below grade, two coat, does not include excavation | SF | $0.97 | 512 +256 | $496.64 |
| 072 | 10 | 011 | Polystyrene ASTM C578-85, 2" thick extruded blue board, to be used for perimeter below grade building insulation, and interior wall insulation. | SF | $1.01 | 384 | $387.84 ✓ |
| | | OK | 2x6 wood sill | LF | | + 124 | |
| 072 | 10 | 016 | Insulstud wood nailer, 24" O.C. wood stud spacing, 2" thickness | SF | $0.75 | 384 -384 | $288.00 ✓ |
| 072 | 10 | 018 | For blue board insulstud, add. | SF | $0.35 | 384 | $134.40 ✓ |
| | | | PAVING | | | | |
| 025 | 15 | 024 | Reinforcing, 6 X 6 - (W4/W4) 58 lb. per C.S.F. | SF | $0.38 | 900 | $342.00 ✓ |

* = Premium Price

Items Total $23,412.72

- 475 -

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | DENNIS E MANESCALCHI | Base Year | 2.00 | 11/06/1996 |

| Work Description | Facility Location |
|---|---|
| SITE PREP FOUNDATION WORK | ST DAVID, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | PAVING | | | | |
| 025 | 77 | 003 | Handicap parking space symbol | EA | $21.25 | 1 | $21.25 |
| 025 | 77 | 004 | Minimum charge, pavement marking | JOB | $85.00 | 1 | $85.00 |
| 033 | 00 | 014 | Rod reinforcing | LB | $0.53 | 1000 | $530.00 |
| 101 | 77 | 061 | Furnish and install standard "Handicapped Parking" sign, 12" X 18" metal sign, attached to 8' metal post.Top of sign to be 5' above grade | EA | $52.70 | 2 | $105.40 |
| 101 | 77 | F01 | Traffic control signs, with galvanized steel post, standard drawings RFS-1-A, RFS-1-B, RFS-1-C, RFS-1-D, RFS-1-E, RFS-1-F, RFS-1-G, RFS-1-H, RFS-1-I, RFS-1-J, RFS-1-K, RFS-1-L, RFS-1-M, RFS-1-N, RFS-1-0, RFS-1-P, RFS-1-Q | EA | $116.69 | 2 | $233.38 |
| | | | FLATWORK | | | | |
| 022 | 00 | 015 | Backfill with off site pit or bank run granular material, costs include hand tamping. 50 - 100 cu. yds. | YDS 3 | $8.84 | 75 | $663.00 |
| | | OK | NEW CURB | LF | | +210 | |
| 025 | 15 | 009 | Curb and gutter removal, includes bulkhead curb. 0 - 100 LF | LF | $3.98 | 130<br>-130 | $517.40 |
| 034 | 17 | 013 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. MASONS IN COOK COUNTY ARE COMPENSATED AT THE RATE OF $31.00Hr WITH A 20% MARK UP AN D AMULTIPLIER OF .91 T | HR | $28.96 | 40 | $1,158.40 |
| 101 | 32 | 020 | Flagpole, including base or foundation, aluminum, tapered, ground set, 25' high | EA | $1,045.33 | 1 | $1,045.33 |

* = Premium Price

Items Total $23,412.72



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | DENNIS E MANESCALCHI | Base Year | 2.00 | 11/27/1996 |

| Work Description | Facility Location |
|---|---|
| SITE PREP FOUNDATION WORK | ST DAVID, IL - MAIN OFFICE |

List of Negotiated Items:

| | |
|---|---|
| DEMOLITION/BACKHOE FOR SITE WORK AND EXCAVATE 32 HOURS@ $115 | $3,680.00 |
| HAULING SERVICES TRUCK AND DRIVER FOR SITE PREP MATERIALS. 24 HOURS @$110 | $2,640.00 |
| FURNISH AND SUPPLY ALL MATERIALS AND LABOR TO COMPLETE THE CONNECTIONS AND PROVIDE PERMITS FOR UTILITY CONNECTIONS AND INSPECTIONS. | $2,200.00 |
| Total of Negotiated Items: | $8,520.00 |

Travel Expenses:

| | |
|---|---|
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | |
| Work Order Total: | $31,932.72 |

CERTIFIED MAIL 351-217-213
RETURN RECEIPT REQUESTED

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

December 17, 1996

L P Consulting Group, Inc.
10401 S. 75th Avenue
Palos Hills, IL 60465-2015

**SUBJECT:** St. David, IL - Main Office
Contract Number 162640-96-B-0094

Gentlemen:

Your contract documents have been received and are acceptable to the United States Postal Service. This is a letter of authorization to proceed with the work in accordance to the terms and conditions of contract number 162640-96-B-0094. The contract requires completion within thirty (30) calendar days after the date of receipt of the Notice To Proceed. Please set your work schedule accordingly to avoid any delays.

All work reviews and contract administration will be under the direction of Dennis Manescalchi, Contracting Officer's Representative. The COR is authorized to issue change orders provided such change orders **do not** involve a change in total contract price, quantity, quality, or time.

Enclosed are Forms WH-347 (Payroll Form) and 4211-B (Progress Payments) when requesting payments. Please complete, sign, and date both Forms 4211-B and WH-347. Attach your voucher (request for payment) on your office letterhead signed, dated, and marked **Attention: Dennis Manescalchi.**

This notification is sent to you in duplicate with the request that you acknowledge receipt of the USPS copy and return it promptly to the attention of Dennis Manescalchi.

Sincerely,

Robert A. Rigsby
Contracting Officer

RECEIPT ACKNOWLEDGED:
NAME: ____
DATE: 12/19/96

dmb/9991

Enclosures

6801 W 73RD ST
BEDFORD PARK IL 60499-9991
708-563-7202
FAX: 708-563-7204

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

7 January 1997

Mr. Bob Rigsby, Manager
Admin. Services
6801 W. 73rd St.
Bedford Park, Il 60499-9991

File @ 3/1/97

Subject: St David P. O. Status

Dear Mr. Rigsby:

We are notifying you of the status of the subject facility. Due to the winter season upon us we will be unable to begin the concrete work until the spring thaw. Tho it varies year to year we anticipate an April 1st start date. Should it become possible to begin before April we will notify you immediately.

Work of this nature can be done at this time,however there is a winter service charge that would be passed along to the Postal Service. Should this job become urgent to complete during the winter months this option is available to you.

Feel free to contact us at 708-599-9407 if you have any questions.

Sincerely,

Richard Battaglin
V. President

cc: Dennis Manescalchi



10401 South 75th Avenue ▫ Palos Hills, IL 60465 ▫ Phone (708) 599-9407 ▫
Fax (708) 233-1826