PAXTON

# PNL ENTERPRISES, INC.

194 KINGSTON LANE
BLOOMINGDALE, IL 60108-1730
708 575-9560
Fax: 630 351-5570

August 28, 1996

A.M. FERNANDEZ & ASSOCIATES
826 LINCOLN LANE
LaGRANGE HIGHLANDS, ILLINOIS 60525

ATTN: MR. ANDREW M. FERNANDEZ

MR. FERNANDEZ:

Thank you for giving me the opportunity to submit a proposal for your project, PAXTON POST OFFICE.

I have reviewed the sketch with the specification which you supplied me. I have also visited the site to familiarize myself with this location. Although I could only spend a short period of time at each location because of the time element that you are under, I have made every effort to include everything that it will take to complete your project.

All material is guaranteed to be as specified, and the work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of FORTY SEVEN THOUSAND TWO HUNDRED FIFTY and NO/100 DOLLARS, ($47,250.00).

Respectfully yours,

PETER N. LARIS
PRESIDENT

PNL/bll
Enclosure

NL ENTERPRISES, INC.
194 KINGSTON LANE
BLOOMINGDALE, IL 60108
(630) 575-9560

# SCOPE OF WORK

THE SCOPE OF WORK FOR THE INSTALLATION OF THE HANDICAP RAMPS ARE TYPICAL PER POSTAL FACILITY TO INCLUDE BUT NOT LIMITED TO DEMOLITION, EXCAVATION, BACKFILL, CONCRETE, BRICK WORK, STEEL TUBE HANDRAILS, ALUMINUM VESTIBULE DOORS AND LANDSCAPE, (LANDSCAPE ALLOWANCE ~~PER~~ TO BE $750.^00 PER FACILITY).

# RAMCORP, INC.

421 N. Water Street
Wilmington, IL 60481

815-476-7961 Phone
815-476-7964 Fax

## PROPOSAL

August 29, 1996

A.M. Fernandez & Associates
826 Lincoln Lane
LaGrange Highlands, IL 60525

Phone 708-579-5191
Fax: 708-579-5191

ATTN: Andy Fernandez

RE: Handicap Ramp
U.S.P.S. [illegible], Illinois

Dear Sir:

We propose to furnish the material and labor to construct this item in accordance with the drawings received & dated 8/15/96.

Included: Demolition
Excavation
Backfill
Concrete
Steel Handrails
Landscaping Allowance of $1,000.00

For the lump sum of $51,975.00.

Sincerely,

Lawrence E. Rampa

LER:slg

**ULBRICH & ASSOCIATES, INC.**
**General Contractors**
2500 W. Higgins, Suite 315, Hoffman Estates, IL 60195
Phone (847) 882-7770 Fax (847) 882-0196

August 30, 1996

Mr. Andy Fernandez
A.M. Fernandez & Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Dear Sir,

We propose to furnish the necessary labor, materials, and equipment to provide the General Construction work for the Handicap Ramp to be located at the U.S.P.S. Facility in Paxton, Illinois in accordance with: the ramp plan dated 8/15/96, as prepared by A.M. Fernandez & Associates and my personal inspection of the facility

For the Sum of $ 45,604.00

The following clarifications are a part of this proposal.

1. Our scope of work includes demolition, excavation, backfill, concrete, masonry, handrails & landscaping.

2. We include an allowance of $ 1,500.00 for landscape renovation.

3. If a front door slider package is desired, Add $ 9,500.00.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

Phoenix Construction Company, Inc.

616 North Court • Palatine, Illinois 60067 • (847) 991-5500 • Fax (847) 991-5997

September 3, 1996

Mr. Andy Fernandez
A.M. Fernandez and Associates
826 Lincoln Avenue
LaGrange Highlands, IL 60525

Re: USPS Handicap Ramps
Various Illinois Locations

Dear Mr. Fernandez:

We are in receipt of the bidding documents for the handicap ramps and offer our bids for the same as listed below:

| USPS Location | Plan Date | Price |
|---|---|---|
| Mendota | 8/16/96 | $ 61,200.00 |
| Streator | 8/16/96 | $ 188,000.00 |
| Paxton | 8/15/96 | $ 52,000.00 |
| Hoopeston | 8/15/96 | $ 88,350.00 |
| Normal | 8/15/96 | $ 66,500.00 |

EXCLUSIONS:
1. Unforeseen underground obstructions
2. Landscaping

Please note that if we are awarded all the above listed locations as a total package, you may deduct 2% from the total price.

Very truly yours,

**PHOENIX CONSTRUCTION COMPANY**

David R. Lehr

David R. Lehr
President

BAFO

# PNL ENTERPRISES INC.

SEPTEMBER 5, 1996

| HANDICAPPED RAMP BIDS | | | |
|---|---|---|---|
| LOCATION | ORIGINAL BID | ADJUSTMENT | TOTAL |
| 1. MARSIELLES | $49,950.00 | $ 0.00 | $ 49,950.00 |
| 2. OGLESBY | 62,880.00 | - 1,500.00 | 61,330.00 |
| 3. PERU | 128,475.00 | - 3,000.00 | 125,475.00 |
| 4. PRINCETON | 64,950.00 | - 150.00 | 64,800.00 |
| 5. SPRINGVALLEY | 65,995.00 | - 150.00 | 65,845.00 |
| 6. BUSHNELL | 53,250.00 | - 250.00 | 53,000.00 |
| 7. CANTON | 55,000.00 | - 0.00 | 55,000.00 |
| 8. LEWISTOWN | 50,000.00 | - 0.00 | 50,000.00 |
| 9. NORMAL | 58,990.00 | - 200.00 | 58,790.00 |
| 10. MASON CITY | 48,250.00 | - 500.00 | 47,750.00 |
| 11. BEARDSTOWN | 93,950.00 | - 500.00 | 93,450.00 |
| 12. HAVANA | 76,500.00 | - 0.00 | 76,500.00 |
| 13. BRADLEY | 48,500.00 | - 200.00 | 48,300.00 |
| 14. HOOPESTON | 85,500.00 | - 0.00 | 85,500.00 |
| 15. PAXTON | 47,250.00 | - 250.00 | 47,000.00 |
| 16. STREATOR | 145,600.00 | - 2,600.00 | 143,000.00 |
| 17. McCOMB | 142,575.00 | - 2,575.00 | 140,000.00 |
| 18.CHARLESTON | 57,750.00 | - 0.00 | 57,750.00 |
| 19. TRESCOLA | 92,500.00 | - 300.00 | 92,200.00 |
| 20. PANA | 172,500.00 | - 2,500.00 | 170,000.00 |
| 21. SHELBYVILLE | 88,330.00 | - 130.00 | 88,200.00 |
| 22. TAYLORVILLE | 102,350.00 | - 1,350.00 | 101,000.00 |
| 23. CARLINVILLE | 59,500.00 | - 0.00 | 59,500.00 |
| 24. RUSHVILLE | 48,000.00 | - 0.00 | 48,000.00 |
| 25. VIRDEN | 46,950.00 | - 0.00 | 46,950.00 |
| TOTALS | | | |

TOTAL P.02

ULBRICH

BAFO

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| BEARDSTOWN | $84,874 | $1,500 | | 93,900 | |
| CANTON | $52,955 | $1,800 | | 52,900 | |
| CARLINVILLE | $58,260 | $1,600 | | 58,200 | |
| VIRDEN | $47,090 | $1,900 | | 46,800 | |
| SHELBYVILLE | $82,930 | $1,500 | | 82,700 | |
| HOOPESTON | $88,179 | $1,500 | | 85,000 | |
| TUSCOLA | $87,750 | $1,600 | | 87,500 | |
| CHARLESTON | $58,890 | $1,600 | | 58,500 | |
| BRADLEY | $47,420 | $1,500 | | 47,400 | |
| BUSHNELL | $48,836 | $1,500 | | 46,500 | |
| PRINCETON | $61,881 | $1,500 | | 61,800 | |
| PAXTON | $46,604 | $1,500 | | 45,600 | |
| MENDOTA | $51,900 | $1,500 | | 51,800 | |
| LEWISTOWN | $49,085 | $1,500 | | 49,000 | |
| HAVANA | $76,190 | $1,500 | | 76,000 | |
| RUSHVILLE | $48,445 | $1,600 | | 48,300 | |
| SPRING VALLEY | $57,416 | $1,600 | | 57,400 | |
| MASON CITY | $43,160 | $1,600 | | 43,100 | |
| MARSEILLES | $50,175 | $1,800 | | 50,000 | |
| OGLESBY | $59,410 | $1,500 | | 59,300 | |
| NORMAL | $60,640 | $1,500 | | 60,000 | |
| TAYLORVILLE | $92,475 | $1,600 | | 92,000 | |
| PANA | $149,793 | $1,500 | | 139,000 | |
| PERU | $117,400 | $1,500 | | 99,000 | |
| STREATOR | $149,625 | | | 139,000 | |
| MACOMB | $135,954 | $1,500 | | 126,000 | |

Please note we were able to reduce our prices substantially on some of the larger projects because we obtained much better stone pricing after our original bids were submitted.

If you have any questions, please don't hesitate to call.

Yours very truly,

Rick Ulbrich /bf

Rick Ulbrich
ULBRICH & ASSOCIATES, INC.

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED

RAMCORP INC BAFO

| OFFICE | CURRENT BID | COST INCL LANDSCPNG Y/N | REQUIRED BONDS PERF 100% PMT 50% | BEST/FINAL OFFER | COMMENTS |
|---|---|---|---|---|---|
| BEARDSTOWN | $104,320 | $1,000 | Included | No Change | All Bids - Landscaping |
| CANTON | $58,880 | $1,000 | Included | No Change | Allowance Equals $1,000.00 |
| CARLINVILLE | $64,760 | $1,000 | Included | No Change | Costs in Excess of |
| VIRDEN | $52,572 | $1,000 | Included | No Change | $1,000.00 to be Addition |
| SHELBYVILLE | $81,200 | $1,000 | Included | No Change | to the Bid Price. |
| HOOPESTON | $97,854 | $1,000 | Included | No Change | |
| TUSCOLA | $96,854 | $1,000 | Included | No Change | |
| CHARLESTON | $65,980 | $1,000 | Included | No Change | |
| BRADLEY | $63,210 | $1,000 | Included | No Change | |
| BUSHNELL | $52,125 | $1,000 | Included | No Change | |
| PRINCETON | $68,732 | $1,000 | Included | No Change | |
| PAXTON | $51,975 | $1,000 | Included | No Change | |
| MENDOTA | $57,875 | $1,000 | Included | No Change | |
| LEWISTOWN | $65,322 | $1,000 | Included | No Change | |
| HAVANA | $84,220 | $1,000 | Included | No Change | |
| RUSHVILLE | $53,870 | $1,000 | Included | No Change | |
| SPRING VALLEY | $64,858 | $1,000 | Included | No Change | |
| MASON CITY | $49,720 | $1,000 | Included | No Change | |
| MARSEILLES | $56,185 | $1,000 | Included | No Change | |
| OGLESBY | $67,188 | $1,000 | Included | No Change | |
| NORMAL | $68,480 | $1,000 | Included | No Change | |
| TAYLORVILLE | $103,425 | $1,000 | Included | No Change | |
| PANA | $165,323 | $1,000 | Included | No Change | |
| PERU | $130,280 | $1,000 | Included | No Change | |
| STREATOR | $165,725 | $1,000 | Included | No Change | |
| MACOMB | $150,325 | $1,000 | Included | No Change | |

HANDICAP RAMP
CO WILL MAKE EVERY EFFORT TO AWARD PROJECTS IN CLUSTERS-BUT NOT GUARANTEED

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

30 April 1997

Mr. Bob Rigsby, Manager
U.S.P.S. Admin. Services
6801 W. 73rd St.
Bedford Park, Il. 60499-9991

Subject: Paxton Post Office; Concrete Ramp

Mr. Rigsby :

As discussed, we are pleased to submit a price to accomplish the subject work per A. M. Fernandez Arch., drawings. Total cost : $ 42,000.00.

Please issue a notice to proceed at your earliest convenience so this job may stay on schedule.
Also, please de-commit the existing work order on the 94-b-0083 contract for this work.

Thank you in advance. Should you have any questions contact us at 708-599-9407.

Sincerely,

Richard Battaglin
V. President



10401 South 75th Avenue • Palos Hills, IL 60465 • Phone (708) 599-9407 •
Fax (708) 233-1826

R 5/2/97

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

**INTENT TO AWARD - OVER $25,000**

**June 12, 1997**

**CERTIFIED MAIL P 611 562 445**
**RETURN RECEIPT REQUESTED**

**L P Consulting Group Inc.**
**10401 S. 75th Ave**
**Palos Hills, IL 60465-2015**

**Dear Gentlemen:**

**SUBJE CT: Notice of Intent to Award - Contract #16-1550-97-P-0033**
**Paxton, IL Main Office (Installation of Handicap Work - $42,000.00)**

Enclosed is the formal contract document in duplicate, requiring your signature on the original and one copy. Also enclosed are (2) copies of the required Performance Bond and Payment Bond for execution by you and your bonding company. Please sign and affix your corporate seal on all copies. The above-referenced documents are to be returned to this office marked **Attention:** Samuel Southern, Project Manager within **ten** calendar days from the date of receipt of this letter.

This letter does not constitute award or notice to proceed. Any preliminary work, such as mobilization of work forces, material or equipment orders, contracts, planning and subcontracting prior to your receipt of the notice to proceed is done at your own risk and is not the responsibility of the U.S. Postal Service.

Upon receipt of the signed contract documents, and acceptance of bonds, we will fully execute the formal contract and forward a copy to you for your records, along with the **Notice to Proceed**.

If you have any questions regarding this project, please feel free to contact Samuel Southern at (708) 563-7214.

Sincerely,

**Robert A. Rigsby**
**Contracting Officer**

Send to Contractor Bonds 6-18-97 B.C.

**Enclosure**

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX: 708-563-7204

## U.S. POSTAL SERVICE: OFFER AND AWARD (CONSTRUCTION)
## SIMPLIFIED PURCHASE CONTRACT

1. CONTRACT NO. 161550-97-P-0033 — 2. SOLICITATION NO. 161550-97-A-0080
3. PROJECT NO. J48304 — 4. SOCIO/ECONOMIC. B

5. a. ISSUED BY
U.S. Postal Service
Central Illinois District
6801 W. 73rd Street
Bedford Park, Il 60499-9991

b. FOR INFORMATION CALL:
Name:Samuel Southern
Title: Project Manager

Telephone: (708) 563-7214
(NO COLLECT CALLS)

6. a. OFFEROR/CONTRACTOR
L P Consulting Group Inc.
10401 S. 75th Ave.
Palos Hills, IL 60465-2015

b. CONTACT NAME : Rich
c. Telephone (708)599-9407
d. FAX:
e. TIN* 36-3902211
Parent TIN:
TIN= Taxpayer

f. Remittnace Name and / or Address (if different from above)

DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

8. ITEMS & PRICES /GENERAL DESCRIPTION OF REQUIREMENT:
RE: THE PAXTON, IL MAIN OFFICE

**THE SCOPE OF WORK: THE INSTALLATION FOR HANDICAP WORK IS DEMOLITION, EXCAVATION, BACKFILL, CONCRETE, BRICKWORK, STEEL TUBE, HANDRAILS. THE TOTAL SUM OF WORK IS $42,000.00**

PAXTON, IL MAIN 60957-9998

Total: $42,000.00

AMOUNT IN WORDS
~~FOUR~~ FORTY TWO THOUSAND, DOLLARS & 00/100 (RP, RB)

Calendar Days: (60)

9. Optional Provisions/Clauses listed below are applicable to this contract:
FB-243, USDA Quarantined Areas, FB-259, Use of Building Facilities, OA-5, postaward Orientation /conference, OA-12, access to Postal Buildings, OA-21, Contracting Officers Representative< ((COR)), 7-4 Insurance, 11-23, Construction Progress Chart

10. BILLING INSTRUCTIONS (Submit Invoices to):
US POSTAL SERVICE
CENTRAL IL DISTRICT
6801 W. 73RD STREET
ATTN: BETTY L CHEARS

11. CONTRACTOR SIGNATURE)
[signature] 6/20/97
Signature Date
RICHARD BATTAGLIN
NAME OF PERSON AUTHORIZED TO SIGN

US POSTAL SERVICE
[signature] 6-28-97
Signature Award Date
NAME OF CONRACTING OFFICER
ROBERT A. RIGSBY



Rec. 6/28

LAW OFFICES

SAITLIN, PATZIK, FRANK & SAMOTNY LTD.

150 SOUTH WACKER DRIVE
SUITE 900
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 551-8300
FACSIMILE: (312) 551-1101

PAR17

WRITER'S DIRECT DIAL NO.
(312)551-3053

January 13, 1997

IN REPLY REFER TO:
1944-002

**VIA CERTIFIED MAIL R/R & REGULAR MAIL**

Mr. Robert Rigsby
Manager, Administrative Services
United States Postal Service
Central Illinois District
6801 West 73rd Street
Bedford Park, Illinois 60499-9991

Re: **L.P. Consulting Group, Inc., Claim Concerning Work done at Paxton, Illinois - Main Office**

Dear Mr. Rigsby:

We represent L.P. Consulting Group, Inc. ("L.P. Consulting") concerning its claim against the United States Postal Service (USPS") in connection with work done by L.P. Consulting at Paxton, Illinois - Main Office ("Paxton Project") pursuant to contract number 162640-96-B-0098.

L.P. Consulting contracted with USPS through you as the contracting officer to perform work entitled "lobby renovation" for Paxton, Illinois - Main Office, under work order number 64.00 dated January 31, 1996. The original work order was for $13,697.77. During the course of the work, Sam Southern of your office requested L.P. Consulting to submit a bid for a modification to the original work order for the Paxton Project. The additional work requested by Mr. Southern involved a substantial increase in the scope of the work to be performed for the Paxton Project, including painting and related work. The work involved the removal of existing lead paint from the Paxton facility, which had to be done in compliance with the lead abatement procedures of the Environmental Protection Agency. The Indefinite Quantity Contract ("IQC") between USPS and L.P Consulting does not contain a pricing scheme for lead abatement work and Mr. Southern and L.P. Consulting, therefore, agreed upon an appropriate price.

F:\WP51\1944\002\1944002.05/01/14/97/2:29pm

(131) @ 1/21/97

PAR 17



L.P. Consulting submitted information which was used by your office to prepare an Indefinite Quantity Contract/Construction, Work Order #23.00 dated September 10, 1996. A copy of that modified work order ("Mod") is enclosed for your reference. Pursuant to additional conversations with Sam Southern and Lois A. Gunlogson of your office, L.P. Consulting completed approximately 80% of the work to be done under the Mod, as well as 100% of the work, under the original work order.

Thereafter, in November, 1996, you advised L.P. Consulting of your concerns with the pricing of the Mod and you indicated payment would be withheld, even for that part of the project clearly completed.

Prior to your objection, your letter of November 5, 1996 responding to L.P. Consulting's letter of November 4, 1996 instructed L.P. Consulting to proceed with its work, which obviously included the Paxton Project. No objection to the pricing was raised prior to the substantial completion of the project. In fact, the enclosed Mod prepared by your office contains the agreed pricing.

I request you contact me immediately to discuss your concerns over pricing and to advise when payment will be made to L.P. Consulting under the original work orders and the Mod. L.P. Consulting hereby makes claim against the United States Postal Service, through you as the contracting officer, for damages that it has sustained from USPS's failure to pay the amounts due it under the work orders referenced above. L.P. Consulting reserves all of its rights under the Prompt Payment Act, Contract Disputes Act, Equal Access to Justice Acts and all other rights available under the law.

Pursuant to the Freedom of Information Act, we hereby request your file concerning the above referenced work.

Finally, we have been advised by the painting subcontractor on this job, Eagle Painting, that you attempted to induce it to breach its contract with L.P. Consulting and to perform work directly for USPS on the Paxton Project. We consider your actions to be tortious interference with the contract between L.P. Consulting and Eagle Painting, and in violation of the law. We intend to pursue all legal rights against you and USPS on behalf of L.P. Consulting for this and any other future illegal activity

F:\WP51\1944\002\1944002.05/01/14/97/2:40pm

132

SAITLIN, PATZIK, FRANK & SAMOTNY LTD.

Mr. Robert Rigsby
January 13, 1997
Page 3

PAR 17

We look forward to your prompt reply with respect to this claim.

Truly yours,

James T. Rohlfing

JTR:kmd
Enclosure

cc: Mr. Richard Battaglin

F:\WP51\1944\002\1944002.05/01/14/97/2:40pm



133

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

B0B

Copy

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 10/04/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-43-166138-E-651 | J17993 | 09/10/1996 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| | | ROBERT A RIGSBY | |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8500 | |
| Total Miscellaneous: | | $6,078.00 |
| Total Items Cost: | | $45,306.47 |
| Total Travel Cost: | | |
| Work Order Total for 23.00 | | $51,384.47 |

Work Order History:

Scope of Work:

134

ICCMAIN, October 1995

P. 016



FROM 12/18/96 11:04

17

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

OK

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 000 | 01 | AL1 | Hauling away debris | NP SUM | $85.00 | 1 | $85.00 |
| 010 | 60 | 021 | Provide protection from damage to personnel, furnish- ings, equipment, or building structure. Use tarps, plastic sheeting, or other appropriate methods. | SF | $0.39 | 150 | $58.50 |
| 010 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | $0.26 | 700 | $182.00 |
| 045 | 10 | 005 | Cleaning, high pressure water | SF | $0.57 | 1880 (1009) | $1,071.60 (store) 575.13 |
| ~~1 | 00 | 001 | 2 x 4 wood stud framing, including plates, 2 x 4 headers, framing for doors and lock box openings, et-cetera, per LF of stud (Only LF of stud plates and headers to be included in LF of stud, unless studs are less than 8' long.) up to 50 LF of wall on project | LF | $2.87 | 32 | $91.84 |
| 061 | 00 | 067 | Blocking, miscellaneous to wood construction | BF | $1.26 | 30 | $37.80 |
| 061 | 00 | 072 | Remove existing undercounter equipment, store in post office. | LF | $7.07 | 10 | $70.70 |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $25.47 | 34 (24) | $865.98 ? What work was done |

135

* = Premium Price

Items Total $45,306.47

IQCCITEM, October 1996

P. 015



FROM 12/18/96 11:03

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

OK

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 061 | 00 | 081 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. Rough carpentry. | HR | $17.44 | 34 (24) | $592.96 (what was demoed) |
| 062 | 00 | 021 | Molding, installation | LF | $0.88 | 27 | $23.76 |
| 062 | 00 | 035 | Minimum charge, for millwork and/or trim removal | JOB | $44.20 | 1 | $44.20 (where) |
| 062 | 00 | 062 | Molding, miscellaneous, custom pine, or cedar, nominal 1" X 3" | LF | $1.11 | 27 | $29.97 |
| t | 11 | 014 | Caulking and sealants polysulfide compound, one or two component, in place, 1/2" X 1/4" | LF | $1.62 | 66 | $106.92 |
| | | | DOORS | | | | |
| 081 | 00 | 001 | Remove door, or, re-install door. | EA | $10.61 | 1 | $10.61 |
| 081 | 00 | 002 | Remove frame, or, re-install frame. | EA | $35.80 | 1 | $35.80 |
| 081 | 00 | 003 | Remove all hardware, or, re-install all hardware. 3 From 4 Back | EA | $15.47 | 6 | $92.82 (what hardware) |
| 081 | 00 | 037 | 4'0" X 7'0" | EA | $310.25 | 1 | $310.25 |
| 081 | 00 | 110 | 16 gage, up to 5 3/4" deep, 7'0" high, 4' 0" wide, single ADD Peep Hole | EA | $102.00 | 1 | $102.00 |
| 082 | 11 | 006 | Add for glazing. (Installed 1- Peep hole) | SF | ~~$44.20~~ | ~~2~~ | ~~$88.40~~ out |
| 082 | 11 | 017 | Weatherstrip door, wood on metal. IN | EA | $97.24 | 1 | $97.24 |
| 083 | 55 | 042 | Door stop | EA | $24.99 | 1 | $24.99 out |
| 7 | 00 | 020 | Door holders, exterior door, 1161 7 | EA | $106.00 | 1 | $106.00 out |

* = Premium Price 21 26 | Items Total $45,306.47

IQCCITEMS, October 1996

12/16

136



FROM 12/18/96 11:83 P. 014

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Cost Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| ...4640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DOORS | | | | |
| 087 | 00 | 023 | Kick plates, type 1225 | LF | $17.68 | 4 | $70.72 |
| 087 | 00 | 032 | Hinges, A5111 sizes, 6 X 4 1/2 | PR | $167.96 | 1.5 | $251.94 |
| 087 | 00 | 092 | Lockset, heavy duty mortise, entrance, match existing. | EA | $133.48 | 1 | $133.48 |
| 087 | 00 | 096 | Flush bolts, concealed, either head or threshold ok | EA | $37.92 where | 6 | $227.52 |
| 087 | 00 | 102 | Threshold, door saddles, aluminum | LF | $19.45 | 3' 4 | $77.80 |
| 087 | 00 | 107 | Weatherstripping, door saddle, rubber, or vinyl insert | LF | $2.92 | 4 | $11.68 |
| 087 | 00 | 108 | LCN 4040, super smoothee delayed action door closers, on interior pair of doors | EA | $205.09 | 1 | $205.09 |
| | | | DRYWALL | | | | |
| 000 | 04 | ALS | Repair, patch, and paint walls. | JOB | $127.50 | 1 | $127.50 |
| 091 | 50 | 025 | Plaster patch, includes scraping of all loose material, and prime with one coat | SF | $2.87 | 110 | $315.70 |
| 092 | 50 | 007 | Application of gypsum wallboard, including fasteners, and finishing, up to 300 SF | SF | $1.55 | 216 | $334.80 |
| 092 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | $0.04 | 216 | $8.64 |
| 099 | 00 | 085 | Exterior caulking | LF | $1.28 where?? | 235 | $300.80 ok |

| * = Premium Price | Items Total | $45,306.47 |
|---|---|---|

IQCCITEM, October 1996

137

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

HOLD

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | PAINTING | | | | |
| 099 | 00 | 001 | Remove all existing paint from exterior of windows. Unit cost is per LF of frame and sash meeting rail. Cost of removing paint from muntans and other trim is included. Example, 4' X 8' double hung window has 28 LF. Used Foil Remover | LF | $3.54 | 320 | $1,132.80 |
| | | | | out - see item #099.00.021 | | | no |
| 099 | 00 | 004 | Remove to bare wood paint from wood surfaces. | SF | $3.09 | 195 | $602.55 ? |
| | | | | where does this occur | | | |
| 099 | 00 | 007 | Scraping loose paint from masonry, plaster, and dry- wall surfaces ABATEMENT & CONC. CEILING 3 TIMES | SF | $0.44 | 3800 | $1,672.00 |
| 099 | 00 | 008 | Patching cracks, Vee grooving, and filling with spackling compound HOLD | LF | $0.26 | 820 | $213.20 where |
| 099 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | $0.19 | 34000 | $6,460.00 |
| | | | 3 COATS | | | | |
| 099 | 00 | 018 | Add for ceilings over 10'. | SF | $0.04 | 34000 | $1,360.00 |
| 099 | 00 | 020 | Remove all existing glazing putty, and place glazing sealant. | LF | $1.33 | 212 | $281.96 |
| | | | | see item #099 00 021 | | | |
| 099 | 00 | 021 | Painting of exterior windows, including putty repairs, and scraping of loose paint, paint three coat system on bare areas, per square foot of overall window area. | SF | $2.87 | 1400 | $4,018.00 |
| 099 | 00 | 024 | Painting one coat on doors and frames | SF | $0.53 | 370 | $196.10 |
| 099 | 00 | 025 | Add for additional coats, per coat. | SF | $0.53 | 370 | $196.10 |
| 099 | 00 | 026 | Painting of interior windows, per coat (Square footage is overall window area.) | SF | $0.79 | 1400 (1060) | $1,106.00 (837.40) |
| 099 | 00 | 028 | Railings, per LF of rail R&R Storm Window | LF | $0.26 | 410 (300) | $106.60 (78.00) |

* = Premium Price

| Items Total | $45,306.47 |
|---|---|

IQCCITEM, October 1996

138



P. 012 FROM 12/18/96 11:01

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

6

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | PAINTING | | | | |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | $0.43 | 13000 | $5,590.00 |
| 099 | 00 | 055 | Painting interior walls and ceilings, roller work, prime + 2 coats | SF | $0.29 | 4500 | $1,305.00 |
| 099 | 00 | 057 | Painting wood trim to 6" wide, clean + 1 coat enamel | LF | $0.56 | 250 | $140.00 |
| 099 | 00 | 061 | Painting miscellaneous metal, brushwork, 2 coats, gratings, or spraying if approved | SF | $1.88 | 190 | $357.20 |
| 099 | 00 | 067 | Painting pipes, clean + 1 coat, up to 4" diameter | LF | $1.11 | 1100 | $1,221.00 |
| | 00 | 077 | Sanding preparation for new paint finish | SF | $0.48 | 3000 | $1,440.00 |
| | | | ELECTRICAL | | | | |
| 081 | 00 | 009 | For vision lite, add... | EA | $38.25 | 2 | $76.50 |
| 160 | 00 | 038 | Furnish and install three #12 THW wire. | LF | $0.53 | 145 | $76.85 |
| 160 | 10 | 001 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. ELECTRICAL WORK AS DEFINED IN THE 91-9 DOL STANDARDS IS $31.36.Hr WITH A 20% PROFIT MARGIN AND A MULTIPLIE | Hr | $29.29 | 18 | $527.22 |
| 160 | 20 | 500 | Conduit to 15' high, including all terminations, fittings, supports and scaffolding, electric metallic tubing (EMT), 1/2" diameter | LF | $1.46 | 24 | $35.04 |
| 162 | 30 | 260 | Wiring devices, wall plates, stainless steel, single gang | EA | $4.29 | 2 | $8.58 |

Handwritten annotations: "total Paintable surface walls 3900 SF / clg 2845 SF"; "Contractor Please Re measure"; "133" (beside 190); "400" (beside 1100); "600" (beside 3000); "where" (beside $76.50); "IN where" (beside $527.22); "IDENTIFYING CIRCUITS"; "24 LF"; "139"; "PAR 17".

* = Premium Price

| Items Total | $45,306.47 |
|---|---|

IQCCITEML October 1996



P. 011 11:01 12/18/96 FROM

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

7

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 062640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | ELECTRICAL | | | | |
| 162 | 30 | F02 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 10 & up) | EA | $53.48 | 4 (6) | $213.92 |
| 162 | 30 | F05 | Wall switch in conduit system, outlet, device, plate, 15' wiring maximum (quantities 1 - 9) | EA | $49.59 | 4 (6) | $198.36 |
| 166 | 10 | F03 | Surface fluorescent fixture, 2'X 4', 4 lamp, acrylic lens, fixture, outlet, 15' wiring maximum. | EA | $132.24 +1 | 6 (4, 7) | $793.44 |
| 166 | 10 | F06 | Pendant industrial fluorescent fixture, 4', 2 lamp porcelain enamel fixture, outlet, 15' wiring maximum (mail vest.) | EA | $98.21 | 5 (2) | $491.05 |
| 166 | 10 | F12 | Exit light, single face, fixture, outlet, 15' wiring maximum | EA | $75.85 (Existing) | 1 | $75.85 |
| 166 | 10 | F13 | Emergency lighting unit, nickel cadmium battery, charger, auto switch, twin light heads, fixture, outlet, 15' wiring maximum | EA | $474.53 (Exist.) | 1 | $474.53 |
| 166 | 10 | F15 | Remove pendant fluorescent fixture, fixture, stems, outlet, 15' wiring maximum. (mail vest.) | EA | $19.47 +1 | 1 (2) | $19.47 |
| | | | ADD 1 x4 surface P.m Room | | | 4 | |
| 166 | 10 | F16 | Remove surface fluorescent fixture, fixture, outlet, 15' wiring maximum. | EA | $19.08 | 6 +5 (11) | $114.48 |
| | | | COUNTER | | | | |
| ~~062~~ 062 | ~~00~~ 00 | ~~005~~ 008 | Optional service counters, with plastic laminate counters and fronts, does not include returns, or cabinets 2 or 6 (standard 1rt.) | LF | $110.50 | 7 | $773.50 |
| | | | WALLS | | | | |
| 091 | 50 | 023 | Gypsum plaster, 2 coats, includes 3/8" gypsum lath on steel, on walls | SY | $23.66 | 36 (10) | $851.76 |
| 091 | 50 | 024 | Gypsum plaster, 2 coats, includes 3/8" gypsum lath onsteel, on ceilings | SY | $26.44 | 52 (16) | $1,374.88 |

* = Premium Price

Items Total $45,306.47

IQCITEM, October 1995

140

P. 010 11:00 12/18/96 FROM

PAR 17

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | FLOOR | | | | |
| 010 | 60 | 062 | Scaffolding, exterior or interior above 10' height, for quantities over 5000 SF | SF | $0.09 | 12000 | $1,080.00 |
| 044 | 00 | 016 | Remove and store marble wainscot. | SF | $3.54 | ~~72~~ 36 | 72 $254.88 |
| 044 | 00 | 017 | Remove and reset marble up to 2" thick, up to 50 SF. | SF | $19.45 | 10 | $194.50 |
| 045 | 10 | 004 | Steam clean building, includes scaffolding. | SF | $0.83 | 4200 3574 | $3,486.00 |
| 096 | 60 | 028 | Flooring, epoxy, 1/4" thick, including prep of floor | SF where | $4.86 | 110 | $534.60 |
| 096 | 60 | 039 | Patch floor tile to match existing, level surface. | JOB | $57.46 | 1 | $57.46 |

1'-6" , 4' x 19'

Final Two Detail Items

9

8 14

* = Premium Price

Items Total $45,306.47

IQCCITEM, October 1996

141

P. 009



FROM 12-18-96 10:59

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 23.00 | 09/10/1996 |

| Work Description | Facility Location |
|---|---|
| INTERIOR & EXTERIOR | PAXTON, IL - MAIN OFFICE |

List of Negotiated Items:

| | |
|---|---|
| SCOPE PRIME & PAINT EXTERIOR SOFFAT @ PRICE $3,750.00 QTY- 1 | $3,750.00 |
| ENVIORNMENTAL PROTECTION DURING CONSTRUCTION. PRICE $1,200.00 QTY- 1 | $1,200.00 |
| ADD FOR SPECIAL FUNCTION. PRICE $1,128.00 | $1,128.00 |
| Total of Negotiated Items: | $6,078.00 |
| Travel Expenses: | |
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | |
| Work Order Total: | $51,384.47 |

this can fall under dust protection ?

Repair work

142

P. 008

- 503 -

FROM 12/18/96 10:59

LAW OFFICES

SAITLIN, PATZIK, FRANK & SAMOTNY LTD.

150 SOUTH WACKER DRIVE
SUITE 900
CHICAGO, ILLINOIS 60606

TELEPHONE: (312) 551-8300
FACSIMILE: (312) 551-1101

PAR 17

WRITER'S DIRECT DIAL NO. (312)551-3053

January 31, 1997

IN REPLY REFER TO: 1944-002

<u>VIA CERTIFIED MAIL R/R & REGULAR MAIL</u>

Mr. Robert Rigsby
Manager, Administrative Services
United States Postal Service
Central Illinois District
6801 West 73rd Street
Bedford Park, Illinois 60499-9991

Re: **L.P. Consulting Group, Inc., Claim Concerning Work done at Paxton, Illinois - Main Office**

Dear Mr. Rigsby:

We have been authorized on behalf of our client, L.P. Consulting Group, Inc. ("L.P.") to withdraw its claim of January 13, 1997 concerning the work done at Paxton, Illinois - Main Office pursuant to contract no. 162640-96-B-0098.

This claim is withdrawn based upon the modified work order signed by Mr. Battaglin on behalf of L.P. and yourself on behalf of the United States Postal Service and dated January 24, 1997. Pursuant to that work order, L.P. is to be paid $40,441 in addition to the payments previously made to it by the Postal Service.

Approximately 80% of the work included in the modified work order has already been performed by L.P. and its subcontractor and the remainder will begin forthwith.

Thank you for your cooperation.

Truly yours,

[signature]

James T. Rohlfing

JTR:kmd

cc: L.P. Consulting Group, Inc.

F:\WP51\1944\002\1944002.13/01/31/97/9:40am

R 2/3/97

143

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., Plaintiff, | ) | |
| v. | ) | No. 98-868C |
| THE UNITED STATES, Defendant. | ) | (Judge Allegra) |

DECLARATION OF ROBERT RIGSBY

I, Robert Rigsby, under penalty of perjury, do hereby state that the following statement is true and correct:

1. I was a contracting officer for the United States Postal Service ("USPS" or "the Postal Service") from July 7, 1995 until my retirement in March 1999. My office was located at the Central Illinois District Office. Copies of documents specifically referenced in my declaration are attached to my declaration.

2. In May 1994, the USPS awarded LP Consulting Group, Inc. ("LP") an Indefinite Quantity Contract No. 162640-94-B-0083. The contract had a two-year term.

3. Thereafter, LP had two Indefinite Quantity Contracts ("IQCs") with the Postal Service, contracts numbered 162640-96-B-0094 and 162640-96-B-0098. The Postal Service entered into these two IQCs with LP on June 6, 1996, and June 3, 1996, respectively. Both IQCs had two-year terms and required a minimum of $10,000 in work during the term.

4. As a contracting officer and the Manager of

Administrative Services for the Central Illinois District Office, I was responsible for issuing work orders under LP's IQCs referred to above.

5. LP Consulting Group and Richard Battaglin are claiming that the Postal Service failed to issue to LP work orders for certain projects. Specifically, by letter dated March 3, 1998, LP submitted a claim in connection with (1) the Berwick Modular Post Office, (2) the Hoopeston handicap ramp, (3) the Downers Grove dock enclosure, and (4) the Brookfield ramp and dock enclosure. This was resubmitted on April 13, 1998 with a certification.

6. By letter dated April 13, 1998, LP submitted additional claims in connection with (5) the Aroma Park interior lobbies and building renovation, (6) the Beaverville lobby and building renovation, (7) the Bradley concrete ramp, lobbies and building renovation, (8) the East Lynn building renovation, (9) the Momence concrete ramp and lobby and renovations, (10) Papineau interior renovation and concrete ramp, (11) St. Anne concrete and asphalt and interior renovations, and (12) the Union Hill interior and exterior ramp.

7. By letter dated August 11, 1998, LP submitted amended certifications for the claims previously submitted in LP's letters dated March 3, 1998 and April 13, 1998.

8. LP's two IQC contracts contained a price schedule and

the "contractor agree[d] to perform all work included or ordered [by the Postal Service] pursuant to and in accordance with the terms of the conditions of the contract for the unit prices listed on the price schedule times the multiplier listed below:. . . multiplier: .850."

9. LP, upon its own initiative or at the request of the Postal Service, visited postal facilities and prepared draft work orders, also called scopes of work, and submitted them to the Postal Service. LP prepared those draft work orders utilizing the price schedule contained in its IQCs. However, the making of a site visit by LP and its preparation of a draft work order did not mean that the work proposed would be awarded to LP. The Postal Service, through its contracting officer, could contract for the same work that had been the subject of a draft work order through a fixed price contract or another contractual means. LP would be awarded work under its IQC only where the Postal Service contracting officer and LP first came to an agreement upon the work to be performed and the contracting officer signed and issued to LP a formal work order for that work. Further, no work was to be performed by the contractor until a written work order had been signed by the contracting officer and written Notice to Proceed with the work had been issued by the contracting officer and received by the contractor. Any work performed by the contractor before receipt of the written Notice to Proceed for

that work order was at the contractor's own risk.

10. Although LP had been awarded IQC contracts this did not mean that LP would be invited to bid on every project solicited by the Postal Service or that LP would be issued a work order by the Postal Service for every project in the area covered by the IQC. In the IQCs, the Postal Service reserved the right to undertake, by Postal Service sources or others, the same type of work or similar work as contracted for in the IQC contract, in the area covered by the contract, while the contract was in force.

11. I never stated to LP, orally or in writing, that it would receive a work order or contract from the Postal Service for any of the projects listed in its letters dated March 3, 1998 and April 13, 1998, referred to in paragraphs 5 and 6 above, if LP would visit the Post Office in question and prepare a draft work order or scope of work for that project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on .

Robert Rigsby 1-12-05

Robert Rigsby



TOTAL P.05

# CONTRACTING OFFICER CERTIFICATE OF APPOINTMENT

In accordance with the authority in the Procurement Manual, the individual named below is appointed to the position of U.S. Postal Service Contracting Officer:

## Robert A. Rigsby

As Contracting Officer, you may bind the Postal Service in contracts, up to the amount of $ 100,000 , subject to the limitations specified by regulations, procedures, and letter of delegation.

SERIAL NUMBER 95RAR-161550

SIGNATURE

TITLE Manager, Major Facilities Purchasing

DATE July 7, 1995



5

FORM 7378 OCTOBER 1994

U.S. POSTAL SERVICE OFFER AND AWARD (CONSTRUCTION)

1. CONTRACT NUMBER: 162640-94-B-0083 2. SOLICITATION NUMBER: 162640-94-A-0026

3. a. ISSUED BY:
Facilities Service Office
U.S. Postal Service - Suite 1200
222 S. Riverside Plaza
Chicago, IL 60606-6150

b. FOR INFORMATION CALL:
Name: Frank T. Sugino
Title: Architect/Engineer
Room: Suite 1200
Tel: (312) 765-5342
(No Collect Calls)

4. a. OFFEROR/CONTRACTOR

**L.P. Consulting Group, Inc.**
**10401 S. 75th Ave.**
**Palos Hills, IL 60465-2015**

b. Contact Name: RICHARD BATTAGLIN
c. Telephone No: 708·599·9407
d. TIN: 36·3902211
e. Parent TIN:
TIN=Taxpayer Identification Number

f. Remittance Name and/or Address: (If different from above)

5. DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

6. ITEMS & PRICES/GENERAL DESCRIPTION OF REQUIREMENT:

INDEFINITE QUANTITY CONTRACT
GENERAL CONSTRUCTION WORK
NORTH CENTRAL ILLINOIS AREA
ZIP CODES 604, 605 and 609

CONTRACT VALUE $300,000.00

The contractor agrees to perform all work included or ordered pursuant to and in accordance with the terms and conditions of the contract for the unit prices listed on the price schedule times the multiplier listed below:

Multiplier: .859 POINT EIGHT FIVE NINE

7. BILLING INSTRUCTIONS (Submit Invoices to):
Facilities Service Office
222 South Riverside Plaza
U.S. Postal Service - Suite 1200
Chicago, IL 60606-6150

8. SIGNATURE: OFFEROR/CONTRACTOR

[signature] 2/22/94
Signature Date

RICHARD BATTAGLIN VICE PRES.
Typed or Printed Name of Person Authorized to Sign Offer / Title

U.S. POSTAL SERVICE

[signature] 5/18/94
Signature Award Date

Larry L. Linnenburger
Name of Contracting Officer

Distribution: Original - File Copy - Contractor

# U.S. POSTAL SERVICE: OFFER AND AWARD (CONSTRUCTION)
## Indefinite Quantity Contract

1. CONTRACT NUMBER: 162640-96-B-0094
2. SOLICITATION NUMBER: 162640-96-A-0282
3. REQUEST NUMBER: #
4. SOC/EC:
5. COMMODITY:

6. a. ISSUED BY:
U.S. Postal Service
Facilities Service Office
222 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606-6150

b. FOR INFORMATION CALL:
Name: Frank T. Sugino
Title: Project Manager
Tel: 312/669-5942
(No Collect Calls)

7. a. OFFEROR/CONTRACTOR
~~L.P. Consulting Group, Inc.~~
~~10401 S. 75th Ave.~~
Palos Hills, IL 60465-2015

b. Contact Name: RICHARD BATTAGLIN
c. Telephone: 708-599-9407
d. FAX: 708-233-1826
e. TIN*: 36-3902211
Parent TIN:

f. Remittance Name and/or Address (If different from above)

*TIN=Taxpayer Identification Number

8. DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

CONTRACT TERM: FROM ______ TO ______
(Dates to be entered upon award)

9. ITEMS & PRICES/GENERAL DESCRIPTION OF REQUIREMENT:

The contractor agrees to perform all work included or ordered pursuant to and in accordance with the terms and conditions of the contract for the unit prices listed on the price schedule times the multiplier listed below:

IQC-C Type: General Construction Work - Peoria, Illinois - Zip Codes 613, 614, 615, 616 & 617

AREA COVERED BY THIS CONTRACT: See Attachment I.3

Multiplier: .850 (Numbers) POINT EIGHT FIVE ZERO (In Words)

10. BILLING INSTRUCTIONS (Submit Invoices to):
Send invoice as directed by Project Manager.

11. SIGNATURE: OFFEROR/CONTRACTOR
Linda M. Battaglin (Signature) 5-3-96 (Date)
LINDA M. BATTAGLIN (Typed or Printed Name of Person Authorized to Sign Offer) PRES. (Title)

U.S. POSTAL SERVICE
Larry L. Linnenburger (Signature) 6/6/96 (Award Date)
Larry L. Linnenburger
Name of Contracting Officer

Distribution: Original - File; Copy - Contractor

Battaglin DEP. EX. NO. 49
FOR I.D., AS OF 6/10/04

- 511 -

# U.S. POSTAL SERVICE: OFFER AND AWARD (CONSTRUCTION)

## Indefinite Quantity Contract

1. CONTRACT NUMBER: 162640-96-B-0098
2. SOLICITATION NUMBER: 162640-96-A-0281
3. REQUEST NUMBER: # PAR 10
4. SOC/EC:
5. COMMODITY:

6. a. ISSUED BY:
U.S. Postal Service
Facilities Service Office
222 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606-6150

b. FOR INFORMATION CALL: CONTRACTS
Name: Frank T. Sugino
Title: Project Manager
Tel: 312/669-5942
(No Collect Calls)

7. a. OFFEROR/CONTRACTOR
~~L.P. Consulting Group, Inc.~~
~~10401 S. 75th Ave.~~
Palos Hills, IL 60465-2015

b. Contact Name: RICHARD BATTAGLIN
c. Telephone: 708-599-4407
d. FAX: 708-233-1826
e. TIN*: 36-3902211
Parent TIN:

f. Remittance Name and/or Address (If different from above)

*TIN=Taxpayer Identification Number

8. DELIVERY/PERFORMANCE REQUIREMENTS:
See Section C

CONTRACT TERM: FROM ______________ TO ______________
(Dates to be entered upon award)

9. ITEMS & PRICES/GENERAL DESCRIPTION OF REQUIREMENT:

The contractor agrees to perform all work included or ordered pursuant to and in accordance with the terms and conditions of the contract for the unit prices listed on the price schedule times the multiplier listed below:

IQC-C Type: General Construction Work - North Central Illinois - Zip Codes 604, 605 and 609

AREA COVERED BY THIS CONTRACT: See Attachment I.3

Multiplier: .850 (Numbers) POINT EIGHT FIVE ZERO (In Words)

10. BILLING INSTRUCTIONS (Submit Invoices to):
Send invoice as directed by Project Manager.

11. SIGNATURE: OFFEROR/CONTRACTOR

Linda M. Battaglin (Signature) 5-3-96 (Date)

LINDA M. BATTAGLIN — Typed or Printed Name of Person Authorized to Sign Offer
PRES. — Title

U.S. POSTAL SERVICE

[signature] (Signature) 6/3/96 (Award Date)

Larry L. Linnenburger — Name of Contracting Officer

Distribution: Original - File; Copy - Contractor

BATTAGLIN DEP. EX. NO. 48
FOR I.D., AS OF 6/10/04