(2)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 8.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | 0 | |
| 8.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | 0 | |
| 8.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 94.49 | 1 | 94.49 |
| 8.2 | 11 | 015 | WOOD DOOR | EA | 343.94 | 1 | 343.94 |
| 8.1 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | 42.12 |
| 0.0 | 01 | A12 | PEEP HOLE | EA | 32.21 | 1 | 32.21 |
| 8.1 | 00 | 001 | REMOVE EXIST. DOOR | EA | 12.48 | 1 | 12.48 |
| 8.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 0 | |
| 8.7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 | 134.90 |
| 8.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | 137.58 |
| 8.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | 22.33 |
| 8.7 | 00 | 023 | KICK PLATE | LF | 17.87 | 0 | |
| 8.7 | 00 | 030 | HINGES | PR | 84.87 | 1.5 | 127.31 |
| 8.7 | 00 | 046 | CLOSERS | EA | 126.66 | 0 | |
| 8.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 0 | |
| 8.7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | 0 | |
| 8.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | 66.82 |
| 8.7 | 00 | 102 | THRESHOLD | LF | 19.65 | 3 | 58.95 |
| 8.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 0 | |
| NEGOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 128.00 | 1 | 128.00 |
| 6.1 | 00 | 081 | ROUGH CARPENTRY HRLY LABOR | HR | 20.52 | 160 | 3,283.20 |
| 8.1 | 00 | 003 | REMOVE HARDWARE | EA | 18.20 | 3 | 54.60 |
| CLAUSE < | | -12 | PREMIUM TIME | % | 25% | 0 | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

10x13 Carpet (3)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 00 | 002 | DEMO. OF PANELING | SF | .35 | 0 | |
| 9.2 | 50 | 001 | DEMOLITION OF DRYWALL FROM FRAMING | SF | .22 | 220 | 48.40 |
| 9.2 | 50 | 014 | DRYWALL CASING BEAD | LF | .93 | 275 | 255.75 |
| 9.2 | 50 | 007 | APPLICATION GYP. BOARD | SF | 1.56 | 976 | 1522.56 |
| 9.2 | 50 | 011 | ADD FOR 5/8" DRYWALL | SF | .04 | 976 | 39.04 |
| 92 | 50 | 019 | FINISHING DRYWALL | SF | .20 | 244 | 48.80 |
| 2.0 | 01 | ALL | HAULING AWAY DEBRIS | L.S. | 85.90 | 1 | 85.90 |
| 1.0 | 60 | 021 | PROVIDE PROTECTION | SF | .40 | 200 | 80.00 |
| 1.0 | 60 | 071 | MOVE FURNITURE | SF | .27 | 200 | 54.00 |
| 1.0 | 60 | 092 | DUMPSTER | EA | 279.18 | 1 | 279.18 |
| NEGOCIATED | | | DUMPSTER HAUL CHARGE | EA | 101.82 | 1 | 101.82 |
| 9.6 | 60 | 016 | VINYL TILE | SF | 1.16 | 0 | |
| 9.6 | 60 | 021 | REDUCERS | LF | 2.90 | 3 | 8.70 |
| 9.6 | 60 | 026 | VINYL BASE | LF | 1.47 | 130 | 191.10 |
| 9.6 | 60 | 027 | ADD FOR COLOR | LF | .09 | 130 | 11.70 |
| 9.6 | 60 | 028 | FLOORING PATCHING JIF SET | SF | 4.91 | 25 | 122.75 |
| 9.6 | 60 | 039 | PATCH FLOOR TILE TO MATCH SURFACE | JOB | 58.07 | -0- | |
| 96 | 60 | 045 | LEVELING FLOORS | SF | .52 | -0- | |
| 9.9 | 00 | 017 | PAINT PLASTER, DRYWALL, WOODWORK 3 COATS | SF | .19 | 2,664 | 506.16 |
| 9.9 | 00 | 024 | PAINTING ONE COAT ON DOOR & FRAMES | SF | .53 | 464 | 245.92 |
| 9.9 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .53 | 464 | 245.92 |
| 95 | 00 | 026 | REWORK EXIST. CEILING | SF | 1.21 | 104 | 125.84 |
| 95 | 00 | 024 | MIN. CHARGE CEILING SYSTEM | JOB | 53.04 | 1 | 53.04 |

INDICATES NON-WORKING HOUR PRICES

974 00 . 035 MIN. CHGE. QUARRY TILE JOB 1

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

220 460 42 96 (4)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT | Q | TOTAL |
|---|---|---|---|---|---|---|---|
| 9.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 680 | 292.40 |
| 9.9 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | 0 | |
| 9.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 271 | 154.47 |
| 9.9. | 00 | 060 | PAINTING MASONRY | SF | .47 | 1842 | 865.74 |
| 9.9 | 00 | 074 | VARNISH | SF | .26 | 138 | 35.88 |
| 9.9 | 00 | 077 | SANDING PREP ~~2 COATS~~ | SF | .49 | 138 | 67.62 |
| 9.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 138 | 20.70 |
| 9.9 | 00 | 051 | PAINT WINDOWS | SF | .35 | 0 | |
| 5.8 | 24 | 002 | CEILING FAN | EA | 285.88 | 3 | 857.64 |
| 5.9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 3 | 10.32 |
| 2.0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 | 128.85 |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 3.57 | 68 | 242.76 |
| .0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | 0 | |
| .0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 19.65 | 0 | |
| .0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | 0 | |
| .0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | 0 | |
| .0 | 00 | 033 | F & I FIXTURE "Y" | EA | 268.01 | 0 | |
| .0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | 0 | |
| .0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | 77 | 873.18 |
| .0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 29.60 | 160 | 4736.00 |
| .2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | 0 | |
| .2 | 30 | F05 | WALL SWITCH | EA | 50.11 | 0 | |
| 66 | 10 | FL5 | [illegible] | EA | 1 | | |

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 30 | F09 | WALL JUNCTION BOX | EA | 52.08 | 4 | 208.32 |
| 6.0 | 00 | 038 | F & I #12 WIRE | LF | .53 | 78 | 41.34 |
| 16.0 | 00 | 040 | CONDUIT 1/2" | LF | 1.34 | 78 | 104.52 |
| 6.2 | 30 | F26 | REMOVE SWITCH | EA | 11.67 | 2 | 23.34 |
| 6.2 | 30 | F27 | REMOVE DUPLEX | EA | 13.99 | 3 | 41.97 |
| 6.2 | 30 | F28 | REMOVE J. BOX | EA | 12.59 | 2 | 25.18 |
| 6.2 | 30 | F33 | RELOCATE EXIST. THERMOSTAT | EA | 50.11 | 0 | |
| 6.0 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .57 | 10 | 5.70 |
| 6.6 | 10 | F04 | INTERIOR FIXTURE 1X4 FLUORESCENT | EA | 126.76 | 0 | |
| 6.6 | 50 | 115 | EXTERIOR LIGHT HPS | EA | 290.34 | 0 | |
| NEGOCIATED | | | SERVICE LOBBY DOOR BELL | EA | 55.00 | 1 | 55.00 |
| NEGOCIATED | | | HANDICAP SIGN 9"x9" ACCESSIBLE ENTRANCE | EA | 52.00 | 1 | 52.00 |
| NEGOCIATED | | | SIGN "THIS DOOR REMAINS OPEN" | EA | 40.00 | 0 | |
| NEGOCIATED | | | ASSEMBLE POSTAL FURNISHED LOBBY DESKS | EA | 429.00 | 2 | 858.00 |
| 6.2 | 30 | F31 | RELOCATE WALL SWITCH | EA | 48.64 | 2 | 97.28 |
| X6.2 | 00 | 005 | OPTIONAL LOBBY DESK | LF | 111.67 | 0 | |
| 16.2 | 30 | F32 | RELOCATE DUPLEX | EA | 57.97 | 1 | 57.97 |
| 6.2 | 30 | 260 | WIRING DEVICES WALL PLATES | EA | 4.34 | 0 | |
| 6.2 | 30 | 130 | DIMMER SWITCH | EA | 21.61 | 3 | 64.83 |
| 6.0 | 00 | 079 | PROVIDE ELECTRIC SERVICE | EA | 400.52 | 0 | |
| 6.0 | 00 | 083 | MIN. CHARGE REMOVE EXIST. BREAKER BOX | JOB | 67.00 | 0 | |
| 6.3 | 50 | 030 | PANEL BOARD 3WIRE 100AMP | EA | 682.97 | 0 | |
| NEGOCIATED | | | RELOCATE PHONE OUTLET | JOB | 57.95 | 0 | |

INDICATES NON-WORKING HOUR PRICES

CARPET Removal 130$

CARPET 15.54

TRIM 6 FT.

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | 28,697.00 |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

Ramp 1180R 12x18 RSBR 8x50 8x9 15' curb.

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| ~~94-B-0083~~ | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST ANNE P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | AL9 | DEMOLITION BACKHOE 2 MEN @ 8 EA | HR. | 68.72 | 16 | 1099.52 |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 8.04 | 67 | 538.68 |
| 02.2 | 00 | 010 | BACKFILL | YDS | 8.93 | 67 | 598.31 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 15.19 | 67 | 1017.73 |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .04 | 607 | 24.28 |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .58 | 30 | 17.40 |
| 00.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 85.90 | 1 | 85.90 |
| 00.0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.55 | 607 | 940.85 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .80 | 74 | 59.20 |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.13 | 391 | 1223.83 |
| 02.5 | 15 | 019 | CONC. PAVING | SF | 3.80 | 216 | 820.80 |
| 02.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .13 | 216 | 28.08 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .39 | 607 | 236.73 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 117.92 | 0 | |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 53.26 | 0 | |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 85.90 | 0 | |
| 02.5 | 77 | 003 | HCP LOGO | EA | 21.48 | 0 | |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 116.14 | 1 | 116.14 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .53 | 20 | 10.60 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON 3 MEN @ 12 EA | HR | 29.81 | 36 | 1073.16 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.51 | 25 | 37.75 |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER 2 MEN @ 20 EA | HR | 25.74 | 40 | 1029.60 |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 4.47 | 0 | |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 9.83 | 0 | |

| ATTACHMENTS: | | |
|---|---|---|
| | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

94-B-0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | Y/A | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 3.3 | 00 | 017 | FOUNDATION WALLS | SF | 10.72 | 0 | |
| JEC | OCIDTED | | HAULING; TRUCK, DRIVER 2 MEN 8 HR. | HR | 59.67 | 16 | 954.72 |
| 5.5 | 00 | 005 | HANDRAIL PIPERAIL | LF | 26.80 | 0 | |
| 5.5 | 00 | 007 | HANDRAIL 1½" | LF | 10.72 | 0 | |
| 2.0 | 12 | 002 | CORE DRILL FOR DOWELS IN SLAB | EA. | 24.12 | 20 | 482.40 |
| 3.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 26.80 | 0 | |
| 5.5 | 80 | 035 | ¼" WELD | LF | 4.47 | 0 | |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 120.60 | 0 | |
| 9.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | .94 | 0 | |
| CLAUSE | C-12 | | PREMIUM TIME | % | 25% | 10,395.60 | 2,598.92 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

TOTAL 12,994.00

94-B-0083

# TERM CONSTRUCTION CONTRACT WORK ORDE

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94-B-0083 | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| - ANNE P.O. CONCRETE | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| **L.P. Consulting Group, Inc.**<br>**10401 S. 75th Ave.**<br>**Palos Hills, IL 60465-2015** | |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | AL9 | DEMOLITION BACKHOE | HR. | 68.72 | 8. | |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 8.04 | 67 | |
| 02.2 | 00 | 010 | BACKFILL | YDS | 8.93 | 67 | |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 15.19. | 67 | |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .04 | 607 | |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .58 | 30 | |
| 00.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 85.90 | 1 | |
| 00 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.55 | 607 | |
| 02. | 15 | 012 | EXPANSION JT. | LF | .80 | 74 | |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.13 | 391 | |
| 02.5 | 15 | 019 | CONC. PAVING | SF | 3.80 | 216 | |
| 02.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .13 | 216 | |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .39 | 607 | |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 117.92 | 0 | |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 53.26 | 0 | |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 85.90 | 0 | |
| 02-5 | 77 | 003 | HCP LOGO | EA | 21.48. | 0 | |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 116.14 | 1 | |
| 03.3 | 00 | 014 | ROD REINF. | LB | .53 | 20 | |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON 2 MEN @ 5 EA | HR | 29.81 | 10 | |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.51 | 25 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER 2 MEN @ 4 EA | HR | 25.74 | 8 | |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 4.47 | 0 | |
| 03.3 | 00 | 015 | CONTINOUS FOOTINGS | LF | 9.83 | 0 | |

ATTACHMENTS:

- 591 -

Battaglin DEP. EX. NO. 59
FOR I.D., AS OF 10/11/04

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

94-B-0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | Y/F | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 03.3 | 00 | 017 | FOUNDATION WALLS | SF | 10.72 | 0 | |
| JE | LOCATED | | HAULING; TRUCK, DRIVER | HR | 59.67 | 8 | |
| 05.4 | 00 | 005 | HANDRAIL PIPE RAIL | LF | 26.80 | 0 | |
| 5.5 | 00 | 007 | HANDRAIL 1½" | LF | 10.72 | 0 | |
| 2.0 | 12 | 002 | CORE DRILL FOR DOWELS IN SLAB | EA. | 24.12 | 20 | |
| 3.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 26.80 | 0 | |
| 5.5 | 80 | 035 | ¼" WELD | LF | 4.47 | 0 | |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 120.60 | 0 | |
| 9.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | .94 | 0 | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

10,957 (5)

# TERM CONSTRUCTION CONTRACT WORK ORDE

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| T. ANNE P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | 10. | |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | 15 | |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 370 | |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | -0- | |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.23 | 96 | |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 2.81 | 96 | |
| 06.1 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 63 | |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 10 | |
| 06 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 6.49 | 35 | |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 10 | |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 1 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER FINISH | HR | 25.74 | 32 | |
| 06.2 | 00 | 062 | MOLDING MATERIAL | LF | 1.13 | 271 | |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 271 | |
| 06.2 | 00 | 026 | 2900 SERIES BOXES | LF | 44.67 | 28 | |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK TRIM REMOVAL | JOB | 44.67 | 1 | |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 35 | |
| 06.2 | 00 | 003 | DEMO. BASEBOARDS, FASCIAS | LF | .35 | 130 | |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 1 | |
| 06.2 | 00 | 078 | LOCK BOX LAMINATE VENDING MACHINE | EA | 44.67 | 0 | |
| 07.1 | 11 | 014 | CAULKING | LF | 1.64 | 54 | |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 22 | |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER UNIT | EA | 368.51 | 2 | |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 35 | |

| ATTACHMENTS: | | |
|---|---|---|
| Battaglia DEP. EX. NO. 60<br>FOR I.D., AS OF 6/11/04 M | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

(2)

| NO | QTY. | UNIT | WORK DESCRIPTION | U. UL. | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| .1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | 0 | |
| .1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | 0 | |
| .1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 91.49 | 1 | |
| .2 | 11 | 015 | WOOD DOOR | EA | 343.77 | 1 | |
| 1 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | |
| .0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 1 | |
| .1 | 00 | .001 | REMOVE EXIST. DOOR | EA | 12.48 | 1 | |
| .2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 0 | |
| .7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 | |
| .7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | |
| .7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | |
| .7 | 00 | 023 | KICK PLATE | LF | 17.87 | 0 | |
| .7 | 00 | 030 | HINGES | PR | 84.87 | 1.5 | |
| 7 | 00 | 046 | CLOSERS | EA | 126.66 | 0 | |
| .7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 0 | |
| .7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | 0 | |
| .7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | |
| .7 | 00 | 102 | THRESHOLD | LF | 19.65 | 3 | |
| .2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 0 | |
| ASSOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 128.00 | 1 | |
| .1 | 00 | 081 | ROUGH CARPENTRY HRLY LABOR | HR | 20.52 | 32 | |
| 1 | 00 | 003 | REMOVE HARDWARE | EA | 18.20 | 3 | |
| AUSE C | -12 | | PREMIUM TIME | % | 25% | 0 | |

[illegible]ATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

10x13 CARPET ③

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | Q/F | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 00 | 002 | DEMO. OF PANELING | SF | .35 | 0 | |
| 9.2 | 50 | 001 | DEMOLITION OF DRYWALL FROM FRAMING | SF | .22 | 220 | |
| 9.. | 50 | 014 | DRYWALL CASING BEAD | LF | .93 | 0 | |
| 9.2 | 50 | 007 | APPLICATION GYP. BOARD | SF | 1.56 | 976 | |
| 9.2 | 50 | 011 | ADD FOR 5/8" DRYWALL | SF | .04 | 976 | |
| 92 | 50 | 019 | FINISHING DRYWALL | SF | .20 | 244 | |
| 2.0 | 01 | A11 | HAULING AWAY DEBRIS | L.S. | 85.90 | 1 | |
| .0 | 60 | 021 | PROVIDE PROTECTION | SF | .40 | 200 | |
| .0 | 60 | 071 | MOVE FURNITURE | SF. | .27 | 200 | |
| .0 | 60 | 092 | DUMPSTER | EA | 279.18 | 1 | |
| ASSOCIATED | | | DUMPSTER HAUL CHARGE | EA | 101.82 | 1 | |
| .6 | 60 | 016 | VINYL TILE | SF | 1.16 | 0 | |
| .6 | 60 | 021 | REDUCERS | LF | 2.90 | 3 | |
| .6 | 60 | 026 | VINYL BASE | LF | 1.47 | 130 | |
| .6 | 60 | 027 | ADD FOR COLOR | LF | .09 | 130 | |
| .6 | 60 | 028 | FLOORING PATCHING JIF SET | SF | 4.91 | 25 | |
| .6 | 60 | 039 | PATCH FLOOR TILE TO MATCH SURFACE | JOB | 58.07 | -0- | |
| 6 | 60 | 045 | LEVELING FLOORS | SF | .52 | -0- | |
| .9 | 00 | 017 | PAINT PLASTER, DRYWALL, WOODWORK 3 COATS | SF | .19 | 2,664 | |
| 9 | 00 | 024 | PAINTING ONE COAT ON DOOR & FRAMES | SF | .53 | 464 | |
| 9 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .53 | 464 | |
| 5 | 00 | 026 | REWORK EXIST. CEILING | SF | 1.21 | 104 | |
| 5 | 00 | 024 | MIN. CHARGE CEILING SYSTEM | JOB | 53.04 | 1 | |

INDICATES NON-WORKING HOUR PRICES

4 00 . 035 MIN. CHGE. QUARRY TILE JOB 1

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

| NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 1.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 680 | |
| 1.0 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | 0 | |
| .9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 271 | |
| 1.9. | 00 | 060 | PAINTING MASONRY | SF | .47 | 1842 | |
| .9 | 00 | 074 | VARNISH | SF | .26 | 138 | |
| 1.9 | 00 | 077 | SANDING PREP ~~2 COATS~~ | SF | .49 | 134 | |
| .9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 138 | |
| 9 | 00 | 051 | PAINT WINDOWS | SF | .35 | 0 | |
| 8 | 24 | 002 | CEILING FAN | EA | 285.88 | 3 | |
| .9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 3 | |
| .0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 | |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 3.57 | 68 | |
| 0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | 0 | |
| 0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 19.65 | 0 | |
| 0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | 0 | |
| 0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | 0 | |
| .0 | 00 | 033 | F & I FIXTURE "Y" | EA | 268.01 | 0 | |
| 0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | 0 | |
| 0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | 77 | |
| 0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL 2 MEN | HR | 29.60 | 16 | |
| 2 | 30 | F01 | DUPLEX OUTLET | EA | 59.54 | 0 | |
| 2 | 30 | F05 | WALL SWITCH | EA | 50.11 | 0 | |
| 6 | 10 | F13 | EMERG LITE | EA | | 2 | |

SUBTOTAL FROM PREVIOUS PAGE(S)

ATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(5)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 30 | F09 | WALL JUNCTION BOX | EA | 52.08 | 4 | |
| 6.0 | 00 | 038 | F & I #12 WIRE | LF | .53 | 78 | |
| 6.2 | 00 | 040 | CONDUIT 1/2" | LF | 1.34 | 78 | |
| .2 | 30 | F26 | REMOVE SWITCH | EA | 11.67 | 2 | |
| .2 | 30 | F27 | REMOVE DUPLEX | EA | 13.99 | 3 | |
| .2 | 30 | F28 | REMOVE J. BOX | EA | 12.59 | 2 | |
| .2 | 30 | F33 | RELOCATE EXIST. THERMOSTAT | EA | 50.11 | 0 | |
| .0 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .57 | 10 | |
| .6 | 10 | F04 | INTERIOR FIXTURE 1X4 FLUORESCENT | EA | 126.76 | 0 | |
| .6 | 50 | 115 | EXTERIOR LIGHT HPS | EA | 290.34 | 0 | |
| NEGOCIATED | | | SERVICE LOBBY DOOR BELL | EA | 55.00 | 1 | |
| NEGOCIATED | | | HANDICAP SIGN 9"x9" ACCESSIBLE ENTRANCE | EA | 52.00 | 1 | |
| NEGOCIATED | | | SIGN "THIS DOOR REMAINS OPEN" | EA | 40.00 | 0 | |
| NEGOCIATED | | | ASSEMBLE POSTAL FURNISHED LOBBY DESKS | EA | 429.00 | 2 | |
| .2 | 30 | F31 | RELOCATE WALL SWITCH | EA | 48.64 | 2 | |
| .2 | 00 | 005 | OPTIONAL LOBBY DESK | LF | 111.67 | 0 | |
| .2 | 30 | F32 | RELOCATE DUPLEX | EA | 57.97 | 1 | |
| .2 | 30 | 260 | WIRING DEVICES WALL PLATES | EA | 4.34 | 0 | |
| .2 | 30 | 130 | DIMMER SWITCH | EA | 21.61 | 3 | |
| .0 | 00 | 079 | PROVIDE ELECTRIC SERVICE | EA | 400.52 | 0 | |
| .0 | 00 | 083. | MIN. CHARGE REMOVE EXIST. BREAKER BOX | JOB | 67.00 | 0 | |
| 3 | 50 | 030 | PANEL BOARD 3WIRE 100AMP. | EA | 682.97 | 0 | |
| NEGOCIATED | | | RELOCATE PHONE OUTLET | JOB | 57.95 | 0 | |

RATES NON-WORKING HOUR PRICES

CARPET REMOVAL 1304

CARPET 1554

TRIM 6 FT.

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(1)

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| MOMENCE P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTEN. PRICE |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | 0 | |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | 0 | |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 0 | |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | 0 | |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.23 | 0 | |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 2.81 | 0 | |
| 06 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 220 | |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 0 | |
| 06.1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 6.49 | 0 | |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 17 | |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 2 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR. CARPENTER | HR | 25.74 | 24 | |
| 06.2 | 00 | 062 | MOLDING MATERIAL | LF | 1.13 | 0 | |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 0 | |
| 06.2 | 00 | 026 | 2900 SERIES BOXES | LF | 44.67 | 0 | |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK/TRIM REMOVAL | JOB | 44.67 | 1 | |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 0 | |
| 06.2 | 00 | 003 | DEMO. BASEBOARDS, FASCIAS | LF | .35 | 346 | |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 2 | |
| 06.2 | 00 | 078 | LOCK BOX LAMINATE VENDING MACHINE | EA | 44.67 | 0 | |
| 07.1 | 11 | 014 | CAULKING | LF | 1.64 | 0 | |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 29 | |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER UNIT | EA | 368.51 | 2 | |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 0 | |

ATTACHMENTS:

Battaglin DEP. EX. NO. 61
FOR I.D., AS OF 10/11/04 [initials]

- 598 -

| | |
|---|---|
| SUBTOTAL | |
| [MULTIPL]IER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.UL. | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 8. | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | 0 | |
| 5.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | 1 | |
| .1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 91.49 | 1 | |
| .2 | 11 | 015 | WOOD DOOR | EA | 343.77 | 1 | |
| 1 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | |
| .0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 4 | |
| .1 | 00 | 001 | REMOVE EXIST. DOOR | EA | 12.48 | 2 | |
| .2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 1 | |
| .7 | 00 | 092 | LOCKSET | EA | 134.90 | 5 | |
| .7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | |
| .7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | |
| .7 | 00 | 023 | KICK PLATE | LF | 17.87 | 3 | |
| .7 | 00 | 030 | HINGES | PR | 84.87 | 3 | |
| .7 | 00 | 046 | CLOSERS | EA | 126.66 | 7 | |
| .7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 0 | |
| .7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | 0 | |
| .7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | |
| .7 | 00 | 102 | THRESHOLD | LF | 19.65 | 3 | |
| .2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 0 | |
| ASSOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 128.00 | 5 | |
| .1 | 00 | 081 | ROUGH CARPENTRY HRLY LABOR | HR | 20.52 | 16 | |
| 1 | 00 | 003 | REMOVE HARDWARE | EA | 18.20 | 6 | |
| ANSE C | -12 | | PREMIUM TIME | % | 25% | 0 | |

RATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT