(3)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | SF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.7 | 00 | 002 | Demo. of Paneling | SF | .35 | 235 | |
| 9.2 | 50 | 001 | Demolition of Drywall From Framing | SF | .22 | 400 | |
| 9.2 | 50 | 014 | Drywall Casing Bead | LF | .93 | 0 | |
| 9.2 | 50 | 007 | Application Gyp. Board | SF | 1.56 | 0 | |
| 9.2 | 50 | 011 | Add For 5/8" Drywall | SF | .04 | 0 | |
| 9.2 | 50 | 019 | Finishing Drywall | SF | .20 | 0 | |
| 0.0 | 01 | ALI | Hauling Away Debris | L.S. | 85.90 | 1 | |
| 1.0 | 60 | 021 | Provide Protection | SF | .40 | 200 | |
| 1.0 | 60 | 071 | Move Furniture | SF. | .27 | 3015 | |
| 1.0 | 60 | 092 | Dumpster | EA | 279.18 | 1 | |
| ELOCIATED | | | Dumpster Haul Charge | EA | 101.82 | 1 | |
| 1.6 | 60 | 016 | Vinyl Tile | SF | 1.16 | 3015 | |
| 1.6 | 60 | 021 | Reducers | LF | 2.90 | 28 | |
| 1.6 | 60 | 026 | Vinyl Base | LF | 1.47 | 346 | |
| 1.6 | 60 | 027 | Add For Color | LF | .09 | 346 | |
| 1.6 | 60 | 028 | Flooring Patching Jif Set | SF | 4.91 | 25 | |
| 1.6 | 60 | 039 | Patch Floor Tile To Match Surface | JOB | 58.07 | 0 | |
| 1.6 | 60 | 045 | Leveling Floors | SF | .52 | 0 | |
| .9 | 00 | 017 | Paint Plaster, Drywall, Woodwork 3 Coats | SF | .19 | 0 | |
| .9 | 00 | 024 | Painting One Coat on Door & Frames | SF | .53 | 17 | |
| .9 | 00 | 025 | Add For Additional Coats | SF | .53 | 17 | |
| 5 | 00 | 026 | Rework Exist. Ceiling | SF | 1.21 | 0 | |
| 5 | 00 | 024 | Min. Charge Ceiling System | JOB | 53.04 | 0 | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | VF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 9.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 0 | |
| 9.9 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | 0 | |
| 9.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 0 | |
| 9.9 | 00 | 060 | PAINTING MASONRY | SF | .47 | 0 | |
| 9.9 | 00 | 074 | VARNISH | SF | .26 | 42 | |
| 9.9 | 00 | 077 | SANDING PREP 2 COATS | SF | .49 | 42 | |
| 9.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 42 | |
| 9.9 | 00 | 051 | PAINT WINDOWS | SF | .35 | 0 | |
| 5.8 | 24 | 002 | CEILING FAN | EA | 285.88 | 3 | |
| 5.9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 0 | |
| 2.0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 | |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 3.57 | 0 | |
| .0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | 0 | |
| .0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 19.65 | 0 | |
| .0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | 0 | |
| .0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | 1 | |
| .0 | 00 | 033 | F & I FIXTURE "Y" | EA | 268.01 | 0 | |
| .0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | 1 | |
| .0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | 80 | |
| .0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL HOME WIRE E.M. | HR | 29.60 | 16 | |
| .2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | | |
| .2 | 30 | F05 | WALL SWITCH | EA | 50.11 | 6 | |

GFCI EA. 2

SUBTOTAL FROM PREVIOUS PAGE(S)

ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

TOTAL

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(5)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 30 | F09 | WALL JUNCTION BOX | EA | 52.08 | 5 | |
| 6.1 | 00 | 038 | F & I #12 WIRE | LF | .53 | 80 | |
| 6.0 | 00 | 040 | CONDUIT 1/2" | LF | 1.34 | 80 | |
| 6.2 | 30 | F26 | REMOVE SWITCH | EA | 11.67 | 0 | |
| 6.2 | 30 | F27 | REMOVE DUPLEX 3 SCR LINE 3 COUNTER 2 DOCK | EA | 13.99 | 8 | |
| 6.2 | 30 | F28 | REMOVE J. BOX | EA | 12.59 | 2 | |
| 6.2 | 30 | F33 | RELOCATE EXIST. THERMOSTAT | EA | 50.11 | 0 | |
| 6.0 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .57 | 40 | |
| 6.6 | 10 | F04 | INTERIOR FIXTURE 1X4 FLUORESCENT | EA | 126.76 | 0 | |
| 6.6 | 50 | 115 | EXTERIOR LIGHT HPS | EA | 290.34 | 1 | |
| NEGOCIATED | | | SERVICE LOBBY DOOR BELL | EA | 55.00 | 1 | |
| NEGOCIATED | | | HANDICAP SIGN 9"x9" ACCESSIBLE ENTRANCE | EA | 52.00 | 1 | |
| NEGOCIATED | | | SIGN "THIS DOOR REMAINS OPEN" | EA | 40.00 | 0 | |
| NEGOCIATED | | | ASSEMBLE POSTAL FURNISHED LOBBY DESKS | EA | 429.00 | 3 | |
| 6.2 | 30 | F31 | RELOCATE WALL SWITCH @ COUNTER | EA | 48.64 | 1 | |
| 6.2 | 00 | 005 | OPTIONAL LOBBY ~~DESK~~ COUNTER | LF | 111.67 | 5 | |
| 6.2 | 30 | F32 | RELOCATE DUPLEX | EA | 57.97 | 0 | |
| 6.2 | 30 | 260 | WIRING DEVICES WALL PLATES | EA | 4.34 | 0 | |
| 6.2 | 30 | 130 | DIMMER SWITCH | EA | 21.61 | 3 | |
| 6.0 | 00 | 079 | PROVIDE ELECTRIC SERVICE | EA | 400.52 | 0 | |
| 6.0 | 00 | 083 | MIN. CHARGE REMOVE EXIST. BREAKER BOX | JOB | 67.00 | 0 | |
| 6.3 | 50 | 030 | PANEL BOARD 3WIRE 100AMP | EA | 682.97 | 0 | |
| NEGOCIATED | | | RELOCATE PHONE OUTLET | JOB | 57.95 | 0 | |
| | | | EXIT SIGN | EA | | 1 | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

MOMENCE P.O.



①

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| MOMENCE P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTEN. PRICE |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | | |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | | |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 0 | |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | 0 | |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.23 | 0 | |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 2.81 | 0 | |
| 06.1 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 220 | 48.40 |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 0 | |
| 06.1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 6.49 | 0 | |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 17 | 121.55 |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 2 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR - CARPENTER | HR | 25.74 | 160 | 4,118.40 |
| 06.2 | 00 | 062 | MOLDING MATERIAL | LF | 1.13 | 0 | |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 0 | |
| 06.2 | 00 | 026 | 2900 SERIES BOXES | LF | 44.67 | 0 | |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK/TRIM REMOVAL | JOB | 44.67 | 1 | 44.67 |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 0 | |
| 06.2 | 00 | 003 | DEMO. BASEBOARDS, FASCIAS | LF | .35 | 346 | 121.10 |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 2 | 178.68 |
| 06.2 | 00 | 078 | LOCK BOX LAMINATE VENDING MACHINE | EA | 44.67 | 0 | |
| 07.1 | 11 | 014 | CAULKING | LF | 1.64 | 0 | |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 29 | 227.94 |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER UNIT | EA | 368.51 | 2 | 737.02 |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 0 | |

ATTACHMENTS:

- 604 -

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

Battaglin DEP. EX. NO. 62
FOR I.D.. AS OF 6/11/04 K

(2)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.UL. | UNIT $ | Y/Z | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 8.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | 0 | |
| 8.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | 1 | 253.41 |
| 8.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 94.49 | 1 | 94.49 |
| 8.2 | 11 | 015 | WOOD DOOR | EA | 343.94 | 1 | 343.94 |
| 51 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | 42.12 |
| 0.0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 4 | 128.84 |
| 8.1 | 00 | 001 | REMOVE EXIST. DOOR | EA | 12.48 | 2 | 24.96 |
| 8.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 1 | 98.27 |
| 8.7 | 00 | 092 | LOCKSET | EA | 134.90 | 5 | 674.50 |
| 8.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | 137.58 |
| 8.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | 22.33 |
| 8.7 | 00 | 023 | KICK PLATE | LF | 17.87 | 3 | 53.61 |
| 8.7 | 00 | 030 | HINGES | PR | 84.87 | 3 | 254.61 |
| 8.7 | 00 | 046 | CLOSERS | EA | 126.86 | 2 | 253.72 |
| 8.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 0 | |
| 8.7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | 0 | |
| 8.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | 66.82 |
| 8.7 | 00 | 102 | THRESHOLD | LF | 19.65 | 3 | 58.95 |
| 8.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 0 | |
| NEGOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 128.00 | 5 | 640.00 |
| 6.1 | 00 | 081 | ROUGH CARPENTRY HRLY LABOR | HR | 20.52 | 80 | 1,641.60 |
| 81 | 00 | 003 | REMOVE HARDWARE | EA | 18.20 | 6 | 109.20 |
| CLAUSE C | -12 | | PREMIUM TIME ✓ | % | 25% | 9,356 | 2,339.04 |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

③

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.UL. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 00 | 002 | DEMO. OF PANELING | SF | .35 | 235 | 82.25 |
| 9.2 | 50 | 001 | DEMOLITION OF DRYWALL FROM FRAMING | SF | .22 | 400 | 88.00 |
| 9.2 | 50 | 014 | DRYWALL CASING BEAD | LF | .93 | 0 | |
| 9.2 | 50 | 007 | APPLICATION GYP. BOARD | SF | 1.56 | 0 | |
| 9.2 | 50 | 011 | ADD FOR 5/8" DRYWALL | SF | .04 | 0 | |
| 9.2 | 50 | 019 | FINISHING DRYWALL | SF | .20 | 0 | |
| 0.0 | 01 | ALL | HAULING AWAY DEBRIS | L.S. | 85.90 | 1 | 85.90 |
| 1.0 | 60 | 021 | PROVIDE PROTECTION | SF | .40 | 200 | 80.00 |
| 1.0 | 60 | 071 | MOVE FURNITURE | SF. | .27 | 6030 | 1,628.10 ✓ |
| 1.0 | 60 | 092 | DUMPSTER | EA | 279.18 | 2 | 558.36 |
| NEGOCIATED | | | DUMPSTER HAUL CHARGE | EA | 101.82 | 1 | 101.82 |
| 9.6 | 60 | 016 | VINYL TILE | SF | 1.16 | 3015 | 3,497.40 ✓ |
| 9.6 | 60 | 021 | REDUCERS | LF | 2.90 | 28 | 81.20 ✓ |
| 9.6 | 60 | 026 | VINYL BASE | LF | 1.47 | 346 | 508.62 ✓ |
| 9.6 | 60 | 027 | ADD FOR COLOR | LF | .09 | 346 | 31.14 ✓ |
| 9.6 | 60 | 028 | FLOORING PATCHING JIF SET | SF | 4.91 | 25 | 122.75 ✓ |
| 9.6 | 60 | 039 | PATCH FLOOR TILE TO MATCH SURFACE | JOB | 58.07 | 0 | |
| 9.6 | 60 | 045 | LEVELING FLOORS | SF | .52 | 0 | |
| 9.9 | 00 | 017 | PAINT PLASTER, DRYWALL, WOODWORK 3 COATS | SF | .19 | 0 | |
| 9.9 | 00 | 024 | PAINTING ONE COAT ON DOOR & FRAMES | SF | .53 | 17 | 9.01 |
| 9.9 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .53 | 17 | 9.01 |
| 95 | 00 | 026 | REWORK EXIST. CEILING | SF | 1.21 | 0 | |
| 95 | 00 | 024 | MIN. CHARGE CEILING SYSTEM | JOB | 53.04 | 0 | |

...ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(4)

| .. NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | ## | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 9.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 0 | |
| 9.9 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | 0 | |
| 9.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 0 | |
| 9.9 | 00 | 060 | PAINTING MASONRY | SF | .47 | 0 | |
| 9.9 | 00 | 074 | VARNISH | SF | .26 | 42 | 10.92 |
| 9.9 | 00 | 077 | SANDING PREP 2 COATS | SF | .49 | 42 | 20.58 |
| 9.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 42 | 6.30 |
| 9.9 | 00 | 051 | PAINT WINDOWS | SF | .35 | 0 | |
| 5.8 | 24 | 002 | CEILING FAN | EA | 285.88 | 3 | 857.64 |
| 5.9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 0 | |
| 2.0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 | 128.85 |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 3.57 | 0 | |
| .0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | 0 | |
| .0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 19.65 | 0 | |
| .0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | 0 | |
| .0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | 1 | 13.40 |
| .0 | 00 | 033 | F & I FIXTURE "Y" | EA | 268.01 | 0 | |
| .0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | 1 | 80.40 |
| .0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | 80 | 907.20 |
| .0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 29.60 | 120 | 3552.00 |
| .2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | 2 | 119.88 |
| .2 | 30 | F05 | WALL SWITCH | EA | 50.11 | 6 | 300.66 |

GFCI EA. 2

SUBTOTAL FROM PREVIOUS PAGE(S)

..ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL

(5)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 30 | F09 | Wall Junction Box | EA | 52.08 | 5 | 260.40 |
| 6.0 | 00 | 038 | F & I #12 Wire | LF | .53 | 80 | 42.40 |
| 16.0 | 00 | 040 | Conduit 1/2" | LF | 1.34 | 80 | 107.20 |
| 6.2 | 30 | F26 | Remove Switch | EA | 11.67 | 0 | |
| 6.2 | 30 | F27 | Remove Duplex 3 Scr. Line 2 Dock. 3 Counter | EA | 13.99 | 8 | 111.92 |
| 6.2 | 30 | F28 | Remove J. Box | EA | 12.59 | 2 | 25.18 |
| 6.2 | 30 | F33 | Relocate Exist. Thermostat | EA | 50.11 | 0 | |
| 6.0 | 20 | F04 | Remove 1/2" Conduit | LF | .57 | 40 | 22.80 |
| 6.6 | 10 | F04 | Interior Fixture 1x4 Fluorescent | EA | 126.76 | 0 | |
| 6.6 | 50 | 115 | Exterior Light Aps | EA | 290.34 | 1 | 290.34 |
| Negociated | | | Service Lobby Door Bell | EA | 55.00 | 1 | 55.00 |
| Negociated | | | Handicap Sign 9"x9" Accessible Entrance | EA | 52.00 | 1 | 52.00 |
| Negociated | | | Sign "This Door Remains Open" | EA | 40.00 | 0 | |
| Negociated | | | Assemble Postal Furnished Lobby Desks | EA | 429.00 | 3 | 1,287.00 ✓ |
| 6.2 | 30 | F31 | Relocate Wall Switch @ Counter | EA | 48.64 | 1 | 48.64 |
| 16.2 | 00 | 005 | Optional Lobby ~~Desk~~ Counter | LF | 111.67 | 5 | 558.35 ✓ |
| 16.2 | 30 | F32 | Relocate Duplex | EA | 57.97 | 0 | |
| 6.2 | 30 | 260 | Wiring Devices Wall Plates | EA | 4.34 | 0 | |
| 6.2 | 30 | 130 | Dimmer Switch | EA | 21.61 | 3 | 64.83 |
| 6.0 | 00 | 079 | Provide Electric Service | EA | 400.52 | 0 | |
| 6.0 | 00 | 083 | Min. Charge Remove Exist. Breaker Box | JOB | 67.00 | 0 | |
| 6.3 | 50 | 030 | Panel Board 3 Wire 100 Amp | EA | 682.97 | 0 | |
| Negociated | | | Relocate Phone Outlet | JOB | 57.95 | 0 | |
| | | | Exit Sign | EA | | 1 | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | 28,533.40 |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 16 B0098 ~~[illegible]~~ | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| MOMENCE P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>SAM SOUTAHRN |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | AL9 | DEMOLITION BACKHOE | HR. | 80.00 | 10 | 680.00 |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 9.36 | 24 | 190.94 |
| 02.2 | 00 | 010 | BACKFILL | YDS | 10.40 | 36 | 374.40 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 17.68 | 12 | 212.16 |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .05 | 214 | 9.10 |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .67 | 180 | 102.81 |
| 00.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 85.00 |
| 00.0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.80 | 0 | 0 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .93 | 32 | 25.30 |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.64 | 0 | 0 |
| 033 | 00 | 018 | CONC. SLAB | SF | 26.00 | 44 | 972.40 |
| 02.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .15 | 0 | 0 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .45 | 214 | 81.86 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 137.28 | 0 | 0 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 100.00 | 0 | 0 |
| 02.5 | 77 | 003 | HCP LOGO | EA | 25.00 | 0 | 0 |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .62 | 40 | 21.08 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 24 | 695.03 |
| 03.3 | 00 | 033 | NON SHRINK GROUT | LB | 1.76 | 25 | 37.40 |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 29.96 | 24 | 611.18 |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 5.20 | 160 | 707.20 |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 11.44 | 52 | 505.63 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 5,311.21 |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

~~94-B-0083~~ 96 B 0098 | MOMENCE P.O.

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 13.3 | 00 | 017 | FOUNDATION WALLS | SF | 12.48 | 182 | 1,930.66 |
| JEC | OCIATED | | HAULING; TRUCK, DRIVER | HR | 80.00 | 10 | 680.00 |
| 15.5 | 00 | 005 | HANDRAIL PIPERAIL | LF | 31.20 | 55 | 1,458.60 |
| 5.5 | 00 | 007 | HANDRAIL 1½" | LF | 12.48 | 24 | 254.59 |
| 2.0 | 12 | 002 | CORE-DRILL | EA. | 28.08 | 18 | 429.62 |
| 3.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 31.20 | 3 | 79.56 |
| 5.5 | 80 | 035 | ¼" WELD | LF | 5.20 | 12 | 53.04 |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 119.34 |
| 9.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | 1.10 | 193 | 180.46 |
| 33 | 00 | 022 | TOP SLAB ON STAIRS | SF | 6.76 | 36 | 206.86 |
| 33 | 00 | 029 | CONC. STEPS | LF | 41.60 | 19 | 671.84 |
| 61 | 00 | 081 | MISC. CARPENTER, ROUGH, DAILY LABOR | HR | 20.52 | 24 | 418.61 |
| 34 | 17 | 009 | CONC. ANCHORS | SET | 3.25 | 4 | 11.05 |
| 42 | 00 | 005 | DEMO. BRICK WALL | SF | 4.42 | 252 | 946.76 |
| 42 | 00 | 040 | BRICK VENEER | SF | 13.00 | 36 | 397.80 |
| 45 | 20 | 013 | MASONRY TOOTHING BRICK | VLF | 5.98 | 52 | 264.32 |
| 42 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 1 | 170.00 |
| 10 | OCIATED | | REMOVE & DISPOSE PLANTER TOP | SF | 25.00 | 11 | 233.75 |
| 81 | 20 | 012 | AL. STOREFRONT | EA | 1075.00 | 1 | 913.75 |
| 81 | 20 | 016 | WIDE STILE DOOR | LEAF | 296.00 | 1 | 251.60 |
| 84 | 10 | 001 | AL. FRAMING | LF | 15.60 | 70 | 928.20 |
| | | | SUBTOTAL THIS PAGE | | | | 10,600.41 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | 5,311.21 | | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 15,911.62 |
| MULTIPLIER | |
| TOTAL | |

☒ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

96 B 0098 | MOMENCE P.O.

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 84 | 10 | 002 | 1/4" GLASS | SF | 9.36 | 21 | 167.08 |
| 84 | 10 | 006 | 1" INSUL. GLASS | SF | 16.64 | 70 | 990.08 |
| 84 | 10 | 010 | Remove Alum. Entry | SF | 5.20 | 42 | 222.82 |
| 84 | 10 | 011 | Remove Framing | SF | 1.30 | 60 | 66.30 |
| 84 | 10 | 012 | Remove Glass | SF | 1.09 | 90 | 83.39 |
| 71 | 11 | 014 | CAULK | LF | 1.91 | 78 | 126.63 |
| 87 | 00 | 107 | Push, Pull, & Bar Aluminum | EA | 106.39 | 1 | 90.43 |
| 87 | 00 | 109 | LCN 4020 For Handicap | EA | 230.88 | 1 | 196.25 |

SUBTOTAL THIS PAGE 1,942.98

SUBTOTAL FROM PREVIOUS PAGE(S) 15,911.62

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT

TOTAL 17,854.60

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| NTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| OJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| UNION Hill, IL. | | |

| OJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| NTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES |

| THORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN PRICE |
|---|---|---|---|---|---|---|---|
| 0.0 | 00 | AL9 | DEMOLITION BACKHOE | HR. | 80.00 | 80 | 6,400 |
| 2.2 | 00 | 002 | EXCAVATE | YDS. | 9.36 | 24 | 224.64 |
| 2.2 | 00 | 010 | BACKFILL | YDS. | 10.40 | 36 | 374.40 |
| 2.2 | 00 | 019 | BASE MATERIAL | YDS | 17.68 | 12 | 212.16 |
| 2.2 | 00 | 029 | SURFACE GRADING | SF | .05 | 274 | 13.70 |
| 2.5 | 15 | 001 | SAWCUT PER LINEA (3" DEEP) 100' | LF | .67 | 200 | 134.00 |
| 0.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 100.00 |
| 0.0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.80 | 300 | 540.00 |
| 2.5 | 15 | 012 | EXPANSION JT. | LF | .93 | 40 | 37.20 |
| 2.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.64 | 300 | 1,092.00 |
| 2.5 | 15 | 019 | CONC. PAVING | SF | 4.42 | 0 | 0 |
| 2.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .15 | 0 | 0 |
| 2.5 | 15 | 024 | REINFORCING MESH | SF | .45 | 300 | 135.00 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 137.28 | 0 | 0 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 100.00 | 1 | 100.00 |
| 2-5 | 77 | 005 | HCP LOGO | EA | 25.00 | 1 | 25.00 |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .62 | 0 | 0 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 40 | 1362.80 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.76 | 0 | 0 |
| 061 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 29.96 | 120 | 3,595.20 |
| 03.3 | 00 | 015 | SLAB ON RAMP | SF | 5.20 | 136 | 707.20 |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 11.44 | 60 | 686.40 |

| ATTACHMENTS: | SUBTOTAL | |
|---|---|---|
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |



Battaglia DEP. EX. NO. 63
FOR I.D., AS OF 6/11/04

UNION HILL, IL.

| IO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| .3 | 00 | 0.7 | FOUNDATION WALLS | SF | 12.48 | 240 | 2,995.20 |
| [illegible] | OCIDTED | | HAULING; TRUCK & DRIVER | HR | 80.00 | 32 | 2,560.00 |
| .5 | 00 | 055 | HANDRAIL PIPE RAIL | LF | 31.20 | 0 | 0 |
| .5 | 00 | 077 | HANDRAIL 1½" | LF | 12.48 | 0 | 0 |
| 0 | 12 | 002 | CORE DRILL (FOR HANDRAILS) | EA. | 28.08 | 12 | 336.96 |
| 3 | 00 | 0[illegible] | EPOXY BONDING AGENT | GAL | 31.20 | 5 | 156.00 |
| .5 | 80 | 0[illegible] | ¼" WELD | LF | 5.20 | 110 | 572.00 |
| .5 | 00 | 05[illegible] | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 140.40 |
| .9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | 1.10 | 240 | 264.00 |
| 0 | 50 | 011 | BARRICADES (7) PER DAY, PER UNIT (10) | EA | .65 | 0 | 0 |
| 0. | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 0 | 0 |
| .1 | .00 | 081 | MISC. HRLY ROUGH CARPENTER | HR | 20.52 | 0 | 0 |
| 0 | 60 | 092 | DUMPSTER | EA | 325.00 | 2 | 650.00 |
| .1 | 17 | 005 | SITE REMOVAL OF TREES | EA | 624.00 | 0 | 0 |
| 2 | 00 | 026 | TOP SOIL | YDS | 13.00 | 0 | 0 |
| 2 | 00 | 038 | PLOW SUBGRADE | SY | 1.64 | 0 | 0 |
| 9 | 00 | 029 | SEEDING | JOB | 52.00 | 0 | 0 |
| 3 | 00 | 029 | CONC. STEPS | LF | 41.60 | 0 | 0 |
| 53 | 00 | 032 | STAIR, LANDINGS & RAMPS TOP SLAB | SF | 6.76 | 0 | 0 |
| 42 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 1 | 200.00 |
| 55 | 00 | 031 | REMOVE HANDRAIL | LF | 2.91 | 0 | 0 |
| 55 | 00 | 025 | ANCHOR BOLTS | EA | 6.34 | 20 | 126.80 |
| 55 | 00 | 006 | PICKET RAILING | LF | 46.80 | 60 | 2808.00 |

[IND]ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

UNION HILL, IL.

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| .1 | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | 100 | 26.00 |
| .1 | 00 | 058 | 1X3 WOOD STRIPPING (REAR LOCKBOX TRIM) | LF | .52 | 55 | 28.60 |
| .1 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | 0 | 0 |
| .1 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.48 | 100 | 148.00 |
| .1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | 40 | 302.40 |
| .1 | 00 | 072 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | 40 | 332.80 |
| .1 | 00 | 077 | RELOCATE LETTER DROP | EA | 31.20 | 1 | 31.20 |
| .1 | 00 | 078 | RELOCATE STAMP MACHINE | EA | 41.60 | 0 | 0 |
| ESOCIATED: | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP | EA. | 58.60 | 1 | 58.60 |
| .1 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR | 29.96 | 60 | 1,797.60 |
| .1 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | 60 | 1,231.20 |
| .2 | 00 | 002 | DEMOLITION 4X8 PANELING | SF | .41 | 800 | 328.00 |
| .2 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS, ETC. | LF | .41 | 100 | 41.00 |
| .2 | 00 | 005 | OPTIONAL SERVICE COUNTERS | LF | 130.00 | 8 | 1,040.00 |
| .2 | 00 | 021 | MOLDING, INSTALLATION | LF | 1.04 | 150 | 156.00 |
| .2 | 00 | 024 | REMOVE EXIST. BOXES & SETUP | LF | 26.00 | 40 | 1,040 |
| .2 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | 50 | 2,600 |
| ESOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 4.16 | 0 | 0 |
| .2 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | 1 | 52.00 |
| .2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | 30 | 407.40 |
| .2 | 00 | 062 | MOLDING MISC. 1"x3" | LF | 1.31 | 60 | 78.60 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | 36,110.00 |

ICATES NON-WORKING HOUR PRICES

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT