ORIG.

①

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

CONTRACT NO.

PROJECT MGR.

MULTIPLIER

WORK ORDER NO.

DATE

PROJECT DESCRIPTION/LOCATION: BEARDSVILLE, IL. - MISC. RENOVATIONS

START DATE

PERFORMANCE TIME

PROJECT AUTHORIZATION NO.

CHANGE CODE

FINANCE NO.

ACCOUNT NO.

INDEX NO.

CONTRACTOR

L.P. Consulting Group, Inc.
10401 S. 75th Ave.
Palos Hills, IL 60465-2015

U.S. POSTAL SERVICE: ADMINISTRATIVE SERVICES

AUTHORIZED SIGNATURE

DATE

CONTRACTING OFFICER

DATE

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTE[NDED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| 000 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 100 |
| 000 | 01 | AL2 | PEEP HOLE FOR DOOR | EA | 37.50 | 1 | 37.50 |
| 000 | 03 | AL6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | 10 | 100.00 |
| 000 | 04 | AL5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | 1 | 150.0[0] |
| NEGO | ~~CIATED~~ | | SCOPE PROVIDE TO U.S.P.S. | L.S. | | 0 | 0 |
| NEGOCIATED | | | CONSTRUCTION PROGRESS CHART | L.S. | | 0 | 0 |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 220 | 101.20 |
| NEGOCIATED | | | LAYOUT OF WORK | L.S. | | ? | 0 |
| NEGOCIATED | | | SUPERINTENDENCE OF SUBCONTRACTORS | HR. | 35.52 | ? | 0 |
| 010 | 60 | 061 | SCAFFOLDING | SF | .15 | 11,000 | 1,650 |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | 6,000 | 1860 |
| 010 | 60 | 081 | DUST PROTECTION | SF | .83 | 1,110 | 921.3 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | 2 | 650.00 |
| 020 | 12 | 016 | MINIMUM CHARGE CORE DRILLING | JOB | 150.00 | 0 | 0 |
| 034 | 17 | 018 | MISC. HOURLY LABOR MASON | HR | 34.07 | 80 | 2,725.6 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 115 | 381.80 |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 300 | 279.00 |
| 055 | 00 | 045 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 200 | 156.00 |
| 055 | 00 | 052 | MIN. CHARGE METAL FAB. | JOB | 140.40 | | 140.40 |
| 061 | 00 | 001 | 2X4 WOOD STUD FRAMING | LF | 3.38 | 300 | 1014 |
| 061 | 00 | 005 | ADD FOR 2X8 HEADER | LF | .24 | 60 | 14.40 |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | 96 | 249.60 |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | 96 | 313.92 |
| 061 | 00 | 048 | UNDERLAYMENT 1/2" | SF | 1.24 | 96 | 119.04 |

ATTACHMENTS:

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL



Bottaglia DEP. EX. NO. 66

(2)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | 100 | 26.00 |
| 61 | 00 | 058 | 1X3 WOOD STRIPPING (REAR LOCKBOX TRIM) | LF | .52 | 55 | 28.60 |
| 61 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | 26 | 54.08 |
| 61 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.48 | 100 | 48.00 |
| 61 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | 40 | 302.40 |
| 61 | 00 | 072 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | 40 | 332.80 |
| 61 | 00 | 077 | RELOCATE LETTER DROP | EA | 31.20 | 1 | 31.20 |
| 61 | 00 | 078 | RELOCATE STAMP MACHINE | EA | 41.60 | 0 | 0 |
| NEGOCIATED | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP | EA | 58.60 | 1 | 58.60 |
| 61 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR | 29.96 | 60 | 1,797.60 |
| 61 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | 60 | 1231.20 |
| 62 | 00 | 002 | DEMOLITION 4X8 PANELING | SF | .41 | 800 | 328.00 |
| 62 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS ETC. | LF | .41 | 100 | 41.00 |
| 62 | 00 | 005 | OPTIONAL SERVICE COUNTERS | LF | 130.00 | 8 | 1,040.00 |
| 62 | 00 | 021 | MOLDING, INSTALLATION | LF | 1.04 | 150 | 156.00 |
| 62 | 00 | 024 | REMOVE EXIST. BOXES & SETUP | LF | 26.00 | 40 | 1,040 |
| 62 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | 50 | 2,600 |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 4.16 | 0 | 0 |
| 62 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | 1 | 52.00 |
| 62 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | 30 | 407.40 |
| 62 | 00 | 062 | MOLDING MISC. 1"x3" | LF | 1.31 | 60 | 78.60 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(3)

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 60 | CIRATED | | 3/4" QUARTER ROUND CUSTOM PINE | LF | 1.61 | 40 | 64.40 |
| 62 | 00 | 074 | SHELVING PINE 1"x8" | LF | 4.42 | 40 | 76.80 |
| 62 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP. UNIT | EA | 104.00 | 2 | 208.00 |
| 62 | 00 | 078 | LOCKBOX LAMINATE FOR VENDING | EA | 52.00 | 0 | 0 |
| 71 | 11 | 014 | CAULKING | LF | 1.91 | 1,100 | 2,101.00 |
| 81 | 00 | 001 | REMOVE DOOR | EA | 12.48 | 2 | 24.96 |
| 81 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 2 | 84.24 |
| 81 | 00 | 003 | REMOVE ALL HARDWARE | EA | 18.20 | 14 | 254.80 |
| 81 | 00 | 009 | FOR VISION LITE, ADD | EA | 45.00 | 0 | 0 |
| 81 | 00 | 010 | ADD NARROW LITE | EA | 55.00 | 1 | 55.00 |
| 81 | 00 | 036 | 3'x7' STEEL DOOR 1 3/4" TK. 18G. | EA | 295.00 | 1 | 295.00 |
| NEGOCIATED | | | 3'-6" x 7' STEEL DOOR 1 3/4" THICK 18G. | EA | 310.00 | 0 | 0 |
| 81 | 00 | 063 | 3'x7' HALF GLASS DOOR | EA | 265.00 | 0 | 0 |
| | 00 | 064 | 4'x7' HALF GLASS DOOR | EA | 305.00 | 0 | 0 |
| 81 | 00 | 108 | DRYWALL FRAME 3'x7' | EA | 110.00 | 2 | 220.00 |
| 81 | 00 | 137 | REMOVE TRIM BOTTOM REINSTALL | EA | 57.20 | 0 | 0 |
| 81 | 20 | 001 | ALUMINUM FRAME 3'x7' OPNG. | EA | 280.00 | 0 | 0 |
| 81 | 20 | 011 | ALUMINUM DOOR & FRAME NARROW STILE | EA | 935.00 | 0 | 0 |
| 81 | 20 | 016 | ADD FOR WIDE STILE | LEAF | 296.00 | 0 | 0 |
| 82 | 11 | 007 | ADD FOR CALL WINDOW & SHELF | EA | 156.00 | 1 | 156.00 |
| 82 | 11 | 015 | WOOD DOOR | EA | 400.40 | 1 | 400.40 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

TOTAL 24,758.00

ORIG. ①

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| AROMA PK, IL. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMINISTRATIVE SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 000 | 01 | A1.1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 100 |
| 000 | 01 | A1.2 | PEEP HOLE FOR DOOR | EA | 37.50 | 1 | 37.50 |
| 000 | 03 | A1.6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | 10 | 100.00 |
| 000 | 04 | A1.5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | 1 | 150.00 |
| NEGOTIATED | | | SCOPE PROVIDE TO U.S.P.S. | L.S. | | 0 | 0 |
| NEGOCIATED | | | CONSTRUCTION PROGRESS CHART | L.S. | | 0 | 0 |
| 010 | 60 | 0.1 | PROVIDE PROTECTION | SF | .46 | 220 | 101.20 |
| NEGOCIATED | | | LAYOUT OF WORK | L.S. | | 0 | 0 |
| NEGOCIATED | | | SUPERINTENDENCE OF SUBCONTRACTORS | HR. | 35.52 | 0 | 0 |
| 010 | 60 | 06.1 | SCAFFOLDING | SF | .15 | 11,000 | 1,650 |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | 6,000 | 1860 |
| 010 | 60 | 081 | DUST PROTECTION | SF | .83 | 1,110 | 921.3 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | 2 | 650.00 |
| 020 | 12 | 016 | MINIMUM CHARGE CORE DRILLING | JOB | 150.00 | 0 | 0 |
| 034 | 17 | 0.3 | MISC. HOURLY LABOR MASON | HR | 34.07 | 80 | 2,725.6 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 115 | 381.80 |
| 055 | 00 | 014 | VARIOUS FASTENERS, TAPCON | EA | .93 | 300 | 279.00 |
| 055 | 00 | 015 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 200 | 156.00 |
| 055 | 00 | 052 | MIN. CHARGE, METAL FAB. | JOB | 140.40 | 1 | 140.40 |
| 061 | 00 | 091 | 2x4 WOOD STUD FRAMING | LF | 3.38 | 300 | 1,014 |
| 061 | 00 | 095 | ADD FOR 2x8 HEADER | LF | .24 | 60 | 14.40 |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | 96 | 249.6 |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | 96 | 313.92 |
| 061 | 00 | 048 | UNDERLAYMENT 1/2" | SF | 1.24 | 96 | 119.04 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

- 618 -

Battaglia DEP. EX. NO. 68
FOR I.D., AS OF 6/11/01 vk

(2)

| ...NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 61 | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | 100 | 26.00 |
| 61 | 00 | 058 | 1X3 WOOD STRIPPING (REAR LOCKBOX TRIM) | LF | .52 | 55 | 28.60 |
| 61 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | 0 | 0 |
| 61 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.48 | 100 | 148.00 |
| 61 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | 40 | 302.40 |
| 61 | 00 | 072 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | 40 | 332.80 |
| 61 | 00 | 077 | RELOCATE LETTER DROP | EA | 31.20 | 1 | 31.20 |
| 61 | 00 | 078 | RELOCATE STAMP MACHINE | EA | 41.60 | 0 | 0 |
| NEGOCIATED | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP | EA. | 58.60 | 1 | 58.60 |
| 61 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR | 29.96 | 120 | 3595.20 |
| 61 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | 120 | 2,462.40 |
| 62 | 00 | 002 | DEMOLITION 4X8 PANELING | SF | .41 | 800 | 328.00 |
| 62 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS ETC. | LF | .41 | 100 | 41.00 |
| 62 | 00 | 005 | OPTIONAL SERVICE COUNTERS | LF | 130.00 | 8 | 1,040.00 |
| 62 | 00 | 021 | MOLDING, INSTALLATION | LF | 1.04 | 150 | 156.00 |
| 62 | 00 | 024 | REMOVE EXIST. BOXES & SET UP | LF | 26.00 | 40 | 1,040 |
| 62 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | 50 | 2,600 |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 4.16 | 0 | 0 |
| 62 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | 1 | 52.00 |
| 62 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | 30 | 407.40 |
| 62 | 00 | 062 | MOLDING MISC. 1"x3" | LF | 1.31 | 60 | 78.60 |
| | | | SUBTOTAL THIS PAGE | | | | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

...ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(3)

| I NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| /EGOCIATED | | | 3/4" QUARTER ROUND CUSTOM PINE | LF | 1.61 | 40 | 64.40 |
| 62 | 00 | 074 | SHELVING PINE 1"x8" | LF | 4.42 | 40 | 176.80 |
| 62 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP UNIT | EA | 104.00 | 2 | 208.00 |
| 62 | 00 | 078 | LOCKBOX LAMINATE FOR VENDING | EA | 52.00 | 0 | 0 |
| 71 | 11 | 014 | CAULKING | LF | 1.91 | 1,100 | 2,101.00 |
| 81 | 00 | 001 | REMOVE DOOR | EA | 12.48 | 2 | 24.96 |
| 81 | 00 | 002 | REMOVE FRAME. | EA | 42.12 | 2 | 84.24 |
| 81 | 00 | 003 | REMOVE ALL HARDWARE. | EA | 18.20 | 14 | 254.80 |
| 81 | 00 | 009 | FOR VISION LITE, ADD. | EA | 45.00 | 0 | 0 |
| 81 | 00 | 010 | ADD NARROW LITE | EA | 55.00 | 1 | 55.00 |
| 81 | 00 | 026 | 3'x7' STEEL DOOR 1 3/4" TK. 18 G. | EA | 295.00 | 1 | 295.00 |
| NEGOCIATED | | | 3'-6" x 7' STEEL DOOR 1 3/4" THICK 18G. | EA | 310.00 | 0 | 0 |
| 81 | 00 | 063 | 3'x7' HALF GLASS DOOR | EA | 265.00 | 0 | 0 |
| 81 | 00 | 064 | 4'x7' HALF GLASS DOOR | EA | 305.00 | 0 | 0 |
| 81 | 00 | 105 | DRYWALL FRAME 3'x7'. | EA | 110.00 | 2 | 220.00 |
| 81 | 00 | 131 | REMOVE TRIM BOTTOM REINSTALL. | EA | 57.20 | 0 | 0 |
| 81 | 20 | 001 | ALUMINUM FRAME 3'x7' OPNG. | EA | 280.00 | 0 | 0 |
| 81 | 20 | 011 | ALUMINUM DOOR & FRAME NARROW STILE | EA | 935.00 | 0 | 0 |
| 51 | 20 | 013 | ADD FOR WIDE STILE | LEAF | 296.00 | 0 | 0 |
| 52 | 11 | 007 | ADD FOR CASH WINDOW & SHELF | EA | 156.00 | 1 | 156.00 |
| 82 | 11 | 015 | WOOD DOOR | EA | 400.40 | 1 | 400.40 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(4)

| ID | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| /EGOCIATED | | | WICKET TYPE DOOR PACKAGE, PIANO HINGE ONLY | EA | 306.40 | 1 | 306.40 |
| 82 | 11 | 017 | WEATHER STRIP DOOR | EA | 114.40 | 1 | 114.40 |
| 84 | 10 | 01 | ALUMINUM FRAMING | LF | 15.60 | 0 | 0 |
| 84 | 10 | 022 | 1/4" TEMPERED GLASS | SF | 9.36 | 0 | 0 |
| 84 | 10 | 036 | 1" INSUL. GLASS | SF | 16.64 | 0 | 0 |
| 84 | 10 | 00 | REMOVE ALUMINUM ENTRY | SF | 5.20 | 0 | 0 |
| 84 | 10 | 01 | REMOVE WINDOW FRAMING | SF | 1.30 | 0 | 0 |
| 84 | 10 | 012 | REMOVE WINDOW GLASS | SF | 1.09 | 0 | 0 |
| 84 | 10 | 07 | ALUMINUM STOREFRONT | SF | 15.44 | 0 | 0 |
| /EGOCIATED | | | ALUMINUM WINDOW, AWNING, SCREEN, LABOR | SF | 52.78 | 0 | 0 |
| /EGOCIATED | | | MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION SCHLAGE L9080 | EA | 300.73 | 1 | 300.73 |
| 87 | 00 | 06 | DOOR FLOOR STOPS | EA | 26.00 | 2 | 52.00 |
| 87 | 00 | 08 | WALL STOPS | EA | 10.40 | 0 | 0 |
| 87 | 00 | 010 | DOOR HOLDER | EA | 124.80 | 0 | 0 |
| 87 | 00 | 023 | KICK PLATE | LF | 20.80 | 6 | 124.80 |
| 87 | 00 | 030 | HINGES | PR | 98.80 | 3 | 296.40 |
| 87 | 00 | 046 | CLOSER 36" | EA | 147.68 | 1 | 147.68 |
| 87 | 00 | 048 | CLOSER 48" | EA | 147.68 | 0 | 0 |
| 87 | 00 | 058 | LOCKSET, OFFICE DOORS | EA | 131.56 | 2 | 263.12 |
| 87 | 00 | 093 | PUSH PLATE | EA | 68.64 | 1 | 68.64 |
| 87 | 00 | 094 | DOOR PULL | EA | 80.08 | 1 | 80.08 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUE [ ] TOTAL WORK ORDER AMOUNT

TOTAL

(5)

| NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 87 | 00 | 096 | FLUSH BOLTS | EA | 44.61 | 6 | 267.66 |
| 87 | 00 | 098 | DEAD BOLT | EA | 77.79 | 2 | 155.58 |
| 87 | 00 | 101 | ALUMINUM PUSH & PULL BAR | EA | 106.39 | 0 | 0 |
| 87 | 00 | 102 | THRESHOLD ALUMINUM | LF | 22.88 | 6 | 137.28 |
| VELOCIAT | | | DOOR SWEEP | LF | 5.65 | 6 | 33.90 |
| 87 | 00 | 108 | LCN4040 CLOSER | EA | 241.28 | 2 | 482.56 |
| 88 | 00 | 008 | INSULATING PANEL | SF | 5.20 | 0 | 0 |
| 92 | 50 | 001 | DEMO. DRYWALL FROM FRAMING | SF | 0.26 | 400 | 104.00 |
| 92 | 50 | 005 | ACCESSORIES J.L.U. BEAD | LF. | .93 | 80 | 74.40 |
| 92 | 50 | 007 | DRYWALL | SF | 1.82 | 1280 | 2329.60 |
| 92 | 50 | 011 | ADD FOR 5/8" | SF | .05 | 1,280 | 64.00 |
| 92 | 50 | 014 | CORNER & CASING BEAD | LF | 1.09 | 80 | 87.20 |
| 92 | 50 | 019 | FINISHING GYP. WALLS | SF | .23 | 1280 | 294.40 |
| 96 | 60 | 016 | VINYL COMP. TILE | SF | 1.35 | 1200 | 1,620.00 |
| 96 | 60 | 021 | REDUCERS | LF | 3.38 | 6 | 20.28 |
| 96 | 60 | 026 | VINYL BASE | LF | 1.71 | 240 | 410.40 |
| 96 | 60 | 027 | ADD FOR COLOR | LF | .10 | 240 | 240.00 |
| 96 | 60 | 030 | MIN. CHARGE EPOXY | JOB | 520.00 | 1 | 520.00 |
| 96 | 60 | 039 | PATCH FLOOR TILE T. MATCH EXIST. | JOB | 67.60 | 0 | 0 |
| 96 | 60 | 045 | LEVELING | SF | .52 | 100 | 52.00 |
| 99 | 00 | 067 | SCRAPING LOOSE PAINT | SF | .52 | 1,050 | 546.00 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

* INDICATES NON-WORKING HOUR PRICES

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(6)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 199 | 00 | 008 | PATCH CRACKS | LF | .31 | 80 | 24.80 |
| 99 | 00 | 016 | FINISH COAT ON MASONRY | SF | .28 | 0 | 0 |
| 99 | 00 | 017 | PAINT DRYWALL PER COAT (3) | SF | .22 | 4,000 | 880.00 |
| 199 | 00 | 024 | PAINT ONE COAT DOOR & FRAME | SF | .62 | 42 | 26.04 |
| 99 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .62 | 42 | 26.04 |
| 99 | 00 | 026 | PAINT WINDOWS | SF | .93 | 0 | 0 |
| 199 | 00 | 050 | PAINT WOOD TRIM | LF | .70 | 175 | 122.50 |
| 99 | 00 | 053 | PAINT BRUSH WORK | SF | .50 | 500 | 250.00 |
| 99 | 00 | 055 | PAINT CEILING | SF | .34 | 1200 | 408.00 |
| 99 | 00 | 056 | PAINT WOODWORK (LOCKBOX BAFFLE) | SF | .44 | 230 | 101.20 |
| 99 | 00 | 060 | PAINT MASONRY | SF | .55 | 500 | 275.00 |
| 99 | 00 | 067 | PAINT PIPES | LF | 1.30 | 210 | 273.00 |
| 99 | 00 | 074 | VARNISH | SF | .30 | 42 | 12.60 |
| 199 | 00 | 077 | SANDING (2 COATS) | SF | .57 | 1,000 | 570.00 |
| 99 | .00 | 079 | STAIN | SF | .18 | 42 | 7.56 |
| 99 | .00 | 085 | EXTERIOR CAULKING | LF | 1.50 | 200 | 300.00 |
| 01 | 32 | 020 | FLAGPOLE | EA | 1,229.80 | 0 | 0 |
| 21 | 15 | FC1 | REMOVE EXIST. SERVICE COUNTER & DESKS | LF | 9.15 | 10 | 91.50 |
| IEG | OGIATED | | ASSEMBLE & INSTALL "BAKER" IRT UNITS | EA | 432.00 | 1 | 432.00 |
| IEG | OGIATED | | ASSEMBLE & INSTALL "BAKER" FURNITURE | EA | 310.00 | 1 | 310.00 |
| 21 | 15 | FC4 | INSTALL P.O. BOXES LABOR | LF | 34.32 | 40 | 1372.80 |
| | | | SUBTOTAL THIS PAGE | | | | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(7)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | [illegible] | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 57 | 43 | F01 | RELOCATE EXIST. THERMOSTAT | EA | 143.00 | 1 | 143.00 |
| 58 | 24 | C002 | CEILING FAN | EA | 332.80 | 2 | 665.60 |
| 58 | 24 | C05 | SPEED CONTROLLER | EA | 36.40 | 2 | 72.80 |
| 59 | 10 | C08 | REMOVE & REINSTALL HVAC REGISTERS | EA | 4.00 | 5 | 20.00 |
| 59 | 36 | C17 | REGISTERS FLOOR. 18"x8" | EA | 65.52 | 0 | 0 |
| 60 | 00 | 036 | F & I SINGLE POLE BREAKER | EA | 31.20 | 2 | 62.40 |
| 60 | 00 | 058 | F & I 3 WIRE #12 | LF | .62 | 310 | 192.20 |
| 60 | 00 | 010 | F & I ½" CONDUIT | LF | 1.56 | 310 | 483.60 |
| 60 | 00 | 052 | REMOVE PENDANT FLOUR. FIXTURE | EA | 31.20 | 10 | 312.00 |
| 60 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 22.88 | 0 | 0 |
| 60 | 00 | 055 | REMOVE RECESSED INCAND. FIXTURE | EA | 26.00 | 0 | 0 |
| 60 | 00 | 033 | REMOVE WIRE MOLD | LF | .78 | 0 | 0 |
| 60 | 00 | 059 | F & I PHOTO CELL | EA | 93.60 | 0 | 0 |
| 60 | 00 | 019 | PROVIDE ELECT. SERVICE | EA | 466.26 | 1 | 466.26 |
| 60 | 00 | 012 | FURNISH DEDICATED OUTLET | LF | 13.20 | 85 | 1,122.00 |
| 60 | 10 | 011 | MISC. HOURLY LABOR. ELECTRICAL | HR | 34.46 | | |
| 60 | 20 | F01 | REMOVE #12 WIRE | LF | .18 | 1,100 | 198.00 |
| 60 | 20 | F04 | REMOVE ½" CONDUIT | LF | .66 | 400 | 264.00 |
| 62 | 30 | F01 | DUPLEX RECEPTACLE | EA | 69.78 | 2 | 139.56 |
| 62 | 30 | F05 | WALL SWITCH | EA | 58.34 | 1 | 58.34 |
| 62 | 30 | F12 | WALL JUNCTION BOX | EA | 54.91 | 4 | 219.64 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(8)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 62 | 30 | F26 | Remove Switch | EA | 13.58 | 1 | 13.58 |
| 62 | 30 | F27 | Remove Duplex Receptacle | EA | 16.29 | 2 | 32.58 |
| 62 | 30 | F28 | Remove J. Box | EA | 14.66 | 2 | 29.32 |
| 62 | 30 | F31 | Relocate Wall Switch | EA | 56.62 | 0 | 0 |
| 62 | 30 | F32 | Relocate Duplex Recept. | EA | 67.49 | 0 | 0 |
| 63 | 50 | C30 | Panel Board 3 wire 100 amp | EA | 795.08 | 1 | 795.08 |
| Negociated | | | Remove Exist. Panel Board | EA | 312.52 | 1 | 312.52 |
| 66 | 10 | F24 | Surface Flour. Fixture 1'x4' | EA | 147.57 | 10 | 1475.70 |
| 66 | 10 | F2 | Exit Lite | EA | 89.23 | 1 | 89.23 |
| 66 | 10 | F3 | Emergency Lite | EA | 558.27 | 1 | 558.27 |
| 66 | 10 | F18 | Remove Surface Incandescent Fixture | EA | 21.23 | 0 | 0 |
| 66 | 10 | F27 | Recircuit Lights | EA | 20.00 | 0 | 0 |
| 66 | 50 | 115 | Exterior Lighting 55w: Sodium | EA | 338.00 | 0 | 0 |
| Negociated | | | Handicap Sign 9"x9" Entrance | EA | 52.00 | 1 | 52.00 |
| Negociated | | | Service Lobby Door Bell | EA | 55.00 | 1 | 55.00 |
| Negociated | | | Relocate Phone Outlet | EA | 60.70 | 1 | 60.70 |
| Negociated | | | New HVAC System | LS | 10,500 | 1 | 10,500 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

*INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | 62,000 |

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| PAPINEAU | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>SAM SOUTHERN |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | A29 | DEMOLITION BACKHOE | HRL. | 80.00 | 120 | 9,600 |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 9.36 | 24 | 190.94 |
| 02.2 | 00 | 010 | BACKFILL | YDS | 10.40 | 36 | 374.40 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 17.68 | 12 | 212.16 |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .05 | 214 | 9.10 |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .67 | 180 | 102.51 |
| 00.0 | 01 | A21 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 85.00 |
| 00.0 | 00 | A23 | SIDEWALK REMOVAL | SF | 1.80 | 545 | 981.00 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .93 | 32 | 25.30 |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.64 | 545 | 1983.80 |
| 033 | 00 | 018 | CONC. SLAB | SF | 26.00 | 44 | 972.40 |
| 02.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .15 | 0 | 0 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .45 | 214 | 81.86 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 137.28 | 1 | 137.28 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 100.00 | 1 | 100 |
| 02.5 | 77 | 003 | HCP LOGO | EA | 25.00 | 1 | 25 |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | ROD REBAR | LB | .62 | 40 | 21.08 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 24 | 695.03 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.76 | 25 | 37.40 |
| 061 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 29.96 | 140 | 4194.40 |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 5.20 | 160 | 707.20 |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 11.44 | 52 | 505.65 |

ATTACHMENTS:

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

Battaglini DEP. EX. NO. 7
FOR I.D., AS OF 6/11/04 K

96 B 0098 PAPINEAU

| NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT | VF | TOTAL |
|---|---|---|---|---|---|---|---|
| 3.3 | 00 | 017 | FOUNDATION WALLS | SF | 12.48 | 200 | 2,496 |
| EG | OCIATED | | HAULING; TRUCK, DRIVER | HR | 80.00 | 120 | 9,600 |
| 5.5 | 00 | 005 | HANDRAIL PIPE RAIL | LF | 31.20 | 55 | 1,458.60 |
| 5.5 | 00 | 007 | HANDRAIL 1½" | LF | 12.48 | 24 | 254.59 |
| .0 | 12 | 002 | CORE DRILL | EA. | 28.08 | 18 | 429.62 |
| .3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 31.20 | 3 | 79.56 |
| 5.5 | 80 | 035 | 1/4" WELD | LF | 5.20 | 12 | 53.04 |
| .5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 119.34 |
| .9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | 1.10 | 193 | 180.46 |
| 13 | 00 | 022 | TOP SLAB ON STAIRS | SF | 6.76 | 0 | 0 |
| 13 | 00 | 029 | CONC. STEPS | LF | 41.60 | 0 | 0 |
| 61 | 00 | 081 | MISC. CARPENTER, ROUGH, [illegible] LABOR | HR | 20.52 | 120 | 2,462.40 |
| 4 | 17 | 009 | CONC. ANCHORS | SET | 3.25 | 4 | 11.05 |
| 2 | 00 | 005 | DEMO. BRICK WALL | SF | 4.42 | 0 | 0 |
| 2 | 00 | 040 | BRICK VENEER | SF | 13.00 | 0 | 0 |
| 5 | 20 | 013 | MASONRY TOOTHING BRICK | VLF | 5.98 | 0 | 0 |
| 2 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 1 | 170.00 |
| 5 | OCIATED | | REMOVE & DISPOSE COUNTER TOP | SF | 25.00 | 0 | 0 |
| .1 | 20 | 012 | AL. STOREFRONT | EA | 1075.00 | 1 | 1,075 |
| .1 | 20 | 016 | WIDE STILE DOOR | LEAF | 296.00 | 1 | 296 |
| A | 10 | 001 | AL. FRAMING | LF | 15.60 | 21 | 327.60 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

[illegible]ATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☒ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

96 B 0098 | PAPINEAU

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 84 | 10 | 002 | 1/4" GLASS | SF | 9.36 | 0 | 0 |
| 84 | 10 | 006 | 1" INSUL. GLASS | SF | 16.64 | 21 | 349.44 |
| 84 | 10 | 010 | Remove Alum. Entry | SF | 5.20 | 21 | 109.20 |
| 84 | 10 | 011 | Remove Framing | SF | 1.30 | 21 | 27.30 |
| 84 | 10 | 012 | Remove Glass | SF | 1.09 | 21 | 22.89 |
| 71 | 11 | 014 | Caulk | LF | 1.91 | 210 | 401.10 |
| 57 | 00 | 101 | Push, Pull, & Bar Aluminum | EA | 106.39 | 1 | 90.43 |
| 87 | 00 | 109 | LCN 4020 For Handicap | EA | 230.88 | 1 | 196.25 |
| 1L | Adjust | 212 | Premium Time | % | .25 | 8762.48 | 2,190.62 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

GATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT

TOTAL 43,442.00

(1)

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| Bradley Nomp & Lobby | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMINISTRATIVE SERVICES<br>PAUL STEINBOL |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 000 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 100.00 |
| 000 | 01 | AL2 | PEEP HOLE FOR DOOR | EA | 37.50 | 1 | 37.50 |
| 000 | 03 | AL6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | 30 | 300.00 |
| 000 | 04 | AL5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | 0 | 0 |
| NEGOCIATED | | | SCOPE PROVIDE TO U.S.P.S. | L.S. | | 0 | 0 |
| NEGOCIATED | | | CONSTRUCTION PROGRESS CHART | L.S. | | 0 | 0 |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 1,100 | 506.00 |
| NEGOCIATED | | | LAYOUT OF WORK | L.S. | | 0 | 0 |
| NEGOCIATED | | | SUPERINTENDENCE OF SUBCONTRACTORS | HR. | | 0 | 0 |
| 010 | 60 | 061 | SCAFFOLDING | SF | .15 | 12,000 | 1,800 |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | 8,000 | 2,480 |
| 010 | 60 | 081 | DUST PROTECTION | SF | .83 | 2,000 | 1,660 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | 10 | 3,250 |
| 020 | 12 | 016 | MINIMUM CHARGE CORE DRILLING | JOB | 150.00 | 1 | 150.00 |
| 034 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 200 | 6,814 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 75 | 249.00 |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 115 | 106.95 |
| 055 | 00 | 045 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 130 | 101.40 |
| 055 | 00 | 052 | MIN. CHARGE, METAL FAB. | JOB | 140.40 | 1 | 140.40 |
| 061 | 00 | 001 | 2X4 WOOD STUD FRAMING | LF | 3.38 | 125 | 422.50 |
| 061 | 00 | 005 | ADD FOR 2X8 HEADER | LF | .24 | 125 | 30.00 |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | 192 | 499.20 |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | 192 | 627.84 |
| 061 | 00 | 048 | UNDERLAYMENT 1/2" | SF | 1.24 | 192 | 238.08 |

| ATTACHMENTS: | SUBTOTAL | |
|---|---|---|
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |



Battaglia DEP. EX. NO. 72
FOR I.D., AS OF 6/11/04