(2)

| ID NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 61 | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | 98 | 25.48 |
| 61 | 00 | 058 | 1 X 3 WOOD STRIPPING (LOCKBOX TRIM) | LF | .52 | 200 | 104.00 |
| 61 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | 75 | 156.00 |
| 61 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.48 | 95 | 140.60 |
| 61 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | 20 | 151.20 |
| 61 | 00 | 072 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | 12 | 99.84 |
| 61 | 00 | 077 | RELOCATE LETTER DROP | EA | 31.20 | 2 | 62.40 |
| 61 | 00 | 078 | RELOCATE STAMP MACHINE | EA | 41.60 | 0 | 0 |
| NEGOCIATED | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP | EA. | 58.60 | 1 | 58.60 |
| 61 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR. | 29.96 | 180 | 5,392.80 |
| 61 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | 180 | 3,693.60 |
| 62 | 00 | 002 | DEMOLITION 4 X 8 PANELING | SF | .41 | 0 | 0 |
| 62 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS ETC. | LF | .41 | 62 | 25.42 |
| 62 | 00 | 005 | OPTIONAL SERVICE COUNTERS | LF | 130.00 | 10 | 1,300.00 |
| 62 | 00 | 021 | MOLDING, INSTALLATION | LF | 1.04 | 125 | 130.00 |
| 62 | 00 | 024 | REMOVE EXIST. BOXES & SET UP | LF | 26.00 | 20 | 520.00 |
| 62 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | 20 | 1040.00 |
| NEGOCIATED | | | REMOVE & REINSTALL BULLITEN BOARDS | SF | 4.16 | 80 | 332.80 |
| 62 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | 1 | 52.00 |
| 62 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | 20 | 271.60 |
| 62 | 00 | 062 | MOLDING MISC. 1" X 3" | LF | 1.31 | 100 | 131.00 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

...ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(3)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | 3/4" QUARTER ROUND CUSTOM PINE | LF | 1.61 | 60 | 96.60 |
| 062 | 00 | 074 | SHELVING PINE 1"x8" | LF | 4.42 | 55 | 243.10 |
| 062 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP. UNIT | EA | 104.00 | 2 | 208.00 |
| 062 | 00 | 078 | LOCKBOX LAMINATE FOR VENDING | EA | 52.00 | 0 | 0 |
| 071 | 11 | 014 | CAULKING | LF | 1.91 | 1000 | 1,910 |
| 081 | 00 | 001 | REMOVE DOOR | EA | 12.48 | 1 | 12.48 |
| 081 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 2 | 84.24 |
| 081 | 00 | 003 | REMOVE ALL HARDWARE | EA | 18.20 | 10 | 182.00 |
| 081 | 00 | 009 | FOR VISION LITE, ADD | EA | 45.00 | 0 | 0 |
| 081 | 00 | 010 | ADD NARROW LITE | EA | 55.00 | 0 | 0 |
| 081 | 00 | 036 | 3'x7' STEEL DOOR 1 3/4" TK. 18 G. | EA | 295.00 | 0 | 0 |
| NEGOCIATED | | | 3'-6" x 7' STEEL DOOR 1 3/4" THICK 18G. | EA | 310.00 | 0 | 0 |
| 081 | 00 | 063 | 3'x7' HALF GLASS DOOR | EA | 265.00 | 0 | 0 |
| 81 | 00 | 064 | 4'x7' HALF GLASS DOOR | EA | 305.00 | 0 | 0 |
| 81 | 00 | 108 | DRYWALL FRAME 3'x7' | EA | 110.00 | 1 | 110.00 |
| 81 | 00 | 137 | REMOVE TRIM BOTTOM REINSTALL | EA | 57.20 | 0 | 0 |
| 81 | 20 | 001 | ALUMINUM FRAME 3'x7' OPNG. | EA | 280.00 | 2 | 560.00 |
| 81 | 20 | 011 | ALUMINUM DOOR & FRAME NARROW STILE | EA | 935.00 | 2 | 1,870.00 |
| 51 | 20 | 016 | ADD FOR WIDE STILE | LEAF | 296.00 | 0 | 0 |
| 52 | 11 | 007 | ADD FOR CASH WINDOW & SHELF | EA | 156.00 | 1 | 156.00 |
| 82 | 11 | 015 | WOOD DOOR | EA | 400.40 | 1 | 400.40 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

RATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

TOTAL

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(4)

| IND | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | WICKET TYPE DOOR PACKAGE, PIANO HINGE ONLY | EA | 306.40 | 1 | 306.40 |
| 82 | 11 | 017 | WEATHER STRIP DOOR | EA | 114.40 | 1 | 114.40 |
| 84 | 10 | 001 | ALUMINUM FRAMING | LF | 15.60 | 40 | 624.00 |
| 84 | 10 | 002 | 1/4" TEMPERED GLASS | SF | 9.36 | 42 | 393.12 |
| 84 | 10 | 006 | 1" INSUL. GLASS | SF | 16.64 | 42 | 698.88 |
| 84 | 10 | 010 | REMOVE ALUMINUM ENTRY | SF | 5.20 | 42 | 218.40 |
| 84 | 10 | 011 | REMOVE WINDOW FRAMING | SF | 1.30 | 0 | 0 |
| 84 | 10 | 012 | REMOVE WINDOW GLASS | SF | 1.09 | 0 | 0 |
| 84 | 10 | 017 | ALUMINUM STOREFRONT | SF | 15.44 | 84 | 1296.96 |
| NEGOCIATED | | | ALUMINUM WINDOW, AWNING, SCREEN, LABOR | SF | 52.78 | 0 | 0 |
| NEGOCIATED | | | MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION SCHLAGE L9080 | EA | 300.73 | 0 | 0 |
| 87 | 00 | 016 | DOOR FLOOR STOPS | EA | 26.00 | 0 | 0 |
| 87 | 00 | 018 | WALL STOPS | EA | 10.40 | 2 | 20.80 |
| 87 | 00 | 020 | DOOR HOLDER | EA | 124.80 | 0 | 0 |
| 87 | 00 | 023 | KICK PLATE | LF | 20.80 | 0 | 0 |
| 87 | 00 | 030 | HINGES | PR | 98.80 | 3 | 296.40 |
| 87 | 00 | 046 | CLOSER 36" | EA | 147.68 | 2 | 295.36 |
| 87 | 00 | 048 | CLOSER 48" | EA | 147.68 | 0 | 0 |
| 87 | 00 | 088 | LOCKSET, OFFICE DOORS | EA | 131.56 | 0 | 0 |
| 87 | 00 | 093 | PUSH PLATE | EA | 68.64 | 2 | 137.28 |
| 87 | 00 | 094 | DOOR PULL | EA | 80.08 | 2 | 160.16 |
| | | | SUBTOTAL THIS PAGE | | | | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(5)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 87 | 00 | 096 | FLUSH BOLTS | EA | 44.61 | 0 | 0 |
| 87 | 00 | 098 | DEAD BOLT | EA | 77.79 | 2 | 155.58 |
| 87 | 00 | 101 | ALUMINUM PUSH & PULL BAR | EA | 106.39 | 0 | 0 |
| 87 | 00 | 102 | THRESHOLD ALUMINUM | LF | 22.88 | 6 | 137.28 |
| 'ECOGIATED | | | DOOR SWEEP | LF | 5.65 | 6 | 33.90 |
| 87 | 00 | 108 | LCN4040 CLOSER | EA | 241.28 | 2 | 482.56 |
| 88 | 00 | 008 | INSULATING PANEL | SF | 5.20 | 0 | 0 |
| 92 | 50 | 001 | DEMO. DRYWALL FROM FRAMING | SF | 0.26 | 125 | 32.50 |
| 92 | 50 | 005 | ACCESSORIES J.L.U. BEAD | LF. | .93 | 40 | 37.20 |
| 92 | 50 | 007 | DRYWALL | SF. | 1.82 | 320 | 582.40 |
| 92 | 50 | 011 | ADD FOR 5/8" | SF | .05 | 320 | 16.00 |
| 92 | 50 | 014 | CORNER & CASING BEAD | LF | 1.09 | 40 | 43.60 |
| 92 | 50 | 019 | FINISHING GYP. WALLS | SF | .23 | 320 | 73.60 |
| 96 | 60 | 016 | VINYL COMP. TILE | SF | 1.35 | 10 | 13.50 |
| 96 | 60 | 021 | REDUCERS | LF | 3.38 | 6 | 20.28 |
| 96 | 60 | 026 | VINYL BASE | LF | 1.71 | 40 | 68.40 |
| 96 | 60 | 027 | ADD FOR COLOR | LF | .10 | 40 | 4.00 |
| 96 | 60 | 030 | MIN. CHARGE EPOXY | JOB | 520.00 | 0 | 0 |
| 96 | 60 | 039 | PATCH FLOOR TILE TO MATCH EXIST. | JOB | 67.60 | 0 | 0 |
| 96 | 60 | 045 | LEVELING | SF | .52 | 0 | 0 |
| 99 | 00 | 007 | SCRAPING LOOSE PAINT | SF | .52 | 200 | 104.00 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(6)

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 99 | 00 | 008 | PATCH CRACKS | LF | .31 | 0 | 0. |
| 99 | 00 | 016 | FINISH COAT ON MASONRY | SF | .28 | 0 | 0 |
| 99 | 00 | 017 | PAINT DRYWALL PETL COAT (3) | SF | .22 | 960 | 211.20 |
| 99 | 00 | 024 | PAINT ONE COAT DOOR & FRAME | SF | .62 | 0 | 0 |
| 99 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .62 | 960 | 595.20 |
| 99 | 00 | 026 | PAINT WINDOWS | SF | .93 | 0 | 0 |
| 99 | 00 | 050 | PAINT WOOD TRIM | LF | .70 | 0 | 0 |
| 99 | 00 | 053 | PAINT BRUSH WORK | SF | .50 | 240 | 120.00 |
| 99 | 00 | 055 | PAINT CEILING | SF | .34 | 0 | 0 |
| 99 | 00 | 056 | PAINT WOODWORK (LOCKBOX BAFFLE) | SF | .44 | 60 | 26.40 |
| 99 | 00 | 060 | PAINT MASONRY | SF | .55 | 0 | 0 |
| 99 | 00 | 067 | PAINT PIPES | LF | 1.30 | 10 | 13.00 |
| 99 | 00 | 074 | VARNISH | SF | .30 | 42 | 12.60 |
| 99 | 00 | 077 | SANDING (2 COATS) | SF | .57 | 120 | 68.40 |
| 99 | .00 | 079 | STAIN | SF | .18 | 320 | 57.60 |
| 99 | 00 | 085 | EXTERIOR CAULKING | LF | 1.50 | 35 | 52.50 |
| 01 | 32 | 020 | FLAGPOLE | EA | 1,229.80 | 0 | 0 |
| 1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTER & DESKS | LF | 9.15 | 20 | 183.00 |
| NEGOTIATED | | | ASSEMBLE & INSTALL "BAKER" 1 PT UNITS | EA | 432.00 | [illegible] | 1,230 |
| NEGOTIATED | | | ASSEMBLE & INSTALL "BAKER" FURNITURE | EA | 310.00 | 2 | 620.00 |
| 1 | 15 | F04 | INSTALL P.O. BOXES LABOR | LF | 34.32 | 20 | 686.40 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(7)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 57 | 43 | F01 | RELOCATE EXIST. THERMOSTAT | EA | 143.00 | 1 | 143.00 |
| 58 | 24 | 002 | CEILING FAN | EA | 332.80 | 2 | 665.60 |
| 58 | 24 | 005 | SPEED CONTROLLER | EA | 36.40 | 2 | 72.80 |
| 9 | 10 | 008 | REMOVE & REINSTALL HVAC REGISTERS | EA | 4.00 | 1 | 4.00 |
| 59 | 36 | 017 | REGISTERS FLOOR 18"x8" | EA | 65.52 | 0 | 0 |
| 60 | 00 | 036 | F & I SINGLE POLE BREAKER | EA | 31.20 | 2 | 62.40 |
| 60 | 00 | 038 | F & I 3 WIRE #12 | LF | .62 | 150 | 93.00 |
| 60 | 00 | 040 | F & I ½" CONDUIT | LF | 1.56 | 150 | 234.00 |
| 60 | 00 | 052 | REMOVE PENDANT FLOUR. FIXTURE | EA | 31.20 | 30 | 936.00 |
| 60 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE. | EA | 22.88 | 0 | 0 |
| 60 | 00 | 055 | REMOVE RECESSED INCAND. FIXTURE | EA | 26.00 | 0 | 0 |
| 60 | 00 | 063 | REMOVE WIRE MOLD | LF | .78 | 0 | 0 |
| 60 | 00 | 069 | F & I PHOTO CELL | EA | 93.60 | 0 | 0 |
| 60 | 00 | 079 | PROVIDE ELECT. SERVICE | EA | 466.26 | 0 | 0 |
| 60 | 00 | 082 | FURNISH DEDICATED OUTLET | LF | 13.20 | 2 | 26.40 |
| 60 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 34.46 | 180 | 6,202.80 |
| 60 | 20 | F01 | REMOVE #12 WIRE | LF | .18 | 0 | 0 |
| 60 | 20 | F04 | REMOVE ½" CONDUIT | LF | .66 | 0 | 0 |
| 62 | 30 | F01 | DUPLEX RECEPTACLE | EA | 69.78 | 2 | 139.56 |
| 62 | 30 | F05 | WALL SWITCH | EA | 58.34 | 0 | 0 |
| 62 | 30 | F10 | WALL JUNCTION BOX | EA | 54.91 | 4 | 219.64 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

M. TIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(8)

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 2 | 30 | F26 | Remove Switch | EA | 13.58 | 0 | 0 |
| 2 | 30 | F27 | Remove Duplex Receptacle | EA | 16.29 | 2 | 32.58 |
| 02 | 30 | F28 | Remove J. Box | EA | 14.66 | 2 | 29.32 |
| 2 | 30 | F31 | Relocate Wall Switch | EA | 56.62 | 0 | 0 |
| 2 | 30 | F32 | Relocate Duplex Recept. | EA | 67.49 | 0 | 0 |
| 63 | 50 | 030 | Panel Board 3 wire 100 amp | EA | 795.08 | 0 | 0 |
| Negociated | | | Remove Exist. Panel Board | EA | 312.52 | 0 | 0 |
| 66 | 10 | F04 | Surface Flour. Fixture 1'x4' | EA | 147.57 | 30 | 4427.10 |
| 66 | 10 | F12 | Exit Lite | EA | 89.23 | 1 | 89.23 |
| 66 | 10 | F13 | Emergency Lite | EA | 558.27 | 1 | 558.27 |
| 66 | 10 | F18 | Remove Surface Incandescent Fixture | EA | 21.23 | 0 | 0 |
| 66 | 10 | F27 | Recircuit Lights | EA | 20.00 | 0 | 0 |
| 66 | 50 | 115 | Exterior Lighting 55w: Sodium | EA | 338.00 | 1 | 338.00 |
| Negociated | | | Handicap Sign 9"x9" Entrance | EA | 52.00 | 1 | 52.00 |
| Negociated | | | Service Lobby Door Bell | EA | 55.00 | 1 | 55.00 |
| Negociated | | | Relocate Phone Ol. Lot | EA | 60.70 | 1 | 60.70 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| BRADLEY, IL. Ramp & Lobby | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>PAUL STEINER |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | AL | DEMOLITION BACKHOE | HR. | 80.00 | 220 | 17,600 |
| 02.2 | 00 | 00 | EXCAVATE | YDS. | 9.36 | 945 | 8,845.20 |
| 02.2 | 00 | 01C | BACKFILL | YDS. | 10.40 | 110 | 1,144 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 17.68 | 65 | 1,154.40 |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .05 | 0 | 0 |
| 02.5 | 15 | 00 | SAWCUT PER INCH (3" DEEP) 100' | LF | .67 | 1,050 | 703.50 |
| 00.0 | 01 | AL | HAUL AWAY DEBRIS | LS | 100.00 | 2 | 200.00 |
| 00.0 | 00 | AL | SIDEWALK REMOVAL | SF | 1.80 | 480 | 864.00 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .93 | 1,100 | 1,023 |
| 02.5 | 15 | 019 | CONC. SIDEWALK | SF | 3.64 | 375 | 1,365 |
| 02.5 | 15 | 019 | CONC. PAVING | SF | 4.42 | 480 | 2121.60 |
| 02.5 | 15 | 005 | ADD FOR OVER 6" THICK REMOVAL | SF | .15 | 250 | 37.50 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .45 | 1,100 | 495.00 |
| 10.1 | 77 | F0 | TRAFFIC CONTROL SIGN & POST | EA | 137.28 | 0 | 0 |
| 10.1 | 77 | 06 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 100.00 | 0 | 0 |
| 02.5 | 77 | 005 | HCP LOGO | EA | 25.00 | 0 | 0 |
| 02.5 | 15 | 03 | MIN. CHARGE CURB REMOVAL | JOB | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .62 | 200 | 124.00 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 260 | 8,858.20 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.76 | 200 | 352 |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 29.96 | 320 | 9,587.20 |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 5.20 | 400 | 2,080 |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 11.44 | 920 | 10,524.80 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | Q/A | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 3.3 | 00 | 017 | FOUNDATION WALLS | SF | 12.48 | 920 | 11,481.60 |
| DEDICATED | | | HAULING; TRUCK & DRIVER | HR | 80.00 | 210 | 16,800 |
| 5.5 | 00 | 005 | HANDRAIL PIPE RAIL | LF | 31.20 | 0 | 0 |
| 5.5 | 00 | 027 | HANDRAIL 1½" | LF | 12.48 | 0 | 0 |
| 2.0 | 12 | 002 | CORE DRILL (FOR HANDRAILS) | EA. | 28.08 | 25 | 702.00 |
| 3.3 | 00 | 010 | EPOXY BONDING AGENT | GAL | 31.20 | 10 | 312.00 |
| 5.5 | 80 | 015 | ¼" WELD | LF | 5.20 | 100 | 520.00 |
| 5.5 | 00 | 012 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 140.40 |
| 1.9 | 00 | 013 | PAINT RAILS, POST ETC. | LF | 1.10 | 225 | 247.50 |
| 10 | 50 | 01 | BARRICADES (7) PER DAY, PER UNIT (10) | EA | .65 | 0 | 0 |
| .0 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 0 | 0 |
| 61 | 00 | 031 | MISC. HRLY ROUGH CARPENTER | HR | 20.52 | 240 | 4924.80 |
| 10 | 60 | 012 | DUMPSTER | EA | 325.00 | 10 | 3,250.00 |
| 21 | 11 | 015 | SITE REMOVAL OF TREES | EA | 624.00 | 0 | 0 |
| 2 | 00 | 016 | TOP SOIL | YDS | 13.00 | 0 | 0 |
| 2 | 00 | 018 | PLOW SUBGRADE | SY | 1.64 | 0 | 0 |
| 19 | 00 | 019 | SEEDING | JOB | 52.00 | 1 | 52.00 |
| 3 | 00 | 029 | CONC. STEPS | LF | 41.60 | 150 | 6,240.00 |
| 33 | 00 | 022 | STAIR, LANDINGS & RAMPS TOP SLAB | SF | 6.76 | 100 | 676.00 |
| 12 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 1 | 200.00 |
| 5 | 00 | 031 | REMOVE HANDRAIL | LF | 2.91 | 110 | 320.10 |
| 5 | 00 | 025 | ANCHOR BOLTS | EA | 6.34 | 25 | 158.50 |
| 5 | 00 | 006 | PICKET RAILING | LF | 46.80 | 225 | 10,530 |

CATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | 187,352.00 |

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96-B-0094 | | | | 9/17/96 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| BERWICK P.O. SITE PREP & FOUNDATION WORK | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>BRUCE ROTHERMEL |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN. PRICE |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | DEMOLITION, BACKHOE & OPERATOR (FOR CONC. PAVING, SEPTIC) | HR. | 115.00 | 32. | 3,680.00 |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 8.04 | 175 | 1,407.00 |
| 02.2 | 00 | 010 | BACKFILL W/ONSITE MAT'L. | YDS | 8.93 | 60 | 535.80 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 15.19 | 70 | 1,063.30 |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .04 | 1,100 | 44.00 |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .58 | 25 | 14.50 |
| 00.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 85.00 | 1 | 85.00 |
| 00.0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.55 | 100 | 155.00 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .80 | 25 | 20.00 |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.13 | 200 | 626.00 |
| NEGOCIATED | | | LAYOUT OF WORK @ SITE | HR. | 34.50 | 10 | 345.00 |
| NEGOCIATED | | | PROVIDE SCOPE VISIT & CONTRACT DOCUMENTS | L.S. | 375.00 | 1 | 375.00 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .39 | 900 | 351.00 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 117.92 | 1 | 117.92 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 53.26 | 1 | 53.26 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 85.00 | 1 | 85.00 |
| 02.5 | 77 | 003 | HCP LOGO | EA | 21.48 | 1 | 21.48 |
| 022 | 00 | 015 | BACKFILL W/OFF SITE MAT'L. | YDS | 8.84 | 30 | 265.20 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .53 | 600 | 318.00 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 29.81 | 24 | 715.44 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.51 | 50 | 75.50 |
| 061 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 25.74 | 24 | 617.76 |
| 03.3 | 00 | 016 | ISOLATED FOOTINGS | SF | 7.07 | 36 | 254.52 |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 9.83 | 145 | 1425.35 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 12,651.03 |
| MULTIPLIER | |
| TOTAL | |

[X] CONTINUED  [ ] TOTAL WORK ORDER AMOUNT



Battaglia DEP. EX. NO. 73
FOR I.D., AS OF 6/11/04

Bell, Boyd & Lloyd 6/3/2004 5:42 PAGE 8/15 RightFax
JUN-03-2004 17:45 P.07

| 96-B-0094 | | | | Betwick P.O. | | | 9/17/96 |
|---|---|---|---|---|---|---|---|
| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
| 03.3 | 00 | 017 | Foundation Walls | SF | 10.72 | 400 | 4,288.00 |
| NEG | OCIATED | | Hauling; Truck & Driver (For conc. paving, septi...) | HR | 110.00 | 32 | 3,520.00 |
| 05.5 | 00 | 027 | Expansion Anchors 3/4" x 7" | EA | 9.72 | 12 | 116.64 |
| 072 | 10 | 011 | 2" Rigid Insulation | SF | 1.01 | 288 | 290.88 |
| 12.0 | 12 | 016 | Core Drill | JOB | 127.50 | 1 | 127.50 |
| 03.3 | 00 | 030 | Epoxy Bonding Agent | GAL | 26.80 | 2 | 53.60 |
| 05.5 | 00 | 019 | Misc. Steel Items | LB | .57 | 120 | 68.40 |
| 05.5 | 00 | 052 | Min. Charge Metal Fabrication (Foundation Vents) | JOB | 119.34 | 1 | 119.34 |
| 025 | 13 | 013 | Tack Coat | SY | .53 | 120 | 63.60 |
| 022 | 00 | 006 | Trench Excavation For Utilities | YDS³ | 5.30 | 50 | 265.00 |
| 022 | 00 | 026 | Top Soil | YDS³ | 11.05 | 45 | 497.25 |
| 024 | 00 | 013 | Drainage Pipe 8" Dia. | LF | 5.97 | 100 | 597.00 |
| 024 | 00 | 017 | PVC Pipe 4" Dia. | LF | 2.43 | 30 | 72.90 |
| 025 | 13 | 003 | Remove Bituminous Paving | SY | 3.09 | 120 | 370.08 |
| 025 | 13 | 001 | Asphalt Saw Cut | LF | .53 | 132 | 69.96 |
| 025 | 13 | 007 | Bituminous Paving, Base 1½" | SY | 2.52 | 120 | 302.40 |
| 025 | 13 | 034 | Bituminous Paving, Surface 1½" | SY | 2.74 | 120 | 328.80 |
| 025 | 15 | 028 | Bulkhead Curb | LF | 7.74 | 86 | 278.64 |
| 029 | 00 | 001 | Crushed Rock | TON | 35.36 | 5 | 176.80 |
| 029 | 00 | 002 | Wood Chips | CY | 30.94 | 4 | 123.76 |
| 029 | 00 | 003 | Plantings | EA | 1.55 | 10 | 15.50 |
| | | | SUBTOTAL THIS PAGE | | | | 11,746.05 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | 12,651.03 | | |

| | | |
|---|---|---|
| INDICATES NON-WORKING HOUR PRICES | SUBTOTAL | 24,397.08 |
| | MULTIPLIER | |
| ☒ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

(3)

96 · B · 0094 · L. P. CONSULTING GROUP INC. BERWICK P.O. 9/17/96

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 029 | 00 | 004 | 4 MIL POLY UNDERLAYMENT | SY | .44 | 12 | 5.28 |
| 029 | 00 | 006 | 2" DIA. TREE SHADE | EA | 198.90 | 2 | 397.80 |
| 029 | 00 | 011 | TREE DELIVERY | MILES | 2.65 | 25 | 66.25 |
| 029 | 00 | 013 | SHRUBS 18" DIA. | EA | 26.52 | 2 | 53.04 |
| NEGOCIATED. | | | HYDRO SEED, INCL. LIME, FERTILIZER & EQUIP. | L.S. | 875.00 | 1 | 875.00 |
| 033 | 90 | 031 | 6 MIL VAPOR BARRIER | SF | .10 | 900 | 90.00 |
| 034 | 17 | 004 | DOWNSPOUT SPLASH BLOCK | EA | 23.36 | 2 | 46.72 |
| 0.1 | 32 | 020 | FLAGPOLE 25' INCL. CONC. BASE | EA | 1045.33 | 1 | 1,045.33 |
| 54 | 30 | 003 | SEPTIC TANK & FIELD 900 GAL. & FIELD | JOB | 1,458.60 | 1 | 1,458.60 |
| 22 | 00 | 001 | EXCAVATE FOR SEPTIC TANK & FIELD | YDS | 3.98 | 110 | 437.80 |
| NEGOCIATED | | | CONNECTION THRU FOUNDATION WALL TO | | | | |
| | | | WASTE LINE SYSTEM | JOB | 475.00 | 1 | 475.00 |
| TO | BE | VERIFIED WITH EACH UTILITY HOOK UP LOCATIONS. | | | | | |
| TO BE NEGOCIATED) | | | GAS LINE HOOK UP OR RELOCATE EXIST. | | | | |
| | | | WATER (WELL HOOK UP) & ELECTRICAL. | | | | |
| 71 | 60 | 001 | CLEAN & PREP WALL FOR DAMPPROOFING | SF | .22 | 432 | 95.04 |
| 71 | 60 | 002 | BITUMINOUS COAT FOR FOUNDATION | SF | .97 | 432 | 419.04 |
| 55 | 00 | 021 | ANCHORS FOR 2" INSULATION | EA | 2.21 | 105 | 232.05 |
| NEGOCIATED | | | FOUNDATION ACCESS PANEL 16"x24" | EA | 250.00 | 1 | 250.00 |
| 72 | 10 | 016 | INSULSTUD NAILER | SF | .75 | 288 | 216.00 |
| 72 | 10 | 018 | FOR BLUEBOARD ADD | SF | .35 | 288 | 100.80 |

SUBTOTAL FROM PREVIOUS PAGE(S) 24,397.08

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL 6,263.75

MULTIPLIER

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT

TOTAL 30,660.83

BERWICK P.O. No Scale



# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96 B 0094 | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| Brookfield Ramp & Dock Encl. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | Administrative Services<br>Jesse McNabb |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTE[NDED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | A19 | Demolition Backhoe | HR. | 80.00 | 120 | 9,600 |
| 02.2 | 00 | 002 | Excavate | YDS | 9.86 | 270 | 2,5[illegible] |
| 02.2 | 00 | 010 | Backfill | YDS | 10.40 | 150 | 1,560.[illegible] |
| 02.2 | 00 | 019 | Base Material | YDS | 17.68 | 80 | 1414.4[illegible] |
| 02.2 | 00 | 029 | Surface Grading | SF | .05 | 0 | 0 |
| 02.5 | 15 | 001 | Sawcut Per inch (8" deep) 100' | LF | .67 | 1,000 | 670.00 |
| 00.0 | 01 | A11 | Haul Away Debris | LS | 100.00 | 1 | 100.00 |
| [illegible].0 | 00 | A13 | Sidewalk Removal | SF | 1.80 | 250 | 450.00 |
| 2.5 | 15 | 012 | Expansion Jt. | LF | .93 | 110 | 102.30 |
| 02.5 | 15 | 014 | Conc. Sidewalk | SF | 3.64 | 110 | 400.4[illegible] |
| 02.5 | 15 | 019 | Conc. Paving | SF | 4.42 | 55 | 243.10 |
| 02.5 | 15 | 002 | Add for over 6" thick Removal | SF | .15 | 0 | 0 |
| 02.5 | 15 | 024 | Reinforcing Mesh | SF | .45 | 300 | 135.00 |
| 10.1 | 77 | F01 | Traffic Control Sign & Post | EA | 137.28 | [illegible] | 0 |
| 10.1 | 77 | 061 | Furnish & install HCP Parking Sign to Post | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | Pavement Marking | JOB | 100.00 | 0 | 0 |
| 02.5 | 77 | 003 | HCP Logo | EA | 25.00 | 0 | 0 |
| 02.5 | 15 | 039 | Min. Charge Curb Removal | JOB | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | Rod Reinf. | LB | .62 | 1,100 | 682.00 |
| 03.4 | 17 | 013 | Misc. Hourly Labor Mason | HR | 34.07 | 160 | 5,451.[illegible] |
| 03.3 | 00 | 033 | Non-Shrink Grout | LB | 1.76 | 0 | 0 |
| 06.1 | 00 | 080 | Misc. Hourly Labor Carpenter | HR | 29.96 | 160 | 4793.6[illegible] |
| 03.3 | 00 | 013 | Slab on Ramp | SF | 5.20 | 475 | 2,470.[illegible] |
| 03.3 | 00 | 015 | Continuous Footings | LF | 11.44 | 100 | 1,14[illegible] |

| ATTACHMENTS: | | |
|---|---|---|
| | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |



Battaglia DEP. EX. NO. 76

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 03.3 | 00 | 017 | FOUNDATION WALLS | SF | 12.48 | [illegible] | 4736.00 |
| NEGOCIATED | | | HAULING; TRUCK & DRIVER | HR | 80.00 | [illegible] | 9,600.00 |
| 05.5 | 00 | 005 | HANDRAIL PIPE RAIL | LF | 31.20 | | 0 |
| 05.5 | 00 | 007 | HANDRAIL 1½" | LF | 12.48 | | 0 |
| 02.0 | 12 | 002 | CORE DRILL (FOR HANDRAILS) | EA. | 28.08 | 20 | 561.60 |
| 03.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 31.20 | 5 | 156.00 |
| 05.5 | 80 | 035 | ¼" WELD | LF | 5.20 | 75 | 390.00 |
| 05.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 140.40 |
| 09.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF | 1.10 | [illegible] | 253.00 |
| 010 | 50 | 011 | BARRICADES (?) PER DAY, PER UNIT (10) | EA | .65 | 12 | 7.80 |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | | 0 |
| 061 | 00 | 081 | MISC. HRLY ROUGH CARPENTER | HR | 20.52 | 110 | 2,257.20 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | | 0 |
| 1 | 11 | 005 | SITE REMOVAL OF TREES | EA | 624.00 | | 0 |
| 122 | 00 | 026 | TOP SOIL | YDS | 13.00 | | 0 |
| 122 | 00 | 038 | PLOW SUBGRADE | SY | 1.64 | | 0 |
| 129 | 00 | 029 | SEEDING | JOB | 52.00 | | 0 |
| 133 | 00 | 029 | CONC. STEPS | LF | 41.60 | 50 | 2080.00 |
| 133 | 00 | 022 | STAIR, LANDINGS & RAMPS TOP SLAB | SF | 6.76 | 220 | 1487.20 |
| 042 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 1 | 200.00 |
| 155 | 00 | 031 | REMOVE HANDRAIL | LF | 2.91 | 80 | 232.80 |
| 155 | 00 | 025 | ANCHOR BOLTS | EA | 6.34 | 20 | 126.80 |
| 155 | 00 | 006 | PICKET RAILING | LF | 46.80 | 110 | 5148.00 |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | [illegible].00 |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT