(1)

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| BROOKFIELD Ramp & DOCK ENCLOSURE | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMINISTRATIVE SERVICES<br>JESSE McNEOB |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN[DED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| 000 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | | 100 |
| 000 | 01 | AL2 | PEEP HOLE FOR DOOR | EA | 37.50 | | |
| 000 | 03 | AL6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | | |
| 000 | 04 | AL5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | | |
| NEGOCIATED | | | SCOPE PROVIDE TO U.S.P.S. | L.S. | | | |
| NEGOCIATED | | | CONSTRUCTION PROGRESS CHART | L.S. | | | |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | | |
| NEGOCIATED | | | LAY OUT OF WORK. | L.S. | | | |
| NEGOCIATED | | | SUPERINTENDENCE OF SUBCONTRACTORS | HR. | | | |
| 010 | 60 | 061 | SCAFFOLDING | SF | .15 | [illegible],000 | 1,500 |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | | |
| 010 | 60 | 081 | DUST PROTECTION. | SF | .83 | | |
| 010 | 60 | 092 | DUMPSTER | EA | 825.00 | 0 | 3,25[illegible] |
| 020 | 12 | 016 | MINIMUM CHARGE · CORE DRILLING | JOB | 150.00 | 1 | 150 |
| 034 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 60 | 5,451 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 100 | 332.0[illegible] |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 50 | 46.5[illegible] |
| 055 | 00 | 045 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 110 | 85.8 |
| 055 | 00 | 052 | MIN. CHARGE, METAL FAB. | JOB | 140.40 | | |
| 061 | 00 | 001 | 2x4 WOOD STUD FRAMING | LF | 3.38 | | |
| 061 | 00 | 005 | ADD FOR 2x8 HEADER | LF | .24 | | |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | | |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | | |
| 061 | 00 | 048 | UNDERLAYMENT 1/2" | SF | 1.24 | | |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(2)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | V/F | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | | |
| 61 | 00 | 058 | 1X3 WOOD STRIPPING (LOCKBOX TRIM) | LF | .52 | | |
| 61 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | | |
| 61 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.48 | | |
| 61 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | | |
| 161 | 00 | 072 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | | |
| 161 | 00 | 077 | RELOCATE LETTER DROP | EA | 31.20 | | |
| 161 | 00 | 078 | RELOCATE STAMP MACHINE | EA | 41.60 | | |
| NEGOCIATED | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP | EA. | 58.60 | | |
| 161 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR. | 29.96 | [illegible] | 1198.40 |
| 61 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | [illegible] | 1462.40 |
| 162 | 00 | 002 | DEMOLITION 4X8 PANELING | SF | .41 | | |
| 162 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS ETC. | LF | .41 | | |
| 2 | 00 | 005 | OPTIONAL SERVICE COUNTERS | LF | 130.00 | | |
| 162 | .00 | 021 | MOLDING, INSTALLATION | LF | 1.04 | | |
| 162 | 00 | 024 | REMOVE EXIST. BOXES & SET UP | LF | 26.00 | | |
| 162 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | | |
| NEGOCIATED | | | REMOVE & REINSTALL BULLITEN BOARDS | SF | 4.16 | | |
| 162 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | | |
| 162 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | | |
| 162 | 00 | 062 | MOLDING MISC. 1"x3" | LF | 1.31 | | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | V/F | TOTAL $ |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | 3/4" QUARTER ROUND CUSTOM PINE | LF | 1.61 | | |
| 162 | 00 | 074 | SHELVING PINE 1"x8" | LF | 4.42 | | |
| 162 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP. UNIT | EA | 104.00 | | |
| 162 | 00 | 078 | LOCKBOX LAMINATE FOR VENDING | EA | 52.00 | | |
| 171 | 11 | 014 | CAULKING | LF | 1.91 | | 328.00 |
| 281 | 00 | 001 | REMOVE DOOR | EA | 12.48 | | |
| 281 | 00 | 002 | REMOVE FRAME | EA | 42.12 | | [illegible] |
| 281 | 00 | 003 | REMOVE ALL HARDWARE | EA | 18.20 | | [illegible] |
| 281 | 00 | 009 | FOR VISION LITE, ADD. | EA. | 45.00 | | |
| 281 | 00 | 010 | ADD NARROW LITE | EA | 55.00 | | |
| 281 | 00 | 036 | 3'x7' STEEL DOOR 1 3/4" TK. 18 G. | EA | 295.00 | | |
| NEGOCIATED | | | 3'-6" x 7' STEEL DOOR 1 3/4" THICK 18G. | EA | 310.00 | | |
| 281 | 00 | 063 | 3'x7' HALF GLASS DOOR | EA | 265.00 | | |
| | 00 | 064 | 4'x7' HALF GLASS DOOR | EA | 305.00 | | |
| 281 | 00 | 108 | DRYWALL FRAME 3'x7' | EA | 110.00 | | |
| 281 | 00 | 137 | REMOVE TRIM BOTTOM. REINSTALL. | EA | 57.20 | | |
| 281 | 20 | 001 | ALUMINUM FRAME 3'x7' OPNG. | EA | 280.00 | 1 | [illegible] |
| 281 | 20 | 011 | ALUMINUM DOOR & FRAME NARROW STILE | EA | 935.00 | 1 | 740.00 |
| 281 | 20 | 016 | ADD FOR WIDE STILE | LEAF | 296.00 | | |
| 282 | 11 | 007 | ADD FOR CALL WINDOW & SHELF | EA | 156.00 | | |
| 282 | 11 | 015 | WOOD DOOR | EA | 400.40 | | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| NEGOCIATED | | | WICKET TYPE DOOR PACKAGE, PIANO HINGE ONLY | EA | 306.40 | | |
| | 11 | 017 | WEATHER STRIP DOOR | EA | 114.40 | | |
| 84 | 10 | 001 | ALUMINUM FRAMING | LF | 15.60 | 40 | 624.00 |
| 84 | 10 | 002 | 1/4" TEMPERED GLASS | SF | 9.36 | [illegible] | 393.12 |
| 84 | 10 | 006 | 1" INSUL. GLASS | SF | 16.64 | [illegible] | 698.88 |
| 84 | 10 | 010 | REMOVE ALUMINUM ENTRY | SF | 5.20 | 42 | 218.40 |
| 84 | 10 | 011 | REMOVE WINDOW FRAMING | SF | 1.30 | | |
| 84 | 10 | 012 | REMOVE WINDOW GLASS | SF | 1.09 | | |
| 84 | 10 | 017 | ALUMINUM STOREFRONT | SF | 15.44 | 34 | 296.96 |
| NEGOCIATED | | | ALUMINUM WINDOW, AWNING, SCREEN, LABOR | SF | 52.78 | | |
| NEGOCIATED | | | MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION SCHLAGE L9080 | EA | 300.73 | | |
| 87 | 00 | 016 | DOOR FLOOR STOPS | EA | 26.00 | | |
| 87 | 00 | 018 | WALL STOPS | EA | 10.40 | 2 | 20.80 |
| | 00 | 020 | DOOR HOLDER | EA | 124.80 | | |
| | 00 | 023 | KICK PLATE | LF | 20.80 | | |
| 87 | 00 | 030 | HINGES | PR | 98.80 | [illegible] | 296.40 |
| 87 | 00 | 046 | CLOSER 36" | EA | 147.68 | [illegible] | 295.36 |
| 87 | 00 | 048 | CLOSER 48" | EA | 147.68 | | |
| 87 | 00 | 088 | LOCKSET, OFFICE DOORS | EA | 131.56 | | |
| 87 | 00 | 093 | PUSH PLATE | EA | 68.64 | | 3728 |
| 87 | 00 | 094 | DOOR PULL | EA | 80.08 | [illegible] | 160.16 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

| [illegible] NO | NTY. | UNIT | [illegible] DESCRIPTION | U.M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 7 | 00 | 096 | FLUSH BOLTS | EA | 44.61 | | |
| 1 | 00 | 098 | DEAD BOLT | EA | 77.79 | | |
| 87 | 00 | 101 | ALUMINUM PUSH & PULL BAR | EA | 106.39 | | |
| 87 | 00 | 102 | THRESHOLD ALUMINUM | LF | 22.88 | [illegible] | 114.56 |
| /ECOCIATED. | | | DOOR SWEEP | LF | 5.65 | [illegible] | 67.80 |
| 87 | 00 | 108 | LCN 4040 CLOSER | EA | 241.28 | [illegible] | 723.84 |
| 8.8 | 00 | 008 | INSULATING PANEL | SF | 5.20 | | |
| 92 | 50 | 001 | DEMO. DRYWALL FROM FRAMING | SF | 0.26 | | |
| 92 | 50 | 005 | ACCESSORIES J.L.U. BEAD | LF. | .93 | | |
| 92 | 50 | 007 | DRYWALL | SF. | 1.82 | | |
| 92 | 50 | 011 | ADD FOR 5/8" | SF | .05 | | |
| 92 | 50 | 014 | CORNER & CASING BEAD | LF | 1.09 | | |
| 92 | 50 | 019 | FINISHING GYP. WALLS | SF | .23 | | |
| [illegible] | 60 | 016 | VINYL COMP. TILE | SF | 1.35 | | |
| 96 | 60 | 021 | REDUCERS | LF | 3.38 | | |
| 96 | 60 | 026 | VINYL BASE | LF | 1.71 | | |
| 96 | 60 | 027 | ADD FOR COLOR | LF | .10 | | |
| 96 | 60 | 030 | MIN. CHARGE EPOXY | JOB | 520.00 | | |
| 96 | 60 | 039 | PATCH FLOOR TILE TO MATCH EXIST. | JOB | 67.60 | | |
| 96 | 60 | 045 | LEVELING | SF | .52 | | |
| 99 | 00 | 007. | SCRAPING LOOSE PAINT | SF | .52 | | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

[illegible]ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(6)

| GNO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| [illegible] | 00 | 008 | PATCH CRACKS | LF | .31 | | |
| 99 | 00 | 016 | FINISH COAT ON MASONRY | SF | .28 | | |
| 99 | 00 | 017 | PAINT DRYWALL PER COAT (3) | SF | .22 | | |
| 99 | 00 | 024 | PAINT ONE COAT DOOR & FRAME | SF | .62 | | |
| 99 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .62 | | |
| 99 | 00 | 026 | PAINT WINDOWS | SF | .93 | | |
| 99 | 00 | 050 | PAINT WOOD TRIM | LF | .70 | | |
| 99 | 00 | 053 | PAINT BRICKWORK | SF | .50 | | |
| 99 | 00 | 055 | PAINT CEILING | SF. | .34 | | |
| 99 | 00 | 056 | PAINT WOODWORK (LOCKBOX BAFFLE) | SF. | .44 | | |
| 99 | 00 | 060 | PAINT MASONRY | SF | .55 | | |
| 99 | 00 | 067 | PAINT PIPES | LF | 1.30 | | |
| 99 | 00 | 074 | VARNISH | SF | .30 | | |
| [illegible] | 00 | 077 | SANDING (2 COATS) | SF | .57 | | |
| 99 | .00 | 079 | STAIN | SF | .18 | | |
| 99 | 00 | 085 | EXTERIOR CAULKING | LF | 1.56 | | |
| 01 | 32 | 020 | FLAGPOLE | EA | 1,229.80 | | |
| 21 | 15 | F01 | REMOVE EXIST. SERVICE COUNTER & DESKS | LF | 9.15 | | |
| JEG | OGIATED | | ASSEMBLE & INSTALL "BAKER" LOT UNITS | EA | 432.00 | | |
| JEG | OGIATED | | ASSEMBLE & INSTALL "BAKER" FURNITURE | EA | 310.00 | | |
| 21 | 15 | F04 | INSTALL P.O. BOXES LABOR | LF | 34.32 | | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 57 | 43 | F01 | RELOCATE EXIST. THERMOSTAT | EA | 143.00 | | |
| | 24 | 002 | CEILING FAN | EA | 332.80 | | |
| 58 | 24 | 005 | SPEED CONTROLLER | EA | 36.40 | | |
| 59 | 10 | 008 | REMOVE & REINSTALL HVAC REGISTER | EA | 4.00 | | |
| 59 | 36 | 017 | REGISTERS FLOOR. 18"x8" | EA | 65.52 | | |
| 60 | 00 | 036 | F & I SINGLE POLE BREAKER | EA | 31.20 | | |
| 60 | 00 | 038 | F & I 3 WIRE #12 | LF | .62 | | |
| 60 | 00 | 040 | F & I 1/2" CONDUIT | LF | 1.56 | | |
| 60 | 00 | 052 | REMOVE PENDANT FLOUR. FIXTURE | EA | 31.20 | | |
| 60 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE. | EA | 22.88 | | |
| 60 | 00 | 055 | REMOVE RECESSED INCAND. FIXTURE | EA | 26.00 | | |
| 60 | 00 | 063 | REMOVE WIRE MOLD | LF | .78 | | |
| 60 | 00 | 069 | F & I PHOTO CELL | EA | 93.60 | | |
| 60 | 00 | 079 | PROVIDE ELECT. SERVICE | EA | 466.26 | | |
| | 00 | 082 | FURNISH DEDICATED OUTLET | LF | 13.20 | | |
| 60 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 34.46 | | |
| 60 | 20 | F01 | REMOVE #12 WIRE | LF | .18 | | |
| 60 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .66 | | |
| 62 | 30 | F01 | DUPLEX RECEPTACLE | EA | 69.78 | | |
| 62 | 30 | F05 | WALL SWITCH | EA | 58.34 | | |
| 62 | 30 | F10. | WALL JUNCTION BOX | EA | 54.91 | | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| M. TIPLIER | |
| TOTAL | 26,048.28 |

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96 B 0098 | | | | 8/1/96 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| DOWNERS GROVE P.O. DOCK | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>JESSE McNABB 563.7616 |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN. PRICE |
|---|---|---|---|---|---|---|---|
| NEGOTIATED | | | 4 1/2 x 4 1/2 x 3/8" STEEL TUBE | LS | 8500.00 | 1 | 8,500.00 |
| 055 | 00 | 024 | EXPANSION ANCHORS 24" O.C. | EA | 4.68 | 48 | 224.64 |
| 055 | 00 | 052 | METAL FABRICATION | JOB | 140.40 | 1 | 140.40 |
| 055 | 00 | 043 | VARIOUS FASTENERS SELF-TAP | EA | .83 | 180 | 149.40 |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 90 | 83.70 |
| 055 | 00 | 336 | WELDING | LF | 4.16 | 90 | 374.40 |
| 055 | 00 | 060 | ALUM. SIDING | SF | 4.16 | 800 | 3328.00 |
| 061 | 00 | 003 | 2X4 WOOD STUD | LF | 2.34 | 1,386 | 3,243.2[illegible] |
| 061 | 00 | 008 | 2X6 FRAMING | LF | .15 | 1,386 | 207.90 |
| 061 | 00 | 067 | BLOCKING | BF | 1.48 | 93 | 137.64 |
| 061 | 00 | 080 | MISC. FINISH CARPENTER (2 MEN @ 8 HRS @ 3 DAYS) | HR | 29.96 | 48 | 1438.08 |
| 061 | 00 | 081 | MISC. ROUGH CARPENTER (2 MEN @ 8 HRS @ 2 DAYS) | HR | 20.52 | 32 | 656.64 |
| 062 | 00 | 052 | WOOD BASE | LF | 2.18 | 93 | 202.74 |
| 062 | 00 | 071 | PANELING PLYWOOD 1/2" | SF | 2.15 | 2036 | 4377.4[illegible] |
| 062 | 00 | 082 | EXTERIOR TRIM 1X6 | LF | 1.82 | 126 | 229.32 |
| 071 | 11 | 014 | CAULK | LF | 1.91 | 288 | 550.08 |
| 071 | 00 | 005 | VAPOR BARRIER (UNDER AL. SIDING TYVEK) | SF | .15 | 1120 | 145.60 |
| 062 | 00 | 063 | WOOD TRIM 1X4 | LF | 1.44 | 228 | 328.32 |
| 072 | 10 | 010 | BATT INSUL. R19 | SF | .72 | 800 | 576.00 |
| NEGOTIATED | | | ADD TO ABOVE FOR R38 VALUE | SF | 1.14 | 800 | 912.00 |
| 076 | 51 | 019 | FLASHING ALUMINUM | SF | 2.81 | 278 | 781.18 |
| 081 | 00 | 046 | 3X7 INSUL. DOOR | EA | 350.00 | 3 | 1050.00 |
| 081 | 00 | 066 | VISION LITE | EA | 44.00 | 3 | 132.00 |
| 082 | 11 | 006 | ADD FOR GLAZING | EA | 52.00 | 3 | 156.00 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 27,924.68 |
| MULTIPLIER | |
| TOTAL | |

- 652 -

[X] CONTINUED [ ] TOTAL WORK ORDER

EXHIBIT

DEP. EX. NO. 81
FOR I.D., AS OF 6/11/04

| B 0098 | | DOCK | | | DOWNERS GROVE P.O. | | 8/1/96 |
|---|---|---|---|---|---|---|---|
| QTY. | UNIT | WORK DESCRIPTION | | U.M. | UNIT $ | Q | TOTAL $ |
| CIATED | | 3x7 Door Frame 7 3/4 | | EA | 160.00 | 3 | 480.00 |
| 00 | 124 | Add for Welded Frames | | EA | 33.00 | 3 | 99.00 |
| 00 | 030 | Hinges N.R.P. Ball Bearing | | PR | 84.87 | 4.5 | 381.92 |
| 00 | 109 | Closers | | EA | 230.88 | 3 | 692.64 |
| CIATED | | Push Button Combo Lock w/Lever | | EA | 1,146.68 | 2 | 2293.36 |
| 00 | 092 | Lockset | | EA | 157.04 | 1 | 157.04 |
| OCIATED | | Add for Special Function | | EA | 130.00 | 1 | 130.00 |
| 60 | 061 | Scaffolding | | SF | .15 | 4500 | 675.00 |
| 60 | 021 | Provide Protection | | SF | .40 | 960 | 384.00 |
| OCIATED | | Provide (4) 8'x8' insulated overhead | | | | | |
| | | Doors w/springs, astragal, weather | | | | | |
| | | seal. (1) 10'x10' insulated overhead | | | | | |
| | | Door w/ same as above w/ 115v 1/2 H.P. | | | | | |
| | | Motor Pneumatic Reversing Edge | | LS | 8925.00 | 1 | 8925.00 |
| SOCIATED | | Furnish & install wood jambs & head | | | | | |
| | | for (5) overhead Doors | | OPNG | 175.00 | 5 | 875.00 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | 15,092.96 |
| SUBTOTAL FROM PREVIOUS PAGE(S) | 27924.68 |

ATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 43,017.64 |
| MULTIPLIER | .85 |
| TOTAL | 36,564.99 |

[ ] CONTINUED [X] TOTAL WORK ORDER AMOUNT



P. 005 10:57 12/18/96 FROM

①

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94.B.0083 | | | | 11/14/95 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| HOOPESTON P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES<br>PAUL STEINER |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTE[NDED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | 15 | |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | 15 | |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 839 | |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | 6 | |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING ½" | SF | 2.23 | 64 | |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING ¾" | SF | 2.81 | 64 | |
| 06.1 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 190 | |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 20 | |
| 06.1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 6.49 | -0- | |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 39 | |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 2 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 25.74 | 30 | |
| 06.2 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS | LF | .35 | -0- | |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 121 | |
| 06.2 | 00 | 026 | 2900 SERIES BOXES | LF | 44.67 | 20 | |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK TRIM REMOVAL | JOB | 44.67 | 1 | |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 12 | |
| 06.2 | 00 | 062 | MOLDING MISC. MATERIAL | LF | 1.13 | 121 | |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 1 | |
| 06.2 | 00 | 078 | LOCK BOX LAMINATE VENDING MACHINE | EA | 44.67 | 3 | |
| 07.1 | 11 | 014 | CAULKING | LF | 1.64 | 40 | |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 31 | |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER UNIT | EA | 368.51 | 2 | |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 22 | |

| ATTACHMENTS: | | |
|---|---|---|
| DEP. EX. NO. 87<br>FOR I.D., AS OF 6/11/04 | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

(2)

94 - B - 0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 08.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | -0- | |
| 08.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | -0- | |
| 08.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 99.49 | 1 | |
| 08.2 | 11 | 015 | WOOD DOOR | EA | 343.77 | 1 | |
| | | | HARDWARE | | | | |
| 00.0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 1 | |
| 08.1 | 20 | 029 | REMOVE EXIST. DOOR, FRAME, HDWE. | EA | 62.54 | 1 | |
| 08.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 0 | |
| 08.7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 | |
| 08.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 0 | |
| 08.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 0 | |
| 08.7 | 00 | 023 | KICK PLATE | LF | 17.87 | 0 | |
| 08.7 | 00 | 030 | HINGES | PR | 84.87 | 1.5 | |
| 08.7 | 00 | 046 | CLOSERS | EA | 126.66 | 0 | |
| 08.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 0 | |
| 08.7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | 0 | |
| 08.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 0 | |
| 08.7 | 00 | 102 | THRESHOLD | LF | 19.65 | 0 | |
| 08.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 0 | |
| NEGOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 118.00 | 1 | |
| | | | | | | | |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

94 . B 0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 08.5 | 20 | 052 | REMOVE ~~WOOD WINDOWS~~ GYP. WALLBOARD | SF | .84 | 265 | |
| ~~09.7~~ 9.2 | ~~00~~ 50 | ~~002~~ 001 | DEMOLITION OF ~~DRYWALL~~ PANELING FROM FRAMING | SF | ~~.22~~ .35 | 114 | |
| 9.2 | 50 | 014 | DRYWALL CORNER BEAD | LF | .94 | -0- | |
| 9.2 | 50 | 001 | APPLICATION GYP. BOARD | SF | 1.56 | 726 | |
| 9.2 | 50 | 011 | ADD FOR 5/8" DRYWALL | SF | .04 | 726 | |
| | | | DEMOLITION | | | | |
| 0.0 | 01 | AL1 | HAULING AWAY DEBRIS | L.S. | 85.90 | 1 | |
| 1.0 | 60 | 021 | PROVIDE PROTECTION | SF | .40 | 200 | |
| 1.0 | 60 | 071 | MOVE FURNITURE | SF. | .27 | 400 | |
| 1.0 | 60 | 092 | DUMPSTER | EA | 279.18 | 1 | |
| 4.4 | 00 | 016 | REMOVE DEMO VINYL TILE | SF | 3.57 | 7 | |
| 9.6 | 60 | 016 | VINYL TILE | SF | 1.16 | 320 | |
| 9.6 | 60 | 021 | REDUCERS | LF | 2.90 | 6 | |
| 9.6 | 60 | 026 | VINYL BASE | LF | 1.47 | 77 | |
| 9.6 | 60 | 027 | ADD FOR COLOR | LF | .09 | 77 | |
| 9.6 | 60 | 028 | FLOORING PATCHING JIF SET | SF. | 4.91 | 25 | |
| 9.6 | 60 | 039 | PATCH FLOOR TILE TO MATCH SURFACE | JOB | 58.07 | 1 | |
| | | | PAINTING | | | | |
| 9.9 | 00 | 017 | PAINT PLASTER, DRYWALL, WOODWORK 3 COATS | SF | .19 | 2,178 | |
| 9.9 | 00 | 024 | PAINTING ONE COAT ON DOOR & FRAMES | SF | .53 | 17 | |
| 9.9 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .53 | 17 | |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

94 · B[illegible]

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 09.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 181 | |
| 09.9 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | 0 | |
| 09.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 121 | |
| 09.9 | 00 | 060 | PAINTING MASONRY | SF | .47 | 0 | |
| 09.9 | 00 | 074 | VARNISH | SF | .26 | 106 | |
| 09.9 | 00 | 077 | SANDING PREP 2 COATS | SF | .49 | 362 | |
| 09.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 106 | |
| | | | ELECTRICAL | | | | |
| 15.8 | 24 | 002 | CEILING FAN | EA | 285.88 | 0 | |
| 15.9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 2 | |
| 2.0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 | |
| 6.2 | 00 | 029 | REMOVE & REINSTALL BUILT-IN BOARDS | SF | 3.57 | 39 | |
| 6.0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | TBD | |
| ~~6.0~~ 6.6 | ~~00~~ 18 | ~~053~~ F15 | REMOVE SURFACE FLOUR FIXTURE | EA | ~~19.65~~ 19.67 | 80 | |
| 6.0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | 0 | |
| 6.0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | 0 | |
| ~~6.0~~ 6.6 | ~~00~~ 10 | ~~033~~ F13 | F & I FIXTURE "Y" | EA | ~~499.55~~ 268.01 | 1 | |
| .0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | 0 | |
| .0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | TBD | |
| .0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 29.60 | 30 | |
| .2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | 3 | |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

[ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(5)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | VF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 16.2 | 30 | F09 | WALL JUNCTION BOX | EA | 98.27 | 2 | |
| 16.0 | 00 | 038 | F & I #12 WIRE | LF | .53 | TBD | |
| 16.0 | 00 | 040 | CONDUIT 1/2" | LF | 1.34 | TBD | |
| 16.2 | 30 | F26 | REMOVE SWITCH | EA | 11.67 | TBD | |
| 16.2 | 30 | F27 | REMOVE DUPLEX | EA | 13.99 | 5 | |
| 6.2 | 30 | F28 | REMOVE J. BOX | EA | 12.59 | TBD | |
| 6.2 | 30 | F33 | RELOCATE EXIST. THERMOSTAT | EA | 50.11 | 0 | |
| 6.0 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .57 | TBD | |
| 6.6 | 10 | F07 110 | INTERIOR FIXTURE 1X4 PENDANT | EA | 126.66 | 54 | |
| 6.6 | 50 | 115 | EXTERIOR LIGHT APS | EA | 290.34 | 0 | |
| NEGOCIATED | | | SERVICE LOBBY DOOR BELL | EA | 55.00 | 0 | |
| NEGOCIATED | | | HANDICAP SIGN 9"x9" ACCESSIBLE ENTRANCE | EA | 42.00 | 1 | |
| NEGOCIATED | | | SIGN "THIS DOOR REMAINS OPEN" | EA | 40.00 | 0 | |
| NEGOCIATED | | | ASSEMBLE POSTAL FURNISHED LOBBY DESKS | EA | 429.00 | 2 | |
| 20.0 | 03 | AL6 | PATCH HOLES IN CEILING | EA | 8.59 | 0 | |
| X6.2 | 00 | 005 | OPTIONAL LOBBY DESK | EF | 111.67 | 0 | |
| 6.2 | 30 | 020 | WIRING DEVICES TOGGLE SWITCH | EA | 8.88 | 0 | |
| 6.2 | 30 | 260 | WIRING DEVICES WALL PLATES | EA | 4.34 | 0 | |
| 6.2 | 30 | 130 | DIMMER SWITCH | EA | 21.61 | 0 | |
| 6.0 | 00 | 079 | PROVIDE ELECTRIC SERVICE | EA | 400.52 | TBD | |
| 6.0 | 00 | 083 | MIN. CHARGE REMOVE EXIST. BREAKER BOX | JOB | 67.00 | TBD | |
| 6.3 | 50 | 030 | PANEL BOARD 3 WIRE 100 AMP | EA | 682.97 | TBD | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| [CO]NTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94-B-0083 | | | | 11/14/95 |

| [PR]OJ DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| Hoopeston P.O. | | |

| [PR]OJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| [CO]NTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | Admin. Svcs.<br>Paul Steiner |

| [AU]THORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| [IT]EM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN[DED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| [0]2.0 | 00 | AL9 | Demolition Backhoe | HR. | 68.72 | 32. | 2,176.00 |
| 2.2 | 00 | 002 | Excavate | YDS | 8.04 | 32 | 254.72 |
| 2.2 | 00 | 010 | Backfill | YDS | 8.93 | 16 | 141.44 |
| 2.2 | 00 | 019 | Base Material | YDS | 15.19 | 24 | 364.56 |
| 2.2 | 00 | 029 | Surface Grading | SF | .04 | 1,010 | 404.00 |
| 2.5 | 15 | 001 | Sawcut (3" deep) | LF | .58 | 300 | 174.00 |
| 2.[illegible] | 01 | AL1 | Haul Away Debris | LS | 85.90 | 1 | 85.90 |
| [illegible] | 00 | AL3 | Sidewalk Removal | SF | 1.55 | 225 | 348.75 |
| 2.5 | 15 | 012 | Expansion Jt. | LF | .80 | 75 | 60.00 |
| 2.5 | 15 | 014 | Conc. Sidewalk | SF | 3.13 | 225 | 704.25 |
| 2.5 | 15 | 019 | Conc. Paving | SF | 3.80 | 25 | 95.00 |
| 2.5 | 15 | 007 | Add for over 6" Thick Removal | SF | .13 | 1,010 | 131.30 |
| 2.5 | 15 | 024 | Reinforcing Mesh | SF | .39 | 1,010 | 393.90 |
| 0.1 | 77 | F01 | Traffic Control Sign & Post | EA | 117.92 | 0 | 0 |
| 0.1 | 77 | 061 | Furnish & Install HCP Parking Sign to Post | EA | 53.26 | 0 | 0 |
| 2.5 | 77 | 004 | Pavement Marking | JOB | 85.90 | 0 | 0 |
| 2.5 | 77 | 003 | HCP Logo | EA | 21.48 | 0 | 0 |
| 2.5 | 15 | 039 | Min. Charge Curb Removal | JOB | 116.14 | 0 | 0 |
| 03.3 | 00 | 014 | Rod Reinf. | LB | .53 | 110 | 58.30 |
| 13.4 | 17 | 013 | Misc. Hourly Labor Mason | HR | 29.81 | 32 | 953.92 |
| 03.3 | 00 | 033 | Non-Shrink Grout | LB | 1.51 | 75 | 113.25 |
| 061 | 00 | 080 | Misc. Hourly Labor Carpenter | HR | 25.74 | 32 | 823.68 |
| 03.3 | 00 | 013 | Slab on Ramp | SF | 4.47 | 400 | 1,788.00 |
| 03.3 | 00 | 015 | Continuous Footings | LF | 9.83 | 150 | 1,474.50 |

[A]TTACHMENTS:

- 659 -

Battaglini [illegible] 90
FOR I.D. AS [illegible] 6/11/04

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT