Hoopeston

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 03 3 | 00 | 017 | Foundation Walls | SF | 12.48 | 1,008 | 12,579.84 |
| JL | Negociated |  | Hauling; Truck & Driver | HR | 80.00 | 32 | 2,176.00 |
| 05.5 | 00 | 005 | Handrail Pipe Rail | LF | 31.20 | 156 | 4,137.12 |
| 05.5 | 00 | 007 | Handrail 1½" | LF | 12.48 | 50 | 530.50 |
| 12.0 | 12 | 002 | Core Drill (For Handrails) | EA. | 28.08 | 25 | 596.75 |
| 03.3 | 00 | 030 | Epoxy Bonding Agent | GAL | 31.20 | 6 | 159.12 |
| 05.5 | 80 | 035 | ¼" Weld | LF | 5.20 | 42 | 185.64 |
| 15.5 | 00 | 052 | Min. Charge Metal Fabrication (Rail Returns) | Job | 140.40 | 1 | 119.34 |
| 09.9 | 00 | 063 | Paint Rails, Post Etc. | LF. | 1.10 | 475 | 446.50 |
| 010 | 50 | 011 | Barricades (7) Per Day, Per Unit (10) | EA | .65 | 70 | 38.50 |
| 010 | 60 | 021 | Provide Protection | SF | .46 | 800 | 312.00 |
| 061 | 00 | 081 | Misc. Hrly Rough Carpenter 4 men 8 hrs | HR | 20.52 | 32 | 558.08 |
| 010 | 60 | 092 | Dumpster | EA | 325.00 | 1 | 276.25 |
| 12 | 11 | 005 | Site Removal of Trees | EA | 624.00 | 3 | 1,591.20 |
| 22 | 00 | 026 | Top soil | YDS | 13.00 | 45 | 497.25 |
| 22 | 00 | 038 | Plow Subgrade | SY | 1.64 | 112 | 155.68 |
| 129 | 00 | 029 | Seeding | JOB | 52.00 | 1 | 44.20 |
| 33 | 00 | 029 | Conc. Steps | LF | 41.60 | 66 | 2,333.76 |
| 033 | 00 | 022 | Stair, Landings & Ramps Topslab | SF | 6.76 | 60 | 345.00 |
| 042 | 00 | 035 | Masonry Demo. | JOB | 200.00 | 1 | 170.00 |
| 055 | 00 | 031 | Remove Hand Rail | LF | 2.91 | 100 | 247.00 |
| 055 | 00 | 025 | Anchor Bolts | EA | 6.34 | 12 | 64.68 |
| 055 | 00 | 006 | Picket Railing | LF | 46.80 | 150 | 5,967.00 |
| Negociated |  |  | Provide Temporary Stair Entrance & Demo. | JOB | 1,875.00 | 1 | 1,875.00 |

INDICATES NON-WORKING HOUR PRICES

MULTIPLIER

[ ] CONTINUED    [X] TOTAL WORK ORDER AMOUNT    TOTAL 45,951.88

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE 8/1/96 |
|---|---|---|---|---|
| PROJECT DESCRIPTION/LOCATION: Hoopeston P.O. Ramp | | START DATE | | PERFORMANCE TIME |
| PROJECT AUTHORIZATION NO.: CAPITAL | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
| CONTRACTOR: H — L.P. Consulting Group, Inc., 10401 S. 75th Ave., Palos Hills, IL 60465-2015 | | U.S. POSTAL SERVICE: ADMIN SVCS. LOIS GUNDERSON | | |
| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | | DATE |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTEN[DED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | AL9 | DEMOLITION BACKHOE EQUIPMENT | HR. | 80.00 | 32 | 2176.[00] |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 9.36 | 32 | 254.72 |
| 02.2 | 00 | 010 | BACKFILL | YDS | 10.40 | 16 | 141.44 |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 17.68 | 24 | 360.7[2] |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .05 | 1,010 | 30.3[0] |
| 02.5 | 15 | 001 | SAWCUT PER INCH (3" DEEP) 100' | LF | .67 | 300 | 171.0[0] |
| [illegible]0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 85.00 |
| [illegible]0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.80 | 225 | 344.25 |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .93 | 75 | 59.25 |
| 02.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.64 | 225 | 695.2[2] |
| 02.5 | 15 | 019 | CONC. PAVING | SF | 4.42 | 25 | 94.00 |
| 02.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .15 | 1,010 | 131.30 |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .45 | 1,010 | 383.80 |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 137.28 | 0 | 0 |
| 10.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 100.00 | 0 | 0 |
| [0]2.5 | 77 | 003 | HCP LOGO | EA | 25.00 | 0 | 0 |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | ROD REINF. | LB | .62 | 110 | 58.30 |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON 4 MEN 8 HRS | HR | 34.07 | 32 | 926.72 |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.76 | 75 | 112.50 |
| 061 | 00 | 080 | MISC. HOURLY LABOR CARPENTER 4 MEN 8 HRS | HR | 29.96 | 32 | 815.04 |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 5.20 | 400 | 1,768.0[0] |
| 03.3 | 00 | 015 | CONTINOUS FOOTINGS | LF | 11.44 | 150 | 1,458.[00] |

ATTACHMENTS:

Battaglia DEP. EX. NO. 9
FOR I.D., AS OF 6/11/04 [illegible]

- 661 -

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[✓] CONTINUED    [ ] TOTAL WORK ORDER AMOUNT

HOOPESTON

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | SF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 3.3 | 00 | 017 | FOUNDATION WALLS | SF | 12.48 | 1,008 | 12,579.84 |
| NEGOCIATED | | | HAULING; TRUCK & DRIVER | HR | 80.00 | 32 | 2,176.00 |
| 5.5 | 00 | 005 | HANDRAIL PIPERAIL | LF | 31.20 | 156 | 4,137.12 |
| 5.5 | 00 | 007 | HANDRAIL 1½" | LF | 12.48 | 50 | 530.50 |
| 2.0 | 12 | 002 | CORE DRILL (FOR HANDRAILS) | EA. | 28.08 | 25 | 596.75 |
| 3.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 31.20 | 6 | 159.12 |
| 5.5 | 80 | 035 | ¼" WELD | LF | 5.20 | 42 | 185.64 |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 119.34 |
| 9.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | 1.10 | 475 | 446.50 |
| 10 | 50 | 011 | BARRICADES (7) PER DAY, PER UNIT (10) | EA | .65 | 70 | 38.50 |
| 10 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 800 | 312.00 |
| 61 | 00 | 081 | MISC. HRLY ROUGH CARPENTER 4 MEN 8 HRS | HR | 20.52 | 32 | 558.08 |
| 10 | 60 | 092 | DUMPSTER | EA | 325.00 | 1 | 276.25 |
| 2.1 | 11 | 005 | SITE REMOVAL OF TREES | EA | 624.00 | 3 | 1,591.20 |
| 22 | 00 | 026 | TOP SOIL | YDS | 13.00 | 45 | 497.25 |
| 22 | 00 | 038 | PLOW SUBGRADE | SY | 1.64 | 112 | 155.68 |
| 29 | 00 | 029 | SEEDING | JOB | 52.00 | 1 | 44.20 |
| 33 | 00 | 029 | CONC. STEPS | LF | 41.60 | 66 | 2,333.76 |
| 33 | 00 | 022 | STAIR, LANDINGS & RAMPS TOP SLAB | SF | 6.76 | 60 | 345.00 |
| 42 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 1 | 170.00 |
| 55 | 00 | 031 | REMOVE HANDRAIL | LF | 2.91 | 100 | 247.00 |
| 55 | 00 | 025 | ANCHOR BOLTS | EA | 6.34 | 12 | 64.68 |
| 55 | 00 | 006 | PICKET RAILING | LF | 46.80 | 150 | 5,967.00 |
| NEGOCIATED | | | PROVIDE TEMPORARY STAIR ENTRANCE & DEMO. | JOB | 1,875.00 | 1 | 1875.00 |

INDICATES NON-WORKING HOUR PRICES

MULTIPLIER

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

TOTAL 45,472.00

# TERM CONSTRUCTION CONTRACT WORK ORDER

CONTRACT NO. 96.0.0098
PROJECT MGR.:
MULTIPLIER
WORK ORDER NO.
DATE

PROJECT DESCRIPTION/LOCATION: Hoopeston, IL. EXT. Ramp
START DATE
PERFORMANCE TIME

PROJECT AUTHORIZATION NO.
CHANGE CODE
FINANCE NO.
ACCOUNT NO.
INDEX NO.

CONTRACTOR
L.P. Consulting Group, Inc.
10401 S. 75th Ave.
Palos Hills, IL. 60465-2015

U.S. POSTAL SERVICE
Administrative Services
Paul / Lois

AUTHORIZED SIGNATURE
DATE
CONTRACTING OFFICER
DATE

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | A19 | Demolition Backhoe | HR. | 80.00 | 80 | 6,400 |
| 02.2 | 00 | 002 | Excavate | YDS | 9.36 | 310 | 2,901 |
| 02.2 | 00 | 010 | Backfill | YDS | 10.40 | 125 | 1,300 |
| 02.2 | 00 | 019 | Base Material | YDS | 17.68 | 100 | 1,768 |
| 02.2 | 00 | 029 | Surface Grading | SF | .05 | ? | 0 |
| 02.5 | 15 | 001 | Sawcut Per Inch (3" deep) 100' | LF | .67 | 755 | 505.8 |
| 00.0 | 01 | A21 | Haul Away Debris | LS | 100.00 | 1 | 100.00 |
| 0.0 | 00 | A13 | Sidewalk Removal | SF | 1.80 | 300 | 540.00 |
| 02.5 | 15 | 012 | Expansion Jt. | LF | .93 | 95 | 88.35 |
| 02.5 | 15 | 014 | Conc. Sidewalk | SF | 3.64 | 175 | 637 |
| 02.5 | 15 | 019 | Conc. Paving | SF | 4.42 | 50 | 221 |
| 02.5 | 15 | 002 | Add for over 6" Thick Removal | SF | .15 | 0 | 0 |
| 02.5 | 15 | 024 | Reinforcing Mesh | SF | .45 | 275 | 123.75 |
| 10.1 | 77 | F01 | Traffic Control Sign & Post | EA | 137.28 | 0 | 0 |
| 10.1 | 77 | 061 | Furnish & Install HCP Parking Sign to Post | EA | 62.00 | 0 | 0 |
| 02.5 | 77 | 004 | Pavement Marking | Job | 100.00 | 0 | 0 |
| 02.5 | 77 | 003 | HCP Logo | EA | 25.00 | 0 | 0 |
| 02.5 | 15 | 039 | Min. Charge Curb Removal | Job | 135.20 | 0 | 0 |
| 03.3 | 00 | 014 | Rod Reinf. | LB | .62 | 875 | 542.5 |
| 03.4 | 17 | 013 | Misc. Hourly Labor Mason | HR | 34.07 | 40 | 1,362.8 |
| 03.3 | 00 | 033 | Non-Shrink Grout | LB | 1.76 | 0 | 0 |
| 061 | 00 | 080 | Misc. Hourly Labor Carpenter | HR | 29.96 | 25 | 749.0 |
| 03.3 | 00 | 013 | Slab on Ramp | SF | 5.20 | 500 | 2,600 |
| 03.3 | 00 | 015 | Continuous Footings | LF | 11.44 | 10 | 125.8 |

ATTACHMENTS:

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT TOTAL



Battaglia DEP. EX. NO. 92
FOR I.D. AS OF

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| .3 | 00 | 017 | FOUNDATION WALLS | SF | 12.48 | 725 | 9,048 |
| NEGOCIATED | | | HAULING; TRUCK & DRIVER | HR | 80.00 | 40 | 3,200 |
| 05.5 | 00 | 005 | HANDRAIL PIPE RAIL | LF | 31.20 | 0 | 0 |
| 05.5 | 00 | 007 | HANDRAIL 1½" | LF | 12.48 | 0 | 0 |
| 02.0 | 12 | 002 | CORE DRILL (FOR HANDRAILS) | EA | 28.08 | 30 | 842.40 |
| 03.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 31.20 | 5 | 156.00 |
| 05.5 | 80 | 035 | ¼" WELD | LF | 5.20 | 75 | 11,310 |
| 05.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 140.40 | 1 | 140.40 |
| 09.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF | 1.10 | 250 | 275.00 |
| 010 | 50 | 011 | BARRICADES (1) PER DAY, PER UNIT (10) | EA | .65 | 0 | 0 |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 0 | 0 |
| 061 | 00 | 081 | MISC. HELPER/ROUGH CARPENTER | HR | 20.52 | 120 | 2,462.40 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | 2 | 650.00 |
| 1 | 11 | 005 | SITE REMOVAL OF TREES | EA | 624.00 | 0 | 0 |
| 022 | 00 | 026 | TOP SOIL | YDS | 13.00 | 0 | 0 |
| 022 | 00 | 038 | PLOW SUBGRADE | SY | 1.64 | 0 | 0 |
| 029 | 00 | 029 | SEEDING | JOB | 52.00 | 0 | 0 |
| 033 | 00 | 029 | CONC. STEPS | LF | 41.60 | 110 | 4,576.00 |
| 033 | 00 | 022 | STAIR, LANDINGS & RAMPS TOP SLAB | SF | 6.76 | 200 | 1,352.00 |
| 042 | 00 | 035 | MASONRY DEMO. | JOB | 200.00 | 0 | 0 |
| 055 | 00 | 031 | REMOVE HANDRAIL | LF | 2.91 | 60 | 174.60 |
| 055 | 00 | 025 | ANCHOR BOLTS | EA | 6.34 | 12 | 76.08 |
| 055 | 00 | 006 | PICKET RAILING | LF | 46.80 | 142 | 6,645.60 |

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL 62,000

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

The deposition of LARRY LINNENBURGER, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before NANCY A. GUIDOLIN, CSR No. 84-2531, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at the Great Lake Facility of USPS, 65 Stratford Drive, Bloomingdale, Illinois, on the 21st day of October, A.D 2004, at 9:15 a.m.



PRESENT:

BELL, BOYD & LLOYD, PLLC,
(1615 L Street, N.W., Suite 1200,
Washington, D.C., 20036-5610,
202-466-6300), by:
MR. LAWRENCE M. PROSEN,
appeared on behalf of the Plaintiff;

UNITED STATES POSTAL SERVICE,
(475 L'Enfant Plaza SW,
Washington, D.C., 20260-1127,
202-268-4089), by:
MR. STEPHEN D. LOBAUGH,
-and-
UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION-COMMERCIAL LITIGATION BRANCH,
(1100 L Street, N.W., 8th Floor,
Washington, D.C. 20530,
202-307-0290), by:
MS. DOMENIQUE KIRCHNER,
appeared on behalf of the Defendant.



ALSO PRESENT:
Mr. Richard Battaglin,
L.P. Consulting Group, Inc.

REPORTED BY: NANCY A. GUIDOLIN,
CSR NO. 84-2531.



(WHEREUPON, the witness was duly sworn.)

LARRY LINNENBURGER,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. PROSEN:

Q. Good morning, sir. My name is Larry Prosen. I am an attorney out of Washington, D.C. My client is L.P. Consulting, and I think that you know Mr. Battaglin.
A. Yes.
Q. Why don't we start off by stating your name and current position for the record.
A. My name is Larry Linnenburger. I am an architect engineer for the Great Lakes Facility Service Office.
Q. Just to give you a little background. Have you been in a deposition before? Have you ever been deposed?
A. Yes. I have.
Q. So you are familiar with the process. I will ask a series of questions. If you don't understand anything that I ask or if you are

confused or whatever, you need some clarification, don't hesitate to let me know. I am not trying to trick you. I am just trying to get information.
There may be times where Ms. Kirchner objects. She can object on the record, and then normally you can answer the question, and that's the legalese side of it that gets resolved later on.
We try to have one person talk at a time, because the court reporter can only, you know, type in one person's voice at a time. She will certainly let us know if things are -- if there are any problems along that line.
MR. PROSEN: You are going to reserve signature, I assume?
MS. KIRCHNER: Please, yes.
BY MR. PROSEN:
Q. Okay. Do you have any questions before we get started?
A. No.
Q. Okay. You said that you are currently employed with the U.S. Postal Service as an architect/engineer?
A. Yes.



Q. What are your duties comprised of as an architect/engineer?
A. I am basically a project manager.
Q. For construction projects?
A. Yes. For design and construction.
Q. And what is your educational background?
A. I have an -- I have got a Master's in electrical engineering, and I have got a Master's in engineering administration.
Q. So you are not actually an architect then?
A. No. I am not.
Q. Is an architect/engineer kind of like an all encompassing title that the Postal Service uses?
A. That's a classification of my job.
Q. Do you have any responsibilities for soliciting or issuing contracts?
A. Yes.
Q. Do you have any responsibilities to prepare any solicitations and/or contracts?
A. Yes.
Q. What kind of -- just a little bit of



background. What kind of projects are you currently working on in your capacity as an architect/engineer?
A. I am working on a new project. I am working on some roof projects. I am working on some HVAC projects.
Q. What do the dollar values of these projects generally range from, you know, generally speaking, lowest to highest?
A. A hundred thousand to three million.
Q. Do you have a contracting officer's warrant of authority?
A. Yes, I do.
Q. What is the current dollar amount of that authority?
A. Five million.
Q. $5 million?
A. Yes.
Q. So are you an architect/engineer and a contracting officer currently?
A. That's all part of our duties, yes. Yes, I am.
Q. So anyone who is an architect/engineer is a contracting officer?



A. No, no.
Q. Okay. Is anyone who is a contracting officer an architect/engineer?
A. Yes.
Q. How long have you been with the Postal Service?
A. Around 30 years.
Q. All in the same - I may use terms, and I don't know the lingo that the Postal Service uses - region I would say, the same region or the same district?
A. Yes.
Q. And if I use the wrong terms, let me know. I am trying to learn them myself as we go along here.
Are you familiar with the current litigation that we are sitting here about?
A. Somewhat.
Q. What is your understanding of what this case is about?
A. We are being asked for profits that were not received.
Q. "We" being the Postal Service?
A. Yes.

Q. Are you familiar with Rich Battaglin?
A. Yes. I am.
Q. Have you worked with him before?
A. Yes. I have.
Q. And you have worked with L.P. Consulting Group before?
A. Yes. I have.
Q. Do you have any general opinions or positions regarding the quality or capability of them?
A. No.
Q. Are you currently working with L.P. Consulting?
A. No.
Q. Do you have any -- strike that.
Before coming to the Postal Service, have you worked for any in-house construction or engineering firms?
A. No.
Q. So your entire career post-educational has been with the Postal Service?
A. No.
Q. What did you do in the interim between --



A. I worked for the Federal Aviation Agency for five years.
Q. Doing what for them?
A. Evaluating electronic gear, radar, NAV aids.
Q. In your capacity as an electrical engineer?
A. Yes.
Q. Did you have any practical construction knowledge or experience prior to coming to the Postal Service?
A. I had some through the Federal Aviation Agency.
Q. And what did that -- what type of duties did you relate to construction at the Federal Aviation Agency?
A. Oversaw the installation and checkout of radar equipment and NAV aids.
Q. You mean on site as they were being installed?
A. Yes.
Q. And NAV aids being, what, the devices that help direct airplanes?
A. Yes.



Q. Okay.
A. And I worked about eight years for Cook Electric, and that was mainly -- we were doing theoretical studies.
Q. Of what kind of things?
A. For Navy, for countermeasures and counter-countermeasures.
MR. PROSEN: Let's go off the record a second.
(WHEREUPON, discussion was had off the record.)
MR. PROSEN: Back on the record.
BY MR. PROSEN:
Q. I am presenting to you Southern Exhibit No. 1. We have deposition exhibits from other individuals, and you will see that they are already marked basically.
I will represent to you that this is a list of the projects that we are talking about in this litigation today.
Take a second to go over it. Are you familiar with any of these projects?
A. Aroma Park.
Q. Did you have anything to do with any of



the other 11 projects?
A. No. I don't believe so.
Q. What was your involvement with the Aroma Park project?
A. I took over that project about when we were ready to start construction, and then I had administered the project through construction.
Q. And who did the actual construction?
A. I don't remember the name of the company.
Q. What did that scope of work include on the Aroma Park project? What work was performed under your oversight?
A. We added -- we took over more space then we currently had. So we rebuilt that space and remodeled the space that we were in.
Q. This Aroma Park facility is in a shopping mall?
A. It's like a house, and we previously had about half of the first floor of the house. We took over the whole first floor of the house.
Q. What was the neighboring space that you took over before then?
A. Storage.

Q. Do you recognize the handwriting on that?
A. No. I do not.
Q. At the bottom it says, "PS Form 1627," at the bottom of the first page. Is this a standard Postal Service form, if you know?
A. I don't know.
Q. Have you ever seen a document similar to this before?
A. No. I have not.
Q. This is Southern Exhibit 20. Have you seen that document before, sir? It's titled, "Term Construction Contract Work Order." It says, "Contractor: L.P. Consulting Group, Inc.," and "Project Description: Aroma Park, Illinois."
A. I believe that I have seen this before.
Q. Where have you seen this document, sir?
A. I saw it yesterday.
Q. In preparation for this deposition?
A. Yes.
Q. Have you discussed this case with anyone other than counsel?
A. No. I have not.
Q. Before yesterday had you ever seen this document before, Southern Exhibit 20?



A. No. I had not.
Q. If you can spend a couple of minutes, sir, or a couple of seconds, whatever you need, to take a look through the work descriptions, and I will ask you while you are doing it, do these work descriptions generally mirror the work that you oversaw on the Aroma Park project that you were project manager for?
A. I would say no.
Q. Based upon your review of this document and your experiences as a Postal Service architect/engineer, what is different about this work from what work was actually performed?
A. Well, at the time this was prepared, the scope of work changed drastically from the time that we did the work. The scope of work expanded a lot.
Q. When was this document prepared?
A. I was told that it was prepared in '95.
Q. Who developed the scope of work for the work that was actually performed?
MS. KIRCHNER: Objection; ambiguous.
BY MR. PROSEN:



Q. You can go ahead and answer if you understand the question.
A. The scope of work was prepared by -- it would have been prepared by the Central Illinois District.
Q. In-house, internally?
A. Yes.
Q. For a construction project such as Aroma Park or generally under your experience does the Postal Service prepare internally the scopes of work for contracts?
MS. KIRCHNER: Objection; ambiguous. Beyond the scope of the designation for this witness.
BY THE WITNESS:
A. They prepare the concept of what is required. There was a space package prepared for this project, and that was prepared in '98 or '99, and from the space package is what we develop our scope of work that is needed for the facility.
BY MR. PROSEN:
Q. Did the architect, Mr. Fernandez, have any participation developing the scope of work for Aroma Park?
A. No.



Q. The contractor who actually performed the work, you don't recall --
A. No.
Q. So that was all done internally by the Postal Service?
A. Yes. It was.
Q. Would the same type of procedure apply to the IQC contracts that we looked at a few minutes ago, Battaglin Exhibits 48 and 49, I believe?
MS. KIRCHNER: Objection; ambiguous and beyond the scope of the designation for this witness and lack of foundation.
BY THE WITNESS:
A. I don't know.
MR. PROSEN: Let's go off the record.
(WHEREUPON, discussion was had off the record.)
(WHEREUPON, a certain document was marked Linnenburger Deposition Exhibit No. 1, for identification, as of 10-21-04.)
BY MR. PROSEN:
Q. The documents that were produced as

ORIG.

7

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| Aroma Pk, IL. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMINISTRATIVE SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 000 | 01 | A1.1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 100 |
| 000 | 01 | A1.2 | PEEP HOLE FOR DOOR | EA | 37.50 | 1 | 37.50 |
| 000 | 03 | A1.6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | 10 | 100.00 |
| 000 | 04 | A1.5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | 1 | 150.00 |
| NEGOCIATED | | | SCOPE PROVIDE TO U.S.P.S. | L.S. | | 0 | 0 |
| NEGOCIATED | | | CONSTRUCTION PROGRESS CHART | L.S. | | 0 | 0 |
| 010 | 60 | 0.1 | PROVIDE PROTECTION | SF | .46 | 220 | 101.20 |
| NEGOCIATED | | | LAY OUT OF WORK | L.S. | | 0 | 0 |
| NEGOCIATED | | | SUPERINTENDENCE OF SUBCONTRACTORS | HR. | 35.52 | 0 | 0 |
| 010 | 60 | 06.1 | SCAFFOLDING | SF | .15 | 11,000 | 1,650 |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | 6,000 | 1860 |
| 010 | 60 | 081 | DUST PROTECTION | SF | .83 | 1,110 | 921.3 |
| 010 | 60 | 072 | DUMPSTER | EA | 325.00 | 2 | 650.00 |
| 020 | 12 | 016 | MINIMUM CHARGE CORE DRILLING | JOB | 150.00 | 0 | 0 |
| 034 | 17 | 03 | MISC. HOURLY LABOR MASON | HR | 34.07 | 80 | 2725.6 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 115 | 381.80 |
| 055 | 00 | 014 | VARIOUS FASTENERS TAPCON | EA | .93 | 300 | 279.00 |
| 055 | 00 | 015 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 200 | 156.00 |
| 055 | 00 | 052 | MIN. CHARGE, METAL FAB. | JOB | 140.40 | 1 | 140.40 |
| 061 | 00 | 011 | 2X4 WOOD STUD FRAMING | LF | 3.38 | 300 | 1,014 |
| 061 | 00 | 005 | ADD FOR 2X8 HEADER | LF | .24 | 60 | 14.40 |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | 96 | 249.6 |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | 96 | 313.92 |
| 061 | 00 | 048 | UNDERLAYMENT 1/2" | SF | 1.24 | 96 | 119.04 |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT



Southern DEP. EX. NO. 20
FOR I.D., AS OF 6/9/04

(2)

| NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| -1 | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | 100 | 26.00 |
| -1 | 00 | 058 | 1X3 WOOD STRIPPING (REAR LOCKBOX TRIM) | LF | .52 | 55 | 28.60 |
| -1 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | 0 | 0 |
| -1 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.48 | 100 | 148.00 |
| -1 | 00 | 011 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | 40 | 302.40 |
| -1 | 00 | 012 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | 40 | 332.80 |
| -1 | 00 | 0[illegible]7 | RELOCATE LETTER DROP | EA | 31.20 | 1 | 31.20 |
| -1 | 00 | 018 | RELOCATE STAMP MACHINE | EA | 41.60 | 0 | 0 |
| NEGOCIATED | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP | EA | 58.60 | 1 | 58.60 |
| -1 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR | 29.96 | 120 | 3595.20 |
| -1 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | 120 | 2,462.40 |
| -2 | 00 | 002 | DEMOLITION 4X8 PANELING | SF | .41 | 800 | 328.00 |
| -2 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS, ETC. | LF | .41 | 100 | 41.00 |
| -2 | 00 | 005 | OPTIONAL SERVICE COUNTERS | LF | 130.00 | 8 | 1,040.00 |
| -2 | 00 | 011 | MOLDING, INSTALLATION | LF | 1.04 | 150 | 156.00 |
| -2 | 00 | 014 | REMOVE EXIST. BOXES & SET UP | LF | 26.00 | 40 | 1,040 |
| -2 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | 50 | 2,600 |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 4.16 | 0 | 0 |
| -2 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | 1 | 52.00 |
| -2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | 30 | 407.40 |
| -2 | 00 | 062 | MOLDING MISC. 1"x3" | LF | 1.31 | 60 | 78.60 |
| | | | SUBTOTAL THIS PAGE | | | | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(3)

| NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| EG | OCIATED |  | 3/4" QUARTER ROUND CUSTOM PINE | LF | 1.61 | 40 | 64.40 |
| 2 | 00 | 074 | SHELVING PINE 1"x8" | LF | 4.42 | 40 | 176.80 |
| 2 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP UNIT | EA | 104.00 | 2 | 208.00 |
| 2 | 00 | 078 | LOCKBOX LAMINATE FOR VENDING | EA | 52.00 | 0 | 0 |
| 7 | 11 | 014 | CAULKING | LF | 1.91 | 1,100 | 2,101.00 |
| 1 | 00 | 001 | REMOVE DOOR | EA | 12.48 | 2 | 24.96 |
| 1 | 00 | 002 | REMOVE FRAME. | EA | 42.12 | 2 | 84.24 |
| 1 | 00 | 003 | REMOVE ALL HARDWARE. | EA | 18.20 | 14 | 254.80 |
| 1 | 00 | 009 | FOR VISION LITE, ADD. | EA. | 45.00 | 0 | 0 |
| 1 | 00 | 010 | ADD NARROW LITE | EA. | 55.00 | 1 | 55.00 |
| 1 | 00 | 026 | 3'x7' STEEL DOOR 1 3/4" TK. 18 G. | EA | 295.00 | 1 | 295.00 |
| EG | OCIATED |  | 3'-6" x 7' STEEL DOOR 1 3/4" THICK 18G. | EA | 310.00 | 0 | 0 |
| 1 | 00 | 063 | 3'x7' HALF GLASS DOOR | EA | 265.00 | 0 | 0 |
| 1 | 00 | 064 | 4'x7' HALF GLASS DOOR | EA | 305.00 | 0 | 0 |
|  | 00 | 105 | DRYWALL FRAME 3'x7' | EA | 110.00 | 2 | 220.00 |
| 1 | 00 | 137 | REMOVE TRIM BOTTOM, REINSTALL | EA | 57.20 | 0 | 0 |
| 1 | 20 | 001 | ALUMINUM FRAME 3'x7' OPNG. | EA | 280.00 | 0 | 0 |
| 1 | 20 | 011 | ALUMINUM DOOR & FRAME NARROW STILE | EA | 935.00 | 0 | 0 |
| 1 | 20 | 013 | ADD FOR WIDE STILE | LEAF | 296.00 | 0 | 0 |
| 2 | 11 | 007 | ADD FOR CALL WINDOW & SHELF | EA | 156.00 | 1 | 156.00 |
| 2 | 11 | 015 | WOOD DOOR | EA | 400.40 | 1 | 400.40 |
|  |  |  | SUBTOTAL THIS PAGE |  |  |  |  |
|  |  |  | SUBTOTAL FROM PREVIOUS PAGE(S) |  |  |  |  |

| | | |
|---|---|---|
| ATES NON-WORKING HOUR PRICES | SUBTOTAL | |
| | MULTIPLIER | |
| [ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT | TOTAL | |

(4)

| [illegible] NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| EODCIATET | | | WICKET TYPE DOOR PACKAGE, PIANO HINGE ONLY | EA | 306.40 | 1 | 306.40 |
| 32 | 11 | 07 | WEATHER STRIP DOOR | EA | 114.40 | 1 | 114.40 |
| 34 | 10 | 01 | ALUMINUM FRAMING | LF | 15.60 | 0 | 0 |
| 4 | 10 | 032 | 1/4" TEMPERED GLASS | SF | 9.36 | 0 | 0 |
| 34 | 10 | 036 | 1" INSUL. GLASS | SF | 16.64 | 0 | 0 |
| 34 | 10 | 00 | REMOVE ALUMINUM ENTRY | SF | 5.20 | 0 | 0 |
| 4 | 10 | 01 | REMOVE WINDOW FRAMING | SF | 1.30 | 0 | 0 |
| 34 | 10 | 012 | REMOVE WINDOW GLASS | SF | 1.09 | 0 | 0 |
| 34 | 10 | 07 | ALUMINUM STOREFRONT | SF | 15.44 | 0 | 0 |
| EODCIATET | | | ALUMINUM WINDOW, AWNING, SCREEN, LABOR | SF | 52.78 | 0 | 0 |
| EODCIATET | | | MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION SCHLAGE L9080 | EA | 300.73 | 1 | 300.73 |
| 57 | 00 | 06 | DOOR FLOOR STOPS | EA | 26.00 | 2 | 52.00 |
| 87 | 00 | 08 | WALL STOPS | EA | 10.40 | 0 | 0 |
| 57 | 00 | 0[illegible]0 | DOOR HOLDER | EA | 124.80 | 0 | 0 |
| 7 | 00 | 023 | KICK PLATE | LF | 20.80 | 6 | 124.80 |
| 57 | 00 | 030 | HINGES | PR | 98.80 | 3 | 296.40 |
| 57 | 00 | 046 | CLOSER 36" | EA | 147.68 | 1 | 147.68 |
| 57 | 00 | 048 | CLOSER 48" | EA | 147.68 | 0 | 0 |
| 57 | 00 | 058 | LOCKSET, OFFICE DOORS | EA | 131.56 | 2 | 263.12 |
| 7 | 00 | 093 | PUSH PLATE | EA | 68.64 | 1 | 68.64 |
| 7 | 00 | 091 | DOOR PULL | EA | 80.08 | 1 | 80.08 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

[illegible]CATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

5

| # NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 87 | 00 | 096 | FLUSH BOLTS | EA | 44.61 | 6 | 267.66 |
| 7 | 00 | 038 | DEAD BOLT | EA | 77.79 | 2 | 155.58 |
| 87 | 00 | 101 | ALUMINUM PUSH & PULL BAR | EA | 106.39 | 0 | 0 |
| 37 | 00 | 102 | THRESHOLD ALUMINUM | LF | 22.88 | 6 | 137.28 |
| [illegible] | | | DOOR SWEEP | LF | 5.65 | 6 | 33.90 |
| 87 | 00 | 108 | LCN4040 CLOSER | EA | 241.28 | 2 | 482.56 |
| 8.8 | 00 | 08 | INSULATING PANEL | SF | 5.20 | 0 | 0 |
| 92 | 50 | 001 | DEMO. DRYWALL FM FRAMING | SF | 0.26 | 400 | 104.00 |
| 92 | 50 | 05 | ACCESSORIES J.L.U. BEAD | LF. | .93 | 80 | 74.40 |
| 92 | 50 | 007 | DRYWALL | SF. | 1.82 | 1280 | 2329.60 |
| 92 | 50 | 011 | ADD FOR 5/8" | SF | .05 | 1,280 | 64.00 |
| 92 | 50 | 014 | CORNER & CASING BEAD | LF | 1.09 | 80 | 87.20 |
| 92 | 50 | 0.9 | FINISHING GYP. WALLS | SF | .23 | 1280 | 294.40 |
| 76 | 60 | 016 | VINYL COMP. TILE | SF | 1.35 | 1200 | 1,620.00 |
| 6 | 60 | 0.1 | REDUCERS | LF | 3.38 | 6 | 20.28 |
| 16 | 60 | 026 | VINYL BASE | LF | 1.71 | 240 | 410.40 |
| 16 | 60 | 0.7 | ADD FOR COLOR | LF | .10 | 240 | 240.00 |
| 16 | 60 | 020 | MIN. CHARGE EPOXY | JOB | 520.00 | 1 | 520.00 |
| 6 | 60 | 029 | PATCH FLOOR TILE T. MATCH EXIST. | JOB | 67.60 | 0 | 0 |
| 16 | 60 | 045 | LEVELING | SF | .52 | 100 | 52.00 |
| 19 | 00 | 067 | SCRAPING LOOSE PAINT | SF | .52 | 1,050 | 546.00 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

RATES NON-WORKING HOUR PRICES — SUBTOTAL

MULTIPLIER

☐ CONTINUE.) ☐ TOTAL WORK ORDER AMOUNT — TOTAL

(6)

| ...NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 99 | 00 | 008 | PATCH CRACKS | LF | .31 | 80 | 24.80 |
| 19 | 00 | 016 | FINISH COAT ON MASONRY | SF | .28 | 0 | 0 |
| 99 | 00 | 017 | PAINT DRYWALL PER COAT (3) | SF | .22 | 4,000 | 880.00 |
| 99 | 00 | 024 | PAINT ONE COAT DOOR & FRAME | SF | .62 | 42 | 26.04 |
| 99 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .62 | 42 | 26.04 |
| 99 | 00 | 026 | PAINT WINDOWS | SF | .93 | 0 | 0 |
| 99 | 00 | 050 | PAINT WOOD TRIM | LF | .70 | 175 | 122.50 |
| 99 | 00 | 053 | PAINT BRUSHWORK | SF | .50 | 500 | 250.00 |
| 99 | 00 | 055 | PAINT CEILING | SF. | .34 | 1200 | 408.00 |
| 99 | 00 | 056 | PAINT WOODWORK (LOCKBOX BAFFLE) | SF | .44 | 230 | 101.20 |
| 99 | 00 | 060 | PAINT MASONRY | SF | .55 | 500 | 275.00 |
| 99 | 00 | 077 | PAINT PIPES | LF | 1.30 | 210 | 273.00 |
| 99 | 00 | 014 | VARNISH | SF | .30 | 42 | 12.60 |
| 99 | 00 | 077 | SANDING (2 COATS) | SF | .57 | 1,000 | 570.00 |
| 9 | .00 | 079 | STAIN | SF | .18 | 42 | 7.56 |
| 99 | .00 | 085 | EXTERIOR CAULKING | LF | 1.50 | 200 | 300.00 |
| 11 | 32 | 020 | FLAG POLE | EA | 1,229.80 | 0 | 0 |
| 11 | 15 | FC1 | REMOVE EXIST. SERVICE COUNTER & DESKS | LF | 9.15 | 10 | 91.50 |
| E | 0GIRTED | | ASSEMBLE & INSTALL "BAKER" LIT UNITS | EA | 432.00 | 1 | 432.00 |
| E | 0GIRTEE | | ASSEMBLE & INSTALL "BAKER" FURNITURE | EA | 310.00 | 1 | 310.00 |
| .1 | 15 | FC4 | INSTALL P.O. BOXES LABOR | LF | 34.32 | 40 | 1372.80 |
| | | | SUBTOTAL THIS PAGE | | | | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

...ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT