**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 98-868C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This Court, having reviewed the Consent Motion for Enlargement of Time filed by Plaintiff, L.P. Consulting Group, Inc., with the consent of the Defendant, United States, and having found such Motion to be proper, does hereby **GRANT** said Motion and does hereby **ORDER** that the time ins which Plaintiff has to file its Opposition or other Response to the pending Motion for Summary Judgment and Statement of Uncontroverted Facts, is hereby extended on week, until and including Friday, February 18, 2005, and the Defendants' time in which to file its reply to such Opposition is extended for one week until Friday, March 11, 2005.

**SO ORDERED THIS ___ DAY OF FEBRUARY, 2005.**

______________________________
Francis M. Allegra, Judge