# In the United States Court of Federal Claims

No. 98-868C

(Filed: February 9, 2005)

---

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On February 9, 2005, plaintiff filed a consent motion for an enlargement of time to file its opposition to defendant's motion for summary judgment. Plaintiff's motion is **GRANTED**. Accordingly,

1. On or before February 18, 2005, plaintiff shall file its opposition to defendant's motion for summary judgment.

2. On or before March 11, 2005, defendant shall file its reply to plaintiff's opposition to defendant's motion for summary judgment.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge