**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 98-868C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff L.P. Consulting Group, Inc. ("LP"), hereby moves the Court for leave to file, along with its opposition to the Government's motion for summary judgment, a cross-motion for summary judgment. The facts and legal arguments asserted in the Government's summary judgment motion highlight the inherent weaknesses in the Government's position and the strength of LP's case.

In support of this Motion, Plaintiff states:

1. This case has a long, complex history since its inception in the court in 1998.

2. Since that time, a number of extensions and stays have been granted by the court, virtually all of which were made at the Government's request.

3. On November 16, 2004, the Court ordered that "On or before December 23, 2004, Defendant shall file its motion for summary judgment" and "On or before January 28, 2005, Plaintiff shall file its response to Defendant's motion for summary judgment." Docket Entry No. 83.

4. In response to the Government's motion for extension of time, the Court (on December 22, 2004) ordered that "On or before January 14, 2005, Defendant shall file its motion for summary judgment. No further enlargements of this deadline will be granted. Should the

motion not be filed by that date, this case will be set for trial." Docket Entry No. 85. Like the previous scheduling order, there was no provision for the Plaintiff to file a motion for summary judgment.

5. On February 9, 2005, the Court granted Plaintiff's request for a one week extension of time (until February 18, 2005) to "file its opposition to Defendant's motion for summary judgment." Docket Entry No. 89.

6. Plaintiff complied with this Court's February 9th order by filing its opposition to the Government's motion for summary judgment and cross motion for summary judgment on February 18, 2005.

7. This Court's predecessor routinely granted motions for leave to file cross-motions for summary judgment that were filed along with a party's timely opposition to a pending summary judgment motion. *See Oglala Sioux Tribe v. United States*, 15 Cl. Ct. 615, 616 (1988); *Comprehensive Designers, Inc. v. United States*, 210 Ct. Cl. 719, 720-21 (1976).

8. Granting Plaintiff leave to file a cross-motion along with its opposition to the Government's motion for summary judgment will foster an efficient resolution of the issues and avoid the need for a trial in this case. Plaintiff contends that it is entitled to summary judgment, as a matter of law, based on the largely undisputed factual record as set forth in the Government's motion for summary judgment and the papers accompanying Plaintiff's cross-motion.

9. Pursuant to the Court's prior Order, granting Defendant the opportunity to respond to LP's Opposition to Defendant's Motion for Summary Judgment, LP requests a commensurate 30-day period in which to respond to Defendant's Opposition to LP's Cross-Motion for Summary Judgment.

WHEREFORE, Plaintiff, L.P. Consulting, Inc., hereby requests that the Court grant this Motion for Leave to File a Cross-Motion for Summary Judgment along with its Opposition to the Government's Motion for Summary Judgment.

February 18, 2005

Respectfully submitted,

BELL, BOYD & LLOYD, PLLC

By /s/ Brian Cohen

Brian Cohen
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300
(202) 463-0678 Facsimile
Attorney for Plaintiff

Of Counsel:
Lawrence M. Prosen, Esq.
Bell, Boyd, & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on this 18th day of February, 2005, a copy of the foregoing Motion was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Brian Cohen