Deft's EXHIBIT NO 105
FOR I.D., AS OF 6/11/04

·609 AO'S
PAGE 1

| | No. | Name | (A) Handicap Survey Wayne | Handicap Survey Rich | R & I Insp | Pictures & Graph Draw | (B) L.P. Consulting Proposal | L.P. Consulting Dwgs | USPS Contract | Project Started | Project Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | AROMA PK | | X | | | | | | | |
| 2 | 2 | ASHKUM | | X | | | 1-3-94 | | | | |
| 5 | 3 | BEAVERVILLE | X | X | | / | | | | | |
| 1 | 4 | BONFIELD | X | X | X | X | 1-3-94 | | | | |
| | 5 | BOURBONNAIS | EXEMPT – NEW BLDG | | | | | | | | |
| 7 | 6 | BRADLEY | | X | | | | | | | |
| 3 | 7 | BUCKINGHAM | X | X | X | / | 1-3-94 | | | | |
| | 8 | BUCKLEY | | | | | | | | | |
| 8 | 9 | CABERY | | X | | | | | | | |
| 8 | 10 | CAMPUS | | X | | | | | | | |
| 8 | 11 | CHATSWORTH | | X | | | | | | | |
| 8 | 12 | CHEBANSE | | X | | | | | | | |
| | 13 | CISSNA PARK | | | | | | | | | |
| | 14 | CLAYTONVILLE | | | | | | | | | |
| 2 | 15 | CLIFTON | | X | | | 1-3-94 | | | | |
| 6 | 16 | CRESCENT CITY | X | X | | | | | | | |
| 3 | 17 | CULLOM | | X | | | 1-3-94 | | | | |
| 2 | 18 | DANFORTH | | X | | | 1-3-94 | | | | |
| 5 | 19 | DONOVAN | X | X | | | | | | | |
| | 20 | EAST LYNN | | | | | | | | | |
| | 21 | ELLIOTT | | | | | | | | | |
| 8 | 22 | EMINGTON | | X | | | | | | | |
| 1 | 23 | ESSEX | X | X | | / | 1-3-94 | | | | |
| | 24 | GIBSON CITY | | | | | | | | | |
| | 25 | GILMAN | | X | | | | | | | |
| 1 | 26 | HERSCHER | X | X | X | X | 1-3-94 | | | | |
| | 27 | GOODWINE | | | | | | | | | |
| 7 | 28 | GRANT PK | X | X | | | | | | | |
| 6 | 29 | IROQUOIS | X | X | X | X | | | | | |
| 7 | 30 | KANKAKEE | | X | | | | | | | |
| 3 | 31 | KEMPTON | | X | | | 1-3-94 | | | | |
| | 32 | HOOPESTON | | | | | | | | | |

000032

PS Form 1627
Oct. 1972

U.S.GOVERNMENT PRINTING OFFICE : 1988 O - 215-099

| | No. | 609 4.0.'s PAGE 2 | Handicap Survey Wayne (A) | Handicap Survey Rich | R & A Insp | Fictures Graft Dwgs | L.P. Consultant Proposal (B) | L.A. Contract Dwgs | USPS Contract | Project Started | Project Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 33 | Hopkins Park | EXEMPT PROJECT | | | | | | | | |
| | 34 | Ludlow | | | | | | | | | |
| | 35 | Loda | | | | | | | | | |
| 5 | 36 | Martinton | X | X | | / | | | | | |
| | 37 | Melvin | | | | | | | | | |
| | 38 | Manteno | | | | | | | | | |
| 7 | 39 | Momence | | X | | | | | | | |
| | 40 | Milford | | | | | | | | Project Started | |
| 5 | 41 | Papineau | X | X | | / | | | | | |
| 4 | 42 | Onarga | | X | | | 1-3-94 | | | | |
| | 43 | Rankin | | | | | | | | | |
| 1 | 44 | Reddick | X | X | X | X | 1-3-94 | | | | |
| | 45 | Paxton | | | | | | | | | |
| | 46 | Piper City | | X | | | 1-3-94 | | | | |
| 5 | 47 | Saint Anne | X | X | | / | | | | | |
| | 48 | Roberts | | | | | | | | | |
| | 49 | Rossville | | | | | | | | | |
| 6 | 50 | Sheldon | X | X | | | | | | | |
| 4 | 51 | Thawville | | X | | | 1-3-94 | | | | |
| | 52 | Stockland | | | | | | | | | |
| | 53 | Union Hill | | | | X | | | | | |
| 6 | 54 | Watseka | | X | | | | | | | |
| | 55 | Wellington | | | | | HOLD | | | | |
| | 56 | Woodland | | | | | | | | | |
| | | Dwight 604 | | | | | | | | | |
| | | Elwood 604 | | | | | | | | | |
| 9 | | Mazon | | X | | | | | | | |
| 9 | | Verona | | X | | | | | | | |
| | | Kinsman | | X | | | | | | | |
| 3 | | Odel (604) | | X | | | 1-3-94 | | | | |

# DAMAGES CALCULATION

| | | |
|---|---|---|
| Count I | Berwick Modular Post Office | 25% x $ 30,663.83 = $ 7,665.00 |
| Count II | Hoopeston Post Office | 23% x $ 62,752.00 = $ 14,433.00 |
| Count III | Downer's Grove Dock | 27% x $ 36,564.99 = $ 9,872.55* |
| Count IV | Brookfield Ramp and Dock Enclosure Project | 25% x $ 89,168.28 = $ 22,292.00* |
| Count V | Aroma Park Interior Lobbies and Building Renovation Project | 20% x $ 62,000.00 = $ 12,400.00* |
| Count VI | Beaverville Lobby and Building Renovation Project | 19% x $ 24,758.00 = $ 4,704.00* |
| Count VII | Bradley Concrete Ramp, Lobbies and Building Renovations Project | 17% x $187,352.00 =$ 31,849.84* |
| Count VIII | East Lynn Building Renovation Project | 16% x $ 32,775.00 = $ 5,244.00* |
| Count IX | Momence Concrete Ramp and Lobby Renovation Project | 17% x $ 46,388.00 = $ 7,886.00* |
| Count X | Papineau Interior Renovation and Concrete Ramp Project | 14% x $ 43,442.00 = $ 6,082.00* |
| Count XI | St. Anne Concrete Asphalt and Interior Renovations | 18% x $ 41,691.00 = $ 7,504.38* |
| Count XII | Union Hill Interior and Exterior Ramp Project | 16% x $ 36,110.00 = $ 5,778.00* |
| | | ~~$693,665.10~~ ~~$113,710.77~~ |

* These numbers are corrected for possible arithmetical errors in L.P.'s claims.

$693,645.1 135,710.77

I have not verified the math.

Battaglia DEP. EX. NO. 94
FOR I.D., AS OF 6/11/04

000036

6/9/2004 10:32 AM

# UNITED STATES POSTAL SERVICE
# OFFICE OF INSPECTOR GENERAL
# PROPOSED SUSPENSION & DEBARMENT REPORT

[redacted]

# United States Postal Service
# Office of Inspector General

## Proposed Suspension and Debarment
## of
## Andrew M. Fernandez, et al

SA Richard Grim, Desk Officer

(703) 526-5956

**UNITED STATES POSTAL SERVICE**
**OFFICE OF INSPECTOR GENERAL**
1735 NORTH LYNN STREET
SUITE 10000
ARLINGTON, VA 22209-2020

May 24, 2004

Keith Strange
Vice President, Purchasing and Materials
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260-6238

**Subject: Suspension and debarment of Andrew Fernandez, et al.**

Reference: OIG Case No. 97RI007RP000(1)

**RESTRICTED INFORMATION**

The U.S. Postal Service, Office of Inspector General (OIG) recently conducted an investigation of Andrew M. Fernandez, et al. The attached Investigative Summary Report and exhibits are submitted so that appropriate suspension and debarment proceedings can be initiated.

Please advise me, in writing within 60 days, of your decision in this matter. If you decide to suspend and debar any of the individuals and/or companies, please furnish me a copy of the final decision letter. If legal proceedings are required, the case agent will be available to testify concerning this investigation. Please advise me at least two weeks in advance of any scheduled hearings. Additionally, if your original decision is subsequently modified in any way, please advise me of the final action taken.

The Investigative Summary Report is "Restricted Information." All OIG reports are furnished on an official need to know basis and must be protected from dissemination that may compromise the best interest of the U.S. Postal Service.

If you have any questions or need additional information, please contact me at (703) 248-2162.

Aaron Jordan
Special Agent-In-Charge
Strategic Enforcement Division

Enclosure: Investigative Summary Report

**UNITED STATES POSTAL SERVICE**
**OFFICE OF INSPECTOR GENERAL**
77 WEST PORT PLAZA
ST. LOUIS, MO 63146-3124

**DATE: April 21, 2004**

**CASE NUMBER: 97RI007RP000(1)**

**CASE AGENT: SPECIAL AGENT CARL PURICELLI**

## INVESTIGATIVE SUMMARY REPORT

| Subject(s) | Location | Postal Service Contract Number |
|---|---|---|
| Andrew M. Fernandez, Owner of A. M. Fernandez and Associates | Chicago, IL | 162640-99-J-0202<br>162640-94-J-0136 |

This investigation was initiated in 1997 after receiving allegations that Andrew M. Fernandez, owner of A. M. Fernandez and Associates, Chicago, IL, was soliciting illegal kickbacks in exchange for favorable recommendations on Postal Service contracts. Fernandez was awarded contract numbers 162640-94-J-0136 and 162640-99-J-0202 to provide architectural and engineering services to the Postal Service. A summary of the work orders associated with these contracts is attached as Exhibit 1.

Fernandez, a licensed architect, was contracted by the Postal Service to, among other things, design and oversee the construction of handicap ramps at Postal Service facilities. In association with his duties, Fernandez was contracted to conduct site surveys, develop drawings, solicit vendor quotes, make recommendations about the vendor's ability to perform, and oversee the actual construction of the ramps. Fernandez also sent out Postal Service solicitations and caused vendors to submit many of their bids back to A. M. Fernandez and Associates, where they were reviewed by Fernandez and forwarded to the Postal Service.



RESTRICTED INFORMATION

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

On December 19, 2000, after being sworn and provided his Miranda rights, Fernandez confessed to:

- From approximately 1995 thru 1997, receiving approximately $25,000 from Rick Ulbrich and/or Ulbrich and Associates.
- From 1996 to 1997, receiving about $20,000 - $25,000 from Hans Rosenow Roofing.
- From 1996 to 1997, receiving about $10,000 from Ramcorp, Inc., and/or Larry Rampa.
- From 1995 to 1998, receiving about $10,000 - $15,000 from Bob Wagner and/or Concrete by Wagner, Inc.
- From 1997 to 1998, receiving about $2,000 - $3,000 from R.J. Custom Builders and/or Bob Pietrowski.

Fernandez would receive notification from the USPS of upcoming projects. When he received this notification, he would contact the above vendors, as well as others per USPS direction to see if they were interested in bidding the work. Fernandez would then provide a favorable recommendation of that vendor to USPS in exchange for a payment.

Additionally, Fernandez confessed to underreporting income on his income tax returns for the years 1995 – 1998.

The handwritten and transcribed confessions are attached as Exhibit 2.

Although not included in his written statement, Fernandez later admitted that he received kickback payments from Kago Incorporated in association with the award of Postal Service contracts. Fernandez also admitted paying $1,000 to a Postal Service official in an effort to buy influence. Fernandez' interview report, less Federal Grand Jury and tax record redactions, is attached as Exhibit 3.

On December 19, 2000, Robert Wagner, owner of Concrete by Wagner Inc, was interviewed in the presence of his attorney and he admitted to paying approximately $10,000 in "finder fees" to Fernandez in association with the award of Postal Service contracts. In particular, Wagner admitted to providing a $2,000 finder fee for the LaGrange, IL, post office job. Wagner was re-interviewed on December 20, 2000, January 9, 2001, and March 24, 2003. Wagner's interview reports, less Federal Grand Jury and tax record redactions, are attached as Exhibits 4, 6, 10, and 14.

On December 19, 2000, Larry Rampa, owner of Ramcorp, Inc, was interviewed. Rampa denied making kickback payments to Fernandez during this interview. He did admit to performing some "no-cost" construction services, at Fernandez request, at the home of a Postal Service official. On November 21, 2001, Rampa was re-interviewed in



RESTRICTED INFORMATION

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

the presence of his attorney and admitted to providing kickbacks to Fernandez in exchange for Postal Service contracts. Rampa's interview reports, less Federal Grand Jury and tax record redactions, are attached as Exhibits 5 and 13.

On December 27, 2000, Robert Pietrowski, owner of R. J. Custom Builders was interviewed. Pietrowski admitted to paying Fernandez approximately $2370 in association with the award of the Homewood Post Office project. The payments were made to various individuals, including Fernandez' spouse and children, to disguise the nature of the payment. All payments were made under $600 to avoid having to complete an IRS form 1099. On April 27, 2001, Pietrowski was re-interviewed. Pietrowski's interview reports, less Federal Grand Jury and tax record redactions, are attached as Exhibits 7, 8 and 12.

On December 28, 2000, Rich Ulbrich, owner of Ulbrich and Associates, was interviewed. Ulbrich initially denied making payments to Fernandez in order to secure business and then requested an attorney. Ulbrich's interview report, less Federal Grand Jury and tax record redactions, is attached as Exhibit 9. Ulbrich also owns Phoenix Construction.

On January 18, 2001, Phil Kasik, owner of Kago Inc, was interviewed. Kasik admitted to paying a $4500 kickback to Fernandez in exchange for four Postal Service contracts. Kasik's interview report, less Federal Grand Jury and tax record redactions, is attached as Exhibit 11.

On March 27, 2003, Richard Rosenow, owner of Hans Rosenow Company, was interviewed. Rosenow admitted to making payments in exchange for construction jobs, but he could not recall if he ever made payments to Fernandez. Rosenow's interview report, less Federal Grand Jury and tax record redactions, is attached as Exhibit 15. Rosenow also owns Janice Building Company.

On March 9, 2004, Fernandez pled guilty to one count of making a false statement on an income tax return, in violation of Title 26 United States Code, Section 7206(1). As part of the plea agreement, Fernandez admitted to receiving approximately $81,000 from Postal Service vendors in exchange for the award of Postal Service contracts and, among other things, failing to include this income in his tax return. Fernandez is scheduled to be sentenced on May 27, 2004. The plea agreement is attached as Exhibit 16.

In accordance with provisions outlined in the Postal Service Purchasing Manual, the Postal Service has the authority to suspend and/or debar contractors who have been convicted for commission of a criminal offense incidental to obtaining or attempting to obtain contracts or subcontracts, or in the performance of a contract or subcontract. Andrew M. Fernandez, owner of A. M. Fernandez and Associates plead guilty in federal



RESTRICTED INFORMATION

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

court to tax fraud for his failure to report approximately $31,000 in kickback payments from Postal Service vendors. Thus, it is recommended that you consider suspension and debarments for:

| | | |
|---|---|---|
| **Andrew M. Fernandez**<br>9092 Wolfe Road<br>Willow Springs, IL 60480-1622 | Tax ID # | redacted |
| **A. M. Fernandez and Associates**<br>9092 Wolfe Road<br>Willow Springs, IL 60480-1622 | Tax ID # | |

Additionally, the Postal Service Purchasing Manual authorizes the suspension and/or debarment of contractors for any cause of such serious and compelling nature, affecting responsibility as a supplier, as may be determined by the Postal Service to warrant debarment. Thus, it is recommended that you consider suspension and debarments for:

| | | |
|---|---|---|
| **Rich Ulbrich**<br>1125 Heaven's Gate<br>Lake in the Hills, IL 60156-4873 | Tax ID # | |
| **Ulbrich and Associates**<br>1125 Heaven's Gate<br>Lake in the Hills, IL 60156-4873 | Tax ID # | |
| **Phoenix Construction**<br>1125 Heaven's Gate<br>Lake in the Hills, IL 60156-4873 | Tax ID # | redacted |
| **Robert Wagner**<br>17220 W 145th Street<br>Lockport, IL 60441 | Tax ID # | |
| **Concrete by Wagner**<br>13808 High Road<br>Lockport, IL 60441 | Tax ID # | |
| **Rich Rosenow**<br>1865 Huntington Drive<br>Lake Geneva, WI 53147 | Tax ID # | |



RESTRICTED INFORMATION

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Priva[illegible] disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

| | |
|---|---|
| **Janice Building Company**<br>1865 Huntington Drive<br>Lake Geneva, WI 53147 | Tax ID # |
| **Hans Rosenow Roofing**<br>1865 Huntington Drive<br>Lake Geneva, WI 53147 | Tax ID # |
| **Larry Rampa**<br>421 N Water Street<br>Wilmington, IL 60481 | Tax ID # |
| **Ramcorp Inc**<br>421 North Water Street<br>Wilmington, IL 60481 | Tax ID # |
| **Robert Pietrowski**<br>5515 S. Wolf Road<br>LaGrange, IL 60525 | Tax ID # |
| **R. J. Custom Builders**<br>5515 S. Wolf Road<br>LaGrange, IL 60525 | Tax ID # |
| **Phil Kasik**<br>3819 Howard Avenue<br>Western Springs, IL 60558 | Tax ID # |
| **Kago Inc.**<br>3819 Howard Avenue<br>Western Springs, IL 60558 | Tax ID # |

redacted

It should also be noted that any entities or individuals suspended from Postal Service contracting should be provided to the General Services Administration for inclusion into the Consolidated Suspended/Debarred Bidders List.

Our office is providing this information to you so that you can take appropriate action. Please contact Special Agent Carl M. Puricelli at (314) 439-6037 if additional information or support is needed.



RESTRICTED INFORMATION

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

**List of Exhibits**

1) Summary of the work orders awarded to A. M. Fernandez and Associates.
2) Andrew Fernandez' handwritten and transcribed confessions dated December 19, 2000.
3) Fernandez' interview report, less Federal Grand Jury and tax record redactions, dated December 19, 2000.
4) Robert Wagner interview report, less Federal Grand Jury and tax record redactions, dated December 19, 2000.
5) Larry Rampa's interview report, less Federal Grand Jury and tax record redactions, dated December 19, 2000.
6) Wagner's interview report, less Federal Grand Jury and tax record redactions, dated December 20, 2000.
7) Robert Pietrowski's interview report, less Federal Grand Jury and tax record redactions, dated December 27, 2000.
8) Pietrowski's interview report, less Federal Grand Jury and tax record redactions, dated December 29, 2000.
9) Rich Ulbrich's interview report, less Federal Grand Jury and tax record redactions, dated December 29, 2000.
10) Wagner's interview report, less Federal Grand Jury and tax record redactions, dated January 9, 2001.
11) Phil Kasik's interview report, less Federal Grand Jury and tax record redactions, dated January 18, 2001.
12) Pietrowski's interview report, less Federal Grand Jury and tax record redactions, dated April 27, 2001.
13) Rampa's interview report, less Federal Grand Jury and tax record redactions, dated November 21, 2001.
14) Wagner's interview report, less Federal Grand Jury and tax record redactions, dated March 24, 2003.
15) Richard Rosenow's interview report, less Federal Grand Jury and tax record redactions, dated April 1, 2003.
16) Fernandez plea agreement filed March 9, 2004.



RESTRICTED INFORMATION

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

Andy Fernandez + Assoc 0136

| Work Order | Facility | Description | Status | Amount | Control | Project | Created Date | Created |
|---|---|---|---|---|---|---|---|---|
| 66.00 | [illegible] | | Draft | $.00 | | [illegible] | 08/24/1999 | MICHELE |
| [illegible] | NORMAL MAIN OFFIC | Retaining Wall Design | Committed | $2,590.94 | JE90039 | [illegible] | 08/10/1999 | MICHELE |
| [illegible] | NORMAL MAIN OFFIC | INVESTIGATIVE SURVEY | Committed | $1,290.90 | ZZ99590 | [illegible] | 00/00/0000 | |
| 63.00 | SANDWICH MAIN OFF | CARRIER ACCESS RAMP | Committed | $3,171.02 | ZZ95093 | [illegible] | 00/00/0000 | |
| 62.01 | AROMA PARK MAIN O | Expansion | Committed | $6,279.02 | J002040 | [illegible] | 10/15/1999 | LARRY LIN |
| 62.00 | AROMA PARK MAIN O | Expansion | Committed | $4,786.30 | J095662 | [illegible] | 00/00/0000 | |
| 61.00 | AROMA PARK MAIN O | LOBBY RENOVATION | Committed | $1,303.22 | ZZ99870 | [illegible] | 00/00/0000 | |
| 60.00 | LA GRANGE MAIN OF | | Draft | $.00 | | [illegible] | 00/00/0000 | |
| 59.00 | CALUMET CITY MAIN | | Draft | $.00 | | [illegible] | 00/00/0000 | |
| 58.00 | ABINGDON MAIN OFF | | Draft | $.00 | | [illegible] | 00/00/0000 | |
| 57.00 | DOWNERS GROVE M | HANDICAP RAMP | Issued | $2,118.21 | | [illegible] | 00/00/0000 | |
| 56.00 | SOUTH SUBURBAN P | CFS RENOVATION | Committed | $1,466.16 | ZZ91535 | [illegible] | 00/00/0000 | |
| 55.00 | SOUTH SUBURBAN P | ARCHITECTS SERVICE | Draft | $1,306.40 | | [illegible] | 00/00/0000 | |
| 54.00 | ST ANNE MAIN OFFIC | ABC RAMP & LOBBY REN | Committed | $8,495.88 | ZZ95405 | [illegible] | 00/00/0000 | |
| 53.00 | [illegible] | | Draft | $.00 | | [illegible] | 00/00/0000 | |
| 52.04 | MOMENCE MAIN OFF | CONST OVERSITE, LBY RI | Committed | $3,220.88 | ZZ99713 | [illegible] | 00/00/0000 | |
| 52.03 | MOMENCE MAIN OFF | Rev. Lobby Renovation | Committed | $2,242.24 | ZZ95390 | [illegible] | 00/00/0000 | |
| 52.02 | MOMENCE MAIN OFF | CONST. OVERSITE | Committed | $2,573.87 | ZZ93529 | [illegible] | 00/00/0000 | |
| 52.01 | MOMENCE MAIN OFF | LOBBY RENOVATION | Committed | $1,989.20 | ZZ84807 | [illegible] | 00/00/0000 | |
| 52.00 | MOMENCE MAIN OFF | RAMP & LOBBY RENOVA | Committed | $3,278.02 | ZZ82028 | [illegible] | 00/00/0000 | |
| 51.00 | PAW PAW MAIN OFFI | LOBBY SURVEY/REDESIG | Committed | $1,159.02 | ZZ88671 | [illegible] | 00/00/0000 | |
| 50.00 | ORLAND PARK CARR | RESTROOM RENOVATION | Committed | $671.80 | ZZ88244 | [illegible] | 00/00/0000 | |
| 49.03 | ABINGDON MAIN OFF | | Deleted | $.00 | | [illegible] | 12/20/2002 | IMOGENE NI |
| 49.02 | ABINGDON MAIN OFF | OVERSITE - RAMP | Committed | $-79.20 | JE35851 | [illegible] | 12/19/2002 | IMOGENE NI |
| | ABINGDON MAIN OFF | CONST. OVERSITE ABC R | Committed | $5,873.36 | ZZ96155 | [illegible] | 00/00/0000 | |
| | ABINGDON MAIN OFF | HANDICAPPED RAMP | Committed | $3,721.54 | J066711 | [illegible] | 00/00/0000 | |
| 4- | OAK FOREST MAIN O | ADDTL CONST. OVERSIT | Committed | $4,980.65 | JE07859 | [illegible] | 02/04/2000 | LINDA BARKE |
| 48.03 | OAK FOREST MAIN O | | Draft | $.00 | | [illegible] | 02/03/2000 | LINDA BARKE |
| 48.02 | OAK FOREST MAIN O | CONST OVERSITE, LBY RI | Committed | $3,041.22 | ZZ99714 | [illegible] | 00/00/0000 | |
| 48.01 | OAK FOREST MAIN O | Rev. Lobby Renovation | Committed | $3,739.82 | ZZ95382 | [illegible] | 00/00/0000 | |
| 48.00 | OAK FOREST MAIN O | LOBBY/RETAIL DESIGN | Committed | $3,770.72 | J086228 | [illegible] | 00/00/0000 | |
| 47.03 | CALUMET CITY MAIN | CONSTRUCTION OVERSI | Committed | $7,348.50 | JE94565 | [illegible] | 08/03/1999 | SAMUEL SOU |
| 47.02 | CALUMET CITY MAIN | Rev. Lobby Renovation | Committed | $2,242.24 | ZZ95344 | [illegible] | 00/00/0000 | |
| 47.01 | CALUMET CITY MAIN | CONST. OVERSITE LOBBY | Committed | $3,129.60 | ZZ96335 | [illegible] | 00/00/0000 | |
| 47.00 | CALUMET CITY MAIN | LOBBY/RETAIL DESIGN | Committed | $3,551.16 | J086156 | [illegible] | 00/00/0000 | |
| 46.01 | LEWISTOWN MAIN OI | BRICK SELECTION | Committed | $249.60 | ZZ86862 | [illegible] | 00/00/0000 | |
| 46.00 | LEWISTOWN MAIN OI | ABC RAMP DESIGN | Committed | $2,582.92 | ZZ78952 | [illegible] | 00/00/0000 | |
| 45.01 | PERU MAIN OFFICE | INVESTIGATE DOOR ACC | Committed | $382.40 | ZZ85363 | [illegible] | 00/00/0000 | |
| 45.00 | PERU MAIN OFFICE | ABC RAMP DESIGN | Committed | $3,743.22 | J075210 | [illegible] | 00/00/0000 | |
| 44.01 | BUSHNELL MAIN OFF | BRICK SELECTION | Committed | $319.35 | ZZ86870 | [illegible] | 00/00/0000 | |
| 44.00 | BUSHNELL MAIN OFF | ABC RAMP DESIGN | Committed | $2,501.27 | ZZ79169 | [illegible] | 00/00/0000 | |
| 43.00 | BRADLEY MAIN OFFI | ABC RAMP DESIGN | Committed | $2,736.76 | J079961 | [illegible] | 00/00/0000 | |
| 42.03 | CHARLESTON MAIN | BRICK SELECTION | Committed | $789.45 | ZZ86836 | [illegible] | 00/00/0000 | |
| 42.02 | CHARLESTON MAIN | CONST OVERSITE - RAMF | Committed | $3,619.40 | ZZ86768 | [illegible] | 00/00/0000 | |
| 42.01 | CHARLESTON MAIN | Redesign stair, platform | Committed | $1,700.44 | J086733 | [illegible] | 00/00/0000 | |
| 42.00 | CHARLESTON MAIN | ABC RAMP DESIGN | Committed | $2,981.71 | J070095 | [illegible] | 00/00/0000 | |
| 41.00 | BEARDSTOWN MAIN | ABC RAMP DESIGN | Committed | $3,881.68 | J070229 | [illegible] | 00/00/0000 | |
| 40.01 | TUSCOLA MAIN OFFI | SURVEY AND REDESIGN I | Committed | $1,862.24 | J086384 | [illegible] | 00/00/0000 | |
| | TUSCOLA MAIN OFFI | ABC RAMP DESIGN | Committed | $2,962.34 | J070420 | [illegible] | 00/00/0000 | |
| | PANA MAIN OFFICE | ABC RAMP DESIGN | Committed | $3,997.54 | J070276 | [illegible] | 00/00/0000 | |
| 8.01 | CANTON MAIN OFFIC | BRICK SELECTION | Committed | $5,903.40 | ZZ87278 | [illegible] | 00/00/0000 | |
| 8.00 | CANTON MAIN OFFIC | ABC RAMP DESIGN | Committed | $2,518.23 | J070186 | [illegible] | 00/00/0000 | |
| 7.01 | CARLINVILLE MAIN O | BRICK SELECTION | Committed | $874.35 | ZZ87415 | [illegible] | 00/00/0000 | |
| 7.00 | CARLINVILLE MAIN O | ABC RAMP DESIGN | Committed | $2,532.68 | ZZ72051 | [illegible] | 00/00/0000 | |

Committed
331,511.9

Issued
4,637.43

PAID
333,874.9

Avail.
663,85?.9

000047

| Work Order | Facility | Description | Status | Amount | Control | Project | Created Date | Create |
|---|---|---|---|---|---|---|---|---|
| 36.00 | SHELBYVILLE MAIN C | ABC RAMP DESIGN | Committed | $3,373.28 | J070404 | J48298 | 00/00/0000 | |
| | MARDEN MAIN OFFICE | ABC RAMP DESIGN | Committed | $2,840.86 | ZZ78806 | J48294 | 00/00/0000 | |
| [illegible] | MASON CITY MAIN O | BRICK SELECTION | Committed | $291.45 | ZZ86875 | J48314 | 00/00/0000 | |
| 34.00 | MASON CITY MAIN O | ABC RAMP DESIGN | Committed | $2,318.29 | ZZ79129 | J48314 | 00/00/0000 | |
| 33.01 | SPRING VALLEY MAI | BRICK SELECTION | Committed | $940.50 | ZZ87067 | J48313 | 00/00/0000 | |
| 33.00 | SPRING VALLEY MAI | ABC RAMP DESIGN | Committed | $2,777.54 | ZZ79007 | J48318 | 00/00/0000 | |
| 32.01 | PRINCETON MAIN OF | INVESTIGATIVE REPORT | Committed | $1,247.50 | JE96291 | J48308 | 06/18/1999 | MICHELE |
| 32.00 | PRINCETON MAIN OF | ABC RAMP DESIGN | Committed | $2,695.80 | ZZ70827 | J48302 | 00/00/0000 | |
| 31.01 | RUSHVILLE MAIN OFF | BRICK SELECTION | Committed | $5,903.40 | ZZ87548 | J48312 | 00/00/0000 | |
| 31.00 | RUSHVILLE MAIN OFF | ABC RAMP DESIGN | Committed | $2,542.05 | ZZ70880 | J48312 | 00/00/0000 | |
| 30.00 | MARSEILLES MAIN O | ABC RAMP DESIGN | Committed | $3,003.12 | ZZ70849 | J48313 | 00/00/0000 | |
| 29.01 | HAVANA MAIN OFFIC | BRICK SELECTION | Committed | $252.70 | ZZ86846 | J48321 | 00/00/0000 | |
| 29.00 | HAVANA MAIN OFFIC | ABC RAMP DESIGN | Committed | $2,705.35 | ZZ70798 | J48311 | 00/00/0000 | |
| 28.01 | STREATOR MAIN OFF | CONST OVERSITE-RAMP | Committed | $2,873.48 | J079780 | J48320 | 00/00/0000 | |
| 28.00 | STREATOR MAIN OFF | ABC RAMP DESIGN | Committed | $3,843.88 | J075468 | J48326 | 00/00/0000 | |
| 27.01 | PAXTON MAIN OFFIC | ENTRANCE SILL REPAIR | Committed | $2,682.84 | J086593 | J48304 | 00/00/0000 | |
| 27.00 | PAXTON MAIN OFFIC | ABC RAMP DESIGN | Committed | $2,480.49 | ZZ70771 | J48304 | 00/00/0000 | |
| 26.00 | OGLESBY MAIN OFF | ABC RAMP DESIGN | Committed | $2,614.24 | ZZ70722 | J48318 | 00/00/0000 | |
| 25.01 | MENDOTA MAIN OFF | BRICK SELECTION | Committed | $2,257.20 | ZZ87505 | J48308 | 00/00/0000 | |
| 25.00 | MENDOTA MAIN OFF | ABC RAMP DESIGN | Committed | $2,358.10 | ZZ70514 | J48306 | 00/00/0000 | |
| 24.00 | TAYLORVILLE MAIN O | ABC RAMP DESIGN | Committed | $3,517.46 | ZZ70535 | J48317 | 00/00/0000 | |
| 23.01 | HOOPESTON MAIN O | BRICK SELECTION | Committed | $1,141.00 | ZZ87568 | J48297 | 00/00/0000 | |
| 23.00 | HOOPESTON MAIN O | ABC RAMP DESIGN | Committed | $3,782.32 | ZZ70607 | J48297 | 00/00/0000 | |
| 22.00 | OAKLAWN OAKLAWN | PARKING LOT IMPROVEM | Committed | $3,287.62 | ZZ76484 | J48158 | 00/00/0000 | |
| | MILLBROOK MAIN OF | ROLLING COUNTER SHUT | Committed | $941.24 | ZZ72920 | J02811 | 00/00/0000 | |
| | [illegible] | | Deleted | $.00 | | [illegible] | 00/00/0000 | |
| | LEMONT MAIN OFFIC | ABC RAMP DESIGN | Committed | $1,494.96 | ZZ70505 | J25640 | 00/00/0000 | |
| 18.03 | SOUTH SUBURBAN F | INVES. SURVEY-MACOMB | Committed | $2,939.40 | JE96185 | J51224 | 06/24/1999 | MICHELE MC |
| 18.02 | SOUTH SUBURBAN F | INVES. SURVEY-GALESBU | Committed | $1,306.40 | JE96088 | J51224 | 06/24/1999 | MICHELE MC |
| 18.01 | SOUTH SUBURBAN F | ARCHITECTS SERVICE | Committed | $1,306.40 | ZZ91542 | J51224 | 00/00/0000 | |
| 18.00 | SOUTH SUBURBAN F | ABC RAMP SURVEYS | Committed | $21,056.78 | JE71954 | J51224 | 00/00/0000 | |
| 17.00 | HINSDALE MAIN OFF | RAMP CONSTR.OVERSITE | Committed | $2,380.76 | JE75464 | J48191 | 00/00/0000 | |
| 16.00 | JOLIET MAIN OFFICE | JOILET-PARKING DESIGN | 4211 pending | $5,125.12 | JE37170 | J07358 | 00/00/0000 | |
| 15.04 | BLUE ISLAND MAIN O | CONSTRUCTION OVERSI | Committed | $6,042.10 | JE97488 | J07358 | 08/06/1999 | LINDA BARKE |
| 15.03 | BLUE ISLAND MAIN O | CONST. OVERSITE-LOBBY | Committed | $3,072.80 | ZZ90499 | J07359 | 00/00/0000 | |
| 15.02 | BLUE ISLAND MAIN O | LOBBY/WORKSTATION D | Committed | $3,486.26 | ZZ89352 | J07359 | 00/00/0000 | |
| 15.01 | BLUE ISLAND MAIN O | CONSTRUCTION OVERSI | Committed | $4,220.44 | ZZ78520 | J07358 | 00/00/0000 | |
| 15.00 | BLUE ISLAND MAIN O | BLUE ISLAND-ABC RAMP | Committed | $2,252.12 | JE86597 | J07359 | 00/00/0000 | |
| 14.04 | DOWNERS GROVE M | ADTL. CONST. OVERSITE | Committed | $6,045.80 | JE08553 | J80256 | 02/02/2000 | LINDA BARKER |
| 4.03 | DOWNERS GROVE M | CONST. LOBBY RENO. OV | Committed | $2,118.21 | ZZ97487 | J80256 | 00/00/0000 | |
| 4.02 | DOWNERS GROVE M | DESIGN FOR LOBBY REN | Committed | $3,652.54 | ZZ88937 | J80256 | 00/00/0000 | |
| 4.01 | DOWNERS GROVE M | STORE OF THE FUTURE | Committed | $3,365.88 | JE53881 | J80256 | 00/00/0000 | |
| 4.00 | DOWNERS GROVE M | Downers Grove-Lobby Ren | Committed | $2,321.82 | JE86033 | J80256 | 00/00/0000 | |
| 3.02 | PONTIAC MAIN OFFIC | SURVEY AND REDESIGN | Committed | $1,148.06 | J086702 | J00081 | 00/00/0000 | |
| 3.01 | PONTIAC MAIN OFFIC | Constr Oversight/Handl Rm | Committed | $2,971.86 | J088287 | J00311 | 00/00/0000 | |
| 3.00 | PONTIAC MAIN OFFIC | Pontiac MPO Handicap Ran | Committed | $3,879.56 | JE65766 | J00311 | 00/00/0000 | |
| 2.04 | BROOKFIELD MAIN O | REDESIGN DOCK ENCLOS | Committed | $2,959.88 | ZZ77157 | J05659 | 00/00/0000 | |
| 2.03 | BROOKFIELD MAIN O | CONSTRUCTION OVERSI | Committed | $2,817.46 | ZZ71919 | J05659 | 00/00/0000 | |
| | BROOKFIELD MAIN O | RAMP CONST. OVERSITE | Committed | $2,454.16 | JE73499 | J05659 | 00/00/0000 | |
| | BROOKFIELD MAIN O | To Correct Blc 5bc to 5ba | Deleted | $2,338.32 | | J05659 | 00/00/0000 | |
| 2.00 | BROOKFIELD MAIN O | INVESTMENT SURVEY | Committed | $2,338.32 | JE80298 | J05659 | 00/00/0000 | |
| 1.00 | OAKLAWN OAKLAWN | INVESTIGATIVE SUR | [illegible] | $712.32 | JE61039 | J05669 | 00/00/0000 | |
| .00 | DOWNERS GROVE W | MANUVERING AREA RETI | Committed | $1,018.28 | JE62527 | J25235 | 00/00/0000 | |
| 00 | HINSDALE MAIN OFF | RAMP/ENTRY REDESIGN | Committed | $2,887.08 | ZZ7[illegible] | [illegible] | [illegible] | |

000048

| Work Order | Facility | Description | Status | Amount | Control | Project | Created Date | Created |
|---|---|---|---|---|---|---|---|---|
| | HINSDALE MAIN OFFI | ABC/RE-4 RENOVATIONS | Deleted | $1,883.54 | | #LHC08 | 00/00/0000 | |
| | RIVERSIDE NO. RIVE | ROADWAY MODIFICATION | Committed | $1,876.36 | JE83522 | J07247 | 00/00/0000 | |
| | RIVERSIDE NO. RIVE | ROADWAY MODIFICATION | Issued | $2,519.22 | | J07247 | 00/00/0000 | |
| 6.00 | WILLOW SPRINGS M | CONST.OVRSGT WILLOW | Committed | $2,248.66 | JE52798 | J04718 | 00/00/0000 | |
| 5.09 | LA GRANGE MAIN OF | | Draft | $.00 | | J03293 | 09/08/1999 | SAMUEL S |
| 5.08 | LA GRANGE MAIN OF | | Draft | $.00 | | J03293 | 09/08/1999 | LINDA BAR |
| 5.07 | LA GRANGE MAIN OF | CONSTRUCTION OVERSIT | Committed | $13,064.00 | JE92351 | J31980 | 09/08/1999 | LINDA BAR |
| 5.06 | LA GRANGE MAIN OF | | Deleted | $.00 | | J03296 | 09/08/1999 | LINDA BAR |
| 5.05 | LA GRANGE MAIN OF | | Deleted | $.00 | | J03293 | 09/08/1999 | LINDA BAR |
| 5.04 | LA GRANGE MAIN OF | | Deleted | $.00 | | J03298 | 09/08/1999 | LINDA BAR |
| 5.03 | LA GRANGE MAIN OF | | Deleted | $.00 | | J03298 | 09/08/1999 | LINDA BAR |
| 5.02 | LA GRANGE MAIN OF | | Deleted | $.00 | | J03297 | 09/08/1999 | LINDA BAR |
| 5.01 | LA GRANGE MAIN OF | CONST. OVERSITE LOBBY | Committed | $3,664.00 | ZZ96563 | J31980 | 00/00/0000 | |
| 5.00 | LA GRANGE MAIN OF | CONST.OVERSIGHT La GI | Committed | $2,986.92 | JE52979 | J03296 | 00/00/0000 | |
| 4.02 | TINLEY PARK MAIN O | CONSTRUCTION OVERSG | Committed | $2,089.70 | ZZ64538 | J06898 | 00/00/0000 | |
| 4.01 | TINLEY PARK MAIN O | REDISIGN MANUVERING / | Committed | $2,836.12 | JE52795 | J06895 | 00/00/0000 | |
| 4.00 | TINLEY PARK MAIN O | REDISIGN MANUVERING / | Committed | $4,077.80 | JE52401 | J06898 | 00/00/0000 | |
| 3.00 | EMINGTON MAIN OFF | INVESTIGATIVE SURVEY | Draft | $1,489.30 | | J04519 | 00/00/0000 | |
| 2.04 | NAPERVILLE MAIN OI | MOD TO CONTRACT | Committed | $1,091.20 | ZZ99297 | J02537 | 00/00/0000 | |
| 2.03 | NAPERVILLE MAIN OI | MOD TO CONTRACT. CLO | Committed | $-1,091.20 | ZZ84110 | J01504 | 00/00/0000 | |
| 2.02 | NAPERVILLE MAIN OI | RGHT/WAY CHNGS NAPEI | Committed | $2,399.52 | JE50291 | J01504 | 00/00/0000 | |
| 2.01 | NAPERVILLE MAIN OI | RGHT/WAY CHNGS NAPEI | 4211 pending | $2,591.20 | JE50288 | J01504 | 00/00/0000 | |
| 2.00 | NAPERVILLE MAIN OI | RGHT/WAY CHNGS NAPEI | Committed | $578.67 | JE43819 | J01504 | 00/00/0000 | |
| 1.02 | CRETE MAIN OFFICE | PARKING/MANUVERING A | Committed | $1,159.03 | JE43603 | J08989 | 00/00/0000 | |
| | CRETE MAIN OFFICE | PARKING/MANUVERING A | 4211 pending | $1,353.81 | JE43604 | J08989 | 00/00/0000 | |
| | CRETE MAIN OFFICE | PARKING/MANUVERING A | 4211 pending | $263.50 | JE43603 | J08989 | 00/00/0000 | |

| Work Order | Facility | Description | Status | Amount | Control | Project | Created Date | Create |
|---|---|---|---|---|---|---|---|---|
| 14.01 [redacted] | [redacted] | | Draft | $.00 | | [redacted] | 09/04/2001 | TERRI J. |
| 14.00 [redacted] | [redacted] | Design Services | Committed | $3,973.82 | JE07850 | [redacted] | 08/23/2000 | MICHELI |
| [illegible] [redacted] | [redacted] | Construction Oversite | Issued | $350.00 | | [redacted] | 10/01/2002 | MICHELE |
| [illegible] [redacted] | [redacted] | PRELIM & CONST DESIGN | Committed | $8,350.20 | JE00200 | [redacted] | 12/03/1999 | MICHELE |
| 12.00 [redacted] | [redacted] | INVESTIGATIVE SURVEY | Committed | $1,861.80 | JE00206 | [redacted] | 12/01/1999 | MICHELE |
| 11.00 [redacted] | [redacted] | DESIGN SERVICES | Deleted | $3,531.28 | | [redacted] | 12/01/1999 | MICHELE |
| 10.00 [redacted] | [redacted] | INVESTIGATIVE SURVEY | Deleted | $2,832.00 | | [redacted] | 12/01/1999 | LINDA BA |
| 9.01 [redacted] | [redacted] | DESIGN DRAWINGS | Committed | $7,451.30 | JE15854 | [redacted] | 10/25/2000 | LINDA BA |
| 9.00 [redacted] | [redacted] | INVESTIGATIVE SURVEY | Committed | $2,832.00 | JE09417 | [redacted] | 11/17/1999 | LINDA BA |
| 8.00 [redacted] | [redacted] | CONSTRUCTION OVERSIT | Deleted | $10,712.52 | | [redacted] | 11/15/1999 | LINDA BA |
| 7.00 [redacted] | [redacted] | CONSTRUCTION OVERSIT | Deleted | $.00 | | [redacted] | 09/08/1999 | LINDA BA |
| 6.04 [redacted] | [redacted] | OVERSITE CORRECTION | Committed | $-2,075.36 | JE34328 | [redacted] | 10/16/2002 | LINDA BA |
| 6.03 [redacted] | [redacted] | OVERSITE CORRECTION | Committed | $-7,945.50 | JE11225 | [redacted] | 10/25/2000 | MICHELE I |
| 6.02 [redacted] | [redacted] | DESIGN DRAWINGS | Committed | $7,504.94 | JE11562 | [redacted] | 09/29/2000 | LINDA BAF |
| 6.01 [redacted] | [redacted] | CONSTRUCTION OVERSIT | Committed | $10,712.52 | JE05827 | [redacted] | 11/15/1999 | LINDA BAF |
| 6.00 [redacted] | [redacted] | INVESTIGATIVE SURVEY ! | Committed | $2,848.20 | JE93150 | [redacted] | 08/31/1999 | LINDA BAR |
| 5.00 [redacted] | [redacted] | CONSTRUCTION OVERSI | Committed | $2,396.16 | JE04186 | [redacted] | 06/27/1999 | LINDA BAR |
| 4.02 [redacted] | [redacted] | DESIGN SERVICES | Committed | $3,531.28 | JE00234 | [redacted] | 12/01/1999 | LINDA BAR |
| 4.01 [redacted] | [redacted] | Construction Oversight | Committed | $3,721.83 | JE07949 | [redacted] | 10/06/1999 | LINDA BAR |
| 4.00 [redacted] | [redacted] | COST ESTIMATE | Committed | $4,055.04 | JE96844 | [redacted] | 08/26/1999 | MICHELE M |
| 3.00 [redacted] | [redacted] | FACILITY DESIGN/COST E | Committed | $2,684.04 | JE90232 | [redacted] | 08/19/1999 | MICHELE M |
| 2.02 [redacted] | [redacted] | Lobby Renovation | Committed | $-250.00 | JE35426 | [redacted] | 12/18/2002 | MICHELE M |
| 2.01 [redacted] | [redacted] | LOBBY DESIGN | Committed | $5,914.30 | JE06856 | [redacted] | 04/06/2000 | IMOGENE N |
| 2.00 [redacted] | [redacted] | LOBBY RENOV/COST/DES | Committed | $2,444.76 | JE90143 | [redacted] | 08/19/1999 | MICHELE MC |
| 1.02 [redacted] | [redacted] | Lobby Renovation | Committed | $-250.00 | JE35334 | [redacted] | 12/18/2002 | MICHELE MK |
| [illegible] [redacted] | [redacted] | LOBBY DESIGN | Committed | $5,281.50 | JE09482 | [redacted] | 04/06/2000 | IMOGENE N |
| [illegible] [redacted] | [redacted] | LOBBY RENO/COST ESTIM | Committed | $2,254.24 | JE90130 | [redacted] | 08/19/1999 | MICHELE MC |

U.S. Postal Inspection Service

**SWORN STATEMENT WITH RIGHTS**

STATE OF: Illinois ) SS
COUNTY OF Cook )

I, Audrey M. Fernandez being duly sworn, depose and state:

I have been advised by Postal Inspector Gene Marchese, U.S. Postal Service, of my rights under the Constitution as follows:

2-19 AF A) That I have the right to remain silent;

2-19 AF B) That anything I say or any statement I make can be used against me in a court or other proceedings;

2-19 AF C) That I have the right to talk to a lawyer for advice before being questioned and to have him with me during questioning;

2-19 AF D) That if I cannot afford a lawyer and want one, a lawyer will be appointed for me;

2-19 AF E) That if I decide to answer questions now, or make a written statement, without a lawyer present, I still have the right to stop at any time.

I have read the above paragraph outlining my rights and it has been read to me. I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer present at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. This statement is voluntary on my part and is made so that the true facts might be known. I do not expect to gain any reward or special consideration for making this statement.

---

I have read the foregoing statement consisting of 4 pages. I have been given the opportunity to make corrections. I am hereby waiving my rights as to silence and counsel. This statement is true and correct to the best of my knowledge.

/s/ [signature]

Subscribed and sworn before me this 19th day of Dec. 2000.

/s/ [signature] 12/19-00
Postal Inspector

/s/ [signature] 12/19/2000
Witness
SA USPS OIG

Statement of Andrew M. Fernandez Date 12-19-2000 Page 1 of 4

STATE OF Illinois
) SS
COUNTY OF Cook

I, Andrew M. Fernandez, being duly sworn, depose and state that this statement is being voluntarily made to Gene Marchese.

I understand and know that I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. This statement is voluntary on my part and is made so that the true facts might be known. I do not expect to gain any reward or special consideration for making this statement.

From approximately 1995 thru 1997 I received approx. $25,000.00 from Rick Ullrich and/or Ullrich & Associates. From 1996 to 1997 I received about $20,000-$25,000 from Lou Rosenow roofing. From 1996 to 1997 I received about $10,000.00 from Rongo Inc and/or Larry Rongo. From 1995-1998 I received about 10-15,000.00 from Bob Wagner and/or Concrete by Wagner Inc. From 1997-1998 I received about 2000-3000 from R J Custom Builders and/or Bob Pietrowski.

From time to time I would receive notification from the U.S.P.S. of upcoming projects. When I received this notification I would contact the above vendors as well as others per USPS direction to see if they were interested in bidding the work. If they were

interested in bidding the work, I would send them applicable information and or documents to enable them to submit their quotation for the work. After reviewing the scope of work with them I would indicate to the vendors shown on page 1, that though I could not guarantee any work to any of them, should they become the successful bidder, to please remember me, meaning I visualized receiving some benefit from the vendor in exchange for providing a favorable recommendation of that vendor. The monies listed on page one represent to the best of my knowledge the benefits I received from the vendors listed in exchange for that favorable recommendation. I did not receive all of the money at once. Rather, I received incremental payment from the vendors after they received payment from the USPS. I was always paid by checks from the vendors bank account. I would generally cash the check at the vendor's bank. I knew accepting any monetary benefit was not morally right, nor legally right however being a sole proprietor, with 5 children to raise, it became a necessity to exist.

The inefficiencies of the USPS payment process was a large contributing factor in my decision to accept any benefit. It is not unusual to wait months for payment for work completed. It is a system that needs serious attention, in particular to the needs of a sole proprietor who dedicates the vast majority of ~~[illegible]~~ their[AF] time to complete their work.

From 1990 to the present I have worked in the capacity of an Independent Quantity Contract Architectural and Engineering firm. The issue addressed in this statement relate to my work in the capacity as employed by contract with the U.S.P.S.

With respect to gross receipts, I understand that tax returns as indicated for the years 1995-1998 ~~[illegible]~~ were[AF] not ~~[illegible]~~ [AF] accurate. To the best of my knowledge all business expense indicated were true and accurate. There are no additional business expense that were not included in the tax returns. I was responsible for computing my gross receipts, business expenses and tax return items. I provided the above figures on the returns to my accountant and he relied on

Statement of Andrew M. Fernandez Date 12-19-2000 Page 4 of 4

those figures for being accurate. At the time of filing each of the returns for the years 1995-1998, I knew that I had income that I did not report. GM AF

~~GM AF GM AF GM AF~~

I further state that I have read this 4 page statement, initialed all corrections and pages, and that the statement is correct and true as written.

(Signature)

Andrew M. Fernandez
(Printed Name)

12-19-2000
(Date)

5:35 P.M.
(Time)

Subscribed and sworn to before me this 19TH (Date) day of December (Month), ~~19~~ 2000

at Bedford Park, Illinois (City, State)

(Signature of Interviewer)

Gene Marchese
(Printed Name)

12/19/00
(Date)

5:39 PM
(Time)

SA USBOIG
(Witness Signature)

Carl Murinelli
(Printed Name)

12/19/2000
(Date)

5:38 PM CST
(Time)

TRANSCRIBED STATEMENT OF ANDREW M. FERNANDEZ, DATED 12/19/2000

I, Andrew M. Fernandez, being duly sworn, depose and state that this statement is being voluntarily made to Gene Marchese.

I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. This statement is voluntary on my part and is made so that the true facts might be known. I do not expect to gain any reward or special consideration for making this statement.

From approximately 1995 thru 1997, I received approximately $25,000 from Rick Ulbrich and/or Ulbrich and Associates. From 1996 to 1997, I received about $20,000 - $25,000 from Hans Rosenow Roofing. From 1996 to 1997, I received about $10,000 from Ramcorp, Inc., and/or Larry Rampa. From 1995 to 1998, I received about $10,000 - $15,000 from Bob Wagner and/or Concrete by Wagner, Inc. From 1997 to 1998, I received about $2,000 - $3,000 from R.J. Custom Builders and/or Bob Pietrowski.

From time to time, I would receive notification from the USPS of upcoming projects. When I received this notification, I would contact the above vendors, as well as others per USPS direction to see if they were interested in bidding the work. If they were (end of page 1) interested in bidding the work, I would send them applicable information and/or documents to enable them to submit their quotation for the work. After reviewing the scope of work with them, I would indicate to the vendors shown on page 1, that though I could not guarantee any work to any of them, should they become the successful bidder, to please remember me, meaning I visualized receiving some benefit from the vendor in exchange for providing a favorable recommendation of that vendor. The monies listed on page one, represent to the best of my knowledge, the benefits I received from the vendors listed in exchange for that favorable recommendation. I did not receive all of the money at once. Rather, I received incremental payments from the vendors after they received payment from the USPS. I was always paid by check from the vendor's bank account. I would generally cash the check at the vendor's bank. I knew accepting any monetary benefit was not morally right, nor legally right; however, being a sole-provider, with five children to raise, it became a necessity to exist (end of page 2). The inefficiencies of the USPS payment process was a large contributing factor in my decision to accept any benefit. It is not unusual to wait months for payment for work completed. It is a system that needs serious attention, in particular to the needs of a sole-proprietor who dedicates the vast majority of their time to complete their work.

From 1990 to the present, I have worked in the capacity of an independent quantity contact architectural and engineering firm. The issue addressed in this