IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-868C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Allegra) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests a seven-day enlargement of time from March 28, 2005 through and including April 4, 2005, to serve its combined opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment in this case. Defendant's combined opposition and reply regarding the motions for summary judgment is due on March 28, 2005, and this is the first request for an enlargement of time for this purpose. Defendant's counsel has discussed this motion with plaintiff's counsel and is authorized to state that plaintiff consents to this motion and will file a reply to the Government's opposition to plaintiff's motion for summary judgment.

Defendant has begun preparation of its combined opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment but requires an additional seven days to complete preparation of and file the Government's combined response and reply. On February 24, 2005, defendant's counsel wrote plaintiff's counsel requesting additional

information and documents with regard to plaintiff's motion for summary judgment. These documents had been requested previously in discovery, but plaintiff had not provided the documents. On March 4, 2005, plaintiff's counsel responded to some of the Government's requests in its February 24, 205 letter and also stated that additional information and documents would be provided. Defendant's counsel has not yet received the additional information and documents. On March 17, 2005, plaintiff's counsel stated orally that the additional information would be provided.

Since receipt of plaintiff's cross motion for summary judgment, defendant's counsel also has had to complete other previously assigned matters. Defendant's counsel prepared a draft opposition to a petition for certiorari for the Solicitor General's Office in Norfolk Dredging v. United States, Fed. Cir. Nos. 04-5040, 04-5041, which was filed on March 11, 2005.

Defendant's counsel also prepared and submitted extensive discovery responses in Aaron v. United States, Fed. Cl. 00-315C and consolidated cases. The Aaron cases are 10 cases brought by approximately 800 individual plaintiffs and involve approximately 95 institutions of the Federal Bureau of Prisons. Defendant's counsel will be on travel in Springfield, MO, between March 21 and March 25, 2005, for these cases to prepare for and conduct five depositions, and to respond to numerous requests for production of documents,

which require the review of hundreds of documents. This work was scheduled prior to plaintiff's unopposed motion for a seven day enlargement of the briefing schedule in this case, and cannot realistically be rescheduled given the competing schedules of all of the participants.

For these reasons, defendant respectfully requests that the Court grant our unopposed motion for an enlargement of time of seven days, through and including April 4, 2005, in which to file the Government's combined opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624
Attorneys For Defendant

March 17, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of March 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s DOMENIQUE KIRCHNER