IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-868C |
| THE UNITED STATES, | ) | (Judge Allegra) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests a two-day enlargement of time from April 4, 2005 through and including April 6, 2005, to serve its combined opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment in this case. Defendant's combined opposition and reply regarding the motions for summary judgment is due on April 4, 2005, and this is the second request for an enlargement of time for this purpose. Defendant's counsel has discussed this motion with plaintiff's counsel and is authorized to state that plaintiff consents to this motion and that plaintiff will file a reply to the Government's opposition to plaintiff's motion for summary judgment.

Defendant has been preparing its combined opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment but requires an additional two days to complete preparation of and file the Government's combined response and reply. Defendant's counsel was on travel between March 21 and March 25, 2005, for depositions, and to

respond to numerous requests for production of documents, which required the review of hundreds of documents in Aaron v. United States, Fed. Cl. 00-315C and consolidated cases. Defendant's counsel became ill while on travel, and requires an additional two days to complete the Government's opposition to plaintiff's motion for summary judgment and defendant's reply to plaintiff's opposition to defendant's motion for summary judgment.

For these reasons, defendant respectfully requests that the Court grant our unopposed motion for an enlargement of time of two days, through and including April 6, 2005, in which to file the Government's combined opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624
Attorneys For Defendant

April 1, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of April 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s DOMENIQUE KIRCHNER