# In the United States Court of Federal Claims

No. 98-868C

(Filed: April 5, 2005)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 1, 2005, defendant filed an unopposed motion for an enlargement of time to file its opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition to defendant's motion for summary judgment. Defendant's motion is **GRANTED**. On or before April 6, 2005, defendant shall file its reply and opposition brief. **No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge