No. 98-868C
(Judge Allegra)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

# SUPPLEMENTAL APPENDIX FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor,
1100 L St., N.W.
Washington, D.C. 20530

Tele: (202) 307-0290
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

STEPHEN D. LOBAUGH
United States Postal Service

April 6, 2005

Table of Contents Of Appendix

1. Declaration of Terri Jacobsen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 690

2. FMS Documents Re St. Anne Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 693

3. Excerpts from IQC 162640-94-B-0083 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 700

4. LP USPS Work Order 31.00 for Sugar Grove . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772

5. LP USPS Work Order 31.01 for Sugar Grove . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 779

6. LP USPS Work Order 49.00 for Millbrook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 785

7. LP draft work order/scope of work for Millbrook, 10/18/95 . . . . . . . . . . . . . . . . . . . . . . . . 794

8. LP USPS Work Order 48.01 for Goodwine, 3/13/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 799

9. LP USPS Work Order 48.00 for Goodwine, 1/24/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 805

10. LP draft work order/scope of work for Goodwine, 10/13/95 . . . . . . . . . . . . . . . . . . . . . . . 811

11. LP USPS Work Order 41.01 for Claytonville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 815

12. LP USPS Work Order 41.00 for Claytonville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 816

13. LP USPS Work Order 10.00 for Millbrook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 817

14. LP USPS Work Order 49.01 for Millbrook, 3/26/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 818

15. LP USPS Work Order 49.02 for Millbrook, 3/26/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 819

16. LP USPS Work Order 3.00 for Thawville, 5/1/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 820

17. LP draft work order for Thawville, 4/28/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 831

18. LP USPS Work Order 4.00 for Roberts, 5/1997 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 839

19. LP USPS Work Order 7.00 for Rossville, 7/28/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 849

20. LP draft work order/scope of work for Rossville, 7/8/97 . . . . . . . . . . . . . . . . . . . . . . . . . 860

21. LP USPS Work Order 5.00 for Wellington, 10/21/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . 868

22. LP draft work order/scope of work for Wellington, 9/5/97 . . . . . . . . . . . . . . . . . . . . . . . . 877

23. LP Wellington Project Payment Authorization, 12/1/97 . . . . . . . . . . . . . . . . . . . . . . . . . . 855

24. LP USPS Work Order 2.01 for St. David, 11/25/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 886

25. LP draft work order/scope of work for St. David, 8/25/97 . . . . . . . . . . . . . . . . . . . . . . . . 890

26. LP draft work order/scope of work for St. David, 10/15/97 . . . . . . . . . . . . . . . . . . . . . . . 891

27. LP St. David Contract Project Payment Authorization, 7/2/97 . . . . . . . . . . . . . . . . . . . . . 893

28. LP St. David Contract Project Payment Authorization, 12/15/97 . . . . . . . . . . . . . . . . . . . 894

29. LP St. David Contract Project Payment Authorization, 1/9/98 . . . . . . . . . . . . . . . . . . . . . 895

30. LP St. David Contract Project Payment Authorization, 6/4/98 . . . . . . . . . . . . . . . . . . . . . 896

31. LP USPS Work Order 1.00 for South Holland, 9/3/99 . . . . . . . . . . . . . . . . . . . . . . . . . . . 897

Downers Grove Lobby Renovation Documents

32. September 1996 USPS letter to LP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 899

33. Sept. 9, 1996 USPS letter to LP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 900

34. Sept. 9, 1996 USPS letter to LP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 901

35. LP USPS Work Order 20.00 for Downers Grove, 9/9/96 . . . . . . . . . . . . . . . . . . . . . . . . . 902

36. Site Visit Report, 10/2/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 912

37. Site Visit Report, 10/3/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 913

38. Oct. 3, 1996 LP letter to USPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 914

39. LP Downers Grove Project Contract Payment Authorization, 10/4/96 . . . . . . . . . . . . . . . . 917

40. Oct. 4, 1996 USPS letter to LP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 918

41. Oct. 9, 1996 Report of Structural Engineer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 919

42. Site Visit Report, 10/10/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 920

43. Site Visit Report, 10/11/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 921

44. Site Visit Report, 10/14/96 . . . . . 922

45. Nov. 4, 1996 LP letter to USPS . . . . . 923

46. Nov. 5, 1996 USPS letter to LP . . . . . 924

47. LP Downers Grove Project Contract Payment Authorization, 11/7/96 . . . . . 925

48. LP draft work order/scope of work for Downers Grove, 11/13/96 . . . . . 926

49. LP draft work order/scope of work for Downers Grove, 11/13/96 . . . . . 928

50. Nov. 14, 1996 USPS letter to LP . . . . . 935

51. Nov. 15, 1996 LP letter to USPS . . . . . 936

52. Site Visit Report, 11/18/96 . . . . . 937

53. Site Visit Report, 11/19/96 . . . . . 938

54. Nov. 20, 1996 USPS letter to LP . . . . . 939

55. Site Visit Report, 11/25/97 . . . . . 940

56. Dec. 19, 1996 USPS letter to LP . . . . . 941

57. LP USPS Work Order 20.02 for Downers Grove, 12/18/96 . . . . . 942

58. LP Downers Grove Project Contract Payment Authorization, 12/18/96 . . . . . 950

59. Site Visit Report, 12/26/96 . . . . . 951

60. Jan. 7, 1997 LP letter to USPS . . . . . 952

61. LP Downers Grove Project Contract Payment Authorization, 1/10/97 . . . . . 953

62. Site Visit Report, 1/9/07 . . . . . 954

63. Site Visit Report, 1/14/97 . . . . . 955

64. Site Visit Report, 1/23/97 . . . . . 956

65. LP Downers Grove Project Contract Payment Authorization, 1/31/97 . . . . . 957

66. Site Visit Report, 1/29/97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 958

67. LP Downers Grove Final Project Contract Payment Authorization, 2/27/97 . . . . . . . . . . . 959

Other Documents

68. Oct. 7, 1998 CO Rigsby Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 960

69. A.M. Fernandez Brookfield Drawings, June 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 961

70. Somers USPS Work Order 4.00 for Momence, 2/26/99 966

71. Excerpt from Robert Rigsby Deposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 974

72. Declaration of Robert Rigsby . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 976

73. May 19, 1997 LP Financial Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1003

74. April 26, 1998 LP Financial Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1008

75. April 16, 1999 LP Financial Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1013

76. May 17, 1996 LP letter to USPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1018

77. Declaration of John Buchholz . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1019

78. Declaration of Paul Steiner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1025

79. LP draft work order/scope of work for East Lynn, 11/14/95 . . . . . . . . . . . . . . . . . . . . . . 1028

80. Declaration of Samuel W. Southern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1033

81. Excerpts from 1996 Diary of Samuel W. Southern . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1038

82. LP draft work order/scope of work for St. Anne-lobby . . . . . . . . . . . . . . . . . . . . . . . . . 1047

83. LP draft work order/scope of work for St. Anne-handicap ramp . . . . . . . . . . . . . . . . . . . 1053

84. Excerpt from A.M. Fernandez Momence Drawings, August 1998 . . . . . . . . . . . . . . . . . 1057

85. Excerpts from the Deposition of Richard Battaglin . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1058