H.29 (Continued)

placed by it or on its behalf, state that all qualified applicants will be considered for employment without regard to race, color, religion, sex, or national origin.

c. The contractor must send to each union or workers' representative with which the contractor has a collective bargaining agreement or other understanding, a notice, provided by the contracting officer, advising the union or workers' representative of the contractor's commitments under this clause, and must post copies of the notice in conspicuous places available to employees and applicants.

d. The contractor must comply with all provisions of Executive Order (EO) 11246 of September 24, 1965, as amended, and of the rules, regulations, and relevant orders of the Secretary of Labor.

e. The contractor must furnish all information and reports required by the Executive Order, and by the rules, regulations, and orders of the Secretary, and must permit access to the contractor's books, records, and accounts by the Postal Service and the Secretary for purposes of investigation to ascertain compliance with these rules, regulations, and orders.

f. If the contractor fails to comply with this clause or with any of the said rules, regulations, or orders, this contract may be canceled, terminated, or suspended, in whole or in part; the contractor may be declared ineligible for further contracts in accordance with the Executive Order; and other sanctions may be imposed and remedies invoked under the Executive Order, or by rule, regulation, or order of the Secretary, or as otherwise provided by law.

g. The contractor must insert this clause, including this paragraph g, in all subcontracts or purchase orders under this contract unless exempted by Secretary of Labor rules, regulations, or orders issued under the Executive Order. The contractor must take such action with respect to any such subcontract or purchase order as the Postal Service may direct as a means of enforcing the terms and conditions of this clause (including sanctions for noncompliance), provided, however, that if the contractor becomes involved in, or is threatened with, litigation as a result, the contractor may request the Postal Service to enter into the litigation to protect the interests of the Postal Service.

h. Disputes under this clause will be governed by the procedures in 41 CFR 60-1.1.

H.30 AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (Clause 10-10) (October 1987)

a. Definitions

1. "Covered area" means the geographical area described in the solicitation for this contract.

2. "Director" means Director, Office of Federal Contract Compliance Programs (OFCCP), United States Department of Labor, or any person to whom the Director delegates authority.

3. "Employer identification number" means the Federal Social Security number

H.30 (Continued)

used on the employer's quarterly Federal tax return, U.S. Treasury Department Form 941.

4. "Minority" means -

(a) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification);

(b) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands);

(c) Black (all persons having origins in any of the black African racial groups not of Hispanic origin); and

(d) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race).

b. If the contractor, or a subcontractor at any tier, subcontracts a portion of the work involving any construction trade, each such subcontract in excess of $10,000 must include this clause and the Notice containing the goals for minority and female participation stated in the solicitation for this contract.

c. If the contractor is participating in a Hometown Plan (41 CFR 60-4) approved by the U.S. Department of Labor in a covered area, either individually or through an association, its affirmative action obligations on all work in the plan area (including goals) must comply with the plan for those trades that have unions participating in the plan. Contractors must be able to demonstrate participation in, and compliance with, the provisions of the plan. Each contractor or subcontractor participating in an approved plan is also required to comply with its obligations under the Equal Opportunity clause, and to make a good-faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good-faith performance by other contractors or subcontractors toward a goal in an approved plan does not excuse any contractor's or subcontractor's failure to make good-faith efforts to achieve the plan's goals.

d. The contractor must implement the affirmative action procedures set forth in paragraph g below. The goals stated in the solicitation for this contract are expressed as percentages of the total hours of employment and training of minority and female utilization that the contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. If the contractor performs construction work in a geographical area located outside of the covered area, it must apply the goals established for the geographical area where that work is actually performed. The contractor is expected to make substantially uniform progress toward its goals in each craft.

e. Neither the terms and conditions of any collective bargaining agreement, nor the failure by a union with which the contractor has a collective bargaining agreement, to refer minorities or women will excuse the contractor's obligations under this clause, Executive Order (EO) 11246, as amended, or the regulations under the Executive order.

H.30 (Continued)

f. In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, apprentices and trainees must be employed by the contractor during the training period, and the contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

g. The contractor must take affirmative action to ensure equal employment opportunity. The evaluation of the contractor's compliance with this clause will be based upon its effort to achieve maximum results from its actions. The contractor must document these efforts fully and implement affirmative action steps at least as extensive as the following:

1. Ensure a working environment free of harassment, intimidation, and coercion at all sites and in all facilities where the contractor's employees are assigned to work. The contractor, if possible, will assign two or more women to each construction project. The contractor must ensure that foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at these sites or facilities.

2. Establish and maintain a current list of sources for minority and female recruitment. Provide written notification to minority and female recruitment sources and community organizations when the contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

3. Establish and maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant, referrals of minorities or females from unions, recruitment sources, or community organizations, and the action taken with respect to each individual. If an individual was sent to the union hiring hall for referral and was not referred back to the contractor by the union or, if referred back, not employed by the contractor, this fact must be documented in the file, along with whatever additional actions the contractor may have taken.

4. Immediately notify the Director when the union or unions with which the contractor has a collective bargaining agreement have not referred back to the contractor a minority or woman sent by the contractor, or when the contractor has other information that the union referral process has impeded the contractor's efforts to meet its obligations.

5. Develop on-the-job training opportunities and/or participate in training programs for the area that expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the contractor's employment needs, especially those programs funded or approved by the Department of Labor. The contractor must provide notice of these programs to the sources complied under subparagraph 2 above.

6. Disseminate the contractor's equal employment policy by -

(a) Providing notice of the policy to unions and to training,

H.30 (Continued)

recruitment, and outreach programs, and requesting their cooperation in assisting the contractor in meeting its contract obligations;

(b) Including the policy in any policy manual and in collective bargaining agreements;

(c) Publicizing the policy in such publications as the company newspaper and annual report;

(d) Reviewing the policy with all management personnel and with all minority and female employees at least once a year; and

(e) Posting the policy on bulletin boards accessible to employees at each location where construction work is performed.

7. Review, at least annually, the contractor's equal employment policy and affirmative action obligations with all employees having responsibility for hiring, assignment, layoff, termination, or other employment decisions. Conduct review of this policy with all onsite supervisory personnel before initiating construction work at a job site. A written record must be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

8. Disseminate the contractor's equal employment policy externally by including it in any advertising in the news media, specifically including minority and female news media. Provide written notification to, and discuss this policy with, other contractors and subcontractors with which the contractor does or anticipates doing business.

9. Direct recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students, and to minority and female recruitment and training organizations serving the contractor's recruitment area and employment needs. Not later than one month before the date for acceptance of applications for apprenticeship or training by any recruitment source, send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

10. Encourage present minority and female employees to recruit minority persons and women. When feasible, provide after-school, summer, and vacation employment to minority and female youth both on the site and in other areas of the contractor's workforce.

11. Validate all tests and other selection requirements when required under 41 CFR 60-3.

12. Conduct, at least annually, an inventory and evaluation of all minority and female personnel for promotional opportunities. Encourage these employees to seek or to prepare for, through appropriate training and other activities, opportunities for promotion.

13. Ensure that seniority practices, job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment-related activities to ensure that the

H.30 (Continued)

contractor's obligations under this contract are being carried out.

14. Ensure that all facilities and company activities are nonsegregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

15. Maintain a record of solicitations for subcontracts for minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

16. Conduct a review, at least annually, of all supervisors' adherence to and performance under the contractor's equal employment policy and affirmative action obligations.

h. The contractor is encouraged to participate in voluntary associations that may assist in fulfilling one or more of the affirmative action obligations contained in paragraph g above. The efforts of a contractor association, joint contractor-union, contractor-community, or similar group of which the contractor is a member and participant may be asserted as fulfilling one or more of its obligations under paragraph g above, provided the contractor -

1. Actively participates in the group;

2. Makes every effort to ensure that the group has a positive impact on the employment of minorities and women in the industry;

3. Ensures that concrete benefits of the program are reflected in the contractor's minority and female workforce participation;

4. Makes a good-faith effort to meet its individual goals and timetables; and

5. Can provide access to documentation that demonstrates the effectiveness of actions taken on behalf of the contractor. The obligation to comply is the contractor's, and failure of such a group to fulfill an obligation will not be a defense for the contractor's noncompliance.

i. A single goal for minorities and a separate single goal for women must be established. The contractor is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and nonminority. Consequently, the contractor may be in violation of EO 11246, if a particular group is employed in a substantially disparate manner.

j. The contractor may not use goals or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

k. The contractor may not enter into any subcontract with any person or firm debarred from Government contracts under EO 11246.

l. The contractor must carry out such sanctions and penalties for violation of this clause and of the Equal Opportunity clause, including suspension,

H.30 (Continued)

termination, and cancellation of existing subcontracts, as may be imposed or ordered under EO 11246, as amended, and its implementing regulations, by the OFCCP. Any failure to carry out these sanctions and penalties as ordered will be a violation of this clause and EO 11246.

m. The contractor in fulfilling its obligations under this clause must implement affirmative action procedures at least as extensive as those prescribed in paragraph g above, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the contractor fails to comply with the requirements of EO 11246, the implementing regulations, or this clause, the contracting officer will take action as prescribed in 41 CFR 60-4.8.

n. The contractor must designate a responsible official to -

1. Monitor all employment-related activity to ensure that the contractor's equal employment policy is being carried out;

2. Submit reports as may be required; and

3. Keep records that at least include for each employee the name, address, telephone number, construction trade, union affiliation (if any), employee identification number, social security number, race, sex, status (mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records must be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, separate records are not required to be maintained.

o. Nothing contained in this clause may be construed as a limitation upon the application of other laws that establish different standards of compliance or upon the requirements for the hiring of local or other area residents (for example, those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

H.31 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (Clause 10-15) (October 1987)

a. The contractor may not discriminate against any employee or applicant because of physical or mental handicap, in regard to any position for which the employee or applicant is qualified. The contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified handicapped individuals without discrimination in all employment practices, such as employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training (including apprenticeship).

b. The contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor issued pursuant to the Rehabilitation Act of 1973, as amended.

c. In the event of the contractor's noncompliance with this clause, action may be taken in accordance with the rules and regulations and relevant orders of the Secretary of Labor.

H.31 (Continued)

d. The contractor agrees to post in conspicuous places, available to employees and applicants, notices in a form to be prescribed by the Director, Office of Federal Contract Compliance Programs, provided by or through the contracting officer. These notices state the contractor's obligation under the law to take affirmative action to employ and advance in employment qualified handicapped employees and applicants, and the rights of applicants and employees.

e. The contractor must notify each union or workers' representative with which it has a collective bargaining agreement or other understanding that the contractor is bound by the terms of section 503 of the Act and is committed to taking affirmative action to employ, and advance in employment, handicapped individuals.

f. The contractor must include this clause in every subcontract or purchase order over $2,500 under this contract unless exempted by rules, regulations, or orders of the Secretary issued pursuant to section 503 of the Act, so its provisions will be binding upon each subcontractor or vendor. The contractor must take such action with respect to any subcontract or purchase order as the Director of the Office of Federal Contract Compliance Programs may direct to enforce these provisions, including action for noncompliance.

H.32 AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (Clause 10-16) (October 1987)

a. The contractor may not discriminate against any employee or applicant because that employee or applicant is a disabled veteran or veteran of the Vietnam era, in regard to any position for which the employee or applicant is qualified. The contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified disabled veterans and veterans of the Vietnam era without discrimination in all employment practices, such as employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training (including apprenticeship).

b. The contractor agrees that all suitable employment openings of the contractor existing at the time of the execution of this contract or occurring during its performance (including those not generated by this contract and those occurring at an establishment of the contractor other than the one where the contract is being performed, but excluding those of independently operated corporate affiliates) will be listed at an appropriate local office of the State employment service system where the opening occurs. The contractor further agrees to provide such reports to the local office regarding employment openings and hires as may be required. State and local government agencies holding Postal Service contracts of $10,000 or more will also list all their suitable openings with the appropriate office of the State employment service.

c. Listing of employment openings with the employment service system will be made at least concurrently with the use of any other recruitment source or effort and will involve the normal obligations attaching to the placing of a bona fide job order, including the acceptance of referrals of veterans and nonveterans. The listing of employment openings does not require the hiring of any particular applicant or hiring from any particular group of applicants, and nothing herein is intended to relieve the contractor from any other requirements regarding nondiscrimination in employment.

H.32 (Continued)

d. Whenever the contractor becomes contractually bound to the listing provisions of this clause, it must advise the employment service system in each State where it has establishments of the name and location of each hiring location in the State. The contractor may advise the State system when it is no longer bound by this clause.

e. Paragraphs b, c, and d above do not apply to openings the contractor proposes to fill from within its own organization or under a customary and traditional employer/union hiring arrangement. But this exclusion does not apply to a particular opening once the contractor decides to consider applicants outside its own organization or employer/union arrangements for that opening.

f. Definitions

1. "All suitable employment openings" includes openings that occur in the following job categories: production and nonproduction; plant and office; laborers and mechanics; supervisory and nonsupervisory; technical; and executive, administrative, and professional openings as are compensated on a salary basis of less than $25,000 per year. This term includes full-time employment, temporary employment of more than three days' duration, and part-time employment. It does not include openings the contractor proposes to fill from within its own organization or under a customary and traditional employer/union hiring arrangement or openings in an educational institution that are restricted to students of that institution. Under the most compelling circumstances, an employment opening may not be suitable for listing, including situations in which the needs of the Postal Service cannot reasonably be otherwise supplied, when listing would be contrary to national security, or when the requirement of listing would otherwise not be in the best interests of the Postal Service.

2. "Appropriate office of the State employment service" means the local office of the Federal/State national systems of public employment offices with assigned responsibility for serving the area where the employment opening is to be filled.

3. "Openings the contractor proposes to fill from within its own organization" means employment openings for which persons outside the contractor's organization (including any affiliates, subsidiaries, and the parent companies) will not be considered and includes any openings the contractor proposes to fill from regularly established "recall" lists.

4. "Openings the contractor proposes to fill under a customary and traditional employer/union hiring arrangement" means employment openings the contractor proposes to fill from union halls as part of the customary and traditional hiring relationship existing between it and representatives of its employees.

g. The contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor issued pursuant to the Vietnam Era Veterans Readjustment Assistance Act of 1972, as amended.

h. In the event of the contractor's noncompliance with this clause, action may be taken in accordance with the rules, regulations, and relevant orders of the Secretary.

H.32 (Continued)

i. The contractor agrees to post in conspicuous places, available to employees and applicants, notices in a form to be prescribed by the Director, Office of Federal Contract Compliance Programs, provided by or through the contracting officer. These notices state the contractor's obligation under the law to take affirmative action to employ and advance in employment qualified disabled veterans and veterans of the Vietnam era, and the rights of applicants and employees.

j. The contractor must notify each union or workers' representative with which it has a collective bargaining agreement or other understanding that the contractor is bound by the terms of the Act and is committed to taking affirmative action to employ, and advance in employment, qualified disabled veterans and veterans of the Vietnam era.

k. The contractor must include this clause in every subcontract or purchase order of $10,000 or more under this contract unless exempted by rules, regulations, or orders of the Secretary issued pursuant to the Act, so its provisions will be binding upon each subcontractor or vendor. The contractor must take such action with respect to any subcontract or purchase order as the Director of the Office of Federal Contract Compliance Programs may direct to enforce these provisions, including action for noncompliance.

H.33 PREFERENCE FOR DOMESTIC CONSTRUCTION MATERIALS
(Clause 10-18) (December 1989)

a. Preference will be given to domestic construction materials in accordance with chapter 10, section 3 of the USPS Procurement Manual. For the purposes of this clause--

1. "Components" means those articles, materials, and supplies incorporated directly into construction materials;

2. "Construction materials" means articles, materials, and supplies brought to the construction site for incorporation into the building or work; and

3. "Domestic construction material" means (a) an unmanufactured construction material mined or produced in the United States, or (b) a construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind as those determined to be unavailable under chapter 10, section 3 of the USPS Procurement Manual will be treated as domestic.

4. "Foreign construction material" means a construction material other than a domestic construction material.

b. The contractor agrees that only domestic construction material will be used by the contractor, subcontractors, materialmen, and suppliers in the performance of this contract, except for foreign construction materials, if any, listed in this contract.

H.34 CLEAN AIR AND WATER (Clause 10-19) (October 1987)

The contractor agrees--

a. To comply with all the requirements of section 114 of the Clean Air Act (42 U.S.C. 7414) and section 308 of the Clean Water Act (33 U.S.C. 1318) relating to inspection, monitoring, entry, reports, and information, as well as other requirements specified in section 114 of the Clean Air Act and section 308 of the Clean Water Act, and all regulations and guidelines issued to implement those acts before the award of this contract;

b. That no portion of the work required by this contract will be performed in a facility listed on the Environmental Protection Agency List of Violating Facilities on the date when this contract was awarded unless and until the EPA eliminates the name of the facility from the listing;

c. To use its best efforts to comply with clean air standards and clean water standards at the facility in which the contract is being performed; and

d. To insert the substance of this clause into any nonexempt subcontract, including this paragraph d.

H.35 DRUG-FREE WORKPLACE (Clause 10-20) (December 1989)

a. Applicability. This clause applies to all contracts with individuals without regard to the dollar amount, and to all other contracts over $50,000.

b. Exceptions. This clause does not apply to those contracts that are to be performed completely outside of the United States, its territories, and possessions.

c. Definitions. As used in this clause:

1. Controlled substance. Those substances identified in schedules I through V, Section 202 of the Controlled Substances Act (21 U.S.C. 812), and as further defined in 21 CFR Sections 1308.11 through 1308.15.

2. Conviction. A finding of guilt (including a finding based on a plea of guilty or a plea of nolo contendere) by any judicial body charged with the responsibility to determine violations of criminal drug statutes.

3. Criminal drug statute. A federal or non-federal criminal statute involving drug abuse.

4. Drug abuse. The unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

5. Employee. Any person directly engaged in the performance of work under a Postal Service contract.

6. Individual. A contractor with no employees other than himself or herself.

7. Workplace. Any site where work is being done in connection with this contract.

H.35 (Continued)

d. Requirements.

1. Contractors, except individuals, must provide a drug-free workplace by:

(a) Publishing, publicly posting, and furnishing each employee a statement that drug abuse in the workplace is prohibited and specifying what actions will be taken against employees for violations of the prohibition;

(b) Establishing a drug-free awareness program to inform all employees about:

(1) The dangers of drug abuse in the workplace;

(2) The contractor's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Notifying all employees that, as a condition of continued employment on this contract, the employee must:

(1) Abide by the contractor's prohibition of drug abuse in the workplace; and

(2) Notify the contractor of any criminal drug conviction for a violation occurring in the workplace within five (5) days of such conviction;

(d) Notifying the contracting officer within ten (10) days of receiving a notice of a conviction from an employee or otherwise;

(e) Instituting appropriate personnel action, up to and including termination, against an employee or requiring the employee to satisfactorily complete a drug abuse assistance or rehabilitation program approved by a Federal, State, local health, law enforcement, or other appropriate agency within 30 days of receiving a notice of conviction; and

(f) Making consistent and good faith efforts to maintain a drug-free workplace through implementation of paragraphs d.1.(a) through d.1.(e), above.

2. The contractor, if an individual, must not engage in drug abuse in the performance of this contract.

e. Sanctions. Violation of the terms of this clause may be grounds for the suspension of progress payments, termination for default, and suspension or debarment from eligibility for future Postal Service contracts.

## SECTION I - LIST OF ATTACHMENTS

| ATTACHMENT NO. | TITLE |
|---|---|
| 1 | General Wage Decision No. IL930006 dtd 2/19/93 with Mod. No. 1 through 6; General Wage Decision No. IL930008 dtd 2/19/93 with Mod. No. 1 through 11; General Wage Decision No. IL930009 dtd 2/19/93 with Mod. No. 1 through 11; |
| 2 | List of Counties & Minority Goals |
| 3 | Qualification Statement Package |
| | Division I - General Requirements<br>Technical Specs - Divisions 2-16 (except 12 & 13)<br>(Referenced in back of solicitation) |
| | Standard Drawings<br>(Referenced in back of solicitation) |
| | Unit Price Schedule<br>(Referenced in back of solicitation) |

U.S. Postal Service

# Indefinite Quantity Contract/CONSTRUCTION

UNITED STATES POSTAL SERVICE

| Contract Number | Project Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 5-4J-167554-E-440 | J07136 | 08/24/1995 | 30 Days |

| Contractor | U.S. Postal Service Contact |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75th Ave<br>Palos Hills, IL 60465-2015 | S SUBURBAN CS DISTRICT<br>6801 WEST 73RD STREET<br><br>SOUTH SUBURBAN, IL 60499-9998 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| Richard Battaglini | 9/5/95 | Robert A Rigsby<br>ROBERT A. RIGSBY | 9-5-95 |

**Attachments:**

**Default Multiplier:** .8590

**Summary of this W/O**

| | |
|---|---|
| Total Negotiated Items: | $303.00 |
| Total Items Cost: | $17,299.11 |
| Total Travel Cost: | $0.00 |
| **Work Order Total for 31.00:** | **$17,602.11** |
| Negotiated Items: | 1.72% |

**General Scope of Work:**

772

PS Form IQCMAIN, February 1992 - 20260-6425, Rev. 7.00

U.S. Postal Service

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Project Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL$ |
|---|---|---|---|---|---|---|---|
| | | | **O-BOX LOBBY RENOVATION** | | | | |
| 00.0 | 01 | AL1 | Hauling away debris | LUMP | 85.90 | 1.00 | 85.90 |
| 00.0 | 01 | AL2 | Peep hole for door | EA | 32.21 | 1.00 | 32.21 |
| 01.0 | 60 | 021 | Provide protection from damage to personnel, furnishings, equipment, or building structure. Use tarps, plastic sheeting, or other appropriate methods. | SF | .40 | 200.00 | 80.00 |
| 01.0 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | .27 | 400.00 | 108.00 |
| 01.0 | 60 | 092 | Container dumpster, 30 yard load | EA | 279.18 | 1.00 | 279.18 |
| 05.5 | 00 | 043 | Various fasteners, self drilling, self tapping fasteners, 1/4" X 1-1/2" maximum | EA | .71 | 18.00 | 12.78 |
| 05.5 | 00 | 045 | Various fasteners, velocity headed pins, including power load up, 1/4" diameter, 3" long | EA | .67 | 15.00 | 10.05 |
| 06.1 | 00 | 003 | 2 x 4 wood stud framing, inlcuding plates, 2 x 4 headers, framing for doors and lock box openings, etcetera, per LF of stud, (Only LF of stud plates and headers to be included in LF of stud, unless studs are 8" long.) over 100 LF of wall on project | LF | 2.01 | 727.00 | 1461.27 |
| 06.1 | 00 | 005 | Add for header sizes over 2 X 4 when using 2 X 8. | LF | .21 | 126.00 | 26.46 |
| 06.1 | 00 | 024 | Plywood sheathing, up to 200 SF of area, 1/2" plywood | SF | 2.23 | 64.00 | 142.72 |
| 06.1 | 00 | 026 | Plywood sheathing, up to 200 SF of area, 3/4" plywood | SF | 2.81 | 64.00 | 179.84 |
| 06.1 | 00 | 049 | Demolition of stud walls, 2 X 4, 2 X 6 | LF | .22 | 270.00 | 59.40 |
| 06.1 | 00 | 067 | Blocking, miscellaneous to wood construction | BF | 1.27 | 30.00 | 38.10 |
| 06.1 | 00 | 071 | Remove existing lock box base, does not include boxes. | LF | 6.49 | 48.00 | 311.52 |
| 06.1 | 00 | 072 | Remove existing undercounter equipment, store in post office. | LF | 7.15 | 10.00 | 71.50 |
| 06.1 | 00 | 077 | Relocate letter drop. | EA | 26.80 | 1.00 | 26.80 |
| 06.1 | 00 | 078 | Relocate stamp machine. | EA | 35.73 | 2.00 | 71.46 |

773

| * Contract Price Includes Multipliers | ITEMS TOTAL | |
|---|---|---|

PS Form IQCCITEM, February 1992 - 20260-6425, Rev. 7.00

U.S. Postal Service

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Project Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 06.1 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | 25.74 | 16.00 | 411.84 |
| 06.2 | 00 | 003 | Demolition, including disposal, remove trim hoods, including fascias, baseboards, ceiling trim, chair rails, etcetera. | LF | .35 | 138.00 | 48.30 |
| 06.2 | 00 | 021 | Molding, installation | LF | .89 | 132.00 | 117.48 |
| 06.2 | 00 | 024 | Remove existing boxes, any type, tymporarily set them up, including all framing for temporary set up. | LF | 22.33 | 36.00 | 803.88 |
| 06.2 | 00 | 026 | USPS furnished 2900 series boxes | LF | 44.67 | 12.00 | 536.04 |
| 06.2 | 00 | 035 | Minimum charge, for millwork and/or trim removal | JOB | 44.67 | 1.00 | 44.67 |
| 06.2 | 00 | 050 | Post office box, base unit | LF | 11.67 | 57.00 | 665.19 |
| 06.2 | 00 | 062 | Molding, miscellaneous, custom pine, or cedar, nominal 1" X 3" | LF | 1.13 | 132.00 | 149.16 |
| 06.2 | 00 | 077 | Lock box, laminate mail drop unit | EA | 89.34 | 1.00 | 89.34 |
| 06.2 | 00 | 078 | Lockbox, laminate panel for vending machines | EA | 44.67 | 2.00 | 89.34 |
| 07.1 | 11 | 014 | Caulking and sealants polysulfide compound, one or two component, in place, 1/2" X 1/4" | LF | 1.64 | 36.00 | 59.04 |
| 08.1 | 00 | 004 | Remove existing door, frame, and all hardware, or, reinstall existing door, frame, and all hardware. | EA | 62.54 | 1.00 | 62.54 |
| 08.1 | 00 | 122 | 16 gage, drywall, up to 3 7/8" deep, 7'0" high, 3'0" wide, single | EA | 94.49 | 1.00 | 94.49 |
| 08.1 | 20 | 011 | Aluminum door & frame, entrance, narrow stile, clear finish, Includes hardware & closer. Does not include glass. 3' X 7' opening | EA | 803.17 | 1.00 | 803.17 |
| 08.2 | 11 | 015 | Wood door, commercial architectual door, oak, 3'0" X 7'0", 1-3/4" solid core, includes paint or stain to match existing. | EA | 343.94 | 1.00 | 343.94 |
| 08.4 | 10 | 001 | Anodized aluminum framing, cost per lineal foot of framing, plus all accessories, fasteners, and brackets | LF | 13.40 | 8.00 | 107.20 |

* Contract Price Includes Multipliers

774

| ITEMS TOTAL | |
|---|---|

U.S. Postal Service

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Project Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 08.4 | 10 | 002 | 1/4" tempered glass clear | SF | 8.04 | 96.00 | 771.84 |
| 08.4 | 10 | 015 | Aluminum or steel storefront framing system, clear plate glass glazing, wall height to 8' high, institutional grade | SF | 12.09 | 96.00 | 1160.64 |
| 08.7 | 00 | 030 | Hinges, A5111 sizes, stainless steel, 4 ball bearing rings, 4 1/2 X 4 1/2 | PR | 84.87 | 1.50 | 127.31 |
| 08.7 | 00 | 092 | Lockset, heavy duty mortise, entrance, match existing. | EA | 134.90 | 1.00 | 134.90 |
| 09.2 | 50 | 005 | Accessories such as corner bead, casing bead, and J.L.U bead | LF | .80 | 205.00 | 164.00 |
| 09.2 | 50 | 008 | Application of gypsum wallboard, including fasteners, and finishing, up to 700 SF | SF | 1.20 | 470.00 | 564.00 |
| 09.2 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | .04 | 470.00 | 18.80 |
| 09.5 | 00 | 002 | 2' X 4' Tee bar suspension system, including carrier channels, wall moldings, and hanging wire | SF | .58 | 64.00 | 37.12 |
| 09.5 | 00 | 004 | Add for heavy duty suspension system. | SF | .13 | 64.00 | 8.32 |
| 09.5 | 00 | 015 | Suspended acoustic ceiling boards, not including suspension system, mineral fiber boards, 5/8" thick, 2 hour rated, 24" X 48" | SF | .94 | 64.00 | 60.16 |
| 09.5 | 00 | 026 | Rework existing ceiling tile and grid system, no new material. | SF | 1.22 | 504.00 | 614.88 |
| 09.6 | 60 | 016 | Vinyl compostion tile | SF | 1.16 | 632.00 | 733.12 |
| 09.6 | 60 | 021 | Reducers, rubber or vinyl | LF | 2.90 | 3.00 | 8.70 |
| 09.6 | 60 | 026 | Vinyl base | LF | 1.47 | 271.00 | 398.37 |
| 09.6 | 60 | 027 | Add for special color, vinyl base. | LF | .09 | 271.00 | 24.39 |
| 09.9 | 00 | 008 | Patching cracks, Vee grooving, and filling with spackling compound | LF | .27 | 10.00 | 2.70 |
| 09.9 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | .19 | 1410.00 | 267.90 |
| 09.9 | 00 | 017 | THREE COATS | | | | |

775

| * Contract Price Includes Multipliers | ITEMS TOTAL | |
|---|---|---|

PS Form IQCCITEM, February 1992 - 20260-6425, Rev. 7.00

U.S. Postal Service

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Project Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 09.9 | 00 | 024 | Painting one coat on doors and frames | SF | .53 | 8.50 | 4.51 |
| 09.9 | 00 | 024 | TWO COATS | | | | |
| 09.9 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | .43 | 118.00 | 50.74 |
| 09.9 | 00 | 074 | Varnish, 1 coat + sealer on wood, no sanding included | SF | .26 | 42.00 | 10.92 |
| 09.9 | 00 | 077 | Sanding preparation for new paint finish | SF | .49 | 118.00 | 57.82 |
| 09.9 | 00 | 079 | Stain wood surfaces, new work, moldings, windows, and doors. | SF | .15 | 42.00 | 6.30 |
| 12.1 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | 7.86 | 10.00 | 78.60 |
| 12.1 | 15 | F02 | Remove existing post office boxes, reinstall same in newly constructed openings. | LF | 39.31 | 36.00 | 1415.16 |
| 12.1 | 15 | F03 | Install postal furnished L shape service counters, includes assembly. | EA | 368.51 | 2.00 | 737.02 |
| 16.0 | 00 | 082 | Furnish all labor, material, and equipment required to install a new "dedicated" electrical service from panel box to new scale locations. (includes mobilization) | LF | 11.34 | 95.00 | 1077.30 |
| 16.0 | 10 | 001 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed.<br>ELECTRICAL WORK AS DEFINED IN THE 91-9 DOL STANDARDS IS $31.36.Hr WITH A 20% PROFIT MARGIN AND A MULTIPLIER R OF .91 THE FIGURE BECOMES $34.46 | Hr | 29.60 | 8.00 | 236.80 |
| 16.2 | 30 | F01 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 1 thru 9) | EA | 59.94 | 1.00 | 59.94 |
| 16.2 | 30 | F31 | Relocate wall switch, outlet, device, plate, 15' wiring maximum. | EA | 48.64 | 3.00 | 145.92 |
| 16.2 | 30 | F32 | Relocate duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | 57.97 | 1.00 | 57.97 |
| 16.2 | 30 | F33 | Relocate existing thermostat and sub-base, up to 25'. | EA | 50.11 | 1.00 | 50.11 |

* Contract Price Includes Multipliers

776

ITEMS TOTAL

PS Form IQCCITEM, February 1992 - 20260-6425, Rev. 7.00

U.S. Postal Service

# Indefinite Quantity Contract/CONSTRUCTION

UNITED STATES POSTAL SERVICE

| Contract Number | Project Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL$ |
|---|---|---|---|---|---|---|---|
| 16.3 | 50 | F01 | Single pole breaker in existing panelboard, 120 volt, 15A-50A, 10,000 AIC | EA | 23.58 | 1.00 | 23.58 |
| 16.6 | 10 | F01 | Recessed fluorescent fixture, 2' X 4', lay in 4 lamp, acrylic lens, fixture, 6' pigtail, outlet, 15' wiring maximum | EA | 129.71 | 1.00 | 129.71 |
| 16.6 | 10 | F22 | Relocate recessed incandescent fixture, fixture, outlet, 15' wiring maximum. | EA | 70.75 | 9.00 | 636.75 |

777

| * Contract Price Includes Multipliers | ITEMS TOTAL | $17,299.11 |
|---|---|---|

PS Form IQCCITEM, February 1992 - 20260-6425, Rev. 7.00

U.S. Postal Service

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.00 | 08/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

**List of Negotiated Items:**

| | |
|---|---|
| -NEG. ADD FOR SPECIAL LOCK FUNCTIONS UNIT PRICE $100.00 QT | $100.00 |
| -NEG. 9X9 HANDICAP SIGN UNIT PRICE $40.00 QTY-1 | $40.00 |
| -NEG. FURNISH AND INSTALL DOOR BELL UNIT PRICE $40.00 QTY- | $40.00 |
| -NEG. INSTALL POSTAL EMERG LITE UNIT PRICE $75.00 QTY-1 | $75.00 |
| -NEG. 1" INSULATED PANEL ABOVE CEILING PRICE $2.00 QTY-24 | $48.00 |
| **Total Negotiated Items:** | **$303.00** |

**WORK ORDER TOTAL:** **$17,602.11**

778

**U.S. Postal Service**

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.01 | 10/03/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 5-4J-167554-E-440 | J07136 | 08/24/1995 | 30 Days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75th Ave<br>Palos Hills, IL 60465-2015 | S SUBURBAN CS DISTRICT<br>6801 WEST 73RD STREET<br><br>SOUTH SUBURBAN, IL 60499-9998 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| Richard Battaglia | 10/18/95 | ROBERT A. RIGSBY | 10-27-95 |

**Attachments:**

W/O Mod History
31.00 $17,602.11

**Default Multiplier:** .8590
**Summary of this W/O**

| | |
|---|---|
| Total Negotiated Items: | $2,490.50 |
| Total Items Cost: | $13,998.55 |
| Total Travel Cost: | $0.00 |
| **Work Order Total for 31.01:** | **$16,489.05** |
| Negotiated Items: | 7.31% |

**General Scope of Work:**

779

PLS 10/12/95

**U.S. Postal Service**

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.01 | 10/03/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | | | O-BOX LOBBY RENOVATION | | | | |
| 00.0 | 01 | AL1 | Hauling away debris | LUMP | 85.90 | 1.00 | 85.90 |
| 00.0 | 03 | AL8 | Premium time at 20% of total dollar value for section of work requiring adjustment. | % | .17 | 4444.00 | 755.48 |
| 00.0 | 04 | AL5 | Repair, patch, and paint walls. | JOB | 128.85 | 1.00 | 128.85 |
| 01.0 | 60 | 021 | Provide protection from damage to personnel, furnishings, equipment, or building structure. Use tarps, plastic sheeting, or other appropriate methods. | SF | .40 | 270.00 | 108.00 |
| 01.0 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | .27 | 1620.00 | 437.40 |
| 02.0 | 12 | 016 | Minimum charge, for core drilling | JOB | 128.85 | 1.00 | 128.85 |
| 02.2 | 00 | 019 | Base material below paving, including compaction, 0 - 50 cu. yds. | YDS | 15.19 | 12.00 | 182.28 |
| 02.5 | 13 | 001 | Asphalt in concrete paving, sawcutting, bituminous, 2" depth | LF | .53 | 48.00 | 25.44 |
| 02.5 | 13 | 003 | Removal of bituminous paving, including hauling away and dump charges, up to 4 inches thick, 0 - 500 SY | SY | 3.13 | 35.00 | 109.55 |
| 02.5 | 13 | 007 | Bituminous paving, including patching, base course, 1 1/2" thick | SY | 2.54 | 35.00 | 88.90 |
| 02.5 | 13 | 013 | Tack coat | SY | .53 | 35.00 | 18.55 |
| 02.5 | 13 | 026 | Minimum charge for paving, when heavy duty equipment is required. | JOB | 848.69 | 1.00 | 848.69 |
| 02.5 | 13 | 034 | Bituminous paving, including patching, surface course, 1 1/2" thick | SY | 2.77 | 35.00 | 96.95 |
| 05.5 | 00 | 021 | Expansion anchors, KWIK Bolt, or similar, into concrete or masonry, 1/4" X 2 1/4" | EA | 2.23 | 32.00 | 71.36 |
| 05.5 | 00 | 043 | Various fasteners, self drilling, self tapping fasteners, 1/4" X 1-1/2" maximum | EA | .71 | 12.00 | 8.52 |
| 05.5 | 00 | 045 | Various fasteners, velocity headed pins, including power load up, 1/4" diameter, 3" long | EA | .67 | 10.00 | 6.70 |

* Contract Price Includes Multipliers

780

| ITEMS TOTAL | |
|---|---|

PS Form IQCCITEM, February 1992 - 20260-6425, REV 7.00

**U.S. Postal Service**

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.01 | 10/03/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 052 | Minimum charge, metal fabrication | JOB | 120.60 | 1.00 | 120.60 |
| 06.1 | 00 | 003 | 2 x 4 wood stud framing, inlcuding plates, 2 x 4 headers, framing for doors and lock box openings, etcetera, per LF of stud, (Only LF of stud plates and headers to be included in LF of stud, unless studs are 8" long.) over 100 LF of wall on project | LF | 2.01 | 480.00 | 964.80 |
| 06.1 | 00 | 067 | Blocking, miscellaneous to wood construction | BF | 1.27 | 28.00 | 35.56 |
| 06.1 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | 25.74 | 48.00 | 1235.52 |
| 06.2 | 00 | 074 | Shelving pine, clear grade, no edge band, 1" X 8" | LF | 3.80 | 32.00 | 121.60 |
| 08.4 | 10 | 011 | Remove window framing, aluminum tube. | SF | 1.12 | 40.00 | 44.80 |
| 08.4 | 10 | 012 | Remove window glass, storefront framing. | SF | .94 | 40.00 | 37.60 |
| 08.4 | 10 | 013 | Dismantle existing aluminum and glass storefront system, reconfigure and install at new location. | SF | 5.89 | 40.00 | 235.60 |
| 09.2 | 50 | 005 | Accessories such as corner bead, casing bead, and J.L.U bead | LF | .80 | 83.00 | 66.40 |
| 09.5 | 00 | 002 | 2' X 4' Tee bar suspension system, including carrier channels, wall moldings, and hanging wire | SF | .58 | 226.00 | 131.08 |
| 09.5 | 00 | 004 | Add for heavy duty suspension system. | SF | .13 | 226.00 | 29.38 |
| 09.5 | 00 | 026 | Rework existing ceiling tile and grid system, no new material. | SF | 1.22 | 25.00 | 30.50 |
| 09.6 | 60 | 016 | Vinyl compostion tile | SF | 1.16 | 1620.00 | 1879.20 |
| 09.6 | 60 | 026 | Vinyl base | LF | 1.47 | 240.00 | 352.80 |
| 09.6 | 60 | 027 | Add for special color, vinyl base. | LF | .09 | 240.00 | 21.60 |
| 09.6 | 60 | 028 | Flooring, epoxy, 1/4" thick, including prep of floor | SF | 4.91 | 126.00 | 618.66 |
| 09.6 | 60 | 039 | Patch floor tile to match existing, level surface. | JOB | 58.07 | 1.00 | 58.07 |

* Contract Price Includes Multipliers

781

ITEMS TOTAL

PS Form IQCCITEM, February 1992 - 20260-6425, REV 7.00

**U.S. Postal Service**

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.01 | 10/03/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 09.6 | 60 | 045 | Leveling, with manufacturer's recommended products and grinding asphalt mastic floors to obtain a level surface | SF | .45 | 810.00 | 364.50 |
| 09.6 | 60 | 045 | WORKROOM AREA | | | | |
| 09.9 | 00 | 016 | Finish coats on masonry, including painting existing painted masonry, cost per coat, including vapor barrier, paint | SF | .24 | 576.00 | 138.24 |
| 09.9 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | .19 | 320.00 | 60.80 |
| 09.9 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | .43 | 125.00 | 53.75 |
| 09.9 | 00 | 060 | Painting masonry or concrete, brush, primer, + 1 coat latex | SF | .47 | 576.00 | 270.72 |
| 09.9 | 00 | 077 | Sanding preparation for new paint finish | SF | .49 | 210.00 | 102.90 |
| 15.4 | 40 | 012 | Remove and reset plumbing fixture, all types. | EA | 58.07 | 2.00 | 116.14 |
| 15.4 | 40 | 012 | FOR TILE WORK | | | | |
| 16.0 | 00 | 022 | Furnish and install lighting fixture "N" complete with a maximum of 6' conduit and 15' of wiring to a J-box on the ceiling. | EA | 580.68 | 1.00 | 580.68 |
| 16.0 | 00 | 038 | Furnish and install three #12 THW wire. | LF | .53 | 185.00 | 98.05 |
| 16.0 | 00 | 040 | Furnish and install 1/2" EMT. | LF | 1.34 | 185.00 | 247.90 |
| 16.0 | 00 | 069 | Furnish and install photo sensor control. | EA | 80.40 | 2.00 | 160.80 |
| 16.0 | 10 | 001 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. ELECTRICAL WORK AS DEFINED IN THE 91-9 DOL STANDARDS IS $31.36.Hr WITH A 20% PROFIT MARGIN AND A MULTIPLIER R OF .91 THE FIGURE BECOMES $34.46 | Hr | 29.60 | 16.00 | 473.60 |
| 16.0 | 36 | 001 | Install door buzzer. | EA | 34.36 | 1.00 | 34.36 |
| 16.0 | 36 | 001 | BOX LOBBY DOOR | | | | |

* Contract Price Includes Multipliers

782

ITEMS TOTAL

**U.S. Postal Service**

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.01 | 10/03/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

| DIV. | SEC. | ITEM | WORK DESCRIPTION | UNITS | CONTRACT PRICE | QTY. | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 16.2 | 30 | F01 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 1 thru 9) | EA | 59.94 | 7.00 | 419.58 |
| 16.2 | 30 | F07 | Wall telephone outlet in conduit system, outlet, plate, 15' wiring maximum (quantities 1 - 9) | EA | 52.08 | 1.00 | 52.08 |
| 16.2 | 30 | F10 | Wall junction box in conduit system, outlet, cover, 15' wiring maximum (quantities 10 & up) | EA | 47.17 | 12.00 | 566.04 |
| 16.3 | 50 | F01 | Single pole breaker in existing panelboard, 120 volt, 15A-50A, 10,000 AIC | EA | 23.58 | 2.00 | 47.16 |
| 16.6 | 10 | F01 | Recessed fluorescent fixture, 2' X 4', lay in 4 lamp, acrylic lens, fixture, 6' pigtail, outlet, 15' wiring maximum | EA | 129.71 | 3.00 | 389.13 |
| 16.6 | 10 | F23 | Relocate surface fluorescent fixture, fixture, outlet, 15' wiring maximum. | EA | 74.68 | 5.00 | 373.40 |
| 16.6 | 10 | F27 | Re-circuit lights for proper lighting arrangement. | EA | 17.18 | 4.00 | 68.72 |
| 16.6 | 50 | 116 | Exterior lighting, wall pack, high pressure sodium, 70 watt, includes lamp | EA | 294.81 | 1.00 | 294.81 |

* Contract Price Includes Multipliers

783

ITEMS TOTAL $13,998.55

PS Form IQCCITEM, February 1992 - 20260-6425, REV 7.00

**U.S. Postal Service**

# Indefinite Quantity Contract/CONSTRUCTION

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | JE/MANESCALCHI | A-Base Year | 31.01 | 10/03/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | SUGAR GROVE, IL - MAIN OFFICE (167554 - 004) |

**List of Negotiated Items:**

| | |
|---|---|
| -NEG. PICK UP POSTAL EQUIPMENT PRICE $187.50 QTY-4 | $750.00 |
| -NEG. BUILD SECURITY SOFFIT PRICE $24.75 QTY-18 | $445.50 |
| -NEG. REMOVE EXIST OVERHEAD PRICE $575.00 QTY-1 | $575.00 |
| -NEG. INSTALL POSTAL EMERG LITES PRICE $120.00 QTY-2 | $240.00 |
| -NEG. PAINTING PROJECT "RED STRIPE" PRICE $10.00 QTY-48 | $480.00 |
| **Total Negotiated Items:** | **$2,490.50** |
| **WORK ORDER TOTAL:** | **$16,489.05** |

784

# Indefinite Quantity Contract/Construction

UNITED STATES POSTAL SERVICE

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 12/08/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-165118-E-736 | J02811 | 10/27/1995 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP I<br>10401 S<br>75th Ave<br>Palos Hills IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 12/19/95 | [signature] ROBERT RIGSBY | 12-20-95 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8590 | |
| Total Miscellaneous: | | $589.00 |
| Total Items Cost: | | $11,554.65 |
| Total Travel Cost: | | $0.00 |
| Work Order Total for 49.00 | | $12,143.65 |

Work Order History:

Scope of Work:



RLS 12/11/95

IQCCMAIN, October 1995

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | ROUGH CARPENTRY AND FINISH CARPENTRY | | | | |
| 055 | 00 | 043 | Various fasteners, self drilling, self tapping fasten ers, 1/4" X 1-1/2" maximum | EA | $.83 | 15 | $10.65 |
| 055 | 00 | 045 | Various fasteners, velocity headed pins, including power load up, 1/4" diameter, 3" long | EA | $.78 | 15 | $10.05 |
| 061 | 00 | 001 | 2 x 4 wood stud framing, including plates, 2 x 4 headers, framing for doors and lock box openings, et- cetera, per LF of stud (Only LF of stud plates and headers to be included in LF of stud, unless studs are less than 8' long.) up to 50 LF of wall on project | LF | $3.38 | 352 | $1,020.80 |
| 061 | 00 | 005 | Add for header sizes over 2 X 4 when using 2 X 8. | LF | $.24 | 36 | $7.56 |
| 061 | 00 | 024 | Plywood sheathing, up to 200 SF of area, 1/2" plywood | SF | $2.60 | 64 | $142.72 |
| 061 | 00 | 026 | Plywood sheathing, up to 200 SF of area, 3/4" plywood | SF | $3.27 | 64 | $179.84 |
| 061 | 00 | 049 | Demolition of stud walls, 2 X 4, 2 X | LF | $.26 | 230 | $50.60 |
| 061 | 00 | 067 | Blocking, miscellaneous to wood construction | BF | $1.48 | 15 | $19.05 |
| 061 | 00 | 071 | Remove existing lock box base, does not include boxes. | LF | $7.56 | 9 | $58.41 |
| 061 | 00 | 072 | Remove existing undercounter equipment, store in post office. | LF | $8.32 | 10 | $71.50 |
| 061 | 00 | 077 | Relocate letter drop. | EA | $31.20 | 1 | $26.80 |

* = Premium Price

**Items Total** $11,554.65

IQCCITEM, October 1995

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DEMOLITION** | | | | |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $29.96 | 20 | $514.80 |
| 062 | 00 | 003 | Demolition, including disposal, remove trim hoods, in-cluding fascias, baseboards, ceiling trim, chair rails, etcetera. | LF | $.41 | 112 | $39.20 |
| 062 | 00 | 021 | Molding, installation | LF | $1.04 | 30 | $26.70 |
| 062 | 00 | 024 | Remove existing boxes, any type, tymporarily set them up, including all framing for temporary set up. | LF | $26.00 | 9 | $200.97 |
| 062 | 00 | 026 | USPS furnished 2900 series boxes | LF | $52.00 | 10 | $446.70 |
| 062 | 00 | 035 | Minimum charge, for millwork and/or trim removal | JOB | $52.00 | 1 | $44.67 |
| 062 | 00 | 050 | Post office box, base unit | LF | $13.58 | 12 | $140.04 |
| 062 | 00 | 062 | Molding, miscellaneous, custom pine, or cedar, nominal 1" X 3" | LF | $1.31 | 30 | $33.90 |
| 062 | 00 | 077 | Lock box, laminate mail drop unit | EA | $104.00 | 1 | $89.34 |
| 071 | 11 | 014 | Caulking and sealants polysulfide compound, one or two component, in place, 1/2" X 1/4" | LF | $1.91 | 116 | $190.24 |
| 081 | 00 | 010 | For narrow lite, add. | EA | $55.00 | 1 | $47.25 |
| 081 | 00 | 036 | 3'0" X 7'0" | EA | $295.00 | 1 | $253.41 |
| 081 | 00 | 108 | 18 gage, drywall, up to 4 7/8" deep, 7'0" high, 3'0" wide, single | EA | $110.00 | 2 | $188.98 |

* = Premium Price

Items Total $11,554.65

IQCCITEM, October 1995

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 082 | 11 | 015 | Wood door, commercial architectual door, oak, 3'0" X 7'0", 1-3/4" solid core, includes paint or stain to match existing. | EA | $400.40 | 1 | $343.94 |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | $9.15 | 10 | $78.60 |
| 121 | 15 | F03 | Install postal furnished L shape service counters, includes assembly. | EA | $429.00 | 1 | $368.51 |
| | | | LOCKBOX LOBBY | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | HARDWARE | | | | |
| 000 | 01 | AL2 | Peep hole for door | EA | $37.50 | 1 | $32.21 |
| 081 | 20 | 029 | Remove existing door, frame, and all hardware, or, re-install existing door, frame, and all hardware. | EA | $72.80 | 1 | $62.54 |
| 082 | 11 | 006 | Add for glazing. | SF | $52.00 | 1 | $44.67 |
| 083 | 30 | 007 | Rolling counter shutter, bronze anodized, 6' 0" wide X 3' 6" high | EA | $1,268.80 | 1 | $1,089.90 |
| 083 | 30 | 021 | Rolling grill supports, overhead framed | LF | $60.00 | 1 | $51.54 |
| 087 | 00 | 017 | Door floor stops, 1330 AE | EA | $26.00 | 1 | $22.33 |
| 087 | 00 | 030 | Hinges, A5111 sizes, stainless steel, 4 ball bearing rings, 4 1/2 X 4 1/2 | PR | $98.80 | 3 | $254.61 |
| 087 | 00 | 046 | Closers, CO-02051 sizes, III = 36" door | EA | $147.68 | 1 | $126.86 |
| 087 | 00 | 092 | Lockset, heavy duty mortise, entrance, match existing. | EA | $157.04 | 1 | $134.90 |

* = Premium Price

Items Total $11,554.65

IQCCITEM, October 1995

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **LOCKBOX LOBBY** | | | | |
| 087 | 00 | 093 | Entrance, push plate | EA | $68.64 | 1 | $58.96 |
| 087 | 00 | 094 | Entrance, door pull | EA | $80.08 | 1 | $68.79 |
| 087 | 00 | 098 | Dead bolt lockset, cylindrical | EA | $77.79 | 1 | $66.82 |
| | | | **MASONARY** | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | GYP WALLBOARD | | | | |
| 062 | 00 | 002 | Demolition, including disposal, remove 4' X 8' panel- ing. | SF | $.41 | 150 | $52.50 |
| 092 | 50 | 001 | Demolition of drywall from framing | SF | $.26 | 150 | $33.00 |
| 092 | 50 | 007 | Application of gypsum wallboard, including fasteners, and finishing, up to 300 SF | SF | $1.82 | 360 | $561.60 |
| 092 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | $.05 | 360 | $14.40 |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | $1.09 | 30 | $28.20 |
| | | | **ROUGH CARPENTRY** | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | DEMOLITIAN | | | | |
| 000 | 01 | AL1 | Hauling away debris | MP SUM | $100.00 | 1 | $85.90 |
| 010 | 60 | 021 | Provide protection from damage to personnel, furnish- ings, equipment, or building structure. Use tarps, plastic sheeting, or other appropriate methods. | SF | $.46 | 200 | $80.00 |

789

| * = Premium Price | Items Total | $11,554.65 |
|---|---|---|