# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **ROUGH CARPENTRY** | | | | |
| 010 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | $.31 | 195 | $52.65 |
| 010 | 60 | 092 | Container dumpster, 30 yard load | EA | $325.00 | 1 | $279.18 |
| | | | **DOORS, FRAMES &** | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | VINYL TILE | | | | |
| 096 | 60 | 016 | Vinyl compostion tile | SF | $1.35 | 355 | $411.80 |
| 096 | 60 | 021 | Reducers, rubber or vinyl | LF | $3.38 | 6 | $17.40 |
| 096 | 60 | 026 | Vinyl base | LF | $1.71 | 123 | $180.81 |
| 096 | 60 | 027 | Add for special color, vinyl base. | LF | $.10 | 123 | $11.07 |
| 096 | 80 | 002 | Remove existing bonded carpet. | SF | $.31 | 355 | $95.85 |
| | | | **DRYWALL** | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | PAINTING | | | | |
| 099 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | $.22 | 3264 | $620.16 |
| 099 | 00 | 024 | Painting one coat on doors and frames | SF | $.62 | 76 | $40.28 |
| 099 | 00 | 025 | Add for additional coats, per coat. | SF | $.62 | 76 | $40.28 |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | $.50 | 816 | $350.88 |

790

* = Premium Price

Items Total $11,554.65

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DRYWALL** | | | | |
| 099 | 00 | 055 | Painting interior walls and ceilings, roller work, prime + 2 coats | SF | $.34 | 381 | $110.49 |
| 099 | 00 | 057 | Painting wood trim to 6" wide, clean + 1 coat enamel | LF | $.66 | 44 | $25.08 |
| 099 | 00 | 074 | Varnish, 1 coat + sealer on wood, no sanding included | SF | $.30 | 106 | $27.56 |
| 099 | 00 | 077 | Sanding preparation for new paint finish | SF | $.57 | 50 | $24.50 |
| 099 | 00 | 079 | Stain wood surfaces, new work, moldings, windows, and doors. | SF | $.18 | 106 | $15.90 |
| | | | **FLOORING** | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| | | | ELECTRICIAL | | | | |
| 020 | 12 | 016 | Minimum charge, for core drilling | JOB | $150.00 | 1 | $128.85 |
| 062 | 00 | 005 | Optional service counters, with plastic laminate counters and fronts, does not include returns, or cabinets 2 or 6 | LF | $130.00 | 5 | $558.35 |
| 062 | 00 | 029 | Removal and reinstalling built in bulletin boards, frame and all | SF | $4.16 | 24 | $85.68 |
| 159 | 10 | 008 | Remove and re-install HVAC registers, all sizes. | EA | $4.00 | 2 | $6.88 |
| 160 | 00 | 033 | Furnish and install lighting fixture "Y" complete withwiring connection to J-box on the wall. | EA | $312.00 | 1 | $268.01 |
| 160 | 00 | 052 | Remove pendant flourescent fixture. (fixture, stem, outlet, 15' wiring maximum) | EA | $31.20 | 5 | $134.00 |

791

| * = Premium Price | Items Total | $11,554.65 |
|---|---|---|

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **FLOORING** | | | | |
| 160 | 20 | F02 | REMOVE 1/2" E.M.T.. | LF | $.24 | 10 | $2.10 |
| 162 | 30 | F09 | Wall junction box in conduit system, outlet, cover, 15' wiring maximum (quantities 1 - 9) | EA | $60.63 | 1 | $52.08 |
| 162 | 30 | F27 | Remove duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | $16.29 | 2 | $27.98 |
| 162 | 30 | F28 | Remove 9" junction box, outlet, plate, 15' wiring maximum. | EA | $14.66 | 1 | $12.59 |
| 162 | 30 | F31 | Relocate wall switch, outlet, device, plate, 15' wiring maximum. | EA | $56.62 | 2 | $97.28 |
| 166 | 10 | 110 | Interior fixture, fluorescent, surface mounted, same as 16.6 10 020, 1' X 4', 2 tube | EA | $78.00 | 6 | $402.00 |

792

| * = Premium Price | Items Total | $11,554.65 |
|---|---|---|

# Indefinite Quantity Contract/Construction

UNITED STATES POSTAL SERVICE™

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 49.00 | 10/27/1995 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/LOCKBOX/PAINTING | MILLBROOK, IL - MAIN OFFICE |

List of Negotiated Items:

| | |
|---|---|
| NEG. ADD TO LOCKSET FOR SPECIAL FUNCTION. PRICE $118. QTY-1 | $118.00 |
| NEG. ASSEMBLE POSTAL LOBBY DESKS. PRICE $429.00 QTY-1 | $429.00 |
| NEG. HANDICAP SIGN. PRICE $42.00 QTY-1 | $42.00 |

| | |
|---|---|
| Total of Negotiated Items: | $589.00 |
| Travel Expenses: | |
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | $0 |
| Work Order Total: | $12,143.65 |

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94-B-0083 | J02 811 | | 49 | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| Millbrook P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| P/A | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | Admin. Services<br>Paul Steiner |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | | | |

| ITEM NUMBER | | | Rough Carpentry and Finish Carpentry | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | Various Fasteners Self Tap | EA | .71 | [illegible] | ✓ |
| 05.5 | 00 | 045 | Various Fasteners Power Load | EA | .67 | [illegible] | ✓ |
| 06.1 | 00 | 001 | 2x4 Wood Stud | LF | 2.90 | [illegible] | ✓ |
| 06.1 | 00 | 005 | Add for Header 2x8 | LF | .21 | [illegible] | ✓ |
| 06.1 | 00 | 024 | Plywood Sheathing 1/2" | SF | 2.23 | [illegible] | ✓ |
| 06.1 | 00 | 026 | Plywood Sheathing 3/4" | SF | 2.81 | [illegible] | ✓ |
| 06.1 | 00 | 049 | Demo. of Stud Walls | LF | .22 | [illegible] | ✓ |
| 06.1 | 00 | 067 | Blocking | BF | 1.27 | [illegible] | ✓ |
| 06.1 | 00 | 071 | Remove Exist. Lock Box Base | LF | 6.49 | [illegible] | ✓ |
| 06.1 | 00 | 072 | Remove Exist. Undercounter Equip. | LF | 7.15 | [illegible] | ✓ |
| 06.1 | 00 | 077 | Relocate Letter Drop | EA | 26.80 | [illegible] | ✓ |
| 06.1 | 00 | 080 | Misc. Hourly Labor - Carpenter | HR | 25.74 | [illegible] | ✓ |
| 06.2 | 00 | 003 | Demolition Fascias, Baseboards | LF | .35 | [illegible] | ✓ |
| 06.2 | 00 | 021 | Molding Install | LF | .89 | [illegible] | ✓ |
| 06.2 | 00 | 026 | 2900 Series Boxes | LF | 44.67 | [illegible] | ✓ |
| 06.2 | 00 | 035 | Min. Charge Millwork Trim Removal | JOB | 44.67 | | ✓ |
| 06.2 | 00 | 050 | P.O. Box Base Unit | LF | 11.67 | | ✓ |
| 06.2 | 00 | 062 | Molding Misc. | LF | 1.13 | [illegible] | ✓ |
| 06.2 | 00 | 077 | Lock Box Laminate Mail Drop | EA | 89.34 | | ✓ |
| 06.2 | 00 | 078 | Lock Box Laminate Vending Machine | EA | 44.67 | | |
| 07.1 | 11 | 014 | Caulking | LF | 1.64 | | ✓ |
| 12.1 | 15 | F01 | Remove Exist. Service Counters Lobby Desks | LF | 7.86 | [illegible] | ✓ |
| 12.1 | 15 | F03 | Install Postal Furnished Counter 1RT | EA | 368.51 | | ✓ |
| 06.2 | 00 | 024 | Remove Boxes Any Type | LF | 22.33 | [illegible] | ✓ |

ATTACHMENTS:

794

Prepared with Battaglia on 10/18/95

| SUBTOTAL | |
|---|---|
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

94 - B-0083

| ITEM NO | QTY 80 | UNIT | WORK DESCRIPTION | U. NIL. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 08.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | 1 ✓ | |
| 08.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | 1 ✓ | |
| 08.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 94.49 | 2 ✓ | |
| 08.2 | 11 | 015 | WOOD DOOR | EA | 343.94 | 1 ✓ | |
| | 01 | | HARDWARE | | | | |
| 00.0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 1 ✓ | |
| 08.1 | 20 | 029 | REMOVE EXIST. DOOR, FRAME, HDWE. | EA | 62.54 | 1 ✓ | |
| 08.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | — | |
| 08.7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 ✓ | |
| 08.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 1 ✓ | |
| 08.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 ✓ | |
| 08.7 | 00 | 023 | KICK PLATE | LF | 17.87 | — | |
| 08.7 | 00 | 030 | HINGES | PR | 84.87 | 3 ✓ | |
| 08.7 | 00 | 046 | CLOSERS | EA | 126.86 | 1 ✓ | |
| 08.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 1 ✓ | |
| 08.7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | — | |
| 08.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 ✓ | |
| 08.7 | 00 | 102 | THRESHOLD | LF | 19.65 | — | |
| 08.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 1 ✓ | |
| NEGOCIATED | | * | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 118.00 | 1 ✓ | |
| [illegible] | 30 | [illegible] | Rolling shutter | | | 1 ✓ | |
| [illegible] | 30 | [illegible] | [illegible] support | SUBTOTAL THIS PAGE | | ✓ | |
| | | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(3)

97. B. 0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | 02 | | Gyp. Wallboard | | | | |
| 09.2 | 50 | 001 | Demolition of Drywall From Framing | SF | .22 | 150 | ✓ |
| 09.2 | 50 | 014 | Drywall Corner Bead | LF | .94 | 70 | ✓ |
| 09.2 | 50 | 007 | Application Gyp. Board | SF | 1.56 | 360 | ✓ |
| 09.2 | 50 | 011 | Add For 5/8" Drywall | SF | .04 | 360 | ✓ |
| | 03 | | Demolition | | | | |
| 00.0 | 01 | ALT | Hauling Away Debris | LS | 85.90 | 1 | ✓ |
| 01.0 | 60 | 021 | Provide Protection | SF | .40 | 250 | ✓ |
| 01.0 | 60 | 071 | Move Furniture | SF. | .27 | 125 | ✓ |
| 01.0 | 60 | 092 | Dumpster | EA | 279.18 | 1 | ✓ |
| | 04 | | Vinyl Tile | | | | |
| 09.6 | 60 | 016 | Vinyl Tile | SF | 1.16 | 355 | ✓ |
| 09.6 | 60 | 021 | Reducers | LF | 2.90 | 6 | ✓ |
| 09.6 | 60 | 026 | Vinyl Base | LF | 1.47 | 123 | ✓ |
| 09.6 | 60 | 027 | Add For Color | LF | .09 | 123 | ✓ |
| ~~09.6~~ | ~~60~~ | ~~028~~ | ~~Flooring Patching Jif Set~~ | SF | 4.91 | — | |
| ~~09.6~~ | ~~60~~ | ~~039~~ | ~~Patch Floor Tile To Match Surface~~ | JOB | 58.07 | — | |
| | 05 | | Painting | | | | |
| 09.9 | 00 | 017 | Paint Plaster, Drywall, Woodwork | SF | .19 | 326 | ✓ |
| 09.9 | 00 | 024 | Painting One Coat On Door & Frames | SF | .53 | 72 | ✓ |
| 09.9 | 00 | 025 | Add For Additional Coats | SF | .53 | 72 | ✓ |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(4)

94 · B · 0083

| ITEM NO | QTY. 85 | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | SF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 09.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 216 ✓ | |
| 09.9 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | 381 ✓ | |
| 09.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 44 ✓ | |
| 09.9 | 00 | 060 | PAINTING MASONRY | SF | .47 | — | |
| 09.9 | 00 | 074 | VARNISH | SF | .26 | 106 ✓ | |
| 09.9 | 00 | 077 | SANDING PREP 2 COATS | SF | .49 | 50 ✓ | |
| 09.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 106 ✓ | |
| | 06 | | ELECTRICAL | | | | |
| 15.8 | 24 | 002 | CEILING FAN | EA | 285.88 | — | |
| 15.9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 2 ✓ | |
| 02.0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 ✓ | |
| 06.2 | 00 | 029 | REMOVE & REINSTALL BUILTIN BOARDS | SF | 3.57 | 24 ✓ | |
| 16.0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | — | |
| 16.0 | 00 | 053 | REMOVE ~~SURFACE~~ FLOUR FIXTURE | EA | 19.65 | 5 ✓ | |
| 16.0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | — | |
| 16.0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | — | |
| 16.0 | 00 | 033 | F & I FIXTURE "Y" | EA | 268.01 | 1 ✓ | |
| 6.0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | — | |
| 16.0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | — | |
| 6.0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 29.60 | — | |
| 16.2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | — | |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(5)

94 · B · 0083

| ITEM NO | QTY 26 | UNIT | WORK DESCRIPTION | U/M | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 16.2 | 10 | F01 | WALL JUNCTION BOX | EA | 98.27 | 1 | ✓ |
| 16.0 | 00 | 038 | F & I #12 WIRE | LF | .53 | — | |
| 16.0 | 00 | 040 | CONDUIT 1/2" | LF | 1.34 | — | |
| 16.2 | 30 | F26 | REMOVE SWITCH | EA | 11.67 | 2 | ✓ |
| 16.2 | 30 | F27 | REMOVE DUPLEX | EA | 13.99 | 2 | ✓ |
| 16.2 | 30 | F28 | REMOVE J. BOX | EA | 12.59 | 1 | ✓ |
| 16.2 | 30 | F33 | RELOCATE EXIST. THERMOSTAT | EA | 50.11 | — | |
| 16.0 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .57 | 10 | ✓ |
| 16.6 | 10 | 110 | INTERIOR FIXTURE 1X4 | EA | 67.00 | 6 | ✓ |
| 16.6 | 50 | 115 | EXTERIOR LIGHT APS | EA | 290.34 | — | |
| ~~NEGOCIATED~~ | | | ~~SERVICE LOBBY DOOR BELL~~ | EA | 45.00 | — | |
| NEGOCIATED * | | | HANDICAP SIGN 9"x9" ACCESSIBLE ENTRANCE | EA | 42.00 | 1 | ✓ |
| NEGOCIATED | | | SIGN "THIS DOOR REMAINS OPEN" | EA | 40.00 | — | |
| NEGOCIATED * | | | ASSEMBLE POSTAL FURNISHED LOBBY DESKS | EA | 429.00 | 1 | ✓ |
| ~~00.0~~ | ~~03~~ | ~~AE6~~ | ~~PATCH HOLES IN CEILING~~ | EA | 8.59 | — | |
| 06.2 | 00 | 005 | OPTIONAL LOBBY DESK | LT EA | 111.67 | 5 | ✓ |
| ~~16.2~~ | ~~30~~ | ~~020~~ | ~~WIRING DEVICES TOGGLE SWITCH~~ | EA | 8.88 | — | |
| ~~16.2~~ | ~~30~~ | ~~260~~ | ~~WIRING DEVICES WALL PLATES~~ | EA | 4.34 | — | |
| ~~16.2~~ | ~~30~~ | ~~130~~ | ~~DIMMER SWITCH~~ | EA | 21.61 | — | |
| ~~16.0~~ | ~~00~~ | ~~079~~ | ~~PROVIDE ELECTRIC SERVICE~~ | EA | 400.52 | — | |
| ~~16.0~~ | ~~00~~ | ~~083~~ | ~~MIN. CHARGE REMOVE EXIST. BREAKER BOX~~ | JOB | 67.00 | — | |
| ~~16.3~~ | ~~50~~ | ~~030~~ | ~~PANEL BOARD 3 WIRE 100 AMP~~ | EA | 682.97 | — | |

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.01 | 03/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-163204-E-720 | J02491 | 03/12/1996 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP<br>10401 S 75TH AVE<br><br>Palos Hills IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 3/13/96 | ROBERT A RIGSBY [signature] | 3-13-96 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8590 | |
| Total Miscellaneous: | | $-1,024.36 |
| Total Items Cost: | | $-12,189.31 |
| Total Travel Cost: | | |
| Work Order Total for 48.01 | | ($13,213.67) |

Work Order History:

Scope of Work:



IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE.

# Indef ite Quantity Contract/Const ction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.01 | 03/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $0.00 | 0 | $.00 |
| 000 | 00 | AL9 | Back Hoe, Demolition & Excavation | HR | $68.72 | -8 | $-549.76 |
| 000 | 01 | AL1 | Hauling away debris | MP SUM | $85.90 | -1 | $-85.90 |
| 020 | 12 | 002 | For core drilling less than 6", proportion cost per depth cored. 3" diameter | EA | $24.12 | -10 | $-241.20 |
| 022 | 00 | 002 | Excavate for sidewalk, utility trenches, or other trenching, new paving and haul away. 0 - 50 cu. yds. | YDS 3 | $8.04 | -8 | $-64.32 |
| 022 | 00 | 010 | Backfill with on site material, including compaction. 0 - 50 cu. yds. | YDS 3 | $8.93 | -4 | $-35.72 |
| 022 | 00 | 019 | Base material below paving, including compaction, 0 - 50 cu. yds. | YDS 3 | $15.19 | -6 | $-91.14 |
| 022 | 00 | 029 | Surface grading | SF | $0.04 | -224 | $-8.96 |
| 025 | 15 | 001 | Concrete sawcutting, mesh reinforced, per 1" of depth | LF | $0.58 | -10 | $-5.80 |
| 025 | 15 | 012 | Premolded expansion joint material (See detail 21/1.)1/2" X 6" | LF | $0.80 | -15 | $-12.00 |
| 025 | 15 | 024 | Reinforcing, 6 X 6 - (W4/W4) 58 lb. per C.S.F. | SF | $0.39 | -224 | $-87.36 |
| 033 | 00 | 013 | Reinforced slab on ramp, up to 6" thick | SF | $4.47 | -78 | $-348.66 |
| 033 | 00 | 014 | Rod reinforcing | LB | $0.53 | -25 | $-13.25 |

800

* = Premium Price

Items Total ($12,189.31)

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Inde\ .ite Quantity Contract/Consti _.:tion

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.01 | 03/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 033 | 00 | 015 | Continuous footings for ramps, or walls, 12" X 24" andunder, including forms, concrete, and removal of forms | LF | $9.83 | -42 | $-412.86 |
| 033 | 00 | 017 | Foundation walls, or piers, up to 8' high, and up to 12" thick, including forms on two sides, concrete form removal, curing, throseal finishing, but not including reinforcing | SF | $10.72 | -192 | $-2,058.24 |
| 033 | 00 | 029 | Concrete steps, on grade, including forms, concrete, hardner, finishing, and curing (For stair landings, use floor slab costs on grade.) | LF | $35.73 | -12 | $-428.76 |
| 033 | 00 | 030 | Epoxy bonding agent, including material, and appli- cation | GAL | $26.80 | -2 | $-53.60 |
| 033 | 00 | 033 | Non shrink grout, including material and labor to place | LB | $1.51 | -25 | $-37.75 |
| 034 | 17 | 013 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. MASONS IN COOK COUNTY ARE COMPENSATED AT THE RATE OF $31.00Hr WITH A 20% MARK UP AN D AMULTIPLIER OF .91 T | HR | $29.27 | -8 | $-234.16 |
| 055 | 00 | 005 | Handrailing, 3 rail, 2" pipe (See sections 8/2 and 10/2.) | LF | $26.80 | -48 | $-1,286.40 |
| 055 | 00 | 035 | 1/4" fillet weld, 10 - 45 LF of welding | LF | $4.47 | -12 | $-53.64 |
| 055 | 00 | 052 | Minimum charge, metal fabrication | JOB | $120.60 | -1 | $-120.60 |

801

| * = Premium Price | Items Total | ($12,189.31) |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Inde. .ite Quantity Contract/Const. .ction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.01 | 03/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DEMOLITION** | | | | |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $25.74 | -90 | $-2,316.60 |
| 062 | 00 | 008 | Service counter, plastic laminate counter, use this when counter top is only required. | LF | $44.67 | -4 | $-178.68 |
| 062 | 00 | 024 | Remove existing boxes, any type, tymporarily set them up, including all framing for temporary set up. | LF | $22.33 | -2 | $-44.66 |
| 062 | 00 | 026 | USPS furnished 2900 series boxes | LF | $44.67 | -2 | $-89.34 |
| 062 | 00 | 037 | Cabinet, plastic laminate exterior, paint grade fir, fir interior, 2 adjustable shelves per unit, con-cealed hinges, aluminum bar pulls, magnetic catches, 24" wide, 23" deep, 36" to 40" high | EA | $268.01 | -2 | $-536.02 |
| 073 | 11 | 012 | Minimum charge, roofing removal | JOB | $84.87 | -1 | $-84.87 |
| 081 | 00 | 004 | Remove existing door, frame, and all hardware, or, re-install existing door, frame, and all hardware. | EA | $62.54 | -1 | $-62.54 |
| 081 | 00 | 010 | For narrow lite, add. | EA | $47.25 | -1 | $-47.25 |
| 081 | 00 | 036 | 3'0" X 7'0" | EA | $253.41 | -1 | $-253.41 |
| 081 | 00 | 106 | 7'0" high, 3'0" wide, single | EA | $94.49 | -1 | $-94.49 |
| 082 | 11 | 006 | Add for glazing. | SF | $44.67 | -1 | $-44.67 |
| 082 | 11 | 017 | Weatherstrip door, wood on metal. | EA | $98.27 | -1 | $-98.27 |
| 087 | 00 | 032 | Hinges, A5111 sizes, 6 X 4 1/2 | PR | $169.74 | -1.5 | $-254.61 |

* = Premium Price

Items Total ($12,189.31)



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefi e Quantity Contract/Constr ion

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.01 | 03/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 087 | 00 | 047 | Closers, CO-02051 sizes, IV = 48" doo | EA | $126.86 | -1 | $-126.86 |
| 087 | 00 | 092 | Lockset, heavy duty mortise, entrance, match existing. | EA | $134.90 | -1 | $-134.90 |
| 087 | 00 | 107 | Weatherstripping, door saddle, rubber, or vinyl insert | LF | $2.95 | -4 | $-11.80 |
| 099 | 00 | 063 | Painting miscellaneous metal, brushwork, 2 coats, railings, 2 rail pipe rail, or spraying if approved | LF | $0.94 | -128 | $-120.32 |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | $7.86 | -4 | $-31.44 |
| 160 | 00 | 069 | Furnish and install photo sensor control. | EA | $80.40 | -1 | $-80.40 |
| 160 | 10 | 001 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. ELECTRICAL WORK AS DEFINED IN THE 91-9 DOL STANDARDS IS $31.36.Hr WITH A 20% PROFIT MARGIN AND A MULTIPLIE | Hr | $29.60 | -16 | $-473.60 |
| 166 | 10 | F04 | Surface fluorescent fixture, 1' X 4', 2 lamp, acrylic lens, fixture, outlet, 15' wiring maximum | EA | $126.76 | -4 | $-507.04 |
| 166 | 10 | F16 | Remove surface fluorescent fixture, fixture, outlet, 15' wiring maximum. | EA | $19.28 | -4 | $-77.12 |
| 166 | 50 | 115 | Exterior lighting, wall pack, low pressure sodium, 55 watt, includes lamp | EA | $290.34 | -1 | $-290.34 |



| * = Premium Price | Items Total | ($12,189.31) |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Inde...ite Quantity Contract/Cons...uction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.01 | 03/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

**List of Negotiated Items:**

| | |
|---|---|
| NEG. HAULING; TRUCK DRIVER. PRICE $-59.67 QTY-8 | $-477.36 |
| NEG. ADD FOR SPECIAL FUNCTION. PRICE $-118.00 QTY-1 | $-118.00 |
| NEG. INSTALL USPS FURNISHED LOBBY DESKS. PRICE $-429.00 QTY-1 | $-429.00 |
| **Total of Negotiated Items:** | ($1,024.36) |
| **Travel Expenses:** | |
| **Per Diem Amount** | $.00 |
| **Lodging Amount** | $.00 |
| **Other Expense** | $.00 |
| **Mileage Amount** | $.00 |
| **Travel Amount Subtotal:** | |
| **Work Order Total:** | $-13,213.67 |

# Indefinite .uantity Contract/Constructi.

UNITED STATES POSTAL SERVICE™

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.00 | 01/12/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-163204-E-720 | J02491 | 10/24/1995 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP I<br>10401 S<br>75th Ave<br>Palos Hills IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 1/12/96 | ROBERT RIGSBY [signature] | 1-24-96 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8590 | |
| Total Miscellaneous: | | $1,024.36 |
| Total Items Cost: | | $12,189.31 |
| Total Travel Cost: | | $0.00 |
| Work Order Total for 48.00 | | $13,213.67 |

Work Order History:

Scope of Work:



IQCCMAIN, October 1995

# Indefinite _uantity Contract/Constructic..

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.00 | 10/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DEMOLITION** | | | | |
| 000 | 00 | 000 | PROVIDE SUBMITTALS OF PRODUCT LITERATURE FOR THE FOL- LOWING LINE ITEMS AS IDENTIFIED IN THE SCOPE OF WORK. | NOTE! | $.00 | 0 | $.00 |
| 000 | 00 | AL3 | DEMOLITION Demolish concrete side walks, 4" thick. | SF | $1.80 | 224 | $.00 |
| 000 | 00 | AL9 | Back Hoe, Demolition & Excavation | HR | $80.00 | 8 | $549.76 |
| 000 | 01 | AL1 | Hauling away debris | MP SUM | $100.00 | 1 | $85.90 |
| 020 | 12 | 002 | For core drilling less than 6", proportion cost per depth cored. 3" diameter | EA | $28.08 | 10 | $241.20 |
| 022 | 00 | 002 | Excavate for sidewalk, utility trenches, or other trenching, new paving and haul away. 0 - 50 cu. yds. | YDS 3 | $9.36 | 8 | $64.32 |
| 022 | 00 | 010 | Backfill with on site material, including compaction. 0 - 50 cu. yds. | YDS 3 | $10.40 | 4 | $35.72 |
| 022 | 00 | 019 | Base material below paving, including compaction, 0 - 50 cu. yds. | YDS 3 | $17.68 | 6 | $91.14 |
| 022 | 00 | 029 | Surface grading | SF | $.05 | 224 | $8.96 |
| 025 | 15 | 001 | Concrete sawcutting, mesh reinforced, per 1" of depth | LF | $.67 | 10 | $5.80 |
| 025 | 15 | 012 | Premolded expansion joint material (See detail 21/1.)1/2" X 6" | LF | $.93 | 15 | $12.00 |
| 025 | 15 | 024 | Reinforcing, 6 X 6 - (W4/W4) 58 lb. per C.S.F. | SF | $.45 | 224 | $87.36 |
| 033 | 00 | 013 | Reinforced slab on ramp, up to 6" thick | SF | $5.20 | 78 | $348.66 |
| 033 | 00 | 014 | Rod reinforcing | LB | $.62 | 25 | $13.25 |

* = Premium Price



Items Total $12,189.31

# Indefinite ‿uantity Contract/Constructi…

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.00 | 10/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 033 | 00 | 015 | Continuous footings for ramps, or walls, 12" X 24" andunder, including forms, concrete, and removal of forms | LF | $11.44 | 42 | $412.86 |
| 033 | 00 | 017 | Foundation walls, or piers, up to 8' high, and up to 12" thick, including forms on two sides, concrete form removal, curing, throseal finishing, but not including reinforcing | SF | $12.48 | 192 | $2,058.24 |
| 033 | 00 | 029 | Concrete steps, on grade, including forms, concrete, hardner, finishing, and curing (For stair landings, use floor slab costs on grade.) | LF | $41.60 | 12 | $428.76 |
| 033 | 00 | 030 | Epoxy bonding agent, including material, and appli- cation | GAL | $31.20 | 2 | $53.60 |
| 033 | 00 | 033 | Non shrink grout, including material and labor to place | LB | $1.76 | 25 | $37.75 |
| 034 | 17 | 013 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. MASONS IN COOK COUNTY ARE COMPENSATED AT THE RATE OF $31.00Hr WITH A 20% MARK UP AN D AMULTIPLIER OF .91 T | HR | $34.07 | 8 | $234.16 |
| 055 | 00 | 005 | Handrailing, 3 rail, 2" pipe (See sections 8/2 and 10/2.) | LF | $31.20 | 48 | $1,286.40 |
| 055 | 00 | 035 | 1/4" fillet weld, 10 - 45 LF of welding | LF | $5.20 | 12 | $53.64 |
| 055 | 00 | 052 | Minimum charge, metal fabrication<br>RAIL RETURNS | JOB | $140.40 | 1 | $120.60 |

807

| * = Premium Price | Items Total | $12,189.31 |
|---|---|---|

# Indefinite uantity Contract/Constructi

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.00 | 10/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DEMOLITION** | | | | |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $29.96 | 90 | $2,316.60 |
| 062 | 00 | 008 | Service counter, plastic laminate counter, use this when counter top is only required. | LF | $52.00 | 4 | $178.68 |
| 062 | 00 | 024 | Remove existing boxes, any type, tymporarily set them up, including all framing for temporary set up. | LF | $26.00 | 2 | $44.66 |
| 062 | 00 | 026 | USPS furnished 2900 series boxes | LF | $52.00 | 2 | $89.34 |
| 062 | 00 | 037 | Cabinet, plastic laminate exterior, paint grade fir, fir interior, 2 adjustable shelves per unit, concealed hinges, aluminum bar pulls, magnetic catches, 24" wide, 23" deep, 36" to 40" high | EA | $312.00 | 2 | $536.02 |
| 073 | 11 | 012 | Minimum charge, roofing removal | JOB | $98.80 | 1 | $84.87 |
| 081 | 00 | 004 | Remove existing door, frame, and all hardware, or, re-install existing door, frame, and all hardware. | EA | $72.80 | 1 | $62.54 |
| 081 | 00 | 010 | For narrow lite, add. | EA | $55.00 | 1 | $47.25 |
| 081 | 00 | 036 | 3'0" X 7'0" | EA | $295.00 | 1 | $253.41 |
| 081 | 00 | 106 | 7'0" high, 3'0" wide, single | EA | $110.00 | 1 | $94.49 |
| 082 | 11 | 006 | Add for glazing. | SF | $52.00 | 1 | $44.67 |
| 082 | 11 | 017 | Weatherstrip door, wood on metal. | EA | $114.40 | 1 | $98.27 |
| 087 | 00 | 032 | Hinges, A5111 sizes, 6 X 4 1/2 | PR | $197.60 | 1 | $254.61 |

* = Premium Price



Items Total $12,189.31

IQCCITEM, October 1995

# Indefinite ..antity Contract/Constructic

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.00 | 10/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Unit Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 087 | 00 | 047 | Closers, CO-02051 sizes, IV = 48" doo | EA | $147.68 | 1 | $126.86 |
| 087 | 00 | 092 | Lockset, heavy duty mortise, entrance, match existing. | EA | $157.04 | 1 | $134.90 |
| 087 | 00 | 107 | Weatherstripping, door saddle, rubber, or vinyl insert | LF | $3.43 | 4 | $11.80 |
| 099 | 00 | 063 | Painting miscellaneous metal, brushwork, 2 coats, railings, 2 rail pipe rail, or spraying if approved | LF | $1.10 | 128 | $120.32 |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | $9.15 | 4 | $31.44 |
| 160 | 00 | 069 | Furnish and install photo sensor control. | EA | $93.60 | 1 | $80.40 |
| 160 | 10 | 001 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. ELECTRICAL WORK AS DEFINED IN THE 91-9 DOL STANDARDS IS $31.36.Hr WITH A 20% PROFIT MARGIN AND A MULTIPLIE | Hr | $34.46 | 16 | $473.60 |
| 166 | 10 | F04 | Surface fluorescent fixture, 1' X 4', 2 lamp, acrylic lens, fixture, outlet, 15' wiring maximum | EA | $147.57 | 4 | $507.04 |
| 166 | 10 | F16 | Remove surface fluorescent fixture, fixture, outlet, 15' wiring maximum. | EA | $22.45 | 4 | $77.12 |
| 166 | 50 | 115 | Exterior lighting, wall pack, low pressure sodium, 55 watt, includes lamp | EA | $338.00 | 1 | $290.34 |

809

* = Premium Price

Items Total $12,189.31

# Indefinite ( antity Contract/Constructio.

UNITED STATES POSTAL SERVICE™

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | MANESCALCHI, DENNIS | Base Year | 48.00 | 10/24/1995 |

| Work Description | Facility Location |
|---|---|
| LOBBY/SERVICE COUNTER | GOODWINE, IL - MAIN OFFICE |

| List of Negotiated Items: | |
|---|---|
| NEG. HAULING; TRUCK DRIVER. PRICE $59.67 QTY-8 | $477.36 |
| NEG. ADD FOR SPECIAL FUNCTION. PRICE $118.00 QTY-1 | $118.00 |
| NEG. INSTALL USPS FURNISHED LOBBY DESKS. PRICE $429.00 QTY-1 | $429.00 |
| Total of Negotiated Items: | $1,024.36 |
| Travel Expenses: | |
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | $0 |
| Work Order Total: | $13,213.67 |

(1)

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94-B-0083 | J02482 | | 48 | 10/13/95 |

| PROJECT DESCRIPTION/LOCATION | | START DATE | PERFORMANCE TIME |
|---|---|---|---|
| GOODWINE P.O. | J02491 | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| [illegible] PA | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | PAUL STEINER<br>ADMIN SVCS.<br>FAX 563.7204 |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| OO | | | |

| ITEM NUMBER | | | DESCRIPTION (Demolition) | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 00.0 | 00 | A19 | DEMOLITION BACKHOE | HRL. | 68.72 | 8 | ✓ |
| 02.2 | 00 | 002 | EXCAVATE | YDS | 8.04 | 8 | ✓ |
| 02.2 | 00 | 010 | BACKFILL | YDS | 8.93 | 4 | ✓ |
| 02.2 | 00 | 019 | BASE MATERIAL | YDS | 15.19 | 6 | ✓ |
| 02.2 | 00 | 029 | SURFACE GRADING | SF | .04 | 224 | ✓ |
| 02.5 | 15 | 001 | SAWCUT (3" DEEP) | LF | .58 | 10 | ✓ |
| 00.0 | 01 | A11 | HAUL AWAY DEBRIS | LS | 85.90 | 1 | ✓ |
| 00.0 | 00 | A13 | SIDEWALK REMOVAL | SF | 1.55 | 224 | ✓ |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .80 | 15 | ✓ |
| ~~02.5~~ | ~~15~~ | ~~014~~ | ~~CONC. SIDEWALK~~ | SF | 3.13 | -0- | |
| ~~02.5~~ | ~~15~~ | ~~019~~ | ~~CONC. PAVING~~ | SF | 3.80 | -0- | |
| ~~02.5~~ | ~~15~~ | ~~007~~ | ~~ADD FOR OVER 6" THICK REMOVAL~~ | SF | .13 | -0- | |
| 02.5 | 15 | 024 | REINFORCING MESH | SF | .39 | 224 | 2 |
| ~~10.1~~ | ~~77~~ | ~~F01~~ | ~~TRAFFIC CONTROL SIGN & POST~~ | EA | 117.92 | -0- | |
| ~~10.1~~ | ~~77~~ | ~~061~~ | ~~FURNISH & INSTALL TAPE PARKING SIGN TO POST~~ | EA | 53.26 | -0- | |
| ~~02.5~~ | ~~77~~ | ~~004~~ | ~~PAVEMENT MARKING~~ | JOB | 85.90 | -0- | |
| ~~02.5~~ | ~~77~~ | ~~003~~ | ~~[illegible]~~ | EA | 21.48 | -0- | |
| ~~02.5~~ | ~~15~~ | ~~039~~ | ~~MIN. CHARGE CURB REMOVAL~~ | JOB | 116.14 | -0- | |
| 03.3 | 00 | 014 | ROD REINF. | LB | .53 | 25 | ✓ |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 29.81 | 8 | ✓ |
| 03.3 | 00 | 033 | NON-SHRINK GROUT | LB | 1.51 | 25 | ✓ |
| 061 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 25.74 | 18 | ✓ |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 4.47 | 78 | ✓ |
| 03.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 9.83 | 42 | ✓ |

ATTACHMENTS:

811

| | | |
|---|---|---|
| | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | 1,626.63 |

(2)

| 94-B-0083 | | | GOODWINE P.O. | 10/13 |
|---|---|---|---|---|

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 03.3 | 00 | 017 | FOUNDATION WALLS | SF | 10.72 | 192 | ✓ |
| NEGOCIATED | | | HAULING; TRUCK, DRIVER | HR | 59.67 | 8 | ✓ |
| 05.5 | 00 | 005 | ~~HANDRAIL~~ PIPE RAIL | LF | 26.80 | 48 | ✓ |
| ✓ 05.5 | 00 | 007 | ~~HANDRAIL 1½"~~ | LF | 10.72 | -0- | |
| 02.0 | 12 | 002 | CORE DRILL | EA. | 24.12 | 10 | ✓ |
| 03.3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 26.80 | 2 | ✓ |
| 05.5 | 80 | 035 | 1/4" WELD | LF | 4.47 | 12 | ✓ |
| 05.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 120.60 | 1 | ✓ |
| 09.9 | 00 | 063 | PAINT RAILS, POST ETC. | LF. | .94 | 188 | ✓ |
| 03.3 | 00 | 029 | ~~[illegible]~~ CONC. STEPS | LF | 35.73 | 12 | ✓ |
| 08.1 | 00 | 004 | REMOVE EXIST. DOOR, FRAME, HDWE. | EA | 62.54 | 1 | ✓ |
| 08.1 | 00 | 036 | 3x7 STL. DOOR | EA | 253.41 | 1 | ✓ 253.41 |
| 08.1 | 00 | 010 | NARROW LITE | EA | 47.25 | 1 | ✓ |
| 08.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 1. | ✓ |
| 08.1 | 00 | 106 | 3x7 H.M. FRAME | EA | 94.49 | 1 | ✓ |
| 08.2 | 11 | 017 | WEATHERSTRIP | EA | 98.27 | 1 | ✓ |
| 08.7 | 00 | 032 | HINGES | PR | 169.74 | 1.5 | ✓ |
| 08.7 | 00 | 047 | DOOR CLOSER | EA | 126.86 | 1 | ✓ |
| 08.7 | 00 | 107 | DOOR SWEEP | LF | 2.95 | 4 | ✓ |
| 08.7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 | ✓ |
| NEGOCIATED | | | ADD FOR SPECIAL FUNCTION | EA | 118.00 | 1 | ✓ |
| | | | SUBTOTAL THIS PAGE | | | | |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(3)

94 . B . 0083 | GOODWINE P.O. | 10.13

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | Q/A | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 06.1 | 00 | 080 | MISC. Hourly LABOR 3 MEN@8HRS. 3 DAYS | HR. | 25.74 | 72 | ✓1853.28 |
| 06.2 | 00 | 008 | SERVICE COUNTER | LF | 44.67 | 4 | ✓178.68 |
| 12.1 | 15 | F01 | REMOVE EXIST. COUNTER | LF | 7.86 | 4 | ✓31.44 |
| NEGOCIATED | | | INSTALL USPS FURNISHED LOBBY DESKS | EA | 429.00 | 1 | ✓429.00 |
| 06.2 | 00 | 024 | REMOVE EXIST. BOXES | LF | 22.33 | 2 | ✓44.66 |
| 06.2 | 00 | 037 | CABINETS Upper & Lower No Counter | EA | 268.01 | 2 | ✓536.02 |
| 06.2 | 00 | 026 | 2900 SERIES BOXES | LF | 44.67 | 2 | ✓89.34 |
| 07.3 | 11 | 012 | MIN. CHARGE ROOFING REMOVAL | EA | 84.87 | 1 | ✓84.87 |
| 16.6 | 10 | F04 | SURFACE FLOURESCENT FIXTURE | EA | 126.76 | 4 | ✓507.04 |
| 16.6 | 10 | F16 | REMOVE SURFACE FLOUR. FIXTURE | EA | 19.28 | 4 | ✓77.12 |
| 16.0 | 00 | 069 | PHOTO CELL | EA | 80.40 | 1 | ✓80.40 |
| 16.6 | 50 | 115 | EXTERIOR LIGHTING SODIUM WALL MOUNT. | EA | 290.34 | 1 | ✓290.34 |
| 16.0 | 10 | 001 | MISC. Hourly LABOR ELECT. 2 MEN 8HRS | HR | 29.60 | 16 | ✓473.60 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | 4,675.79 |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT




# FLOOR PLAN
1/8" = 1'-0"

## NOTES

1 = INSTALL 2 SECTIONS OF 2900 SERIES LOCKBOXES.

2 = REPLACE COUNTER TOP WITH CUSTOM MADE UNIT.

3 = CARPET ENTIRE FACILITY.

4 = INSTALL KITCHEN BASE CABINET WITH COUNTER TOP.

5 = INSTALL KITCHEN WALL CABINETS.

6 = REMOVE EXIST. CONCRETE WALK & REPLACE WITH NEW CONC. WALK.

7 = INSTALL CUSTOM MADE LOBBY DESK.

8 = RELOCATE MAIL BOX.

9 = PAINT FLAG POLE.




GOODWINE POST OFFICE



5