UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | | Base Year | 41.01 | 04/01/2005 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/EXTERIOR R&A | CLAYTONVILLE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-161632-E-690 | J01651 | 03/12/1996 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015<br><br>Phone: ( ) - Fax: ( ) - - | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |
| Consultant Name Phone: ( ) - - | |

| Authorized Signature | Date | Contracting Officer ROBERT A RIGSBY | Date |
|---|---|---|---|
| | | | |

Attachments:

Summary of this Work Order:

Default Multiplier: 0.8590

Total Miscellaneous: $-1,136.00

Total Other Expenses:

Total Items Cost: $-8,317.25

Total Travel Cost:

Work Order Total for 41.01 ($9,453.25)

Work Order History: 41.00: $9,453.25,

Scope of Work:

Backed out

IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | | Base Year | 41.00 | 04/01/2005 |

| Work Description | Facility Location |
|---|---|
| INTERIOR/EXTERIOR R&A | CLAYTONVILLE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-161632-E-690 | J01651 | 10/16/1995 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| T. P CONSULTING GROUP<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015<br><br>Phone: ( ) - - Fax: ( ) - - | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |
| Consultant Name Phone: ( ) - - | |

| Authorized Signature | Date | Contracting Officer ROBERT A RIGSBY | Date |
|---|---|---|---|
| | | | |

Attachments:

Summary of this Work Order:

| | |
|---|---|
| Default Multiplier: 0.8590 | |
| Total Miscellaneous: | $1,136.00 |
| Total Other Expenses: | $0.00 |
| Total Items Cost: | $8,317.25 |
| Total Travel Cost: | $0.00 |
| Work Order Total for 41.00 | $9,453.25 |

Work Order History:

Committed

Scope of Work:

IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 10.00 | 08/14/1996 |

| Work Description | Facility Location |
|---|---|
| HANDICAP WORK | MILLBROOK, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-165118-C-388 | J44077 | 08/06/1996 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 9/13/96 | ROBERT A RIGSBY [signature] | 9-10-96 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8500 | |
| Total Miscellaneous: | | $1,369.44 |
| Total Items Cost: | | $15,235.94 |
| Total Travel Cost: | | |
| Work Order Total for 10.00 | | $16,605.38 |
| Work Order History: | | |

Scope of Work:

[initials]

IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | LOIS A GUNLOGSON | Base Year | 49.01 | 03/07/1997 |

| Work Description | Facility Location |
|---|---|
| ROLLING SHUTTER (BRONZE) | MILLBROOK, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-165118-E-736 | J02811 | 03/07/1997 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP<br>10401 S 75TH AVE<br><br>Palos Hills IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 3/18/97 | ROBERT A RIGSBY [signature] | 3-26-97 |

Attachments:

Summary of this Work Order:

Default Multiplier: 0.8590

*Total Miscellaneous:* $662.00

Total Items Cost: $-106.02

Total Travel Cost:

Work Order Total for 49.01 $555.98

Work Order History: 49.00: $12,143.65,

Scope of Work:

[initials]

IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-94-B-0083 | | Base Year | 49.02 | 03/18/1997 |

| Work Description | Facility Location |
|---|---|
| | MILLBROOK, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-165118-E-736 | J02811 | 03/18/1997 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP<br>10401 S 75TH AVE<br><br>Palos Hills IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 3/18/97 | ROBERT A RIGSBY [signature] | 3-26-97 |

Attachments:

Summary of this Work Order:

Default Multiplier: 0.8590
Total Miscellaneous: $0.00
Total Items Cost: $1,089.90
Total Travel Cost:
Work Order Total for 49.02 $1,089.90
Work Order History: 49.00: $12,143.65, 49.01: $555.98,

Scope of Work:

THIS MOD IS BEING ISSUED TO RECTIFY A CLERICAL ERROR WHICH REMOVED THE ROLLING SHUTTERLINE ITEM 083 30 007.

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 05/01/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 7-4J-167722-C-858 | J77279 | 04/29/1997 | 60 days |

| Contractor | U.S. Postal Service |
|---|---|
| LP CONSULTING GRP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 1 May 1997 | ROBERT A RIGSBY [signature] | 5-8-97 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8500 | |
| Total Miscellaneous: | | $1,538.15 |
| Total Items Cost: | | $20,128.36 |
| Total Travel Cost: | | |
| Work Order Total for 3.00 | | $21,666.51 |

Work Order History:

Scope of Work:

RE: THAWVILLE, IL MAIN OFFICE

LOBBY RENOVATION WORK DONE AT THE FACILITY IN THE INTERIOR AREA.

UNITED STATES POSTAL SERVICE

# Indefin... Quantity Contract/Construc...on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 000 | 01 | AL1 | Hauling away debris | MP SUM | $85.00 | 1 | $85.00 |
| 000 | 01 | AL2 | Peep hole for door | EA | $31.88 | 2 | $63.76 |
| 000 | 03 | AL6 | Patch holes in ceiling where fixtures were removed. | EA | $8.50 | 10 | $85.00 |
| 000 | 04 | AL5 | Repair, patch, and paint walls. | JOB | $127.50 | 1 | $127.50 |
| 010 | 60 | 021 | Provide protection from damage to personnel, furnish- ings, equipment, or building structure. Use tarps, plastic sheeting, or other appropriate methods. | SF | $0.39 | 210 | $81.90 |
| 010 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | $0.26 | 900 | $234.00 |
| 010 | 60 | 081 | Dust protection enclosure, using studs and 4 mil plastic | SF | $0.71 | 105 | $74.55 |
| 010 | 60 | 092 | Container dumpster, 30 yard load | EA | $276.25 | 1 | $276.25 |
| 020 | 12 | 016 | Minimum charge, for core drilling | JOB | $127.50 | 1 | $127.50 |
| 034 | 17 | 013 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. MASONS IN COOK COUNTY ARE COMPENSATED AT THE RATE OF $31.00Hr WITH A 20% MARK UP AN D AMULTIPLIER OF .91 T | HR | $28.96 | 2 | $57.92 |

821

| * = Premium Price | Items Total | $20,128.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 055 | 00 | 023 | Expansion anchors, KWIK Bolt, or similar, into con- crete or masonry, 3/8" X 2 3/4" | EA | $2.82 | 12 | $33.84 |
| 055 | 00 | 044 | Various fasteners, tapcon anchors, 1/4" X 2 3/4" max- mum | EA | $0.79 | 19 | $15.01 |
| 055 | 00 | 045 | Various fasteners, velocity headed pins, including power load up, 1/4" diameter, 3" long | EA | $0.66 | 20 | $13.20 |
| 055 | 00 | 052 | Minimum charge, metal fabrication | JOB | $119.34 | 1 | $119.34 |
| 061 | 00 | 005 | Add for header sizes over 2 X 4 when using 2 X 8. | LF | $0.20 | 24 | $4.80 |
| 061 | 00 | 024 | Plywood sheathing, up to 200 SF of area, 1/2" plywood | SF | $2.21 | 32 | $70.72 |
| 061 | 00 | 026 | Plywood sheathing, up to 200 SF of area, 3/4" plywood | SF | $2.78 | 32 | $88.96 |
| 061 | 00 | 049 | Demolition of stud walls, 2 X 4, 2 X | LF | $0.22 | 80 | $17.60 |
| 061 | 00 | 058 | 1" x 3" wood stripping | LF | $0.44 | 16 | $7.04 |
| | | | LOCKBOX TRIM | | | | |
| 061 | 00 | 061 | Less than 100 BF | BF | $1.77 | 30 | $53.10 |
| 061 | 00 | 067 | Blocking, miscellaneous to wood construction | BF | $1.26 | 20 | $25.20 |
| 061 | 00 | 071 | Remove existing lock box base, does not include boxes. | LF | $6.43 | 8 | $51.44 |
| 061 | 00 | 072 | Remove existing undercounter equipment, store in post office. | LF | $7.07 | 12 | $84.84 |

* = Premium Price

822

Items Total $20,128.36

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $25.47 | 8 | $203.76 |
| 061 | 00 | 081 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. Rough carpentry. | HR | $17.44 | 8 | $139.52 |
| 062 | 00 | 002 | Demolition, including disposal, remove 4' X 8' panel- ing. | SF | $0.35 | 135 | $47.25 |
| 062 | 00 | 003 | Demolition, including disposal, remove trim hoods, in-cluding fascias, baseboards, ceiling trim, chair rails, etcetera. | LF | $0.35 | 146 | $51.10 |
| 062 | 00 | 021 | Molding, installation | LF | $0.88 | 115 | $101.20 |
| 062 | 00 | 024 | Remove existing boxes, any type, tymporarily set them up, including all framing for temporary set up. | LF | $22.10 | 8 | $176.80 |
| 062 | 00 | 026 | USPS furnished 2900 series boxes | LF | $44.20 | 8 | $353.60 |
| 062 | 00 | 035 | Minimum charge, for millwork and/or trim removal | JOB | $44.20 | 1 | $44.20 |
| 062 | 00 | 050 | Post office box, base unit | LF | $11.54 | 8 | $92.32 |
| 062 | 00 | 062 | Molding, miscellaneous, custom pine, or cedar, nominal 1" X 3" | LF | $1.11 | 115 | $127.65 |

* = Premium Price



Items Total $20,128.36

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 062 | 00 | 077 | Lock box, laminate mail drop unit | EA | $88.40 | 1 | $88.40 |
| 071 | 11 | 014 | Caulking and sealants polysulfide compound, one or two component, in place, 1/2" X 1/4" | LF | $1.62 | 132 | $213.84 |
| 081 | 00 | 001 | Remove door, or, re-install door. | EA | $10.61 | 4 | $42.44 |
| 081 | 00 | 002 | Remove frame, or, re-install frame. | EA | $35.80 | 3 | $107.40 |
| 081 | 00 | 003 | Remove all hardware, or, re-install all hardware. | EA | $15.47 | 10 | $154.70 |
| 081 | 00 | 010 | For narrow lite, add. | EA | $46.75 | 1 | $46.75 |
| 081 | 00 | 036 | 3'0" X 7'0" | EA | $250.75 | 1 | $250.75 |
| 081 | 00 | 108 | 18 gage, drywall, up to 4 7/8" deep, 7'0" high, 3'0" wide, single | EA | $93.50 | 2 | $187.00 |
| 082 | 11 | 015 | Wood door, commercial architectual door, oak, 3'0" X 7'0", 1-3/4" solid core, includes paint or stain to match existing. | EA | $340.34 | 1 | $340.34 |
| 082 | 11 | 017 | Weatherstrip door, wood on metal. | EA | $97.24 | 1 | $97.24 |
| 087 | 00 | 016 | Door floor stops, 1330 E | EA | $22.10 | 1 | $22.10 |
| 087 | 00 | 018 | Door wall stops, 1326 | EA | $8.84 | 1 | $8.84 |
| 087 | 00 | 020 | Door holders, exterior door, 1161 | EA | $106.08 | 1 | $106.08 |
| 087 | 00 | 023 | Kick plates, type 1225 | LF | $17.68 | 3 | $53.04 |

* = Premium Price

824

Items Total $20,128.36

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 087 | 00 | 030 | Hinges, A5111 sizes, stainless steel, 4 ball bearing rings, 4 1/2 X 4 1/2 | PR | $83.98 | 6 | $503.88 |
| 087 | 00 | 046 | Closers, CO-02051 sizes, III = 36" door | EA | $125.53 | 1 | $125.53 |
| 087 | 00 | 088 | Lockset, heavy duty cylindrical, inner office doors | EA | $111.83 | 1 | $111.83 |
| 087 | 00 | 093 | Entrance, push plate | EA | $58.34 | 1 | $58.34 |
| 087 | 00 | 094 | Entrance, door pull | EA | $68.07 | 1 | $68.07 |
| 087 | 00 | 096 | Flush bolts, concealed, either head or threshold | EA | $37.92 | 8 | $303.36 |
| 087 | 00 | 098 | Dead bolt lockset, cylindrical | EA | $66.12 | 1 | $66.12 |
| 087 | 00 | 102 | Threshold, door saddles, aluminum | LF | $19.45 | 3 | $58.35 |
| 087 | 00 | 108 | LCN 4040, super smoothee delayed action door closers, on interior pair of doors | EA | $205.09 | 1 | $205.09 |
| 092 | 50 | 005 | Accessories such as corner bead, casing bead, and J.L.U bead | LF | $0.79 | 40 | $31.60 |
| 092 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | $0.04 | 480 | $19.20 |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | $0.93 | 80 | $74.40 |

* = Premium Price

825

Items Total $20,128.36

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 092 | 50 | 022 | Finishing metal stud partition, including 25 gauge by 3 5/8" metal studs and runner channels, 1/2" gypsum board, finished both sides, for walls up to 10' high | LF | $17.11 | 282 | $4,825.02 |
| 096 | 60 | 016 | Vinyl compostion tile | SF | $1.15 | 900 | $1,035.00 |
| 096 | 60 | 021 | Reducers, rubber or vinyl | LF | $2.87 | 3 | $8.61 |
| 096 | 60 | 026 | Vinyl base | LF | $1.45 | 240 | $348.00 |
| 099 | 00 | 007 | Scraping loose paint from masonry, plaster, and dry- wall surfaces | SF | $0.44 | 30 | $13.20 |
| 099 | 00 | 008 | Patching cracks, Vee grooving, and filling with spackling compound | LF | $0.26 | 35 | $9.10 |
| 099 | 00 | 016 | Finish coats on masonry, including painting existing painted masonry, cost per coat, including vapor barrier, paint | SF | $0.24 | 1284 | $308.16 |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | $7.78 | 20 | $155.60 |
| 121 | 15 | F03 | Install postal furnished L shape service counters, includes assembly | EA | $114.75 | 7 | $803.25 |
| 121 | 15 | F04 | Install postal furnished post office boxes, base not included. | LF | $29.17 | 8 | $233.36 |
| 121 | 15 | F06 | Install postal furnished lobby tables, including assembly and stabilization | EA | $38.25 | 2 | $76.50 |

* = Premium Price

826

Items Total $20,128.36

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 160 | 00 | 036 | Furnish and install single pole breaker in existing panelboard. | EA | $26.52 | 2 | $53.04 |
| 160 | 00 | 038 | Furnish and install three #12 THW wire. | LF | $0.53 | 45 | $23.85 |
| 160 | 00 | 040 | Furnish and install 1/2" EMT. | LF | $1.33 | 55 | $73.15 |
| 160 | 00 | 053 | Remove surface fluorescent fixture. (fixture, outlet, 15' wiring maximum) | EA | $19.45 | 9 | $175.05 |
| 160 | 00 | 082 | Furnish all labor, material, and equipment required to install a new "dedicated" electrical service from panel box to new scale locations. (includes mobilization when performed as the only electrical work) | LF | $11.22 | 67 | $751.74 |
| 160 | 20 | F01 | Remove #12 wire, three wires. | LF | $0.15 | 18 | $2.70 |
| 160 | 20 | F04 | Remove 1/2" rigid conduit. | LF | $0.56 | 6 | $3.36 |
| 162 | 30 | F01 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 1 thru 9) | EA | $59.31 | 5 | $296.55 |
| 162 | 30 | F10 | Wall junction box in conduit system, outlet, cover, 15' wiring maximum (quantities 10 & up) | EA | $46.67 | 3 | $140.01 |
| 162 | 30 | F27 | Remove duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | $13.85 | 1 | $13.85 |
| 162 | 30 | F28 | Remove 9" junction box, outlet, plate, 15' wiring maximum. | EA | $12.46 | 2 | $24.92 |
| 162 | 30 | F31 | Relocate wall switch, outlet, device, plate, 15' wiring maximum. | EA | $48.13 | 1 | $48.13 |

* = Premium Price



Items Total $20,128.36

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 162 | 30 | F32 | Relocate duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | $57.37 | 1 | $57.37 |
| 166 | 10 | F04 | Surface fluorescent fixture, 1'x4', 2 T-8 lamps, acrylic lens, high energy with electronic energy saving balance, fixture, outlet, 15 feet wiring maximum. | EA | $99.93 | 22 | $2,198.46 |
| | | | PAINTING | | | | |
| 099 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | $0.19 | 1375 | $261.25 |
| | | | PAINT DRYWALL PER COAT (3) | | | | |
| 099 | 00 | 024 | Painting one coat on doors and frames | SF | $0.53 | 224 | $118.72 |
| 099 | 00 | 025 | Add for additional coats, per coat. | SF | $0.53 | 224 | $118.72 |
| 099 | 00 | 050 | Painting wood trim, including puttying and sanding, over 6" wide, clean + 1 coat | LF | $0.60 | 135 | $81.00 |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | $0.43 | 450 | $193.50 |
| 099 | 00 | 055 | Painting interior walls and ceilings, roller work, prime + 2 coats | SF | $0.29 | 900 | $261.00 |
| 099 | 00 | 056 | Painting woodwork, includes puttying, brushwork, clean+ 1 coat | SF | $0.37 | 32 | $11.84 |
| | | | LOCKBOX BAFFLE | | | | |
| 099 | 00 | 060 | Painting masonry or concrete, brush, primer, + 1 coat latex | SF | $0.47 | 1284 | $603.48 |
| 099 | 00 | 067 | Painting pipes, clean + 1 coat, up to 4" diameter | LF | $1.11 | 52 | $57.72 |

* = Premium Price

828

Items Total $20,128.36

UNITED STATES POSTAL SERVICE

# Indefin..e Quantity Contract/Construc..on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 04/29/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **PAINTING** | | | | |
| 099 | 00 | 074 | Varnish, 1 coat + sealer on wood, no sanding included | SF | $0.26 | 42 | $10.92 |
| 099 | 00 | 077 | Sanding preparation for new paint finish | SF | $0.48 | 300 | $144.00 |
| | | | (2) COATS | | | | |
| | | | **ELECTRIC** | | | | |
| 161 | 10 | F01 | Install postal furnished communications cable, 1/4". | LF | $0.42 | 6 | $2.52 |
| 166 | 10 | F18 | Remove surface incandescent fixture, fixture, outlet, 15' wiring maximum. | EA | $18.05 | 3 | $54.15 |
| 166 | 10 | F27 | Re-circuit lights for proper lighting arrangement. | EA | $17.00 | 3 | $51.00 |

* = Premium Price

Items Total $20,128.36



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 3.00 | 05/01/1997 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOVATION | THAWVILLE, IL - MAIN OFFICE |

List of Negotiated Items:

| | |
|---|---|
| REMOVE EXISTING LETTER DROP PRICE $ 81.20 QTY-1 | $81.20 |
| INSTALL U.S.P.S. FURNISHED BUNDLE DROP PRICE $58.00 QTY-1 | $58.00 |
| REMOVE BULLITEN BOARDS PRICE $ 4.16 QTY-24 | $99.84 |
| 3'-6'X7' STEEL DOOR 1 3/4 THICK 18G. PRICE $110.00 QTY-2 | $620.00 |
| MORTISE LOCK LEVER, FIXED ON FRONT, ONE MOTIOM SCHLAGE L9080 PRICE $300.73 QTY-2 | $601.46 |
| DOOR SWEEP PRICE $5.65 QTY-3 | $16.95 |
| RELOCATE PHONE OUTLET. PRICE $60.70 QTY-1 | $60.70 |
| Total of Negotiated Items: | $1,538.15 |
| Travel Expenses: | |
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | |
| Work Order Total: | $21,666.51 |

(1)

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96 B 0096 | | | | 4/28/97 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| THAWVILLE P.O. Lobby Renovation | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | J77279. | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMINISTRATIVE SERVICES<br>LOIS GUNLOGSON |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 000 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 100.00 |
| 000 | 01 | AL2 | PEEP HOLE FOR DOOR | EA | 37.50 | 2 | 75.00 |
| 000 | 03 | AL6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | 10 | 100.00 |
| 000 | 04 | AL5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | 1 | 150.00 |
| ~~NEGOTIATED~~ | | | ~~DOOR PROVIDE TO USPS.~~ | ~~L.S.~~ | ~~150.00~~ | ~~0~~ | ~~0~~ |
| ~~NEGOTIATED~~ | | | ~~CONSTRUCTION PHOTOS~~ | ~~L.S.~~ | ~~50.00~~ | ~~0~~ | ~~0~~ |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 210 | 96.60 |
| ~~NEGOTIATED~~ | | | ~~LAYOUT OF WORK~~ | ~~L.S.~~ | ~~75.00~~ | ~~0~~ | ~~0~~ |
| ~~NEGOTIATED~~ | | | ~~SUPERINTENDENCE OF SUBCONTRACTORS~~ | ~~HR.~~ | ~~42.00~~ | ~~0~~ | ~~0~~ |
| ~~010~~ | ~~60~~ | ~~061~~ | ~~SCAFFOLDING~~ | ~~SF~~ | ~~.15~~ | ~~0~~ | ~~0~~ |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | 900 | 279.00 |
| 010 | 60 | 081 | DUST PROTECTION | SF | .83 | 105 | 87.15 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | 1 | 325.00 |
| 020 | 12 | 016 | MINIMUM CHARGE CORE DRILLING | JOB | 150.00 | 1 | 150.00 |
| 034 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 16 | 545.12 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 12 | 39.84 |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 19 | 17.67 |
| 055 | 00 | 045 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 20 | 15.60 |
| 055 | 00 | 052 | MIN. CHARGE, METAL FAB. | JOB | 140.40 | 1 | 140.40 |
| 092 | 50 | 022 | 3 5/8" METAL STUD FRAMING 25 G. | LF | 20.13 | 282 | 5676.6 |
| 061 | 00 | 005 | ADD FOR 2x8 HEADER | LF | .24 | 24 | 5.76 |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | 32 | 83.20 |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | 32 | 104.64 |
| ~~061~~ | ~~00~~ | ~~018~~ | ~~UNDERLAYMENT 1/2"~~ | ~~SF~~ | ~~1.24~~ | ~~0~~ | ~~0~~ |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 7,991.64 |
| MULTIPLIER | |
| TOTAL | |

☒ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(2)

96 B0096 | THONVILLE P.O. | 4/28/97

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 061 | 00 | 049 | DEMOLITION OF STUD WALLS | LF | .26 | 80 | 20.80 |
| 061 | 00 | 058 | 1X3 WOOD STRIPPING (LOCKBOX TRIM) | LF | .52 | 16 | 8.32 |
| 061 | 00 | 061 | LESS THAN 100 BF | BF | 2.08 | 30 | 62.40 |
| 061 | 00 | 067 | BLOCKING, MISC. TO WOOD CONSTRUCTION | BF | 1.40 | 20 | 28.00 |
| 061 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 7.56 | 8 | 60.48 |
| 061 | 00 | 072 | REMOVE EXIST. UNDER COUNTER EQUIP. | LF | 8.32 | 12 | 99.84 |
| NEGOCIATED* | | | REMOVE EXIST. LETTER DROP * | EA | 81.20 | 1 | 81.20 |
| ~~061~~ | ~~00~~ | ~~078~~ | ~~RELOCATE STAMP MACHINE~~ | ~~EA~~ | ~~41.60~~ | ~~0~~ | |
| NEGOCIATED* | | | INSTALL U.S.P.S. FURNISHED BUNDLE DROP* | EA. | 58.60 | 1 | 58.60 |
| 061 | 00 | 080 | MISC. HOURLY LABOR FINISH CARPENTRY | HR. | 29.96 | 40 | 1198.40 |
| 061 | 00 | 081 | MISC. HOURLY LABOR ROUGH CARPENTRY | HR | 20.52 | 40 | 820.80 |
| 062 | 00 | 002 | DEMOLITION 4X8 PANELING | SF | .41 | 135 | 55.35 |
| 062 | 00 | 003 | DEMOLITION FASCIAS, BASEBOARDS ETC. | LF | .41 | 146 | 59.86 |
| ~~062~~ | ~~00~~ | ~~005~~ | ~~OPTIONAL SERVICE COUNTERS~~ | ~~LF~~ | ~~180.00~~ | ~~5~~ | ~~390.00~~ |
| 062 | 00 | 021 | MOLDING, INSTALLATION | LF | 1.04 | 115 | 119.60 |
| 062 | 00 | 024 | REMOVE EXIST. BOXES & SET UP | LF | 26.00 | 8 | 208.00 |
| 062 | 00 | 026 | USPS FURNISHED 2900 SERIES BOXES | LF | 52.00 | 8 | 416.00 |
| NEGOCIATED* | | | REMOVE BULLETIN BOARDS * | SF | 4.16 | 24 | 99.84 |
| 062 | 00 | 035 | MIN. CHARGE MILLWORK & TRIM REMOVAL | JOB | 52.00 | 1 | 52.00 |
| 062 | 00 | 050 | P.O. BOX BASE UNIT | LF | 13.58 | 8 | 108.64 |
| 062 | 00 | 062 | MOLDING MISC. 1"x3" | LF | 1.31 | 115 | 150.65 |
| | | | SUBTOTAL THIS PAGE | | | | 4098.78 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | 7991.64 | | |

INDICATES NON-WORKING HOUR PRICES 061 00 077

SUBTOTAL 12090.42

MULTIPLIER

TOTAL

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(3)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| NEGOCIATED * | | | 3/4" QUARTER ROUND CUSTOM PINE * | LF | 1.61 | 8 | 12.88 |
| ~~62~~ | ~~00~~ | ~~074~~ | ~~SHELVING PINE 1"x8"~~ | ~~LF~~ | ~~4.42~~ | ~~0~~ | ~~0~~ |
| 62 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP-UNIT | EA | 104.00 | 1 | 104.00 |
| ~~62~~ | ~~00~~ | ~~078~~ | ~~LOCKBOX LAMINATE FOR VENDING~~ | ~~EA~~ | ~~57.00~~ | ~~0~~ | ~~0~~ |
| 71 | 11 | 014 | CAULKING | LF | 1.91 | 132 | 252.12 |
| 81 | 00 | 001 | REMOVE DOOR | EA | 12.48 | 4 | 49.92 |
| 81 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 3 | 126.36 |
| 81 | 00 | 003 | REMOVE ALL HARDWARE | EA | 18.20 | 10 | 182.00 |
| ~~81~~ | ~~00~~ | ~~009~~ | ~~FOR VISION LITE, ADD~~ | ~~EA~~ | ~~45.00~~ | ~~0~~ | ~~0~~ |
| 81 | 00 | 010 | ADD NARROW LITE | EA | 55.00 | 1 | 55.00 |
| 81 | 00 | 036 | 3'x7' STEEL DOOR 1 3/4" TK. 18 G. | EA | 295.00 | 1 | 295.00 |
| NEGOCIATED * | | | 3'-6" x 7' STEEL DOOR 1 3/4" THICK 18G. * | EA | 310.00 | 2 | 620.00 |
| ~~81~~ | ~~00~~ | ~~063~~ | ~~3'x7' HALF GLASS DOOR~~ | ~~EA~~ | ~~265.00~~ | ~~0~~ | ~~0~~ |
| ~~81~~ | ~~00~~ | ~~064~~ | ~~4'x7' HALF GLASS DOOR~~ | ~~EA~~ | ~~305.00~~ | ~~0~~ | ~~0~~ |
| 81 | 00 | 108 | DRYWALL FRAME 3'x7' | EA | 110.00 | 2 | 220.00 |
| ~~81~~ | ~~00~~ | ~~137~~ | ~~REMOVE TRIM BOTTOM REINSTALL~~ | ~~EA~~ | ~~57.20~~ | ~~0~~ | ~~0~~ |
| ~~81~~ | ~~20~~ | ~~001~~ | ~~ALUMINUM FRAME 3'x7' OPNG.~~ | ~~EA~~ | ~~280.00~~ | ~~0~~ | ~~0~~ |
| ~~81~~ | ~~20~~ | ~~011~~ | ~~ALUMINUM DOOR & FRAME NARROW STILE~~ | ~~EA~~ | ~~935.00~~ | ~~0~~ | ~~0~~ |
| ~~81~~ | ~~20~~ | ~~016~~ | ~~ADD FOR WIDE STILE~~ | ~~LEAF~~ | ~~196.00~~ | ~~0~~ | ~~0~~ |
| ~~82~~ | ~~11~~ | ~~007~~ | ~~ADD FOR CASE WINDOW & SHELF~~ | ~~EA~~ | ~~156.00~~ | ~~0~~ | ~~0~~ |
| 82 | 11 | 015 | WOOD DOOR | ~~EA~~ | ~~400.00~~ 400.40 | 1 | 400.40 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | 2,317.68 |
| SUBTOTAL FROM PREVIOUS PAGE(S) | 12,090.42 |
| SUBTOTAL | 14,408.10 |
| MULTIPLIER | |
| TOTAL | |

*INDICATES NON-WORKING HOUR PRICES

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(4)

THOMASVILLE P.O. | 4/28/97

| I NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| ~~NEGOCIATED~~ | | | ~~WICKET TYPE DOOR PACKAGE, PIANO HINGE ONLY~~ | ~~EA~~ | ~~306.40~~ | ~~0~~ | ~~0~~ |
| 82 | 11 | 017 | WEATHER STRIP DOOR | EA | 114.40 | 1 | 114.40 |
| ~~84~~ | ~~10~~ | ~~001~~ | ~~ALUMINUM FRAMING~~ | ~~LF~~ | ~~15.60~~ | 0 | 0 |
| ~~84~~ | ~~10~~ | ~~002~~ | ~~1/4" TEMPERED GLASS~~ | SF | 9.36 | 0 | 0 |
| ~~84~~ | ~~10~~ | ~~006~~ | ~~1" INSUL. GLASS~~ | SF | 16.64 | 0 | 0 |
| ~~84~~ | ~~10~~ | ~~010~~ | ~~REMOVE ALUMINUM ENTITY~~ | SF | 5.20 | 0 | 0 |
| ~~84~~ | ~~10~~ | ~~011~~ | ~~REMOVE WINDOW FRAMING~~ | SF | 1.30 | 0 | 0 |
| ~~84~~ | ~~10~~ | ~~012~~ | ~~REMOVE WINDOW GLASS~~ | SF | 1.09 | 0 | 0 |
| ~~84~~ | ~~10~~ | ~~017~~ | ~~ALUMINUM STOREFRONT~~ | SF. | 15.44 | 0 | 0 |
| ~~NEGOCIATED~~ | | | ~~ALUMINUM WINDOW, AWNING, SCREEN, LABOR~~ | SF | 58.78 | 0 | 0 |
| NEGOCIATED | X | | MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION * SCHLAGE L9080 | EA. | 300.73 | 2 | 601.46 |
| 87 | 00 | 016 | DOOR FLOOR STOPS | EA | 26.00 | 1 | 26.00 |
| 87 | 00 | 018 | WALL STOPS | EA | 10.40 | 1 | 10.40 |
| 87 | 00 | 020 | DOOR HOLDER | EA | 124.80 | 1 | 124.80 |
| 87 | 00 | 023 | KICK PLATE ← not in | LF | 20.80 | 3 | 62.40 |
| 87 | 00 | 030 | HINGES | PR | 98.80 | 6 | 592.80 |
| 87 | 00 | 046 | CLOSER 36" | EA | 147.68 | 1 | 147.68 |
| ~~87~~ | ~~00~~ | ~~048~~ | ~~CLOSER 48"~~ | ~~EA~~ | ~~147.68~~ | ~~0~~ | ~~0~~ |
| 87 | 00 | 088 | LOCKSET, OFFICE DOORS | EA | 131.56 | 1 | 131.56 |
| 87 | 00 | 093 | PUSH PLATE | EA | 68.64 | 1 | 68.64 |
| 87 | 00 | 094 | DOOR PULL | EA | 80.08 | 1 | 80.08 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | 1,960.22 |
| SUBTOTAL FROM PREVIOUS PAGE(S) | 14,408.10 |
| SUBTOTAL | 16,368.32 |
| MULTIPLIER | |
| TOTAL | |

INDICATES NON-WORKING HOUR PRICES

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(5)

96 B 0096 — THAWVILLE — 4/28/97

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 87 | 00 | 096 | FLUSH BOLTS | EA | 44.61 | 8 | 356.88 |
| 87 | 00 | 098 | DEAD BOLT | EA | 77.79 | 1 | 77.79 |
| ~~87~~ | ~~00~~ | ~~101~~ | ALUMINUM PUSH & PULL BAR | EA | 106.39 | 0 | 0 |
| 87 | 00 | 102 | THRESHOLD ALUMINUM | LF | 22.88 | 3 | 68.64 |
| VELOCIBID * | | | DOOR SWEEP * | LF | 5.65 | 3 | 16.95 |
| ~~87~~ | ~~00~~ | ~~108~~ | LCN 4040 CLOSER | EA | 241.28 | 1 | 241.28 |
| 8.8 | 00 | 008 | INSULATING PANEL | SF | 5.20 | 0 | 0 |
| 92 | 50 | 001 | DEMO. DRYWALL FROM FRAMING | SF | 0.26 | 0 | 0 |
| 92 | 50 | 005 | ACCESSORIES J.L.U. BEAD | LF | .93 | 40 | 37.20 |
| ~~92~~ | ~~50~~ | ~~007~~ | ~~DRYWALL~~ | SF | 1.82 | 0 | 0 |
| 92 | 50 | 011 | ADD FOR 5/8" | SF | .05 | 480 | 24.00 |
| 92 | 50 | 014 | CORNER & CASING BEAD | LF | 1.09 | 80 | 87.20 |
| ~~92~~ | ~~50~~ | ~~019~~ | ~~FINISHING GYP. WALLS~~ | ~~SF~~ | ~~.23~~ | ~~0~~ | 0 |
| 96 | 60 | 016 | VINYL COMP. TILE | SF | 1.35 | 900 | 1,215.00 |
| 96 | 60 | 021 | REDUCERS | LF | 3.38 | 3 | 10.14 |
| 96 | 60 | 026 | VINYL BASE | LF | 1.71 | 240 | 410.40 |
| ~~96~~ | ~~60~~ | ~~027~~ | ~~ADD FOR COLOR~~ | LF | .10 | 0 | 0 |
| ~~96~~ | ~~60~~ | ~~030~~ | ~~MIN. CHARGE EPOXY~~ | JOB | 520.00 | 0 | 0 |
| ~~96~~ | ~~60~~ | ~~039~~ | ~~PATCH FLOOR TILE TO MATCH EXIST.~~ | JOB | ~~67.60~~ | ~~0~~ | 0 |
| 96 | 60 | 045 | LEVELING | SF | .52 | 0 | 0 |
| 99 | 00 | 007 | SCRAPING LOOSE PAINT | SF | .52 | 30 | 15.60 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | 2561.08 |
| SUBTOTAL FROM PREVIOUS PAGE(S) | 16,368.32 |
| SUBTOTAL | 18,929.40 |
| MULTIPLIER | |
| TOTAL | |

* INDICATES NON-WORKING HOUR PRICES

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(6)

THAWVILLE P.O. 4/28/97

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 99 | 00 | 008 | PATCH CRACKS | LF | .31 | 35 | 10.85 |
| 99 | 00 | 016 | FINISH COAT ON MASONRY | SF | .28 | 1284 | 359.52 |
| 99 | 00 | 017 | PAINT DRYWALL PETL COAT (3) | SF | .22 | 1375 | 302.50 |
| 99 | 00 | 024 | PAINT ONE COAT DOOR & FRAME | SF | .62 | 224 | 138.88 |
| 99 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .62 | 224 | 138.88 |
| ~~99~~ | ~~00~~ | ~~026~~ | ~~PAINT WINDOWS~~ | SF | .93 | 0 | 0 |
| 99 | 00 | 050 | PAINT WOOD TRIM | LF | .70 | 135 | 94.50 |
| 99 | 00 | 053 | PAINT BRUSH WORK | SF | .50 | 450 | 225.00 |
| 99 | 00 | 055 | PAINT CEILING | SF. | .34 | 900 | 306.00 |
| 99 | 00 | 056 | PAINT WOODWORK (LOCKBOX BAFFLE) | SF | .44 | 32 | 14.08 |
| 99 | 00 | 060 | PAINT MASONRY | SF | .55 | 1284 | 706.20 |
| 99 | 00 | 067 | PAINT PIPES | LF | 1.30 | 52 | 67.60 |
| 99 | 00 | 074 | VARNISH | SF | .30 | 42 | 12.60 |
| 99 | 00 | 077 | SANDING (2 COATS) | SF | .57 | 300 | 171.00 |
| ~~99~~ | ~~00~~ | ~~079~~ | ~~STAIN~~ | ~~SF~~ | ~~.18~~ | 0 | 0 |
| ~~99~~ | ~~00~~ | 085 | EXTERIOR CAULKING | LF | 1.50 | 0 | 0 |
| 01 | ~~32~~ | ~~020~~ | ~~FLAGPOLE~~ | EA | 1,229.80 | 0 | 0 |
| 121 | 15 | F01 | REMOVE EXIST. SERVICE COUNTER & DESKS | LF | 9.15 | 20 | 183.00 |
| 121 | 15 | F03 | ASSEMBLE & INSTALL "BAKER" 1ST UNITS | EA | 135.00 | 4 | 432.00 |
| 121 | 15 | F06 | ASSEMBLE & INSTALL "BAKER" FURNITURE | EA | 155.00 | 2 | 310.00 |
| 121 | 15 | F04 | INSTALL P.O. BOXES LABOR | LF | 34.32 | 8 | 274.56 |
| | | | SUBTOTAL THIS PAGE | | | | 3,747.17 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | 18,929.40 | | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 22,676.57 |
| MULTIPLIER | |
| TOTAL | |

[X] CONTINUED  [ ] TOTAL WORK ORDER AMOUNT

(7)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 57 | 43 | F01 | ~~RELOCATE EXIST. THERMOSTAT~~ | EA | 143.00 | 0 | 0 |
| 58 | 24 | 002 | ~~CEILING FAN~~ | EA | 332.80 | 0 | 0 |
| 58 | 24 | 005 | ~~SPEED CONTROLLER~~ | EA | 36.40 | 0 | 0 |
| 9 | 10 | 008 | ~~REMOVE & REINSTALL HVAC REGISTERS~~ | EA | 4.00 | 0 | 0 |
| 59 | 36 | 017 | ~~REGISTERS FLOOR. 18"x8"~~ | EA | 65.52 | 0 | 0 |
| 0 | 00 | 036 | F & I SINGLE POLE BREAKER | EA | 31.20 | 2 | 62.40 |
| 0 | 00 | 038 | F & I 3 WIRE #12 | LF | .62 | 45 | 27.90 |
| 0 | 00 | 040 | F & I 1/2" CONDUIT | LF | 1.56 | 55 | 85.80 |
| 0 | 00 | 052 | ~~REMOVE PENDANT FLOUR. FIXTURE~~ | EA | 31.20 | 0 | 0 |
| 0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE. | EA | 22.88 | 9 | 205.92 |
| 0 | 00 | 055 | ~~REMOVE RECESSED INCAND. FIXTURE~~ | EA | 26.00 | 0 | 0 |
| 0 | 00 | 063 | ~~REMOVE WIRE MOLD~~ | LF | .78 | 0 | 0 |
| 0 | 00 | 069 | ~~F & I PHOTO CELL~~ | EA | 93.60 | 0 | 0 |
| 0 | 00 | 079 | ~~PROVIDE ELECT. SERVICE~~ | EA | 466.26 | 0 | 0 |
| 0 | 00 | 082 | FURNISH DEDICATED OUTLET | LF | 13.20 | 67 | 884.40 |
| 0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 34.46 | 16 | 551.36 |
| 0 | 20 | F01 | REMOVE #12 WIRE | LF | .18 | 18 | 3.24 |
| 0 | 20 | F04 | REMOVE 1/2" CONDUIT | LF | .66 | 6 | 3.96 |
| 2 | 30 | F01 | DUPLEX RECEPTACLE | EA | 69.78 | 5 | 348.90 |
| 2 | 30 | F05 | ~~WALL SWITCH~~ | EA | 58.34 | 0 | 0 |
| 2 | 30 | F10 | WALL JUNCTION BOX | EA | 54.91 | 3 | 164.73 |

SUBTOTAL THIS PAGE: 2338.61

SUBTOTAL FROM PREVIOUS PAGE(S): 22676.57

SUBTOTAL: 25,015.18

MULTIPLIER:

TOTAL:

INDICATES NON-WORKING HOUR PRICES

[X] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(8)

| 96 B 0096 | L.P. CONSULTING GP. | THOMASVILLE P.O. | 4/28/97 |
|---|---|---|---|

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| ~~62~~ | ~~30~~ | ~~F26~~ | ~~Remove Switch~~ | ~~EA~~ | 13.58 | 0 | 0. |
| 62 | 30 | F27 | Remove Duplex Receptacle | EA | 16.29 | 1 | 16.29 |
| 62 | 30 | F28 | Remove J. Box | EA | 14.66 | 2 | 29.32 |
| 62 | 30 | F31 | Relocate Wall Switch | EA | 56.62 | 1 | 56.62 |
| 62 | 30 | F32 | Relocate Duplex Recept. | EA | 67.49 | 1 | 67.49 |
| ~~63~~ | ~~50~~ | ~~030~~ | ~~Panel Board 3 wire 100 amp~~ | ~~EA~~ | ~~795.08~~ | 0 | 0 |
| Negotiated* | | | Remove Exist. Panel Board | EA | 312.52 | 0 | 0 |
| 66 | 10 | F04 | Surface Flour. Fixture 1'x4' | EA | 117.57 | 22 | 2,586.54 |
| 66 | 10 | F12 | Exit Lite | EA | 89.23 | 1 | 89.23 |
| 66 | 10 | F13 | Emergency Lite | EA | 558.27 | 1 | 558.27 |
| 66 | 10 | F18 | Remove Surface Incandescent Fixture | EA | 21.23 | 3 | 63.69 |
| 66 | 10 | F27 | Re circuit Lights | EA | 20.00 | 3 | 60.00 |
| ~~66~~ | ~~50~~ | ~~115~~ | ~~Exterior Lighting 55w. Sodium~~ | EA | 338.00 | 0 | 0 |
| ~~Negotiated~~ | | | ~~Handicap Sign 9"x9" Entrance~~ | ~~EA~~ | ~~52.00~~ | ~~1~~ | ~~52.00~~ |
| Negotiated* | | | Service Lobby Door Bell | EA. | 55.00 | 0 | 0 |
| Negotiated* | | | Relocate Phone Outlet * | EA. | 60.70 | 1 | 60.70 |
| 61 | 10 | F01 | Install Postal Furnished Cable | LF | .49 | 6 | 2.94 |

SUBTOTAL THIS PAGE 3,643.09

SUBTOTAL FROM PREVIOUS PAGE(S) 25,015.18

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL 28,658.27

MULTIPLIER

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

TOTAL 24,359.53

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 4.00 | 04/04/2005 |

| Work Description | Facility Location |
|---|---|
| LOBBY/INTERIOR PAINTING | ROBERTS, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-166726-C-182 | J33808 | 05/06/1997 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| LP CONSULTING GRP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015<br><br>Phone: ( ) - - Fax: ( ) - - | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |
| Consultant Name Phone: ( ) - - | |

| Authorized Signature | Date | Contracting Officer ROBERT A RIGSBY | Date |
|---|---|---|---|
| | | | |

Attachments:

Summary of this Work Order:

| | |
|---|---|
| Default Multiplier: 0.8500 | |
| Total Miscellaneous: | $732.55 |
| Total Other Expenses: | |
| Total Items Cost: | $21,541.85 |
| Total Travel Cost: | |
| Work Order Total for 4.00 | $22,274.40 |
| Work Order History: | |

Scope of Work: