UNITED STATES POSTAL SERVICE

# Indt .ite Quantity Contract/Cons. .ction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 5.00 | 10/10/1997 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX RENOVATION | WELLINGTON, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DRYWALL & TILE** | | | | |
| 081 | 00 | 108 | 18 gage, drywall, up to 4 7/8" deep, 7'0" high, 3'0" wide, single | EA | $93.50 | 1 | $93.50 |
| 092 | 50 | 005 | Accessories such as corner bead, casing bead, and J.L.U bead | LF | $0.79 | 10 | $7.90 |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | $0.93 | 10 | $9.30 |
| 092 | 50 | 022 | Finishing metal stud partition, including 25 gauge by 3 5/8" metal studs and runner channels, 1/2" gypsum board, finished both sides, for walls up to 10' high | LF | $17.11 | 300 | $5,133.00 |

* = Premium Price

Items Total $19,333.65

UNITED STATES POSTAL SERVICE.

# Ind nite Quantity Contract/Cons uction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0096 | LOIS A GUNLOGSON | Base Year | 5.00 | 10/06/1997 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX RENOVATION | WELLINGTON, IL - MAIN OFFICE |

List of Negotiated Items:

| | |
|---|---|
| NEGOCIATED ITEM - INSTALL USPS FURNISHED BUNDLE DROP. PRICE $68.35 QTY-1 | $58.00 |
| NEGOCIATED ITEM - 3/4 QUARTER ROUND CUSTOM PINE. PRICE $1.60 QTY-10 | $13.69 |
| NEG. ITEM - MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION SCHLAGE L9080 | $312.80 |
| NEG. ITEM - INSTALL FURNISHED HANDICAP COUNTER | $90.00 |
| NEG. ITEM - INSTALL PHONE OUTLET | $60.70 |
| NEG. ITEM - REPAIR CEILING TILE IN WORKROOM & BOX LINE AFTER DEMOLITION | $130.01 |
| Total of Negotiated Items: | $665.20 |

| | |
|---|---|
| Travel Expenses: | |
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | |
| Work Order Total: | $19,998.85 |

①

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 6264096-B-0096 | Lois | | 5.00 | 9/5/97 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| WELLINGTON P.O. | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMINISTRATIVE SERVICES<br>LOIS GUNLEGSON |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 000 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 100.00 | 1 | 85.00 |
| 000 | 01 | AL2 | PEEP HOLE FOR DOOR | EA | 37.50 | 1 | 31.88 |
| 000 | 03 | AL6 | PATCH HOLES IN CEILING FIXTURE REMOVAL | EA | 10.00 | 10 | 85.00 |
| 000 | 04 | AL5 | REPAIR, PATCH & PAINT WALLS | JOB | 150.00 | 1 | 127.50 |
| ~~[illegible]~~ | | | ~~SCOPE PROVIDE TO USPS~~ | ~~LS~~ | | | |
| ~~NEGOTIATED~~ | | | ~~CONSTRUCTION PROGRESS CHART~~ | ~~LS~~ | | | |
| 010 | 60 | 021 | PROVIDE PROTECTION | SF | .46 | 220 | 86.02 |
| ~~NEGOTIATED~~ | | | ~~LAYOUT OF WORK~~ | ~~LS~~ | | | |
| ~~NEGOTIATED~~ | | | ~~SUPERINTENDENCE OF SUBCONTRACTORS~~ | ~~HR~~ | | | |
| ~~010~~ | ~~60~~ | ~~061~~ | ~~SCAFFOLDING~~ | ~~SF~~ | ~~.15~~ | | |
| 010 | 60 | 071 | MOVE FURNITURE | SF | .31 | 650 | 171.28 |
| 010 | 60 | 081 | DUST PROTECTION | SF | .83 | 280 | 197.54 |
| 010 | 60 | 092 | DUMPSTER | EA | 325.00 | 1 | 276.25 |
| 020 | 12 | 016 | MINIMUM CHARGE CORE DRILLING | JOB | 150.00 | 1 | 127.50 |
| 034 | 17 | 013 | MISC. HOURLY LABOR MASON | HR | 34.07 | 5 | 144.80 |
| 055 | 00 | 023 | EXPANSION ANCHORS KWIK BOLT | EA | 3.32 | 12 | 33.86 |
| 055 | 00 | 044 | VARIOUS FASTENERS TAPCON | EA | .93 | 25 | 19.76 |
| 055 | 00 | 045 | VARIOUS FASTENERS VELOCITY PINS | EA | .78 | 30 | 19.89 |
| 055 | 00 | 052 | MIN. CHARGE METAL FAB. | JOB | 140.40 | 1 | 119.34 |
| ~~061~~ | ~~00~~ | ~~001~~ | ~~2x4 WOOD STUD FRAMING~~ | ~~LF~~ | ~~[illegible]~~ | | |
| 061 | 00 | 005 | ADD FOR 2x8 HEADER | LF | .24 | 26 | 5.30 |
| 061 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.60 | 32 | 70.72 |
| 061 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 3.27 | 32 | 88.94 |
| ~~061~~ | ~~00~~ | ~~018~~ | ~~UNDERLAYMENT 1/2~~ | ~~SF~~ | ~~1.24~~ | | |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 1,690.58 |
| MULTIPLIER | |
| TOTAL | |

877

☒ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

(2)

| | | | WELLINGTON | | | | 9/5/97 |
|---|---|---|---|---|---|---|---|
| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | # | TOTAL $ |
| ~~61~~ | ~~00~~ | ~~049~~ | ~~Demolition of Stud Walls~~ | ~~LF~~ | ~~.20~~ | | |
| 61 | 00 | 058 | 1x3 Wood Stripping (Lockbox Trim) | LF | .52 | 10 | 4.42 |
| ~~61~~ | ~~00~~ | ~~061~~ | ~~Less than 100 BF~~ | ~~BF~~ | ~~2.08~~ | | |
| ~~61~~ | ~~00~~ | ~~067~~ | ~~Blocking, Misc. for Wood Construction~~ | ~~BF~~ | ~~1.48~~ | | |
| ~~61~~ | ~~00~~ | ~~071~~ | ~~Remove Exist. Lock Box Base~~ | ~~LF~~ | ~~7.56~~ | ~~10~~ | ~~64.26~~ |
| 61 | 00 | 072 | Remove Exist. Under Counter Equip. | LF | 8.32 | 10 | 70.72 |
| ~~61~~ | ~~00~~ | ~~077~~ | ~~Relocate Letter Drop~~ | ~~EA~~ | ~~31.20~~ | | |
| ~~61~~ | ~~00~~ | ~~078~~ | ~~Relocate Stamp Machine~~ | ~~EA~~ | ~~41.60~~ | | |
| NEGOCIATED | | | * Install U.S.P.S. Furnished Bundle Drop | EA. | 68.35 | 1 | 58.10 |
| 61 | 00 | 080 | Misc. Hourly Labor Finish Carpentry | HR | 29.46 | 16 | 407.46 |
| 61 | 00 | 081 | Misc. Hourly Labor Rough Carpentry | HR | 20.52 | 8 | 139.54 |
| ~~62~~ | ~~00~~ | ~~002~~ | ~~Demolition 4x8 Paneling~~ | ~~SF~~ | ~~.41~~ | | |
| ~~62~~ | ~~00~~ | ~~003~~ | ~~Demolition Misc. Baseboards etc.~~ | ~~LF~~ | ~~.41~~ | | |
| ~~62~~ | ~~00~~ | ~~005~~ | ~~Optional Service Counters~~ | ~~LF~~ | ~~130.00~~ | | |
| 62 | .00 | 021 | Molding, Installation | LF | 1.04 | 72 | 63.65 |
| ~~63~~ | ~~00~~ | ~~024~~ | ~~Remove Exist. Boxes & Set Up~~ | ~~LF~~ | ~~26.00~~ | | |
| 62 | 00 | 026 | USPS Furnished 2900 Series Boxes | LF | 52.00 | 10 | 442.00 |
| ~~NEGOCIATED~~ | | | ~~Remove & Reinstall Bulletin Boards~~ | ~~SF~~ | ~~4.16~~ | | |
| 62 | 00 | 035 | Min. Charge Millwork & Trim Removal | Job | 52.00 | 1 | 44.20 |
| 62 | 00 | 050 | P.O. Box Base Unit | LF | 13.58 | 10 | 115.43 |
| 62 | 00 | 062 | Molding Misc. 1"x3" | LF | 1.31 | 72 | 80.17 |
| | | | SUBTOTAL THIS PAGE | | | | 1,489.95 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

*INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(3)

9/5/97

| NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | Q | TOTAL $ |
|---|---|---|---|---|---|---|---|
| EG | OCIATED | | 3/4" QUARTER ROUND CUSTOM PINE | LF | 1.61 | 10 | 13.69 |
| 2 | 00 | 074 | SHELVING PINE 1"x8" | LF | 4.42 | 8 | 30.06 |
| 2 | 00 | 077 | LOCKBOX LAMINATE MAIL DROP-UNIT | EA | 104.00 | 1 | 88.40 |
| ~~[illegible]~~ | ~~00~~ | ~~078~~ | ~~LOCKBOX LAMINATE FOR VENDING~~ | ~~EA~~ | ~~[illegible]~~ | | |
| 1 | 11 | 014 | CAULKING | LF | 1.91 | 96 | 155.86 |
| 1 | 00 | 001 | REMOVE DOOR | EA | 12.48 | 2 | 21.22 |
| 1 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | 35.80 |
| ~~1~~ | ~~00~~ | ~~003~~ | ~~REMOVE ALL HARDWARE~~ | ~~EA~~ | ~~18.20~~ | | |
| ~~1~~ | ~~00~~ | ~~009~~ | ~~FOR VISION LITE, ADD~~ | ~~EA~~ | ~~45~~ | | |
| 1 | 00 | 010 | ADD NARROW LITE | EA | 55.00 | 1 | 46.75 |
| 1 | 00 | 036 | 3'x7' STEEL DOOR 1 3/4" TH. 18 G. | EA | 295.00 | 1 | 250.75 |
| ~~[illegible]~~ | ~~00~~ | ~~[illegible]~~ | ~~3'6"x7' STEEL DOOR 1 3/4" THICK 18G.~~ | ~~EA~~ | ~~310.00~~ | | |
| ~~[illegible]~~ | ~~00~~ | ~~063~~ | ~~3'x7' HALF GLASS DOOR~~ | ~~EA~~ | ~~[illegible]~~ | | |
| ~~1~~ | ~~00~~ | ~~064~~ | ~~4'x7' HALF GLASS DOOR~~ | ~~EA~~ | ~~[illegible]~~ | | |
| 1 | 00 | 108 | DRYWALL FRAME 3'x7' | EA | 110.00 | 1 | 93.50 |
| 1 | 00 | 137 | REMOVE TRIM BOTTOM REINSTALL REBTM DOOR @ CROCK | EA | 57.20 | 1 | 48.62 |
| ~~[illegible]~~ | ~~20~~ | ~~001~~ | ~~ALUMINUM FRAME 3'x7' OPNG~~ | ~~EA~~ | ~~[illegible]~~ | | |
| ~~1~~ | ~~20~~ | ~~011~~ | ~~ALUMINUM DOOR & FRAME NARROW STILE~~ | ~~EA~~ | ~~[illegible]~~ | | |
| ~~1~~ | ~~20~~ | ~~016~~ | ~~ADD FOR WIDE STILE~~ | ~~[illegible]~~ | ~~[illegible]~~ | | |
| ~~2~~ | ~~11~~ | ~~007~~ | ~~ADD FOR [illegible] WINDOW & PANEL~~ | ~~EA~~ | ~~150.00~~ | | |
| 2 | 11 | 015 | WOOD DOOR | EA | 400.40 | 1 | 340.34 |
| | | | SUBTOTAL THIS PAGE | | | | 1,124.99 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

| ...ICATES NON-WORKING HOUR PRICES | SUBTOTAL | |
|---|---|---|
| | MULTIPLIER | |
| [ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT | TOTAL | |

(4)

WELLINGTON 9/5/97

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT PRICE | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| ~~DELETED~~ | | | ~~WICKET TYPE DOOR PACKAGE, MONO HINGE ONLY~~ | ~~EA~~ | ~~306.40~~ | | |
| ~~82~~ | ~~11~~ | ~~017~~ | ~~WEATHER STRIP DOOR~~ | ~~EA~~ | ~~114.40~~ | | |
| ~~34~~ | ~~10~~ | ~~001~~ | ~~ALUMINUM FRAMING~~ | ~~LF~~ | ~~15.60~~ | | |
| ~~A~~ | ~~10~~ | ~~002~~ | ~~1/4" TEMPERED GLASS~~ | ~~SF~~ | ~~9.86~~ | | |
| ~~A~~ | ~~10~~ | ~~006~~ | ~~1" INSUL. GLASS~~ | ~~SF~~ | ~~16.6A~~ | | |
| ~~34~~ | ~~10~~ | ~~010~~ | ~~REMOVE ALUMINUM ENTRY~~ | ~~SF~~ | ~~5.20~~ | | |
| ~~A~~ | ~~10~~ | ~~011~~ | ~~REMOVE WINDOW FRAMING~~ | ~~SF~~ | ~~1.30~~ | | |
| ~~A~~ | ~~10~~ | ~~012~~ | ~~REMOVE WINDOW GLASS~~ | ~~SF~~ | ~~1.09~~ | | |
| ~~34~~ | ~~10~~ | ~~017~~ | ~~ALUMINUM STOREFRONT~~ | ~~SE~~ | ~~15.44~~ | | |
| | ~~10~~ | ~~010~~ | ~~ALUMINUM WINDOW, AWNINGS, SCREENS, LABOR~~ | ~~SF~~ | ~~69.78~~ | | |
| NEGOCIATED* | | | MORTISE LOCK, LEVER, FIXED ON FRONT, ONE MOTION SCHLAGE L9080 | EA. | 368.00 | 1 | 312.80 |
| 57 | 00 | 016 | DOOR FLOOR STOPS | EA | 26.00 | 1 | 22.10 |
| 87 | 00 | 018 | WALL STOPS. | EA | 10.40 | 1 | 8.84 |
| ~~57~~ | ~~00~~ | ~~020~~ | ~~DOOR HOLDER~~ | ~~EA~~ | ~~124.80~~ | | |
| ~~57~~ | ~~00~~ | ~~023~~ | ~~KICK PLATE~~ | ~~LF~~ | ~~26.80~~ | | |
| 57 | 00 | 030 | HINGES | PR | 98.80 | 3 | 251.94 |
| 57 | 00 | 046 | CLOSER 36" | EA | 147.68 | 1 | 125.53 |
| ~~57~~ | ~~00~~ | ~~048~~ | ~~CLOSER 48"~~ | ~~EA~~ | ~~147.68~~ | | |
| ~~57~~ | ~~00~~ | ~~058~~ | ~~LOCKSET, OFFICE DOORS~~ | ~~EA~~ | ~~131.56~~ | | |
| 57 | 00 | 093 | PUSH PLATE | EA | 68.64 | 1 | 58.34 |
| 57 | 00 | 094 | DOOR PULL | EA | 80.08 | 1 | 68.07 |
| | | | SUBTOTAL THIS PAGE | | | | 847.62 |
| | | | SUBTOTAL FROM PREVIOUS PAGE(S) | | | | |

*INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

(5)

9/5/97

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ | |
|---|---|---|---|---|---|---|---|---|
| 7 | 00 | 096 | FLUSH BOLTS | EA | 44.61 | 6 | 227.51 | NO |
| 7 | 00 | 098 | DEAD BOLT | EA | 77.79 | 1 | 66.12 | NO |
| 7 | 00 | 101 | ALUMINUM PUSH & PULL BAR | EA | 166.38 | | | |
| 7 | 00 | 102 | THRESHOLD ALUMINUM | LF | 22.81 | | | |
| | | | DOOR SWEEP | LF | 5.65 | | | |
| 7 | 00 | 108 | LCN 4040 CLOSER | EA | 241.28 | | | |
| 8 | 00 | 008 | INSULATING PANEL | SF | 5.20 | | | |
| | 50 | 001 | DEMO. DRYWALL FROM FRAMING | SF | 0.26 | | | |
| 2 | 50 | 005 | ACCESSORIES J.L.U. BEAD | LF. | .93 | 10 | 7.91 | NO |
| 12 | 50 | 022 | METAL STUD PARTITIONS | LF. | 20.13 | 300 | 6,039.00 | NO |
| | 50 | 011 | ADD FOR 5/8" | SF | .05 | | | |
| 2 | 50 | 014 | CORNER & CASING BEAD | LF | 1.09 | 10 | 9.27 | NO |
| 2 | 50 | 019 | FINISHING GYP. WALLS | SF | .23 | 148 | 28.93 | NO |
| 16 | 60 | 016 | VINYL COMP. TILE | SF | 1.35 | 990 | 1,136.03 | NO |
| | 60 | 021 | REDUCERS | LF | 3.39 | | | |
| 6 | 60 | 026 | VINYL BASE | LF | 1.71 | 312 | 453.49 | NO |
| 16 | 60 | 027 | ADD FOR COLOR | LF | .10 | 312 | 26.52 | NO |
| 6 | 60 | 030 | MIN. CHARGE EPOXY FLOOR PATCHING | JOB | 520.00 | 1 | 442.00 | NO |
| 6 | 60 | 029 | PATCH FLOOR TILE TO MATCH EXIST | JOB | 67.00 | | | |
| 9 | 00 | 001 | REMOVE PAINT | LF | 4.16 | | | |
| 9 | 00 | 007 | SCRAPING LOOSE PAINT | SF | .52 | | | |

SUBTOTAL THIS PAGE 8,436.78

SUBTOTAL FROM PREVIOUS PAGE(S)

ICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(6)

WELLINGTON 9/5/97

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNITS | | TOTAL $ | |
|---|---|---|---|---|---|---|---|---|
| 99 | 00 | 008 | PATCH CRACKS FILL W/COMPOUND, PAINT | LF | .31 | 40 | 10.54 | NO |
| 99 | 00 | 016 | FINISH COAT ON MASONRY | SF | .28 | 1800 | 428.40 | NO |
| 19 | 00 | 017 | PAINT DRYWALL PER COAT (3) | SF | .22 | 480 | 89.76 | [illegible] |
| ~~99~~ | ~~00~~ | ~~024~~ | ~~PAINT ONE COAT DOOR & FRAME~~ | ~~SF~~ | ~~.62~~ | | | |
| 99 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .62 | 384 | 202.37 | |
| ~~99~~ | ~~00~~ | ~~026~~ | ~~PAINT WINDOWS~~ | ~~SF~~ | ~~.93~~ | | | |
| 99 | 00 | 050 | PAINT WOOD TRIM | LF | .70 | 82 | 48.79 | |
| 99 | 00 | 053 | PAINT BRUSHWORK | SF | .50 | 720 | 306.00 | |
| 99 | 00 | 055 | PAINT CEILING | SF. | .34 | 1800 | 520.20 | |
| 99 | 00 | 056 | PAINT WOODWORK (LOCKBOX BAFFLE) | SF. | .44 | 32 | 11.97 | |
| 99 | 00 | 060 | PAINT MASONRY | SF | .55 | 1800 | 841.50 | |
| 99 | 00 | 067 | PAINT PIPES | LF | 1.30 | 72 | 79.56 | |
| 99 | 00 | 074 | VARNISH | SF | .30 | 42 | 10.71 | |
| 99 | 00 | 077 | SANDING (2 COATS) | SF | .57 | 442 | 214.15 | |
| 99 | .00 | 079 | STAIN | SF | .18 | 42 | 6.43 | |
| ~~99~~ | ~~00~~ | ~~085~~ | ~~EXTERIOR CAULKING~~ | ~~LF~~ | ~~1.56~~ | | | |
| NEGOCIATED | | * | INSTALL FURNISHED HANDICAP COUNTER | EA | 105.88 | 1 | 90.00 | |
| 21 | 15 | F01 | REMOVE EXIST. SERVICE COUNTER & DESKS | LF | 9.15 | 10 | 77.78 | NO |
| 21 | 15 | F03 | ASSEMBLE & INSTALL "BAKER" 1RT UNITS | EA | 135.00 | 1 | 114.75 | |
| ~~NEGOCIATED~~ | | | ~~ASSEMBLE & INSTALL "BAKER" FURNITURE~~ | ~~EA~~ | ~~310.00~~ | | | |
| ~~21~~ | ~~15~~ | ~~F04~~ | ~~INSTALL P.O. BOXES LABOR~~ | ~~LF~~ | ~~34.39~~ | ~~8~~ | ~~233.38~~ | |

SUBTOTAL THIS PAGE 3,286.29

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

7

9/5/97

| ITEM NO. | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| ~~57~~ | ~~13~~ | ~~F01~~ | ~~Relocate Exist. Thermostat~~ | ~~EA~~ | ~~143.09~~ | | |
| ~~58~~ | ~~24~~ | ~~002~~ | ~~Ceiling Fan~~ | ~~EA~~ | ~~332.09~~ | ~~1~~ | ~~282.98~~ |
| ~~58~~ | ~~24~~ | ~~006~~ | ~~Speed Controller~~ | ~~EA~~ | ~~36.42~~ | ~~1~~ | ~~30.94~~ |
| 59 | 10 | 008 | Remove & Reinstall HVAC Registers | EA | 4.00 | 9 | 30.60 |
| ~~59~~ | ~~36~~ | ~~017~~ | ~~Registers Floor 18"x8"~~ | ~~EA~~ | ~~65.57~~ | | |
| 60 | 00 | 036 | F&I Single Pole Breaker | EA | 31.20 | 1 | 26.52 |
| 60 | 00 | 038 | F&I 3 Wire #12 | LF | .62 | 184 | 96.97 |
| 60 | 00 | 040 | F&I 1/2" Conduit | LF | 1.56 | 76 | 100.78 |
| ~~60~~ | ~~00~~ | ~~052~~ | ~~Remove Pendant Flour Fixture~~ | ~~EA~~ | ~~31.20~~ | | |
| 60 | 00 | 053 | Remove Surface Flour Fixture | EA | 22.88 | 14 | 272.27 |
| ~~60~~ | ~~00~~ | ~~055~~ | ~~Remove Recessed Incand. Fixture~~ | ~~EA~~ | ~~26.09~~ | | |
| 160 | 00 | 063 | Remove Wire Mold | LF | .78 | 10 | 6.63 |
| ~~160~~ | ~~00~~ | ~~069~~ | ~~F&I Photo Cell~~ | ~~EA~~ | ~~93.60~~ | | |
| ~~160~~ | ~~00~~ | ~~079~~ | ~~Provide Elect. Service~~ | ~~EA~~ | ~~466.26~~ | | |
| 160 | 00 | 082 | Furnish Dedicated Outlet | LF | 13.20 | 62 | 695.64 |
| ~~160~~ | ~~10~~ | ~~001~~ | ~~Misc. Hourly Labor Electrical~~ | ~~HR~~ | ~~34.46~~ | ~~12~~ | ~~351.49~~ |
| 160 | 20 | F01 | Remove #12 Wire | LF | .18 | 20 | 3.06 |
| 160 | 20 | F04 | Remove 1/2" Conduit | LF | .66 | 20 | 11.22 |
| 162 | 30 | F01 | Duplex Receptacle | EA | 69.78 | 3 | 177.94 |
| ~~162~~ | ~~30~~ | ~~F05~~ | ~~Wall Switch~~ | ~~EA~~ | ~~58.34~~ | | |
| 162 | 30 | F10 | Wall Junction Box | EA | 54.91 | 6 | 280.04 |

SUBTOTAL THIS PAGE: 2,366.98

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

WELL. GTON 9/5/97

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| ~~62~~ | ~~30~~ | ~~F26~~ | ~~Remove Switch~~ | ~~EA~~ | ~~13.58~~ | | |
| 62 | 30 | F27 | Remove Duplex Receptacle | EA | 16.29 | 1 | 13.85 |
| 62 | 30 | F28 | Remove J. Box | EA | 14.66 | 1 | 12.46 |
| ~~62~~ | ~~30~~ | ~~F31~~ | ~~Relocate Wall Switch~~ | ~~EA~~ | ~~56.[illegible]~~ | | |
| ~~62~~ | ~~30~~ | ~~F32~~ | ~~Relocate Duplex Recept~~ | ~~EA~~ | ~~67.49~~ | | |
| ~~63~~ | ~~50~~ | ~~030~~ | ~~Panel Board 3 wire 100 amp~~ | ~~EA~~ | ~~745.08~~ | | |
| ~~Negotiated~~ | | | ~~Remove Exist. Panel Board~~ | ~~EA~~ | ~~312.52~~ | | |
| 166 | 10 | F04 | Surface Flour. Fixture 1'x4' | EA | 117.57 | 23 | 2,704.11 |
| ~~166~~ | ~~10~~ | ~~F12~~ | ~~Exit Lite~~ | ~~EA~~ | ~~89.23~~ | ~~1~~ | ~~75.85~~ |
| ~~166~~ | ~~10~~ | ~~F13~~ | ~~Emergency Lite~~ | ~~EA~~ | ~~558.27~~ | ~~1~~ | ~~[illegible]~~ |
| 166 | 10 | F18 | Remove Surface Incandescent Fixture | EA | 21.23 | 3 | 54.14 |
| 166 | 10 | F27 | Recircuit Lights | EA | 20.00 | 4 | 68.00 |
| ~~166~~ | ~~50~~ | ~~H5~~ | ~~Exterior Lighting SS [illegible]~~ | ~~EA~~ | ~~338.00~~ | | |
| ~~Negotiated~~ | | | ~~Handicap Sign 9"x9" Engraved~~ | ~~EA~~ | ~~52.00~~ | | |
| ~~Negotiated~~ | | | ~~Service Lobby Door Bell~~ | ~~EA~~ | ~~55.00~~ | | |
| Negotiated * | | | Install Phone Outlet | EA | 71.41 | 1 | 60.70 |
| Negotiated * | | | Repair Ceiling Tile in Workroom & Box Line After Demolition | Job | 152.95 | 1 | 130.01 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | 3,593.65 |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | 22,836.84 |
| MULTIPLIER | |
| TOTAL | 22,836.84 |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

UNITED STATES POSTAL SERVICE.

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

Date: 12-1-97
Control Number: J081766

Installation Name
WELLINGTON - MAIN OFFICE (168310-001)
WELLINGTON, IL 60973-9998

Description of Work
LOCKBOX RENOVATION

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 7-4J-168310-C-639 | 162640-96-B-0096 | 00 | 161550 | J95445 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 19,998.85 |

FILE COPY

RECEIVED 35 AM '97

Payee Name and Address:
LP CONSULTING GRP INC
10401 S 75TH AVE
PALOS HILLS IL 60465-2015

Invoice Description:

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 19,998.85 |
| 2. Approved Change Amount | $ -0- |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 19,998.85 |
| 4. Value of Work Completed to Date (Attach supporting data - incl. value of material received this period. Attach Invoices) | $ 19,998.85 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 19,998.85 |
| 7. Previous Payment Amount | $ -0- |
| 8. Amount of this payment (Lines 6 - 7) | $ 19,998.85 |

[X] PPA Applies to This Payment

Invoice Received/Acceptance Date: 11/20/97

[ ] Final Payment

PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid.
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature]
Date Signed: 11/20/97
Title: SECRETARY

**Architect-Engineer Representative**

For Construction Contracts: in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By
Date Signed

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment: Lois A Gunlogson
Date Signed: 12-1-97

Contracting Officer Name and Signature
ROBERT A RIGSBY [signature]
Date Signed: 12-2-97

Prepared By
BETTY L CHEARS
(708)563-7224

Approving Official Title, Address, and Phone Number (708) 563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
LOIS A GUNLOGSON
CENTRAL IL DISTRICT
6801 W 73RD STREET
BEDFORD IL 60449-9991

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0094 | BRUCE J ROTHERMEL | Base Year | 2.01 | 11/20/1997 |

| Work Description | Facility Location |
|---|---|
| MODULAR SITE | ST DAVID, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-166954-C-009 | J37301 | 11/20/1997 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| LP CONSULTING GRP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 24 Nov. 1997 | ROBERT A RIGSBY [signature] | 11-25-97 |

Attachments:

Summary of this Work Order:

Default Multiplier: 0.8500
Total Miscellaneous: $0.00
Total Items Cost: $39,932.63
Total Travel Cost:
Work Order Total for 2.01 $39,932.63
Work Order History: 2.00: $31,932.72,

Scope of Work: PROVIDE SITE PREPARATION, CONC. WALKS, CURB & RETAINING WALLS. ASPHALT PAVE PARKING & MANEUVERING AREAS PER NEGOCIATING WITH BRUCE ROTHERMEL.

RB

RP 11/25/97

R 11/21/97



IOCCMAIN October 1995

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| C 'ract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| ı ;40-96-B-0094 | BRUCE J ROTHERMEL | Base Year | 2.01 | 11/20/1997 |

| Work Description | Facility Location |
|---|---|
| MODULAR SITE | ST DAVID, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITON | | | | |
| 022 | 00 | 002 | Excavate for sidewalk, utility trenches, or other trenching, new paving and haul away. 0 - 50 cu. yds. | YDS 3 | $7.96 | 165 | $1,313.40 |
| 022 | 00 | 006 | Trench excavation for new footing placement, utilities and other trench excavation, store excavation material on site. 0 - 50 cu. yds. | YDS 3 | $5.30 | 1240 | $6,572.00 |
| 022 | 00 | 014 | Backfill with off site pit or bank run granular material, costs include hand tamping. 0 -50 cu. yds. | YDS 3 | $11.49 | 90 | $1,034.10 |
| 022 | 00 | 019 | Base material below paving, including compaction, 0 - 50 cu. yds. | YDS 3 | $15.03 | 390 | $5,861.70 |
| | 00 | 029 | Surface grading | SF | $0.04 | 8400 | $336.00 |
| 022 | 00 | 038 | Plow or scarify subgrade to a uniform depth of 6", then, recompact as specified in sectiom 02.2 00 000. | SY | $1.39 | 933 | $1,296.87 |
| 025 | 13 | 010 | Bituminous paving, including patching, base course, 4" thick | SY | $6.33 | 600 | $3,798.00 |
| 025 | 13 | 013 | Tack coat | SY | $0.53 | 263 | $139.39 |
| 025 | 13 | 026 | Minimum charge for paving, when heavy duty equipment is required. | JOB | $839.80 | 1 | $839.80 |
| 025 | 13 | 037 | Bituminous paving, including patching, surface course,3" thick | SY | $5.23 | 600 | $3,138.00 |
| 025 | 15 | 009 | Curb and gutter removal, includes bulkhead curb. 0 - 100 LF | LF | $3.98 | -130 | $-517.40 |
| 025 | 15 | 013 | Premolded expansion joint material (See detail 21/1.)1/2" X 12" | LF | $1.19 | 100 | $119.00 |
| 025 | 15 | 018 | Add for combination sidewalk and curb, per LF of curb. See Detail 6/1. | LF | $3.98 | 35 | $139.30 |

* = Premium Price

887

Items Total $39,932.63

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| C[illegible]ract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| [illegible]540-96-B-0094 | BRUCE J ROTHERMEL | Base Year | 2.01 | 11/20/1997 |

| Work Description | Facility Location |
|---|---|
| MODULAR SITE | ST DAVID, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITON | | | | |
| 025 | 15 | 019 | Concrete paving, 6" thick, including forms, concrete finishing, curing, and removing forms (Sawcutting costs to be used for contraction jointing.) See detail 12/1, 16/1, and 21/1. 0 - 150 SF | SF | $3.76 | 855 | $3,214.80 |
| 025 | 15 | 028 | Bulkhead curb, including forms, concrete, finishing, curing, and removing forms (See detail 4/1.) | LF | $7.74 | 238 | $1,839.74 |
| 033 | 00 | 014 | Rod reinforcing | LB | $0.53 | 1200 | $636.00 |
| 033 | 00 | 017 | Foundation walls, or piers, up to 8' high, and up to 12" thick, including forms on two sides, concrete form removal, curing, throseal finishing, but not including reinforcing | SF | $10.61 | 510 | $5,411.10 |
| 033 | 00 | 018 | Elevated slab, such as ramp with piers, small project,including forms, concrete hardner, finishing, curing, and removing forms, 0 - 50 SF | SF | $22.10 | 210 | $4,641.00 |
| 034 | 17 | 003 | Precast concrete car barriers, 8" X 13" X 8'0" | EA | $35.36 | 5 | $176.80 |
| 034 | 17 | 013 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. MASONS IN COOK COUNTY ARE COMPENSATED AT THE RATE OF $31.00Hr WITH A 20% MARK UP AN D AMULTIPLIER OF .91 T | HR | $28.96 | 28 | $810.88 |
| 055 | 00 | 021 | Expansion anchors, KWIK Bolt, or similar, into con- crete or masonry, 1/4" X 2 1/4" | EA | $2.21 | -117 | $-258.57 |
| 071 | 60 | 001 | Cleaning and preparing wall for damproofing | SF | $0.22 | -512 | $-112.64 |
| [illegible] | 60 | 002 | Bituminous asphalt coating for foundation, brushed on below grade, two coat, does not include excavation | SF | $0.97 | -512 | $-496.64 |

* = Premium Price

[illegible]al $39,932.63



IOCSITEM October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| C[illegible]ract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| ][illegible]40-96-B-0094 | BRUCE J ROTHERMEL | Base Year | 2.01 | 11/20/1997 |

| Work Description | Facility Location |
|---|---|
| MODULAR SITE | ST DAVID, IL - MAIN OFFICE |

| | |
|---|---|
| List of Negotiated Items: | |
| | $.00 |
| Total of Negotiated Items: | $0.00 |
| Travel Expenses: | |
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | |
| Work Order Total: | $39,932.63 |

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96.B.0094 | | 2.01 | PETER KENYON ASSOC. | 8/25/97 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST. DAVID MODULAR SITE | DRAWINGS | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| 64J 166954 C 009 | | | | |

CONTRACTOR
L.P. Consulting Group, Inc.
10401 S. 75th Ave.
Palos Hills, IL 60465-2015

U.S. POSTAL SERVICE
DENNIS MANESCALCHI-
ADMIN. SVCS.

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 022 | 00 | 001 | GENERAL SITE EXCAV. | YDS3 | 4.68 | 316 | 1,257.05 |
| 022 | 00 | 021 | BASE MATERIAL | YDS3 | 14.56 | 316 | 3,910.82 |
| 025 | 15 | 015 | 4" SIDEWALK | SF | 2.70 | 440 | 1,009.80 |
| 025 | 13 | 008 | BIT. PAVING 2" BASE COURSE | SY | 3.89 | 456 | 1,507.76 |
| 025 | 13 | 035 | BIT. PAVING 2" SURFACE COURSE | SY | 4.20 | 456 | 1,627.92 |
| 024 | 00 | 013 | DRAINAGE PIPE | LF | 5.97 | 44 | 243.28 |
| 025 | 13 | 023 | STRIPPING BUTT JOINT (AT STREET) | LF | 2.08 | 45 | 79.56 |
| 025 | 15 | 013 | EXPANSION JT. | LF | 1.40 | 130 | 154.70 |
| 025 | 15 | 018 | ADD FOR COMBO SIDEWALK & CURB | LF | 4.68 | 180 | 716.04 |
| 034 | 19 | 003 | WHEEL STOPS | EA | 41.30 | 5 | 176.80 |
| NEGOTIATED | | | SITE REMOVAL TREES 3' DIAMETER + STUMPS | EA | 1,624.00 | 2 | 1,624.00 |
| 025 | 15 | 028 | BULKHEAD CURB | LF | 9.10 | 250 | 1,933.75 |
| 033 | 00 | 012 | CONC. RETAINING WALL (TENNIS COURT SIDE) 150' x 3' | CF | 12.48 | 450 | 4,773.61 |
| 055 | 00 | 038 | ANCHOR BOLTS | EA | 5.72 | 16 | 77.79 |
| 061 | 00 | 067 | BLOCKING (THIS IS FOR WOOD SILL REQUIRED TO SET BUILDING PER A/E 2x6) | BF | 1.48 | 124 | 156.00 |
| 061 | 00 | 080 | MISC. HRLY LABOR ROUGH CARPENTER | HR | 20.52 | 40 | 697.60 |
| 025 | 15 | 009 | CURB & GUTTER REMOVAL | LF | 3.98 | -130 | (-517.40 |
| 033 | 00 | 015 | FOOTINGS | LF | 9.72 | -4 | (38.88) |
| 033 | 00 | 016 | ISOLATED FOOTINGS | SF | 7.07 | -29 | (205.03 |
| 033 | 00 | 017 | FOUND. WALLS | SF | 10.61 | -152 | (-1,612.72 |
| 055 | 00 | 021 | EXP. ANCHORS 1/4" | EA | 2.21 | -117 | (-258.57 |
| 055 | 00 | 027 | EXP. ANCHORS 3/4" | EA | 9.72 | 8 | 77.76 |
| 071 | 60 | 001 | CLEAN & PREP WALL DAMPROOFING | SF | .22 | 256 | 56.32 |
| 071 | 60 | 002 | BIT. COATING | SF | .97 | 256 | 248.32 |
| 072 | 10 | 016 | INSULSTUD WOOD NAILER | SF | .75 | -384 | (-288.00 |
| | | | | DEDUCTS | | (-2,920.60) | |
| | | | | TOTAL | | 17,308.27 | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96·B·0094 | | | | 10/15/97 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST. DAVID MODULAR SITE | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| 64J 166954 C 009 | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>BRUCE ROTHERMEL |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 022 | 00 | 002 | EXCAVATE FOR PAVING MANEUVERING AREA | YDS³ | 7.96 | 165. | 1313.40 |
| 022 | 00 | 006 | HAUL AWAY ALL EXCAVATED MAT'L | YDS³ | 5.30 | 1,240 | 6572.00 |
| 025 | 13 | 013 | TACK COAT | SY | .53 | 263 | 139.39 |
| 034 | 17 | 003 | PRE-CAST CAR BUMPERS | EA | 35.36 | 5 | 176.80 |
| 025 | 15 | 013 | EXPANSION JOINT | LF | 1.19 | 100 | 119.00 |
| 025 | 13 | 037 | BITUMINOUS PAVING SURFACE COURSE | SY | 5.23 | 600 | 3,138.00 |
| 025 | 13 | 010 | BITUMINOUS PAVING BASE COURSE | SY | 6.33 | 600 | 3798.00 |
| 022 | 00 | 019 | BASE MATERIAL INCL. COMPACTION | YDS | 15.03 | 390 | 5861.70 |
| 025 | 15 | 019 | CONC. SIDEWALK | SF | 3.76 | 855 | 3214.80 |
| 025 | 15 | 018 | ADD FOR COMBO WALK & CURB (REAR) | LF | 3.98 | 35 | 139.30 |
| 025 | 13 | 026 | HEAVY DUTY EQUIPMENT PAVING & EXCAV. | JOB | 848.30 | 1 | 848.30 |
| 025 | 15 | 028 | BULKHEAD CURB | LF | 7.74 | 238 | 1842.12 |
| 033 | 00 | 014 | ROD REINFORCING CURB | LB | .53 | 1,200 | 636.00 |
| 034 | 17 | 013 | MASONRY HOURS | HR | 28.96 | 40 | 1,158.40 |
| 033 | 00 | 017 | CURB WALL (@ TENNIS CT. SIDE) | SF | 10.61 | 510 | 5411.10 |
| 033 | 00 | 018 | CONC. ENTRANCE SLAB | SF | 22.10 | 210 | 4,641.00 |
| 022 | 00 | 038 | PLOW SUBGRADE & COMPACT | SY | 1.39 | 933 | 1296.87 |
| 061 | 00 | 080 | REMOVE 1 TREE & STUMP & 1 STUMP & WINDOW WELL WORK | HR. | 25.47 | 190 | 4,839.30 |
| 022 | 00 | 014 | GRAVEL FILL @ SPACE VENTS & CURB LINE | YD | 11.49 | 90 | 1034.10 |
| 022 | 00 | 029 | SURFACE GRADING | SF | .04 | 8400 | 336.00 |
| 071 | 60 | 001 | CLEAN & PREP FOR DAMPROOF | SF | .22 | (-512) | (-112.64) |
| 071 | 60 | 002 | BIT. DAMPROOF | SF | .97 | (-512) | (-496.64) |
| 055 | 00 | 021 | 1/4" EXPANSION ANCHORS | EA | 2.21 | (-117) | (-258.57) |
| 025 | 15 | 009 | CURB & GUTTER REMOVAL | LF | 3.98 | (-130) | (-517.40) |

ATTACHMENTS:

| | |
|---|---|
| SUBTOTAL | 46,515.58 |
| DEDUCTS | (-1385.25) |
| TOTAL | 45,130.33 |

891

☐ CONTINUED ☒ TOTAL WORK ORDER AMOUNT

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | V/F | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 25 | 15 | 009 | CURB & GUTTER REMOVAL | LF | 3.98 | -180 | (-716.40) |
| 25 | 15 | 007 | CONC. SAWCUTTING | LF | .057 | -25 | (-14.25) |
| 25 | 13 | 013 | TACK COAT | SY | 0.53 | -570 | (-302.10) |
| 34 | 17 | 004 | DOWNSPOUT SPLASH BLOCK | EA | 23.38 | -2 | (-46.76) |
| 25 | 77 | 003 | HANDICAP PARKING SPACE SYMBOL | EA | 21.25 | -1 | (-21.25) |
| 25 | 77 | 004 | MIN. CHARGE, PAVEMT MARKING | JOB | 85.00 | -1 | (-85.00) |
| 01 | 77 | 061 | PROVIDE HCP SIGNS | EA | 52.70 | -2 | (-105.40) |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | (-1291.16) |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

UNITED STATES POSTAL SERVICE.

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

Date: 07/02/1997 | Control Number: ZZ76099

Installation Name
ST DAVID - MAIN OFFICE (166954-003)
ST DAVID, IL 61563-9998

Description of Work
SITE ADAPT/PREP MODULAR

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-166954-C-009 | 162640-96-B-0094 | 00 | 161550 | J37301 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 21,412.72 |

COPY FOR YOUR INFORMATION

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 31,932.72 |
| 2. Approved Change Amount | $ -0- |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 31,932.72 |
| 4. Value of Work Completed to Date (Attach supporting data - incl. value of material received this period. Attach invoices) | $ 21,412.72 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 21,412.72 |
| 7. Previous Payment Amount | $ -0- |
| 8. Amount of this payment (Lines 6 - 7) | $ 21,412.72 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

☒ PPA Applies to This Payment | Invoice Received/Acceptance Date: 7/2/97 | ☐ Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 7/2/97

Title: SECRETARY

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By | Date Signed

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 7-2-97

Contracting Officer Name and Signature
ROBERT A RIGSBY [signature]
Date Signed: 7-3-97

Prepared By
DENNIS E MANESCALCHI
(708)563-7243

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
DENNIS E MANESCALCHI
CENTRAL ILLINOIS DISTRICT
6801 W 73RD ST
D PK IL 60499-9991



PS Form 4211B, October 1995 - 20260-6425, Rev 8.00

UNITED STATES POSTAL SERVICE.

# Facility and Fixed Mechanization Project Contract Payment Authorization

4211B

Date: 12-16-97
Control Number: 16Ez440

Installation Name
ST DAVID - MAIN OFFICE (166954-003)
ST DAVID, IL 61563-9998

Description of Work
SITE ADAPT/PREP MODULAR

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-166954-C-009 | 162640-96-B-0094 | 01 | 161550 | J37301 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | ~~4,230.23~~ 4,402.61 RB |

RECEIVED DEC 16 10 35 AM '97

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 31,932.72 |
| 2. Approved Change Amount | $ -0- |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 31,932.72 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ ~~25,642.95~~ 25,815.33 RB 12/16/97 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ ~~25,642.95~~ 25,815.33 RB 12/16/97 |
| 7. Previous Payment Amount | $ 21,412.72 |
| 8. Amount of this payment (Lines 6 - 7) | $ ~~4,230.23~~ 4,402.61 RB 12/16/97 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment

Invoice Received/Acceptance Date: 12-16-97

[ ] Final Payment

PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 10/17/97

Title: Secretary

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By: Date Signed:

A-E Representative Title, Company, Address
Sent to Pam R. 12/16/97 BC

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 12-15-97

Contracting Officer Name and Signature
ROBERT A RIGSBY [signature]
Date Signed: 12-16-97

Prepared By
DENNIS E MANESCALCHI
(708)563-7243

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
DENNIS E MANESCALCHI
CENTRAL ILLINOIS DISTRICT
6801 W 73RD ST
BEDFORD PK IL 60499-9991

UNITED STATES POSTAL SERVICE

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

Date: 01-09-98
Control Number: C085858

Installation Name
ST DAVID - MAIN OFFICE (166954-003)
ST DAVID, IL 61563-9998

Description of Work
SITE ADAPT/PREP MODULAR

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-166954-C-009 | 162640-96-B-0094 | 01 | 161550 | J37301 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 38,050.02 |

DEC 23 11 3- AM '97

CONTRACTOR COPY

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 31,932.72 |
| 2. Approved Change Amount | $ 39,932.63 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 71,865.35 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 63,865.35 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 63,865.35 |
| 7. Previous Payment Amount | $ 25,815.33 |
| 8. Amount of this payment (Lines 6 - 7) | $ 38,050.02 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment | Invoice Received/Acceptance Date: 12/23/97 | [ ] Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 12/23/97

Title: SECRETARY

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By: Date Signed:

A-E Representative Title, Company, Address

Sent 1-14-98 BC

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 1/5/98

Contracting Officer Name and Signature: ROBERT A RIGSBY [signature] Date Signed:

Prepared By
DENNIS E MANESCALCHI
(708)563-7243

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
DENNIS E MANESCALCHI
CENTRAL ILLINOIS DISTRICT
6801 W 73RD ST
BEDFORD PK IL 60499-9991

895

PS Form 4211B, October 1995 - 20250-6425 Rev 8.00

UNITED STATES POSTAL SERVICE.

# Facility and Fixed Mechanization Project Contract Payment Authorization

4211B

Date: 6-3-98

Control Number: ZZ80739

Installation Name
ST DAVID - MAIN OFFICE (166954-003)
ST DAVID, IL 61563-9998

Description of Work
SITE ADAPT/PREP MODULAR

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-166954-C-009 | 162640-96-B-0094 | 01 | 161550 | J37301 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | $8,000.00 |

RECEIVED
1998 JUN -3 A 11:44
CENTRAL ILLINOIS DISTRICT ADMINISTRATIVE SERVICES

Contractor's Copy

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 31,932.72 |
| 2. Approved Change Amount | $ 39,932.63 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 71,865.35 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 71,865.35 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 71,865.35 |
| 7. Previous Payment Amount | $ 63,865.35 |
| 8. Amount of this payment (Lines 6 - 7) | $ 8,000.00 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment | Invoice Received/Acceptance Date: 6-3-98 | [X] Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 5/28/98

Title: Secretary

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By: Date Signed:

A-E Representative Title, Company, Address

Sent 6-5-98 BC

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 6-3-98

Contracting Officer Name and Signature: ROBERT A RIGSBY [signature] Date Signed: 6-4-98

Prepared By
DENNIS E MANESCALCHI
(708)563-7243

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
DENNIS E MANESCALCHI
CENTRAL ILLINOIS DISTRICT
6801 W 73RD ST
BEDFORD PK IL 60499-9991

896

02/25/2005 10:56 17082331826

PAGE 05

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0039 | CURTIS COLLINS | Base Year | 1.00 | 08/26/1999 |

| Work Description | Facility Location |
|---|---|
| REPAIRS OF PARKING LOT | SOUTH HOLLAND, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 9-4J-167356-C-616 | J20291 | 08/26/1999 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| LP CONSULTING GRP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015<br><br>Phone: (708)-233-1883 Fax: (708)-233-1826 | SOUTH SUBURBAN DISTRICT<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |
| Consultant Name: RICHARD BATAGLIN Phone: ( ) - - | |

| Authorized Signature | Date | Contracting Officer SAMUEL W SOUTHERN | Date |
|---|---|---|---|
| [signature] | 8/30/99 | [signature] | 9/3/99 |

Attachments:

Summary of this Work Order:

| | |
|---|---|
| Default Multiplier: 0.8800 | |
| Total Miscellaneous: | $0.00 |
| Total Other Expenses: | |
| Total Items Cost: | $17,542.27 |
| Total Travel Cost: | |
| Work Order Total for 1.00 | $17,542.27 |
| Work Order History: | |

COPY FOR YOUR INFORMATION

Scope of Work:

#1
10/20/99
16,665.00

RECEIVED
1999 SEP -2 A 6 16
CENTRAL ILLINOIS DISTRICT
ADMINISTRATIVE SERVICES

IQCCMAIN, October 1995

DOWNERS GROVE LOBBY RENOVATION

CENTRAL ILLINOIS DISTRICT

UNITED STATES POSTAL SERVICE

September 1996

Postmaster, Downers Grove, IL 60515-9998
Rich Battaglin, L P Consulting Group Inc.

**SUBJECT: Lobby Renovation Guidelines**
**Contract # 162640-96-B-0098**
**Main Post Office, Downers Grove, IL 60515-9998**

The Central Illinois District is taking steps to ensure that we project a professional and more businesslike corporate image. All lobby renovations will meet the corporate image for retail lobby designs.

All contractual orders are given by the Contracting Officer, Contracting Officers' Representative or project manager. Any changes or modifications made during construction need to be reviewed and accepted by the project manager to insure payment. Any changes requested by the postmaster or the contractor without authorization will not be accepted as a Modification and will be charged as an unauthorized expenditure.

The contractor will provide to the project manager a fenced bar chart prior to construction. This will eliminate any misunderstandings as to the scope of work to be done and approximate completion date. Construction meetings will be held every two (2) weeks for construction updates at the construction site. Four (4) weeks prior to completion of the project construction, meetings will be held every week. Day of the week and time to be set at the pre-construction meeting.

Thank you in advance for your cooperation.

Robert A. Rigsby
Contracting Officer

cc: Lois Gunlogson

*DELIVERING EXCELLENCE...EVERY STEP OF THE WAY!*

6801 W 73RD STREET
BEDFORD PARK, IL 60499