**CERTIFIED MAIL #P 798 365 116**
**RETURN RECEIPT REQUESTED**

ADMINISTRATIVE SERVICES
Bedford Park IL 60499-9991

UNITED STATES POSTAL SERVICE

September 9, 1996

L P CONSULTING GROUP INC
10401 S 75TH AVE
PALOS HILLS, IL 60465-2015

**Subject:** **CONTRACTING OFFICERS' REPRESENTATIVE**
**CONTRACT # 162640-96-B-0098**
**LOBBY RENOVATION**
**MAIN POST OFFICE, DOWNERS GROVE IL 60515-9998**

**LOIS GUNLOGSON**
**CENTRAL ILLINOIS DISTRICT**

You are designated Contracting Officers' Representative (COR) for the contract noted above.

As contracting Officers' Representative, you will be responsible for verifying that the work has been accomplished according to the terms of the attached contract. You will certify all invoices are correct for payment and forward to Robert A. Rigsby, Contracting Officer.

You will immediately inform the Contracting Officer, in writing, explaining the details of any dispute which cannot be resolved between you and the contractor, regarding his performance of the contract.

You are responsible that the aggregate expenditure for this contract does not exceed $77,070.92. If this contract appears that it will exceed the above limitation, the COR will contact the Contracting Officer immediately for approval.

This notification is sent to you in duplicate with the request that you acknowledge receipt of the USPS copy and return it promptly, ATTENTION: LOIS GUNLOGSON.

Sincerely,

Robert A. Rigsby
Contracting Officer

Receipt Acknowledged:

Lois A. Gunlogson
Contracting Officers' Representative

R. Battaglia
Contractor

CERTIFIED MAIL #P 798 365 116
RETURN RECEIPT REQUESTED

ADMINISTRATIVE SERVICES
BEDFORD PARK IL 60499-9991

UNITED STATES
POSTAL SERVICE

September 9, 1996

L P CONSULTING GROUP INC
10401 S 75TH AVE
PALOS HILLS, IL 60465-2015

**Subject: Notice to Proceed for Contract No. 162640-96-B-0098**
**LOBBY RENOVATION - Downers Grove, IL 60515-9998**

Mr. Richard Battaglin:

This letter is your authorization to proceed with the work in accordance with the terms and conditions of Contract No. 162640-96-B-0098. The contract requires completion within 60 calendar days after reciept of the Notice to Proceed. Please set your work schedule accordingly to avoid any delay.

All work reviews and contract administration will be under the direction of the project manager Lois Gunlogson. Ms Gunlogson has been designated the Contracting Officers' Representative. The COR is authorized to issue change orders, provided such changes do not involve a change in unit price, total contract price quantity, quality, or time.

Enclosed are Forms 4211-B to be completed for payments. To process a pay request, complete, sign and date form 4211-B and submit it with your supporting documents to the Contracting Officers' Representative.

Sincerely,

Robert A. Rigsby
Contracting Officer

Enclosures: 4211-B

UNITED STATES POSTAL SERVICE.

# Inde...ite Quantity Contract/Constru...ion

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 09/05/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-162208-C-343 | J30256 | 08/29/1996 | 30 days 60 RR |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 9/7/96 | ROBERT A RIGSBY [signature] | 9-9-96 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8500 | |
| Total Miscellaneous: | | $23,733.56 |
| Total Items Cost: | | $53,337.36 |
| Total Travel Cost: | | |
| Work Order Total for 20.00 | | $77,070.92 |
| Work Order History: | | |

Scope of Work:

CAUSE C-12 PREMIUM TIME 0/0 25 0/0

IQCCMAIN, October 1995

UNITED STATES POSTAL SERVICE

# Indefi e Quantity Contract/Constru on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DEMOLITION | | | | |
| 000 | 01 | AL1 | Hauling away debris | MP SUM | $85.00 | 1 | $85.00 |
| 010 | 60 | 021 | Provide protection from damage to personnel, furnish- ings, equipment, or building structure. Use tarps, plastic sheeting, or other appropriate methods. | SF | $0.39 | 1125 | $438.75 |
| 010 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | $0.26 | 5700 | $1,482.00 |
| 010 | 60 | 092 | Container dumpster, 30 yard load | EA | $276.25 | 3 | $828.75 |
| 091 | 50 | 003 | Remove existing plaster, lath, and suspended metal system. | SF | $0.75 | 828 | $621.00 |
| 092 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | $0.04 | 1560 | $62.40 |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | $0.93 | 100 | $93.00 |
| 092 | 50 | 019 | Finishing gypsum walls, tape, 2 coats, sand | SF | $0.20 | 1560 | $312.00 |
| | | | DOORS | | | | |
| 000 | 01 | AL2 | Peep hole for door | EA | $31.88 | 1 | $31.88 |
| 061 | 00 | 081 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. Rough carpentry. | HR | $17.44 | 80 | $1,395.20 |
| 081 | 00 | 001 | Remove door, or, re-install door. | EA | $10.61 | 2 | $21.22 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefi. e Quantity Contract/Constru. on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | DOORS | | | | |
| 081 | 00 | 002 | Remove frame, or, re-install frame. | EA | $35.80 | 1 | $35.80 |
| 081 | 00 | 003 | Remove all hardware, or, re-install all hardware. | EA | $15.47 | 8 | $123.76 |
| 081 | 00 | 009 | For vision lite, add. | EA | $38.25 | 2 | $76.50 |
| 081 | 00 | 036 | 3'0" X 7'0" | EA | $250.75 | 3 | $752.25 |
| 081 | 00 | 108 | 18 gage, drywall, up to 4 7/8" deep, 7'0" high, 3'0" wide, single | EA | $93.50 | 4 | $374.00 |
| 082 | 11 | 006 | Add for glazing. | SF | $44.20 | 6 | $265.20 |
| 082 | 11 | 015 | Wood door, commercial architectual door, oak, 3'0" X 7'0", 1-3/4" solid core, includes paint or stain to match existing. | EA | $340.34 | 2 | $680.68 |
| 082 | 11 | 017 | Weatherstrip door, wood on metal. | EA | $97.24 | 2 | $194.48 |
| 087 | 00 | 017 | Door floor stops, 1330 AE | EA | $22.10 | 2 | $44.20 |
| 087 | 00 | 023 | Kick plates, type 1225 | LF | $17.68 | 4 | $70.72 |
| 087 | 00 | 030 | Hinges, A5111 sizes, stainless steel, 4 ball bearing rings, 4 1/2 X 4 1/2 | PR | $83.98 | 7.5 | $629.85 |
| 087 | 00 | 092 | Lockset, heavy duty mortise, entrance, match existing. | EA | $133.48 | 5 | $667.40 |
| 087 | 00 | 094 | Entrance, door pull | EA | $68.07 | 1 | $68.07 |
| 087 | 00 | 096 | Flush bolts, concealed, either head or threshold | EA | $37.92 | 6 | $227.52 |
| 087 | 00 | 098 | Dead bolt lockset, cylindrical | EA | $66.12 | 1 | $66.12 |

* = Premium Price

Items Total $53,337.36

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefi ɹ Quantity Contract/Constru ɹn

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DRYWALL** | | | | |
| 091 | 50 | 025 | Plaster patch, includes scraping of all loose material, and prime with one coat | SF | $2.87 | 10 | $28.70 |
| 092 | 20 | 005 | Serrated channels, pressed into wall insulation (For fastening, use unit cost for item 09.2 20 004.) | LF | $0.44 | 200 | $88.00 |
| 092 | 20 | 013 | Corner bead | LF | $0.71 | 80 | $56.80 |
| 095 | 00 | 004 | Add for heavy duty suspension system. | SF | $0.13 | 1500 | $195.00 |
| 095 | 00 | 008 | Add for 3/4" thick ceiling board reveal edge. | SF | $0.44 | 1500 | $660.00 |
| 095 | 00 | 018 | Ceiling boards, mineral fiber, 2' x 2', or 2' x 4', 3/4" thick, reveal edge | SF | $1.12 | 1500 | $1,680.00 |
| 095 | 00 | 020 | Suspension systems, shadow line grid, 2' X 2' | SF | $1.11 | 1500 | $1,665.00 |
| 099 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | $0.19 | 150 | $28.50 |
| 158 | 90 | 005 | Fittings | LB | $10.61 | 100 | $1,061.00 |
| 159 | 10 | 02N | Flexible duct, and connections, includes labor | LF | $33.81 | 35 | $1,183.35 |
| 159 | 36 | 02N | Diffusers, ceiling, square damper, includes labor | EA | $92.82 | 7 | $649.74 |
| | | | **PAINTING** | | | | |
| 010 | 60 | 061 | Scaffolding, exterior or interior above 10' height, for quantities up to 5000 SF | SF | $0.13 | 4860 | $631.80 |
| 010 | 60 | 081 | Dust protection enclosure, using studs and 4 mil plastic | SF | $0.71 | 100 | $71.00 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefi. e Quantity Contract/Constru ɔn

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | PAINTING | | | | |
| 099 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | $0.19 | 11864 | $2,254.16 |
| 099 | 00 | 024 | Painting one coat on doors and frames | SF | $0.53 | 211 | $111.83 |
| 099 | 00 | 025 | Add for additional coats, per coat. | SF | $0.53 | 211 | $111.83 |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | $0.43 | 3032 | $1,303.76 |
| 099 | 00 | 055 | Painting interior walls and ceilings, roller work, prime + 2 coats | SF | $0.29 | 2688 | $779.52 |
| 099 | 00 | 060 | Painting masonry or concrete, brush, primer, + 1 coat latex | SF | $0.47 | 112 | $52.64 |
| 099 | 00 | 074 | Varnish, 1 coat + sealer on wood, no sanding included | SF | $0.26 | 138 | $35.88 |
| 099 | 00 | 077 | Sanding preparation for new paint finish | SF | $0.48 | 9744 | $4,677.12 |
| 099 | 00 | 079 | Stain wood surfaces, new work, moldings, windows, and doors. | SF | $0.15 | 138 | $20.70 |
| | | | ELECTRICAL | | | | |
| 020 | 12 | 016 | Minimum charge, for core drilling | JOB | $127.50 | 1 | $127.50 |
| 044 | 02 | 018 | Marble, removal of panels, base, etcetera, for reuse, includes cleanin | SF | $5.35 | 508 | $2,717.80 |
| 055 | 00 | 042 | Various fasteners, rail drives, 1/4" X 4" maximum | EA | $0.88 | 200 | $176.00 |
| 055 | 00 | 052 | Minimum charge, metal fabrication | JOB | $119.34 | 1 | $119.34 |
| 061 | 00 | 048 | Underlayment, 1/2" plywood | SF | $1.05 | 675 | $708.75 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefi e Quantity Contract/Constru on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | ELECTRICAL | | | | |
| 084 | 10 | 013 | Dismantle existing aluminum and glass storefront system, reconfigure and install at new location. | SF | $5.83 | 162 | $944.46 |
| 157 | 43 | F02 | Room thermostat, replace existing, pneumatic or electric. | EA | $97.24 | 4 | $388.96 |
| 158 | 24 | 002 | Ceiling fans, propeller, 56" | EA | $282.88 | 2 | $565.76 |
| 160 | 00 | 038 | Furnish and install three #12 THW wire. | LF | $0.53 | 60 | $31.80 |
| 160 | 00 | 040 | Furnish and install 1/2" EMT. | LF | $1.33 | 40 | $53.20 |
| 160 | 00 | 052 | Remove pendant flourescent fixture. (fixture, stem, outlet, 15' wiring maximum) | EA | $26.52 | 18 | $477.36 |
| 160 | 00 | 056 | Remove surface incandescent fixture. (fixture, outlet, 15' wire maximum) | EA | $13.26 | 2 | $26.52 |
| 160 | 00 | 082 | Furnish all labor, material, and equipment required to install a new "dedicated" electrical service from panel box to new scale locations. (includes mobilization) | LF | $11.22 | 6 | $67.32 |
| 160 | 10 | 001 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. ELECTRICAL WORK AS DEFINED IN THE 91-9 DOL STANDARDS IS $31.36.Hr WITH A 20% PROFIT MARGIN AND A MULTIPLIE | Hr | $29.29 | 24 | $702.96 |
| 160 | 20 | F04 | Remove 1/2" rigid conduit. | LF | $0.56 | 35 | $19.60 |
| 162 | 30 | 260 | Wiring devices, wall plates, stainless steel, single gang | EA | $4.29 | 2 | $8.58 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefi ₃ Quantity Contract/Constru ₃n

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **ELECTRICAL** | | | | |
| 162 | 30 | F01 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 1 thru 9) | EA | $59.31 | 7 | $415.17 |
| 162 | 30 | F05 | Wall switch in conduit system, outlet, device, plate, 15' wiring maximum (quantities 1 - 9) | EA | $49.59 | 5 | $247.95 |
| 162 | 30 | F09 | Wall junction box in conduit system, outlet, cover, 15' wiring maximum (quantities 1 - 9) | EA | $51.54 | 7 | $360.78 |
| 162 | 30 | F26 | Remove switch, outlet, device, plate, 15' wiring maximum. | EA | $11.54 | 12 | $138.48 |
| 162 | 30 | F27 | Remove duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | $13.85 | 6 | $83.10 |
| 162 | 30 | F28 | Remove 9" junction box, outlet, plate, 15' wiring maximum. | EA | $12.46 | 2 | $24.92 |
| 162 | 30 | F32 | Relocate duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | $57.37 | 3 | $172.11 |
| 166 | 10 | F04 | Surface fluorescent fixture, 1' X 4', 2 lamp, acrylic lens, fixture, outlet, 15' wiring maximum | EA | $125.43 | 9 | $1,128.87 |
| | | | **RESILIENT TILE** | | | | |
| 096 | 60 | 016 | Vinyl compostion tile | SF | $1.15 | 675 | $776.25 |
| 096 | 60 | 021 | Reducers, rubber or vinyl | LF | $2.87 | 6 | $17.22 |
| 096 | 60 | 026 | Vinyl base | LF | $1.45 | 84 | $121.80 |
| 096 | 60 | 027 | Add for special color, vinyl base. | LF | $0.09 | 84 | $7.56 |
| 096 | 60 | 028 | Flooring, epoxy, 1/4" thick, including prep of floor | SF | $4.86 | 50 | $243.00 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefi‹ › Quantity Contract/Constru‹ ›on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | RESILIENT TILE | | | | |
| 096 | 60 | 039 | Patch floor tile to match existing, level surface. | JOB | $57.46 | 1 | $57.46 |
| 096 | 60 | 045 | Leveling, with manufacturer's recommended products and grinding asphalt mastic floors to obtain a level surface | SF | $0.44 | 25 | $11.00 |
| | | | COUNTER | | | | |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | $7.78 | 42 | $326.76 |
| | | | BOXES | | | | |
| 062 | 00 | 003 | Demolition, including disposal, remove trim hoods, in-cluding fascias, baseboards, ceiling trim, chair rails, etcetera. | LF | $0.35 | 115 | $40.25 |
| 062 | 00 | 024 | Remove existing boxes, any type, tymporarily set them up, including all framing for temporary set up. | LF | $22.10 | 25 | $552.50 |
| 062 | 00 | 026 | USPS furnished 2900 series boxes | LF | $44.20 | 36 | $1,591.20 |
| 062 | 00 | 035 | Minimum charge, for millwork and/or trim removal | JOB | $44.20 | 1 | $44.20 |
| 062 | 00 | 050 | Post office box, base unit | LF | $11.54 | 48 | $553.92 |
| 071 | 11 | 014 | Caulking and sealants polysulfide compound, one or two component, in place, 1/2" X 1/4" | LF | $1.62 | 135 | $218.70 |
| | | | ROUGH CARPENTRY | | | | |
| 055 | 00 | 043 | Various fasteners, self drilling, self tapping fasten ers, 1/4" X 1-1/2" maximum | EA | $0.71 | 45 | $31.95 |
| 055 | 00 | 045 | Various fasteners, velocity headed pins, including power load up, 1/4" diameter, 3" long | EA | $0.66 | 50 | $33.00 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE

# Indefi e Quantity Contract/Constru on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | ROUGH CARPENTRY | | | | |
| 061 | 00 | 024 | Plywood sheathing, up to 200 SF of area, 1/2" plywood | SF | $2.21 | 96 | $212.16 |
| 061 | 00 | 026 | Plywood sheathing, up to 200 SF of area, 3/4" plywood | SF | $2.78 | 96 | $266.88 |
| 061 | 00 | 049 | Demolition of stud walls, 2 X 4, 2 X | LF | $0.22 | 175 | $38.50 |
| 061 | 00 | 071 | Remove existing lock box base, does not include boxes. | LF | $6.43 | 25 | $160.75 |
| 061 | 00 | 072 | Remove existing undercounter equipment, store in post office. | LF | $7.07 | 42 | $296.94 |
| 061 | 00 | 077 | Relocate letter drop. | EA | $26.52 | 2 | $53.04 |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $25.47 | 80 | $2,037.60 |
| 062 | 00 | 021 | Molding, installation | LF | $0.88 | 80 | $70.40 |
| 062 | 00 | 062 | Molding, miscellaneous, custom pine, or cedar, nominal 1" X 3" | LF | $1.11 | 80 | $88.80 |
| 091 | 11 | 003 | Over 100 LF of wall to constructon project, 3 1/2' 20 gauge stud | LF ST | $2.43 | 730 | $1,773.90 |
| 091 | 11 | 008 | Bridging cost, per lineal foot | LF | $0.44 | 100 | $44.00 |
| 092 | 50 | 023 | Finishing metal stud partition, including 25 gauge by 3 5/8" metal studs and runner channels, 1/2" gypsum board, finished both sides, for walls up to 12' high | LF | $20.51 | 275 | $5,640.25 |

* = Premium Price

Items Total $53,337.36

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefi e Quantity Contract/Constru on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.00 | 08/29/1996 |

| Work Description | Facility Location |
|---|---|
| LOBBY RENOV, HANDICAP/DRS | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | LOBBY DESKS | | | | |
| 062 | 00 | 005 | Optional service counters, with plastic laminate counters and fronts, does not include returns, or cabinets 2 or 6 | LF | $110.50 | 12 | $1,326.00 |

| * = Premium Price | Items Total | $53,337.36 |
|---|---|---|

IQCCITEM, October 1995

DOWNERS GROVE SITE VISIT 10/2/96

BMEU AREA COMPLETED.

IRT WORKSTATION INSTALLED AS IS THE CUSTOMER COUNTER.

THE POST OFFICE HAS INSTALLED CARPETING AND INSTALLED BUMPERS ON THE OUTSIDE WALLS OF THE BMEU.

POST OFFICE ALSOIN THE PROCESS OF PAINTING THE VESTIBULE AREA WHICH WAS NOT COVERED IN THE WORK ORDER.

DOWNERS GROVE SITE VISIT ON 10/3/96

CARPENTERS HAD REMOVED EXISTING P O BOX SECTION TO BEGIN FRAMING OF THE NEW SECTION.

PROBLEM WITH WALLS. WILL HAVE A STRUCTURAL ENGINEER ON SITE TO REVIEW.

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

3 October 1996

Ms. Lois Gunlogson
Admin. Svcs.
6801 W. 73rd. St.
Bedford Park , Il. 60499-9991

Subject : Downers Grove P.O. Contract Number 162640-96- b-0098.
Project Status Update.

As discussed in the field 10-2-96, attached is a construction schedule based on the original completion date. Due to the Differing Site Conditions we are notifying you per clause G. 3 of our contract. As soon as the appropriate drawings are available for our pricing and scheduling the additional time please forward them to us.

We also need additional electrical information as discussed with Mr. Fernandez. Should we be selected to provide this info. we will include these costs in the modification.

Due to the delay in determining the site condition we have had to leave the job site. However, we can begin demolition in the customer service lobby so to avoid additional delays. We will begin this demolition on Monday , October 7th unless directed otherwise in writing. Please notify any Postal personnel of our intentions.

As you are aware this is a unit price contract and we have begun to identify all quantities of the items shown in our work order. This is in response to the Contracting Officers' letter 9-9-96 ; Lobby Renovation Guidelines, Changes or Modifications during construction. Should you have any questions call us at 708 - 599 - 9407.

Sincerely,

Richard Battaglin
V. President

10401 South 75th Avenue • Palos Hills, IL 60465 • Phone (708) 599-9407 •
Fax (708) 233-1836

U.S. POSTAL SERVICE
DOWNERS GROVE P.O.

# CONSTRUCTION PROGRESS CHART

CONTRACTOR
L.P. CONSULTING GP, INC.

CONTRACT NUMBER
162640-96-B-0098

NOTES: Numbers on this sheet to correspond to numbers on estimate sheet.
SCHEDULED: Give realistic planned schedule for full term of the contract. Never change!
REVISED: Should only occur when a Modification or a time extension is approved.
ACTUAL: Give the actual as of date submitted. It is always to be updated as of A/E Contractor meeting date and pay request date.

NOTICE TO PROCEED DATE: 9 SEPT. 1996
TOTAL ACTUAL COMPLETE
TOTAL SCHEDULED COMPLETE

| NO. | CONTRACT DESCRIPTION | MONTH | SEPT. | | | OCTOBER | | | | NOVEMBER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Wk. of | 9/13 | 9/20 | 9/27 | 10/4 | 10/11 | 10/18 | 10/25 | 11/1 | 11/8 | 11/15 | 11/22 | 11/29 |
| | DEMOLITION | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | MAIL VESTIBULE | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | LOCK BOXES | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | CUSTOMER SERVICE LOBBY (A) | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | 1ST SIDE SERVICE LOBBY (B) | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | ELECTRICAL | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |
| | | SCHED. | | | | | | | | | | | | |
| | | REVISE | | | | | | | | | | | | |
| | | ACTUAL | | | | | | | | | | | | |

# NSTRUCTION PROGRESS CHART

U.S.P.S.
DOWNERS GROVE, IL.

to correspond to numbers on estimate sheet.
ed schedule for full term of the contract. Never changed
hen a Modification or a time extension is approved.
date submitted. It is always to be updated as of A/E
ate and pay request date.

| NOTICE TO PROCEED DATE | SCHEDULED COMPLETION DATE |
|---|---|
| 9 SEPT. 1996 | 29 NOV. 1996 |
| TOTAL ACTUAL COMPLETE % | DATE |
| TOTAL SCHEDULED COMPLETE % | 3 OCT. 1996 |

| OCTOBER | | | NOVEMBER | | | | | % of Act. Comp. |
|---|---|---|---|---|---|---|---|---|
| 10/11 | 10/18 | 10/25 | 11/1 | 11/8 | 11/15 | 11/22 | 11/29 | |

UNITED STATES POSTAL SERVICE.

# Facility and Fixed Mechanization Project Contract Payment Authorization

4211 B

| Date | Control Number |
|---|---|
| 10-4-96 | |

Installation Name
DOWNERS GROVE - MAIN OFFICE (162208-G01)
DOWNERS GROVE, IL 60515-9998

Description of Work
LOBBY RENOV, DOCK ENCLOSED AND DOORS.

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-162208-C-343 | 162640-96-B-0098 | | 161550 | J30256 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 16,800.00 |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 77,070.92 |
| 2. Approved Change Amount | $ -0- |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 77,070.92 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 16,800.00 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 16,800.00 |
| 7. Previous Payment Amount | $ -0- |
| 8. Amount of this payment (Lines 6 - 7) | $ 16,800.00 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE
PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment

Invoice Received/Acceptance Date: 10-4-96

[ ] Final Payment

PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By [signature] Date Signed 10/3/96

Title V. PRESIDENT

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By | Date Signed

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment [signature] Lori A. Gunlagen | Date Signed 10-3-96

Contracting Officer Name and Signature
ROBERT A RIGSBY [signature]
Date Signed 10-4-96

Prepared By
BETTY L CHEARS
(708)563-7224

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
ROBERT A RIGSBY
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

ADMINISTRATIVE SERVICES
CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

October 4, 1996

RICH BATTAGLIN
L P CONSULTING GROUP INC
10401 S 75TH AVE
PALOS HILLS, IL 60465-2015

SUBJECT: Downers Grove Contract # 162640-96-B-0098

Due to unforeseen site conditions on the customer service side of the lobby, Mr. Fernandez has informed the Postal Service to not proceed in this area until his structural engineer provides a condition report.

Your crew can proceed with the demolition of the steel framed structure above where the existing boxes were located.

The P O Box section needs to be completed and functional before any demolition work is started in the customer service lobby. We need to minimize as much inconvenience to our postal customers as we can.

Thank you in advance for your cooperation.

Sincerely,

Robert A. Rigsby
Contracting Officer

cc: Lois Gunlogson

6801 W 73RD ST
BEDFORD PARK, IL 60499-9991

FAX: (708) 563-7204

THE STRUCTURAL SHOP LTD CONSULTING ENGINEERS

502 ZENITH DRIVE GLENVIEW, ILLINOIS 60025 (847) 298 2660 (847) 298 5112 FAX

October 9, 1996 96484

Mr. Andy Fernandez
Fernandez and Associates
826 Lincoln Lane
LaGrange Highlands, IL 60525

Re: Curtiss Street Post Office Renovation
Downers Grove, Illinois

Dear Mr. Fernandez:

On October 9, 1996, at your request and in your presence, Frank A. Gusinde Jr., a licensed Structural Engineer in the State of Illinois with thirty-six years of design, evaluation and construction experience, made an inspection of the renovation work in progress at the referenced site. The purpose of the inspection was to evaluate the structural validity of an interior partition wall to be removed.

Based on our inspection of the partition's construction and measurements on the first floor, where the wall is located, and in the basement, it is our opinion that this entire partition is non-loading, has no structural significance and can be removed without fear of structural repercussions.

If there are any questions with regard to this report or if we can be of further service to you in any way, please do not hesitate to contact us.

Sincerely,

THE STRUCTURAL SHOP LTD

Frank A. Gusinde Jr.
Licensed Structural Engineer
State of Illinois

DOWNERS GROVE SITE VISIT 10/10/96

STORE FRONT FRAMING AND GLASS HAD BEEN REMOVED TO ALLOW CONTRACTOR TO COMPLETE BOX SECTION.

STEEL FRAMING FROM ORIGINAL BOX SECTION HAD BEEN REMOVED AS WELL AS DEMOLITION OF THE CINDER BLOCK/CLAY WALLS. ( A STRUCTURAL ENGINEER SURVEYED THE SITE FOR SUPPORT COLUMNS AND ISSUED A LETTER TO PROCEED WITH DEMOLITION.)

TOOK PICTURES OF EXISTING CONDITIONS TO SHOW PROGRESS.

AT THE TIME OF THE VISIT BOTH CARPENTERS WERE WORKING ON REMOVING THE CLAY TILE FROM WHERE THE DROPS AND VENDING MACHINE WERE LOCATED.

52 STEEL STUDS FOR NEW BOX SECTION.

REMOVED 7' W X 14' H CINDER BLOCK WALL
3' W X 7' H (OLD DOOR ENTRY)
6' W X 14' H CINDER BLOCK WALL
6' W X 14'H CINDER BLOCK WALL

REMOVED MARBLE FROM CUSTOMER LOBBY UP TO THE WOOD PARTITION WHERE NEW STORE FRONT WILL BE PLACED.

POST OFFICE HAD LOCK CHANGED ON VESTIBULE TO ACCOMODATE THE MCM VENDING MACHINE. THIS COST WAS $200.00.

DOWNERS GROVE SITE VISIT 10/11/96

VISITED SITE ON FRIDAY AT 2:30PM.

FRAMINING FOR PO BOX SECTION WAS NEAR COMPLETION WORKERS INDICATED THAT THEY WOULD BE DONE BY 5PM.

MARBLE AND WALL WHERE QUICK POST WILL BE WAS CLEARED WITH ONLY EXISITING ELECTRICAL CONDUIT EXPOSED.

WORKERS HAD INDICATED BUT WERE NOT SURE THAT THEY WOULD BE WORKING THE HOLIDAY ON MONDAY OCT 14.

POSTMASTER MADE ARRANGEMENTS WITH THE MAIL HANDLERS TO INSURE THAT THE WORKERS COULD GET IN AND THAT EMPLOYEES WOULD BE THERE TILL 6PM.

DOWNERS GROVE SITE VISIT 10/14/96 (POST OFFICE HOLIDAY)

VISITED DOWNERS GROVE 1:30PM.

WORKERS MUST HAVE OPTED NOT TO WORK. MAILHANDLERS HAD NOT SEEN THE WORKERS ALL DAY. THEY WERE TOLD BY THE POSTMASTER THAT THEY MAY BE ON SITE ON MONDAY.

TOOK PICTURES AND INSPECTED SITE.

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

4 November 1996

Mr. Bob Rigsby, Manager
Admin. Services
6801 W 73rd St.
Bedford Park, Il. 60499-9991

Mr. Rigsby :

As we discussed, here is a contract update. The following are new W.O.'s we have received since May, 1996.

For So. Suburban area: New Lenox, Downers Grove.

For Peoria area: Princeton.

For Springfield area: None.

All previous work was thru Paul Stiener who scoped several facilities prior to departing in March 1996. Since that time only the above have been issued.

Our carpentry portion on all outstanding projects with Paul Steiner have been completed and / or may be awaiting various subcontract completion.

Sincerely,

Richard Battaglin

10401 South 75th Avenue ▪ Palos Hills, IL 60465 ▪ Phone (708) 599-8107 ▪
Fax (708) 933-1886

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

November 5, 1996

**RICH BATTAGLIN**
**L P CONSULTING GROUP INC**
**10401 S 75TH AVE**
**PALOS HILLS, IL 60465-2015**

Mr. Battaglin:

This is in response to your letter dated November 4, 1996. All current projects including those awaiting subcontractors must be completed along with the submission of the Contractors Release for final payment. This does not include Downers Grove and Princeton where work is currently being performed.

We appreciate your update and will continue to fulfill our obligation to all the IQC's who have been issued contracts.

Thank you in advance for your cooperation.

Sincerely,

Robert A. Rigsby
Contracting Officer

6801 W 73RD STREET
BEDFORD PARK, IL 60499

# Facility and Fixed Mechanization Project Contract Payment Authorization

Date: 11/07/1996
Control Number: JE73539

Installation Name
DOWNERS GROVE - MAIN OFFICE (162208-G01)
DOWNERS GROVE, IL 60515-9998

Description of Work
LOBBY RENOV,DOCK ENCLOSED AND DOORS.

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-162208-C-343 | 162640-96-B-0098 | 01 | 161550 | J30256 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 21,735.46 |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 77,070.92 |
| 2. Approved Change Amount | $ -0- |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 77,070.92 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl value of material received this period. Attach Invoices) | $ 38,535.46 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 38,535.46 |
| 7. Previous Payment Amount | $ 16,800.00 |
| 8. Amount of this payment (Lines 6 - 7) | $ 21,735.46 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment
Invoice Received/Acceptance Date: 11/7/96
[ ] Final Payment
PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract,
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code, and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 11/7/96
Title: V. PRESIDENT

**Architect-Engineer Representative**

For Construction Contracts, in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By: Date Signed:
A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 11/7/96

Contracting Officer Name and Signature: ROBERT A RIGSBY [signature]
Date Signed: 11-7-96

Prepared By
BETTY L CHEARS
(708)563-7224

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
ROBERT A RIGSBY
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

DRAFT

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96 B 0098 | Lock box + quick post | | | 11/13/6 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| DOWNERS GROVE P.O. Rework Front Framing | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| 6-4J-162208-C-343 | J30256 | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>LOIS GUNLOGSON |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | 1436.24 |

| ITEM NUMBER | | | DESCRIPTION | | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| ~~045~~ | ~~20~~ | ~~008~~ | ~~Needle Masonry, incl. Shoring~~ | ~~(Per Sketch)~~ | ~~EA~~ | ~~205.00~~ | ~~2~~ | ~~353.6~~ |
| ~~042~~ | ~~00~~ | ~~055~~ | ~~Min. Charge, Masonry Demolition~~ | ~~(Per Sketch)~~ | ~~JB~~ | ~~200.00~~ | ~~1~~ | ~~170.00~~ |
| 034 | 47 | 013 | Misc. Hourly Labor Mason | (~~Per Sketch~~) | HR | 34.07 | 8 OR | 231.65 |
| 042 | 00 | 005 | Demo. Conc. Blk Walls | (Service Lockbox Lobby) | SF | 1.56 | 325 | 881.79 |
| 042 | 00 | 008 | Toothing Removal | (Service Lockbox Lobby) | EA | 10.40 | 12 OR | 106.08 |
| ~~051~~ | ~~20~~ | ~~001~~ | ~~Project w/1000 LB of Steel~~ | ~~(Per Sketch)~~ | ~~LB~~ | ~~3.12~~ | ~~500~~ | ~~1325~~ |
| ~~051~~ | 20 | 007 | Removal of Struct. Stl. | (Lockbox Lobby) | LB | .17 | 900 OR | 135.00 |
| ~~055~~ | ~~00~~ | ~~016~~ | ~~Steel Lintels~~ | ~~(Per Sketch)~~ | ~~LB~~ | ~~.67~~ | ~~50~~ | ~~28.56~~ |
| ~~055~~ | ~~00~~ | ~~032~~ | ~~Torch Cutting~~ | ~~(Per Sketch)~~ | ~~LF~~ | ~~7.28~~ | ~~4~~ | ~~24.76~~ |
| ~~055~~ | ~~00~~ | ~~034~~ | ~~1/4" Welding~~ | ~~(Per Sketch)~~ | ~~LF~~ | ~~6.41~~ | ~~10~~ | ~~53.76~~ |
| ~~055~~ | ~~00~~ | ~~037~~ | ~~Anchor Bolts 1/2" Dia~~ | ~~(Per Sketch)~~ | ~~EA~~ | ~~3.90~~ | ~~4~~ | ~~13.28~~ |
| ~~055~~ | ~~00~~ | ~~052~~ | ~~Min. Charge, Metal Fab.~~ | ~~(Per Sketch)~~ | ~~JB~~ | ~~140.40~~ | ~~1~~ | ~~119.34~~ |
| 061 | 00 | 081 | Misc. Rough Carpentry | (Masonry Corner Det.) | HR | 20.52 | 16 OR | 279.09 |
| ~~011~~ | ~~69~~ | ~~101~~ | ~~Fire Protection, Front Del. Works~~ | ~~(Welding)~~ | ~~SF~~ | ~~.26~~ | ~~50~~ | ~~72.00~~ |
| NEG | | | ~~Rework Front Framing~~ | (Lockbox & Quick Post) | JOB | ~~650~~ | 1 .50 | ~~552.50~~ |
| ~~010~~ | ~~20~~ | ~~021~~ | ~~Remove Protection~~ | ~~(Lockbox Demo)~~ | ~~SF~~ | ~~.45~~ | ~~560~~ | ~~218.4~~ |
| 091 | 50 | 003 | Remove Exst. Plaster. | (Quick Post & Lockbox) | SF | .88 | 114 OR | 85.50 |
| 087 | 00 | 018 | Door Wall Stops | (Mail Vest.) | EA | 10.40 | 3 OR | 26.52 |
| 091 | 50 | 025 | Plaster Patch Twill out | (Wall North Lockbox) | SF | 3.38 | 14 OR | 40.18 |
| 092 | 20 | 006 | Main Runner Channels | (For Ceiling) | LF | 1.24 | 300 | 315.00 |
| 092 | 50 | 014 | Corner Bead | | LF | 1.09 | | |
| 092 | 50 | 011 | Drywall 5/8" | | SF | .08 | | |
| 092 | 50 | 019 | Finishing | | SF | .28 | | |
| 033 | 50 | 001 | Conc. Patch | (Floor Areas where Walls Removed) | SF | 8.32 | 90 | 636.34 |

| ATTACHMENTS: | | |
|---|---|---|
| NEGO - Complete Steel Lintel — JOB #2000.00 | SUBTOTAL | VERIFY ~~3698.31~~ |
| | MULTIPLIER | ~~.8718~~ |

REPLACE WIRE mold (Flex

96 B 0098 | DOWNERS GROVE | 11/13/96

| NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| EQUIPMENT | | 30 | HEATER (IN MALL VESTIBULE) | LS | 276.47 | 1 | 235.00 |
| 033 | 00 | 010 | CHIPPING (@ OLD BOXLINE & OFFICE & SVM) | SF | 9.36 | 90 | 716.40 |
| ~~6~~ | ~~50~~ | ~~005~~ | ~~LAYING OF ASPH. PLANK FLOOR~~ (AREAS @ WALL REMOVED) | ~~SF~~ | ~~2.70~~ | | ~~SEE ADDENDUM FOR 150 SF~~ |
| 091 | 11 | 003 | 3½" 20 GA. STUD — COMBINED | LF ST | 2.~~86~~ 43 | 1775 | ~~1500~~ ~~3646.50~~ 4313.25 |
| ~~77~~ | ~~50~~ | ~~023~~ | ~~55 GA. METAL STUD~~ | ~~LF~~ | ~~2.13~~ | ~~1775~~ | |
| 096 | 50 | 010 | ASPH. PLANK FLOORING (AREAS WHERE MASONRY WALLS ARE REMOVED) | S.F | 1.71 | | SEE ADDENDUM |
| 160 | 00 | 061 | REMOVE 3/4" CONDUIT (INSIDE TO OF COUNTER SOFFIT) | LF | .81 | 42 | 57.90 |
| 160 | 20 | F06 | REMOVE WIREMOLD (TOP OF COUNTER SOFFIT) | LF | .66 | 58 | 32.48 |
| 160 | 20 | F01 | REMOVE 3 WIRE #12. | LF. | .18 | 100 | 15.00 |
| 158 | 24 | 005 | SPEED CONTROLLER (FOR FANS) | EA. | 36.40 | 2 | ~~30.94~~ 61.88 |
| 162 | 30 | F31 | RELOCATE WALL SWITCH (AT WICKET DOOR) | EA | 56.62 | 5 | 240.65 |
| 162 | 30 | F07 | WALL TELEPHONE OUTLET | EA | 60.63 | 2 | 103.08 |
| 162 | 30 | F28 | REMOVE JUNCTION BOX | EA | 14.66 | 4 | 49.84 |
| 160 | 00 | 040 | PROVIDE ½" CONDUIT | LF | 1.66 | 80 | 106.40 |
| 160 | .00 | 041 | PROVIDE 3/4" CONDUIT | LF | 2.08 | 56 | 99.12 |
| 160 | 10 | ~~001~~ | ~~MISC. ELECTRICAL LABOR~~ (LOUVERS @ BOXLINE WICKET AREA TO BE COMBINED) | HR | 34.46 | 16 | 468.64 |
| 166 | 10 | F03 | (USE FOR CV1 As SPECIFIED IN RETAIL LOBBY BOOK) RECESSED | EA | 155.58 | 7 | 925.68 |
| 166 | 10 | F04 | (USE FOR CV3) RECESSED " | EA | 147.57 | 2 | 250.88 |
| 160 | 00 | 033 | (USE FOR Y.R1) RECESSED " | EA | 312.00 | 4 | 1060.80 |
| 160 | 00 | 021 | (USE FOR Z.R2) DRYWALL " | EA | 410.80 | 9 | 3,142.62 |
| 160 | 00 | 072 | (USE FOR A.A.R3) LAY-IN " | EA | 239.20 | 23 | 4676.36 |

PER 11/6/96

SUBTOTAL THIS PAGE — ~~10056.39~~

SUBTOTAL FROM PREVIOUS PAGE(S) — ~~5055.24~~ ~~5004.10~~ Labor

CATES NON-WORKING HOUR PRICES

SUBTOTAL — ~~CV1 290.22~~

MULTIPLIER — ~~CV3 44.37 88.74~~ includes bulb

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL — ~~YR1 122.34 489.36~~

Incl. ~~ZR2 155.00 1,403.46~~

~~ZZ2 105.95~~ 9,436.85

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 96 B 0098 | | | 20101 | 11/13/6 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| DOWNERS GROVE P.O. | | |

| PROJECT AUTHORIZATION NO. | ~~CHANGE CODE~~ | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| 6-4J-162208-C-343 | J30256 | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SVCS.<br>LOIS GUNLOGSON |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| | ITEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| X | 045 | 20 | 008 | NEEDLE MASONRY, INCL. SHORING (PER SKETCH) | EA | 209.00 | 2 | 353.6[illegible] |
| X | 042 | 00 | 035 | MIN. CHARGE, MASONRY DEMOLITION (PER SKETCH) | JOB | 200.00 | 1 | 170.00 |
| * | 034 | 17 | 013 | MISC. HOURLY LABOR MASON ~~(PER SKETCH)~~ | HR | 34.07 | 8 | 231.6[illegible] |
| | 042 | 00 | 005 | DEMO. CONC. BLK WALLS (SERVICE & LOCKBOX LOBBY) | SF | 1.56 | 663 | 881.7[illegible] |
| | 042 | 00 | 008 | TOOTHING REMOVAL (SERVICE & LOCKBOX LOBBY) | EA | 10.40 | 12 | 106.0[illegible] |
| X | 051 | 20 | 001 | PROJECT W/1000 LB OF STEEL (PER SKETCH) | LB | 3.12 | 500 | 1,325.[illegible] |
| * | 051 | 20 | 007 | REMOVAL OF STRUCT. STL. (LOCKBOX LOBBY) | LB | .17 | 900 | 135.0[illegible] |
| X | 055 | 00 | 016 | STEEL LINTELS (PER SKETCH) | LB | .67 | 50 | 28.50 |
| X | 055 | 00 | 032 | TORCH CUTTING (PER SKETCH) | LF | 7.28 | 4 | 24.76 |
| X | 055 | 00 | 034 | 1/4" WELDING (PER SKETCH) | LF | 6.91 | 10 | 58.70 |
| X | 055 | 00 | 037 | ANCHOR BOLTS 1/2" DIA (PER SKETCH) | EA | 3.90 | 4 | 13.28 |
| X | 055 | 00 | 052 | MIN. CHARGE, METAL FAB. (PER SKETCH) | JOB | 140.40 | 1 | 119.34 |
| | 061 | 00 | 081 | MISC. ROUGH CARPENTRY (MASONRY CORNER DET.) | HR | 20.52 | 16 | 279.0[illegible] |
| X | 011 | 69 | F01 | FIRE PROTECTION, FROM HOT WORKS (WELDING) | SF | .28 | 50 | 12.00 |
| | 000 | 02 | A01 | REWORK FRONT FRAMING (LOCKBOX & QUICK POST) | LS | 1300 | 1 | 1,105.[illegible] |
| ? | 010 | 60 | 021 | PROVIDE PROTECTION (LOCKBOX DEMO.) | SF | .46 | 560 | 218.[illegible] |
| | 091 | 50 | 003 | REMOVE EXIST. PLASTER. (QUICK POST & LOCKBOX) | SF | .88 | 114 | 85.5[illegible] |
| | 087 | 00 | 018 | DOOR WALL STOPS (MAIL VEST.) | EA | 10.40 | 3 | 26.52 |
| | 091 | 50 | 025 | PLASTER PATCH TWIN ANT (WALL NORTH LOCKBOX) | SF | 3.38 | 14 | 40.18 |
| | 092 | 20 | 006 | MAIN RUNNER CHANNELS (FOR CEILING) | LF | 1.24 | 300 | 315.0[illegible] |
| | 092 | 50 | 014 | CORNER BEAD. | LF | 1.09 | | |
| | 092 | 50 | 011 | DRYWALL 5/8" | SF | .05 | | |
| | 092 | 50 | 019 | FINISHING | SF | .23 | | |
| | 033 | 50 | 001 | CONC. PATCH (FLOOR AREAS WHERE WALLS REMOVED) | SF | 8.32 | 90 | 636.3[illegible] |

| ATTACHMENTS: | | |
|---|---|---|
| | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

| 96 B 0098 | | Down...s Grove | 11/13/96 |
|---|---|---|---|

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | | TOTAL $ |
|---|---|---|---|---|---|---|---|
| IEC | 00 | 030 | HEATER (IN MAIL VESTIBULE) | LS | 276.47 | 1 | 235.00 |
| 33 | 00 | 010 | CHIPPING (@ OLD BOX LINE & OFFICE & SVM) | SF | 9.36 | 90 | 716.40 |
| 6 | 50 | 005 | LAYING OF ASPH. PLANK FLOOR (AREAS @ WALL REMOVAL) | SF | 2.70 | | |
| 11 | 11 | 003 | 3½" 20 GA. STUD | LF ST | 2.86 | | |
| 12 | 50 | 023 | 25 GA. METAL STUD | LF | 24.13 | | |
| 16 | 50 | 010 | ASPH. PLANK FLOORING (AREAS WHERE MASONRY WALLS ARE REMOVED) | SF | 1.71 | | |
| 0 | 00 | 061 | REMOVE ¾" CONDUIT (INSIDE TO OF COUNTER SOFFIT) | LF | .81 | 42 | 57.90 |
| 0 | 20 | F06 | REMOVE WIRE MOLD (TOP OF COUNTER SOFFIT) | LF | .66 | 58 | 32.48 |
| 0 | 20 | F01 | REMOVE 3 WIRE #12. | LF. | .18 | 100 | 15.00 |
| 8 | 24 | 005 | SPEED CONTROLLER (FOR FANS) | EA | 36.40 | 1 | 30.94 |
| 2 | 30 | F31 | RELOCATE WALL SWITCH (AT WICKET DOOR) | EA | 56.62 | 5 | 240.65 |
| 2 | 30 | F07 | WALL TELEPHONE OUTLET | EA | 60.63 | 2 | 103.08 |
| 2 | 30 | F28 | REMOVE JUNCTION BOX | EA | 14.66 | 4 | 49.84 |
| 0 | 00 | 040 | PROVIDE ½" CONDUIT | LF | 1.56 | 80 | 106.40 |
| 0 | .00 | 041 | PROVIDE ¾" CONDUIT | LF | 2.08 | 56 | 99.12 |
| 0 | 10 | 001 | MISC. ELECTRICAL LABOR (LOUVERS @ BOX LINE WICKET AREA) | HR | 34.46 | 16 | 468.64 |
| 6 | 10 | F03 | (USE FOR CV1 AS SPECIFIED IN RETAIL LOBBY BOOK) RECESSED | EA | 155.58 | 7 | 925.68 |
| 6 | 10 | F04 | (USE FOR CV3) RECESSED " | EA | 147.57 | 2 | 250.88 |
| 0 | 00 | 033 | (USE FOR Y.R1) RECESSED " | EA | 312.00 | 4 | 1060.80 |
| 0 | 00 | 021 | (USE FOR 2.R2) DRYWALL " | EA | 410.80 | 9 | 3,142.62 |
| 0 | 00 | 012 | (USE FOR A.A.R 3) LAY-IN " | EA | 239.20 | 23 | 4,676.36 |

Cores closest to furnishing and installing the light

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

| | | |
|---|---|---|
| RATES FOR NON-WORKING HOUR PRICES | SUBTOTAL | |
| | MULTIPLIER | |
| [ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT | TOTAL | |

Lock Box – Studs

384
48
84
98
614

Channels
43
43

Light Trough
Frame 24, 6 — 30
120, 10, 15 — 145
Channel 40 — 40

QuickPost

~~380~~
NCM 280
~~130~~
130
Frame 6 — 6
Channels 13
19
32

Wall By Wicket Door 48 — 48
Wicket Door 24 — 24

Retail Store Studs

336 – Slatwall
168 "N" Wall
196
126
28
70 – "W" Wall
126
1,050

Channels
62
34
26
4
12
24
162

Retail Store Soffit / Channel
480 / 64

Retail Store Light Soffit
Frame 31, 9 — 40
178, 51 — 229
Channel 72

BMGU
76
Channels 24, 18 — 42

Channel Opening Retail Store
24

Full Service Soffit
90
Channel 24

Screen Line Soffit
100
Channel 25

Meter Walls
84
Channel 10

Office 70
21
8" 420

84
595

Channel 8
20

10
14

+ 70
+ 70

Corner Bead
RENT A BOX

| LF | Vertical | |
|---|---|---|
| | 14 | 9 |
| | 9 | 7 |
| | 7 | 7 |
| 105 | 7 | 7 |
| | 7 | 9 |
| | 7 | 9 |
| | 7 | 14 |
| | 7 | 14 |
| | 7 | 7 |
| | 7 | 7 |
| | 7 | 7 |
| | 7 | |

Horizontal CB

Lock Box = 62
8
66
10

Quick Post - 13
MCM - 4
Grille - 64
Soffit & Lgh 37.5
Fullservice - 48
Screen - 48

183
14
197

Pocket - 8

368.5

NEW CEILING Grid
27.5 x 15 = 412
1.5 x 7.5 = 11
23 x 6 = 138
3 x 24 = 72
17 x 9 = 153
6 x 3 = 18
804

Retail

72 = 1261 = 53
55 = 55
50

Ceiling Tile
40
27
286
x4
1144

33 x 5 = 165 — Box Lobby

58 - 5 = 53

Total = 969 -

BMEU Base
9x4 = 36
9x2 = 18
2x2 = 4
58

Base Store & office
5 10
6 10
12 1
7
8 67
8

Base
79 = outer lobby
40
2
6
44
5
5
4
6
2
10
1

40
13
8
21
25
27
29
41

Marble

3.5 x 33 = 115
3.5 x 17 = 59
1 x 50 = 50
4 x 7 = 28
2 x 7 = 14
4 x 7 = 28

Box lobby 9.5 x 8 = 76
2. x 8 16
4 x 8 32
1 x 24 24
4 x 8 32

Total 474

126
36
126

4.42

Demo Block WAll

133
28
56
56
175
448

Floor

23 x 19 = 437

SERVICE COUNTER SOFFIT DRYWALL

2.4 X 5 X 2 = 240

SCREEN LINE SOFFIT

25 X 7 X 2 = 350

WING WALLS } Meter SETTING
3 X 7 X 4 = } 84

6 X 7 X 2 = BACK WALL soffit 84

---

FOLDING GRILLE

32 X 5 X 2 350
Folding Grille RETURN = 5 X 7 35

---

NEW office

14 X 14 X 2 - 21 = 371

N office wall

10 X 7 X 2 140
4 X 7 X 2 56

---

6.5 X 7 = 45

29 X 1.5 = 43 soffit (Store)
8 X 1.5 = 12
38 X 1.5 = 57

---

window Soffit
8 X 5 = 40

TOTAL 5,116
+ 266
+ 13
+ 60
5,455

Store FRONT HEADER
16 X 1.5 = 24

24 X 1.5 = 36

14 x 9 126
7 x 4 } Box SECTION 28
~~32~~
8 x 24 192
14 x 4 56
14 x 4 56

14 x 9 } QUICK POST 126

~~41 x 7~~ } RETAIL Lobby
3½ x 41 } 143.50

091 728.~~50~~ SF

New Box Lobby

5.25 x 8 x 2 = 21
32 x 8 x 2 = 512
4 x 14 x 2 - CORNER = 112

39 x 12 = 468

Light Trough
2 x 38 = 76
38 x 5 = 190

6.33 x 2 x 7 = QuickPost = 88
5 x 7 x 2 = NCM = 70

Light Trough
6.5 x 2 = 13

2 x 7 x 2 = Wicket Door side Panel = 28
3 x 8 x 2 = side Panel = 48

New Retail Lobby

EST WALL
29 x 14 x 2 = 812

North WALL
10 x 14 = 140
7 x 14 = 98
Closet 17 x 14 = 238

5 x 14 = 70

EAST WALL
6 x 14 x 2 = 168
12 x 14 x 2 = 336

= 3209

ADMINISTRATIVE SERVICES
BEDFORD PARK IL 60499-9991

UNITED STATES POSTAL SERVICE

November 14, 1996

L P CONSULTING GROUP INC
10401 S 75TH AVE
PALOS HILLS, IL 60465-2015

**Subject: DOWNERS GROVE LOBBY RENOVATION**
**Contract No. 162640-96-B-0098 Work Order # 20.00**

Mr. Richard Battaglin:

Due to the unforeseen site conditions that have occurred, I am currently in the process of reviewing your Contract/Work Order, including Mod submitted by you dated 11/13/96, to determine how the unfinished work will be accomplished.

I have tentatively scheduled a review, on November 25, 1996 at 10:00am, in the Administrative Services Conference Room, please plan to attend.

Effective immediately, do not perform any further painting of walls, doors, etc. unless authorized to do so by the Contracting Officer or the Contracting Officer Representative. Please be reminded, (REF: September 9, 1996 Notice to Proceed) that the Contracting Officer Representative is authorized to issue change orders, provided such changes do not involve a change in unit price, **total contract price quantity**, quality or time.

Only the Contracting Officer can authorize work, that will increase the total contract price for this project. Any preliminary work, including Work Order #20 that will increase the total contract price, such as, contacts, mobilization of work forces, material/equipment orders, planning and subcontracting, is done at your own risk and is not the responsibility of the U. S. Postal Service.

Should you have any questions regarding this, please feel free to contact Lois Gunlogson at (708) 563-7760.

Sincerely,

Robert A. Rigsby
Contracting Officer

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

15 November 1996

Mr. Bob Rigsby, Manager
Admin. Svcs.
6801 W. 73rd. St.
Bedford Park , Il. 60499-9991

Subject : Downers Grove P.O. Contract Number 162640-96-B-0098. W.O. 20
Clause C.2 a. Suspension and Delay

Mr. Rigsby:

We understand your concern regarding the site conditions and the lack of funding to complete this project as intended. As directed by yourself we have strived to keep the construction costs under 100K, which it is, tho our contractual limit is 250K.

Based on your direction in your letter dated 11-14-96, we will have to suspend our work, per the subject clause. We will submit the proper claim for costs to re-mobilize prior to returning to the site.

Also be advised ( Ref: 10-3-96 Electrical design) that no extended duct work layout has been provided in our W.O. or stated on the drawings for the Postal Store or Full Service areas. The ceiling work cannot begin in these areas until this work is completed. Once a duct design layout is available (duct sizing for CFM, damper sizes and locations, anchorings,etc.) we will be happy to provide a price to complete this work.
As for Parag. 3 & 4 of your letter please review Clause G.20 Changes.

Sincerely,

Richard Battaglin
V. President

10401 South 75th Avenue • Palos Hills, IL 60465 • Phone (708) 599-9407 •
Fax (708) 233-1826

DOWNERS GROVE SITE VISIT 11/18/97

VISITED SITE AT APPROX. 1:15PM . NO WORKERS WERE ON SITE. NO ONE NOTIFIED DG OR MYSELF THAT THE WORKERS WOULD NOT BE ON SITE.

DOWNERS GROVE SITE VISIT 11/19/97

WITHOUT NOTIFICATION TO THE CONTRACTING OFFICER OR POST OFFICE THE WORKERS WERE PULLED OFF. NO EXPLANATION AT THIS TIME.

CONTRACTOR HAS PULLED WORKERS UNTIL WRITTEN NOTICE FROM POST OFFICE REGARDING STATUS OF WORK.

ADMINISTRATIVE SERVICES
BEDFORD PARK IL 60499-9991

UNITED STATES
POSTAL SERVICE

November 20, 1996

L P CONSULTING GROUP INC
10401 S 75TH AVE
PALOS HILLS, IL 60465-2015

**Subject:** **DOWNERS GROVE LOBBY RENOVATION**
**Contract No. 162640-96-B-0098 Work Order # 20.00 & Proposed Mod dated 11/13/96**

Mr. Richard Battaglin:

This memo is intended to serve as instruction for you to immediately proceed with the continuation of the above mentioned project per our meeting on Nov. 20, 1996. It is understood by both parties that you are to proceed with the work as outlined in our conversation until a revised Work Order and Mod are issued for execution.

Your original Work Order #20 and proposed Mod will now total approximately $55,000.00, as compared to the initial amount of $77,070.92. Please understand that these numbers are approximated and will be finalized as soon as **all** outstanding costs are obtained.

Should you have any questions regarding this, please feel free to contact Los Gunlogson at (708) 563-7760.

Sincerely,

Robert A. Rigsby
Contracting Officer

DOWNERS GROVE SITE VISIT 11/25/97

THE PROJECT IS MOVING SLOWLY. THE WORKERS HAVE INDICATED THAT THEY WILL NOT BE WORKING WED. THUR. AND FRI DUE TO THE THANKSGIVING HOLIDAY. THERE SEEMS TO BE NO URGENCY TO GET THE JOB DONE.

WE INTENDED ON HAVING THE FULL SERVICE OPEN BY THANKSGIVING SO THE CUSTOMERS AND THE POST OFFICE WOULD NOT BE INCONVENIENCED.

CENTRAL ILLINOIS DISTRICT

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL P356 191 351
RETURN RECEIPT

December 19, 1996

Richard Battaglin
L P Consulting Group Inc
10401 S 75th Avenue
Palos Hills IL 60465-2015

SUBJECT: IQC CONTRACT #162640-96-B-0098
Downers Grove Post Office W.O. 20.00

Dear Mr. Battaglin:

Please find attached work order modification 20.02 for subject contract. This work order modification is sent to you in duplicate with the request that you acknowledge receipt by signing both copies, and returning them Attention: Robert A. Rigsby.

If you have any questions, please give me a call at (708) 563-7200.

Sincerely,

For Robert A. Rigsby
Contracting Officer

Attachment

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708/563-7200
FAX: 708/563-7204

UNITED STATES POSTAL SERVICE.

# Inde ite Quantity Contract/Constr ion

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4J-162208-C-343 | J30256 | 12/06/1996 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| L P CONSULTING GROUP INC<br>10401 S 75TH AVE<br><br>PALOS HILLS IL 60465-2015 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 12/9/96 | ROBERT A RIGSBY [signature] | 12-18-96 |

**Attachments:**

**Summary of this Work Order:**

| | | |
|---|---|---|
| Default Multiplier: | 0.8500 | |
| Total Miscellaneous: | | $-14,526.01 |
| Total Items Cost: | | $-2,046.06 |
| Total Travel Cost: | | |
| Work Order Total for 20.01 | | ($16,572.07) |
| Work Order History: | 20.00: $77,070.92, | |

**Scope of Work:**

UNITED STATES POSTAL SERVICE.

# Inde[illegible]te Quantity Contract/Constr[illegible]on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DEMOLITION** | | | | |
| 010 | 60 | 071 | Move furniture, cases, cabinets, and other equipment to and from storage areas to accomplish the work. This does not apply when moving items 6 feet or less. | SF | $0.26 | -5700 | $-1,482.00 |
| 010 | 60 | 092 | Container dumpster, 30 yard load | EA | $276.25 | 3 | $828.75 |
| 061 | 00 | 081 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. Rough carpentry. | HR | $17.44 | -80 | $-1,395.20 |
| 082 | 11 | 017 | Weatherstrip door, wood on metal. | EA | $97.24 | -2 | $-194.48 |
| 091 | 50 | 003 | Remove existing plaster, lath, and suspended metal system. | SF | $0.75 | -100 | $-75.00 |
| 092 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | $0.04 | -1560 | $-62.40 |
| 092 | 50 | 019 | Finishing gypsum walls, tape, 2 coats, sand | SF | $0.20 | -1560 | $-312.00 |
| | | | **DRYWALL** | | | | |
| 095 | 00 | 004 | Add for heavy duty suspension system. | SF | $0.13 | -528 | $-68.64 |
| 095 | 00 | 008 | Add for 3/4" thick ceiling board reveal edge. | SF | $0.44 | -528 | $-232.32 |
| 095 | 00 | 018 | Ceiling boards, mineral fiber, 2' x 2', or 2' x 4', 3/4" thick, reveal edge | SF | $1.12 | -528 | $-591.36 |

* = Premium Price

Items Total ($2,046.06)

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indef 'e Quantity Contract/Constru )n

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **DRYWALL** | | | | |
| 095 | 00 | 020 | Suspension systems, shadow line grid, 2' X 2' | SF | $1.11 | -528 | $-586.08 |
| 159 | 36 | 02N | Diffusers, ceiling, square damper, includes labor | EA | $92.82 | 2 | $185.64 |
| | | | **PAINTING** | | | | |
| 010 | 60 | 061 | Scaffolding, exterior or interior above 10' height, for quantities up to 5000 SF | SF | $0.13 | -1556 | $-202.28 |
| 099 | 00 | 017 | Paint plaster, dry wall, woodwork, per coat. | SF | $0.19 | 11864 | $-2,254.16 |
| 099 | 00 | 024 | Painting one coat on doors and frames | SF | $0.53 | -211 | $-111.83 |
| 099 | 00 | 025 | Add for additional coats, per coat. | SF | $0.53 | -211 | $-111.83 |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | $0.43 | -3032 | $-1,303.76 |
| 099 | 00 | 055 | Painting interior walls and ceilings, roller work, prime + 2 coats | SF | $0.29 | -2688 | $-779.52 |
| 099 | 00 | 060 | Painting masonry or concrete, brush, primer, + 1 coat latex | SF | $0.47 | -112 | $-52.64 |
| 099 | 00 | 074 | Varnish, 1 coat + sealer on wood, no sanding included | SF | $0.26 | -138 | $-35.88 |
| 099 | 00 | 077 | Sanding preparation for new paint finish | SF | $0.48 | -9744 | $-4,677.12 |
| 099 | 00 | 079 | Stain wood surfaces, new work, moldings, windows, and doors. | SF | $0.15 | -138 | $-20.70 |

| | | |
|---|---|---|
| * = Premium Price | Items Total | ($2,046.06) |

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE. Inde te Quantity Contract/Constr on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **ELECTRICAL** | | | | |
| 061 | 00 | 048 | Underlayment, 1/2" plywood | SF | $1.05 | -180 | $-189.00 |
| | | | **RESILIENT TILE** | | | | |
| 096 | 60 | 016 | Vinyl compostion tile | SF | $1.15 | -180 | $-207.00 |
| 096 | 60 | 039 | Patch floor tile to match existing, level surface. | JOB | $57.46 | -1 | $-57.46 |
| | | | **BOXES** | | | | |
| 062 | 00 | 050 | Post office box, base unit | LF | $11.54 | -12 | $-138.48 |
| | | | **ROUGH CARPENTRY** | | | | |
| 061 | 00 | 049 | Demolition of stud walls, 2 X 4, 2 X | LF | $0.22 | -175 | $-38.50 |
| 061 | 00 | 072 | Remove existing undercounter equipment, store in post office. | LF | $7.07 | -42 | $-296.94 |
| 092 | 50 | 023 | Finishing metal stud partition, including 25 gauge by 3 5/8" metal studs and runner channels, 1/2" gypsum board, finished both sides, for walls up to 12' high | LF | $20.51 | -275 | $-5,640.25 |
| | | | **LOBBY DESKS** | | | | |
| 062 | 00 | 005 | Optional service counters, with plastic laminate counters and fronts, does not include returns, or cabinets 2 or 6 | LF | $110.50 | -12 | $-1,326.00 |
| 062 | 00 | 008 | Service counter, plastic laminate counter, use this when counter top is only required. | LF | $44.20 | 12 | $530.40 |
| | | | **FLOOR** | | | | |
| 033 | 00 | 010 | Shallow chipping of concrete, to 2" minimum, to repairdeteriorated area | SF | $7.96 | 90 | $716.40 |

* = Premium Price

Items Total ($2,046.06)

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indef  'e Quantity Contract/Constru  on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **FLOOR** | | | | |
| 033 | 50 | 001 | Special placed finish, including patching, and coating | SF | $7.07 | 90 | $636.30 |
| 042 | 00 | 008 | Toothing removal of masonry, (This will be used where an existing opening is to be closed leaving no evidence of opening.) See detail 6/3, block. | EA | $8.84 | 12 | $106.08 |
| | | | **MISC** | | | | |
| 034 | 17 | 013 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. MASONS IN COOK COUNTY ARE COMPENSATED AT THE RATE OF $31.00Hr WITH A 20% MARK UP AN D AMULTIPLIER OF .91 T | HR | $28.96 | 8 | $231.68 |
| 042 | 00 | 005 | Demolition of brick walls, up to 12" thick | SF | $3.76 | 328 | $1,233.28 |
| 051 | 20 | 007 | Removal of structural steel | LB | $0.14 | 900 | $126.00 |
| 061 | 00 | 081 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. Rough carpentry. | HR | $17.44 | 16 | $279.04 |
| 087 | 00 | 018 | Door wall stops, 1326 | EA | $8.84 | 3 | $26.52 |
| 091 | 11 | 003 | Over 100 LF of wall to constructon project, 3 1/2' 20 gauge stud | LF ST | $2.43 | 1775 | $4,313.25 |

* = Premium Price

Items Total ($2,046.06)

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indef e Quantity Contract/Constru n

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | MISC | | | | |
| 091 | 50 | 003 | Remove existing plaster, lath, and suspended metal system. | SF | $0.75 | 114 | $85.50 |
| 091 | 50 | 025 | Plaster patch, includes scraping of all loose material, and prime with one coat | SF | $2.87 | 14 | $40.18 |
| 092 | 20 | 006 | Main runner channels, including hanger wire | LF | $1.05 | 300 | $315.00 |
| 092 | 50 | 011 | Add for 5/8" fire code, or water resistant gypsum drywall. | SF | $0.04 | 0 | $.00 |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | $0.93 | 0 | $.00 |
| 092 | 50 | 019 | Finishing gypsum walls, tape, 2 coats, sand | SF | $0.20 | 0 | $.00 |
| 096 | 50 | 010 | Asphalt plank floor, 1/2" thick, 1' X 2' tiles, as manufactured by Johns Manville company | SF | $1.45 | 0 | $.00 |
| 158 | 24 | 005 | Speed controller, one unit | EA | $30.94 | 2 | $61.88 |
| 160 | 00 | 021 | Furnish and install lighting fixture "M" complete withmaximum of 6' conduit and 15' of wiring to a J-box on the ceiling. | EA | $349.18 | 9 | $3,142.62 |
| 160 | 00 | 033 | Furnish and install lighting fixture "Y" complete withwiring connection to J-box on the wall. | EA | $265.20 | 4 | $1,060.80 |
| 160 | 00 | 040 | Furnish and install 1/2" EMT. | LF | $1.33 | 80 | $106.40 |
| 160 | 00 | 041 | Furnish and install 3/4" EMT. | LF | $1.77 | 56 | $99.12 |

* = Premium Price

Items Total ($2,046.06)

IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Inde' 'te Quantity Contract/Constr 'on

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | MISC | | | | |
| 160 | 00 | 061 | Remove 3/4" rigid conduit. | LF | $0.69 | 42 | $28.98 |
| 160 | 00 | 072 | Furnish and install size 0 motor starter or contactor. | EA | $203.32 | 23 | $4,676.36 |
| 160 | 20 | F01 | Remove #12 wire, three wires. | LF | $0.15 | 100 | $15.00 |
| 160 | 20 | F06 | Remove wiremold raceway No. 500. | LF | $0.56 | 58 | $32.48 |
| 162 | 30 | F07 | Wall telephone outlet in conduit system, outlet, plate, 15' wiring maximum (quantities 1 - 9) | EA | $51.54 | 2 | $103.08 |
| 162 | 30 | F28 | Remove 9" junction box, outlet, plate, 15' wiring maximum. | EA | $12.46 | 4 | $49.84 |
| 162 | 30 | F31 | Relocate wall switch, outlet, device, plate, 15' wiring maximum. | EA | $48.13 | 5 | $240.65 |
| 166 | 10 | F03 | Surface fluorescent fixture, 2'X 4', 4 lamp, acrylic lens, fixture, outlet, 15' wiring maximum. | EA | $132.24 | 7 | $925.68 |
| 166 | 10 | F04 | Surface fluorescent fixture, 1'x4', 2 T-8 lamps, acrylic lens, high energy with electronic energy saving balance, fixture, outlet, 15 feet wiring maximum. | EA | $99.93 | 2 | $199.86 |

| * = Premium Price | Items Total | ($2,046.06) |
|---|---|---|

IQCCITEM, October 1996

UNITED STATES POSTAL SERVICE.

# Ind ite Quantity Contract/Const ion

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-96-B-0098 | LOIS A GUNLOGSON | Base Year | 20.01 | 12/06/1996 |

| Work Description | Facility Location |
|---|---|
| LOCKBOX AND QUICK POST | DOWNERS GROVE, IL - MAIN OFFICE |

List of Negotiated Items:

| | |
|---|---|
| HANDICAP SIGN 9"X9" ACCESSIBLE ENTRANCE. PRICE $429.00 QTY-1 | $-52.00 |
| REMOVE WOOD WAINSCCOT COUNTERWALL. PRICE $5.20 QTY-304 | $-14,220.00 |
| INSTALL POSTAL FURNISHED CASE WORK. PRICE $429.00 . QTY-2 | $-858.00 |
| RELOCATE PHONE OUTLET. PRICE $57.95. QTY-14 | $-811.30 |
| REMOVE MARBLE BASE AND STORE. PRICE $18.50 QTY-102 | $-1,887.00 |
| DUMPSTER SUPPLY AND HAUL CHARGE PRICE 351.75 QTY-3 | $1,055.25 |
| DUMPSTER HAUL CHARGE. PRICE 101.82 QTY 3 | $-305.46 |
| REWORK FRONT FRAMING (P O BOX SECTION) | $552.50 |
| COMPLETE STEEL LINTEL QTY - JOB | $2,000.00 |

Total of Negotiated Items: ($14,526.01)

Travel Expenses:

| | |
|---|---|
| Per Diem Amount | $.00 |
| Lodging Amount | $.00 |
| Other Expense | $.00 |
| Mileage Amount | $.00 |
| Travel Amount Subtotal: | |

Work Order Total: $-16,572.07