# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

| Date | Control Number |
|---|---|
| 12-12-96 | JE 75085 |

Installation Name
DOWNERS GROVE - MAIN OFFICE (162208-G01)
DOWNERS GROVE, IL 60515-9998

Description of Work
LOBBY RENOV,DOCK ENCLOSED AND DOORS.

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-162208-C-343 | 162640-96-B-0098 | 02 | 161550 | J30256 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 16,464.54 |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 77,070.92 |
| 2. Approved Change Amount | $ 0 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 77,070.92 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 55,000.00 |
| 5. Amount of Retainage | $ 0 |
| 6. Sub Total (Line 4-5) | $ 55,000.00 |
| 7. Previous Payment Amount | $ 38,535.46 |
| 8. Amount of this payment (Lines 6 - 7) | $ 16,464.54 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment

Invoice Received/Acceptance Date: 12/5/96

[ ] Final Payment

PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 12/5/96

Title: V. PRESIDENT

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By: Date Signed:

A-E Representative Title, Company, Address

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 12-12-96

Contracting Officer Name and Signature: ROBERT A RIGSBY [signature] Date Signed: 12-18-96

Prepared By
BETTY L CHEARS
(708)563-7224

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
ROBERT A RIGSBY
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

PS Form 4211B, October 1995 - 20260-6425, Rev 8.00

DOWNERS GROVE SITE VISIT 12/26/97

VCT TILE WAS LAYED THIS WEEK IN FULL SERVICE AREA.

MEN WERE WORKING ON THE QUICKPOST AREA FRAMING.

**L. P. Consulting Group, Inc.**

*Construction Services*

*FBE/WBE*

7 January 1997

Ms. Lois Gunlogson
Admin. Services
6801 W. 73rd St.
Bedford Park, Il 60499-9991

Lois . C9'

Subject : Downers Grove P.O. Tile Warranty

FILE

Dear Lois :

We are submitting to you, regarding the subject facility an additional one year warranty on the vinyl floor tile area, called the full service area.

This warranty is limited to this floor area only, and does not include maintenance of any type. This warranty is governed in its entirety by Section C,Clause 7 ; a,b,c, & d of the I.Q.C. Contract.

Feel free to contact us at 708-599-9407 if you have any questions.

Sincerely,

Richard Battaglin
V. President

cc: Bob Rigsby

10401 South 75th Avenue ▪ Palos Hills, IL 60465 ▪ Phone (708) 599-9407 ▪
Fax (708) 233-1826

**4211B**

## Facility and Fixed Mechanization
## Project Contract Payment Authorization

Date: 01/10/1997
Control Number: JE70774

Installation Name
DOWNERS GROVE - MAIN OFFICE (162208-G01)
DOWNERS GROVE, IL 60515-9998

Description of Work
LOBBY RENOV,DOCK ENCLOSED AND DOORS.

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-162208-C-343 | 162640-96-B-0098 | 03 | 161550 | J30256 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 19,065.55 |

1-10-97 [illegible]

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 77,070.92 |
| 2. Approved Change Amount | $ -3,005.37 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 74,065.55 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl value of material received this period. Attach invoices) | $ 74,065.55 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 74,065.55 |
| 7. Previous Payment Amount | $ 55,000.00 |
| 8. Amount of this payment (Lines 6 - 7) | $ 19,065.55 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment
Invoice Received/Acceptance Date: 1/9/97
[ ] Final Payment
PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By: [signature] Date Signed: 1/9/97
Title: V. PRESIDENT

**Architect-Engineer Representative**

For Construction Contracts, in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By / Date Signed

A-E Representative Title, Company, Address

Sent 1/10/97

**Design/Construction Management Representative**

Recommended For Payment: [signature] Date Signed: 1/10/97

Contracting Officer Name and Signature: ROBERT A RIGSBY [signature] Date Signed: 1-10-97

Prepared By
BETTY L CHEARS
(708) 563-7224

Approving Official Title, Address, and Phone Number (708) 563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
ROBERT A RIGSBY
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

DOWNERS GROVE SITE VISIT 01/09/97

MET WITH ARCHITECT AND STRUCTURAL ENG REGARDING THE REMOVAL OF THE STEEL BEAM. THE ENG INDICATED THAT HE COULD HAVE IT REMOVED BY JAN. 22, 1997.

THE CONTRACTOR MADE STATEMENTS REGARDING THAT IF HE WERE GIVEN OTHER WORK TO DO THAT HE WOULD NO LONGER PURSUE PAYMENTS AND INCREASES. HE ALSO INDICATED THAT ONE OF HIS WORKERS IS OUT OF WORK BECAUSE THE POST OFFICE HASN'T ISSUED ANY WORK ORDERS FOR HIM.

THE CONTRACTOR ALSO MADE STATEMENTS TO THE ARCHITECT THAT HE SHOULD HAVE KNOWN ABOUT THE HIDDEN STRUCTURES AND THAT HE FAILED TO DO HIS JOB.

DOWNERS GROVE SITE VISIT 01/14/97

NO WDORK BEING PERFORMED ON SITE. CONTACTED CONTRACTOR (BATAGLIN) REGARDING WORK STOPPAGE. HE INDICATED THAT HIS PEOPLE HAD NO WORK UNTIL THE STEEL STRUCTURE WAS MOVED.

TAPING AND SANDING COULD HAVE BEEN PERFORMED ON WORK ROOM FLOOR SIDE.

DOWNERS GROVE SITE VISIT 01/23/97

STEEL STRUCTURE RELOCATED. THIS HAS GIVEN THE CUSTOMER AN UNOBSTRUCTED OPENING TO ENTER THE SERVICE AREA.

NO WORK WAS PERFORMED BETWEEN JAN 13-17, 1997. THIS HAS REALLY DELAYED OPENING THIS AREA TO THE CUSTOMERS. THE POST OFFICE HAS MDE ARRANGEMENTS TO CONTINUE TO SERVICE THROUGH THE OFFICE AREA IAND IN THE LOBBY USING 3 WORK STATIONS.

THE NEW AREA LOOKS NICE AND SHOULD ELIMINATE CONGESTION AT THE WINDOWS AS THE OLD LOBBY DID. THE NEW EQUIPMENT SUCH AS IRT STATIONS AND NEW SCREEN LINE DWILL IMPOVE THEIR OPERATIONS GREATLY.

WILL MEET WITH MIDWEST INTERIORS ON 1/24/97 REGARDING THE CARPETING FOR THE CUSTOMER LOBBY AREA.

# Facility and Fixed Mechanization Project Contract Payment Authorization

4211B

| Date | Control Number |
|---|---|
| 1-30-97 | JE73143 |

Installation Name
DOWNERS GROVE - MAIN OFFICE (162208-G01)
DOWNERS GROVE, IL 60515-9998

Description of Work
LOBBY RENOV,DOCK ENCLOSED AND DOORS.

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-162208-C-343 | 162640-96-B-0098 | BC | 161550 | J30256 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 6,053.27 |

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 77,070.92 |
| 2. Approved Change Amount | $ 3,047.90 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 80,118.82 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl value of material received this period. Attach Invoices) | $ 80,118.82 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 80,118.82 |
| 7. Previous Payment Amount | $ 74,065.55 |
| 8. Amount of this payment (Lines 6 - 7) | $ 6,053.27 |

Payee Name and Address:
L P CONSULTING GROUP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment | Invoice Received/Acceptance Date 1/28/97 | [ ] Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract,
(b) The current payment shown herein is now due and has not been previously paid,
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code, and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By [signature] Date Signed 1/28/97

Title V. PRESIDENT

**Architect-Engineer Representative**

For Construction Contracts, in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By | Date Signed

A-E Representative Title, Company, Address

pend. to pasi 2/3/97

**Design/Construction Management Representative**

Recommended For Payment [signature] Date Signed 1-30-97

Contracting Officer Name and Signature
ROBERT A RIGSBY [signature]
Date Signed 1-31-97

Prepared By
BETTY L CHEARS
(708) 563-7224

Approving Official Title, Address, and Phone Number (708) 563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
ROBERT A RIGSBY
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

DOWNERS GROVE SITE VISIT 01/29/97

MET WITH A. FERNANDEZ ,ARCHITECT AND RICH BATTAGLIN CONTRACTOR TO GO OVER FINAL MOD AND PUNCH LIST ITEMS.

FIELD MEASURING WAS CONDUCTED REGARDING STUDS AND CEILING.

ALL AMOUNTS MEASURED WERE AGREED UPON BY ALL PARTIES.

THE STOREFRONT IS SCHEDULED TO BE PUT UP ON FEB 3, 1997 BY KANKAKEE GLASS AT 7AM.

NOTIFIED POSTMASTER REGARDING THE GLASS SO SHE COULD NOTIFY FIRM CALLERS PICKING UP THEIR MAIL DURING THIS TIME. SHE WILL REROUTE HER CUSTOMERS SO THERE WILL BE NO INTERFERENCE.

UNITED STATES POSTAL SERVICE.

# Facility and Fixed Mechanization Project Contract Payment Authorization

**4211B**

| Date | Control Number |
|---|---|
| 02/20/97 | JE 76623 |

Installation Name
DOWNERS GROVE - MAIN OFFICE (162208-G01)
DOWNERS GROVE, IL 60515-9998

Description of Work
LOBBY RENOV, DOCK ENCLOSED AND DOORS.

| Project Authorization Number | Contract Number | Change Code | B/A Finance Number | FMS Project Number |
|---|---|---|---|---|
| 6-4J-162208-C-343 | 162640-96-B-0098 | 03 | 161550 | J30256 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC | 86125 | 5BC | 2,107.33 |

Contractors copy

**Progress Payment Summary**

| | |
|---|---|
| 1. Initial Contract Amount | $ 77,070.92 |
| 2. Approved Change Amount | $ 5,155.23 |
| 3. Total Contract Amount to Date (Lines 1 + 2) | $ 82,226.15 |
| 4. Value of Work Completed to Date (Attach supporting data - Incl. value of material received this period. Attach Invoices) | $ 82,226.15 |
| 5. Amount of Retainage | $ -0- |
| 6. Sub Total (Line 4-5) | $ 82,226.15 |
| 7. Previous Payment Amount | $ 80,118.82 |
| 8. Amount of this payment (Lines 6 - 7) | $ 2,107.33 |

Payee Name and Address:
LP CONSULTING GRP INC
10401 S 75TH AVE

PALOS HILLS IL 60465-2015

Invoice Description:

[X] PPA Applies to This Payment | Invoice Received/Acceptance Date 2/20/97 | [X] Final Payment | PDC Use Only: VDR Code:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC1001

By [signature] Date Signed 2/20/97
Title V. PRESIDENT

**Architect-Engineer Representative**

For Construction Contracts; in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By | Date Signed

A-E Representative Title, Company, Address

FILE

**Design/Construction Management Representative**

Recommended For Payment Lois Gunlogson | Date Signed 2-21-97

Contracting Officer Name and Signature
ROBERT A RIGSBY [signature]
Date Signed 2-27-97

Prepared By
BETTY L CHEARS
(708)563-7224

Approving Official Title, Address, and Phone Number (708)563-7202
CENTRAL ILLINOIS
6801 W 73RD ST
BEDFORD PARK IL 60499-9991

Contact Person
LOIS A GUNLOGSON
CENTRAL IL DISTRICT
6801 W 73RD STREET
BEDFORD IL 60449-9991

959

CENTRAL ILLINOIS DISTRICT

UNITED STATES POSTAL SERVICE

October 7, 1998

Joyce Blakley Paralegal Specialist
USPS-Civil Practice Section-Law Dept
475 L-Enfant Plaza SW
Washington DC 20260

RE: L. P. Consulting Group Inc

Dear Ms. Blakley:

This responds to the FOIA request from L.P. Consulting Group, Inc. dated April 13, 1998. The charge for this information is $185.00, please collect in advance.

| NAME | BIDS | WRITTEN NOTICE OF RECORD |
|---|---|---|
| Berwick | 4 | Yes |
| Hoopeston | 3 | Yes |
| Downers Grove | 2 | Yes |
| Brookfield Ramp | 3 | Yes |
| Aroma Park | No bids | No award |
| Beaverville | No bids | No award |
| Bradley Ramp | 4 | Yes |
| East Lynn | 1 (unsolicited bid) | No award |
| Momence Ramp | 3 | Yes |
| Papineau | No bids | No award |
| St. Anne | No bids | No award |
| Union Hill | No bids | No award |

Sincerely,

Robert A. Rigsby
Contracting Officer

in

Battaglia DEP. EX. NO. 75
FOR I.D., AS OF 6/11/04

6801 WEST 73RD STREET
BEDFORD PARK IL 60499-9991
708-563-7200
FAX 708-563-7204


WEST ELEVATION
DOOR ELEVATION
RAMP FLOOR PLAN
GENERAL NOTES AND SPECIFICATIONS
RAMP FOUNDATION PLAN
RAMP SECTION
TYPICAL HANDRAIL AND RAMP SECTION
961
A.M. FERNANDEZ & ASSOCIATES
ARCHITECTS - ENGINEERS
826 LINCOLN LANE
LAGRANGE HIGHLANDS, IL 60525
708-579-5191
UNITED STATES POSTAL SERVICE
ADMINISTRATIVE SERVICES
6801 WEST 73RD STREET
BEDFORD PARK IL. 60499-9991
PROJECT TITLE & NUMBER
BROOKFIELD U.S. POST OFFICE
ARCHITECT-ENGINEER NAME
SEAL
DRAWING TITLE
BROOKFIELD U.S. POST OFFICE
DRAWING No. 1
DATE
REVISION
A.1




WEST ELEVATION

SCALE : 1/4" = 1'- 0"




NOTE: FIELD VERIFY ALL DOOR DIM.

# DOOR ELEVATION

SCALE : 1/2" = 1'- 0"




# RAMP FLOOR PLAN

NORTH

SCALE : 1/4" = 1'- 0"

## GENERAL NOTES AND SPECIFICATIONS

ALL FOOTINGS ARE DESIGNED FOR A MIN. OF 3000 P.S.F. SOIL BEARING PRESSURE

ALL CONCRETE TO HAVE A MIN. ULTIMATE COMPRESSIVE STRENGTH OF 3000 P.S.I. @ 28 DAYS

ALL CONCRETE CONSTRUCTION TO BE IN ACCORDANCE WITH ACI 318-83.

ALL CONCRETE TO BE RAEDY MIX ASTM C90.

ALL REINFORCING STEEL TO BE ASTM A615 GRADE 60.

PROVIDE OUTSIDE CORNER BARS IN WALLS USING SAME SIZE AND SPACING AS HORIZONTAL REINFORCING.

LAP CONTINUOUS BARS 36 DIA. U.N.O. AND STAGGER ALL SPLICES.

REBARS TO BE PLACED IN ACCORDANCE WITH ACI 531 SEC. 11.32.2.

MORTAR TO BE PORTLAND CEMENT - LIME MORTAR ASTM C-270 TYPE M COLOR TO MATCH EXISTING.

JOINT REINFORCEMENT WIRE TO BE "DUR-O-WAL" TRUSS TYPE OR EQUAL 8 GA. WIRE SPACED AS INDICATED ON DRAWINGS.

GROUT TO HAVE F'C = 3000 P.S.I. @ 28 DAYS.

FACE BRICK TO BE LAID UP IN COMMON RUNNING BOND WITH FLUSH JOINTS, COLOR TO MATCH EXISTING BRICK.

RESTORE ALL AREAS BY CONSTRUCTION WITH BLACK DIRT AND SOD AS REQUIRED

ALL TRADES TO CONFORM TO ALL STATE, LOCAL, ENVIRONMENTAL AND REGULATORY CODES APPLYING TO THIS PRODUCT.

ALL CONTRACTORS TO VERIFY EXISTING CONDITIONS AND DIMENSIONS PRIOR TO BIDDING OR EXECUTION OF ANY WORK.

REPORT ANY AND ALL DISCREPANCIES TO THE U.S.P.S. DESIGN PERSONNEL AT ONCE.

USE FIGURED DIMENSIONS ONLY. DO NOT SCALE DRAWINGS.

DO NOT MAKE ANY CHANGES TO THESE DRAWINGS OR SPECIFICATIONS WITH OUT THE EXPRESS WRITTEN CONSENT OF U.S.P.S. DESIGN PERSONNEL.




# RAMP FOUNATION PLAN

NORTH

SCALE : 1/4" = 1'- 0"




A.M. FERNANDEZ & ASSOCIATES
ARCHITECTS — ENGINEERS
826 LINCOLN LANE
LAGRANGE HIGHLANDS, IL 60525
708-579-5191

POSTAL SERVICE
...ATIVE SERVICES
...EST 73RD STREET
...PARK IL. 60499-9991

PROJECT TITLE & NUMBER — SEAL
BROOKFIELD U.S. POST OFFICE
ARCHITECT-ENGINEER NAME




UNITED STATES POSTAL SERVICE U.S. MAIL

UNITED STATES ...
ADMINISTRATI...
6801 WEST 7...
BEDFORD PARK...

DRAWING TITLE
BROOKFIELD U.S. POST OFFICE
DRAWING No. 1
DATE REVISION

A.1

DATE 6-13-96
SHEET 1 OF 1
REVISION

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/19/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 8-4J-165232-C-911 | J46227 | 02/08/1999 | 90 days |

| Contractor | U.S. Postal Service |
|---|---|
| SOMERS CO INC<br>1802 17TH AVE<br>KENOSHA WI 53140-1628 | CENTRAL ILLINOIS<br>6801 W 73RD ST<br>BEDFORD PARK IL 60499-9991 |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 2-19-99 | ROBERT A RIGSBY [signature] | 2-24-99 |

Attachments:

Summary of this Work Order:

| | | |
|---|---|---|
| Default Multiplier: | 0.8900 | |
| Total Miscellaneous: | | $4,043.72 |
| Total Items Cost: | | $30,851.91 |
| Total Travel Cost: | | |
| Work Order Total for 4.00 | | $34,895.63 |
| Work Order History: | | |

Scope of Work:

IQCCMAIN, October 1996

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **MISC** | | | | |
| 000 | 03 | AL8 | Premium time at 20% of total dollar value for section of work requiring adjustment. | % | $0.1780 | 14983 | $2,666.97 |
| 010 | 60 | 061 | Scaffolding, exterior or interior above 10' height, for quantities up to 5000 SF | SF | $0.1335 | 5000 | $667.50 |
| 010 | 60 | 062 | Scaffolding, exterior or interior above 10' height, for quantities over 5000 SF | SF | $0.0890 | 7000 | $623.00 |
| 010 | 60 | 081 | Dust protection enclosure, using studs and 4 mil plastic | SF | $0.7387 | 2706 | $1,998.92 |
| 010 | 60 | 092 | Container dumpster, 30 yard load | EA | $289.2500 | 3 | $867.75 |
| | | | **WOOD & PLASTIC** | | | | |
| 061 | 00 | 077 | Relocate letter drop. | EA | $27.7680 | 2 | $55.54 |
| 061 | 00 | 080 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. Misc hourly labor for 3 men @ 60hrs and Misc hourly labor to trace and locate circuit | HR | $26.6644 | 76 | $2,026.49 |
| 062 | 00 | 002 | Demolition, including disposal, remove 4' X 8' panel- ing. | SF | $0.3649 | 340 | $124.07 |
| 062 | 00 | 076 | Shelving bookcase, pine, clear grade, 8" shelves, 12" O.C. | SF | $9.4340 | 36 | $339.62 |
| 062 | 00 | 077 | Lock box, laminate mail drop unit | EA | $92.5600 | 1 | $92.56 |

* = Premium Price

Items Total $30,851.91

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | WOOD & PLASTIC | | | | |
| 062 | 00 | 078 | Lockbox, laminate panel for vending machines | EA | $46.2800 | 1 | $46.28 |
| | | | DOORS & WINDOWS | | | | |
| 081 | 00 | 001 | Remove door, or, re-install door. | EA | $11.1072 | 1 | $11.11 |
| 081 | 00 | 002 | Remove frame, or, re-install frame. | EA | $37.4868 | 1 | $37.49 |
| 081 | 00 | 122 | 16 gage, drywall, up to 3 7/8" deep, 7'0" high, 3'0" wide, single | EA | $97.9000 | 1 | $97.90 |
| 081 | 00 | 124 | For welded frames, add. | EA | $29.3700 | 1 | $29.37 |
| 082 | 11 | 020 | Wicket type door, 3'0" X 7'0", 1-3/4", includes frame and hardware. | EA | $458.1720 | 1 | $458.17 |
| 084 | 10 | 001 | Anodized aluminum framing, cost per lineal foot of framing, plus all accessories, fasteners, and brackets | LF | $13.8840 | 30 | $416.52 |
| 084 | 10 | 002 | 1/4" tempered glass clear | SF | $8.3304 | 36 | $299.89 |
| 084 | 10 | 010 | Remove aluminum entry, sidelite, and/or transom. | SF | $4.6280 | 144 | $666.43 |
| 084 | 10 | 012 | Remove window glass, storefront framing. | SF | $0.9701 | 144 | $139.69 |
| 087 | 00 | 037 | Hinges, A8112 sizes, 4 1/2 X 4 1/2 | PR | $37.0240 | 3 | $111.07 |
| 087 | 00 | 098 | Dead bolt lockset, cylindrical | EA | $69.2331 | 1 | $69.23 |
| 087 | 00 | 110 | Furnish and install heavy duty mortise entrance lockset with lever handle RUSSWIN # 74486-NEWPORT-26D | EA | $226.9500 | 1 | $226.95 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | FINISHES | | | | |
| 091 | 11 | 011 | Remove metal stud wall with drywall on two sides. | SF | $0.9256 | 37 | $34.25 |
| 092 | 50 | 012 | Add for 1/2" or 5/8" foil backed gypsum drywall. | SF | $0.1068 | 804 | $85.87 |
| 092 | 50 | 014 | Drywall, corner or casing bead, galvanized, including applying compound | LF | $0.9701 | 551 | $534.53 |
| 092 | 50 | 023 | Finishing metal stud partition, including 25 gauge by 3 5/8" metal studs and runner channels, 1/2" gypsum board, finished both sides, for walls up to 12' high | LF | $21.4757 | 71 | $1,524.77 |
| 092 | 50 | 031 | Wood framed partition, 2 X 6 studs, with gypsum board, both sides, taped, and spackled | SF | $3.0705 | 155 | $475.93 |
| 095 | 00 | 001 | Remove acoustical tile and suspension system. | SF | $0.2759 | 564 | $155.61 |
| 095 | 00 | 013 | Ceiling tile, installed on suspension system, 12" X 12" or 12" X 24" mineral fiber, plastic coated, 3/4" thick | SF | $1.6287 | 980 | $1,596.13 |
| 095 | 00 | 023 | Suspension systems, concealed spline ceiling | SF | $0.8722 | 380 | $331.44 |
| 096 | 60 | 016 | Vinyl compostion tile | SF | $1.2015 | 968 | $1,163.05 |
| 096 | 60 | 026 | Vinyl base | LF | $1.5219 | 180 | $273.94 |
| 096 | 60 | 027 | Add for special color, vinyl base. | LF | $0.0890 | 180 | $16.02 |
| 099 | 00 | 024 | Painting one coat on doors and frames | SF | $0.5518 | 55 | $30.35 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | **FINISHES** | | | | |
| 099 | 00 | 053 | Painting interior on plaster or drywall, brush work, prime + 2 coats | SF | $0.4450 | 5288 | $2,353.16 |
| 099 | 00 | 058 | Painting wood trim over 6" wide, clean + 1 coat enamel | SF | $0.8722 | 72 | $62.80 |
| | | | **POSTAL EQUIP** | | | | |
| 121 | 15 | F01 | Remove existing service counters & cabinets, store cabinets at post office, and remove other debris. | LF | $8.1435 | 30 | $244.31 |
| 121 | 15 | F03 | Install postal furnished L shape service counters, includes assembly | EA | $120.1500 | 2 | $240.30 |
| 121 | 15 | F06 | Install postal furnished lobby tables, including assembly and stabilization<br><br>Free standing table | EA | $40.0500 | 2 | $80.10 |
| | | | **MECHANICAL** | | | | |
| 151 | 53 | 003 | Miscellaneous hourly labor, use only when work is not covered by line items of the particular trade for this and other related sections. Wages will be based upon prevailing wage rates for the county where the work is being performed. | HR | $0.0000 | 8 | $.00 |
| 157 | 58 | 530 | Registers, air return, ceiling or wall, fixed 45` faceblades, 36" X 24" | EA | $99.7779 | 2 | $199.56 |
| 157 | 61 | 814 | Duct accessories, volume control, dampers 16" X 10" | EA | $30.5448 | 6 | $183.27 |
| 158 | 90 | 012 | Remove ductwork, 12" X 18", upto 18' high. | LF | $2.3140 | 20 | $46.28 |
| 159 | 10 | 02N | Flexible duct, and connections, includes labor | LF | $35.4042 | 20 | $708.08 |

* = Premium Price

Items Total $30,851.91

UNITED STATES POSTAL SERVICE

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | MECHANICAL | | | | |
| 159 | 36 | 011 | Ceiling diffusers, square, includes damper, 15" neck | EA | $120.3280 | 2 | $240.66 |
| | | | ELECTRICAL | | | | |
| 160 | 00 | 004 | Furnish and install 2-gang 4 1/2"x4 1/2" x 1 5/8" junction box, W/CVR, 3/4" KO and solid outlet box (concealed/exposed) | EA | $20.3632 | 28 | $570.17 |
| 160 | 00 | 038 | Furnish and install three #12 THW wire. | LF | $0.5518 | 1642 | $906.06 |
| 160 | 00 | 041 | Furnish and install 3/4" EMT. | LF | $1.8512 | 642 | $1,188.47 |
| 160 | 00 | 046 | Remove wall switch, outlet, device, plate, 15' wiring maximum. | EA | $11.5700 | 4 | $46.28 |
| 160 | 00 | 047 | Remove duplex receptacle, outlet, device, plate, 15' wiring maximum. | EA | $11.5700 | 7 | $80.99 |
| 160 | 00 | 048 | Remove 9" J-box, outlet, plate, 15' wiring maximum. | EA | $11.5700 | 8 | $92.56 |
| 160 | 00 | 055 | Remove recessed incandescent fixture. (fixture outlet, 15' wiring maximum) | EA | $23.1400 | 8 | $185.12 |
| 160 | 00 | 057 | Remove #10, #12, and #14 wire. | LF | $0.0890 | 670 | $59.63 |
| 160 | 00 | 061 | Remove 3/4" rigid conduit. | LF | $0.7209 | 650 | $468.59 |
| 160 | 00 | 086 | Furnish and install 4-gang 4 1/2" x 4 1/2" x 1 5/8" junction box, W/CVR, 3/4" KO and solid outlet box (concealed/exposed) | EA | $38.7150 | 3 | $116.15 |
| 160 | 20 | 180 | Conduit to 15' high, including all terminations, fittings, supports and scaffolding, rigid galvanized steel, 1" diameter | LF | $4.5835 | 282 | $1,292.55 |

* = Premium Price

Items Total $30,851.91

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/08/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| Div. | Sec. | Item | Work Description | Units | Contract Price | Qty. | Totals |
|---|---|---|---|---|---|---|---|
| | | | ELECTRICAL | | | | |
| 160 | 20 | 502 | Conduit to 15' high, including all terminations, fittings, supports and scaffolding, electric metallic tubing (EMT), 3/4" diameter | LF | $2.1093 | 1000 | $2,109.30 |
| 160 | 80 | 400 | Telephone outlet, low tension, installed on existing U.F. duct | EA | $45.8172 | 3 | $137.45 |
| 162 | 30 | F01 | Duplex receptacle in conduit system, outlet, plate, 15' wiring maximum (quantities 1 thru 9) | EA | $62.1042 | 7 | $434.73 |
| 166 | 10 | 030 | Interior lighting, fluorescent, same as 16.6 10 020, 2' X 2' lay in | EA | $85.1552 | 6 | $510.93 |

* = Premium Price

Items Total $30,851.91



IQCCITEM, October 1995

UNITED STATES POSTAL SERVICE.

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 162640-99-B-0040 | SAMUEL W SOUTHERN | Base Year | 4.00 | 02/19/1999 |

| Work Description | Facility Location |
|---|---|
| Lobby Renovation | MOMENCE, IL - MAIN OFFICE |

| List of Negotiated Items: | |
|---|---|
| NEG. Misc labor to engineer/layout duct changes @ prevailing wages 8hrs @ $35.00 pr hr | $280.00 |
| NEG. Install potal furn screen line 5 @ $125 ea | $625.00 |
| NEG. 15/16 grid system 2x4 200 @ $4.98 sf | $996.00 |
| NEG. 2x2 regular RE/SL lay in ceiling 200 @ $2.29 sf | $584.00 |
| NEG. Installed USPS furnished slate wall 32 hrs @ $29.96 pr hr | $958.72 |
| NEG. Building permit 1 @ $600 ea | $600.00 |
| **Total of Negotiated Items:** | $4,043.72 |
| **Travel Expenses:** | |
| **Per Diem Amount** | $.00 |
| **Lodging Amount** | $.00 |
| **Other Expense** | $.00 |
| **Mileage Amount** | $.00 |
| **Travel Amount Subtotal:** | |
| **Work Order Total:** | $34,895.63 |