102

St Louis Design –

IQC's

Terminal Services Connection - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://aceportal/connect.asp

List of Contracts

| Contract No. | Contractor | Contract Type | Covered Area | Status | Create Date | Creator |
|---|---|---|---|---|---|---|
| 162640-04-B-0094 | ST LOUIS DSG AND CONSTR | Prime Construction | Central IL - APC Site Prep | Expired | 07/16/2004 | TERI WILCOX-DUB( |
| 162640-04-P-0091 | ST LOUIS DSG AND CONSTR | Prime Construction | Various Fac Eastern & No | Expired | 07/12/2004 | TERI WILCOX-DUB( |
| 162640-04-P-0090 | ST LOUIS DSG AND CONSTR | Prime Construction | Various Fac. Western & S | Expired | 07/12/2004 | TERI WILCOX-DUB( |
| 162640-04-P-0061 | ST LOUIS DSG AND CONSTR | Prime Construction | Central & Northern IN | Expired | 05/11/2004 | TERI WILCOX-DUB( |
| 162640-04-B-0060 | ST LOUIS DSG AND CONSTR | Prime Construction | Central & Southern IN | Expired | 05/11/2004 | TERI WILCOX-DUB( |
| 162640-03-B-0145 | ST LOUIS D&C | Prime Construction | Springfield, IL-Sprinkler | Expired | 09/12/2003 | TERI WILCOX-DUB( |
| 162640-03-B-0073 | ST LOUIS DESIGN AND | IQ Construction | Greater IN District - NO IN | Active | 04/09/2003 | TERI WILCOX-DUB( |
| 162640-03-B-0003 | ST LOUIS DSG AND CONSTR | IQ Construction | Central Illinois District | Active | 09/13/2002 | TERI WILCOX-DUB( |
| 162640-02-B-0158 | ST LOUIS DSG AND CONSTR | IQ Construction | DUMMYTEST PROJECT ON | Expired | 09/13/2002 | TERI WILCOX-DUB( |
| 162640-02-B-0019 | ST LOUIS DSG AND CONSTR | IQ Construction | Greater IN District - SO IN | Active | 10/05/2001 | TERI WILCOX-DUB( |
| 162640-99-P-0229 | ST LOUIS DSG AND CONSTR | Prime Construction | Munster Br.-Hammond, IN | Expired | 08/17/1999 | TERI WILCOX-DUB( |
| 162640-99-B-0060 | ST LOUIS DSG AND CONSTR | IQ Construction | State of IN-Grt Lks P&DC | Expired | | |
| 162640-99-B-0051 | ST LOUIS DSG AND CONSTR | IQ Construction | Central IL-Grt Lks P&DC | Expired | | |
| 162640-99-B-0042 | ST LOUIS DSG AND CONSTR | IQ Construction | Central IL Dist | Expired | | |
| 162640-98-B-0127 | ST LOUIS DSG AND CONSTR | IQ Construction | Southern IN 472; 474-475; | Expired | | |
| 162640-98-B-0119 | ST LOUIS DSG AND CONSTR | IQ Construction | Central IN 460-462; 473 | Expired | | |
| 162640-97-B-0231 | ST LOUIS DSG AND CONSTR | IQ Construction | Test Dummy | Expired | | |
| 162640-97-B-0065 | ST LOUIS DESIGN AND | IQ Construction | Central IL-Grt Lake | Expired | | |
| 162640-96-B-0102 | ST LOUIS DESIGN AND | IQ Construction | No. Central Illinois | Expired | | |
| 162640-96-B-0097 | ST LOUIS DESIGN AND | IQ Construction | Springfield, IL Area | Expired | | |

Done Local intranet



Friday, Mar 11, 2005 01:48 PM

2 of 2

Terminal Services Connection - Microsoft Internet Explorer

File Edit View Favorites Tools Help

http://aceportal/connect.asp

List of Contracts

| Contract No. | Contractor | Contract Type | Covered Area | Status | Create Date | Creator |
|---|---|---|---|---|---|---|
| 162640-03-B-0073 | ST LOUIS DESIGN AND | IQ Construction | Greater IN District - NO IN | Active | 04/09/2003 | TERI WILCOX-DUB( |
| 162640-03-B-0003 | ST LOUIS DSG AND CONSTR | IQ Construction | Central Illinois District | Active | 09/13/2002 | TERI WILCOX-DUB( |
| 162640-02-B-0158 | ST LOUIS DSG AND CONSTR | IQ Construction | DUMMY TEST PROJECT ON | Expired | 09/13/2002 | TERI WILCOX-DUB( |
| 162640-02-B-0019 | ST LOUIS DSG AND CONSTR | IQ Construction | Greater IN District - SO IN | Active | 10/05/2001 | TERI WILCOX-DUB( |
| 162640-99-P-0229 | ST LOUIS DSG AND CONSTR | Prime Construction | Munster Br.-Hammond, IN | Expired | 08/17/1999 | TERI WILCOX-DUB( |
| 162640-99-B-0060 | ST LOUIS DSG AND CONSTR | IQ Construction | State of IN-Grt Lks P&DC | Expired | | |
| 162640-99-B-0051 | ST LOUIS DSG AND CONSTR | IQ Construction | Central IL-Grt Lks P&DC | Expired | | |
| 162640-99-B-0042 | ST LOUIS DSG AND CONSTR | IQ Construction | Central IL Dist | Expired | | |
| 162640-98-B-0127 | ST LOUIS DSG AND CONSTR | IQ Construction | Southern IN 472; 474-475; | Expired | | |
| 162640-98-B-0119 | ST LOUIS DSG AND CONSTR | IQ Construction | Central IN 460-462; 473 | Expired | | |
| 162640-97-B-0231 | ST LOUIS DSG AND CONSTR | IQ Construction | Test Dummy | Expired | | |
| 162640-97-B-0065 | ST LOUIS DESIGN AND | IQ Construction | Central IL-Grt Lake | Expired | | |
| 162640-96-B-0102 | ST LOUIS DESIGN AND | IQ Construction | No. Central Illinois | Expired | | |
| 162640-96-B-0097 | ST LOUIS DESIGN AND | IQ Construction | Springfield, IL Area | Expired | | |
| 162640-96-B-0095 | ST LOUIS DESIGN AND | IQ Construction | Peoria, IL Area | Expired | | |
| 162640-95-P-0020 | ST LOUIS D&C | Prime Construction | | Expired | | |
| 162640-94-B-0084 | ST LOUIS DESIGN AND | IQ Construction | North Central IL | Expired | | |
| 162640-94-B-0067 | ST LOUIS DESIGN AND | IQ Construction | Springfield, IL | Expired | | |
| 162640-94-B-0065 | ST LOUIS DESIGN AND | IQ Construction | Peoria, IL | Expired | | |
| 162640-93-B-0056 | ST LOUIS TUCKPOINTING | Prime Construction | | Expired | | |

Done Local intranet



Friday, Mar 11, 2005 01:48 PM

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L.P. CONSULTING GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 98-868C |
| | ) |
| THE UNITED STATES, | ) (Judge Allegra) |
| | ) |
| Defendant. | ) |

DECLARATION OF PAUL STEINER

I, Paul Steiner, under penalty of perjury, do hereby state that the following statement is true and correct:

1. I reside in Naperville, IL. I previously was employed by the USPS Central Region, Central Illinois District, located in Bedford Park, IL, as a contract annuitant, and worked as a Program Manager for contracting officer Robert Rigsby for approximately 10 months from June 1995 to the end of March 1996. I previously had been employed by the USPS, and I retired in 1992. I am making this declaration with regard to my work as a Program Manager for Mr. Rigsby.

2. As a Program Manager, I made site visits with contractors which had Indefinite Quantity Contracts ("IQCs"), including L.P. Consulting Group, Inc. ("LP"), for the purpose of preparing draft work order/scopes of work with the IQC contractor. This was a combined effort where the IQC contractor and I together would estimate the quantities of each item. As a program manager, I made various site visits with Mr. Battaglin of LP for the purpose of scoping out work that might be done at the site. I never told Mr. Battaglin that LP would get the work if it made site visits and assisted in preparing draft work orders/scopes of work. I told Mr. Battaglin that there was no guarantee that LP would get the work that we were scoping, and Mr. Bataglin knew that there was no guarantee. He

suggested and welcomed the opportunity to scope the work in hope of getting a work order at a future date, but no guarantee was ever indicated.

3. I have examined the documents contained in the Government's appendix at pages 612 to 664, and my handwriting is not on any of those documents. One document, App. 661-62 (Hoopeston Ramp), is dated August 1, 1996, which is after I worked for the USPS. Another document, App. 663-64 (Hoopeston Exterior Ramp), has on it a contract no., 96-B-0098, and that contract was not awarded to LP during the time that I worked for the USPS. Another document, App. 626-28 (Papineau), also has on it contract no. 96-B-0098. I do not recall receiving the documents at pages 654-660 from Mr. Battaglin and they do not contain any of my handwriting.

4. I remember making a site visit with Mr. Battaglin to the Hoopeston Post Office. I told Mr. Battaglin that there was no guarantee that LP would get any work that was scoped.

5. I do not recall making site visits with Mr. Battaglin to the Union Hill Post Office, the Aroma Park Post Office, the Papineau Post Office, and the Bradley Post Office.

6. I have examined the draft work order attached to my declaration for the East Lynn Post Office. I remember making a site visit with Mr. Battaglin to the East Lynn Post Office, and we prepared a draft work order at the site. My handwriting is in the quantity column and the extend price column, and in the subtotals, and the total of "$12,668.30." I also wrote the date, 11-14-95, and the words "East Lynn" and "Expense P/A." Based upon my review of the document, I believe this draft

work order was prepared by Mr. Battaglin and me together at the site, and that we prepared it on November 14, 1995.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-17-05

Paul L Steiner

Paul Steiner

104

①

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94 B 0083 | | | | 11-14-95 |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| EAST LYNN | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| [illegible signature] P/A | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES<br>PAUL STEINER |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | 10 | 7.10 |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | [illegible] | 6.72 |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 249 | 722.1 |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | 24 | 5.0 |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.23 | 32 | 71.3 |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 2.81 | 32 | 89.9 |
| 06.1 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 50 | 11.0 |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 10 | 12.7 |
| 06.1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE | LF | 6.49 | 6 | 38.9 |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 3 | 21.4 |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 1 | 26.8 |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER | HR | 25.74 | 20 | 514.8 |
| ~~06.2~~ | ~~00~~ | ~~003~~ | ~~DEMOLITION [illegible]~~ | ~~LF~~ | ~~[illegible]~~ | — | — |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 12 | 10.6 |
| 06.2 | 00 | 026 | 2900 SERIES BOXES | LF | 44.67 | 4 | 178. |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK TRIM REMOVAL | JOB | 44.67 | 1 | 44.6 |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 6 | 70.0 |
| 06.2 | 00 | 062 | MOLDING MISC. MATERIAL | LF | 1.13 | 12 | 13.5 |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 1 | 89.3 |
| ~~06.2~~ | ~~00~~ | ~~078~~ | ~~LOCK BOX LAMINATE VENDING MACHINE~~ | ~~EA~~ | ~~44.67~~ | — | — |
| 07.1 | 11 | 014 | CAULKING | LF | 1.64 | 110 | 180. |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 3 | 23. |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER 1/RT | EA | 368.51 | 1 | 368. |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 6 | 133. |

ATTACHMENTS:

1028

EXHIBIT 6

| | |
|---|---|
| SUBTOTAL | $2,[illegible].33 |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

②

94-B-0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|---|---|---|---|
| 98.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | 2 | 94.50 |
| 98.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | 3 | 760.23 |
| 98.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 94.49 | 3 | 283.47 |
| 98.2 | 11 | 015 | WOOD DOOR | EA | 343.94 | 1 | 343.94 |
| | | | HARDWARE | | | | |
| 00.0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 2 | 64.42 |
| 98.1 | 20 | 029 | REMOVE EXIST. DOOR, FRAME, HDWE. | EA | 62.54 | 3 | 187.62 |
| 98.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 2 | 196.54 |
| 98.7 | 00 | 092 | LOCKSET | EA | 134.90 | 3 | 404.70 |
| 98.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | 137.58 |
| 98.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | 22.33 |
| [illegible] | [illegible] | [illegible] | [illegible] | LF | [illegible] | — | — |
| 98.7 | 00 | 030 | HINGES | PR | 84.87 | 6 | 509.22 |
| 98.7 | 00 | 046 | CLOSERS | EA | 126.86 | 2 | 253.72 |
| 98.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | 2 | 117.92 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | — |
| 98.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | 66.82 |
| 98.7 | 00 | 102 | THRESHOLD | LF | 19.65 | 6 | 117.90 |
| 98.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | 2 | 89.34 |
| NEGOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 118.00 | 3 | 354.00 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL $4,004.25

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

(3)

94. B. 0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | UNIT | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | | | Gyp. Wallboard | | | | |
| ~~5.2~~ | ~~99~~ | ~~002~~ | ~~Demo Sanding~~ | ~~SF~~ | ~~.35~~ | ~~32~~ | |
| ~~9.2~~ | ~~50~~ | ~~004~~ | ~~Demolition of Drywall Frame Framing~~ | ~~SF~~ | [illegible] | — | 11.20 |
| 9.2 | 50 | 014 | Drywall Corner Bead | LF | .94 | 16 | 15.04 |
| 9.2 | 50 | 007 | Application Gyp. Board | SF | 1.56 | 280 | 436.80 |
| 9.2 | 50 | 011 | Add For 5/8" Drywall | SF | .04 | 280 | 11.20 |
| | | | Demolition | | | | |
| 0.0 | 01 | ALI | Hauling Away Debris | L.S. | 85.90 | 1 | 85.90 |
| 1.0 | 60 | 021 | Provide Protection | SF | .40 | 320 | 128.00 |
| 1.0 | 60 | 071 | Move Furniture | SF. | .27 | 320 | 86.40 |
| 1.0 | 60 | 092 | Dumpster | EA | 279.18 | 1 | 279.18 |
| | | | Vinyl Tile | | | | |
| 9.6 | 60 | 016 | Vinyl Tile | SF | 1.16 | 320 | 371.20 |
| ~~9.6~~ | ~~60~~ | [illegible] | [illegible] | [illegible] | | — | — |
| 9.6 | 60 | 026 | Vinyl Base | LF | 1.47 | 98 | 144.06 |
| 9.6 | 60 | 027 | Add For Color | LF | .09 | 98 | 8.82 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | — | — |
| 9.6 | 60 | 039 | Patch Floor Tile To Match Surface | JOB | 58.07 | 1 | 58.07 |
| | | | Painting | | | | |
| 9.9 | 00 | 017 | Paint Plaster, Drywall, Woodwork 3 coats | SF | .19 | 840 | 159.60 |
| 9.9 | 00 | 024 | Painting One Coat on Door & Frames | SF | .53 | 177 | 93.81 |
| 9.9 | 00 | 025 | Add For Additional Coats | SF | .53 | 177 | 93.81 |

| | |
|---|---|
| SUBTOTAL THIS PAGE | |
| SUBTOTAL FROM PREVIOUS PAGE(S) | |

...ICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | $1,983.09 |
| MULTIPLIER | |
| TOTAL | |

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

④

94-B-0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 9.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 70 | 51.10 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | — |
| 9.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 12 | 6.84 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | — |
| 9.9 | 00 | 074 | VARNISH | SF | .26 | 74 | 19.24 |
| 9.9 | 00 | 077 | SANDING PREP 2 COATS | SF | .49 | 140 | 68.60 |
| 9.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 74 | 11.10 |
| | | | ELECTRICAL | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | — | — |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | — |
| 2.0 | 12 | 016 | MIN. CHARGE, CORE DRILL | JOB | 128.85 | 1 | 128.85 |
| 6.2 | 00 | 029 | REMOVE & REINSTALL BUILTIN BOARDS | SF | 3.57 | 9 | 32.13 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | — |
| 6.0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 19.65 | 1. | 19.65 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | — |
| 6.0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | 1 | 13.40 |
| .6 / 6.0 | 10 / [illegible] | F13 / [illegible] | Emergency light / [illegible] | EA | 479.55 | 1 | 479.55 |
| .0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | 1 | 80.40 |
| .0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | 14 | 158.76 |
| .0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL | HR | 29.60 | 15 | 444.00 |
| .2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | 1. | 59.94 |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

| | |
|---|---|
| INDICATES NON-WORKING HOUR PRICES | SUBTOTAL: $1,573.56 |
| | MULTIPLIER |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL |

(5)

94-B-0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 16.2 | 30 | F09 | WALL JUNCTION BOX | EA | 98.27 | 2 | 196.54 |
| 16.0 | 00 | 037 / 038 | F & I #12 WIRE | LF | .53 | 58 | 30.74 |
| 16.0 | 00 | 040 | CONDUIT 1/2" | LF | 1.34 | 44 | 58.96 |
| ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~EA~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~30~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~30~~ | ~~[illegible]~~ | ~~REMOVE J BOX~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~EA~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| 16.6 | 10 | 110 | INTERIOR FIXTURE 1X4 | EA | 67.00 | 4 | 268.00 |
| 16.6 | 50 | 115 | EXTERIOR LIGHT HPS | EA | 290.34 | 1 | 290.34 |
| ~~NEGOCIATED~~ | | | ~~[illegible]~~ | ~~EA~~ | ~~[illegible]~~ | — | — |
| NEGOCIATED | | | HANDICAP SIGN 9"x9" ACCESSIBLE ENTRANCE | EA | 42.00 | 1 | 42.00 |
| ~~NEGOCIATED~~ | | | ~~SIGN "THIS DOOR REMAINS OPEN"~~ | ~~EA~~ | ~~[illegible]~~ | — | — |
| NEGOCIATED | | | ASSEMBLE POSTAL FURNISHED LOBBY DESKS | EA | 429.00 | 1 | 429.00 |
| ~~[illegible]~~ | | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~30~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~EA~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~30~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| ~~[illegible]~~ | ~~32~~ | ~~130~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | — | — |
| 6.0 | 00 | 079 | PROVIDE ELECTRIC SERVICE | EA | 400.52 | 1 | 400.52 |
| 6.0 | 00 | 083 | MIN. CHARGE REMOVE EXIST. BREAKER BOX | JOB | 67.00 | 1 | [illegible]7.00 |
| 6.3 | 50 | 030 | PANEL BOARD 3 WIRE 100 AMP | EA | 682.97 | 1 | 682.97 |

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL $2,466.07

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL $12,663.30

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-868C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Allegra) |
| | ) | |
| Defendant. | ) | |

DECLARATION OF SAMUEL W. SOUTHERN

I, Samuel W. Southern, under penalty of perjury, do hereby state that the following statement is true and correct:

1. I have been employed by the USPS Central Region, Central Illinois District, located in Bedford Park, IL, as a Facilities Specialist from August 1986. I worked as a Facilities Specialist for contracting officer Robert Rigsby from the time that he became Manager of Administrative Services for the USPS Central Illinois District Office, Bedford Park, in about December 1992 until his retirement in March 1999. I am making this declaration with regard to my work as a Facilities Specialist for Mr. Rigsby.

2. Because of medical problems, I have been on leave from the USPS for extended periods of time, especially in 1996. I was on leave for part of January 1996, and from approximately March 6 to 12, 1996. I was hospitalized for back surgery and was on leave from approximately July 17, 1996 to September 13, 1996. I was on leave from approximately December 28, 1996 to January 3, 1997. I was on leave again in 2000 for another surgery. I also was out of work for disability from February 2003 until October 22, 2005, when I returned to work on a part time basis. I had back surgery again in March 2004.

3. As a Facilities Specialist, I made site visits for the purpose of preparing draft work

orders/scopes of work. I also made site visits for the purpose of preparing draft work orders/scopes of work with contractors that had Indefinite Quantity Contracts ("IQCs"), including L.P. Consulting Group, Inc. ("LP"). In those cases where I made a site visit with an IQC contractor, we together would estimate the quantities of each item for a proposed project. I made site visits with Mr. Battaglin of LP for the purpose of scoping out projects that might be done at the site. Mr. Battaglin also made site visits on his own, without USPS project managers. I never told Mr. Battaglin that LP would get the work or receive a USPS work order, if LP made site visits on its own, or with my assistance, and prepared draft work orders/scopes of work. I told Mr. Battaglin that there was no guarantee that LP would get the work that we were scoping, and Mr. Bataglin knew that there was no guarantee that LP would receive a USPS work order for a project that LP had scoped.

4. I remember making a site visit with Mr. Battaglin to the St. Anne Post Office, but do not recall the date of that site visit. I understand that Mr. Battaglin asserts that he and I made site visits to both the St. Anne and Momence Post Offices on May 24, 1996. I kept a diary with regard to my work, and have reviewed my diary with regard to this allegation by Mr. Battaglin. My dairy for May 6, 1996 states "meet" with Mr. Battaglin, but does not mention St. Anne or Momence, or any site visits. My diary for May 21, 1996, mentions LP but does not mention St. Anne or Momence. My diary for May 24, 1996, does not indicate any site visits on that date and does not mention St. Anne or Momence. My diary for May 31, 1996, states "Go to Milford-Rich Bataglin." My diary for June 5, 1996 refers to LP site visits and Paxton, Rantoul, Milford, and Chebanse. My diary for June 6, 1996 states "site left to visit" and mentions Momence and St. Anne. According to my appointment schedule for June 6, 1996, I was supposed to be at St. Anne

at 10:00 a.m. My diary for July 3, 1996 states "Today Review Momence Facility." Copies of these pages of my diary are attached to my declaration. App. 1038-46.[1]

5. I am unsure as to whether I made a site visit with Mr. Battaglin at the Momence Post Office. I have searched by records and I cannot find any field notes or draft work orders that indicating that I made a site visit at Momence with Mr. Battaglin.

6. In our site visit at the St. Anne Post Office, Mr. Battaglin and I prepared field notes, which might also be called draft work orders, copies of which are attached to my declaration; the first one was for interior work and the second was for a handicap ramp. App.1047-56. At the site visit, Mr. Battaglin provided me with the form which already had information printed in the item, number, unit measure, and unit price columns. The quantity column and extend price columns were blank when Mr. Battaglin gave me the form at the site visit. During our site visit, Mr. Battaglin and I together estimated the quantities for the various items and I wrote the quantity amounts in the quantity column on the form during the site visit. When we estimated that a particular item would not be needed, I wrote zero in the quantity column for that item. On my original documents, the numbers in the quantity columns are written in pencil and are in my handwriting. I kept these original field notes in my personal file.

7. I have compared my field notes, which might also be called draft work orders, with the draft work orders that are contained in the Government's appendix at pages 584-97, which I understand to be documents that Mr. Battaglin claims to have prepared for the St. Anne Post Office. My field notes and Mr. Battaglin's draft work orders are not identical. My document

---

1 "App." refers to pages of the Government's appendix.

(App. 1047) states "32" hours of "misc. hourly labor carpenter" while Mr. Battaglin's document states "160" hours for the same item at page 584 of the Government's Appendix. My document (App. 1048) state "32" hours of rough carpentry hourly labor while Mr. Battaglin's document states "160" hours for the same item at page 585 of the Government's Appendix. My document (App.1049) states zero for drywall casing bead, while Mr. Battaglin's document states "275" for the same item at page 586 of the Government's Appendix. My document (App. 1051) states "68" for furnish and install #12 wire, while Mr. Battaglin's documents state "78" for the same item at pages 588 and 597 of the Government's Appendix.

8. With regard to a proposed St. Anne handicap ramp, my field notes and Mr. Battaglin's document are not identical. For the "demolition backhoe" item, my document (App.1053) states "8" hours while Mr. Battaglin's document states "16" hours at page 589 of the Government's Appendix. For the "misc. hourly labor mason" item, my document (App.1053) states 10 hours while Mr. Battaglin's document states "36" hours at page 589 of the Government's Appendix. For the "mis. hourly labor carpenter" item, my document (App. 1053) states "8" hours while Mr. Battaglin's document states "40" hours at page 589 of the Government's Appendix. For the "hauling, truck, driver" item, my document (App.1054) states "8" hours while Mr. Battaglin's document states "16" hours at page 590 of the Government's Appendix. My document does not state an amount for premium time, while Mr. Battaglin's document includes an additional amount for premium time at page 590 of the Government's Appendix.

9. LP had the following IQCs:

> 162630-96-B-0098, awarded June 3, 1996, for North Central IL area, zip codes 604, 605, 609;
> 162640-96-B-0094, awarded June 6, 1996, for Peoria, IL area, zip codes

613, 614, 615, 616, 617;
162640-94-B-0083, awarded May 18, 1994, for North Central IL area, zip codes 604, 605, 609.

App. 43, 52-54, 155-57. These IQCs had two-year terms.

10. I did not direct Mr. Battaglin to perform site visits and submit draft work orders at or near the end of the term of IQC 162640-94-B-0083 with the understanding that LP would receive a USPS work order for those projects. I never told Mr. Battaglin that LP would be issued work orders for projects, if LP performed site visits and submitted work orders for those projects. There was never any promise, guarantee, or statement by me to Mr. Battaglin that LP would receive a USPS work order if it made a site visit and prepared a draft work order, with or without my assistance.

11. On March 16, 1999, I was first appointed a Contracting Officer for the USPS. I have never promised or stated to Mr. Battaglin that LP would be issued a USPS work order if it made a site visit and prepared a draft work order for any project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on APRIL, 06, 2005

Samuel W. Southern

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

*When people say: she's got everything, I've only one answer: I haven't had tomorrow.*
—Elizabeth Taylor

MONDAY 6 NOTES

5
Sunday
May 1996

**Daily Record of Events**

BOB RIGSBY -
RE: concrete at FRONT ENTRANCE - South SUB
GET with MARY Pupkunoz & RICH B to
Schedule project - wants it DONE ASAP -
ALSO LOOK at DOORS TO LOBBY FROM WORKROOM.

OAKLAWN VISIT: contractors have not been
there and No work has STARTED SINCE LAST
site visit.

Rich
Reviewed Projects START Schedule for NEW WORK

CALLED Homewood P.O. To get Name of Contractor
That tuckpointed the building - BERT AT Facility
SAYS That he would look - BERT WAS OIC AT MATTESON
when I NEEd the work done, SAYS RAIN DRAINS into
Brick columns, Bad situation at Done. will callback
(could be Sherly company)
called B.M. MATTESON - Don Allison 748-8630
RE: Tuckpointing
SHERY TUCKPOINTING
1757 RIDGEROAD 708/7979

Call Robbin - 312/326-4520

MEDITATION: BALANCE

© 1993 Franklin Quest Co. Printed in USA

# 6

Monday
May 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

PREVIOUS PAGE NOTE

- Task Completed
- Planned Forward
- Task Deleted
- Delegated Task
- In Process

April 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

June 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

## ABC Prioritized Daily Task List

MEET W/RICH B -

## Daily Expenses

## Appointment Schedule

Early Morning

7

8

9

10

11

12

1

2

3

4

5

6

7

8

Late Evening

© 1993 Franklin Quest Co. Printed in USA

Monticello Classic

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

T
of

21
Tuesday
May 1996

## Daily Record of Events

A
L.P. CONSULTANTS
RANKIN(57) ELLIOT(59), PAXTON(63), PAXTON(64), WOODLAND (61) – MILFORD starting tomorrow, sheid to Big Rock (FRI) Naperville (TUESDAY)

© 1993 Franklin Quest Co. Printed in USA

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

*Our remedies oft in ourselves do lie,*
*Which we ascribe to heaven.*

–Shakespeare

24
Friday
May 1996

## Daily Record of Events

SENECA- POST OFFICE SENT IN REQUEST FOR
EXPANSION & LOCK BOX LOBBY - 960 BOXES RENTED
ONLY 5 AVAILABLE BOX - NOTE! VISIT OFFICE 6 13

SPRINGVALLEY - PAINTING NEEDED

CUBA - SOMEONE DROVE THROUGH THE LOBBY
Chgo Ridwell 105th / Ridgeland - NEED to SEE FACILITY / JOHN

CARLINVILLE - Contact ON ROOF & WINDOWS ? ARCH WINDOWS
INTERIOR PLASTER FALLING (FEB)
(ST LOUIS D&C)?

LODA - ALICE STOGER - ~~[illegible]~~ IS IN ~~[illegible]~~ boonbow's NEED
TRANSPORTATION & PAPER WORK. - 217/386-2013

TALKED with ANDY (5/17) RE PROJECTS
PROPOSAL DUE WEDNESDAY

© 1993 Franklin Quest Co. Printed in USA

• Commitments Exchanged
• Journal Entry
• Thoughts & Ideas
• Agendas (telephone, meetings)
• Conversations

*The word once spoken flies beyond recall.*
–Horace

31
Friday
May 1996

Daily Record of Events

BONNIE MAYHDON – P.M. MONEE
SPACE NEEDED, GROWTH 9 SUBDIVISION

PER BOB
FOR IMAGENE – 609 PROJECTS, completed,
EVERY project PER MANAGER

T.E BROWN APTS
KAREN CARTER

– GO TO MILFORD – REN BATTAGLIN

708/ 610 – 5295

© 1993 Franklin Quest Co. Printed in USA

152nd Day 214 Left Week 22

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

*Nothing succeeds like success.*
– Alexandre Dumas

5
Wednesday
June 1996

Daily Record of Events

SITE VISITS – Rich Bntt. L P. Consultants
PAXTON –
RANTOUL –
MILFORD
CHEBANSE –

© 1993 Franklin Quest Co. Printed in USA

157th Day 209 Left Week 23

# 6

Thursday
June 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

May 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

July 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

✓ Task Completed
→ Planned Forward
✕ Task Deleted
G Delegated Task
● In Process

## ✓ ABC Prioritized Daily Task List

PRAYER & MEDITATION
PLANNING & SOLITUDE

ST ANNE –
Deposit Chk - Enterprise
Ethel Doe Visit
Gardner

## Daily Expenses

## Appointment Schedule

Early Morning
7
8
9
10 ST. ANNE - FACILITY
11
12
1
2
3
4
5
6
7
8
Late Evening

© 1993 Franklin Quest Co. Printed in USA

Monticello Classic

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

*The hunger for love is much more difficult to remove than the hunger for bread.*
—Mother Teresa

6
Thursday
June 1996

## Daily Record of Events

SITE LEFT TO VISIT — ≃ 9 LEFT
MONTEGNCE
ST. ANN
BEAUGRVILLE
ARONA PARK
PA PAINAY
UNION HILL

(Buckingham — Asbestos, CARpentry)

© 1993 Franklin Quest Co. Printed in USA

158th Day 208 Left Week 23

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

*No mind is much employed upon the present: recollection and anticipation fill up almost all our moments.*

—Samuel Johnson

3
Wednesday
July 1996

**Daily Record of Events**

FRED PAGED ME 2:00 AM WANTS IVA / Robucks #
FRED # is 909/343-1050 Home
909/343-2300 WORK

BEECHER - / GOOD JOB WORKERS
Lobby CEILING REPLACE - 4:00 PM THRU 4:00 AM MONDAY NEXT DAY
PAINT LINE/RED IN Lobby) PAINT?

ADVANCE GLASS DID WINDOWS - EXCELLENT JOB
INSTALL NEW DOOR AT SERVICE Lobby / LOCKBOX
- (OLD WOODEN DOOR & FRAME)
- NEW CEILING TILE IN SERVICE Lobby NEEDED
20 X 20 TILE to be REPLACED - (WORKROOM TILE NEED REPLACING)
- REPLACE LOCKSET ON DOORS - BOTH DOCK DOORS
- ARMOUR PLATE NEEDED FOR BOTH DOORS
- SEALCOTE BLACKTOP
- LIGHTS ON BACK DOCK - SEAL BEAM FOR TRUCK (EXTENSION)
- WEST CORNER OF BUILDING NEEDS REPAIR AT ROOF LINE
GUTTER & ALUMINUM SIDING
- ANTENNA ON ROOF NEED TO BE REMOVED OR REANCHORED

TODAY
REVIEW MOMENCE FACILITY

AMBRA AT MS. FRAISER - 312/238-0929

PER STEVE

BELL APPLIANCE - HIGHLAND IND
45TH IN HIGHLAND IND
EAST TO ROUTE 41 AT 30 - NORTH ON 41 → TO 45TH
STREET (5 MILES NORTH OF US 30) GO EAST ON 45TH - CROSS
RAILROAD TRACKS -

FLOSSMOOR/SOUTH HOLLAND, DOLTON, JOLIET - CUSTOMER IRT UNITS
MIDLOTHIAN

© 1993 Franklin Quest Co. Printed in USA

①

# TERM CONSTRUCTION CONTRACT WORK ORDER

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST ANNE - Lobby/IRT STATION | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | 10 | |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | 15 | |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 370 | |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | -0- | |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.23 | 96 | |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 2.81 | 96 | |
| 06.1 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 63 | |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 10 | |
| 06.1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE (18" FOR NEW BASE) | LF | 6.49 | 35 | |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 10 | |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 1 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR - CARPENTER ESTIMATE | HR | 25.74 | 32 | |
| 06.2 | 00 | 062 | MOLDING MATERIAL | LF | 1.13 | 271 | |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 271 | |
| 06.2 | 00 | 026 | 2900 SERIES BOXES 14x2 | LF | 44.67 | 28 | |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK TRIM REMOVAL | JOB | 44.67 | 1 | |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 35 | |
| 06.2 | 00 | 003 | DEMO. BASEBOARDS, FASCIAS | LF | .35 | 130 | |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 1 | |
| 06.2 | 00 | 078 | LOCK BOX LAMINATE VENDING MACHINE | EA | 44.67 | -0- | |
| 07.1 | 11 | 014 | CAULKING DOORS/FRAMES | LF | 1.64 | 54 | |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 22 | |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER IRT | EA | 368.51 | 2 | |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 35 | |

| ATTACHMENTS: | | |
|---|---|---|
| | SUBTOTAL | |
| | MULTIPLIER | |
| ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

(2)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | Q. | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 08.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | -0- | |
| 08.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | -0- | |
| 08.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 91.49 | 1 | |
| 08.2 | 11 | 015 | WOOD DOOR | EA | 343.97 | 1 | |
| 08.1 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | |
| 00.0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 1 | |
| 08.1 | 00 | 001 | REMOVE EXIST. DOOR | EA | 12.48 | 1 | |
| 08.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 0 | |
| 08.7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 | |
| 08.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | |
| 08.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | |
| 08.7 | 00 | 023 | KICK PLATE | LF | 17.87 | -0- | |
| 08.7 | 00 | 030 | HINGES | PR | 84.87 | 1.5 | |
| 08.7 | 00 | 046 | CLOSERS | EA | 126.66 | -0- | |
| 08.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | -0- | |
| 08.7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | -0- | |
| 08.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | |
| 08.7 | 00 | 102 | THRESHOLD | LF | 19.65 | 3 | |
| 08.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | -0- | |
| NEGOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 128.00 | 1 | |
| 06.1 | 00 | 081 | ROUGH CARPENTRY HRLY LABOR (32 HOURS) (PLUG ROTHOUSES) | HR | 20.52 | 32 | |
| 08.1 | 00 | 003 | REMOVE HARDWARE (DOOR SAVING) | EA | 18.20 | 3 | |
| CLAUSE C-12 | | | PREMIUM TIME | % | 25% | -0- | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

10 X 13 CARPET P. M. OFF (3)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | SF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 06.2 | 00 | 002 | DEMO. OF PANELING | SF | .35 | -0- | |
| 09.2 | 50 | 001 | DEMOLITION OF DRYWALL FROM FRAMING | SF | .22 | 220 | |
| 09.2 | 50 | 014 | DRYWALL CASING BEAD | LF | .93 | -0- | |
| 09.2 | 50 | 007 | APPLICATION GYP. BOARD | SF | 1.56 | 976 | |
| 09.2 | 50 | 011 | ADD FOR 5/8" DRYWALL | SF | .04 | 976 | |
| 092 | 50 | 019 | FINISHING DRYWALL | SF | .20 | 244 | |
| 00.0 | 01 | ALI | HAULING AWAY DEBRIS | LS | 85.90 | 1 | |
| 01.0 | 60 | 021 | PROVIDE PROTECTION | SF | .40 | 200 | |
| 01.0 | 60 | 071 | MOVE FURNITURE | SF | .27 | 200 | |
| 01.0 | 60 | 092 | DUMPSTER 20 YDS | EA | 279.18 | 1 | |
| NEGOCIATED | | | DUMPSTER HAUL CHARGE | EA | 101.82 | 1 | |
| 09.6 | 60 | 016 | VINYL TILE | SF | 1.16 | -0- | |
| 09.6 | 60 | 021 | REDUCERS | LF | 2.90 | 3' | |
| 09.6 | 60 | 026 | VINYL BASE ins wall | LF | 1.47 | 130 | |
| 09.6 | 60 | 027 | ADD FOR COLOR | LF | .09 | 130 | |
| 09.6 | 60 | 028 | FLOORING PATCHING JIF SET | SF | 4.91 | 25 | |
| 09.6 | 60 | 039 | PATCH FLOOR TILE TO MATCH SURFACE | JOB | 58.07 | -0- | |
| 096 | 60 | 045 | LEVELING FLOORS | SF | .52 | -0- | |
| 09.9 | 00 | 017 | PAINT PLASTER, DRYWALL, WOODWORK 3 COATS 888X3 | SF | .19 | 2664 | |
| 09.9 | 00 | 024 | PAINTING ONE COAT ON DOOR & FRAMES | SF | .53 | 464 | |
| 09.9 | 00 | 025 | ADD FOR ADDITIONAL COATS | SF | .53 | 464 | |
| 095 | 00 | 026 | REWORK EXIST. CEILING Lobby/Service wall | SF | 1.21 | 104 | |
| 095 | 00 | 024 | MIN. CHARGE CEILING SYSTEM | JOB | 53.04 | 1 | |
| 096 | 80 | 002 | CARPETING 130 sqft | | | | |

INDICATES NON-WORKING HOUR PRICES

| | | | | | |
|---|---|---|---|---|---|
| 094 | 00 | 035 | min charge QUARRY TILE Job 1 | MULTIPLIER | |
| | | | ☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT | SUBTOTAL | |
| | | | | TOTAL | |

096 | 80 | 009 | CARPET 15.59 YD. (130 sqft)

096 | 80 | 014 | CARPET TRIM