# In the United States Court of Federal Claims

No. 98-868C

(Filed: April 21, 2005)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion for summary judgment and plaintiff's cross-motion for summary judgement will be held in this case on Tuesday, June 14, 2005, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, DC 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge