# USPS OFFICE OF INSPECTOR GENERAL DOCUMENTS/MEMORANDA OF INTERVIEW

(12)

## Memorandum of Interview

Person Interviewed: Betty Chears

Location: Law Office of Lester Barclay,
39 S, Lasalle Street Suite 900
Chicago, IL 60603

Date of Interview: October 06, 1998

Interviewed By: Gene Marchese, Postal Inspector
Patrick Reidy, Special Agent, USPS OIG

Witnesses: Kerry Pace, Postal Inspector
Lester Barclay, Attorney

Ms. Chears was interviewed concerning her activities while detailed to the Administraion office in the Central Illinois District. Ms. Chears stated she was detailed to the Administration office for three years. She stated her detail ended approximately two months ago. Her regular bid position is full-time window clerk.

Ms. Chears stated her duties included typing up contracts, solicitations, proposals, and calling contractors. She stated she would often write up solicitations as per the contract. She stated many solicitations were verbalized over the telephone. She stated the proper procedure would be for solicitations to go out to three contractors.

She stated solicitations were not her job, and that they were performed by Administration Manager Robert Rigsby. She stated construction work was often performed before the contract was prepared. She stated that often contracts were ~~not~~ properly put out for bid. Ms. Chears stated the solicitation process was circumvented. She said she often prepared "dummy" solicitations that were placed in the file. She was told to do this by Rigsby. She said when she asked Rigsby about this he stated, "Just do your job, I'm doing the solicitations." She stated when Rigsby received the bids from a contractor, the proposals would be placed in the files.

Ms. Chears stated Rigsby primarily used John Buckholtz in the 604-605 area and L.P. Consulting in the 609 area. She stated there was eventually a conflict with L.P. Consulting and they subsequently received no more work. Ms. Chears stated the primary contractors used for handicap ramp construction were John Buckholtz(?) and PNL Construction (Peter Lawrence). She stated any proposals she saw appeared to be properly dated and stamped. She stated Rigsby would often change awards after Curtis Collins had awarded a contract.

Ms. Chears stated Facilities Specialist Sam Southern is Rigsby's "right-hand man". She stated Rigsby gives Southern many contracts and proposals to award. She said Rigsby and Southern often socialize together after hours. She stated Southern kept many files locked up in his office and would not allow anyone to see them. She said Southern was not allowed to approve payments in the system (FMSWIN).

Ms. Chears stated she had no knowledge of any kickbacks or bribes paid to Rigsby or anyone else. Ms. Chears stated she was never asked to do anything illegal or unethical by Rigsby.

Ms. Chears stated towards the end of Fiscal Year 1995, the Administration Department was forced to spend approximately 3 million dollars that remained in the budget. She stated the office had only two weeks to spend the money and there was no time to send out solicitations. She stated the contract work was awarded although there were no solicitations prepared for the work. She stated she prepared dummy solicitations and put them in the files. She stated 31 contracts were awarded during this time. She stated she was asked to backdate the documents to appear that the work was properly solicited and awarded in FY 1995. She said this had to be done manually because the FMSWIN system would not allow dates to be changed.

20

OFFICE OF INSPECTOR GENERAL

UNITED STATES POSTAL SERVICE

SL970829-0001-KB September 4, 1997

**A. M. FERNANDEZ AND ASSOCIATES**

INTERVIEW OF DENNIS E. MANESCALCHI: On September 4, 1997, Dennis E Manescalchi, level 19 budget and financial analyst, United States Postal Service, Bedford Park, IL, (708) 563-7243, was interviewed United States Postal Inspector Terrence McKeown and the reporting agent. After being apprised of the identity of the interviewing agents and the nature of the interview, he provided the following information.

As background information, Manescalchi was born on October 5, 1950 and his social security number is 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. He entered on duty in approximately January of 1974. He resides at 5743 Wolf Road, LaGrange, IL, 60525. He has been in his current position since approximately 1992 and he is expected to leave the Bedford Park facility at the end of September 1997. Manescalchi was interviewed regarding his knowledge of potential contract irregularities involving Andrew M. Fernandez (Fernandez), owner of A. M. Fernandez and associates, an architectural and engineering firm, LaGrange, IL, and the numerous contracts to install handicap ramps at post offices located primarily in the state of Illinois.

Manescalchi stated that Fernandez was costing the United States Postal Service a lot of money. He related that Fernandez was claiming a large number of labor hours in association with the architectural and engineering services that his firm is providing to the Postal Service. He advised that the large number of labor hours would be consistent with a big staff of employees or consultants, yet Fernandez worked for himself. Manescalchi suggested that the interviewers review Fernandez's business records for possible bogus invoices for professional services which might have been used to support large number of labor hours charged. Manescalchi believed that Fernandez had a higher multiplier built into his contract with the Postal Service than many of his competitors who were much larger and had many more employees.

Manescalchi stated that he complained to Robert Rigsby, supervisor, United States Postal Service, about the high multiplier and how it was costing the Postal Service a lot of money. Rigsby said to Manescalchi that he did not negotiate the multiplier and it was not his place to change it. Rigsby told Manescalchi to use the multiplier as negotiated. Manescalchi suggested that the interviewers may want to review how the multiplier was negotiated.

Manescalchi stated that Fernandez's job was to provide drawings and architectural/engineering support to the United States Postal Service. He related that it was the job of the United States Postal Service contracting office generally, and Rigsby

specifically, to solicit bids, and administer the contracts. Manescalchi advised that Rigsby allowed Fernandez to improperly perform many of these functions. As the process evolved, Rigsby allowed Fernandez to solicit bids, approve vendors, and administer contractual issues such as change orders. Manescalchi noted that over time Rigsby improperly allowed Fernandez to perform these contractual functions far outside of the geographical scope of Fernandez's contract with the United States Postal Service.

Manescalchi stated that many of the bidder packages to build the handicap ramps lacked justification for awarding the contracts to the high bidders favored by Fernandez or excluding otherwise qualified low bidders. Several contracts were awarded with the understanding that the work was to be started immediately thereby limiting potential bidders and sending a message to the losing bidders that it is too late to complain now because the work is done. Some contracts were awarded with out ever having obtained a bid from a local vendor, such as when work for handicap ramps in central and southern Illinois were only bid by Chicago companies favored by Fernandez. Arguably, a local vendor could have provided a far cheaper price because there was no need for per diem and transportation costs. Manescalchi believed that the contractors favored by Fernandez also made excess profits by not having proper insurance or performance bonds. It was brought up that some of the favored vendors may not have been paying the prevailing wages as required in the contract.

Manescalchi stated that Fernandez enjoyed the full support of Rigsby. Whenever a contractor such as PNL company or L. P. Consulting Group would complain about the lack of bidding opportunities or about not being awarded a contract, Rigsby would comment that they already has enough work and should be removed from additional bids.

Manescalchi stated that Fernandez may have misbilled the Postal Service for drawings and sketches. First, Fernandez may have billed the Postal Service for the drawing and sketches before they were completed. Manescalchi recommended that the interviewers check the financial commitment dates against the drawing/sketch dates. Second, he believed that Fernandez may have charged the Postal Service multiple times for the same drawings. The same drawings may have been charged as both a draft and as a final product. Additionally, the same drawing could have been charged to more than one location because the ramps were essentially the same.

Manescalchi stated that Sam Southern (phonetic), another contract specialist at Bedford Park, is aware of the contract irregularities but may not be willing to cooperate. Southern recently received a pay increase from Rigsby and, although frustrated, Southern appears to be willing to do what Rigsby directs even if it is not the way it should be done. Manescalchi identified Betty Cheres (phonetic), as another contract specialist who may have knowledge of the irregularities that are occurring at the Bedford Park facility.

Prepared by Special Agent Carl M. Puricelli CMP

(14)

| ransaction Type | Control | Created Date | ed By | Status | Approval By | Project |
|---|---|---|---|---|---|---|
| uthorization | JE77272 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | MORRIS, IL - MAIN OFFICE (165292-G01), ARCHITECTURAL BAR |
| ompletion | JE77267 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | MORRIS, IL - MAIN OFFICE (165292-G01), ARCHITECTURAL BAR |
| 'ayment | JE77151 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | HINSDALE, IL - OAK BROOK (163654-G02), HVAC SYSTEM REPL |
| ompletion | JE74595 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | AURORA, IL - MAIN OFFICE (160414-G02), CORRECT SAFETY SE |
| uthorization | JE74571 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | TINLEY PARK, IL - MAIN OFFICE (167782-G01), CREATE CARRIE |
| ompletion | JE74569 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | TINLEY PARK, IL - MAIN OFFICE (167782-G01), CREATE CARRIE |
| ompletion | JE74547 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | PLAINFIELD, IL - CARRIER ANNEX (166294-002), INT/EXT REPAI |
| uthorization | JE74545 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | PLAINFIELD, IL - CARRIER ANNEX (166294-002), INT/EXT REPAI |
| ompletion | JE73676 | 09/19/1996 | MANESCALCH | Approved | RIGSBY | DOWNERS GROVE, IL - MAIN OFFICE (162208-G01), COPING/BR |
| ayment | JE73180 | 09/18/1996 | CHEARS | Approved | RIGSBY | MANTENO, IL - MAIN OFFICE (164806-001), INSTALLATION OF D |
| ayment | JE73127 | 09/18/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), PANELS / COMP |
| ayment | JE72742 | 09/18/1996 | MANESCALCH | Approved | RIGSBY | HINSDALE, IL - OAK BROOK (163654-G02), HVAC SYSTEM REPL |
| Commitment | JE68987 | 09/13/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), LANDSCAPING F |
| Commitment | JE68286 | 09/13/1996 | CHEARS | Approved | RIGSBY | MOMENCE, IL - MAIN OFFICE (165232-001), TEAR OFF AND COM |
| Commitment | JE67619 | 09/13/1996 | MANESCALCH | Approved | RIGSBY | EMINGTON, IL - MAIN OFFICE (162556-003), Create maneuvering ar |
| Commitment | JE67604 | 09/13/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), LANDSCAPING F |
| Commitment | JE67589 | 09/13/1996 | MANESCALCH | Approved | RIGSBY | WATSEKA, IL - MAIN OFFICE (168238-G01), ROOF REPLACENEN |
| Commitment | JE67582 | 09/13/1996 | CHEARS | Approved | RIGSBY | JOLIET, IL - MAIN OFFICE (163966-G02), HEATING SYSTEM FOR |
| Completion | JE67392 | 09/12/1996 | RIGSBY | Approved | RIGSBY | WILLOW SPRINGS, IL - MAIN OFFICE (166484-001), INTERIOR A |
| Commitment | JE67370 | 09/12/1996 | CHEARS | Approved | RIGSBY | PANA, IL - MAIN OFFICE (166066-G01), INSTALLATION OF HANDI |
| Commitment | JE67366 | 09/12/1996 | CHEARS | Approved | RIGSBY | STREATOR, IL - MAIN OFFICE (167536-G01), INSTALLATION OF |
| Payment | JE67346 | 09/12/1996 | CHEARS | Approved | RIGSBY | KANKAKEE, IL - MAIN OFFICE (164014-G01), NEW ASPHALT FOR |
| Commitment | JE67254 | 09/12/1996 | CHEARS | Approved | RIGSBY | SPRING VALLEY, IL - MAIN OFFICE (167428-G01), REMOVAL OF |
| Commitment | JE67224 | 09/12/1996 | CHEARS | Approved | RIGSBY | MENDOTA, IL - MAIN OFFICE (165034-G01), INSTALLATION OF H |
| Commitment | JE67205 | 09/12/1996 | CHEARS | Approved | RIGSBY | BRADLEY, IL - MAIN OFFICE (160912-G01), INSTALLATION OF H |
| Commitment | JE67185 | 09/12/1996 | CHEARS | Approved | RIGSBY | BEARDSTOWN, IL - MAIN OFFICE (160546-G01), HANDICAP RAM |
| Commitment | JE67169 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | WESTMONT, IL - MAIN OFFICE (168370-G01), HVAC SYSTEM RE |
| Commitment | JE67161 | 09/12/1996 | CHEARS | Approved | RIGSBY | MARSEILLES, IL - MAIN OFFICE (164884-G01), INSTALLATION OF |
| Commitment | JE67134 | 09/12/1996 | CHEARS | Approved | RIGSBY | CANTON, IL - MAIN OFFICE (161248-G01), INSTALLATION OF HA |
| Commitment | JE67119 | 09/12/1996 | CHEARS | Approved | RIGSBY | PAXTON, IL - MAIN OFFICE (166138-G01), INSTALLATION OF HA |
| Commitment | JE67108 | 09/12/1996 | CHEARS | Approved | RIGSBY | LEWISTOWN, IL - MAIN OFFICE (164446-G01), INSTALLATION O |
| Commitment | JE67072 | 09/12/1996 | CHEARS | Approved | RIGSBY | HAVANA, IL - MAIN OFFICE (163480-G01), INSTALLATION OF HA |
| Commitment | JE67060 | 09/12/1996 | CHEARS | Approved | RIGSBY | RUSHVILLE, IL - MAIN OFFICE (166906-G01), INSTALLATION OF |
| Commitment | JE67032 | 09/12/1996 | CHEARS | Approved | RIGSBY | OGLESBY, IL - MAIN OFFICE (165838-G01), INSTALLATION OF H |
| Commitment | JE67027 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | MIDLOTHIAN, IL - MAIN OFFICE (165100-G01), AIR HANDLER A/C |
| Commitment | JE67020 | 09/12/1996 | CHEARS | Approved | RIGSBY | HOOPESTON, IL - MAIN OFFICE (163706-G01), INSTALLATION O |
| Commitment | JE66998 | 09/12/1996 | CHEARS | Approved | RIGSBY | PRINCETON, IL - MAIN OFFICE (166444-G02), INSTALLATION OF |
| Commitment | JE66423 | 09/12/1996 | CHEARS | Approved | RIGSBY | PERU, IL - MAIN OFFICE (166210-G01), INSTALLATION OF HANDI |
| Commitment | JE66398 | 09/12/1996 | CHEARS | Approved | RIGSBY | TAYLORVILLE, IL - MAIN OFFICE (167680-G01), INSTALLATION O |
| Commitment | JE66370 | 09/12/1996 | CHEARS | Approved | RIGSBY | MASON CITY, IL - MAIN OFFICE (164926-G01), INSTALLATION OF |
| Commitment | JE66353 | 09/12/1996 | CHEARS | Approved | RIGSBY | BUSHNELL, IL - MAIN OFFICE (161122-G01), INSTALLATION OF |
| Commitment | JE66335 | 09/12/1996 | CHEARS | Approved | RIGSBY | CHARLESTON, IL - MAIN OFFICE (161456-G01), INSTALLATION |
| Commitment | JE66303 | 09/12/1996 | CHEARS | Approved | RIGSBY | TUSCOLA, IL - MAIN OFFICE (167914-G01), INSTALLATION OF H |
| Commitment | JE66275 | 09/12/1996 | CHEARS | Approved | RIGSBY | SHELBYVILLE, IL - MAIN OFFICE (167194-G01), INSTALLATION O |
| Commitment | JE66259 | 09/12/1996 | CHEARS | Approved | RIGSBY | VIRDEN, IL - MAIN OFFICE (168088-G01), INSTALLATION OF HAN |
| Commitment | JE66206 | 09/12/1996 | CHEARS | Approved | RIGSBY | CARLINVILLE, IL - MAIN OFFICE (161278-G01), INSTALLATION O |
| Commitment | JE66148 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | DANVILLE, IL - MAIN OFFICE (161974-G02), UNDERSIZED HVAC |
| Payment | JE64531 | 09/11/1996 | RIGSBY | Approved | RIGSBY | ADAIR, IL - MAIN OFFICE (160012-001), Lobby/box Renov, & R&A / |
| Commitment | JE63505 | 09/10/1996 | RIGSBY | Approved | RIGSBY | BLUE ISLAND, IL - MAIN OFFICE (160798-G01), GUTTER DOWN |
| Commitment | JE63463 | 09/10/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), PANELS / COMP |
| Payment | JE63458 | 09/10/1996 | RIGSBY | Approved | RIGSBY | BUCKLEY, IL - MAIN OFFICE (161044-001), LOCKBOX LOBBY/PA |
| Commitment | JE63405 | 09/10/1996 | CHEARS | Approved | RIGSBY | NAPERVILLE, IL - MAIN OFFICE (165484-G03), INSTALLATION O |
| Commitment | JE63354 | 09/10/1996 | CHEARS | Approved | RIGSBY | MILLBROOK, IL - MAIN OFFICE (165118-002), EXTERIOR HANDI |

OIG 0285

(14)

| ransaction Type | Control | Created Date | ed By | Status | Approval By | Project |
|---|---|---|---|---|---|---|
| uthorization | JE77272 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | MORRIS, IL - MAIN OFFICE (165292-G01), ARCHITECTURAL BAR |
| ompletion | JE77267 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | MORRIS, IL - MAIN OFFICE (165292-G01), ARCHITECTURAL BAR |
| 'ayment | JE77151 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | HINSDALE, IL - OAK BROOK (163654-G02), HVAC SYSTEM REPL |
| ompletion | JE74595 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | AURORA, IL - MAIN OFFICE (160414-G02), CORRECT SAFETY SE |
| uthorization | JE74571 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | TINLEY PARK, IL - MAIN OFFICE (167782-G01), CREATE CARRIE |
| ompletion | JE74569 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | TINLEY PARK, IL - MAIN OFFICE (167782-G01), CREATE CARRIE |
| ompletion | JE74547 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | PLAINFIELD, IL - CARRIER ANNEX (166294-002), INT/EXT REPAI |
| uthorization | JE74545 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | PLAINFIELD, IL - CARRIER ANNEX (166294-002), INT/EXT REPAI |
| ompletion | JE73676 | 09/19/1996 | MANESCALCH | Approved | RIGSBY | DOWNERS GROVE, IL - MAIN OFFICE (162208-G01), COPING/BR |
| 'ayment | JE73180 | 09/18/1996 | CHEARS | Approved | RIGSBY | MANTENO, IL - MAIN OFFICE (164806-001), INSTALLATION OF D |
| 'ayment | JE73127 | 09/18/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), PANELS / COMP |
| 'ayment | JE72742 | 09/18/1996 | MANESCALCH | Approved | RIGSBY | HINSDALE, IL - OAK BROOK (163654-G02), HVAC SYSTEM REPL |
| Commitment | JE68987 | 09/13/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), LANDSCAPING F |
| Commitment | JE68286 | 09/13/1996 | CHEARS | Approved | RIGSBY | MOMENCE, IL - MAIN OFFICE (165232-001), TEAR OFF AND COM |
| Commitment | JE67619 | 09/13/1996 | MANESCALCH | Approved | RIGSBY | EMINGTON, IL - MAIN OFFICE (162556-003), Create maneuvering ar |
| Commitment | JE67604 | 09/13/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), LANDSCAPING F |
| Commitment | JE67589 | 09/13/1996 | MANESCALCH | Approved | RIGSBY | WATSEKA, IL - MAIN OFFICE (168238-G01), ROOF REPLACENEN |
| Commitment | JE67582 | 09/13/1996 | CHEARS | Approved | RIGSBY | JOLIET, IL - MAIN OFFICE (163966-G02), HEATING SYSTEM FOR |
| Completion | JE67392 | 09/12/1996 | RIGSBY | Approved | RIGSBY | WILLOW SPRINGS, IL - MAIN OFFICE (168484-001), INTERIOR A |
| Commitment | JE67370 | 09/12/1996 | CHEARS | Approved | RIGSBY | PANA, IL - MAIN OFFICE (166066-G01), INSTALLATION OF HANDI |
| Commitment | JE67366 | 09/12/1996 | CHEARS | Approved | RIGSBY | STREATOR, IL - MAIN OFFICE (167536-G01), INSTALLATION OF |
| Payment | JE67346 | 09/12/1996 | CHEARS | Approved | RIGSBY | KANKAKEE, IL - MAIN OFFICE (164014-G01), NEW ASPHALT FOR |
| Commitment | JE67254 | 09/12/1996 | CHEARS | Approved | RIGSBY | SPRING VALLEY, IL - MAIN OFFICE (167428-G01), REMOVAL OF |
| Commitment | JE67224 | 09/12/1996 | CHEARS | Approved | RIGSBY | MENDOTA, IL - MAIN OFFICE (165034-G01), INSTALLATION OF H |
| Commitment | JE67205 | 09/12/1996 | CHEARS | Approved | RIGSBY | BRADLEY, IL - MAIN OFFICE (160912-G01), INSTALLATION OF H |
| Commitment | JE67185 | 09/12/1996 | CHEARS | Approved | RIGSBY | BEARDSTOWN, IL - MAIN OFFICE (160546-G01), HANDICAP RAM |
| Commitment | JE67169 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | WESTMONT, IL - MAIN OFFICE (168370-G01), HVAC SYSTEM RE |
| Commitment | JE67161 | 09/12/1996 | CHEARS | Approved | RIGSBY | MARSEILLES, IL - MAIN OFFICE (164884-G01), INSTALLATION OF |
| Commitment | JE67134 | 09/12/1996 | CHEARS | Approved | RIGSBY | CANTON, IL - MAIN OFFICE (161248-G01), INSTALLATION OF HA |
| Commitment | JE67119 | 09/12/1996 | CHEARS | Approved | RIGSBY | PAXTON, IL - MAIN OFFICE (166138-G01), INSTALLATION OF HA |
| Commitment | JE67108 | 09/12/1996 | CHEARS | Approved | RIGSBY | LEWISTOWN, IL - MAIN OFFICE (164446-G01), INSTALLATION O |
| Commitment | JE67072 | 09/12/1996 | CHEARS | Approved | RIGSBY | HAVANA, IL - MAIN OFFICE (163460-G01), INSTALLATION OF HA |
| Commitment | JE67060 | 09/12/1996 | CHEARS | Approved | RIGSBY | RUSHVILLE, IL - MAIN OFFICE (166906-G01), INSTALLATION OF |
| Commitment | JE67032 | 09/12/1996 | CHEARS | Approved | RIGSBY | OGLESBY, IL - MAIN OFFICE (165838-G01), INSTALLATION OF H |
| Commitment | JE67027 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | MIDLOTHIAN, IL - MAIN OFFICE (165100-G01), AIR HANDLER A/C |
| Commitment | JE67020 | 09/12/1996 | CHEARS | Approved | RIGSBY | HOOPESTON, IL - MAIN OFFICE (163708-G01), INSTALLATION O |
| Commitment | JE66998 | 09/12/1996 | CHEARS | Approved | RIGSBY | PRINCETON, IL - MAIN OFFICE (166444-G02), INSTALLATION OF |
| Commitment | JE66423 | 09/12/1996 | CHEARS | Approved | RIGSBY | PERU, IL - MAIN OFFICE (166210-G01), INSTALLATION OF HANDI |
| Commitment | JE66398 | 09/12/1996 | CHEARS | Approved | RIGSBY | TAYLORVILLE, IL - MAIN OFFICE (167680-G01), INSTALLATION O |
| Commitment | JE66370 | 09/12/1996 | CHEARS | Approved | RIGSBY | MASON CITY, IL - MAIN OFFICE (164926-G01), INSTALLATION OF |
| Commitment | JE66353 | 09/12/1996 | CHEARS | Approved | RIGSBY | BUSHNELL, IL - MAIN OFFICE (161122-G01), INSTALLATION OF |
| Commitment | JE66335 | 09/12/1996 | CHEARS | Approved | RIGSBY | CHARLESTON, IL - MAIN OFFICE (161458-G01), INSTALLATION |
| Commitment | JE66303 | 09/12/1996 | CHEARS | Approved | RIGSBY | TUSCOLA, IL - MAIN OFFICE (167914-G01), INSTALLATION OF H |
| Commitment | JE66275 | 09/12/1996 | CHEARS | Approved | RIGSBY | SHELBYVILLE, IL - MAIN OFFICE (167194-G01), INSTALLATION O |
| Commitment | JE66259 | 09/12/1996 | CHEARS | Approved | RIGSBY | VIRDEN, IL - MAIN OFFICE (168088-G01), INSTALLATION OF HAN |
| Commitment | JE66206 | 09/12/1996 | CHEARS | Approved | RIGSBY | CARLINVILLE, IL - MAIN OFFICE (161278-G01), INSTALLATION O |
| Commitment | JE66148 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | DANVILLE, IL - MAIN OFFICE (161974-G02), UNDERSIZED HVAC |
| Payment | JE64531 | 09/11/1996 | RIGSBY | Approved | RIGSBY | ADAIR, IL - MAIN OFFICE (160012-001), Lobby/box Renov, & R&A / |
| Commitment | JE63505 | 09/10/1996 | RIGSBY | Approved | RIGSBY | BLUE ISLAND, IL - MAIN OFFICE (160798-G01), GUTTER DOWN |
| Commitment | JE63463 | 09/10/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), PANELS / COMP |
| Payment | JE63458 | 09/10/1996 | RIGSBY | Approved | RIGSBY | BUCKLEY, IL - MAIN OFFICE (161044-001), LOCKBOX LOBBY/PA |
| Commitment | JE63405 | 09/10/1996 | CHEARS | Approved | RIGSBY | NAPERVILLE, IL - MAIN OFFICE (165464-G03), INSTALLATION O |
| Commitment | JE63354 | 09/10/1996 | CHEARS | Approved | RIGSBY | MILLBROOK, IL - MAIN OFFICE (165118-002), EXTERIOR HANDI |

(14)

| ransaction Type | Control | Created Date | [illegible]ed By | Status | Approval By | Project |
|---|---|---|---|---|---|---|
| uthorization | JE77272 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | MORRIS, IL - MAIN OFFICE (165292-G01), ARCHITECTURAL BAR |
| ompletion | JE77267 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | MORRIS, IL - MAIN OFFICE (165292-G01), ARCHITECTURAL BAR |
| ayment | JE77151 | 09/25/1996 | MANESCALCH | Approved | RIGSBY | HINSDALE, IL - OAK BROOK (163654-G02), HVAC SYSTEM REPL |
| ompletion | JE74595 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | AURORA, IL - MAIN OFFICE (160414-G02), CORRECT SAFETY SE |
| uthorization | JE74571 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | TINLEY PARK, IL - MAIN OFFICE (167782-G01), CREATE CARRIE |
| ompletion | JE74569 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | TINLEY PARK, IL - MAIN OFFICE (167782-G01), CREATE CARRIE |
| ompletion | JE74547 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | PLAINFIELD, IL - CARRIER ANNEX (166294-002), INT/EXT REPAI |
| uthorization | JE74545 | 09/20/1996 | MANESCALCH | Approved | RIGSBY | PLAINFIELD, IL - CARRIER ANNEX (166294-002), INT/EXT REPAI |
| ompletion | JE73676 | 09/19/1996 | MANESCALCH | Approved | RIGSBY | DOWNERS GROVE, IL - MAIN OFFICE (162208-G01), COPING/BR |
| Payment | JE73180 | 09/18/1996 | CHEARS | Approved | RIGSBY | MANTENO, IL - MAIN OFFICE (164806-001), INSTALLATION OF D |
| Payment | JE73127 | 09/18/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), PANELS / COMP |
| Payment | JE72742 | 09/18/1996 | MANESCALCH | Approved | RIGSBY | HINSDALE, IL - OAK BROOK (163654-G02), HVAC SYSTEM REPL |
| Commitment | JE68987 | 09/13/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), LANDSCAPING F |
| Commitment | JE68286 | 09/13/1996 | CHEARS | Approved | RIGSBY | MOMENCE, IL - MAIN OFFICE (165232-001), TEAR OFF AND COM |
| Commitment | JE67619 | 09/13/1996 | MANESCALCH | Approved | RIGSBY | EMINGTON, IL - MAIN OFFICE (162556-003), Create maneuvering ar |
| Commitment | JE67604 | 09/13/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), LANDSCAPING F |
| Commitment | JE67589 | 09/13/1996 | MANESCALCH | Approved | RIGSBY | WATSEKA, IL - MAIN OFFICE (168238-G01), ROOF REPLACENEN |
| Commitment | JE67582 | 09/13/1996 | CHEARS | Approved | RIGSBY | JOLIET, IL - MAIN OFFICE (163966-G02), HEATING SYSTEM FOR |
| Completion | JE67392 | 09/12/1996 | RIGSBY | Approved | RIGSBY | WILLOW SPRINGS, IL - MAIN OFFICE (168484-001), INTERIOR A |
| Commitment | JE67370 | 09/12/1996 | CHEARS | Approved | RIGSBY | PANA, IL - MAIN OFFICE (166066-G01), INSTALLATION OF HANDI |
| Commitment | JE67366 | 09/12/1996 | CHEARS | Approved | RIGSBY | STREATOR, IL - MAIN OFFICE (167536-G01), INSTALLATION OF |
| Payment | JE67346 | 09/12/1996 | CHEARS | Approved | RIGSBY | KANKAKEE, IL - MAIN OFFICE (164014-G01), NEW ASPHALT FOR |
| Commitment | JE67254 | 09/12/1996 | CHEARS | Approved | RIGSBY | SPRING VALLEY, IL - MAIN OFFICE (167428-G01), REMOVAL OF |
| Commitment | JE67224 | 09/12/1996 | CHEARS | Approved | RIGSBY | MENDOTA, IL - MAIN OFFICE (165034-G01), INSTALLATION OF H |
| Commitment | JE67205 | 09/12/1996 | CHEARS | Approved | RIGSBY | BRADLEY, IL - MAIN OFFICE (160912-G01), INSTALLATION OF H |
| Commitment | JE67185 | 09/12/1996 | CHEARS | Approved | RIGSBY | BEARDSTOWN, IL - MAIN OFFICE (160546-G01), HANDICAP RAM |
| Commitment | JE67169 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | WESTMONT, IL - MAIN OFFICE (168370-G01), HVAC SYSTEM RE |
| Commitment | JE67161 | 09/12/1996 | CHEARS | Approved | RIGSBY | MARSEILLES, IL - MAIN OFFICE (164884-G01), INSTALLATION OF |
| Commitment | JE67134 | 09/12/1996 | CHEARS | Approved | RIGSBY | CANTON, IL - MAIN OFFICE (161248-G01), INSTALLATION OF HA |
| Commitment | JE67119 | 09/12/1996 | CHEARS | Approved | RIGSBY | PAXTON, IL - MAIN OFFICE (166138-G01), INSTALLATION OF HA |
| Commitment | JE67108 | 09/12/1996 | CHEARS | Approved | RIGSBY | LEWISTOWN, IL - MAIN OFFICE (164446-G01), INSTALLATION O |
| Commitment | JE67072 | 09/12/1996 | CHEARS | Approved | RIGSBY | HAVANA, IL - MAIN OFFICE (163480-G01), INSTALLATION OF HA |
| Commitment | JE67060 | 09/12/1996 | CHEARS | Approved | RIGSBY | RUSHVILLE, IL - MAIN OFFICE (166906-G01), INSTALLATION OF |
| Commitment | JE67032 | 09/12/1996 | CHEARS | Approved | RIGSBY | OGLESBY, IL - MAIN OFFICE (165838-G01), INSTALLATION OF H |
| Commitment | JE67027 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | MIDLOTHIAN, IL - MAIN OFFICE (165100-G01), AIR HANDLER A/C |
| Commitment | JE67020 | 09/12/1996 | CHEARS | Approved | RIGSBY | HOOPESTON, IL - MAIN OFFICE (163708-G01), INSTALLATION O |
| Commitment | JE66998 | 09/12/1996 | CHEARS | Approved | RIGSBY | PRINCETON, IL - MAIN OFFICE (166444-G02), INSTALLATION OF |
| Commitment | JE66423 | 09/12/1996 | CHEARS | Approved | RIGSBY | PERU, IL - MAIN OFFICE (166210-G01), INSTALLATION OF HANDI |
| Commitment | JE66398 | 09/12/1996 | CHEARS | Approved | RIGSBY | TAYLORVILLE, IL - MAIN OFFICE (167680-G01), INSTALLATION O |
| Commitment | JE66370 | 09/12/1996 | CHEARS | Approved | RIGSBY | MASON CITY, IL - MAIN OFFICE (164926-G01), INSTALLATION OF |
| Commitment | JE66353 | 09/12/1996 | CHEARS | Approved | RIGSBY | BUSHNELL, IL - MAIN OFFICE (161122-G01), INSTALLATION OF |
| Commitment | JE66335 | 09/12/1996 | CHEARS | Approved | RIGSBY | CHARLESTON, IL - MAIN OFFICE (161458-G01), INSTALLATION |
| Commitment | JE66303 | 09/12/1996 | CHEARS | Approved | RIGSBY | TUSCOLA, IL - MAIN OFFICE (167914-G01), INSTALLATION OF H |
| Commitment | JE66275 | 09/12/1996 | CHEARS | Approved | RIGSBY | SHELBYVILLE, IL - MAIN OFFICE (167194-G01), INSTALLATION O |
| Commitment | JE66259 | 09/12/1996 | CHEARS | Approved | RIGSBY | VIRDEN, IL - MAIN OFFICE (168088-G01), INSTALLATION OF HAN |
| Commitment | JE66206 | 09/12/1996 | CHEARS | Approved | RIGSBY | CARLINVILLE, IL - MAIN OFFICE (161278-G01), INSTALLATION O |
| Commitment | JE66148 | 09/12/1996 | MANESCALCH | Approved | RIGSBY | DANVILLE, IL - MAIN OFFICE (161974-G02), UNDERSIZED HVAC |
| Payment | JE64531 | 09/11/1996 | RIGSBY | Approved | RIGSBY | ADAIR, IL - MAIN OFFICE (160012-001), Lobby/box Renov, & R&A / |
| Commitment | JE63505 | 09/10/1996 | RIGSBY | Approved | RIGSBY | BLUE ISLAND, IL - MAIN OFFICE (160798-G01), GUTTER DOWN |
| Commitment | JE63463 | 09/10/1996 | CHEARS | Approved | RIGSBY | SOUTH SUBURBAN, IL - P & D C (161546-G04), PANELS / COMP |
| Payment | JE63458 | 09/10/1996 | RIGSBY | Approved | RIGSBY | BUCKLEY, IL - MAIN OFFICE (161044-001), LOCKBOX LOBBY/PA |
| Commitment | JE63405 | 09/10/1996 | CHEARS | Approved | RIGSBY | NAPERVILLE, IL - MAIN OFFICE (165484-G03), INSTALLATION O |
| Commitment | JE63354 | 09/10/1996 | CHEARS | Approved | RIGSBY | MILLBROOK, IL - MAIN OFFICE (165118-002), EXTERIOR HANDI |

ERS, JE/4F-J02462
ERS, JE/4F-J02462
EMENT, JE/4B-J33385
JRITY.., JE/5B-J05483
ROADWAY..., JE/4B-J07362
ROADWAY..., JE/4B-J07362
UPGRADES, JE/5B-4LAI19
UPGRADES, JE/5B-4LAI19
K REPRS/SEAL..., JE/5B-J07166
OR / HANDICAP RAMP, JE/4B-J3
ENTS & INSTALLATION, JE/4B-J
EMENT, JE/4B-J33385
THE ENTIRE FACILITY, JE/4B-
LETE ROOF RENOVATION, JE/4
, JE/4B-J48442
THE ENTIRE FACILITY, JE/4B-
/SEWER UPGRADES, JE/4B-J02
HE LOBBY, JE/4B-J49076
WORK......., JE/4B-J05214
AP RAMP, JE/4B-J48318
ANDICAP RAMP, JE/4B-J48320
PARKING AREA, JE/4B-J44954
ONCRETE & EXISTING HANDRA
NDICAP RAMP, JE/4B-J48306
NDICAP RAMP, JE/4B-J48300
, JE/4B-J48290
LACEMENT, JE/4B-J41284
HANDICAP RAMP, JE/4B-J48315
DICAP RAMP, JE/4B-J48292
DICAP RAMP, JE/4B-J48304
HANDICAP RAMP, JE/4B-J48309
DICAP RAMP, JE/4B-J48311
ANDICAP RAMP, JE/4B-J48312
NDICAP RAMP, JE/4B-J48316
CONDENSER R&R, JE/4B-J49009
HANDICAP RAMP, JE/4B-J48297
ANDICAP RAMP, JE/4B-J48302
AP RAMP, JE/4B-J48319
HANDICAP RAMP, JE/4B-J48317
HANDICAP RAMP, JE/4B-J48314
ANDICAP RAMP, JE/4B-J48301
F HANDICAP RAMP, JE/4B-J4829
NDICAP RAMP, JE/4B-J48298
HANDICAP RAMP, JE/4B-J48295
ICAP RAMP, JE/4B-J48294
HANDICAP RAMP, JE/4B-J48293
EPLACE/EXPANSION, JE/4B-J19
ANDICAP WK..., JE/5B-J06639
POUTS / PAINT, JE/5B-J25580
NENTS & INSTALLATION, JE/4B-J
TING, JE/5B-J14897
UNDERGROUND IRRIGATION, J
P WORK, JE/4B-J44077

ERS, JE/4F-J02462
ERS, JE/4F-J02462
EMENT, JE/4B-J33385
JRITY.., JE/5B-J05483
ROADWAY..., JE/4B-J07362
ROADWAY..., JE/4B-J07362
UPGRADES, JE/5B-4LAI19
UPGRADES, JE/5B-4LAI19
K REPRS/SEAL.., JE/5B-J07166
OR / HANDICAP RAMP, JE/4B-J3
ENTS & INSTALLATION, JE/4B-J
EMENT, JE/4B-J33385
R THE ENTIRE FACILITY, JE/4B-
LETE ROOF RENOVATION, JE/4
, JE/4B-J48442
R THE ENTIRE FACILITY, JE/4B-
/SEWER UPGRADES, JE/4B-J02
HE LOBBY, JE/4B-J49076
WORK........, JE/4B-J05214
AP RAMP, JE/4B-J48318
ANDICAP RAMP, JE/4B-J48320
PARKING AREA, JE/4B-J44954
ONCRETE & EXISTING HANDRA
NDICAP RAMP, JE/4B-J48306
IDICAP RAMP, JE/4B-J48300
, JE/4B-J48290
LACEMENT, JE/4B-J41284
HANDICAP RAMP, JE/4B-J48315
DICAP RAMP, JE/4B-J48292
DICAP RAMP, JE/4B-J48304
HANDICAP RAMP, JE/4B-J48309
DICAP RAMP, JE/4B-J48311
ANDICAP RAMP, JE/4B-J48312
NDICAP RAMP, JE/4B-J48316
CONDENSER R&R, JE/4B-J49008
HANDICAP RAMP, JE/4B-J48297
ANDICAP RAMP, JE/4B-J48302
AP RAMP, JE/4B-J48319
HANDICAP RAMP, JE/4B-J48317
HANDICAP RAMP, JE/4B-J48314
ANDICAP RAMP, JE/4B-J48301
F HANDICAP RAMP, JE/4B-J4829
NDICAP RAMP, JE/4B-J48298
HANDICAP RAMP, JE/4B-J48295
ICAP RAMP, JE/4B-J48294
HANDICAP RAMP, JE/4B-J48293
EPLACE/EXPANSION, JE/4B-J19
ANDICAP WK..., JE/5B-J06639
POUTS / PAINT, JE/5B-J25580
NENTS & INSTALLATION, JE/4B-J
TING, JE/5B-J14897
UNDERGROUND IRRIGATION, J
P WORK, JE/4B-J44077

ERS, JE/4F-J02462
ERS, JE/4F-J02462
EMENT, JE/4B-J33385
JRITY.., JE/5B-J05483
ROADWAY..., JE/4B-J07362
ROADWAY..., JE/4B-J07362
UPGRADES, JE/5B-4LAI19
UPGRADES, JE/5B-4LAI19
K REPRS/SEAL.., JE/5B-J07166
OR / HANDICAP RAMP, JE/4B-J3
ENTS & INSTALLATION, JE/4B-J
EMENT, JE/4B-J33385
R THE ENTIRE FACILITY, JE/4B-
LETE ROOF RENOVATION, JE/4
, JE/4B-J48442
R THE ENTIRE FACILITY, JE/4B-
/SEWER UPGRADES, JE/4B-J02
HE LOBBY, JE/4B-J49076
WORK......., JE/4B-J05214
AP RAMP, JE/4B-J48318
ANDICAP RAMP, JE/4B-J48320
PARKING AREA, JE/4B-J44954
ONCRETE & EXISTING HANDRA
NDICAP RAMP, JE/4B-J48306
IDICAP RAMP, JE/4B-J48300
, JE/4B-J48290
LACEMENT, JE/4B-J41284
HANDICAP RAMP, JE/4B-J48315
DICAP RAMP, JE/4B-J48292
DICAP RAMP, JE/4B-J48304
HANDICAP RAMP, JE/4B-J48309
DICAP RAMP, JE/4B-J48311
ANDICAP RAMP, JE/4B-J48312
NDICAP RAMP, JE/4B-J48316
CONDENSER R&R, JE/4B-J49008
HANDICAP RAMP, JE/4B-J48297
ANDICAP RAMP, JE/4B-J48302
AP RAMP, JE/4B-J48319
HANDICAP RAMP, JE/4B-J48317
HANDICAP RAMP, JE/4B-J48314
ANDICAP RAMP, JE/4B-J48301
F HANDICAP RAMP, JE/4B-J4829
NDICAP RAMP, JE/4B-J48298
HANDICAP RAMP, JE/4B-J48295
ICAP RAMP, JE/4B-J48294
HANDICAP RAMP, JE/4B-J48293
EPLACE/EXPANSION, JE/4B-J19
ANDICAP WK..., JE/5B-J06639
POUTS / PAINT, JE/5B-J25580
NENTS & INSTALLATION, JE/4B-J
TING, JE/5B-J14897
UNDERGROUND IRRIGATION, J
P WORK, JE/4B-J44077

# DEPOSITION EXCERPTS

# DEPOSITION OF RICHARD BATTAGLIN

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

The deposition of RICHARD ANTHONY BATTAGLIN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions for the purpose of discovery, taken before Janet L. Robbins, CSR No. 84-2207, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 3300, Three First National Plaza, Chicago, Illinois, on the 11th day of June, A.D. 2004, at 8:43 a.m.

COPY

PRESENT:

BELL, BOYD & LLOYD PLLC,
(1615 L Street, N.W., Suite 1200,
Washington, D.C. 20036-5610,
202-955-6830), by:
MR. LAWRENCE M. PROSEN,
appeared on behalf of the Plaintiff;
UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION-COMMERCIAL LITIGATION BRANCH,
(1100 L Street, N.W., 8th Floor,
Washington, D.C. 20530,
202-307-0290), by:
MS. DOMENIQUE KIRCHNER,
appeared on behalf of the Defendant
and the Deponent.

ALSO PRESENT:
MR. STEPHEN LOBAUGH, In-House Counsel,
United States Postal Service.

REPORTED BY: JANET L. ROBBINS, CSR, RPR,
CERTIFICATE NO. 84-2207

RICHARD ANTHONY BATTAGLIN,

called as a witness herein, having been previously duly sworn, was examined and testified as follows:

EXAMINATION (Resumed)

BY MS. KIRCHNER:

08:43 Q. We're here, for the record, for the continuation of your deposition. And you understand you're still under oath?

08:43 A. Yes.

08:43 Q. Do you have any licenses, for example, engineering or architect or anything like that?

08:44 A. No.

08:44 Q. Have you ever had a license as an engineer, an architect?

08:44 A. No.

08:44 Q. Have you ever had a license regarding construction work?

08:44 MR. PROSEN: Objection, vague.

BY THE WITNESS:

08:44 A. What does that mean?

BY MS. KIRCHNER:

08:44 Q. Well, for example, have you ever had from a state government a license to perform construction work?

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

I hereby certify that I have read the foregoing transcript of my deposition given at the time and place aforesaid, consisting of pages 1 to 388, inclusive, and I do again subscribe and make oath that the same is a true, correct and complete transcript of my deposition so given, and includes changes, if any, so made by me.

[signature]

RICHARD ANTHONY BATTAGLIN

SUBSCRIBED AND SWORN TO before me
this 9th day of August , 2004.

Notary Public

MARILYN W. DUNSTON
Notary Public, District of Columbia
My Commission Expires March 31, 2006

[signature]

# DEPOSITION OF TERRI JACOBSEN

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L.P. CONSULTING GROUP, INC., )
Plaintiff, )
vs. ) Case No.
THE UNITED STATES POSTAL ) 98-868 C
SERVICE, ) (Judge Allegra)
Defendant. )

The deposition of TERRI JACOBSEN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before NANCY A. GUIDOLIN, CSR No. 84-2531, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said State, at the Great Lake Facility of USPS, 65 Stratford Drive, Bloomingdale, Illinois, on the 21st day of October, A.D 2004, at 11:30 a.m.

000417



ORIGINAL

PRESENT:

BELL, BOYD & LLOYD, PLLC,
(1615 L Street, N.W., Suite 1200,
Washington, D.C., 20036-5610,
202-466-6300), by:
MR. LAWRENCE M. PROSEN,
appeared on behalf of the Plaintiff;

UNITED STATES POSTAL SERVICE,
(475 L'Enfant Plaza SW,
Washington, D.C., 20260-1127,
202-268-4089), by:
MR. STEPHEN D. LOBAUGH,
-and-
UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION-COMMERCIAL LITIGATION BRANCH,
(1100 L Street, N.W., 8th Floor,
Washington, D.C. 20530,
202-307-0290), by:
MS. DOMENIQUE KIRCHNER,
appeared on behalf of the Defendant.

ALSO PRESENT:

Mr. Richard Battaglin,

L.P. Consulting Group, Inc.

REPORTED BY: NANCY A. GUIDOLIN,

CSR NO. 84-2531.

A. No.
Q. Why is that?
A. Again, a work order is developed on mutual agreement. Both parties have to agree to the quantities which result in a price.
Q. Would it be reasonable for the Postal Service to request that an IQC contractor go out and develop, as you say, a cost proposal --
A. Uh-huh.
Q. -- and ask them to submit that cost proposal and then nothing happens? There is never any further follow-up from the Postal Service, there is no negotiation by the Postal Service?
A. That may happen on occasion, yes. That may happen. Having an IQC contract does not guaranty work except up to the minimum that is stated in the contract itself.
Q. What was that minimum amount?
A. $10,000.
Q. For each of them?
A. Yes.
Q. I just want to make sure that the record is clear. As opposed to an aggravate?
A. Yes.

Q. So an IQC contractor can be expected to go out to a jobsite or a proposed jobsite, expend its time and effort to prepare a scope of work, submit that scope of work, and then not expect to get the work thereafter?

A. I would say that there isn't -- I think absolutely to expect that work is a flawed expectation. Just as we go out and we solicit, if it was a fixed price, people submit price proposals all of the time in hopes of getting that work. It's not -- there is nothing that says that you will get work because you submit a price proposal or a proposal.

Q. But that's distinguishable from this case. In that case that you just described you have multiple contractors competing to get that work. In the case of these two IQC contracts, L.P. has already gotten the work, the offer has already been competed, and once the decision has been made to give it to them as an IQC contractor, isn't that distinguishable from your description?

MS. KIRCHNER: Objection; ambiguous and confusing.

BY MR. PROSEN: