6/2/99

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L. P. CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-868 C |
| UNITED STATES OF AMERICA, | ) | (Judge Allegra) |
| Defendant. | ) | |

NOTICE OF FILING PRELIMINARY EXHIBIT AND WITNESS LISTS

Pursuant to Section (1)(d)(i) of the Court's Special Procedures Order dated February 16, 1999, defendant hereby files a copy of plaintiff's preliminary exhibit and witness lists and defendant's preliminary exhibit and witness lists.

Respectfully Submitted,

DAVID W. OGDEN
Acting Assistant
Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

MATTHEW P. REED
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-6288

June 2, 1999

Attorneys for Defendant

EXHIBIT 2

ALL-STATE LEGAL®

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of June, 1999, I hand delivered copies of "NOTICE OF FILING PRELIMINARY EXHIBIT AND WITNESS LISTS" to the individual named below:

Brian Cohen
BELL, BOYD & LLOYD
1615 L. Street, NW, Suite 1200
Washington, D.C. 20036-5610

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 98-868 C (Judge Allegra) |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| Defendant. | ) | |

PRELIMINARY WITNESS LIST

In accordance with the Court's February 16, 1999, order, defendant provides to counsel for plaintiff the following list of witnesses to be called upon at trial. Defendant reserves the right to modify this list at any time.

1. Robert Rigsby, former Contracting Officer, now retired
   Central Illinois District
   United States Postal Service
   6801 West 73rd Street
   Bedford Park, IL 60499-9991
   (708)563-7200

2. Jesse McNabb
   Central Illinois District
   United States Postal Service
   6801 West 73rd Street
   Bedford Park, IL 60499-9991
   (708)563-7200

3. Lois Gunlogson
   Northern Illinois District
   500 W. Fulerton
   Carol Stream, IL 60199-9613
   630-260-5388

4. Bruce Rothermel
   Central Illinois District
   United States Postal Service
   6801 West 73rd Street
   Bedford Park, IL 60499-9991
   (708)563-7200

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

MATTHEW P. REED
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Washington, DC 20530
(202) 307-6288

Attorneys for Defendant

OF COUNSEL:
ANNE GRAHAM
Mid-Atlantic Law Office
U.S. Postal Service
Washington, D.C.

March 3, 1999

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 98-868 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| Defendant. | ) | |

## PRELIMINARY EXHIBIT LIST

In accordance with the Court's February 16, 1999, order, defendant provides to counsel for plaintiff the following list of exhibits intended to be relied upon at trial. Defendant reserves the right to modify this list at any time. These exhibits, documentary in nature, are located at the offices of the contracting officer.

1. IQCs Nos. 162640-94-B-0083, 162640-96-B-0094, 162640-96-B-0098
2. P.S. Protest No. 97-25: the decision and correspondence
3. Nov. 20, 1996 letter from Rigsby to Richard Battaglin, re: Downers Grove Lobby Renovation
4. July 7, 1995 letter from Gerald Enverso to Rigsby, re: contracting authority
5. July 7, 1995 Contracting Officer Certificate of Appointment
6. July 11, 1994, letter from Larry Linnenburger to Rigsby, re: contracting authority
7. September 3, 1996, bid on Hoopeston project from Phoenix Construction Co.
8. September 3, 1996, bid on Hoopeston project from Ulbrich & Assoc.
9. August 28, 1996, bid on Hoopeston project from PNL Enterprises
10. August 31, 1996, bid from Ramcorp, Inc., on Hoopeston ramp project
11. September 6, 1996, bid from Ulbrich on Hoopeston project
12. September 5, 1996, bid from PNL Enterprises on Hoopeston project
13. May 28, 1997, Intent To Award letter to Ulbrich, re: Hoopeston project

14. July 15, 1997, Notice To Proceed letter to Ulbrich, re: Hoopeston project
15. IQC 162640-94-J-0136, with A.M. Fernandez
16. Simplified Construction Contract 161550-96-B-5146, for Hoopeston project, with Ulbrich & Assoc.
17. Ulbrich & Assoc.Æs Performance Bond, re: Hoopeston
18. Ulbrich & Assoc.Æs Payment Bond, re: Hoopeston
19. May 21, 1997, letter from Battaglin to Rigsby, re: Hoopeston
20. August 20, 1996, letter from Battaglin to Rigsby, re: work order status 609 post offices
21. September 9, 1997, printout: list of PACs file updated
22. June 3, 1996, letter, re: RigsbyÆs authority
23. June 3, 1996, letter to LP Consulting, re: RigsbyÆs authority
24. June 3, 1996, letter to LP Consulting, re: Notice To Proceed on IQC 162640-96-B-0098
25. May 29, 1997, letter from Battaglin to Rigsby, re: IQC Scoping Visits
26. June 4, 1997, letter from Rigsby to Battaglin, responding to May 29, 1997, letter
27. June 5, 1997, letter from Battaglin to Rigsby, responding to June 4, 1997, letter
28. Site Visit August 25, 1997, Roseville, IL 60962-9998, re: Unauthorized Work
29. June 6, 1996, Notice To Proceed, to LP Consulting, on IQC 162640-96-B-0094
30. June 3, 1996, Notice To Proceed, to LP Consulting, on IQC 162640-96-B-0098
31. July 23, 1996, UlbrichÆs bid for Brookfield project
32. July 15, 1996, RamcorpÆs bid for Brookfield project
33. July 12, 1996, Janice Building Corp.Æs bid for Brookfield project
34. Simplified Construction Award to Wm. Aupperle & Sons, Inc., for Berwick project
35. Wm. Aupperle & SonsÆ drawing and bid for Berwick project
36. LP ConsultingÆs drawing and bid (work order) for Berwick project

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

MATTHEW P. REED
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Washington, DC 20530
(202) 307-6288

Attorneys for Defendant

OF COUNSEL:
ANNE GRAHAM
Mid-Atlantic Law Office
U.S. Postal Service
Washington, D.C.

March 3, 1999