# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| [CON]TRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| 94-B-0083 | | | | |

| [P]ROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST. ANNE - HANDICAP RAMP | | |

| [PR]OJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| [CON]TRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | |

| [A]UTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| [I]TEM NUMBER | | | DESCRIPTION | UNIT MEAS | UNIT PRICE | QTY. | EXTE[NDED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| [illegible].0 | 00 | AL9 | DEMOLITION BACKHOE | HR. | 68.72 | 8 | |
| [0]2.2 | 00 | 002 | EXCAVATE | YDS | 8.04 | 67 | |
| [0]2.2 | 00 | 010 | BACKFILL | YDS | 8.93 | 67 | |
| [0]2.2 | 00 | 019 | BASE MATERIAL | YDS | 15.19 | 67 | |
| 02.2 | 00 | 029 | SURFACE GRADING 9x72=63 41x8=328 SF | SF | .04 | 407 | |
| [0]2.5 | 15 | 001 | SAWCUT 10 X (3" DEEP) | LF | .58 | 30 | |
| 00.0 | 01 | AL1 | HAUL AWAY DEBRIS | LS | 85.90 | 1 | |
| [illegible].0 | 00 | AL3 | SIDEWALK REMOVAL | SF | 1.55 | 607 | |
| 02.5 | 15 | 012 | EXPANSION JT. | LF | .80 | 74 | |
| [0]2.5 | 15 | 014 | CONC. SIDEWALK | SF | 3.13 | 391 | |
| 02.5 | 15 | 019 | CONC. PAVING | SF | 3.80 | 216 | |
| [0]2.5 | 15 | 007 | ADD FOR OVER 6" THICK REMOVAL | SF | .13 | 216 | |
| [0]2.5 | 15 | 024 | REINFORCING MESH | SF | .39 | 607 | |
| 10.1 | 77 | F01 | TRAFFIC CONTROL SIGN & POST | EA | 117.92 | -0- | |
| [1]0.1 | 77 | 061 | FURNISH & INSTALL HCP PARKING SIGN TO POST | EA | 53.26 | -0- | |
| 02.5 | 77 | 004 | PAVEMENT MARKING | JOB | 85.90 | -0- | |
| [0]2.5 | 77 | 003 | HCP LOGO | EA | 21.48 | -0- | |
| 02.5 | 15 | 039 | MIN. CHARGE CURB REMOVAL | JOB | 116.14 | 1 | |
| [0]3.3 | 00 | 014 | ROD REINF. #4 | LB | .53 | 20 | |
| 03.4 | 17 | 013 | MISC. HOURLY LABOR MASON 2 MEN @ 5 EACH | HR | 29.81 | 10 | |
| [0]3.3 | 00 | 033 | NON-SHRINK GROUT USED | LB | 1.51 | 25 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER 2 MEN @ 4 EACH | HR | 25.74 | 8 | |
| 03.3 | 00 | 013 | SLAB ON RAMP | SF | 4.47 | 0-08 | |
| [0]3.3 | 00 | 015 | CONTINUOUS FOOTINGS | LF | 9.83 | -0- | |

[A]TTACHMENTS:

1053

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

EXHIBIT 2

ALL-STATE LEGAL®

94 · B · 0083

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | $ | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 3 3 | 00 | 017 | FOUNDATION WALLS | SF | 10.72 | -0- | |
| JFC OC1 | DATED | | HAULING; TRUCK, DRIVER | HR | 59.67 | 8 | |
| 5.5 | 00 | 005 | HANDRAIL PIPERAIL | LF | 26.80 | -0- | |
| 5 5 | 00 | 007 | HANDRAIL 1½" | LF | 10.72 | -0- | |
| 2.0 | 12 | 002 | CORE DRILL DOWEL IN SLAB | EA. | 24.12 | 20 | |
| 3 3 | 00 | 030 | EPOXY BONDING AGENT | GAL | 26.80 | -0- | |
| 5 5 | 80 | 035 | ¼" WELD | LF | 4.47 | -0- | |
| 5.5 | 00 | 052 | MIN. CHARGE METAL FABRICATION (RAIL RETURNS) | JOB | 120.60 | -0- | |
| 1 1 | 00 | 063 | PAINT RAILS, POST ETC. | LF | .94 | -0- | |

SUBTOTAL THIS PAGE

SUBTOTAL FROM PREVIOUS PAGE(S)

RATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

TOTAL

ST. ANNE P.O.



114
20
38
3
96
271

803/15

LEROY - L & BC contractor
PROPOSAL ON BLUE
708/461-9080 - PAGER