①

# TERM CONSTRUCTION CONTRACT WORK ORDE[R]

| CONTRACT NO. | PROJECT MGR. | MULTIPLIER | WORK ORDER NO. | DATE |
|---|---|---|---|---|
| | | | | |

| PROJECT DESCRIPTION/LOCATION | START DATE | PERFORMANCE TIME |
|---|---|---|
| ST ANNE - Lobby/IRT STATION | | |

| PROJECT AUTHORIZATION NO. | CHANGE CODE | FINANCE NO. | ACCOUNT NO. | INDEX NO. |
|---|---|---|---|---|
| | | | | |

| CONTRACTOR | U.S. POSTAL SERVICE |
|---|---|
| L.P. Consulting Group, Inc.<br>10401 S. 75th Ave.<br>Palos Hills, IL 60465-2015 | ADMIN. SERVICES |

| AUTHORIZED SIGNATURE | DATE | CONTRACTING OFFICER | DATE |
|---|---|---|---|
| | | | |

| ITEM NUMBER | | | ROUGH CARPENTRY AND FINISH CARPENTRY | UNIT MEAS | UNIT PRICE | QTY. | EXTE[NDED] PRIC[E] |
|---|---|---|---|---|---|---|---|
| 05.5 | 00 | 043 | VARIOUS FASTENERS SELF TAP | EA | .71 | 10 | |
| 05.5 | 00 | 045 | VARIOUS FASTENERS POWER LOAD | EA | .67 | 15 | |
| 06.1 | 00 | 001 | 2x4 WOOD STUD | LF | 2.90 | 370 | |
| 06.1 | 00 | 005 | ADD FOR HEADER 2x8 | LF | .21 | -0- | |
| 06.1 | 00 | 024 | PLYWOOD SHEATHING 1/2" | SF | 2.23 | 96 | |
| 06.1 | 00 | 026 | PLYWOOD SHEATHING 3/4" | SF | 2.81 | 96 | |
| 06.1 | 00 | 049 | DEMO. OF STUD WALLS | LF | .22 | 63 | |
| 06.1 | 00 | 067 | BLOCKING | BF | 1.27 | 10 | |
| 06.1 | 00 | 071 | REMOVE EXIST. LOCK BOX BASE (18" FOR NEW BASE) | LF | 6.49 | 35 | |
| 06.1 | 00 | 072 | REMOVE EXIST. UNDERCOUNTER EQUIP. | LF | 7.15 | 10 | |
| 06.1 | 00 | 077 | RELOCATE LETTER DROP | EA | 26.80 | 1 | |
| 06.1 | 00 | 080 | MISC. HOURLY LABOR CARPENTER ESTIMATE | HR | 25.74 | 32 | |
| 06.2 | 00 | 062 | MOLDING MATERIAL | LF | 1.13 | 271 | |
| 06.2 | 00 | 021 | MOLDING INSTALLATION | LF | .89 | 271 | |
| 06.2 | 00 | 026 | 2900 SERIES BOXES 14x2 | LF | 44.67 | 28 | |
| 06.2 | 00 | 035 | MIN. CHARGE MILLWORK TRIM REMOVAL | JOB | 44.67 | 1 | |
| 06.2 | 00 | 050 | P.O. BOX BASE UNIT | LF | 11.67 | 35 | |
| 06.2 | 00 | 003 | DEMO. BASEBOARDS, FASCIAS | LF | .35 | 130 | |
| 06.2 | 00 | 077 | LOCK BOX LAMINATE MAIL DROP | EA | 89.34 | 1 | |
| 06.2 | 00 | 078 | LOCK BOX LAMINATE VENDING MACHINE | EA | 44.67 | -0- | |
| 07.1 | 11 | 014 | CAULKING DOORS/FRAMES | LF | 1.64 | 54 | |
| 12.1 | 15 | F01 | REMOVE EXIST. SERVICE COUNTERS & LOBBY DESKS | LF | 7.86 | 22 | |
| 12.1 | 15 | F03 | INSTALL POSTAL FURNISHED COUNTER IRT | EA | 368.51 | 2 | |
| 06.2 | 00 | 024 | REMOVE BOXES ANY TYPE | LF | 22.33 | 35 | |

ATTACHMENTS:

SUBTOTAL

MULTIPLIER

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT TOTAL

EXHIBIT 1

ALL-STATE LEGAL®

(2)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U/M | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 08.1 | 00 | 010 | NARROW LITE ON DOOR | EA | 47.25 | -0- | |
| 08.1 | 00 | 036 | 3x7 DOOR METAL | EA | 253.41 | -0- | |
| 08.1 | 00 | 108 | DRYWALL FRAME H.M. | EA | 91.49 | 1 | |
| 08.2 | 11 | 015 | WOOD DOOR | EA | 343.77 | 1 | |
| 08.1 | 00 | 002 | REMOVE FRAME | EA | 42.12 | 1 | |
| 00.0 | 01 | AL2 | PEEP HOLE | EA | 32.21 | 1 | |
| 08.1 | 00 | 001 | REMOVE EXIST. DOOR | EA | 12.48 | 1 | |
| 08.2 | 11 | 017 | WEATHERSTRIP DOOR | EA | 98.27 | 0 | |
| 08.7 | 00 | 092 | LOCKSET | EA | 134.90 | 1 | |
| 08.7 | 00 | 094 | DOOR PULL ENTRANCE | EA | 68.79 | 2 | |
| 08.7 | 00 | 017 | DOOR FLOOR STOP | EA | 22.33 | 1 | |
| 08.7 | 00 | 023 | KICK PLATE | LF | 17.87 | -0- | |
| 08.7 | 00 | 030 | HINGES | PR | 84.87 | 1.5 | |
| 08.7 | 00 | 046 | CLOSERS | EA | 126.66 | -0- | |
| 08.7 | 00 | 093 | PUSH PLATE | EA | 58.96 | -0- | |
| 08.7 | 00 | 096 | FLUSH BOLTS | EA | 38.32 | -0- | |
| 08.7 | 00 | 098 | DEAD BOLT | EA | 66.82 | 1 | |
| 08.7 | 00 | 102 | THRESHOLD | LF | 19.65 | 3 | |
| 08.2 | 11 | 006 | ADD FOR GLAZING | SF | 44.67 | -0- | |
| NEGOCIATED | | | ADD TO LOCKSET FOR SPECIAL FUNCTION | EA | 128.00 | 1 | |
| 06.1 | 00 | 081 | ROUGH CARPENTRY HRLY LABOR (32 Hours) (PVG 10 Hours/Day) | HR | 20.52 | 32 | |
| 08.1 | 00 | 003 | REMOVE HARDWARE (DOOR BAVING) | EA | 19.20 | 3 | |
| CLAUSE C-12 | | | PREMIUM TIME | % | 25% | -0- | |

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL

103 VS Carpet Pr Alt (3)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | QTY | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 06.2 | 00 | 002 | Demo. of Paneling | SF | .35 | -0- | |
| 09.2 | 50 | 001 | Demolition of Drywall From Framing | SF | .22 | 220 | |
| 09.2 | 50 | 014 | Drywall Casing Bead | LF | .93 | -0- | |
| 09.2 | 50 | 001 | Application Gyp. Board | SF | 1.56 | 976 | |
| 09.2 | 50 | 011 | Add For 5/8" Drywall | SF | .04 | 976 | |
| 092 | 50 | 019 | Finishing Drywall | SF | .20 | 244 | |
| 00.0 | 01 | All | Hauling Away Debris | LS | 85.90 | 1 | |
| 01.0 | 60 | 021 | Provide Protection | SF | .40 | 200 | |
| 01.0 | 60 | 071 | Move Furniture | SF | .27 | 200 | |
| 01.0 | 60 | 092 | Dumpster 20 yds | EA | 279.18 | 1 | |
| Negociated | | | Dumpster Haul Charge | EA | 101.82 | 1 | |
| 09.6 | 60 | 016 | Vinyl Tile | SF | 1.16 | -0- | |
| 09.6 | 60 | 021 | Reducers | LF | 2.90 | 3' | |
| 09.6 | 60 | 026 | Vinyl Base install | LF | 1.47 | 130 | |
| 09.6 | 60 | 027 | Add For Color | LF | .09 | 130 | |
| 09.6 | 60 | 028 | Flooring Patching Jif Set | SF | 4.91 | 25 | |
| 09.6 | 60 | 039 | Patch Floor Tile To Match Surface | JOB | 58.07 | -0- | |
| 096 | 60 | 045 | Leveling Floors | SF | .52 | -0- | |
| 09.9 | 00 | 017 | Paint Plaster, Drywall, Woodwork 888x3 3 coats | SF | .19 | 2664 | |
| 09.9 | 00 | 024 | Painting One Coat On Doors & Frames | SF | .53 | 464 | |
| 09.9 | 00 | 025 | Add For Additional Coats | SF | .53 | 464 | |
| 095 | 00 | 026 | Rework Exist. Ceiling Lobby/Service Wall | SF | 1.21 | 104 | |
| 095 | 00 | 024 | Min. Charge Ceiling System | JOB | 53.04 | 1 | |
| 096 | 80 | 002 | Carpeting 130 sqft | | | | |

INDICATES NON-WORKING HOUR PRICES

| | | | | | |
|---|---|---|---|---|---|
| 094 | 00 | 035 | min charge Quarry Tile Job 1 | SUBTOTAL | |
| | | | | MULTIPLIER | |
| ☐ CONTINUED | | | ☐ TOTAL WORK ORDER AMOUNT | TOTAL | |

096 | 80 | 009 | Carpet 15.59 YD (130 sft)
096 | 80 | 014 | Carpet Trim

(4)

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U.M. | UNIT $ | SF | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 09.9 | 00 | 053 | PAINTING BRUSHWORK | SF | .43 | 680 | |
| 09.9 | 00 | 055 | PAINTING CEILING, 3 COATS ROLLER WORK | SF | .29 | -0- | |
| 09.9 | 00 | 057 | PAINTING WOOD TRIM | LF | .57 | 271 | |
| 09.9 | 00 | 060 | PAINTING MASONRY | SF | .47 | 1,842 | |
| 09.9 | 00 | 074 | VARNISH wicket door | SF | .26 | 138 | |
| 09.9 | 00 | 077 | SANDING PREP ~~2 COATS~~ | SF | .49 | 138 | |
| 09.9 | 00 | 079 | STAIN WOOD SURFACES | SF | .15 | 138 | |
| 09.9 | 00 | 051 | PAINT WINDOWS | SF | .35 | -0- | |
| 15.8 | 24 | 002 | CEILING FAN | EA | 285.88 | 3 | |
| 15.9 | 10 | 008 | REMOVE & RE-INSTALL HVAC REGISTERS | EA | 3.44 | 3 | |
| 12.0 | 12 | 016 | MIN. CHARGE, CORE DRILL Deducted Line elec | JOB | 128.85 | 1 | |
| NEGOCIATED | | | REMOVE & REINSTALL BULLETIN BOARDS | SF | 3.57 | 68 | |
| 16.0 | 00 | 036 | FURNISH & INSTALL SINGLE POLE BREAKER | EA | 26.80 | -0- | |
| 16.0 | 00 | 053 | REMOVE SURFACE FLOUR FIXTURE | EA | 19.65 | -0- | |
| 16.0 | 00 | 055 | REMOVE RECESSED INCANDESCENT | EA | 22.33 | -0- | |
| 16.0 | 00 | 056 | REMOVE SURFACE FIXTURE | EA | 13.40 | -0- | |
| 16.0 | 00 | 033 | F & I FIXTURE "Y" | EA | 268.01 | -0- | |
| 16.0 | 00 | 069 | F & I PHOTO CELL | EA | 80.40 | -0- | |
| 16.0 | 00 | 082 | DEDICATED OUTLET | LF | 11.34 | 77 | |
| 16.0 | 10 | 001 | MISC. HOURLY LABOR ELECTRICAL ~~DISCUSS~~ | HR | 29.60 | 16 | |
| 16.2 | 30 | F01 | DUPLEX OUTLET | EA | 59.94 | -0- | |
| 16.2 | 30 | F05 | WALL SWITCH | EA | 50.11 | -0- | |
| 16 | 10 | F13 | EMERGENCY LIGHTS 2EA | | | | |

SUBTOTAL FROM PREVIOUS PAGE(S)

INDICATES NON-WORKING HOUR PRICES

SUBTOTAL

MULTIPLIER

[ ] CONTINUED [ ] TOTAL WORK ORDER AMOUNT

TOTAL

5

| ITEM NO | QTY. | UNIT | WORK DESCRIPTION | U. M. | UNIT $ | # | TOTAL $ |
|---|---|---|---|---|---|---|---|
| 6.2 | 30 | F09 | Wall Junction Box | EA | 52.08 | 4 | |
| 16.0 | 00 | 038 | F & I #12 wire | LF | .53 | 68 | |
| 16.0 | 00 | 040 | Conduit 1/2" | LF | 1.34 | 78 | |
| 16.2 | 30 | F26 | Remove Switch | EA | 11.67 | 2 | |
| 16.2 | 30 | F27 | Remove Duplex | EA | 13.99 | 3 | |
| 16.2 | 30 | F28 | Remove J. Box | EA | 12.59 | 2 | |
| 16.2 | 30 | F33 | Relocate Exist. Thermostat | EA | 50.11 | -0- | |
| 16.0 | 20 | F04 | Remove 1/2" Conduit | LF | .57 | 10 | |
| 16.6 | 10 | F04 | Interior Fixture 1x4 Fluorescent | EA | 126.76 | 0 | |
| 16.6 | 50 | 115 | Exterior Light Hps | EA | 290.34 | 0 | |
| NEGOCIATED | | | Service Lobby Door Bell | EA | 55.00 | 1 | |
| NEGOCIATED | | | Handicap Sign 9"x9" Accessible Entrance | EA | 52.00 | 1 | |
| NEGOCIATED | | | Sign "This Door Remains open" | EA | 40.00 | -0- | |
| NEGOCIATED | | | Assemble Postal Furnished Lobby Desks | EA | 429.00 | 2 | |
| 16.2 | 30 | F31 | Relocate Wall Switch | EA | 48.64 | 2 | |
| 16.2 | 00 | 005 | Optional Lobby Desk | LF | 111.67 | -0- | |
| 16.2 | 30 | F32 | Relocate Duplex | EA | 57.97 | 1 | |
| 16.2 | 30 | 260 | Wiring Devices Wall Plates | EA | 4.34 | -0- | |
| 16.2 | 30 | 130 | Dimmer Switch | EA | 21.61 | 3 | |
| 16.0 | 00 | 079 | Provide Electric Service | EA | 400.52 | -0- | |
| 16.0 | 00 | 083 | Min. Charge Remove Exist. Breaker Box | JOB | 67.00 | 0 | |
| 16.3 | 50 | 030 | Panel Board 3wire 100Amp | EA | 682.97 | -0- | |
| NEGOCIATED | | | Relocate Phone outlet | JOB | 57.95 | -0- | |

INDICATES NON-WORKING HOUR PRICES

| | |
|---|---|
| SUBTOTAL | |
| MULTIPLIER | |
| TOTAL | |

☐ CONTINUED ☐ TOTAL WORK ORDER AMOUNT

25
16
41

12X18

4 @ 12
5 @ 8'
5 @ 8'
16 @ 8'
3 @ 12'

38' 2x4
20'
16'
4'

370 LIN FT STUD

PLATE & SILL

DEMO
21 x 10 = 210
12 x 10 = 120
7 x 10 = 70
400 SqFt

Box
5 x 14 = 70
5 x 10 = 50
5 x 6 = 30
GRATES
1 x 3 (x 3) = 9
DOOR
7 x 3 = 21
180 SqF

Demolition
220 SqFt

Demo
4 x 12 = 48
3 x 5 = 15
63

FACIA
4
13
14
7
38

5
4
17
3
5
10
3
13
7
25
130 Lin FT

MISC HOURS INCLUDED
Architect
moving Fur

976 SqFT Drywall

976 / 32 = 30.5 SHEETS

Brickwork
37x10 = 370
48x10 = 480 - 89 = 391
21x4 = 84
24x10 = 240 - 32 = 208
10x10(x2) = 7 460 SqFT office
10x13(x2) =

10x11 = 100 - 21 = 79
10x10 = 250 #
25x10

1,842

Painter
220
220
448
888 Drywall painting

Building Board
4 @ 3x4
1 @ 1x4
2 @ 2x4

68 SqFT