# In the United States Court of Federal Claims

No. 98-868C

(Filed: May 16, 2005)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic oral argument on plaintiff's motions to strike will be held in this case on Thursday, June 2, 2005, at 2:00 p.m.(EDT). The court's telephone conferencing service will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge