**U. S. Department of Justice**

Civil Division

DKirchner
154-98-868C

Telephone:
(202) 307-0290

*Washington, D.C. 20530*

November 3, 2004

Michael J. Schrier
Bell, Boyd & Lloyd
1615 L Street NW, Suite 1200
Washington, D.C. 20036-5610
Tele: (202) 466-6300
FAX: (202) 463-0678
By messenger

Re: LP Consulting Group, Inc. v. United States, Fed. Cl. No. 98-868C

Dear Mr. Schrier:

At the deposition of Terri Jacobsen on October 21, 2004, Mr. Prosen requested a copy of Ms. Jacobsen's notebook of documents. A copy is enclosed. With regard to my letter dated September 21, 2004, at his deposition, Samuel Southern produced his diaries from 1995, 1996, 1997, and 1998, and a green-covered notebook of notes from 2002 and 2003. Mr. Southern has informed me that he does not have any additional diaries.

I still have not received a copy of the September 17, 1996 claim of LP Consulting regarding the Downers Grove Dock Enclosure. See my letter dated August 1, 2004 (copy attached).

Very truly yours,

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch

PLAINTIFF'S EXHIBIT
A
ALL-STATE LEGAL®