**U. S. Department of Justice**

Civil Division

DKirchner
154-98-868C

Telephone:
(202) 307-0290

---

*Assistant Attorney General*

*Washington, D.C. 20530* November 9, 2004

Michael J. Schrier
Bell, Boyd & Lloyd
1615 L Street NW, Suite 1200
Washington, D.C. 20036-5610
Tele: (202) 466-6300
FAX: (202) 463-0678
By messenger

Re: LP Consulting Group, Inc. v. United States, Fed. Cl. No. 98-868C

Dear Mr. Schrier:

Enclosed is a copy of blueprints for the Berwick IL that we recently obtained. The blue prints are dated 1/19/96, and I have not been able to determine whether they have any relevance to the Berwick modular project at issue in LP's amended complaint.

Very truly yours,

Domenique Kirchner

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch

ALL-STATE LEGAL®
PLAINTIFF'S EXHIBIT
C

NOV-09-2004 16:09 P.01

David M. Cohen
Director

Jeanne E. Davidson
James M. Kinsella
Deputy Directors

**Department of Justice, Civil Division**
**Commercial Litigation Branch / National Courts**
**1100 L Street, N.W.**
**Washington, D.C. 20530**

**FAX NUMBERS:**

| | | | |
|---|---|---|---|
| 4TH FLOOR | RM 4037 | (202) 353-7988 | |
| 7TH FLOOR | RM 7101 | (202) 305-7644 | |
| | | (202) 305-7643 | |
| 8TH FLOOR | RM 8001 | (202) 305-3291 | |
| 10TH FLOOR | RM 10125 | (202) 514-8640 | |
| 11TH FLOOR | RM 11021 | (202) 514-7969 | |
| | RM 11068 | (202) 514-7965 | |
| 12TH FLOOR | RM 12113 | (202) 307-0972 | |
| | | (202) 305-1571 | |
| | RM 12007 | (202) 514-8624 | |

DATE: 11/9

TO: Mike Shrier

FAX: 835-4135

FROM: D. Kirchner

PHONE: 202-307-0290

NUMBER OF PAGES SENT (INCLUDING COVER PAGE): 4

SPECIAL INSTRUCTIONS: LP

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**U. S. Department of Justice**

Civil Division

DKirchner
154-98-868C

Telephone:
(202) 307-0290

*Assistant Attorney General*

*Washington, D.C. 20530* November 9, 2004

Michael J. Schrier
Bell, Boyd & Lloyd
1615 L Street NW, Suite 1200
Washington, D.C. 20036-5610
Tele: (202) 466-6300
FAX: (202) 463-0678
By facsimile transmission and regular mail

Re: LP Consulting Group, Inc. v. United States, Fed. Cl. No. 98-868C

Dear Mr. Schrier:

Enclosed is a drawing that goes with the Berwick blue print I sent you earlier today by messenger.

Very truly yours,

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch

NOV-09-2004 16:09

P.03

BERWICK IL 61417

-N-



SITE UTILIZATION PLAN

MODULAR UNIT - 633 G.S.F.

SCALE: 1"=20'

0 10 20 40

1. REPAIR ALL DAMAGE IN R.O.W. CAUSED BY CONSTRUCTION.
2. CONCRETE APRON. 5" MIN. CONCRETE OVER PROPERLY PREPARED BASE COURSE, OR ANY LOCAL REQUIREMENTS WHICHEVER IS GREATER.
3. 4" REINFORCED CONCRETE WALK CONFORMING TO USPS RE-4 ACCESSIBILITY STANDARDS, INCLUDING CROSSWALKS AT ENTRY DRIVE.
4. PAINTED DIRECTIONAL ARROWS PER USPS STANDARD DETAILS.
5. STRIPING 4" WIDE, WHITE AT PARKING SPACES AND SAFETY YELLOW AT PAINTED ISLANDS. DIAGONAL STRIPING AT ISLANDS 24" O.C.
6. WHITE LOGO ON BLUE FIELD PER USPS STANDARD DETAILS.
7. HC CURB RAMP. ALTERNATIVE RAMP DESIGNS MAY BE USED WHICH CONFORM TO USPS RE-4 STANDARDS.
8. "HC PARKING ONLY" SIGN MAY BE POLE MOUNTED OR ATTACHED TO BUILDING WHERE BUILDING AND PARKING LOCATION ALLOW.
9. STOP SIGN.
10. MAIL COLLECTION BOX GFE.
11. FLAGPOLE W/ EXTERIOR HALYARD.
12. BOLLARDS, TYP. WHERE BUILDING OR EQUIPMENT PROTECTION IS REQUIRED.
13. PROPANE STORAGE AND SUPPLY, WHERE APPLICABLE. INSTALL PER ALL APPLICABLE CODES AND REGULATIONS.
14. UTILITIES
    - A. POTABLE WATER FROM UTILITY PROVIDER. WELL WATER OR OTHER ALTERNATIVE WATER SOURCES TO BE REVIEWED AND APPROVED BY USPS PROJECT MANAGER ON A PROJECT SPECIFIC BASIS.
    - B. SANITARY SEWER CONNECTION TO MUNICIPAL SYSTEM. ALTERNATIVE SEWAGE DISPOSAL SYSTEMS, DESIGNED TO MEET LOCAL CODES AND STANDARDS, TO BE REVIEWED AND APPROVED BY USPS PROJECT MANAGER ON A PROJECT-SPECIFIC BASIS.
    - C. UNDERGROUND TELEPHONE CONNECTION. USE 1" PVC CONDUIT TO NEAREST SERVICE LOCATION UNLESS ALTERNATIVE ROUTING IS APPROVED BY USPS PROJECT MANAGER.
    - D. NATURAL GAS CONNECTION WHERE AVAILABLE. INSTALL SUPPLY AND METER PER REQUIREMENTS OF LOCAL UTILITY PROVIDER.
    - E. UNDERGROUND ELECTRIC SERVICE. PROVIDE PVC CONDUIT SIZED TO MEET SERVICE REQUIREMENT. SEE EQUIPMENT AND PANEL SCHEDULES.
15. PROVIDE LANDSCAPE PLAN AFTER SITE SELECTION. LANDSCAPING TO BE APPROPRIATE FOR SPECIFIC SITE AND CLIMATIC CONDITIONS. PLANT MATERIALS TO BE HEARTY, DROUGHT RESISTANT, AND LOW MAINTENANCE. SEE SPECIFICATIONS.
16. PROVIDE UNDER-WALK DRAIN WHERE GUTTER OUTFALL CROSSES PEDESTRIAN WALKWAYS.
17. ASPHALT OR CONC. (3" HAND OVER COMPACTED SUB-BASE AND BASE COURSE) AS SPECIFIED. SPECIFIC DESIGN REQUIREMENTS TO BE DETERMINED AFTER SITE SELECTION. SEE DETAIL 5/C1
18. PROVIDE PRECAST SPLASHBLOCKS.
19. LOADING SLAB
20. CONTRACTION JOINT, INTERVAL TO MATCH SIDEWALK UNLESS OTHERWISE SHOWN OR NOTED.

U. S. Department of Justice

Civil Division

DKirchner
154-98-868C

Telephone:
(202) 307-0290

Assistant Attorney General

Washington, D.C. 20530

November 12, 2004

Michael J. Schrier
Bell, Boyd & Lloyd
1615 L Street NW, Suite 1200
Washington, D.C. 20036-5610
Tele: (202) 466-6300
FAX: (202) 463-0678
By messenger

Re: LP Consulting Group, Inc. v. United States, Fed. Cl. No. 98-868C

Dear Mr. Schrier:

Enclosed is a copy of the contract file for LP's lobby renovation work at the Downers Grove Post Office under IQC 162640-96-B-0098.

Very truly yours,

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch

U.S. Department of Justice

Civil Division

Tele: (202) 307-0290

RECEIVED APR 1 8 2005

DKirchner

*Washington, D.C. 20530*

April 18, 2005

Lawrence Prosen
Bell, Boyd & Lloyd
1615 L Street NW, Suite 1200
Washington, D.C. 20036-5610
Tele: (202) 466-6300
FAX: (202) 835-4117
By messenger

Re: <u>LP Consulting Group, Inc. v. United States</u>, Fed. Cl. No. 98-868C

Dear Mr. Prosen:

The USPS has found the drawings for the Momence lobby renovations that were performed by Somers under its Indefinite Quantity Contract. Copies of those drawings, dated January 1999, are enclosed. Samuel Southern found the drawings. Thank you for your cooperation in this matter.

Very truly yours,

Domenique Kirchner

DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch