IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.P. CONSULTING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-868C |
| THE UNITED STATES, | ) | (Judge Allegra) |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATION OF JOHN BUCHHOLZ

Defendant respectfully requests leave to file a supplemental opposition to LP Consulting Group, Inc.'s ("LP") motion to strike the declaration of John Buchholz. This supplemental opposition is submitted with our motion for leave to file.

LP based its arguments upon Rules 37(c)(1) and 26(e)(1) of the Rules of the Court of Federal Claims ("RCFC"), which became effective on May 1, 2002. LP Mot. ¶ 5. However, the parties in their papers have overlooked the fact that this case was filed under the rules of this Court, as they existed prior to May 1, 2002. Consequently, RCFC 26(e)(1), which is tied to an initial disclosure required by the rules that only came into effect on May 1, 2002, is not controlling with regard to LP's motion to strike Mr. Buchholz's declaration. Further, the parties also have overlooked the fact that this matter is governed by the Court's Special Procedures Order, dated February 16, 1999. It is this order that required the parties' designation of witnesses in this case. The Special Procedures Order also governs the resolution of LP's motion. Accordingly, defendant respectfully

requests leave to file a short supplemental brief addressing this matter. We have no objection to LP's filing a brief addressing this same issue in advance of the oral argument.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624
Attorneys For Defendant

May 27, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of May 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATION OF JOHN BUCHHOLZ" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s DOMENIQUE KIRCHNER