**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 98-868C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION FOR LEAVE TO CHANGE ATTORNEY OF RECORD**

Plaintiff, L.P. Consulting Group, Inc. ("LP"), through undersigned counsel and pursuant to RCFC 83.1 (c)(4), hereby requests leave to substitute Lawrence M. Prosen as attorney of record, and in support thereof states as follows:

1. Mr. Prosen is a member of the bar of this Court in good standing, having been admitted in 1998. Mr. Prosen's Affidavit of Appointment pursuant to RCFC 83.1(c)(4) is appended hereto as Exhibit A.

2. This case has had an ongoing, lengthy history before the Court. Due to scheduling conflicts and matters involving other litigation and arbitrations; over the past two years, Mr. Prosen has taken the lead on performing essentially all of the discovery in this case, including the taking and defending of all depositions, participation in document productions by both parties, and other related aspects of discovery. Mr. Prosen has also been involved in all aspects of the current Cross-Motions for Summary Judgment, including drafting significant portions of LP's Opposition to Defendant's Motion for Summary Judgment, LP's Cross-Motion for Summary Judgment, LP's Reply to Defendant's Opposition to LP's Cross-Motion for Summary Judgment and the other papers, pleadings and appendices related thereto.

3. As a result of this direct and substantial involvement, Mr. Prosen has a thorough knowledge of the facts, law and documents involved in this case and is in the best position to be

attorney of record. Similarly, there will be no prejudice to Defendant in granting this Motion for Leave.

4. Current counsel-of-record, Brian Cohen, consents to this Motion and the substitution of Lawrence M. Prosen as attorney-of-record.

5. I am authorized to state that counsel for defendant consents to this motion.

WHEREFORE, LP Consulting Group, Inc., respectfully requests this Court grant this Motion for Leave and such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: June 7, 2005

BELL, BOYD & LLOYD, PLLC
By __/s/ Lawrence M. Prosen__________
Brian Cohen
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300
(202) 463-0678 Facsimile
Attorney for Plaintiff

## POINTS & AUTHORITIES

1. RCFC 83.1(c)(4)

Respectfully submitted,

Dated: June 7, 2005

BELL, BOYD & LLOYD, PLLC

By __/s/ Lawrence M. Prosen

Lawrence M. Prosen
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300
(202) 463-0678 Facsimile
Attorney for Plaintiff

Of Counsel:
Lawrence M. Prosen, Esq.
Bell, Boyd, & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 7th day of June 2005, a copy of the foregoing Motion for Leave was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Lawrence M. Prosen