**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L.P. CONSULTING GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 98-868C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Allegra)** |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF APPOINTMENT PURSUANT TO RCFC 83.1(c)(4)**

I, Lawrence M. Prosen, under penalty of perjury, do hereby state that the following statements are true and correct to the best of my knowledge and belief:

1. I am at least 18 years of age, and possess first-hand, direct knowledge regarding the averments, facts and statements set forth herein.

2. I am admitted to the bar of The United States Court of Federal Claims and am a member in good-standing.

3. Pursuant to RCFC 83.1(c)(4), I hereby acknowledge that the statements set forth in plaintiff's Motion For Leave to Substitute Counsel of Record are true and accurate.

4. Given the facts set forth in the attached motion, I am prepared to assume the position of attorney-of-record in the above-styled case.

FURTHER AFFIANT SAYETH NOT.

EXHIBIT A

I Declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Lawrence M. Prosen

Executed on June 7, 2005

SUBSCRIBED AND SWORN BEFORE ME, A NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA, THIS 7th DAY OF JUNE, 2005.

Marilyn W. Dunston
Notary Public

Print Name: MARilyN W. DUNSTON

MARILYN W. DUNSTON
Notary Public, District of Columbia

My Commission Expires: My Commission Expires March 31, 2006

81940/F/1