# In the United States Court of Federal Claims

No. 98-868C

(Filed: June 13, 2005)

L.P. CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument is set for this case on June 14, 2005. The parties should be prepared to answer whether the ordering clause in FAR § 52.216-18 was incorporated into the contracts at issue in this case.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge